IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| JOHN ASHCROFT in his official capacity as | : | |
| Attorney General of the United States | : | |

**O R D E R**

      AND NOW, this 2nd day of September, 2004, upon consideration of the order and opinion dated June 29, 2004, of the Supreme Court of the United States remanding this action to the United States Court of Appeals for the Third Circuit (Doc. No. 151) and its order dated August 11, 2004, remanding the action to this court for further proceedings consistent with the Supreme Court's opinion (Doc. No. 152), it is hereby **ORDERED** that:

      (1)    the action is removed from the civil suspense docket and is restored to the active docket of this court;

      (2)    a preliminary case management telephone conference shall be held between counsel and this Court at 11:00 a.m. on Wednesday, September 15, 2004; and

      (3)    no later than Monday, September 13, 2004, the parties shall submit a joint agenda for the case management telephone conference by letter to the Court in Chambers 4001, U.S. Courthouse, Philadelphia, PA 19106.

                                                                 _____
                                                                 LOWELL A. REED, JR., S.J.