IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMERICAN CIVIL LIBERTIES UNION, et al.  :        CIVIL ACTION
                                         :
                    v.                   :        NO.  98-5591
                                         :
JOHN ASHCROFT in his official capacity as :
Attorney General of the United States    :

**O R D E R**

AND NOW, this 8th day of September, 2004, at the request of the counsel and

with the concurrence of the court, paragraphs (2) and (3) of this court's Order dated September 2,

2004 (Doc. No. 153) are hereby amended to provide as follows:

(2)      a preliminary case management telephone conference shall be held

between counsel and this court at **11:00 a.m. on Tuesday, September 21, 2004**; and

(3)      no later than **Friday, September 17, 2004**, the parties shall submit a joint

agenda for the case management telephone conference by letter to the Court in Chambers 4001,

U.S. Courthouse, Philadelphia, PA 19106.

The remainder of the Order of September 2, 2004, remains in full force and effect.

_____

LOWELL A. REED, JR., S.J.