IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| JOHN ASHCROFT in his official capacity as Attorney General of the United States | : : | |

**O R D E R**

AND NOW, this 13th day of September, 2004, at the further request of counsel and with the further concurrence of the court, it is hereby ORDERED that only paragraphs (2) and (3) of this court's Order dated September 8, 2004 (Doc. No. 154) are hereby amended to provide as follows:

(2)   a preliminary case management telephone conference shall be held between counsel for the American Civil Liberties Union ("ACLU"), Ann Elizabeth Beeson, Esq., counsel for the defendant, Karen Stewart, Esq., and this court at **2:00 p.m. on Wednesday, October 6, 2004**; and

(3)   no later than **Monday, October 4, 2004**, the ACLU and the defendant shall submit a joint agenda for the preliminary case management telephone conference by letter to the Court in Chambers 4001, U.S. Courthouse, Philadelphia, PA 19106.

It is hereby further ORDERED that, for the purposes of the preliminary case management telephone conference, counsel for the ACLU shall ascertain the general status of all other plaintiffs as to, *inter alia*, their intention to remain in the case, degree of participation expected, etc.

Under no circumstances will these dates be amended further.

_____
LOWELL A. REED, JR., S.J.