```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
AMERICAN CIVIL                :
LIBERTIES UNION,              :
et al.                        :   CIVIL ACTION NO. 98-5591
                              :
        Plaintiffs,            :
                              :
    v.                        :
                              :
JOHN ASHCROFT,                :
ATTORNEY GENERAL              :
                              :
        Defendant.             :
```

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Federal Defendant in the above-captioned matter.

```
                        _____
                        RICHARD M. BERNSTEIN
                        Assistant United States Attorney
                        615 Chestnut Street, Suite 1250
                        Philadelphia, PA 19106
                        Tel: (215) 861-8334
                        Fax: (215) 861-8349
```

Dated: September 16, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing Entry of Appearance to be served by first-class United States mail, postage prepaid, upon the following:

>Ann Elizabeth Beeson, Esquire
>American Civil Liberties Union
>125 Broad Street
>New York, NY  10004-2400
>
>Catherine E. Palmer, Esquire
>Latham & Watkins
>885 3rd Avenue
>Suite 1000
>New York, NY  10022
>
>Christopher A. Hansen, Esquire
>American Civil Liberties Union
>125 Broad Street
>18th Floor
>New York, NY  10004
>
>Christopher R. Harris, Esquire
>Latham & Watkins
>885 3rd Avenue
>Suite 1000
>New York, NY  10022
>
>David L. Sobel, Esquire
>Electronic Privacy Information Center
>666 Pennsylvania Avenue, S.E.
>Suite 301
>Washington, DC  20003
>
>Douglas Griffin, Esquire
>Latham & Watkins
>885 3rd Avenue
>Suite 1000
>New York, NY  10022
>
>John C. Salyer, Esquire
>American Civil Liberties Union
>125 Broad Street
>18th Floor
>New York, NY  10004

Michele M. Pyle, Esquire
Latham & Watkins
885 3rd Avenue
Suite 1000
New York, NY  10022

Stefan Presser, Esquire
American Civil Liberties Union of Pennsylvania
125 South 9th Street
Suite 701
Philadelphia, PA  19107

Karen Stewart, Esquire
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Suite 7200
Washington, DC  20530

Raphael O. Gomez, Esquire
U.S. Department of Justice
901 E Street, N.W.
P.O. Box 883
Washington, DC  20044

Rupa Bhattacharyya, Esquire
U.S. Department of Justice
Civil Division
901 E Street, N.W.
P.O. Box 883
Washington, DC  20044

Theodore C. Hirt, Esquire
U.S. Department of Justice
Federal Programs Branch
901 E Street, N.W.
Room 907
Washington, DC  20004

Andrew W. Allison, Esquire
Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street
Suite 1400
Philadelphia, PA  19102-1321

Elizabeth S. Weiswasser, Esquire
Weil, Gotshall & Manges
767 5th Avenue
New York, NY  10153

Marguerite S. Walsh, Esquire
Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street
Suite 1400
Philadelphia, PA  19102-1321

R. Bruce Rich, Esquire
Weil, Gotshall & Manges
767 5th Avenue
New York, NY  10153

Bruce A. Taylor, Esquire
National Law Center for Children and Families
3819 Plaza Drive
Fairfax, VA  22030-2512

J. Robert Flores, Esquire
National Law Center for Children and Families
4301 Chain Bridge Road
Suite 410
Fairfax, VA  22030-4105

Amy B. Ginensky, Esquire
Dechert, Price & Rhoads
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA  19103-2793

Mary E. Kohart, Esquire
Drinker Biddle & Reath LLP
18th & Cherry Streets
One Logan Square
Philadelphia, PA  19103-6996


_____
RICHARD M. BERNSTEIN
Assistant United States Attorney

Dated: September 16, 2004