IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. : | CIVIL ACTION |
| : | |
| v. : | NO. 98-5591 |
| : | |
| JOHN ASHCROFT in his official capacity as : | |
| Attorney General of the United States : | |

**ORDER FOR RULE TO SHOW CAUSE**

AND NOW, this 7th day of October, 2004, upon receipt of notice that this action has been remanded by the Supreme Court and the Court of Appeals for the Third Circuit, for resolution by this court, and having concluded that there is no reason to continue to involve the amici and other movants in the ongoing management of the action, it is hereby ORDERED that no later than November 2, 2004, counsel for each amicus and movant listed below shall show cause in writing why the court should not procedurally terminate such amicus or movant and its counsel from the action without prejudice:

> Association of American Publishers, Inc.; American Society of Newspaper Editors; Bibliobytes, Inc.; The Center for Democracy and Technology; The Comic Book Legal Defense Fund; Commercial Internet Exchange Association; The Computer and Communications Industry Association; The Freedom to Read Foundation; Interactive Digital Software Association; Internet Alliance; Magazine Publishers of America; National Association of College Stores; National Association of Recording Merchandisers, Inc.; Newspaper Association of America; People for the American Way Foundation; Periodical and Book Association of America, Inc.; Psinet, Inc.; Publishers Marketing Association; Recording Industry of America; Society of Professional Journalists; Dan Coats; Thomas J. Bliley; Michael G. Oxley; James C. Greenwood; USA Today; Associated Press; MSNBC Interactive, LLC; New York Times Company; Wired News; and American Lawyer Media.

Failure to respond to this order may result in such termination without further notice from this court.

_____
LOWELL A. REED, JR., S.J.