IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| JOHN ASHCROFT in his official capacity as Attorney General of the United States | : : | |

**PRETRIAL ORDER NO. 11**

AND NOW, this 7th day of October, 2004, this court having held a telephone conference with counsel on October 6, 2004, and having been advised that plaintiffs plan to file an amended complaint pursuant to either a stipulation or a motion, it is hereby ORDERED that:

(1) No later than October 22, 2004, the parties shall inform the court whether the parties will file a stipulation agreeing to the filing of an amended complaint or whether plaintiffs will file a motion for leave to file an amended complaint;

(2) No later than December 10, 2004, the parties shall either file a stipulation agreeing to the filing of the amended complaint or plaintiffs shall file a motion for leave to file an amended complaint. The proposed amended complaint shall be appended to the stipulation or the motion;

(3) Unless the court orders otherwise, no later than December 10, 2004, the parties shall file a stipulation agreeing to a date on or before which defendant shall file a response to the amended complaint;

(4) the parties shall file a joint proposed case management order no later than thirty (30) days after the filing of the response to the amended complaint; and

(5) the court will schedule a case management conference no later than thirty (30) days after the filing of the joint proposed case management order.

_____
LOWELL A. REED, JR., S.J.