IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| JOHN ASHCROFT in his official capacity as | : | |
| Attorney General of the United States | : | |

**PRETRIAL ORDER NO. 12**

      AND NOW, this 25th day of October, 2004, having received the parties' joint letter report dated October 22, 2004, consistent with paragraphs (1)-(3) of pretrial order number 11 (Doc. No. 158) and by agreement of the parties, it is hereby ORDERED that:

      (1)    plaintiffs shall file a motion for leave to file an amended complaint along with the proposed amended complaint no later than December 10, 2004;

      (2)    no later than January 10, 2005, defendant shall either file an opposition to plaintiffs' motion or a statement that defendant consents to the filing of the proposed amended complaint; and

      (3)    defendant shall serve his response to the amended complaint within ten (10) days after this court's order granting plaintiffs leave to file the amended complaint or after the filing of defendant's statement that plaintiffs' amended complaint is not opposed.

                                                _____
                                               LOWELL A. REED, JR., S.J.