IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  98-5591 |
| | : | |
| JOHN ASHCROFT in his official capacity as Attorney General of the United States | : : | |

**O R D E R**

AND NOW, this 23rd day of December, 2004, upon consideration of the first motion to admit Benjamin Elihu Wizner *pro hac vice* filed by the plaintiffs on November 22, 2004 (Doc. 161), it is hereby ORDERED that the motion is DENIED as moot because, by order dated December 22, 2004 (Doc. No. 170), this court granted the second motion to admit Elihu Wizner *pro hac vice* filed by the plaintiff on December 16, 2004 (Doc. No. 169).

_____
LOWELL A. REED, JR., S.J.