IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) |
| Plaintiffs, | ) ) CIVIL ACTION No. 98-CV-9951 |
| v. | ) ) ) |
| JOHN ASHCROFT, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, | ) ) ) ) |
| Defendant. | ) ) ) |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE
TO FILE THE AMENDED COMPLAINT**

Defendant does not object to Plaintiffs' Motion for Leave to File the Amended Complaint, filed with this Court on December 10, 2004.

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General
    Civil Division

    PATRICK L. MEEHAN
    United States Attorney

    RICHARD M. BERNSTEIN
    Assistant United States Attorney
    615 Chestnut Street, Suite 1250
    Philadelphia, PA 19106
    Tel:  (215) 861-8334
    Fax:  (215) 861-8349

THEODORE C. HIRT
Assistant Branch Director

DATED: 1/7/05

KAREN STEWART
RAPHAEL O. GOMEZ
Senior Trial Counsel
Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., NW
Seventh Floor
P.O. Box 883
Washington, DC 20044
Tel: (202) 514-2849
Fax: (202) 616-8470

COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing Response to Plaintiffs' Motion for Leave to File the Amended Complaint to be served by first-class United States mail, postage prepaid, upon the following:

> Ann Beeson
> Christopher A. Hansen
> Benjamin E. Wizner
> American Civil Liberties Union Foundation
> 125 Broad Street
> New York, NY 10004
>
> Stefan Presser
> 7803 St. Martins Lane
> Philadelphia, PA 19118
>
> Jonathan H. Feinberg
> Kairys, Rudovsky, Epstein & Messing, LLP
> 924 Cherry Street
> Suite 500
> Philadelphia, PA 19107
>
> David L. Sobel
> Electronic Privacy Information Center
> 1718 Connecticut Ave., NW
> Suite 200
> Washington, DC 20009
>
> Lee Tien
> Electronic Frontier Foundation
> 454 Shotwell Street
> San Francisco, CA 94110
>
> Christopher R. Harris
> Michele M. Pyle
> Latham & Watkins
> 885 Third Avenue
> Suite 1000
> New York, NY 10022

1/7/05
DATE

KAREN STEWART
Senior Trial Counsel
United States Department of Justice