IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMERICAN CIVIL LIBERTIES UNION, et al.    :    CIVIL ACTION
    :
            v.    :    NO.  98-5591
    :
JOHN ASHCROFT in his official capacity as    :
Attorney General of the United States    :

## ORDER

AND NOW, this 12th day of January, 2005, pursuant to this court's October 7, 2004,

order for rule to show cause why the amici, other movants, and their counsel should not be

procedurally terminated from this action without prejudice (Doc. No. 157), and upon receiving no

responses thereto from the amici or other movants, it is hereby **ORDERED** that the following

amici, other movants, and their counsel are procedurally terminated from this action without

prejudice:

> Association of American Publishers, Inc.; American Society of Newspaper Editors;
> Bibliobytes, Inc.; The Center for Democracy and Technology; The Comic Book
> Legal Defense Fund; Commercial Internet Exchange Association; The Computer and
> Communications Industry Association; The Freedom to Read Foundation; Interactive
> Digital Software Association; Internet Alliance; Magazine Publishers of America;
> National Association of College Stores; National Association of Recording
> Merchandisers, Inc.; Newspaper Association of America; People for the American
> Way Foundation; Periodical and Book Association of America, Inc.; Psinet, Inc.;
> Publishers Marketing Association; Recording Industry of America; Society of
> Professional Journalists; Dan Coats; Thomas J. Bliley; Michael G. Oxley; James C.
> Greenwood; USA Today; Associated Press; MSNBC Interactive, LLC; New York
> Times Company; Wired News; and American Lawyer Media.

_____
LOWELL A. REED, JR., S.J.