IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| JOHN ASHCROFT in his official capacity as Attorney General of the United States | : : | |

**ORDER**

AND NOW, this 12th day of January, 2004, upon consideration of plaintiffs' motion for leave to file the amended complaint (Doc. No. 168) and defendant's response thereto that there is no objection to the motion (Doc. No. 172), and having found that the motion is proper under Federal Rule of Civil Procedure 15(a), it is hereby **ORDERED** that the motion is **GRANTED** and plaintiffs shall file the amended complaint, in the form set forth in the attachment to the motion (See Doc. No. 168), no later than **Wednesday, January 19, 2005.**

It is hereby further **ORDERED** that defendant shall file and serve its response to the amended complaint no later than **Monday, January 31, 2005.**

_____
LOWELL A. REED, JR., S.J.