UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------------------x
                        :

AMERICAN CIVIL LIBERTIES UNION;          :
AMERICAN BOOKSELLERS FOUNDATION FOR   :     Civil Action
FREE EXPRESSION; ANDROGYNY BOOKS, INC.   :     No. 98-CV-5591
d/b/a A DIFFERENT LIGHT BOOKSTORES;     :
ADDAZI, INC. d/b/a CONDOMANIA;          :
HEATHER CORINNA; ELECTRONIC FRONTIER   :
FOUNDATION; ELECTRONIC PRIVACY        :
INFORMATION CENTER; FREE SPEECH MEDIA;  :
NERVE.COM, INC.; AARON PECKHAM d/b/a URBAN :
DICTIONARY; PHILADELPHIA GAY NEWS;     :
PLANETOUT, INC.; POWELL'S BOOKSTORES;   :
PUBLIC COMMUNICATORS, INC.; SALON      :
MEDIA GROUP, INC; DAN SAVAGE;         :
and SEXUAL HEALTH NETWORK;          :
                        :
         Plaintiffs,          :
                        :
    v.                     :
                        :
JOHN ASHCROFT, in his official capacity as   :
ATTORNEY GENERAL OF THE UNITED STATES, :
                        :
        Defendant.          :
                        :
-------------------------------------------------------------------------x

**PLAINTIFFS' MOTION FOR LEAVE TO FILE THE AMENDED**

**COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, plaintiffs bring this

Motion for Leave to File the Amended Complaint in the above-captioned matter.

Through this Motion, plaintiffs are seeking to revise the Complaint, which was originally

filed in 1998, to remove certain plaintiffs, add additional plaintiffs, and update the factual

allegations in the Complaint.  The proposed Amended Complaint is attached hereto.  This

Motion is brought on the ground that none of the factors justifying denial of a motion for leave to amend a complaint are present in this action.

For these reasons, and for the reasons set out more fully in the Memorandum of Law in Support of this Motion, filed contemporaneously with this Motion, plaintiffs request that this Motion be granted, and that they be permitted to file the Amended Complaint.

Respectfully submitted,

Dated:  December 9, 2004

_____

Ann Beeson
Christopher A. Hansen
Benjamin E. Wizner
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004
(212) 549-2500

Stefan Presser
Attorney ID No. 43067
7803 St. Martins Lane
Philadelphia, PA 19118
(215) 247-2176

Jonathan H. Feinberg
Kairys, Rudovsky, Epstein & Messing, LLP
924 Cherry Street
Suite 500
Philadelphia, PA  19107
(215) 925-4400

David L. Sobel
Electronic Privacy Information Center
1718 Connecticut Avenue NW
Suite 200
Washington, D.C. 20009
(202) 483-1140

Lee Tien

Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333

Christopher R. Harris
Michele M. Pyle
Latham & Watkins
885 Third Avenue
Suite 1000
New York, New York  10022
(212) 906-1200

ATTORNEYS FOR PLAINTIFFS