UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------------------x
:
AMERICAN CIVIL LIBERTIES UNION; :
AMERICAN BOOKSELLERS FOUNDATION FOR : Civil Action
FREE EXPRESSION; ANDROGYNY BOOKS, INC. : No. 98-CV-5591
d/b/a A DIFFERENT LIGHT BOOKSTORES; :
ADDAZI, INC. d/b/a CONDOMANIA; :
HEATHER CORINNA; ELECTRONIC FRONTIER :
FOUNDATION; ELECTRONIC PRIVACY :
INFORMATION CENTER; FREE SPEECH MEDIA; :
NERVE.COM, INC.; AARON PECKHAM d/b/a URBAN :
DICTIONARY; PHILADELPHIA GAY NEWS; :
PLANETOUT, INC.; POWELL'S BOOKSTORES; :
PUBLIC COMMUNICATORS, INC.; SALON :
MEDIA GROUP, INC; DAN SAVAGE; :
and SEXUAL HEALTH NETWORK; :
:
               Plaintiffs, :
:
   v. :
:
JOHN ASHCROFT, in his official capacity as :
ATTORNEY GENERAL OF THE UNITED STATES, :
:
               Defendant. :
:
-------------------------------------------------------------------------x

**ORDER GRANTING MOTION FOR LEAVE TO FILE THE AMENDED COMPLAINT**

     Before the Court is plaintiffs' Motion for Leave to File the Amended Complaint. After consideration of all papers and pleadings submitted to the Court, and for good cause shown:

     IT IS HEREBY ORDERED that the Motion for Leave to File the Amended Complaint is GRANTED.

     IT IS SO ORDERED.

Dated: _____            _____
                                              Lowell A. Reed, Jr.
                                              United States District Judge