IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES[1] in his official capacity | : | |
| as Attorney General of the United States | : | |

**PRETRIAL ORDER No. 13**

AND NOW, this 22nd day of February, 2005, upon consideration of the fact that the pleadings have been closed, it is hereby **ORDERED** that:

1. The parties shall forthwith review their respective Initial Disclosures made pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 26(a)(1) and upon consideration of the amendments to that rule effective December 1, 2000, each party shall no later than **March 10, 2005**, make the disclosures described in Fed. R. Civ. P. 26(a)(1). There is no need to duplicate what a party disclosed in its original disclosures, but each party shall disclose to the other what portion or portions of such original disclosures remain current at this time;

2. A joint proposed case management order, generally according to the principles of Fed. R. Civ. P. 16 and in the form supplied by the Manual for Complex Litigation, Fourth at section 40.21, adapted as appropriate, shall be prepared by the parties and delivered to chambers by **4 p.m., Monday, March 21, 2005**, in preparation for the pretrial conference;

3. The pre-trial conference pursuant to Fed. R. Civ. P. 16 shall be held at **10 a.m. on Tuesday, April 19, 2005**, in Courtroom 4B, United States Courthouse, Philadelphia, Pennsylvania; and

4. The parties shall submit a joint proposed agenda for the pre-trial conference by **4 p.m., Thursday, April 14, 2005**, detailing, *inter alia*, a proposed trial date and any scheduling or discovery issues upon which the parties disagree.

_____
LOWELL A. REED, JR., S.J.

---

[1] On February 3, 2005, Alberto R. Gonzales was sworn in as the Attorney General for the United States. As a result, the caption of this case is hereby amended to reflect that fact pursuant to Federal Rule of Civil Procedure Rule 25(d)(1).