IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., <br><br> Plaintiffs. <br><br> v. <br><br> ALBERTO R. GONZALES[1], in his official capacity as Attorney General of the United States. <br><br> Defendant. | Civil Action No. 98-CV-5591 |

JOINT MOTION AND PROPOSED ORDER FOR EXTENSION OF TIME
TO FILE THE PARTIES' JOINT PROPOSED CASE MANAGEMENT ORDER

The parties, by their undersigned counsel, hereby request an extension of time, until March 8, 2005, to file their joint proposed case management order. The grounds for this motion are as follows:

1. Pursuant to paragraph (4) of Pretrial Order No. 11, the parties are to file a joint proposed case management order no later than thirty days after the filing of the response to the amended complaint. Defendant's response to the amended complaint was filed on January 28, 2005, and, accordingly, the joint case management order is now due on February 28, 2005.

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Alberto R. Gonzales is automatically substituted as defendant in place of John Ashcroft.

2. Due to the respective schedules of the lead attorneys for the parties, a brief extension of time will be needed for the parties to complete the joint proposed case management order.

WHEREFORE, the parties jointly request an order granting an extension until March 8, 2005, within which to file a joint proposed case management order.

FOR THE PLAINTIFFS

_____   DATE: 2/22/05
ANN BEESON

American Civil Liberties Union
  Foundation
125 Broad St.
New York, New York 10004
(212) 549-2500

**FOR THE DEFENDANT**

PETER D. KEISLER
Assistant Attorney General

FELIX V. BAXTER
Director, Federal Programs Branch

THEODORE C. HIRT
Assistant Branch Director

_____   DATE: 2/22/05
KAREN STEWART
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. N.W., Room 7200
Washington, D.C.  20530
Tel: (202) 514-2849

## ORDER

Upon consideration of the foregoing joint motion for an extension of time to file a joint case management order, it is this ___ day of February 2005,

ORDERED, that the motion is granted. Paragraph (4) of Pretrial Order No. 11 is hereby amended to provide for the filing of the joint case management order no later than March 8, 2005.

_____<br>
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the Joint Motion and Proposed Order for Extension of Time to File the Parties' Joint Proposed Case Management Order to be served by first-class United States mail, postage prepaid, upon the following:

Ann Beeson
Christopher A. Hansen
Benjamin E. Wizner
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004

Stefan Presser
7803 St. Martins Lane
Philadelphia, PA 19118

Jonathan H. Feinberg
Kairys, Rudovsky, Epstein & Messing, LLP
924 Cherry Street
Suite 500
Philadelphia, PA 19107

David L. Sobel
Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

Lee Tien
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

Christopher R. Harris
Michele M. Pyle
Latham & Watkins
885 Third Avenue
Suite 1000
New York, NY 10022

2/22/05
DATE

KAREN STEWART
Senior Trial Counsel
United States Department of Justice