UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>        Plaintiffs,<br> v.<br><br>ALBERTO GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>        Defendant. | Civil Action No. 98-CV-5591 |

**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a)(1)**

Plaintiffs American Civil Liberties Union; American Booksellers Foundation For Free Expression; Androgyny Books, Inc. d/b/a A Different Light Bookstores; Addazi, Inc. d/b/a Condomania; Heather Corinna Rearick; Electronic Frontier Foundation; Electronic Privacy Information Center; Free Speech Media; Nerve.com, Inc.; Aaron Peckham d/b/a Urban Dictionary; Philadelphia Gay News; PlanetOut, Inc.; Powell's Bookstores; Public Communicators, Inc.; Salon Media Group, Inc.; Dan Savage; and Sexual Health Network (collectively, "Plaintiffs") hereby make their voluntary initial disclosures ("Initial Disclosures"), pursuant to Federal Rule of Civil Procedure 26(a)(1) to defendant Alberto Gonzales, in his official capacity as Attorney General of the United States.

**DISCLOSURES**

A.  <u>Individuals Likely to Have Discoverable Information that Plaintiffs May Use to Support Their Claims</u>

The following individuals are likely to have discoverable information that may be used by Plaintiffs to support their claims. The list is based on information presently available to Plaintiffs, and Plaintiffs reserve the right to supplement the list pursuant to Federal Rule of Civil

Procedure 26(e).  Individuals currently or formerly employed by Plaintiffs should be contacted only through counsel to Plaintiffs.

| Name and Location | Type of Information |
|---|---|
| Adam Glickman<br>President<br>Condomania<br>647 Poinsetia Place<br>Los Angeles, CA 90036<br>Tel: (323) 933-7865 | Information relevant to the impact of 47 U.S.C. § 231 on Addazi, Inc. d/b/a Condomania |
| Bill Barker<br>CEO<br>A Different Light Bookstores<br>8853 Santa Monica Blvd.<br>West Hollywood, CA 90069<br>Tel: (310) 659-6443 | Information relevant to the impact of 47 U.S.C. § 231 on Androgyny Books, Inc. d/b/a A Different Light Bookstores |
| Nancy Peters<br>City Lights Bookstore<br>261 Columbus Ave.<br>San Francisco, CA 94133<br>Tel: (415) 362-1901<br>Fax: (415) 362-4921 | Information relevant to the impact of 47 U.S.C. § 231 on City Lights Bookstore |
| Heather Corinna Rearick<br>1116 W. 25th Street<br>Minneapolis, MN 55405<br>Tel: (612) 374-2282 | Information relevant to the impact of 47 U.S.C. § 231 on Heather Corinna Rearick |
| Gabriela Sankovich<br>Open Enterprises, Inc.<br>938 Howard, Suite 101<br>San Francisco, CA 94103<br>Tel: (415) 974-8985 Ext. 206 | Information relevant to the impact of 47 U.S.C. § 231 on Good Vibrations |
| John Schwartz<br>Free Speech Media, LLC<br>P.O. Box 6060, Suite 6<br>Boulder, CO 80301<br>Tel: (303) 442-8060 or (303) 442-2707 | Information relevant to the impact of 47 U.S.C. § 231 on  Free Speech Media, LLC and Public Communicators, Inc. |

| Name and Location | Type of Information |
|---|---|
| Bill Boushka<br>High Productivity Publishing<br>P.O. Box 580228<br>Minneapolis, MN 55458-0228<br>Tel: (612) 677-0652 | Information relevant to the impact of 47 U.S.C. § 231 on High Productivity Publishing |
| Rufus Griscolm<br>CEO and Publisher<br>Nerve.com, Inc.<br>520 Broadway, 6th Fl.<br>New York, NY 10012<br>Tel: (212) 624-9914, ext. 250<br>rufus@nerve.com | Information relevant to the impact of 47 U.S.C. § 231 on Nerve.com, Inc. |
| Aaron Peckham<br>d/b/a Urban Dictionary<br>14 Midway Court<br>Sacramento, CA 95817<br>Tel: (805) 543-2765 | Information relevant to the impact of 47 U.S.C. § 231 on Aaron Peckham d/b/a Urban Dictionary |
| Mark Segal<br>Philadelphia Gay News<br>505 South 4th Street<br>Philadelphia, PA 19147-1605<br>Tel: (215) 625-8501 Ext. 204 | Information relevant to the impact of 47 U.S.C. § 231 on Philadelphia Gay News |
| Lowell Sullivan<br>CEO<br>PlanetOut, Inc.<br>P.O. Box 500<br>San Francisco, CA 94104-0500<br>Tel: (415) 834-6500<br>Fax: (415) 834-6502 | Information relevant to the impact of 47 U.S.C. § 231 on PlanetOut, Inc. |
| Miriam Sontz<br>Manager<br>Powell's Bookstores<br>1005 W. Burnside<br>Portland, OR 97209<br>Tel: (503) 228-0540 ext. 845 | Information relevant to the impact of 47 U.S.C. § 231 on Powell's Bookstores |

