IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity | : | |
| as Attorney General of the United States | : | |

**O R D E R**

AND NOW, this 10th day of March, 2005, upon consideration of the joint motion for an extension of time to file the parties' joint proposed case management order (Doc. No. 178), it is hereby **ORDERED** that the motion is **DENIED** as moot.[1]

_____
LOWELL A. REED, JR., S.J.

---

[1] In the motion, the parties request an extension of time to file their joint proposed case management order from February 28, 2005, a date extrapolated from Pretrial Order No. 11 (Doc. No. 158), until March 8, 2005. However, Pretrial Order No. 13 (Doc. No. 177), which supercedes Pretrial Order No. 11, gives the parties until March 21, 2005, in which to file their joint proposed case management order.