IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity as Attorney General of the United States | : : | |

**O R D E R**

AND NOW, this 14th day of March, 2005, upon concluding that the use of electronic filing under the Eastern District of Pennsylvania's Electronic Case Filing ("ECF") system is conducive to the efficient and proper management of this case, it is hereby **ORDERED** that the parties shall register as ECF Filing Users pursuant to Local Rule of Civil Procedure 5.1.2 and as described in the Eastern District of Pennsylvania's ECF Procedural Order (see https://ecf.paed.uscourts.gov) by **Monday, April 18, 2005.**

_____
LOWELL A. REED, JR., S.J.