IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,   )<br>        )<br>          Plaintiffs,        )<br>        )<br>v.        )<br>        )<br>ALBERTO GONZALES, in his official    )<br>capacity as ATTORNEY GENERAL OF   )<br>THE UNITED STATES,         )<br>        )<br>          Defendant.      )<br>_____)  | CIVIL ACTION<br>No. 98-CV-5591 |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE of the indicated change of address for the undersigned co-counsel for plaintiffs.[1]

Respectfully submitted,

_____
DAVID L. SOBEL
ELECTRONIC PRIVACY INFORMATION
  CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, DC  20009
(202) 483-1140

Co-counsel for Plaintiffs

---

[1] Although defendant is cognizant of counsel's current address, as reflected in his recent service of pleadings, the official docket reflects an outdated address.  This notice is filed at the Court's request to correct the docket entry.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Notice of Change of Address have been served on the following by first class mail, this 14th day of March, 2005:

    Ann Beeson
    Christopher A. Hansen
    Benjamin E. Wizner
    American Civil Liberties Union Foundation
    125 Broad Street
    New York, NY 10004

    Karen Stewart
    Raphael O. Gomez
    Federal Programs Branch
    U.S. Department of Justice
    20 Massachusetts Ave., N.W.
    Seventh Floor
    P.O. Box 883
    Washington, DC 20044

_____
DAVID L. SOBEL