UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------------x
:
AMERICAN CIVIL LIBERTIES UNION, et al.,       :
:
                Plaintiffs,       :
:
                    v.       :   Civ. Act. No. 98-CV-5591
:
ALBERTO R. GONZALES, in his official capacity as       :
ATTORNEY GENERAL OF THE UNITED STATES,       :
:
                Defendant.       :
:
------------------------------------------------------------------------x

## STIPULATION

The parties, through their undersigned counsel, hereby stipulate and agree as follows:

The caption in this matter shall be corrected to reflect the full and correct name of Plaintiff Heather Corinna Rearick. A copy of the corrected caption is appended to this stipulation.

FOR THE PLAINTIFFS:

s/_____            Dated: March 17, 2005
BEN WIZNER
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(212) 549-2500

FOR THE DEFENDANT:

s/_____            Dated: March 17, 2005
KAREN STEWART
RAPHAEL O. GOMEZ
United States Department of Justice
Civil Division, Federal Programs Branch
901 E Street NW, Room 820
Washington, DC 20530
(202) 514-2849

PETER D. KEISLER
Assistant Attorney General
FELIX V. BAXTER
Director, Federal Program Branch
THEODORE C. HIRT
Assistant Branch Director

## ORDER

The above stipulation of the parties is hereby approved by the Court this _____ day of April, 2005.  The Clerk is hereby directed to amend the caption, and the parties shall henceforth use the corrected caption in all future filings.  A copy of the corrected caption is attached to this Order.

_____
LOWELL A. REED, JR., J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------------x
:
AMERICAN CIVIL LIBERTIES UNION;                       :
AMERICAN BOOKSELLERS FOUNDATION FOR     :      Civil Action
FREE EXPRESSION; ANDROGYNY BOOKS, INC.    :      No. 98-CV-5591
d/b/a A DIFFERENT LIGHT BOOKSTORES;             :
ADDAZI, INC. d/b/a CONDOMANIA;                         :
HEATHER CORINNA REARICK; ELECTRONIC       :
FRONTIER FOUNDATION; ELECTRONIC PRIVACY :
INFORMATION CENTER; FREE SPEECH MEDIA;   :
NERVE.COM, INC.; AARON PECKHAM d/b/a URBAN :
DICTIONARY; PHILADELPHIA GAY NEWS;             :
PLANETOUT, INC.; POWELL'S BOOKSTORES;        :
PUBLIC COMMUNICATORS, INC.; SALON               :
MEDIA GROUP, INC; DAN SAVAGE;                        :
and SEXUAL HEALTH NETWORK;                            :
:
        Plaintiffs,                          :
:
  v.                                                                              :
:
ALBERTO GONZALES, in his official capacity as     :
ATTORNEY GENERAL OF THE UNITED STATES,  :
:
        Defendant.                         :
:
---------------------------------------------------------------------x