IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


AMERICAN CIVIL LIBERTIES UNION, et al.   :      CIVIL ACTION
                                       :

             v.                     :      NO.  98-5591
                                         :

ALBERTO R. GONZALES in his official capacity  :
as Attorney General of the United States      :


**O R D E R**


AND NOW, this 23rd day of March, 2005, upon consideration of the stipulation dated March 17, 2005, it is hereby **ORDERED** that the **Clerk of Court is directed to amend the caption**, and the parties shall henceforth use the corrected caption in all future filings.  A copy of the corrected caption is attached to the March 17, 2005, stipulation.


_____
LOWELL A. REED, JR., S.J.