IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>      Plaintiffs.<br><br>  v.<br><br>ALBERTO R. GONZALES, in his official capacity as Attorney General of the United States.<br><br>      Defendant. | Civil Action No.<br>98-CV-5591 |

### DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE, that James D. Todd, Jr., Trial Attorney, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, will be appearing on behalf on Defendant, Alberto R. Gonzales, in his official capacity as Attorney General of the United States, in substitution for Rupa Bhattacharyya, Senior Trial Counsel, who is no longer appearing in this case. Accordingly, please direct all communications to Defendant to the address indicated below.

///

```
Dated:  May 2, 2005
```

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

PATRICK L. MEEHAN
United States Attorney

RICHARD BERNSTEIN
Assistant U.S. Attorney

THEODORE C. HIRT
Assistant Branch Director
United States Department of Justice

<u>/s/ James D. Todd, Jr. JDT5169</u>
KAREN STEWART
RAPHAEL O. GOMEZ
Senior Trial Counsels
JAMES D. TODD, JR.
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, D.C.  20044
(202) 514-3378
*james.todd@usdoj.gov*

CERTIFICATE OF SERVICE

     I hereby certify that on this date I caused a true and correct copy of the Defendant's Notice of Substitution was filed electronically with the Court's ECF system, through which a notice of this filing will be sent to:

Ann Beeson
Christopher A. Hansen
Benjamin E. Wizner
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004

Stefan Presser
7803 St. Martins Lane
Philadelphia, PA 19118

Jonathan H. Feinberg
Kairys, Rudovsky, Epstein & Messing, LLP
924 Cherry Street
Suite 500
Philadelphia, PA 19107

David L. Sobel
Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

Lee Tien
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
Christopher R. Harris

Michele M. Pyle
Christopher R. Harris
Latham & Watkins
885 Third Avenue
Suite 1000
New York, NY 10022

                              /s/ James D. Todd JDT 5169
                              JAMES D. TODD, JR.

                              Dated:  May 2, 2005