IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity as Attorney General of the United States | : : | |

## PRETRIAL ORDER No. 16

**AND NOW,** this 3rd day of May, 2005, having considered the joint report of the parties regarding the need for discovery rule waivers (Document No. 189), it is hereby **ORDERED** that the report is accepted by the Court and its terms shall forthwith govern the subject matter of the report as between the parties until amended by agreement of the parties or further order of this court.

**IT IS FURTHER ORDERED** that the parties may amend the terms of the joint report in order to affect necessary waivers by agreement, without Court approval, as long as such agreement(s) do not change any scheduled deadlines set by the Court in its case management orders.

							_____
							LOWELL A. REED, JR., S.J.