IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, *et al.*, | ) ) ) | |
| **Plaintiffs**, | ) ) ) | Civil Action No. 98-CV-5591 |
| v. | ) ) | |
| **ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, | ) ) ) ) | |
| **Defendant.** | ) ) | |

**DEFENDANT'S NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of Joel McElvain, Trial Attorney, Federal Programs Branch, Civil Division, U.S. Department of Justice, as co-counsel for Defendant

-2-

Alberto R. Gonzales in the above-captioned case in addition to (not in lieu of) other counsel of record.

Dated: May 20, 2005                                   Respectfully submitted,

                                                          PETER D. KEISLER
Assistant Attorney General

PATRICK L. MEEHAN
United States Attorney

RICHARD BERNSTEIN
Assistant U.S. Attorney

THEODORE C. HIRT
Assistant Branch Director
United States Department of Justice

   /s/ Joel McElvain
KAREN STEWART
RAPHAEL O. GOMEZ
Senior Trial Counsels
JOEL McELVAIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, D.C.  20044
(202) 514-2988
Joel.L.McElvain@usdoj.gov

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2005, I caused a true and correct copy of the Defendant's Notice of Appearance to be filed electronically with the Court's ECF system, through which a notice of this filing will be sent to:

Ann Elizabeth Beeson
Christopher A. Hansen
Benjamin E. Wizner
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004

Stefan Presser
ACLU of Pennsylvania
7803 St. Martins Lane
Philadelphia, PA 19118

Jonathan H. Feinberg
Kairys, Rudovsky, Epstein & Messing, LLP
924 Cherry Street, Suite 500
Philadelphia, PA 19107

David L. Sobel
Electronic Privacy Information Center
1718 Connecticut Ave., NW, Suite 200
Washington, DC 20009

Michele M. Pyle
Christopher R. Harris
Latham & Watkins
885 Third Avenue, Suite 1000
New York, NY 10022

    /s/ Joel McElvain
JOEL McELVAIN