IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity as Attorney General of the United States | : : | |

## PRETRIAL ORDER No. 17

**AND NOW,** this 8th day of June, 2005, having scheduled the next pre-trial conference for Tuesday, August 16, 2005, at 11 a.m., it is hereby **ORDERED** that the parties shall submit to chambers a joint proposed agenda for the pre-trial conference by **12 p.m. on Thursday, August 11, 2005.** A party may submit as well a suggested agenda item or items as to which there is no agreement.

_____
LOWELL A. REED, JR., S.J.