APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al | : | CIVIL ACTION |
| v. | : | |
| ALBERTO R. GONZALES in his official capacity as U.S. Attorney General | : | NO.  98-CV-5591 |

### ORDER

AND NOW, this _____ Day of _____, 2005, it is hereby

ORDERED that the application of  ANDREW M. PURDY_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 98-CV-5591

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, ANDREW M. PURDY the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 622046, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 05/08/2003 | 4143012 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   Plaintiffs (of counsel to the ACLU)

(Applicant's Signature)

5/31/05
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Latham & Watkins LLP

885 Third Avenue (Suite 1000), New york, NY 10022

(212) 906-1200

Sworn and subscribed before me this

31 Day of May, 2005

Notary Public



MICHELLE LEE JEFFERS
Comm. # 1550565
NOTARY PUBLIC - CALIFORNIA
City and County of San Francisco
My Comm. Expires Feb. 6, 2009

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____ANDREW M. PURDY_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Jonathan H. Feinberg | [signature] | 03/08/2002 | 88227 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Kairys, Rudovsky, Epstein & Messing, LLP

924 Cherry Street (Suite 500), Philadelphia, PA 19107

Tel. (215) 925-4400

Sworn and subscribed before me this

2nd Day of June, 2005

_____[signature]_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tanya L. Smith, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Oct. 16, 2008

Member, Pennsylvania Association Of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION,** et al | CIVIL ACTION |
| v. | |
| ALBERTO R. GONZALES in his official capacity as U.S. Attorney General | NO. 98-CV-5591 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ANDREW M. PURDY Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

B.R. Barnett and R.M. Bernstein, U.S. Attorney's Office

K. Stewart, T.C. Hirt, R.O. Gomez, and R. Bhattacharyya, U.S. Dept. of Justice

Signature of Attorney

Jeroen van Kwawegen
Name of Attorney

American Civil Liberties Union, et al
Name of Moving Party

06/09/2005
Date