IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al<br><br>Plaintiffs<br><br>vs.<br><br>ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES<br><br>Defendant | Civil Action No. 98-5591 |

PRAECIPE FOR WITHDRAWAL OF APPEARANCE WITHOUT LEAVE OF COURT

To the Prothonotary:

Withdraw my appearance on behalf of    AMERICAN CIVIL LIBERTIES UNION
ANDROGYNY BOOKS, INC.
ARTNET WORLDWIDE CORPORATION
FREE SPEECH MEDIA
INTERNET CONTENT COALITION
OBGYN.NET
PHILADELPHIA GAY NEWS
POWELL'S BOOKSTORE
RIOTGRRL
SALON INTERNET, INC.
WEST STOCK, INC.
PLANETOUT CORPORATION

CHRISTOPHER R. HARRIS has previously entered his appearance for the aforementioned parties. I hereby certify that this change is not intended to, nor will it, delay this proceeding to the best of my knowledge, information and belief.

Date: June 7, 2005

Signature

MICHELE M. PYLE