IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al<br><br>Plaintiffs<br><br>v.<br><br>ALBERTO R. GONZALES, in his official capacity as<br>ATTORNEY GENERAL OF THE UNITED STATES<br><br>Defendant | Civil Action No. 98-5591 |

## ENTRY OF APPEARANCE

TO THE CLERK:

On June 14, 2005, Judge Reed approved my application to appear *pro hac vice* before the United States District Court for the Eastern District of Pennsylvania in the above-captioned action. Please enter my appearance as co-counsel for the plaintiffs.

Respectfully submitted,

Date: 6/21/05

/s/ Signature

Jeroen van Kwawegen

LATHAM & WATKINS LLP
885 Third Avenue
(Suite 1000)
New York, NY 10022
Phone: (212) 906-1200
Fax: (212) 751-4864