## **CERTIFICATE OF SERVICE**

   I hereby certify that on June 21, 2005, I served Entries of Appearance of ANDREW M. PURDY and JEROEN VAN KWAWEGEN in *American Civil Liberties Union, et al v. Alberto Gonzales, in his official capacity as Attorney General of the United States* (Civil Action No. 98-5591) via Federal Express delivery upon:

Karen Stewart, Esq.
U.S. Department of Justice
Civil Division (Federal Programs Branch)
20 Massachusetts Avenue, N.W.
Suite 7200
Washington, DC 20530

Theodore S. Hirt, Esq.
U.S. Department of Justice
Civil Division (Federal Programs Branch)
20 Massachusetts Avenue, N.W.
Room 7106
Washington, DC 20530

Rupa Bhattacharyya, Esq.
U.S. Department of Justice
20 Massachusetts Avenue, N.E.
Suite 7338
Washington, DC 20530

Raphael O. Gomez, Esq.
U.S. Department of Justice
20 Massachusetts Avenue, N.E.
Suite 6144
Washington, DC 20530

Richard M. Bernstein, Esq.
U.S. Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476

Benjamin R. Barnett, Esq.
U.S. Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476

                   /s/ Jeroen van Kwawegen