UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

----------------------------------------------------------------------x
:
AMERICAN CIVIL LIBERTIES UNION, et al.,   :
:
        Plaintiffs,   :
:
    v.   :   Civ. Act. No. 98-CV-5591
:
ALBERTO R. GONZALES, in his official capacity as   :
ATTORNEY GENERAL OF THE UNITED STATES,   :
:
        Defendant.   :
:
----------------------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER

The parties, through their undersigned counsel, hereby stipulate and agree as follows:

Paragraph 1 of Pre-Trial Order Number 14, dated April 20, 2005, shall be changed to indicate that Christopher A. Hansen shall be lead counsel for plaintiffs and Aden J. Fine shall be liaison counsel for plaintiffs.

                                FOR THE PLAINTIFFS:

Dated:  June 30, 2005                         /s/_____
                                            BEN WIZNER
                                            American Civil Liberties Union Foundation
                                            125 Broad Street, 18th Floor
                                            New York, NY 10004
                                            (212) 549-2500

                                FOR THE DEFENDANT:

Dated:  June 30, 2005                         /s/_____
                                            KAREN STEWART
                                            RAPHAEL O. GOMEZ
                                            JAMES D. TODD, JR.
                                            JOEL McELVAIN

TAMARA ULRICH
United States Department of Justice
Civil Division, Federal Programs
Branch
901 E Street NW, Room 820
Washington, DC 20530
(202) 514-2849

IT IS SO ORDERED.

Dated: _____, 2005            _____
                                                HON. LOWELL A. REED, JR., S.J.