```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br>  et al.,<br><br>       Plaintiffs.<br><br>  v.<br><br>ALBERTO R. GONZALES, in his official<br> capacity as Attorney General of<br> the United States.<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>) 98-CV-5591<br>)<br>)<br>)<br>)<br>)<br>) |

          JOINT REPORT REGARDING THE DISCOVERY
        AND MAINTENANCE OF ELECTRONIC INFORMATION
       <u>INCLUDING COMPUTER BASED AND DIGITAL INFORMATION</u>

    The parties, by their undersigned counsel and pursuant to paragraph 4 of Pretrial Order No. 14 (Case Management Order), hereby submit the following joint report.

    The parties have continued to meet and discuss the issue of discovery and maintenance of electronic information including computer based and digital information.  The sole issue identified at this time is defendant's concern with the preservation of plaintiffs' web sites.  Defendant proposed to resolve this issue by utilizing commercial software such as that provided by bluesquirrel.com, an Internet software provider, and archive.org, a digital library of Internet web sites, to obtain a snapshot of plaintiffs' web sites at a specific point in time. Defendant continues to evaluate various software.  The parties

propose that this matter be added to the agenda for the August 16, 2005 conference.

**FOR THE PLAINTIFFS**

\_\_\_/S/_____     DATE: \_\_July 15, 2005\_\_

ADEN FINE

American Civil Liberties Union
  Foundation
125 Broad St.
New York, New York 10004
(212) 549-2500

**FOR THE DEFENDANT**

PETER D. KEISLER
Assistant Attorney General

PATRICK L. MEEHAN
United States Attorney

Richard Bernstein
Assistant U.S. Attorney

THEODORE C. HIRT
Assistant Branch Director

\_\_\_/s/ Raphael O. Gomez_____     DATE: \_\_\_July 15, 2005\_\_
KAREN STEWART
RAPHAEL O. GOMEZ
JAMES D. TODD, Jr.
JOEL L. McELVAIN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. N.W., Room 7200
Washington, D.C.  20530
Tel: (202) 514-2849