APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ACLU, et al.                :        CIVIL ACTION
                            :
    v.                      :
                            :
Gonzales                    :        NO. 98-5591

## ORDER

AND NOW, this _____ Day of _____, 2005, it is hereby

ORDERED that the application of <u>Christopher A. Hansen</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                              J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 98-5591

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, Christopher A. Hansen, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 5969, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York | March, 1973 | none - registration #: 1393560 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

| | | |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

| | | |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Southern Dist. NY | January, 1974 | CH 6776 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Eastern Dist. NY | January, 1974 | CH 6776 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Supreme Court | July, 1979 | - none - |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for     Plaintiffs

*Christopher A. Hansen*
(Applicant's Signature)

Aug 2, 2005
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2606

Sworn and subscribed before me this

2 Day of August, 2005

_____
Notary Public

JUDY RABINOVITZ
Notary Public, State of New York
No. 31-4874248
Qualified in New York County
Commission Expires October 6, 19___
Dec. 31, 2006

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

   The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Christopher A. Hansen__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

__Stefan Presser__    [signature]    __/98—__    __43067__
Sponsor's Name     Sponsor's Signature     Admission date     Attorney Identification No.

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

__American Civil Liberties Union of Pennsylvania__
__P.O. Box 40008__
__Philadelphia, PA 19106__

Sworn and subscribed before me this

__10th__ Day of __August__, 200__5__

[signature] Marianne G. Haverland
Notary Public
Commonwealth of Pennsylvania

NOTARIAL SEAL
MARIANNE G. HAVERLAND, Notary Public
City of Philadelphia, Phila. County
My Commission Expires Dec. 10, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ACLU, et al.                     :     CIVIL ACTION
                                 :
         v.                      :
                                 :
Gonzales                         :     NO. 98-5591

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Christopher A. Hansen Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Karen Stewart

U.S. Dept. of Justice, 20 Massachusetts Ave, NW, Room 7200

Washington, D.C. 20001

_____
Signature of Attorney

Mary Catherine Roper
Name of Attorney

ACLU, et al.
Name of Moving Party

8/11/2005
Date