IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, *et al.*, | ) ) ) |
| **Plaintiffs**, | ) ) ) Civil Action No. 98-CV-5591 |
| v. | ) ) |
| **ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, | ) ) ) ) ) |
| **Defendant.** | ) |

## DEFENDANT'S NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Tamara Ulrich, Trial Attorney, Federal Programs Branch, Civil Division, U.S. Department of Justice, as co-counsel for Defendant Alberto R. Gonzales in the above-captioned case in addition to (not in lieu of) other counsel of record.

Dated: August 12, 2005                Respectfully submitted,

                        PETER D. KEISLER
                        Assistant Attorney General

                        PATRICK L. MEEHAN
                        United States Attorney

                        RICHARD BERNSTEIN
                        Assistant U.S. Attorney

                        THEODORE C. HIRT
                        Assistant Branch Director
                        United States Department of Justice

-2-

    <u>   /s/ Tamara Ulrich            </u>
KAREN STEWART
RAPHAEL O. GOMEZ
Senior Trial Counsels
TAMARA ULRICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, D.C.  20044
(202) 305-1432
Tamara.Ulrich@usdoj.gov

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2005, I caused a true and correct copy of the Defendant's Notice of Appearance to be filed electronically with the Court's ECF system, through which a notice of this filing will be sent to:

> Ann Elizabeth Beeson
> Christopher A. Hansen
> Benjamin E. Wizner
> Aden Fine
> American Civil Liberties Union Foundation
> 125 Broad Street
> New York, NY 10004
>
> Stefan Presser
> ACLU of Pennsylvania
> 7803 St. Martins Lane
> Philadelphia, PA 19118
>
> Jonathan H. Feinberg
> Kairys, Rudovsky, Epstein & Messing, LLP
> 924 Cherry Street, Suite 500
> Philadelphia, PA 19107
>
> David L. Sobel
> Electronic Privacy Information Center
> 1718 Connecticut Ave., NW, Suite 200
> Washington, DC 20009
>
> Christopher R. Harris
> Andrew Purdy
> Jereon Vankwawegen
> Latham & Watkins
> 885 Third Avenue, Suite 1000
> New York, NY 10022

                                                          /s/
                                          TAMARA ULRICH