IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity as Attorney General of the United States | : : | |

**PRETRIAL ORDER No. 18**
**(CASE MANAGEMENT ORDER)**

**AND NOW,** this 16th day of August, 2005, upon the conclusion of the pretrial conference held today, pursuant to Fed. R. Civ. P. 16(b), it is hereby **ORDERED** that:

1. After meeting and discussing the issue, each party shall submit to chambers by **Tuesday, September 27, 2005,** a letter containing a list of all third-party discovery undertaken, a short description of the discovery requested,[1] the dates by which a response is expected, and a description of the planned action to expedite the responses;

2. The parties shall serve and respond to party discovery by **Saturday, October 1, 2005**;

3. After meeting and discussing the issue, the parties shall enter into and file a stipulation regarding the preservation of electronic information by **Saturday, October 1, 2005,** or failing an agreement, defendant shall file a motion to resolve the issue by said date;

4. The date of the next pre-trial conference shall be **Tuesday, October 4, 2005, at 11 a.m.** in Courtroom 4B, United States Courthouse, Philadelphia, Pennsylvania;

5. The parties shall submit to chambers a joint proposed agenda for the pre-trial conference by **Tuesday, September 27, 2005.** A party may submit as well a suggested agenda item or items as to which there is no agreement.

                                                    LOWELL A. REED, JR., S.J.

---

[1] This requirement may be met by attaching a copy of the discovery request or subpoena.