IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity as Attorney General of the United States | : : | |

**PRETRIAL ORDER No. 19**
**(CASE MANAGEMENT ORDER)**

**AND NOW,** this 22nd day of August, 2005, after having determined that the court erred in describing Paragraph No. 2 of Pretrial Order No. 18, that paragraph is vacated and is replaced as follows:

2.    The parties shall serve all first party discovery requests or motions no later than Saturday, October 1, 2005, and by that date submit to chambers a letter containing a short description of the discovery requested;[1]

_____
LOWELL A. REED, JR., S.J.

---

[1] This requirement may be met by attaching a copy of the discovery request.