IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> ALBERTO R. GONZALES, in his official capacity as Attorney General of the United States. <br><br> Defendant. | Civil Action No. <br> 98-CV-5591 |

**PRETRIAL ORDER NO.\_\_**
**(AMENDED CASE MANAGEMENT ORDER)**

AND NOW, this \_\_\_\_ day of _____, 2005, upon consideration of Defendant's Motion to Amend the Case Management Order, it is hereby ORDERED that:

1. The discovery cut-off date for factual discovery shall be **March 15, 2006**, that is all requests for discovery shall be noticed, responded to, and competed by that date;

2. The discovery cut-off date for expert discovery shall be **August 1, 2006**. The parties will exchange principal expert reports by **April 1, 2006**; will exchange expert rebuttal reports by **June 1, 2006**; and will commence expert depositions by **June 15, 2006**;

3. The deadline for filing dispositive motions shall be **August 15, 2006**;

4. The deadline for filing motions *in limine* shall be **September 1, 2006**, to which responses shall be filed by **September 22, 2006**;

5. The deadline for entering into written stipulations shall be **October 6, 2006**;

6. The parties shall file a proposed final pretrial order pursuant to Local Rule of Civil procedure 16.1(d)(2)(a) no later than **October 20, 2006**. *See also* cmt. 5 to Local Rule 16.1 in the Eastern District of Pennsylvania Federal Practice Rules Annotated, Peter Vaira (Gann Law Books 2004-2005 Ed.); and Sample Forms 9 (pp. 194-199) and 36 (pp. 307-311) in Judicial Conference of the United States, Civil Litigation Management Manual (available at http://www/fjc.gov);

7. The trial of this action shall commence on **November 15, 2006**; and

8. The Court will, in due course, order the completion of further trial preparation filings and set a date for the final pretrial conference.

_____
**LOWELL A. REED, JR., S.J.**

7. The trial of this action shall commence on **November 15, 2006**; and

8. The Court will, in due course, order the completion of further trial preparation filings and set a date for the final pretrial conference.

_____
**LOWELL A. REED, JR., S.J.**