IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity as Attorney General of the United States | : : | |

### PRETRIAL ORDER No. 20

**AND NOW,** this 5th day of October, 2005, upon the conclusion of the pretrial conference held yesterday, pursuant to Fed. R. Civ. P. 16(b), it is hereby **ORDERED** that:

1. By **October 20, 2005**, the parties shall submit to chambers letter reports regarding:
    a. the status of first party discovery; and
    b. the status of third party discovery

2. By **November 4, 2005**, the parties shall submit to chambers letter reports regarding:
    a. an updated status of third party discovery; and
    b. the necessity of modifying the current case management order deadlines;

3. By **November 10, 2005**, the parties shall file any motions to compel or motions for protective orders as to party discovery.

4. The date of the next pre-trial conference shall be  **December 6, 2005 at 11 a.m.**  in Courtroom 4B, United States Courthouse, Philadelphia, Pennsylvania;

5. The parties shall submit to chambers a joint proposed agenda for the pre-trial conference by  **4 p.m. on November 29, 2005** .  A party may submit as well a suggested agenda item or items as to which there is no agreement.

_____
LOWELL A. REED, JR., S.J.
