# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------------x

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION; | : |
| AMERICAN BOOKSELLERS FOUNDATION FOR | :  Civil Action |
| FREE EXPRESSION; ANDROGYNY BOOKS, INC. | :  No. 98-CV-5591 |
| d/b/a A DIFFERENT LIGHT BOOKSTORES; | : |
| ADDAZI, INC. d/b/a CONDOMANIA; | : |
| HEATHER CORINNA REARICK; ELECTRONIC | : |
| FRONTIER FOUNDATION; ELECTRONIC PRIVACY | : |
| INFORMATION CENTER; FREE SPEECH MEDIA; | : |
| NERVE.COM, INC.; AARON PECKHAM d/b/a URBAN | : |
| DICTIONARY; PHILADELPHIA GAY NEWS; | : |
| PLANETOUT, INC.; POWELL'S BOOKSTORES; | : |
| PUBLIC COMMUNICATORS, INC.; SALON | : |
| MEDIA GROUP, INC; DAN SAVAGE; | : |
| and SEXUAL HEALTH NETWORK; | : |
|  | : |
|                      Plaintiffs, | : |
|  | : |
|           v. | : |
|  | : |
| ALBERTO R. GONZALES, in his official capacity as | : |
| ATTORNEY GENERAL OF THE UNITED STATES, | : |
|  | : |
|                      Defendant. | : |
|  | : |

-----------------------------------------------------------------------x

## PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO AMEND CASE MANAGEMENT ORDER

Plaintiffs oppose defendant's Motion to Amend The Case Management Order on

the ground that it is premature at this time.  Although plaintiffs are prepared to proceed

with the schedule presently set forth in Pretrial Order No. 14 (the Case Management

Order), plaintiffs are in the process of negotiating a revised pretrial schedule with

defendant to resolve defendant's concerns.  Pursuant to Pretrial Order No. 20, plaintiffs

will submit a letter report on November 4, 2005 to advise the Court as to whether the

present Case Management Order needs to be modified, and, if so, what the parties'

proposals are for a new schedule.  To the extent the parties are not able to reach

agreement, plaintiffs reserve the right to file a substantive response to defendant's

motion.

Respectfully submitted,

DATE:  October 20, 2005          /s/
                                 ADEN J. FINE
                                 American Civil Liberties Union Foundation
                                 125 Broad St., 18th Floor
                                 New York, New York 10004
                                 (212) 549-2500

                                 ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2005, a true and correct copy of Plaintiffs' Opposition to Defendant's Motion to Amend the Case Management Order was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to:

Karen Stewart
United States Department of Justice
Civil Division, Room 7200
20 Massachusetts Avenue NW
Washington, D.C. 20530

_____/s/_____
Aden J. Fine