APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| ACLU, et al. | : |  |
| v. | : |  |
|  | : |  |
| Gonzales | : | NO. 98-cv-5591 |

ORDER

AND NOW, this _____ Day of _____, 200_, it is hereby

ORDERED that the application of **Catherine Crump**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __98-cv-5591__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Catherine Crump__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

__California__     __7/5/05__     __237438__
(State where admitted)   (Admission date)   (Attorney Identification Number)

_____   _____   _____
(State where admitted)   (Admission date)   (Attorney Identification Number)

_____   _____   _____
(State where admitted)   (Admission date)   (Attorney Identification Number)

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

_____   _____   _____
(Court where admitted)   (Admission date)   (Attorney Identification Number)

_____   _____   _____
(Court where admitted)   (Admission date)   (Attorney Identification Number)

_____   _____   _____
(Court where admitted)   (Admission date)   (Attorney Identification Number)

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for     __ACLU, et al.__

__[signature]__
(Applicant's Signature)

__[date]__
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

__125 Broad Street, 17th Floor New York, NY 10004__

__(212) 549-7806__

Sworn and subscribed before me this

__ Day of ____, 200_

__[signature]__
Notary Public

Christopher A. Hansen
Notary Public, State of New York
No. ...
Qualified in Westchester County
Commission Expires March 20, 1991  2007

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Catherine Crump__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Jonathan H. Feinberg | [signature] | March 2002 | 88227 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

924 Cherry Street, Suite 500
Philadelphia PA 19107
215 925 4400

Sworn and subscribed before me this

31st Day of October, 2005

[signature]
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tanya L. Smith, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Oct. 16, 2008

Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACLU, et al. | : | CIVIL ACTION |
| v. | : | |
| Gonzales | : | NO. 98-cv-5591 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Catherine Crump** Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

_____

_____

_____

_____
Signature of Attorney

_____
Name of Attorney

_____
Name of Moving Party

_____
Date