UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------------x
:
AMERICAN CIVIL LIBERTIES UNION, et al.,      :
:
Plaintiffs,           :
:
v.                           :   Civ. Act. No. 98-CV-5591
:
ALBERTO R. GONZALES, in his official capacity as   :
ATTORNEY GENERAL OF THE UNITED STATES,   :
:
Defendant.            :
:
-----------------------------------------------------------------------x

### STIPULATION AND [PROPOSED] ORDER

The parties, through their undersigned counsel, hereby stipulate and agree as follows:

Paragraph 3 of Pre-Trial Order Number 20, dated November 11, 2005, shall be changed to state that the parties shall file any letter briefs or formal motions concerning party discovery disputes by November 22, 2005.

FOR PLAINTIFFS:

Dated: November 10, 2005

/s/
ADEN J. FINE
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

                                        FOR DEFENDANT:

Dated: November 10, 2005                         /s/
                                                   KAREN STEWART
                                                   United States Department of Justice
                                                 Civil Division, Federal Programs
                                                 Branch
                                                 901 E Street NW, Room 820
                                                 Washington, DC 20530
                                                 (202) 514-2849

IT IS SO ORDERED.

Dated: November _____, 2005

                                                 HON. LOWELL A. REED, JR., S.J.