

**U.S. Department of Justice**

Civil Division
Federal Programs Branch
20 Massachusetts Ave. NW  Room 7202
Washington, D.C. 20530

---

Tamara Ulrich  　　　　　　　　　　　Tel: 202/305-1432
Trial Attorney  　　　　　　　　　　　Fax: 202/616-8470


　　　　　　　　　　　　　　　　　　August 10, 2005

<u>By Federal Express</u>

Aden Fine, Esquire
American Civil Liberties Union
　Foundation
125 Broad Street
New York, New York, 10004

　　　　Re:　<u>ACLU, et al. v. Gonzales, No. 98-5591 (E.D. Pa.)</u>

Dear Mr. Fine:

　　Enclosed please find downloads of the following of Plaintiffs' web sites:

　　　　www.adlbooks.com (downloaded on July 23, 2005)
　　　　www.scarleteen.com (downloaded on July 23, 2005)
　　　　www.freespeech.org (downloaded on July 23, 2005)
　　　　www.condomania.com (downloaded on July 31, 2005)
　　　　www.nerve.com (downloaded on August 1, 2005)
　　　　www.sexualhealth.com (downloaded on August 1, 2005)
　　　　www.urbandictionary.com (downloaded on July 31, 2005)

　　These web sites were downloaded using the program HTTrack, version 3.33, which is publicly available without cost from www.httrack.com. This program was chosen because it has advanced functionality features that are less common in commercial products. This website allows downloads of all HTML web site pages and it attempts to copy dynamically generated pages in a generic fashion. While we have tried to create the most complete copy of the web sites, the program is unable to make a copy of some of the dynamically generated pages.

　　Using www.adlbooks.com as an example, you will notice that the vast majority of the web site content appears as it would on the web. (You click on the HTML "index" button to open up a copy of the website as it would appear on the internet.) However, when you go to "Adult Selections," the copy does not allow you to click past the "agree" point, because this website uses cookies to identify the person logging in, which is a dynamic issue that does allow copying. In addition, the "Special Orders" section on this website does not appear in the copy of the web site because this page involves a Secure

- 2 -

Server, rather than the standard web server that handles the rest of the site.

The copy of www.freespeech.org demonstrates some other examples of copying limitations. We have chosen to copy only the Plaintiff's web sites, not to follow links to other web sites. Clicking on the "Online Store" store at www.freespeech.org actually takes you to a different web site (www.freespeechstore.org), which has not been copied. In addition, the videos on this web site are dynamically generated with a .php extension, and the program could not copy those dynamically generated files.

Please review the enclosed copies and let us know if you have any issues with the accuracy or authenticity of the content actually depicted. Given that the copies reflect the best that Defendant will be able to obtain with available technology, Plaintiffs will need to provide a copy of the portion of their web sites that we were unable to capture, or we can discuss how we could obtain a representative sample of the missing material. If you have any questions, feel free to contact Raphael Gomez or me at (202) 305-1432.

Sincerely,

Tamara L. Ulrich

Encls.