IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, *et al.*, | ) ) ) | |
| **Plaintiffs**, | ) ) | Civil Action No. 98-CV-5591 |
| v. | ) ) ) | |
| **ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, | ) ) ) ) | |
| **Defendant.** | ) | |

## DEFENDANT'S MOTION FOR A PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 7.1, Defendant, by his attorneys the United States Department of Justice, moves for a protective order from certain discovery propounded upon him on August 28, 2005. The reasons for this motion are set forth in the accompanying memorandum of law and exhibits. A proposed order is attached.

### Rule 26(c) Certification

In accordance with Federal Rule of Civil Procedure 26(c), the undersigned certifies that Defendant has in good faith conferred with Plaintiffs in an effort to resolve this dispute without court action.

Dated: November 22, 2005            Respectfully submitted,

                                                  PETER D. KEISLER
                                                  Assistant Attorney General

                                                  PATRICK L. MEEHAN
                                                  United States Attorney

                                                  RICHARD BERNSTEIN
                                                  Assistant U.S. Attorney

THEODORE C. HIRT
Assistant Branch Director
United States Department of Justice

   /s/
KAREN STEWART
RAPHAEL O. GOMEZ
Senior Trial Counsels
TAMARA ULRICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, D.C.  20044
(202) 305-1432
Karen.Stewart@usdoj.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, *et al.*, | ) ) ) | |
| **Plaintiffs**, | ) ) | Civil Action No. 98-CV-5591 |
| v. | ) ) ) | |
| **ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, | ) ) ) ) | |
| **Defendant.** | ) ) | |

## ORDER

**AND NOW** this _____ day of _____, 2005, upon consideration of Defendant's Motion for a Protective Order, it is hereby **ORDERED** that:

Defendant's Motion for a Protective Order is **GRANTED**, and it is hereby further **ORDERED** that:

(1) Defendant need not respond to Plaintiff's Document Requests J, K, L, M, GG, and Plaintiff's Interrogatories P and Q; and

(2) Plaintiff's Document Requests I and P are construed in the manner set forth in Defendant's Motion for Protective Order and accompanying memorandum of law.

_____
Lowell A. Reed, Jr., S.J.