IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, *et al.*, | ) ) ) |
| **Plaintiffs**, | ) ) |
| v. | ) Civil Action No. 98-CV-5591 ) ) |
| **ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, | ) ) ) ) ) |
| **Defendant.** | ) |

## DEFENDANT'S NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Eric J. Beane, Trial Attorney, Federal Programs Branch, Civil Division, U.S. Department of Justice, as co-counsel for Defendant Alberto R. Gonzales in the above-captioned case in addition to (not in lieu of) other counsel of record.

Dated: November 23, 2005            Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PATRICK L. MEEHAN
United States Attorney

RICHARD BERNSTEIN
Assistant U.S. Attorney

THEODORE C. HIRT
Assistant Branch Director
United States Department of Justice

-2-

   /s/ Eric J. Beane
KAREN STEWART
RAPHAEL O. GOMEZ
Senior Trial Counsels
ERIC J. BEANE
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, D.C.  20044
(202) 616-2035
Eric.Beane@usdoj.gov

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

     I hereby certify that on this 23rd day of November, 2005, I caused a true and correct copy of the Defendant's Notice of Appearance to be filed electronically with the Court's ECF system, through which a notice of this filing will be sent to:

     Ann Elizabeth Beeson
     Christopher A. Hansen
     Benjamin E. Wizner
     Aden Fine
     Catherine Crump
     American Civil Liberties Union Foundation
     125 Broad Street
     New York, NY 10004

     Stefan Presser
     ACLU of Pennsylvania
     7803 St. Martins Lane
     Philadelphia, PA 19118

     Jonathan H. Feinberg
     Kairys, Rudovsky, Epstein & Messing, LLP
     924 Cherry Street, Suite 500
     Philadelphia, PA 19107

     David L. Sobel
     Electronic Privacy Information Center
     1718 Connecticut Ave., NW, Suite 200
     Washington, DC 20009

     Christopher R. Harris
     Andrew Purdy
     Jereon Vankwawegen
     Latham & Watkins
     885 Third Avenue, Suite 1000
     New York, NY 10022

                                  /s/
                             ERIC J. BEANE