IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity as Attorney General of the United States | : : | |

**ORDER**

**AND NOW,** this 23rd day of November, 2005, upon consideration of the motion to amend the case management order, the motion to compel, and the motion for a protective order filed by the defendant (Doc. Nos. 215, 223, 224), and the November 22, 2005, letter submitted to this court and copied to the defendant by the plaintiffs, it is hereby **ORDERED** that:

(1) The plaintiffs' November 22, 2005, letter is construed as a formal motion and shall be docketed by the Clerk of Court; and

(2) In light of the pre-trial conference scheduled for December 6, 2005, it is necessary for the four outstanding motions to be answered on an expedited basis. Therefore:

(a) The plaintiffs shall file responses to the defendant's motion to amend the case management order, motion to compel, and motion for a protective order (Doc. Nos. 215, 223, 224) by **Thursday, December 1, 2005**;

(b) The defendant shall file a response to plaintiffs' November 22, 2005, letter motion by **Thursday, December 1, 2005.**

_____
LOWELL A. REED, JR., S.J.