IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, *et al.*, | ) ) ) | |
| **Plaintiffs**, | ) ) | Civil Action No. 98-CV-5591 |
| v. | ) ) | |
| **ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, | ) ) ) ) | |
| **Defendant.** | ) ) | |

## STIPULATION AND ORDER

The parties through their undersigned counsel, hereby stipulate and agree as follows:

Paragraph 1 of the Pre-Trial Order Number 14, dated April 20, 2005, shall be changed to indicated that Raphael O. Gomez shall be lead and liaison counsel for defendant.

FOR THE PLAINTIFFS:

Dated: December 6, 2005

_____
CHRISTOPHER A. HANSEN
American Civil Liberties Union
125 Broad Street
18th Floor
New York, NY 10004
212-549-2606

FOR THE DEFENDANT:

Dated: December 6, 2005

_____
RAPHAEL O. GOMEZ
KAREN STEWART
JAMES D. TODD, JR.

                                                      TAMARA ULRICH
JOEL McELVAIN
ERIC J. BEANE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, D.C.  20044
(202) 514-1318

IT IS SO ORDERED:


Dated: _____, 2005                        _____
                                                        HON. LOWELL A. REED, JR. S.J.