IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity | : | |
| as Attorney General of the United States | : | |

### PRETRIAL ORDER No. 21
### (CASE MANAGEMENT ORDER)

**AND NOW,** this 7th day of December, 2005, upon consideration of the motion of defendant to amend the case management order and the response thereto (Doc. Nos. 215 & 229) and having heard the parties at the pretrial conference held on December 6, 2005, and pursuant to Fed. R. Civ. P. 16(b), upon good cause shown, it is hereby **ORDERED** that the relevant language of paragraphs six, seven and nine through thirteen of Pretrial Order No. 14 (Case Management Order) (Doc. No. 185) shall be amended as follows:

6.  The discovery cut-off date for factual discovery shall be **Wednesday, March 1, 2006**, that is all requests for discovery shall be noticed, responded to, and competed by that date;

7.  The discovery cut-off date for expert discovery shall be **Friday, June 30, 2006.** The parties will exchange principal expert reports by **Wednesday, March 15, 2006**; will exchange expert rebuttal reports by **Monday May 15, 2006**; and will commence expert depositions by **Tuesday**, **May 30, 2006**;

9.  The deadline for filing dispositive motions shall be **Friday, July 14, 2006**;

10. The deadline for filing motions in limine shall be **Friday, July 28, 2006**, to which responses shall be filed by **Friday, August 18, 2006;**

11. The deadline for entering into written stipulations shall be **Tuesday, September 5, 2006;**

12. The parties shall file a proposed final pretrial order pursuant to Local Rule of Civil procedure 16.1(d)(2)(a) no later than **Tuesday, September 5, 2006.** See also cmt. 5 to Local Rule 16.1 in the *Eastern District of Pennsylvania Federal Practice Rules Annotated*, Peter Vaira (Gann Law Books 2004-2005 Ed.); and Sample Forms 9 (pp. 194-199) and 36 (pp. 307-311) in Judicial Conference of the United States, *Civil Litigation Management Manual* (available at http://www/fjc.gov); and

13. The trial of this action shall commence on **Monday, October 2, 2006**.

---
LOWELL A. REED, JR., S.J.