IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity as Attorney General of the United States | : : | |

**PRETRIAL ORDER No. 22**

**AND NOW,** this 14th day of December, 2005, upon the conclusion of the pretrial conference held on December 6, 2005, pursuant to Fed. R. Civ. P. 16(b), it is hereby **ORDERED** that:

1. The date of the next pre-trial conference shall be **Thursday, January 19, 2006 at 10 a.m.** in Courtroom 4B, United States Courthouse, Philadelphia, Pennsylvania; and

2. The parties shall submit to chambers a joint proposed agenda for the pre-trial conference by **4 p.m. on Thursday, January 12, 2006.** A party may submit as well a suggested agenda item or items as to which there is no agreement.

_____
LOWELL A. REED, JR., S.J.