IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, *et al.*, <br><br> **Plaintiffs**, <br><br> v. <br><br> **ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, <br><br> **Defendant.** | Civil Action No. 98-CV-5591 |

### DEFENDANT'S NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Kenneth E. Sealls, Trial Attorney, Federal Programs Branch, Civil Division, U.S. Department of Justice, as co-counsel for Defendant Alberto R. Gonzales in the above-captioned case in addition to (not in lieu of) other counsel of record.

Dated: January 18, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PATRICK L. MEEHAN
United States Attorney

RICHARD BERNSTEIN
Assistant U.S. Attorney

THEODORE C. HIRT
Assistant Branch Director
United States Department of Justice

-2-

      /s/ Kenneth E. Sealls
RAPHAEL O. GOMEZ
Senior Trial Counsel
KENNETH E. SEALLS
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Room 6107
Washington, D.C.  20530
(202) 305-1953
Kenneth.Sealls@usdoj.gov

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2006, I caused a true and correct copy of the Defendant's Notice of Appearance to be filed electronically with the Court's ECF system, through which a notice of this filing will be sent to:

Ann Elizabeth Beeson
Christopher A. Hansen
Benjamin E. Wizner
Aden Fine
Catherine Crump
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004

Stefan Presser
ACLU of Pennsylvania
7803 St. Martins Lane
Philadelphia, PA 19118

Jonathan H. Feinberg
Kairys, Rudovsky, Epstein & Messing, LLP
924 Cherry Street, Suite 500
Philadelphia, PA 19107

David L. Sobel
Electronic Privacy Information Center
1718 Connecticut Ave., NW, Suite 200
Washington, DC 20009

Christopher R. Harris
Andrew Purdy
Jereon Vankwawegen
Latham & Watkins
885 Third Avenue, Suite 1000
New York, NY 10022

/s/
KENNETH E. SEALLS