IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity as Attorney General of the United States | : : | |

**PRETRIAL ORDER No. 23**

**AND NOW,** this 19th day of January, 2006, upon the conclusion of the pretrial conference held today, pursuant to Fed. R. Civ. P. 16(b), it is hereby **ORDERED** that:

1. The date of the next pre-trial conference shall be **Wednesday, March 22, 2006 at 11 a.m.** in Courtroom 4B, United States Courthouse, Philadelphia, Pennsylvania; and

2. The parties shall submit to chambers a joint proposed agenda for the pre-trial conference by **4 p.m. on Friday, March 17, 2006.** A party may submit as well a suggested agenda item or items as to which there is no agreement.

_____
LOWELL A. REED, JR., S.J.