IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, *et al.*, | ) ) ) |
| **Plaintiffs**, | ) ) ) Civil Action No. 98-CV-5591 |
| v. | ) ) |
| **ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, | ) ) ) ) ) |
| **Defendant.** | ) |

### DEFENDANT'S NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Isaac R. Campbell, Trial Attorney, Federal Programs Branch, Civil Division, U.S. Department of Justice, as co-counsel for Defendant Alberto R. Gonzales in the above-captioned case in addition to (not in lieu of) other counsel of record.

Dated: February 2, 2006         Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PATRICK L. MEEHAN
United States Attorney

RICHARD BERNSTEIN
Assistant U.S. Attorney

THEODORE C. HIRT
Assistant Branch Director
United States Department of Justice

-2-

    /s/ Isaac R. Campbell
RAPHAEL O. GOMEZ
Senior Trial Counsel
ISAAC R. CAMPBELL
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Room 6130
Washington, D.C.  20530
(202) 616-8476
isaac.campbell@usdoj.gov

*Attorneys for Defendant*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of February, 2006, I caused a true and correct copy of the Defendant's Notice of Appearance to be filed electronically with the Court's ECF system, through which a notice of this filing will be sent to:

>Ann Elizabeth Beeson
>Christopher A. Hansen
>Benjamin E. Wizner
>Aden Fine
>Catherine Crump
>American Civil Liberties Union Foundation
>125 Broad Street
>New York, NY 10004
>
>Stefan Presser
>ACLU of Pennsylvania
>7803 St. Martins Lane
>Philadelphia, PA 19118
>
>Jonathan H. Feinberg
>Kairys, Rudovsky, Epstein & Messing, LLP
>924 Cherry Street, Suite 500
>Philadelphia, PA 19107
>
>David L. Sobel
>Electronic Privacy Information Center
>1718 Connecticut Ave., NW, Suite 200
>Washington, DC 20009
>
>Christopher R. Harris
>Andrew Purdy
>Jereon Vankwawegen
>Latham & Watkins
>885 Third Avenue, Suite 1000
>New York, NY 10022

/s/<br>ISAAC R. CAMPBELL