UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------------x
:
AMERICAN CIVIL LIBERTIES UNION, et. al.;    :    CIVIL ACTION
:
        Plaintiffs,    :    NO. 98-5591
:
   v.    :
:
ALBERTO R. GONZALES, in his official capacity as    :
ATTORNEY GENERAL OF THE UNITED STATES,    :
:
        Defendant.    :
:
------------------------------------------------------------------------x

PRETRIAL ORDER NO.___
(AMENDED CASE MANAGEMENT ORDER)

AND NOW, this ___ day of February, 2006, upon consideration of the joint motion of the parties to amend the case management order, and pursuant to Fed. R. Civ. P. 16(b), upon good cause show, it is hereby ORDERED that:

1. The discovery cut-off date for factual discovery shall be **March 31, 2006;** that is, all requests for discovery shall be noticed, responded to, and completed by that date;

2. The discovery cut-off date for expert discovery shall be **August 11, 2006**; The parties will exchange principal expert reports by **May 3, 2006**; will exchange rebuttal expert reports by **June 30, 2006**; and will commence expert depositions by **July 17, 2006**;

3. The deadline for filing dispositive motions shall be **August 25, 2006**;

4. The deadline for filing motions in limine shall be **September 1, 2006,** and for filing responses thereto shall be **September 15, 2006**;

5. The deadline for entering into written stipulations shall be **Monday, October 2, 2006**;

6. The parties shall file a proposed final pretrial order pursuant to Local Rule of Civil Procedure 16.1(d)(2)(a) no later than **Monday, October 2, 2006**; and

7. The trial of this action shall commence on **Monday, October 30, 2006**.

_____
LOWELL A. REED, JR., S.J.