IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity as Attorney General of the United States | : : | |

### ORDER

**AND NOW,** this 16th day of February, 2006, upon consideration of the joint motion to amend case management order (Document No. 253) it is hereby **ORDERED** that a hearing and argument on said motion shall be held on **Tuesday, February 28, 2006 at 1:30 PM in Courtroom 4-B, United States Courthouse, Philadelphia, Pennsylvania.**

**IT IS FURTHER ORDERED** that counsel for all parties who have firsthand knowledge of the events, during discovery to date, that form the factual basis for the contention that good cause has been shown, shall appear to present these facts to this Court.

      /s Lowell A. Reed, Jr.
LOWELL A. REED, JR., S.J.