

**U.S. Department of Justice**

Civil Division, Federal Programs Branch

| Via First-Class Mail | Via Overnight Delivery |
|---|---|
| P.O. Box 883, | 20 Massachusetts Ave., N.W., Room 6144 |
| Washington, D.C. 20044 | Washington, D.C. 20001 |

---

145-12-10982
Raphael O. Gomez
Senior Trial Counsel

Tel: (202) 514-1318
Fax: (202) 616-8470

February 24, 2006

<u>Via Federal Express & Electronic Mail</u>

Christopher A. Hansen
ACLU Foundation
125 Broad Street
New York, NY 10004

      Re:    <u>ACLU, et al. v. Gonzales</u> (E.D. Pa. No. 98-5591)

Dear Mr. Hansen:

      We have received your letter of February 15, 2006, regarding your notice of deposition seeking testimony under Rule 30(b)(6) as to, *inter alia*, "the Department of Justice's definitions of 'obscene' and 'harmful to minors'." As you know, we have serious concerns regarding the scope of that notice, and we had proposed that you reformulate your notice into interrogatories or a deposition on written questions, so that a clear record could be created for the Court of the contours of any disagreement that might arise between the parties as to the proper scope of questioning. We regret to learn that you have rejected this proposal, and that you have not suggested any alternative accommodation for our concerns other than to invite us to file a motion with the Court.

      You contend in your letter that the specificity that is lacking in your deposition notice may be supplied by your letter of January 11, 2006. Unfortunately, that letter does not provide the clarification necessary to ensure that your deposition would not intrude upon objectionable topics.

      We again invite you to consider our offer to accept service of interrogatories or a deposition of written questions.

      Sincerely,

      Raphael O. Gomez
      Senior Trial Counsel
      Federal Programs Branch
      Civil Division