IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>            Plaintiffs<br><br>     v.<br><br>ALBERTO R. GONZALES, in his official capacity as Attorney General of the United States.<br><br>            Defendant. | Civil Action No.<br>98-CV-5591 |

**ORDER GRANTING DEFENDANT'S MOTION TO QUASH
PLAINTIFFS' NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)**

AND NOW, this ____ day of _____, 2006, upon consideration of Defendant's Motion Quash Plaintiffs' Notice of Deposition Pursuant to Rule 30(b)(6), and the reasons set forth therein, it is hereby ORDERED that:

Defendant's Motion is GRANTED; and it is hereby further ORDERED that:

Defendant need not produce officials from the Department of Justice to testify in response to Plaintiffs' Notice of Deposition.

_____
**LOWELL A. REED, JR., S.J.**