IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity | : | |
| as Attorney General of the United States | : | |

### PRETRIAL ORDER No. 24

**AND NOW,** this 1st day of March, 2006, upon consideration of the joint motion of the parties to amend the case management order (Doc. No. 253) and the two explanatory letters dated February 27, 2006, in support thereof submitted respectively by the parties, having heard the parties at the February 28, 2006, hearing, and having found, based on the above, that the parties have presented good cause for amending the case management order now in effect, pursuant to Fed. R. Civ. P. 16(b), it is hereby **ORDERED** that Pretrial Order No. 21 (Case Management Order) (Doc. No. 235) shall be amended as follows:

6. The discovery cut-off date for factual discovery shall be **Friday, March 31, 2006**, that is all requests for discovery shall be noticed, responded to, and competed by that date;

7. The discovery cut-off date for expert discovery shall be **Friday, August 11, 2006.** The parties will exchange principal expert reports by **Wednesday, May 3, 2006**; will exchange expert rebuttal reports by **Friday, June 30, 2006**; and will commence expert depositions by **Monday, July 17, 2006**;

9. The deadline for filing dispositive motions shall be **Friday, August 25, 2006**;

10. The deadline for filing motions in limine shall be **Friday, September 1, 2006**, to which responses shall be filed by **Friday, September 15, 2006;**

11. The deadline for entering into written stipulations shall be **Monday, October 2, 2006;**

12. The parties shall file a proposed final pretrial order pursuant to Local Rule of Civil procedure 16.1(d)(2)(a) no later than **Monday, October 2, 2006.** See also cmt. 5 to Local Rule 16.1 in the *Eastern District of Pennsylvania Federal Practice Rules Annotated*, Peter Vaira (Gann Law Books 2004-2005 Ed.); and Sample Forms 9 (pp. 194-199) and 36 (pp. 307-311) in Judicial Conference of the United States, *Civil Litigation Management Manual* (available at http://www/fjc.gov); and

13. The trial of this action shall commence at **9:30 a.m. on Monday, October 23, 2006**.

                                                               S/ Lowell A. Reed, Jr.
                                                               LOWELL A. REED, JR., S.J.