IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity as Attorney General of the United States | : : | |

## ORDER

**AND NOW,** this 7th day of March, 2006, upon consideration of the unopposed request of defendant to file a short reply brief in support of his motion to quash plaintiffs' notice of deposition (Doc. No. 255), it is hereby **ORDERED** that pursuant to Local Rule of Civil Procedure 7.1(c) defendant may file and serve a short reply brief no later than **Friday, March 10, 2006**.

       S/ LOWELL A. REED, JR.
       LOWELL A. REED, JR., S.J.