IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civil Action No. 98-CV-5591 |
| ALBERTO R. GONZALES, in his official capacity as Attorney General of the United States. | ) ) ) ) ) | Oral Argument Requested |
| Defendant. | ) | |

**NOTICE OF FILING OF DEFENDANT'S SUPPLEMENTAL
RESPONSE TO PLAINTIFFS' INITIAL INTERROGATORIES**

PLEASE TAKE NOTICE that defendant is hereby filing with the Court an additional Supplemental Response to Plaintiffs' Initial Interrogatories, which was served on March 13, 2006. A prior Supplemental Response to Plaintiffs' Initial Interrogatories, which had been served on January 27, 2006, was attached as Exhibit 1 to defendant's Reply in Support of his Motion to Quash Plaintiffs' Notice of Deposition Pursuant to Rule 30(b)(6).

Dated:  March 21, 2006

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

PATRICK L. MEEHAN
United States Attorney

RICHARD BERNSTEIN
Assistant U.S. Attorney

THEODORE C. HIRT
Assistant Branch Director

/s/ James D. Todd, Jr.
RAPHAEL O. GOMEZ
Senior Trial Counsel
JAMES D. TODD, JR.
JOEL MCELVAIN
ISAAC R. CAMPBELL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. N.W
Washington, D.C. 20001
Tel: (202) 514-3378

Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on March 21, 2006, a copy of Notice of Filing Supplemental Response to Plaintiffs' Initial Interrogatories was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to:

>Aden Fine
>American Civil Liberties Union Foundation
>125 Broad Street
>New York, NY 10004
>
>Attorney for Plaintiffs

                                          /s/ James D. Todd, Jr.
                                          JAMES D. TODD, Jr.