IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, | ) ) ) |
| **Plaintiffs,** | ) ) ) Civil Action No. 98-CV-5591 |
| v. | ) ) |
| **ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, | ) ) ) ) |
| **Defendant.** | ) ) |

### DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFFS' INITIAL INTERROGATORIES

Defendant Alberto R. Gonzales, in his official capacity as Attorney General of the United States, hereby submits his supplemental response to Plaintiffs' Initial Interrogatories.

INT. Q.   State whether any speech on the Plaintiffs' web sites is "harmful to minors" under the definition in COPA and identify any such speech.

Defendant has reviewed various web pages cited by the following Plaintiffs in their responses to Defendant's Interrogatory 13 and/or in the Amended Complaint:

A.   Nerve.com, Inc. (www.nerve.com)

B.   John W. Boushka (member of Electronic Frontier Foundation), now operating www.doaskdotell.com

C.   Salon Media Group, Inc. (www.salon.com)

D.   Heather Corinna (www.scarletletters.com, www.scarleteen.com, and www.femmerotic.com)

Defendant's preliminary assessment is that a court or jury is unlikely to find beyond a reasonable doubt that the specific web pages referenced above violate COPA, e.g. the pages do not "taken as

a whole, lack[] serious literary, artistic, political, or scientific value for minors." 47 U.S.C. § 231(e)(6)(C); *see also* S. REP. NO. 105-225, at 12-13 (1998) ("On this third prong, the Committee intends that the material be taken as a whole and be considered in the context of serious value as to minors. This definition ensures that the bill may not be construed as to restrict access to public health information, art, literature, and political information.").

Dated: March 13, 2006              Respectfully submitted,

                                   PETER D. KEISLER
                                   Assistant Attorney General

                                   PATRICK L. MEEHAN
                                   United States Attorney

                                   RICHARD BERNSTEIN
                                   Assistant U.S. Attorney

                                   THEODORE C. HIRT
                                   Assistant Branch Director
                                   United States Department of Justice

                                   _____
                                   RAPHAEL O. GOMEZ
                                   Senior Trial Counsel
                                   ERIC J. BEANE
                                   Trial Attorneys
                                   U.S. Department of Justice
                                   Civil Division, Federal Programs Branch
                                   20 Massachusetts Ave., N.W.
                                   P.O. Box 883
                                   Washington, D.C. 20044
                                   (202) 616-2035
                                   Eric.Beane@usdoj.gov

                                   *Attorneys for Defendant*