UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES<br><br>    Defendant. | CASE NO. 98 CV 5591<br><br>**PRAECIPE FOR WITHDRAWAL OF APPEARANCE WITHOUT LEAVE OF COURT** |

To the Prothonotary:

Withdraw my appearance on behalf of:

        PHILADELPHIA GAY NEWS
        POWELL'S BOOKSTORE
        SALON INTERNET, INC.
        AMERICAN CIVIL LIBERTIES UNION
        ANDROGYNY BOOKS, INC.
        HEATHER CORINNA REARICK
        NERVE.COM, INC.
        AARON PECKHAM
        PUBLIC COMMUNICATORS, INC.
        DAN SAVAGE
        SEXUAL HEALTH NETWORK
        AMERICAN BOOKSELLERS FOUNDATION FOR FREE EXPRESSION
        PLANETOUT CORPORATION
        ELECTRONIC FRONTIER FOUNDATION
        ELECTRONIC PRIVACY INFORMATION CENTER
        FREE SPEECH MEDIA

CHRISTOPHER HARRIS has previously entered his appearance for the aforementioned parties. I hereby certify that this change is not intended to, nor will it, delay this proceeding to the best of my knowledge, information and belief.

Dated: March 24th, 2006
       New York, New York

                                    _____
                                    Joseph B. Widman

                                    LATHAM & WATKINS LLP
                                    885 Third Avenue, Suite 1000
                                    New York, New York 10022
                                    (212) 906 1200

                                    Attorneys for Plaintiffs