UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES<br><br>Defendant. | **STIPULATION<br>OF DISMISSAL**<br><br><br>Civil Action No.<br>98-CV-5591 |

IT IS HEREBY STIPULATED AND AGREED, by and between all parties in the above-entitled action by their undersigned attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii) all claims asserted by and between Plaintiff Dan Savage and Defendant be, and the same hereby are, dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: March 29, 2006

LATHAM & WATKINS LLP

By: _____
    Jeroen van Kwawegen

LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
(212) 906-1200
Attorneys for Plaintiffs

Dated: March 28, 2006

UNITED STATES DEPARTMENT OF JUSTICE

By: _____
    Raphael O. Gomez
    Kenneth E. Sealls

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20044
(202) 514-1318
Attorneys for Defendant