IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, et al., | ) ) ) | |
| **Plaintiffs**, | ) ) | |
| v. | ) ) | Civil Action No. 98-5591 |
| **ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, | ) ) ) ) | |
| **Defendant.** | ) ) | |

**[PROPOSED] PRETRIAL ORDER No. ___
(AMENDED CASE MANAGEMENT ORDER)**

AND NOW, this ___ day of April, 2006, upon consideration of the defendant's motion to extend the deadline for the exchange of principal expert reports, and pursuant to Fed. R. Civ. P. 16(b), upon good cause shown, it is hereby ORDERED that:

1. The parties will exchange principal expert reports by **Monday, May 8, 2006**; and

2. All other dates and deadlines established in this Court's Pretrial Order No. 24 shall remain unchanged.

It is so ORDERED.

BY THE COURT:

Dated: _____, 2006     _____
                                 LOWELL A. REED, JR.
                                 UNITED STATES DISTRICT JUDGE