IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, et al., <br><br>  **Plaintiffs**, <br><br> v. <br><br> **ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, <br><br>  **Defendant.** | Civil Action No. 98-5591 |

### DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE REGARDING HISMOTION TO EXTEND THE DEADLINE FOR THE EXCHANGE OF PRINCIPAL EXPERT REPORTS

Although defendant does not accept plaintiffs' characterization of prior scheduling matters in this case (or their other grounds for opposing his requested extension), he does not oppose their suggestion that, if the deadline for the exchange of principal expert reports is extended, the deadline for the exchange of expert rebuttal reports should also be extended. A proposed order that incorporates plaintiffs' suggestion is attached for the Court's convenience.

Dated: April 27, 2006

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney

RICHARD BERNSTEIN
Assistant U.S. Attorney

THEODORE HIRT
Assistant Branch Director

/s/  Joel McElvain
RAPHAEL O. GOMEZ
Senior Trial Counsel
JOEL McELVAIN

-2-

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7130
Washington, D.C. 20001
(202) 514-2988

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

       I hereby certify that on April 27, 2006, I caused the foregoing Defendant's Reply to Plaintiffs' Response to His Motion to Extend the Deadline for the Exchange of Principal Expert Reports, with the attached proposed order, to be filed electronically and therefore to be available for viewing and downloading from the Electronic Case Filing system.  The electronic filing of these documents constituted service of these documents on the following:

        Aden Fine, Esquire
        American Civil Liberties Union Foundation
        125 Broad Street
        New York, NY 10004

        /s/ Joel McElvain
        JOEL McELVAIN
        *Attorney*