IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, et al., | ) ) ) | |
| **Plaintiffs**, | ) ) | |
| v. | ) ) | Civil Action No. 98-5591 |
| **ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, | ) ) ) ) ) | |
| **Defendant.** | ) | |

**[PROPOSED] PRETRIAL ORDER No. \_\_\_**
**(AMENDED CASE MANAGEMENT ORDER)**

AND NOW, this \_\_\_ day of April, 2006, upon consideration of the defendant's motion to extend the deadline for the exchange of principal expert reports, and pursuant to Fed. R. Civ. P. 16(b), upon good cause shown, it is hereby ORDERED that:

1. The parties will exchange principal expert reports by **Monday, May 8, 2006**, and will exchange expert rebuttal reports by **Thursday, July 6, 2006**; and

2. All other dates and deadlines established in this Court's Pretrial Order No. 24 shall remain unchanged.

It is so ORDERED.

BY THE COURT:

Dated: _____, 2006

LOWELL A. REED, JR.
UNITED STATES DISTRICT JUDGE