## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,      ) <br> ) <br> ) <br>     Plaintiffs     ) <br> ) <br>   v.     ) <br> ) <br> ALBERTO R. GONZALES, in his official ) <br>   capacity as Attorney General of   ) <br>   the United States.     ) <br> ) <br>       Defendant.     ) | Civil Action No. <br> 98-CV-5591 |

### ORDER DENYING PLAINTIFFS' MOTION TO
### COMPEL RESPONSE TO CONTENTION INTERROGATORIES

AND NOW, this ____ day of _____, 2006, upon consideration of Plaintiffs' Motion to Compel Response to Contention Interrogatories and Defendant's Opposition thereto, and the reasons set forth therein, it is hereby ORDERED that:

Plaintiffs' Motion is DENIED; and it is hereby further ORDERED that:

Defendant need not produce any additional response to Plaintiffs' First Set of Contention Interrogatories.

_____
**LOWELL A. REED, JR., S.J.**