IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,  )<br>)<br>Plaintiffs  )<br>)<br>v.  )<br>)<br>ALBERTO R. GONZALES, in his official )<br>capacity as Attorney General of )<br>the United States.  )<br>)<br>Defendant.  ) | Civil Action No.<br>98-CV-5591 |

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO STAY JUSTIFICATION OF PRIVILEGES**

AND NOW, this ____ day of _____, 2006, upon consideration of Defendant's Motion To Stay Justification of Privileges, and the reasons set forth therein, it is hereby ORDERED that:

Defendant's Motion is GRANTED; and it is hereby further ORDERED that:

Plaintiffs' request that Defendant be instructed to come forward with any support his has to justify his claim of privilege is DENIED without prejudice.

_____
**LOWELL A. REED, JR., S.J.**