UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

AMERICAN CIVIL LIBERTIES UNION, et al.

    Plaintiffs,

  v.

ALBERTO R. GONZALES, in his official capacity as
ATTORNEY GENERAL OF THE UNITED STATES

    Defendant.

Civil Action No.
98-CV-5591

## ORDER

**AND NOW,** this ____ day of _____, 2006, upon consideration of Plaintiffs' Motion to Compel Responses to Certain Contention Interrogatories, Defendant's Opposition and Plaintiffs' Reply, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED.**

It is further **ORDERED** that Defendant Alberto R. Gonzales, in His Capacity as Attorney General of the United States, shall provide full and complete answers to Plaintiffs' Contention Interrogatories 1 through 5 (included), 7 through 20 (included), and 34 through 36 (included), in accordance with *Fed. R. Civ. P.* 26 and 33, within seven (7) days from the date of this Order. Responses should be sent to the offices of Latham and Watkins, LLP, of counsel to Plaintiffs American Civil Liberties Union Foundation ("ACLU"), et al., addressed as follows:

        Latham & Watkins, LLP
        885 Third Avenue
        New York, NY  10022

        _____
        LOWELL A. REED, JR., S.J.