IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity | : | |
| as Attorney General of the United States | : | |

## PRETRIAL ORDER No. 25

**AND NOW,** this 24th day of August, 2006, pursuant to Fed. R. Civ. P. 16(b), it is hereby **ORDERED** that:

1. The date of the next pre-trial conference, concerning the courtroom facilities, necessary equipment and technology for the trial, and the individual trial dates, shall be **Wednesday, September 6, 2006 at 10:30 a.m.** in Courtroom 4B, United States Courthouse, Philadelphia, Pennsylvania. The parties shall be prepared to discuss what equipment and technology they will require for the trial. The parties will also have the opportunity to view one of the electronic courtrooms before or at the beginning of this conference if they have not already done so;

2. The parties shall submit to chambers a joint proposed agenda for the September 6, 2006 pre-trial conference by **4 p.m. on Thursday, August 31, 2006.** A party may submit as well a suggested agenda item or items as to which there is no agreement;

3. The scheduled dates and responsibilities set fourth in Pre-trial Order No. 24 of March 1, 2006 remain in effect including the submission of a proposed final pre-trial order on October 2, 2006 and the trial date of October 23, 2006 at 9:30 a.m.;

4. If rendered necessary by the contents of the proposed final pre-trial order, I will schedule additional pre-trial conferences before the final pre-trial conference; and

5. The final pre-trial conference shall be **Thursday, October 12, 2006 at 10:30 a.m.** in Courtroom 4B, United States Courthouse, Philadelphia, Pennsylvania.

                                                                  s/ Lowell A. Reed, Jr.
                                                                  LOWELL A. REED, JR., S.J.