IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, *et al.*, | ) ) ) | |
| **Plaintiffs**, | ) ) | Civil Action No. 98-CV-5591 |
| v. | ) ) | |
| **ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, | ) ) ) ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT'S MOTION TO DISMISS AND, IN THE ALTERNATIVE, FOR PARTIAL JUDGMENT ON THE PLEADINGS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(c), Defendant hereby moves to dismiss the complaint for lack of subject matter jurisdiction and, in the alternative, for partial judgment on the pleadings. The grounds for this motion are set forth in the accompanying memorandum. A proposed Order is attached hereto.

PETER D. KEISLER
Assistant Attorney General

PATRICK L. MEEHAN
United States Attorney
RICHARD BERNSTEIN
Assistant U.S. Attorney

THEODORE C. HIRT
Assistant Branch Director
RAPHAEL O. GOMEZ
Senior Trial Counsel

 /s/
ERIC J. BEANE
ISAAC CAMPBELL
JOEL McELVAIN
KENNETH SEALLS
JAMES TODD

                                                    TAMARA ULRICH  
                                                    Trial Attorneys  
                                                    United States Department of Justice  
                                                    Civil Division, Federal Programs Branch  
                                                    20 Massachusetts Ave., N.W.  
                                                    Washington, D.C.  20530  
                                                    (202) 305-1432  

Date: August 25, 2006

CERTIFICATE OF SERVICE

I hereby certify that I am electronically filing the foregoing DEFENDANT'S MOTION TO DISMISS AND, IN THE ALTERNATIVE, FOR JUDGMENT ON THE PLEADINGS, with a supporting memorandum and a proposed order, and that the electronic filing of this motion constitutes effective service on Plaintiffs' counsel.  I also hereby certify that I have made service of the EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND, IN THE ALTERNATIVE, FOR JUDGMENT ON THE PLEADINGS by depositing in Federal Express at Washington, D.C., on August 25, 2006, a true, exact copy thereof, enclosed in an envelope with postage thereon prepaid, addressed to:

>Aden J. Fine, Esquire
>ACLU Foundation
>125 Broad Street, 18th Floor
>New York, New York 10004

>　　 /s/ Tamara Ulrich
>TAMARA ULRICH
>Attorney