IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, *et al.*, <br><br> **Plaintiffs**, <br><br> v. <br><br> **ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, <br><br> **Defendant.** | Civil Action No. 98-CV-5591 |

**(PROPOSED) ORDER**

Upon Defendant's Motion to Dismiss, Plaintiffs' Opposition thereto, and for good cause shown, it is hereby

ORDERED that Defendant's motion is hereby GRANTED, and this action is hereby DISMISSED.


Date: _____, 2006

_____
LOWELL A. REED, JR., S.J.