IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> ALBERTO R. GONZALES, in his official capacity as Attorney General of the United States. <br><br> Defendant. | Civil Action No. 98-CV-5591 |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO
FILE DOCUMENTS UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

AND NOW, this ____ day of _____, 2006, upon consideration of Defendant's Unopposed Motion To File Documents Under Seal Pursuant to Protective Order, and the reasons set forth therein, it is hereby ORDERED that:

Defendant's Motion is GRANTED; and it is hereby further ORDERED that:

Defendant's Motion *in Limine* to Exclude Certain Proposed Testimony of Michael A. Russo and Proposed Testimony of Henry Reichman be FILED UNDER SEAL.

_____
**LOWELL A. REED, JR., S.J.**