ORIGINAL DOCUMENT

FILED

UNDER SEAL