IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, *et al.*, | ) ) ) |
| **Plaintiffs**, | ) ) ) Civil Action No. 98-CV-5591 |
| v. | ) ) |
| **ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, | ) ) ) ) |
| **Defendant.** | ) ) |

**EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
AND, IN THE ALTERNATIVE, FOR JUDGMENT ON THE PLEADINGS**

        PETER D. KEISLER
        Assistant Attorney General

        PATRICK L. MEEHAN
        United States Attorney
        RICHARD BERNSTEIN
        Assistant U.S. Attorney

        THEODORE C. HIRT
        Assistant Branch Director
        RAPHAEL O. GOMEZ
        Senior Trial Counsel

        ERIC J. BEANE
        ISAAC CAMPBELL
        JOEL McELVAIN
        KENNETH SEALLS
        JAMES TODD
        TAMARA ULRICH
        Trial Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.
        Washington, D.C.  20530
        (202) 305-1432

Date: August 25, 2006

INDEX

| EXHIBIT | DOCUMENT |
|---------|----------|
| 1 | Expert Report of Henry Reichman |
| 2 | Excerpt from Plaintiffs' Response to Defendant's First Set of Interrogatories |
| 3 | Excerpt from Plaintiffs' Response to Defendant's Request for Production of Documents |
| 4 | Lawrence Ferlinghetti documents |
| 5 | Patricia Nell Warren documents |
| 6 | Condomania documents |
| 7 | Scarleteen documents |
| 8 | Excerpts from the Deposition of Heather Corinne Rearick |
| 9 | Scarlet Letters documents |
| 10 | Femmerotic documents |
| 11 | Declaration of Elizabeth Kade |
| 12 | Bill Boushka documents |
| 13 | Free Speech Media Network documents |
| 14 | Excerpts from the Deposition of Rufus Griscom |
| 15 | Nerve documents |
| 16 | Urban Dictionary documents |
| 17 | Philadelphia Gay News documents |
| 18 | Powell's Bookstore documents |
| 19 | Excerpts from the Deposition of Joan Walsh |
| 20 | Salon documents |

| | |
|---|---|
| 21 | Excerpts from the Deposition of Mitchell Tepper |
| 22 | Sexual Health Network documents |