# EXHIBIT 8

# ORIGINAL

1

1

2  UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

3  ---------------------------------------x
AMERICAN CIVIL LIBERTIES UNION, et al.,

4
                              Plaintiffs,

5
        -against-                     Case No.

6                                     98-CV-5591

7  ALBERTO R. GONZALES, in his official
capacity as Attorney General of the

8  United States,

9                              Defendant.
---------------------------------------x

10            -- DAILY COPY --

11                      153 East 53rd Street
New York, New York

12
                        February 23, 2006

13                      9:29 a.m.

14

15

16        DEPOSITION of HEATHER C. REARICK,

17  taken by the Defendant, pursuant to Notice.

18

19

20

21

22

23          ARISTA COURT REPORTING CO.
192 Lexington Avenue
Suite 802

24      New York, New York  10016
(212) 684-6100

25

```
 1                       H. Rearick
 2      region of the filter and who is using it,
 3      basically.
 4            Q    Who determines what content is
 5      put on your websites?
 6            A    I do.
 7            Q    Is that solely your determination?
 8            A    Mostly.  Again, the message
 9      boards that run at Scarleteen, I determine
10      what stays there, you know.  So if something
11      is inappropriate, I edit it.
12                 So ultimately that is me
13      determining it, but I am not creating.
14                 That content or leading that
15      content specifically.  So aside of dynamic
16      content like message boards, that is all my
17      decision.
18            Q    Do your websites advertise on any
19      other websites?
20            A    As in do I purchase advertising?
21            Q    Well, let's start with purchase
22      advertising.
23            A    No.
24            Q    Do you have your link to any
25      other websites other than --
```

1                    H. Rearick

2            Q    Back when you were a child?

3            A    Yes.

4            Q    Moving on to the Scarleteen

5     website, do you consider Scarleteen to be a

6     sex education website?

7            A    Yes.

8            Q    What is your philosophy behind

9     the Scarleteen website?

10           A    Oh, boy.  I will just rattle a

11    little and you can cut me off at the pass or

12    whatever.  Everyone does.

13               When we started Scarleteen, it

14    was largely because it was very clear that

15    Scarlet Letters, which definitely has sex

16    education but it also has sexual

17    entertainment, so we don't really think of

18    that as a sex ed site as much as a general

19    sexuality site.

20               I was getting e-mails from

21    teenagers who were finding that because it

22    was one of the -- still beyond just being

23    for women, one of the few sites on the net

24    at the time which had text, which had sexual

25    information and not just entertainment,

```
1                        H. Rearick
2        asking me questions about birth control,
3        about condom use, about where different
4        parts of their body were, so it was clear to
5        us that there wasn't anything else for them.
6                 So -- and a lot of the time, too,
7        at the time you would see porn sites -- I
8        don't know if they were trying to be
9        condescending, but it was -- who every now
10       and then would have a little outlink like we
11       do on Scarlet Letter saying if you are under
12       18 and you are looking, whatever, go here.
13       And it would usually be to Disney, which you
14       know if you are a 16-year-old looking for
15       birth control information, it is pretty
16       patronizing and shitty.
17                So, we went ahead and said okay.
18       And I made like five pages thinking oh, that
19       will cover it; didn't have sex ed in the
20       late '80s or early '90s, but at a very
21       different time.  So we made that basically
22       thinking we are going to have an alternative
23       to this, there is somewhere that they can go
24       where the information is more age-appropriate,
25       where they don't have to try and
```

```
 1                    H. Rearick
 2     differentiate between what is information
 3     and what is fictional and entertainment .
 4          Q    Is it fair to say one of the
 5     reasons that you started Scarleteen was to
 6     have a site specifically for teenagers?
 7          A    Absolutely.
 8          Q    I would like to show you a
 9     document.  If you can mark this as
10     Exhibit 1.
11                    (Thereupon, the document was
12               marked Defendant's Exhibit 1 for
13               Identification, as of this date.)
14          Q    Feel free to take a look at this
15     document.
16          A    I am familiar with it.
17          Q    It is a few pages long.  Do you
18     recognize this document?
19          A    I do.
20          Q    Is this from the Scarleteen
21     website?
22          A    Right.  This is our "about us"
23     page, simple primer on who we are and what
24     we do.
25          Q    Does it accurately state who you
```

1                        H. Rearick

2            A    We actually try and get some kind

3       of first person pieces to balance out the

4       more clinical stuff that we have because it

5       personalizes things.  They generally tend to

6       relate on an emotional level to something

7       like this much better than they would, you

8       know, me making a bulleted list of all of

9       the issues that they will deal with coming

10      out.  It gives them somebody to kind of feel

11      like they are being mentored by.