| Name and Location | Type of Information |
|---|---|
| David Talbot<br>Chairman<br>Salon Media Group, Inc.<br>101 Spear Street, Suite 203<br>San Francisco, CA 94105<br>Tel: (415) 645-9200<br>Fax: (415) 645-9204 | Information relevant to the impact of 47 U.S.C. § 231 on Salon Media Group, Inc. |
| Dan Savage<br>The Stranger<br>1535 11th Ave., 3rd Fl.<br>Seattle, WA 98122<br>Tel: (206) 323-7101<br>Fax: (206) 323-7203 | Information relevant to the impact of 47 U.S.C. § 231 on Dan Savage |
| Mitchell S. Tepper, Ph.D.<br>3 Mayflower Lane<br>Shelton, CT 06484<br>Tel: (203) 924-4623<br>Fax: (203) 924-4623 | Information relevant to the impact of 47 U.S.C. § 231 on Sexual Health Network |
| Patricia Nell Warren<br>Wildcat Press<br>8306 Wilshire Blvd.<br>Box 8306<br>Beverly Hills, CA 90211<br>Tel: (213) 966-2466<br>Fax: (213) 966-2467 | Information relevant to the impact of 47 U.S.C. § 231 on Patricia Nell Warren |
| Lawrence Ferlinghetti<br>City Lights Bookstore<br>261 Columbus Ave.<br>San Francisco, CA 94133<br>tel: (415) 362-1901<br>fax: (415) 362-4921 | Information relevant to the impact of 47 U.S.C. § 231 on Lawrence Ferlinghetti |

B.   Description by Category of and Location of Documents in Plaintiffs' Possession, Custody, or Control that Plaintiffs May Use to Support Their Claims

Plaintiffs reserve the right to withhold from production any documents that would be protected from discovery by a pending motion, the attorney-client privilege, the attorney work

4

product doctrine, or any other applicable privilege. Plaintiffs also reserve the right to supplement their document production in accordance with Rule 26(e).

Subject to the foregoing, the documents in Plaintiffs' possession, custody, or control that are believed relevant to the disputed facts alleged are the following: (1) Plaintiffs' respective Web pages or other online communications containing protected speech that may be considered harmful to minors in some communities, and (2) congressionally commissioned reports that identify more effective and less burdensome means of protecting children against certain Internet speech and concluding that the application of criminal laws to protected speech on the Internet poses significant First Amendment problems.

Copies of the above-referenced Web pages and online communications are located at the following URL addresses: (1) Addazi, Inc. d/b/a Condomania – http://www.condomania.com; (2) American Booksellers Foundation for Free Expression – http://www.abffe.com; (3) American Civil Liberties Union – http://www.aclu.org; (4) Androgyny Books, Inc. d/b/a A Different Light Bookstores – http://www.adlbooks.com; (5) City Lights Bookstore – http://www.citylights.com; (6) Heather Corinna Rearick – http://www.scarletletters.com, http://www.scarleteen.com, and http://www.femmerotic.com; (7) Electronic Frontier Foundation – http://www.eff.org; (8) Electronic Privacy Information Center – http://www.epic.org; (9) Free Speech Media LLC and Public Communicators, Inc. – http://www.freespeech.org; (10) Good Vibrations – http://www.goodvibes.com; (11) High Productivity Publishing – http://www.hppub.com; (12) Nerve.com, Inc. – http://www.nerve.com; (13) Aaron Peckham d/b/a Urban Dictionary – http://www.urbandictionary.com; (14) Philadelphia Gay News – http://www.epgn.com; (15) PlanetOut Inc. – http://www.gay.com and http://www.planetout.com; (16) Powell's Bookstores – http://www.powells.com; (17) Salon

Media Group, Inc. – http://www.salon.com; (18) Dan Savage –

http://www.thestranger.com/current/savage.html and http://www.spreadingsantorum.com; (19)

Sexual Health Network – http://www.sexualhealth.com; and (20) Wildcat Press –

http://www.wildcatintl.com/press/.

      In addition, the above-referenced congressionally commissioned reports are publicly available.

C.    <u>Computation of Damages Claimed</u>

      Plaintiffs seek only injunctive and declaratory relief in this action.

D.    <u>Insurance Agreement Which May Be Liable to Satisfy<br>Part or All of a Judgment That May Be Entered in the Action</u>

      None.

Dated:  March 8, 2005

By:    _____

Ann Beeson
Christopher A. Hansen
Benjamin E. Wizner
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004
(212) 549-2500

Stefan Presser
Attorney ID No. 43067
7803 St. Martins Lane
Philadelphia, PA 19118
(215) 247-2176

Jonathan H. Feinberg
Kairys, Rudovsky, Epstein & Messing, LLP
924 Cherry Street
Suite 500
Philadelphia, PA 19107
(215) 925-4400

6

David L. Sobel
Electronic Privacy Information Center
1718 Connecticut Avenue NW
Suite 200
Washington, DC 20009
(202) 483-1140

Lee Tien
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
(415) 436-9333

Christopher R. Harris
Michele M. Pyle
Latham & Watkins, LLP
885 Third Avenue
Suite 1000
New York, New York 10022
(212) 906-1200

ATTORNEYS FOR PLAINTIFFS

7

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of Plaintiffs' Initial Disclosures Pursuant to F.R.C.P. 26(a)(1) was sent via overnight courier on March 8th, 2005 to:

    Karen Stewart
    United States Department of Justice
    Civil Division, Room 7200
    20 Massachusetts Avenue NW
    Washington, D.C. 20530

                                                                                                          _____

                                                                                                           Ben Wizner