12           Q    Do you think that Exhibit 4 has

13      educational value for people under the age

14      of 17?

15                 MR. WIZNER:  Objection, vague

16            and ambiguous.  You can answer.

17           A    I do.

18           Q    Do you fear prosecution under

19      COPA for this article?

20           A    I sure do.

21           Q    I am sorry?

22           A    I do, very much.

23           Q    Why is that?

24           A    I actually had three or four of

25      my volunteers who are 17 feel that this

```
 1                      H. Rearick
 2              Q    Do you fear prosecution under
 3      COPA for Exhibit 5?
 4              A    For only this page or for all of
 5      what it links to?
 6              Q    Let's start with only this page.
 7              A    No, I do not.
 8              Q    What about all that it links to?
 9              A    Not most of what it links to,
10      but, for instance, there is a section where
11      it links to how to put on a condom.  It gets
12      pretty explicit.
13                   The assumption with any of these
14      files on the STIs is that the teenagers
15      reading them will probably be sexually
16      active and in none of those am I telling
17      them not to be sexually active.  So, maybe.
18              Q    So would you fear prosecution
19      under COPA for instructions of how to put on
20      a condom?
21              A    Yes, I would.  Just to clarify
22      that too, if I was giving those instructions
23      to only people under 18, I would not.  The
24      fact of the matter is what makes me fear
25      that is that I am giving those instructions
```

1                         H. Rearick

2     teenagers?

3              A    Absolutely.

4              Q    Why do you think that is a

5     helpful resource for teenagers?

6              A    Why do I do I think?  Well, you

7     know, the answer to almost any question like

8     that is going to be anything that we write

9     and include on this, because the most active

10    part of the site is constant question and

11    answer, is usually based on explicitly what

12    they have asked us for.  You know, we get X

13    number of questions about labioplasty; okay,

14    fine, I am going to write an article about

15    that because 50 gazillion girls have asked

16    me about this.

17              You know, we, I don't decide what

18    they need to know.  They tell me what they

19    need to know, and I find out.

20              Q    Moving on to the sexuality

21    section, I think we discussed this briefly

22    before.  Can you just give me a summary of

23    what the sexuality section pertains to?

24              A    Sure.  Again, that's mostly

25    sexual mechanics.  That is things like

```
 1                    H. Rearick
 2          A    Again it's, they are asking for
 3     this and telling me it is helpful.
 4               I talk to, through boards I talk
 5     to at least 60 of them a day, so they are
 6     pretty -- they are teenagers, they are
 7     gregarious and demonstrative and they tell
 8     you and they also tell you when things
 9     really suck.
10          Q    Do you change the content based
11     on the feedback that you get from teenagers?
12          A    Often we have.
13          Q    In the sexuality section, do I
14     understand correctly that that is driven,
15     the content of that is driven by the
16     teenagers themselves similar to the Skin
17     Deep section that we discussed?
18          A    Yes, you can say that really
19     pretty much for the whole site.
20          Q    The reproduction section, could
21     you briefly explain what that covers?
22          A    Sure.  It covers explaining
23     reproduction and how it happens, and it
24     mostly talks about birth control.  There is
25     some information on abortion in there.
```

```
 1                    H. Rearick

 2        A    Yes I do.

 3        Q    Why do you believe that?

 4        A    Because every five minutes of my

 5   waking day I get asked if someone is

 6   pregnant.  Welcome to my life.

 7        Q    In the hierarchy of website hits

 8   that you get on Scarleteen, where does

 9   reproduction fall?

10        A    It is kind of in the middle.  I

11   mean really, to sum that up for you already,

12   the Skin Deep, the sexuality section, Gaydar

13   and like the Pink Slip and boyfriend, those

14   are kind of the gender specific sections,

15   those are the highest.  But Skin Deep and

16   sexuality are higher, higher, higher.

17   Everything else kind of falls under need

18   them.

19        Q    Why do you think Skin Deep and

20   sexuality are so high?  Do you think that is

21   just what teenagers have the most questions

22   about?

23        A    It is two things actually.  That

24   is part of why, the other part of why is

25   that the issues in those are ones most
```

```
1                        H. Rearick
2      addressed by the general Internet.
3                        So, for instance, if you go to
4      the wickipedia section of the vulva, there
5      is direct links to every piece of
6      information that we have at Scarleteen on
7      there.  So, it is both because, you know, it
8      is of compelling interest to the users and
9      also because those are the best linked
10     sections from other larger sites.
11             Q    So, does wickipedia link to
12     Scarleteen?
13             A    Right, but they won't even be
14     linking to Scarleteen so much as a specific
15     article in there.  So someone would be at
16     the wickipedia definition for vulva and go
17     right to the female anatomy article without
18     going through our front page.  They will see
19     these navigational menus, but without
20     immediately knowing that there are other
21     articles on this site, what are they, where
22     are they.
23             Q    I believe you talked about the
24     infection section previously, so I will skip
25     over that for now.
```

```
1                    H. Rearick
2      e-mailed at the e-mail they gave us, their
3      user name and their password.
4           Q    The location that they give, is
5      that a city and state or is that --
6           A    It is open, so it is really
7      whatever they put down.
8           Q    Is that an optional item?
9           A    Yes, it is.
10          Q    Do I presume correctly that
11     agreeing to the guidelines is not an
12     optional --
13          A    No, it is not.
14          Q    What are the guidelines for the
15     message boards for Scarleteen?
16          A    The guidelines are really long,
17     which means that mostly they don't read them
18     all.  Basically the guidelines involve
19     things like them saying -- there is a
20     liability waiver that says you know that
21     most of us here are not doctors, and even
22     for those of us who are, this is an on-line
23     service and it is not meant to substitute
24     for medical care, professional care.
25               There is a section that is just
```

1                        H. Rearick

2          kind of basic netiquette stuff that tells

3          them like it is not okay to harass other

4          users, that this isn't a dating service,

5          that we ask them to use language in terms of

6          talking about sex that is accessible for

7          everyone to understand because we have an

8          international audience, so American slang

9          for certain sex language means a kid reading

10         from India might not understand what they

11         are saying.  We ask them to keep their

12         language kind of PG-13 clean, mostly so that

13         the filters don't keep too many users out

14         basically because language does make a

15         difference with those.

16              We ask them to be tolerant and

17         nonjudgmental and not to dis other users.

18         We tell them if they want to complain about

19         us they really need to do it in an e-mail,

20         and they never do.  They complain about it

21         as vocally and in person as they can.

22              Q    On the message boards themselves?

23              A    Yes.

24              But, you know, we give them

25         another e-mail.  We have two different

1                    H. Rearick

2        e-mails for if a parent is reading this and

3        they have an issue with us, to contact us

4        with that e-mail to ask questions or

5        whatever.

6                We have an e-mail for them to

7        send complaints to, and make clear to them

8        that if anyone is harassing them or they

9        think -- every now and then adults do

10       register on our boards and are pretty much

11       there to be predatory and get off on

12       teenagers talking about sex, so we tell them

13       to contact us if they think that is

14       happening.

15               We have a list of things that

16       they can't do or they will get kicked off.

17       Generally, calling us names or other people

18       names will get them kicked off.

19       Proselytizing will get them kicked off.

20       Telling us their masturbation stories just

21       because it is fun or they want to get other

22       people uncomfortable might get them kicked

23       off.

24               That pretty much sums it up.

25          Q    Why would the masturbation

1                    H. Rearick

2       stories get them kicked off in that context

3       that you were referring to?

4            A    It tends to equal sexual

5       harassment a lot of the times when they do it.

6                 Usually it is not teenagers doing

7       it.   That is actually where you see more of

8       the, over the years we've had quite a few

9       adults who seem to be very entertained.

10      Generally it is men being very entertained

11      by pretending to be 17-year-old lesbians and

12      telling us their fun lesbian sex stories,

13      you know.

14                And again, when we have really,

15      really explicit language on there that reads

16      like a Penthouse Forum letter, that makes a

17      difference in terms of how we are filtered.

18      That can limit, for instance, an AOL user's

19      ability to actually access our site.   And

20      again, depending on the tone that it is in,

21      it can make people uncomfortable because it

22      can be sexually harassing.

23           Q    Is there anything else that would

24      get somebody kicked off the site for postings?

25           A    If they multiply post the same

1                    H. Rearick

2       topic over and over and over again because

3       they didn't get an answer in 30 seconds and

4       they want one, that gets them kicked off.  I

5       think we have being snarky on there, which

6       is a nice way of saying, of being something

7       else entirely.  I think that is about it.

8            Q    Do you monitor the content of the

9       message board?

10           A    Yes, constantly.

11           Q    When I say you, I guess I should

12      clarify that.  Do you personally monitor or

13      do you have a staff that monitors?

14           A    Both.  I am pretty much committed

15      to being on call on those boards at a

16      minimum of 30 hours a week.  The other

17      volunteers are there, so really I am both

18      monitoring the content of the boards per the

19      users and I am also overseeing my volunteer

20      staff.

21           Q    Do you take off what you feel to

22      be inappropriate items on the message boards?

23           A    Sometimes, yes.  Often we try not

24      to delete so much as to edit.

25                For instance, one of the parts of

1                         H. Rearick

2      the guidelines that I didn't mention is that

3      we tell them never to post their message or

4      name or their e-mail.  Again they are

5      teenagers talking about sex.  That is for

6      their protection.  If they will post an

7      e-mail, we will just go and edit out the

8      e-mail from the post, leave an e-mail saying

9      we edited this out, this is against our

10     guidelines for your safety.

11              Q    When something is edited out,

12     does it come across as a black box?

13              A    Actually we are, our format is to

14     use a note.  So it will say edited by

15     whoever edited and we will leave a note as

16     to what we edited and why.

17              Q    Can people post photos on the

18     message boards?

19              A    No.  That may change.  We are

20     upgrading our software, and in the new

21     software they can.  We would prefer they

22     wouldn't, so it's just going to be a matter

23     of if we can disable that part of it or not.

24     If we can't, then yes, unfortunately they

25     will be able to.

1                         H. Rearick

2           Q    I take it when, if and when the

3      capability for posting photos occurs, that

4      would be something that would be monitored

5      as well in the message boards by you or your

6      staff?

7           A    Yes.

8           Q    You had mentioned editing out

9      e-mail addresses.  What other types of

10     things do you monitor for to remove from the

11     boards?

12          A    Again, if the language is really

13     particularly coarse, we will edit it.

14               Every now and then, just to help

15     them be cohesive, when they tell the longest

16     story in the whole wide world in one long

17     paragraph, if we tell them to use paragraph

18     breaks and they don't understand it, we will

19     edit it.  They say oh, those are paragraph

20     breaks, aren't they neat, please do that

21     again.  We'll do that.

22               Things that are protected; if

23     they post instant message conversations or

24     repost e-mails that other people sent them,

25     we will take them out just because that's a

1                         H. Rearick

2          copyright and privacy issue.  Again, too

3          with, they might find a full article they

4          liked from a newspaper and post the whole

5          article without permission, and again we

6          will edit that and just say truncate it to a

7          paragraph and then link to that because you

8          don't have permission to use that here.

9                    Any other kind of personal

10         information, you know, clearly if they,

11         sometimes they will sign a post with their

12         whole first and last name.  We usually edit

13         that out.

14              Q    Is that for the protection of the

15         poster?

16              A    That is their safety, yes.

17                   Trying to think of what else.

18         That is really pretty much it.

19              Q    Do you have specific staff

20         members assigned to monitor specific

21         topics --

22              A    The sections?

23              Q    Right.

24              A    The software works in such that

25         actually in order for a given staffer to be

1                    H. Rearick

2     are, you know, you had your genitals pressed

3     together and you were not wearing any

4     undergarments and your body fluids were in

5     there or, you know, his penis was at your

6     vaginal opening, blah, blah, blah, blah,

7     blah.

8              The message boards, the users

9     will often post that again for various

10    reasons.  Maybe they are posting that as

11    graphic because they want to and it is

12    exciting to them, maybe they are posting it

13    as graphic so we understand what a risk was,

14    or when I get somebody trying to figure out

15    if they have been raped or not, telling me

16    this is what happened, was this rape or was

17    this not rape.

18         Q    Do you have any nude photos of

19    genitals on the Scarleteen website?

20         A    We do not have photos.  We have

21    some illustrations.

22         Q    Are the illustrations for

23    educational purposes?

24         A    I would say so.

25         Q    Are the depictions of sexual acts

```
 1                    H. Rearick
 2    that are contained on the Scarleteen website
 3    for educational purposes as well?
 4           A    We consider them to be so.
 5                    (Brief break.)
 6    BY MS. ULRICH:
 7           Q    Moving on to Scarlet Letters.
 8           A    Did you need to mark this?
 9           Q    Why don't you go ahead and mark
10    this as Exhibit 6?
11                    (Thereupon, the document was
12               marked Defendant's Exhibit 6 for
13               Identification, as of this date.)
14           Q    Do you recognize Exhibit 6?
15           A    I do.
16           Q    Is it from the Scarlet Letters
17    website?
18           A    It is a splash page for Scarlet
19    Letters.
20           Q    What is a splash page?
21           A    A splash page is not very well
22    used any more convention in which you put a
23    front page, especially before a site which
24    you think is in any way provocative or the
25    user simply might want to know what they are
```

1                        H. Rearick

2      really just not used very much.  When they

3      are used, yes, they are monitored.

4           Q    Are they monitored by you

5      personally?

6           A    They are, but again it's such a

7      different ballgame than Scarleteen that I

8      monitor them pretty much only to make sure

9      that somebody is not just spamming with

10     solicitations for their latest product.  And

11     otherwise I don't really care what is up

12     there very much.

13          Q    I know we talked about the

14     different topics on the Scarleteen message

15     boards.  Are there topics on the Scarlet

16     Letters message board or not?

17          A    There are, and I haven't looked

18     at the message boards in so long that I

19     couldn't begin to tell you what they are.

20          Q    Have you ever taken a posting on

21     the Scarlet Letters message board down?

22          A    Like I said, definitely we

23     usually remove if somebody is just

24     soliciting; you know, they are soliciting

25     for a foreign site or for their latest crazy

1                    H. Rearick

2             And it is hard, it is not just as

3    easy as answering the question and everybody

4    saying oh, thank you, I didn't get pregnant,

5    I didn't get chlamydia because of you.  It

6    is me pulling my hair out and crying after a

7    long day.  So yeah.

8         Q    Do you think the photography

9    section of Femmerotic has value for people

10   under 17?

11             MR. WIZNER:  Same objection.

12        You can answer.

13        A    Again for some absolutely it

14   could.

15        Q    Continuing the discussion about

16   the Femmerotic website, what is contained in

17   the prose and poetry section of Femmerotic?

18        A    Prose and poetry.  What is

19   contained in there?  That's what is in

20   there.  There is, prose is mostly fiction or

21   creative nonfiction.  The poetry is poetry.

22   Some of it is sexual, some of it is not.

23        Q    How do you decide what pieces go

24   into the prose and poetry section?

25        A    Pretty much everything I have

```
1                        H. Rearick
2       I am pressed to use that term or unless it's
3       in the context of talking about what it is
4       and what it is because somebody else is
5       going to wonder).
6              Q    Do you think there is a
7       distinction between your work and the
8       mainstream commercial pornography that is
9       out there on the web?
10             A    Can I have an example of the
11      mainstream commercial pornography?
12             Q    Go with Hustler dot-com.
13             A    Is it different than Hustler?
14      Yes, it is very, very different than Hustler.
15             Q    Do you consider your work to be
16      artistic?
17             A    Most of my work, yes.
18             Q    What do you consider of your work
19      that is not artistic?
20                  MR. WIZNER:   Objection, asked
21             and answered, but you can answer it
22             again.
23             A    Again, some of the stuff that I
24      have done before in which I was a model and
25      had no creative direction whatsoever, most
```

1                           H. Rearick

2        don't want to have any part of this and

3        think you should stop because you are

4        perpetuating blah, blah, blah.

5                  So often too even in talking

6        about reproductive rights issues, in talking

7        about radical feminist issues, people are

8        sometimes less than a little nice in their

9        expressing how they feel about things that I

10       have said.

11            Q    I take it on the I guess the

12       political side of things, those comments

13       would not be lewd comments?

14            A    No, they are not lewd, they are

15       just sometimes very verbally abusive.  And

16       not necessarily with me, sometimes a

17       discussion will be going on in the comments

18       and so somebody might not be horrible to me

19       but they might to another commenter, and I

20       will usually take that out or tell them to

21       saw it off, whichever.

22            Q    Is it fair to say that you

23       express a strong political viewpoint in your

24       journal?

25            A    Yes, it is.

244

1                          H. Rearick

2          thousands of pages of content at this point.

3          So thank God, because we would be here for

4          months.

5                Q    Is it fair to say that what we

6          have discussed in the exhibits today is a

7          representative sample of items that you fear

8          prosecution on?

9                     MR. WIZNER:   Objection.  We

10                    have already objected to the use of

11                    the term repetitive sample in our

12                    discovery responses, but you can

13                    answer.

14               A    Yes and no.  I mean there is a

15         couple of things that are left out that I

16         would definitely say we have no, we have

17         nothing printed out from the message boards,

18         for instance, which would be one of the

19         trickiest things because I have one of the

20         busiest message boards, not just for sex

21         eds, for any site on the web.

22                    And so there is constantly

23         created content about sex by minors at which

24         minors are looking, where if I am not

25         plugged in 24 hours a day, you know, there

1                       H. Rearick

2       can be a huge problem for a long time, a

3       problem per clashing with COPPA standards

4       that I wouldn't even see.

5            Q    Just to clarify, we are talking

6       about the message board on Scarleteen?

7            A    Scarleteen, sorry.  My concerns

8       are more with that in terms of Scarleteen

9       because I don't intend Scarlet Letters to be

10      viewed by minors.  I know it is sometimes, I

11      know it might be, but that is not my intent

12      in making it.

13                So, not having the dynamically

14      created content by the teenagers for the

15      teenagers at Scarleteen, that section of the

16      site might actually in my mind be what puts

17      us more at risk than anything else,

18      especially since I don't write it.  I have

19      no control over it.  They are not thinking

20      about walking on eggshells like I am because

21      they are 16.  They don't think they are

22      accountable for anything.

23                Obviously even with my personal

24      site with Femmerotic, we are only looking at

25      images that are in the public sector.  Now,

1                        H. Rearick

2        I use a payment processor right now that is

3        also not in ABS, so might minors be using a

4        credit card to look at photographs which are

5        much more explicit than these in the private

6        sector of the site, absolutely.

7                Q    To subscribe to the subscription

8        portion of the Femmerotic website, that is

9        done through a credit card, is that correct?

10               A    It is.  It is done through

11       Verotel using a credit card, but I don't

12       imagine that Verotel as an international

13       company would switch to entertaining COPPA

14       standards because they wouldn't, I don't

15       know that they would be obliged to.

16               Q    For the message boards on

17       Scarleteen, you aren't aware of what is

18       posted on the message boards until it is

19       available to the public, are you?

20               A    Yes, that is correct.

21               Q    So other than the message boards

22       and the subscription portion of the

23       Femmerotic website, are there other things

24       that we have not discussed today that you

25       fear prosecution on under COPPA?