# EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMERICAN CIVIL LIBERTIES UNION,　　)
et al.,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　)　　Civil Action No.
　　　　　　　　　　　　　　　　　　)　　98-CV-5591
ALBERTO R. GONZALES, in his official　)
capacity as Attorney General of the United )
States,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　)

## JOHN W. BOUSHKA'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, John W. Boushka

("EFF Member") responds and objects to Defendant Alberto R. Gonzales's First Set of

Interrogatories ("Interrogatories") as follows:

### GENERAL OBJECTIONS

1.　　EFF Member objects to the Interrogatories to the extent the instructions and demands

therein purport to impose obligations in addition to, beyond, or different from those set

forth in the Federal Rules of Civil Procedure and the Rules of Civil Procedure of the

United States District Court for the Eastern District of Pennsylvania.

2.　　EFF Member objects to the Interrogatories to the extent they call for the identification or

disclosure of information that is neither relevant to the claims and defenses of any party

in this action nor reasonably calculated to lead to the discovery of admissible evidence.

EFF Member submits these responses and objections without conceding the relevance or

materiality of the subject matter of any interrogatory.

RESPONSE TO INTERROGATORY NO. 11

EFF Member objects to this Interrogatory because it calls for identification of information not within the possession, custody or control of the EFF Member. EFF Member further objects to the extent this Interrogatory calls for the identification of information that is neither relevant to the claims and defenses of any party in this action nor reasonably calculated to lead to the discovery of admissible evidence. Subject to the foregoing and to the General Objections, EFF Member responds as follows: EFF Member has no information responsive to this request.

INTERROGATORY NO. 12

Identify the number or proportion of ACLU members who have provided a credit card number to a website in order to purchase membership, online content, and/or other items for sale, to make a donation, or to make a reservation (such as a rental car or hotel reservation).

RESPONSE TO INTERROGATORY NO. 12

EFF Member objects to this Interrogatory because it calls for identification of information not within the possession, custody or control of the EFF Member. EFF Member further objects to the extent this Interrogatory calls for the identification of information that is neither relevant to the claims and defenses of any party in this action nor reasonably calculated to lead to the discovery of admissible evidence. Subject to the foregoing and to the General Objections, EFF Member responds as follows: EFF Member has no information responsive to this request.

INTERROGATORY NO. 13

For each website plaintiff, identify a representative sample of webpages on your website which contains material about which you fear prosecution under COPA, as referenced in

Paragraph 2 in the section titled "The Impact of COPA on EFF Members" on page 24 of the Amended Complaint that "[P]laintiffs fear prosecution under COPA for communicating, sending, displaying, or distributing material that might be deemed 'harmful to minors' by some community in the United States."

RESPONSE TO INTERROGATORY NO. 13

      EFF Member objects that this Interrogatory calls for identification of information that is in the public domain.  EFF Member also objects that the phrases used to define "representative sample," including "distribution of characteristics," "degree of explicitness of sexual content," and "population or universe" are vague and ambiguous.  EFF Member further objects that this Interrogatory calls for legal conclusions and is premature.  Subject to the foregoing and to the General Objections, EFF Member refers Defendant to the web content identified in the Amended Complaint and responds as follows:  Examples of material that might be deemed "harmful to minors" by some community in the United States include:

      1) EFF Member's screenplay "Do Ask Do Tell:  An American Epic" contains frank portrayals of sexual desire between older and younger men: http://www.doaskdotell.com/scrplys/aepic1.pdf, as does EFF Member's shorter treatment of the script http://www.doaskdotell.com/scrplys/aepic.htm;

      2) EFF Member's screenplay "69 Minutes to Titan," and the treatment thereof contain frank portrayals of sexual desire between younger and older men,  as well as descriptions of nudity: http://www.doaskdotell.com/scrplys/minutes69master.htm, http://www.doaskdotell.com/scrplys/minutes69.pdf;

      3) EFF Member's screenplay "The Sub," and the treatment thereof contain frank portrayals of sexual desire between younger and older men:

http://www.doaskdotell.com/scrplys/thesubmaster.htm,

http://www.doaskdotell.com/scrplys/thesub.pdf

     5) EFF member's screenplay "Baptism" contains frank portrayals of sexual desire between older and younger men: http://www.doaskdotell.com/scrplys/prepare.pdf.

INTERROGATORY NO. 14

     For each website plaintiff, identify a representative sample of webpages on your website which you believe contains material that has serious literary, artistic, political, scientific and/or social value for adults.

RESPONSE TO INTERROGATORY NO. 14

     EFF Member objects to the extent this Interrogatory calls for the identification of information that is neither relevant to the claims and defenses of any party in this action nor reasonably calculated to lead to the discovery of admissible evidence. COPA does not take into account the subjective beliefs of speakers with regard to the content they provide on the Internet. Additionally, under COPA, it is irrelevant whether material has "social value for adults." EFF Member further objects that the phrases used to define "representative sample," including "distribution of characteristics," "degree of explicitness of sexual content," and "population or universe" are vague and ambiguous. EFF Member also objects that this Interrogatory is premature and calls for identification of information that is in the public domain. To the extent this Interrogatory purports to inquire whether EFF Member believes that any of the webpages on its website are obscene, EFF Member hereby responds that it does not believe any of its webpages are obscene. Pursuant to the Court's Order of December 22, 2005, EFF Member is not required to provide an answer to this Interrogatory.

The original Bill of Rights, authored largely by James Madison, is now about 210 years old. Reinforced by the Fourteenth Amendment, which applied many of its provisions to the states, it has served us well. It is time to re-evaluate our fundamental constitutional rights and to seriously consider their major renovation. This is my central proposal.

Are we ready to trust ourselves as individuals with the personal responsibilities that go with rights? When government defines personal moral values, we tend to take less account for not only our own actions but also our own underlying values, for those spiritual yearnings that make us, all unique people, who we are. We tend to lose interest in speaking for ourselves and tend to leave moral judgments to "experts" who get paid to pass judgment on all of us.

I discuss a philosophy, often called libertarianism, or extremely restricted government. I present it from the personal perspective of a gay man who grew up in a period of enormous change and migration toward cultural individualism. My argument is intended for everyone, but I provide my own detailed perspectives on many issues.

- The parallel between draft deferments during the Vietnam era and the gays-in-the-military battle today.
- How close the gay community, as we know it, came to total catastrophe during the early days of the AIDS crisis.
- What the "family values" debate is really all about.
- Volunteerism and social obligations, and how both military service and parenting fit into these.
- What "discrimination" is really all about.
- How the "Don't Tell" mentality interferes with political and social debate in many areas.
- Why equal rights for gays is important for everybody.
- A science of personal growth and why libertarianism is good for personal growth.



**Bill Boushka**

ISBN 0-9654744-0-1

Out of Spec

---

BOUSHKA

DO ASK, DO TELL: A Gay Conservative Lashes Back



# DO ASK,

# DO TELL:

## A Gay Conservative

## Lashes Back

**Individualism, Identity, Personal Rights, Responsibility and Community in a Libertarian Third Millennium**

**by Bill Boushka**

High Productivity Publishing

---

1 of 1

7/22/2006 3:54 PM

# DO ASK DO TELL: An American Epic

Link to script.

(These are notes: they will be polished in early 2005)

**Logline:**

An aging lesbian-to-bisexual lawyer, already engaged in an attempt at gay adoption, starts falling in love with a older gay male defendant accused of assisting a teenager boy in hacking into a government site.

Some situations in the defendant's life illustrate the problems of self-concept for a person who has run away from family responsibility for a whole lifetime in order to take care of his own needs.

**Appeal:**

The larger picture is that of a leading female character involved in major freedom building initiatives: rebuilding the World Trade Center, adopting a child from the Middle East while dealing with the ambiguities of her own love life. Her work intersects the lives of several other major characters, including the teen computer geek, and a precocious law student. In both the present time and in past flashbacks, the characters have encountered each other and have interacted with important historical events. For example, the female lawyer and her partner were respectively in the WTC and the Pentagon on 9/11.  The story is sharpened by the actions of government, which tries successfully to use unethical pressure in getting the gay man to "confess" to his accidental participation in the attacks, and by a "small world" view in which the characters' actions become increasingly interconnected. Several subtle political problems are explored, and in the end some characters have to "pay their dues."

**Structured Plot Analysis**

(Introduction "Belleville Rendez-Vous")

Setup
 Allison turned down in Egypt
Opportunity
 Allison-Susannah get foster child Izzy and face social worker
 Eric playing ball and getting good but still refusing to be slain in spirit
 Tobey advising Bill how to dress for speech
 Tobey works for Allison
 Bill meeting Allison and Susannah near GZ

Change of Plans
 Bill laid off but learns of career audit
 Bill follows up by meeting Erich on trip and getting into hacking
 Susannah asked to leave military
 Sheila teases Tobey towards acting and Izzy bonds to Tobey

Point of no return
   Bill gets in cahoots with Erich and then his domain is shut down
   Tobey gets hit by car
   Bill gets arrested **before** e-bomb attacks announced publicly
   Bill enlists Allison and they share stories

   Erich experiences slay in spirit
Final obstacles
   Erich on CAPPS list but arranges video conf
   **Erich hacks to get off CAPPS** but can't defend Bill at trial.
   Juror John overhears, hacks himself to find Erich's friends and this redeems Erich.
   Bill helps Allison and Susannah get custody for Izzy by being there so Bill is redeemed, but not publicly.
**Erich will film the volcano recovery**
   Bill held liable but makes "public" amends by paying his dues

**Treatment:**

The film starts with a reunion at a St. Paul, MN college fraternity house of several major characters: TOBEY (28, the law student and would-be actor), ALLISON (51, the attorney), SUSANNAH (49, her lover and ex-Army officer), IZZY (6, their adopted son) and OMAR (a client whom Allison defended). They are playing whiffleball (or "back yard baseball"). A precious teenage filmmaker ERICH (18) camcords the celebration. They look at a video of a volcano eruption that has just happened in California's Owens Valley.

The film opening credits show a visual of Bill's meeting Tobey for dinner some years earlier, and then a quit shot of Allison talking to Susannah by phone, and then Susannah being taken in an ambulance to the hospital from the Pentagon on 9-11. **Hook: What will Tobey look like?**

The Erich makes a cheap shot about Tobey's getting married. (The fiancée is not in the scene yet.)

Now the film shifts back to one year earlier, in early spring.

Bill is attending the Saloon in Minneapolis, when to his surprise he finds Tobey and his girl friend SHEILA (26) with other straight couples (including some celebrities) break dancing. Also present are PATRICK (26, an ex-roommate of Tobey) and LORRAINE (30, African American). Bill thinks he remembers seeing Patrick at a fundraiser for gays in the military (*show with a quick flashback*). Bill sees some talk on the dance floor among his friends, and then Lorraine comes and taunts him about his next birthday and asking why he pays attention to younger men, even though these men are adults. Bill tries to steer the conversation to one about the military ban, gives up and leaves the bar. **(Hook: Bill is getting caught for his unfair interest and gawking)**
As he leaves, the bouncer asks him not to come back (even though this is not a leather bar with a dress code for that reason), and a homeless man begs him for a cigarette out on the street; Bill doesn't smoke. Another friend of his JOHN (31) teases him from behind a Starbucks counter on the Skyway not to wind up in jail.

Next Erich is in his parent's cabin near Sparta, WI playing with hacker sites that try to get into FEMA. **(hook: Will Erich hack Bill?)**  Bill is in his apartment in Minneapolis working on his political website, and watching a VHS video of his speech where Tobey introduces him (6 years before). Erich Jzzet's place is less cluttered but geekier than Bill's (newer stuff). Outside he has ski and sports equipment.

Bill tells the bartender BLAKE (37) at another bar (the Boom) about his incident at the Saloon as he heads for the airport to pick up his mother, while the video bar beams Ricky Martin and typical 21st Century anything goes stuff.

(…) At home, he he fumbles to find the phone among all kinds of wire near the living room couch when *Erich* calls (out of the blue) and asks about his book and legal case.. *Erich comes on the line and teases him about not being cell-phone savvy. Tobey has found Erich from the film community to help Allison do seminars on computer crime law. Susannah knew Frankie when he was in the military, before he "changed." Show a brief conversation in uniform about his 'change.' – maybe sex.*

Frank, Erich and Tobey are playing stickball *with neighborhood youths* in a tenement lot in NYC. Frankie breaks a window in a fake *Green Monster*. Frank admits to Erich that he spies for employers on their workers and teases Erich about his own sports abilities. "*Swing for the fences.*"  "*We'll see.*"

Bill plays his own choral music at an MCC service that his mother attends and then takes communion. *Resist being kissed; note about bad breath.* They talk about George W Bush in the social afterwards. (*ext cha*) over a *wedding* layer cake.

Allison, Susannah, Omar and Izzy attend a reception in which a model of the new WTC is shown. Susan tells Allison that the Army has asked her to resign her commission and do the same intelligence job at the Pentagon as a civilian. **(Hook: Is Susannah really going to get booted by DADT?)**

Bill's Mother tells him at the St Paul Science Museum how she was mistreated in a nursing home. Bill had failed to come back to go to bat for her because he did not have a right to work in a company that dealt with the military since he had become involved in a debate over gays in the military, and he could not afford full-fare incidental trips. *Visual Mississippi River  Visual flashback*

Bill walks to work on the Skyway, logs in and sees he has a meeting with his boss.

Frankie L'Istesso meets Bill in a company conference room to give him an external job performance audit. Flashback to an earlier encounter 20+ years before in a gay bar. *Frank hints that bad times are coming and its not just 9-11 and Enron.. They play games about Frank's shiny shins.* **Hook: Right wing conspiracy in the workplace?**

Erich provides a DV film on teenage hacking at Bryant Lake Bowl in Minneapolis for IFP. *Show the spicy gardenburger and ales, with cameos of major stars, disguised.* Erich explains why he thinks teenagers hack.

Bill gets fired (or laid off) with a handshake ceremony, *and acts relieved.* **Hook: Is this the end of his career?**

Bill goes on a weekend trip to celebrate his severance. He stops in a restaurant where he sees Erich, pretending not to recognize him at first (remembering the encounter with Frank). Erich teases him about working there if he walks out, then Bill and he get the conversation going when they see Osama bin Laden on a video feed (that's how Bill is supposed to make his fortune, chasing him*!) Bill tips but forgets to pay the bill. He puts his hand to his head driving hours later as he arrives in Milwaukee.*

Meanwhile, Allison watches a video of her and Susannah kissing near Ground Zero, taken by Bill right after 9-11, after she asked a security guard to confiscate the camera. There is a flashback to the confiscation, when Bill started crying because his camera was broken. *She has never repaid.*

Bill's weekend self-date continues. He hits the bars on 2nd St in Milwaukee after seeing the waterfront at night, and takes in the music and bizarre scenes at the Orbit.

**Hook: Will Bill fall for Erich "sexually?" Make sure that the moral distinction between "desire" and actual conduct or acting on desire is clear!**

Sunday afternoon, he drives to Erich's place in Wisconsin. First Erich gives him a skiing lesson with the rope tow. They go into the cabin, which is neat and mod with high tech stuff. Erich appears to hack into a couple FEMA websites about coming disasters, then brings up the algebra lesson that Bill gave him two years before when they were ballot access petitioning with Tobey. Bill gives in to temptation and massages Erich's upper body, *only now noticing the camera.* There is a flashback to the algebra lesson, and then the tempo cools as they have soup in the next room and watch an interview by Omar about his car accident. *A cat wonders in and respects the computers.*

When Bill gets home, he finds his website defaced. (*suitcase nukes; he links to some classified sites – about e-bomb attack targets -  and saves the material illegally*)

*Tobey does a head shot for a mag*; *Not shaved.* Tobey, Susannah and Allison are flying back from San Francisco. Tobey gets a pat down, and then on the plane they talk about Susannah's possible discharge, as they fly over Mono Lake.

Bill visits the outplacement company and is referred (again) to Frankie. *Show Bill's book and mention his celebrity.*

Frankie suggests hiring Bill into a boot camp arrangement and then a new job but Bill would have to give up his "self-promoting" web site.

Bill runs into Tobey at the swimming area of a gym. Tobey's body has "matured" since they last associated a few years before. Tobey is helping Izzy learn to swim. The film presents a quit montage of their past dinner and ballot access petitioning. **Hook:** How is Tobey's bod changing**?**

Tobey and Sheila are wrestling in bed in Sheila's condo. Sheila has apologized for working on a file-sharing program for an illegal use.

At an SLDN benefit, Bill meets a reserve officer CHAD (40) who may lose his commission because he is mentioned on Bill's website.

Bill goes to a sandlot baseball game where Erich wins the game with a bottom of the Ninth hit; a chum CECIL is a bit of a *lazybones* and a bit like Bill had been as a boy.

Bill visits Mono lake and sees Tobey jogging there from a distance. **Hook: airport security.** *He is coded yellow when he boards the aircraft "on the way.".*

Erich leads an Eagle scout trip at Yellowstone and looks at a lake that has changed elevation.

Allison and Tobey are walking near the site when Tobey gets hit by a car. **Hook: how will Tobey's looks be affected?**

Bill finds out about Tobey's accident from Forrest at the LP when filming there.
(*quick shot of a film class?*)

Bill prays for Tobey at MCC communion.

Erich pays a surprise visit to Bill's apartment on a Sunday afternoon and fixes Bill computer, *after it freezes when he tries to access the corrupted website file.* (Bill was watching CNN coverage on pedestrian auto accidents.) Then Erich gives him a swimming lesson in the pool upstairs, *after mentioning Tobey.* **Hook: getting into trouble just fraternizing this way with Erich? (Director's Cut; other material) Is he really in trouble over his website?**

Omar askes Allison to defend him (*again*) for the accident.

Izzy teases Tobey in the hospital

Bill finds out that his domain is closed and argues with his ISP. (*show ISP manager; show security at their hq*)  **Hook: He is in trouble over his domain**

Susannah's CO announces her military "retirement" and "promotion" into a civilian job in the press room.

BRIAN JZZET(46, Erich's father) approaches Susannah at the reception and teases her about the gay adoption.

Bill visits Tobey working out in acute care rehab.

Susannah is down in Williamsburg planning *Bill's shadow convention.* Brian approaches her again and now complains to Bill (…). *Erich had told him out of "telling the truth".*

Bill is getting a massage and watching *Smallville* when his cell phone rings. He mutters to himself about being a senior home companion as he dials and gets a message on his machine about his eldercare responsibilities. He is determined to go on his convention anyway and make arrangements with others.

Bill flies to Reagan airport and is arrested at the car rental counter for hacking.  **Hook: Bill arrested for first time, in jail for first time**

Allison and Susannah are having their home inspection for adoption when news of E-bomb attacks on two cities come across the wires. **Hook: "It won't be so bad"**
Bill is in jail and the warden tells him the attacks have knocked out a lot of the Net. He has to sleep with the light on and doesn't know how to get his lawyer yet.

Erich goes to his father's Assembly of God service and for the first time in his life is slain in the spirit. (*earlier MCC prayers*) **Hook: Erich really falls**
**(Note: the script right now shows only his sidekicks (Griffith) falling. If Erich falls he should somehow look transformed—as if physically a bit larger—by the experience. [Still under consideration.])**

Bill vomits in jail.

Erich is making CD's of all of his stuff in his cabin to protect them from e-bombs. Hook: **ebombs could come again**

Bill talks the jail clerks into locating Erich by pretending Erich is a lawyer.

FBI agents confiscate the computer from Bill's Minneapolis apt, and fear it is damaged by the attacks.

Bill gets Allison as a lawyer and meets with him in jail. She scolds him about the seriousness of the charges. *Tobey reached her from rehab. Tobey is skittish about Bill's interest in him.*

Allison helps Bill do an IRA withdrawal to make bail. **Hook: Bill gives up his savings and might have to beg for money for the first time in his life**
 *IRS penalty?*

*Research note: For a discussion of the legal terms indictment, arraignment, and bail, the Suffolk County, NY has a good website that explains to the lay person how these procedures work in most jurisdictions. Visit http://www.co.suffolk.ny.us/da/cjprocedures.htm*

Bill has his bail hearing (*and enters a plea – arraignment*). Prosecutor links to the e-bomb attacks and the damage done (*to classified materials*).

Erich photographs his chums messing up as they play ball, and then they admit that they are hanging around him to learn how to hack. Erich makes a wisecrack about the nature of radical Islam and "merit."

Bill is released under house arrest with an ankle bracelet.

Allison meets with Bill in the recreation room of his boyhood home.

Allison recounts her escape on 9-11 after the phone call from Susannah (*show stills*)

Bill recounts his expulsion from William and Mary, starting with the day-after-Thanksgiving meeting with the Dean, the call to the parents in NC, the actual expulsion. There is a reference to his parental upbringing regarding "telling the truth." This is shown in flashback in subdued colors. Forever, he has to "tell" about his "psychiatric history" when applying for jobs. Bill recounts his military service, his

"second coming," including an evening in the Baths in 1975. Finally he gets involved with the ban, writes the book, meets Tobey through doing public speaking.

**Pre Hook: How both partners escape 9-11**
**Pre Hook: Bill actually expelled from college**

(Bill is no longer home alone.)

A prosecutor tells Allison about the Wisconsin problem with Erich's parents. *Of course the criminal procedure was wrong. Did Allison know before? Was Bill uncomfortable with telling her?*
**Hook: Will the government go after its agenda?**

Erich meets Tobey at the U of M (p 98) and they watch "Do Ask Do Tell"  Erich helps Tobey walk. They talk about Tobey's modeling and Erich's teen curiosity. Erich asks Tobey about his suspicion that two of his friends hacked into Bill's computer (when Erich was at Bill's apartment). *Erich wants to be "good" like pre-Marlena.*

Allison asks Erich to fly to NY to help with the case and he is flagged by CAPPS.
**Hook: Erich profiled**

Bill's gets kicked out of the house because of the bracelet.
**Hook: Bill's final rejection by family**

Erich prods his friends to go to the Assembly of God slain-in-spirit

Erich meets with Allison by video conference and explains his theory about his friends, that they stole his spyware.

Government agrees to drop criminal case and go civil if Bill will stop writing—*govt wants a civil trial to make the case for computer citizenship!*

Bill visits Allison's NYC apartment. Izzy remembers him and tries to bond as a *"grandpa."*
**Hook: Izzy "hits" on Bill**

Bill goes to Williamsburg, is introduced by Tobey again, and conducts the debate on gay marriage, and "gets busted." by the audience (*why didn't Bill value his blood if he was to be listened to?*)
**Hook: How will Bill of Rights 2 work out? Use the slide show**

The press announces Susannah's situation.

They voir dire jurors, including an open source software engineer.

Bill tells Allison about his own jury experience.

Prosecutor claims Bill's site is an **attractive nuisance**. However, there was apparently a "right wing" conspiracy to have hackers use Bill's website as a zombie to pass on info for the "attack," in order to justify right-wing political actions later.

Frankie testifies that his company found indirect links that would interfere with Fema. *Why Frankie? Allison could probe this more at cross*

ISPCorp (Bill's ISP) is questioned.

Finally Erich has been allowed to fly by the TSA and is in the lunchroom at court. *Does John overhear this while eating?*
*(Research note: TSA rules on airline blacklists or no-fly lists have been changing rapidly due to political pressures from the public. Presumably, though, some people are not allowed to fly.)*

Allison tells Omar that Izzy's father was prosecuted for a similar auto accident in Egypt.

Erich demos buffer overflow in court, and admits his contact with Bill but not to planting the stegs. But he did find out that his two "pals" did. One of the boys worked in a computer shop where Bill had his computer repaired. *Show this earlier.*

One of the jurors finds Erich on the Internet and contacts him. Erich gets the message (*Palm? Cell phone?*) while doing his chores.
**Hook: Clark Kent does his chores**

Bill and Allison watch a black-and-white movie of the 1961 William and Mary tribunals (*from Sydney*).

Erich emails Allison the identity of Bill's old roommate, Sydney. *(Did Erich get a clue from Tobey and the dinner stuff? Did Tobey know from all the head shot stuff? Or did the juror?)*

Bill goes to a dance club and DC, and Tobey comes with Sheila and Lorraine. Bill's old roommate Sydney comes. There is an explosion and Tobey gives CPR. Afterwards, the immediate area is wiped out, *it was a smaller e-bomb Fire Trucks have a hard time arriving.*

Bill defends his DADT ideas in court.
He then talks about an earlier threat from one of the boys before 9-11.

John (the juror) hacks more to do "juror" research (*of course it's illegal*) (p 120).

John the juror calls Erich in front of his (John's) lover. (John finds out that Erich's playmates did it. P 121)
**Hook: Is the adult "John" a better hacker than Erich?** How does he find Erich's accomplices? Maybe he has access to classified info and doesn't say.

They deliberate and John manipulates the jury.

John matches the picture from Erich's video (filesharing) with a database of employees from a computer store that Bill had used, and identifies an employee who had planted the steganographic clue on Bill's computer, making it an "accomplice."

The judge orders the website shut down and for Bill to stay away from computers.

Bill is paying his dues working for MacDonalds when Sydney walks in and the relive the rest of the story of the tribunals. *Talk about Trump*
*Connection to Frankie?*
**Hook: Can Bill really "Work"?**

Bill volunteers to teach math and computers to a head-start program when the story about the volcanic mini-eruption (p 129) in Mono Lake comes across

Tobey and Sheila are now married (show). In the epilogue, Frankie interviews Bill for "the Academy" which will restore much of the country after the Volcano.
**Hook: Wierdness. Is there a shave-down in the final scene?**

Plot lines

This movie interleaves plotlines of five major and three minor characters.

BILL LDZEK, 60, just forced to retire from his career as a "geek" because of unenthusiastic competition and performance but a recent self-publisher of a controversial book, DADT, which he supports with a very visible website, slides into trouble "inadvertently" when he meets a precocious teen, ERICH, on a weekend trip. He gets arrested both for involvement with a minor and government suspicion that his website is used to transmit data to terrorists. This leads to the showdown at the courtroom trial.
Bill's life generates a lot of flashbacks because he is older. The pivot is Frankie.

ERICH JZZET, 18, is a computer and film geek who is also surprisingly good at sports and (whatever his secret homosexuality) a leader in Eagle Scouts. But he enjoys toying with other people. After getting Bill's book (*show how*) he snoops around to find people in Bill's background and who might have been involved in a heckling attack. Two teenage "friends" (*who look envious of his abilities*) of his take up the temptation to contact the terrorists and pass on the info through Bill's site. Erich is never blamed, but is somewhat transformed as he becomes suspectible to "slain in spirit" experiences and will drift away from his manipulative friendships (*show*).  (Note: *Bill's site would have had to be hacked once before meeting Erich at Bryant Lake; show him replacing it*).

ALLISON KEARNS, 40, is a bisexual female attorney who strives to have it all. She is on a commission to rebuild the WTC in NYC, a law professor at Columbia, and she and her partner are trying to legally adopt a child who was brought over from Egypt. She had escaped from the WTC on 9-11 when her lover called from the Pentagon. (*How if he was not immediately adopted? He could have been orphaned when Omar hit his parents, Allison had made the Egypt trip and not been able to adopt him then, but he had come over with another parent anyway.*)

SUSANNAH YORK, 41, is a lesbian Army intelligence officer and Allison's partner. She calls Allison on 9-11 before the Pentagon is attacked, then is injured (burned in the legs) and recuperates. But the publicity over the adoption has led the Army to ask her to "retire" and give up her uniform but keep her same job. Erich's father tells her about Bill's involvement with his son, and she gradually begins to wonder if her relationship with Allison will last even as the adoption goes through.

TOBEY STRICKLAND, 27, is a law student and protégé of Allison (*he does her mock courts*) who

still indecisively longs for a movie career, and has started with upscale commercials, but is hesitant to take the dive. At the end, he gets married (to Sheila below) although he still likes to hang around the "boys" (*show*)

Minor characters:

SHEILA DANIELS, 27, Tobey's girl friend, starts out as a geek herself but slowly becomes more "human" and ethical with her relationship with Tobey.

OMAR TANYI, 50, came from Egypt and was defended by Allison when he ran down parents of IZIM, 6, on a right turn. Then he makes the same mistake with Tobey. *But he doesn't know until late that Allison and Susannah want to adopt Izim.*

FRANK L'ISTESSO, 45, knew Bill as a younger gay man but went ex-gay and started a right-wing personnel business that audits the workers of IT companies.

JOSH HARDER, 23, is the jury foreman but, as a "computer man" himself already has some knowledge of L'Istesso's company. He starts tracking down and finds the contact who led to Bill's explusion from college, an incident that had started his life story, and transmits it to Erich, after overhearing Erich explain to his father that Erich's two chums did the real hacking after a dare, *but the actual bombers were employees in Frankie's company*, that would benefit from a small terrorist attack.

COREY, GRIFFIN (19 or so) "friends" or acquaintances of Erich who get "hired" behind the scenes to hack Bill's site and use it to pass steganographic instructions, apparently they are hired by a right wing "corporate" group with an aggressive social control agenda to implement down the road.


Note – italics: add to screenplay

*Break dance – shows what people really enforce*
*P 9 -- law professor – not logical now – how would Erich know all this?*
*How does Tobey react to Frankie's line of work?* **Explain its dual nature here**
*Do we need the Sheila and Tobey scene where she is coding to occur earlier?*
*Sldn – fix grammar, usage*
*What does Tobey do working for Allison? Show visually*
*Are you worth going to jail for?  "Mr. Burns!" – sandlot ball*
*Did Omar have two accidents?  **Critical***
*Why does Bill pick Allison? Is it Erich and Tobey?*
*Was Allison on Bill's website? Why not? Should Allison or even Susannah look first—maybe their kid finds it—and pass it along?*
* Would Bill have intervened?  How many eldercare stays did he fail to intervene in?*
*Would a visit to a Sunrise apartment help?*
*Should Erich's "friends" be introduced earlier?*
*Why is Bill responsible for e-bomb damage then?*
*Was the e-bomb a deliberate exercise for disaster? Why was it done? Suppose the two reported explosions are in Sparks Nev and Bishop CA, with very small explosions before in West Yellowstone MT or Wisdom MT  and on the CA side of Tahoe. Suppose Erich has seen one of the bombs on his scouting trip and found some of his own firmware used.*

*Does Erich have a "bigger brother" from LPMN?*
*How does Sheila tease Tobey?*
*Does Bill have any presence on net after shutdown?*
*Tobey's audition -- legs, have to shave, intro of Bill, shadow conv*
*Hard to use phone in rehab -- needs cell*
*Allison must "ask: Erich what Bill did.*
*Erich "catalyzed" the attack by his friends when in Bill's apt – why?*
*How Bill strategized his own life.*
*Check Erich's age at the LP booth in flashback – note that Matt does this in the other sp*
**Did Bill provoke confrontation over COPA?**

*Josh knows Syd also, and emails the movie to Erich. Tobey wouldn't do this because he is a law student. Now as a super hacker, he is able to find Erich and his "chims" first. He worked as a cgi programmer and consultant for Hollywood. WB job site, etc.*


*House interview, add embrace of Bill, remove black woman*

*Wedding  Sheila Tobey outdoors    Lake Harriet*

*Omar talks about the fear of retribution back home, you think you were designed to be god. Allison had defended him once, and she will have to defend him again, but this time it is through goodwill from Tobey. He is already scheduled for community service but did not lose the right to drive. Then if you make a mistake you aren't.part of Allah.*

*Is Sheila in first scene? Why isn't Bill?*

*What will Tobey's final job be at the Academy? Would he be their model for their ads or public relations? Would he be trying to sell the service? After all, actors could make good sales closers. Maybe his commercials were also aimed at sales.  (In the other film he gets a baseball role.)*

*Tobey could be in Roumania (or Egypt) helping sell adoptions when he meets Allison; it fails first time until Allison gets foster child. They have a conversation about which of them kids bond to. As a legally single parent, she doesn't get the child.*

*Scenes that can come out:*

*McDonough*
*Bob Arnold*
*Second juror*


*Others:*

*Metaphen and mercury 71?*
*Add Mikkel on tennis court?*

*Dialogue*

*Bill can feel the part of the woman when seeing love scenes if the male is attractive*
*Bill believes any man can learn to enjoy "submission" to a superior man*
*Gave up music for second best career*


*Checklist*

*Hairy – too much*
*Buttons – too much*
*Smallville; Saloon, Cobalt, State, CNN, Nightline*
*Sprinkler system in bar scene*
*Cool, gig, awesome*


Structured Plot Analysis

(Introduction "Belleville Rendez-Vous")

Setup
   Allison turned down in Egypt
Opportunity
   Allison-Susannah get foster child Izzy and face social worker
   Eric playing ball and getting good but still refusing to be slain in spirit
   Tobey advising Bill how to dress for speech
   Tobey works for Allison
   Bill meeting Allison and Susannah near GZ

Change of Plans
   Bill laid off but learns of career audit
   Bill follows up by meeting Erich on trip and getting into hacking
   Susannah asked to leave military
   Sheila teases Tobey towards acting and Izzy bonds to Tobey

Point of no return
   Bill gets in cahoots with Erich and then his domain is shut down
   Tobey gets hit by car
   Bill gets arrested **before** e-bomb attacks announced publicly
   Bill enlists Allison and they share stories

   Erich experiences slay in spirit
Final obstacles
   Erich on CAPPS list but arranges video conf
   **Erich hacks to get off CAPPS** but can't defend Bill at trial.
   Juror John overhears, hacks himself to find Erich's friends and this redeems Erich.
   Bill helps Allison and Susannah get custody for Izzy by being there so Bill is redeemed, but not publicly.
**Erich will film the volcano recovery**
   Bill held liable but makes "public" amends by paying his dues

Possible additions

Make Allison question Tobey about his ambulance chasing ethics -- Tobey did mock court for her at college. Tobey comes back with story about W-M.

Recount 9-11 from Allison – to Tobey, then to Bill—the burn recovery (of lover Sunnah) hard for Bill.  Tobey warns Allison not to tease Bill about tribunals.

Bill's job as a substitute assistant – modest about body, in tandem with tribunals

This is a work of fiction and a "work in progress."
©Copyright 2002/2004/2005 by Bill Boushka.  Contact me link

DO ASK DO TELL: AN AMERICAN EPIC

by
Bill Boushka

(fiction)

Revisions by
(Names of Subsequent Writers,
in Order of Work Performed)

Current Revisions by
(Current Writer, date)

John W. Boushka
4201 Wilson Blvd #110-688    Arlington, VA 22203-1859
571-334-6107

Frank is leaning forward, now seeking eye contact.

> BILL
> You mean boot camps and
> certifications.

Frank forces the eye contact.

> FRANK
> Bill, you read my hiney well.

> BILL
> Sandy says you know me.

> FRANK
> You're the master of fantasy, your
> own mind. Look, Bill, have you ever
> assembled a computer on your own?
> Or changed your own oil?

> BILL
> I don't think you did that in your
> own teen years.

> FRANK
> You remember.

                                        CUT TO:


INT. BOOTS AND SADDLE BAR, NYC (1980) - NIGHT - FLASHBACK

YOUNG ADULT BILL (somewhat bald) stands next to YOUNG FRANK
(20), who kisses him on the lips. Bill prolongs the event,
unbuttoning two closely-spaced buttons on Frank's knit shirt
and fingering his smooth chest.

> YOUNG FRANK
> If you didn't move away now, we'd
> been something. I'd finish this.

                                        CUT BACK TO:


INT. CONFERENCE ROOM - MOMENTS LATER

Frank leans back and crosses his legs, almost in girlish
fashion.

> FRANK
> I'm too old to play with that
> stuff, too. Seriously, Bill, I have
> the upper hand now.
>             (MORE)

INT. TOBEY'S APARTMENT - EVENING

Tobey and Shelia wrestle around in bed. She tickles his
beard, backs up, pulls up his pantlegs over sockless slippers
and massages his shins and calves.

                    SHEILA
          I've stopped working on that
          program. No more free songs. Just
          your beefcake.

                    TOBEY
          So it's just me. You need me that
          much.

                    SHELIA
          I don't have to worry about being
          licensed. You do. You really want
          to be a lawyer, like I really
          believe it.

                    TOBEY
          And it feels like you're getting to
          know my legs.

She collapses onto him, and undoes the first button of his
shirt.

                    SHELIA
          That millstone Bill never got to,
          did he.

                    TOBEY
          Well, you  know everything about
          me, and you still love me.

                    SHELIA
          It's not hard.

She finishes the unbuttoning, massages and his kisses his
lightly haired chest, and then reaches for his belt buckle.

                                        CUT TO:


INT. OMNI HOTEL BALLROOM, SLDN BENEFIT - EVENING

Bill is milling around among about 500 people dressed in
business attire, a few in military uniforms. Multi-media
images of the US flag and of soldiers in ceremony fill the
wall. CHAD MCEHERY, 40 and very slightly paunched, dressed in
Navy whites, is having a champaign.

Brian reaches inside his jacket and shows her an FBI card.

>                    SUSANNAH
>          You just want to make a point.

>                    BRIAN
>          I am a computer man, too, like my
>          son. But I made agent. As gifted as
>          Erich is, I don't think he'll make
>          it. He has to stay away from the
>          dark side. I hear you have kids
>          now, a little one.

>                    SUSANNAH
>          A joy.

>                    BRIAN
>          So you must know. What it's like to
>          be real good.

>                    SUSANNAH
>          All of this will take time.

>                    BRIAN
>          Even the events here.

>                                        CUT TO:


INT. GARDEN APARTMENT BEDROOM - EVENING

The camera shows an ordinary suburban garden apartment and
then the bedroom, where Bill lies face up on a floor mattress
as a middle-aged masseur, BERT, 49, thinning sandy hair, well
built, in bath towel with balding legs and not the paradigm
of gay sexual attractiveness, leans over, manipulating his
pubes. The television is playing Episode 1 of TheWB
"Smallville Beginnings."

The television shows Jonathan talking to Clark.

>                    JONATHAN (O.S.)
>          The truth, son.

Bill starts to rise.

>                    BILL
>          The good part is coming.

>                    BERT
>          TV is more important than this?
>          It's all pretend. This is real.

Bill's cell phone goes off while the television shows Clark vaporizing.

INT. BILL'S FORD ESCORT - MOMENTS LATER

Bill shuffles the newspapers on the seat.

>                    BILL
>          Boy, if I were a senior home
>          campanion I will have to clean this
>          up.

Bill dials some numbers clumsily on the cell phone and hears the message.

>                    VOICE ON PHONE
>          Bill, you need to know this. Your
>          mother was taken to the hospital.

Bill paces the room and then looks at literature on various eldercare problems, like strokes, CGF, and the like.

INT. BILL'S APARTMENT - LATER

Bill is sitting by his computer, the television on to "Jake 2.0," as he holds his steel-colored cordless phone.

>                    BILL
>          I've bought a discount ticket to
>          come to the Williamsburg human
>          rights forum in two weeks anyway.

He looks at a site for an SNFs on his computer.

>                    BILL
>          We have to make some other
>          arrangements.

>                    VOICE ON PHONE
>          I guess you will do what you want,
>          Bill. She is your mother, you know.
>          Just call if you need anything.

INT. MSP AIRPORT, SECURITY CHECKPOINT - DAY

Bill is going through the security arch, having removed his worn tennis shoes. He is picking up his laptop off the trap where it has been laid open.

93.

              They used BILL (cont'd)toe through
              the tulips" in the barracks in love
              trains.

                                      CUT TO:

INT. BARRACKS FT EUSTIS - EVENING

Men in fatigue pants and GI v-neck underwear march around the
day room, chanting "fifty thousand yards of d__k on this
post..., and they still ........ out"

                                 CUT BACK TO:

INT. BOYHOOD HOUSE BASEMENT - CONTINUOUS

Allison leans back.

                      ALLISON
              You got a good story. Self-serving,
              maybe.

                      BILL
              I had to come out again. A fallen
              male, and proud of it.

                                      CUT TO:

INT. CLUB BATHS 1975 - NIGHT - FLASHBACK

Bill sits in the lounge, watching TV while other men sit
around in towels. He gets up and wonders into the orgy room,
where there is a violet lit hall, leading to a dark room with
one large mattress and men, scampering ape-like with sounds
of sucking and smacking.  Bill stops, and looks down at an
attractive man going down at him, and rubs the man's lightly
haired chest hard.

INT. NINTH STREET CENTER 1975 - EVENING - FLASHBACK

First show an outdoor evening shot of the NYC East Village.

Bill sits in a circle of other men in an orange-and-brown
paneled basement, sipping coffee. The room is very smokey.

                                CUT BACK TO:

125.

                    BILL
          Tobey just reads my mind, that's
          all. That's what I'm all about. But
          don't I have a right to proclaim
          it, publicly?


INT. BILL'S APARTMENT MINNEAPOLIS - NIGHT

Bill puts on his Sundance hat as he leaves his apartment,
which is now much neater, with rented furniture and no
computers.


INT. TWINBIES DANCE BAR, MINNEAPOLIS - NIGHT

Bill stands in the crowd and watches gogo boys dancing, while
Griffin massages the chest and legs of one of the dancers.
Just as he is about to insert a tip in the dancer's g-string,
a plainclothesman grabs him from behind.

                    GRIFFIN
          I thought you could here.

                    DETECTIVE
          This is no vice. But we have to
          make the example of you.


INT. COBALT BAR, WASHINGTON, DANCE FLOOR - NIGHT

Men are break dancing on the intimate but colorful dance
floor as the song "Beautiful" plays. The dancing still
includes the lifting up of T-shirts of men and the rubbing of
smooth chests.

There is a barber chair on the elevated part of the dance
floor, towards the back wall. A young man has his shirt
unbuttoned, and his boyfriend gently shoves him into the
barber chair.

Tobey and Sheila walk in. Tobey still limps slightly. The
camera focuses on her sparkling engagement ring. They migrate
towards the chair. Lorraine follows.

Bill walks in, and Lorraine sees him and approaches.

                    BILL
          I'm in another city now. So I can
          gawk again.

Another elderly man with thinning hair approaches.

## 69 Minutes to Titan: **Master Reference Document for <u>Script</u>**

**Note: IMDB.com shows a movie titled "69 Minutes" dating to 1975. It appears to be an adult movie. To avoid confusion, I am changing the title to "69 Minutes to Titan"** (a reasonable time for light to reach Titan from Earth, though a bit low -- visit http://members.optusnet.com.au/bnbg6billion/6billion_traveltimes.htm .) It is common in the industry for movies to have the same title over many decades, but one should avoid duplication of titles if possible.

Latest from Cassini Probe http://www.nasa.gov/mission_pages/cassini/whycassini/30dec_titan.html OR http://www.nasa.gov/mission_pages/cassini/main/index.html (Huygens on Titan, Jan 14, 2005). That link now has colored a colored photo suggesting a smoggy but desert-like surface. There are aerial photos suggesting a shoreline and liquid hydrocarbon lake or sea, that apparently is dry right now since the probe did land in a lake bed. Another good link is http://planetary.org/news/2005/huygens_images_0115.html   There is an artisitic rendition of a Titan lake based on real data at http://www.space.com/php/multimedia/imagegallery/igviewer.php?imgid=3746&gid=273

## **Link to (feature-length) <u>script</u>.  (Format: PDF from FinalDraft).** This is a "spec script, not a shooting script. Paid resources would be required to develop a detailed professional shooting script up to industry standards. Estimated length: 110 minutes

**(Here is a link to a four-page short "<u>Surprise Planet</u>" that suggests what a "human" settlement on Titan could look like.)**

**Logline:**

An aging gay man befriends a "geek" who can hack into the computer network of an alien civilization. The geek disappears, and the man is arrested upon demands of the geek's family and goes to prison. Then the man is redeemed, well, maybe.

**Analysis of Plotline Beats**

**(From the point of view of Clem)**

**Source: Michael Hauge's "Screenplay Mastery" outline at http://www.screenplaymastery.com/structure.htm**

Opening Situation: (pp 1-4)

Clem is in jail but is allowed to visit with a young adult male friend, Tobey (and Tobey's fiancée Sheila), and he hopes that they will help him get an early release from jail in time to attend Tobey's Mormon wedding, on terms that he will continue to be able to write.

Stage 1: Setup (six years ago): Clem has self-published a political book about gay rights and is trying

Case 2:98-cv-05591-LR    Document 292-10    Filed 09/07/06    Page 29 of 50

to market it, while holding down an information technology job, in which he may have lost some interest.

Turning Point 1: "Opportunity" (P 11) Clem meets Tobey, a college senior, at a reception center (p 11), and Tobey offers him the chance to speak at his university. Clem does so (P 3).

Stage 2: New Situation. Clem has a new "friend" Tobey who, though outwardly heterosexual, seems like a possible partner. Clem augments the friendship by taking Tobey to dinner for his graduation (pp 18-20), where his explusion from college for being gay (a motivator of his book) is shown in very brief montages. In the meantime, Tobey has been student teaching and getting to know a particular student, Erich Jzzet because of his unusual spiritual abilities (including a bizarre take on speaking in tongues), particularly after a medical incident in the classroom.(p. 12).

Turning Point 2: "Change on Plans": Clem meets Erich while doing ballot access petitioning for Tobey. Erich teases Clem at bit (p. 25)

Stage 3: Progress: Clem has a new "friend" who may be more "promising," however dangerous. He needs Erich, as his social situation in the gay community has grown ambiguous as he is less welcome at gay bars where he hangs around (he is surprised when he believes he sees Tobey and Sheila there). In the meantime, he is getting into trouble at work as his technical competence is slipping.

In the meantime, Tobey is inching forward with his acting and modeling career, and presents a head shot to Sydney, whom Tobey suspects (after seeing Clem's book in Syd's office) could have been involved in Clem's college expulsion 40 years before (p. 30).

Turning Point 3: "Point of No Return." Clem and Erich meet again at Erich's house (his dad's estate) after they meet each other petitioning, and Erich teases Clem into a at least suggestive encounter. But Erich also shows him a sneak preview of the supernatural.

Stage 4: "Complications and Higher Stakes." Clem now lives in a veiled threat of arrest, as the world around him changes with terrorist incidents. His domain is taken away by his ISP, who considers him a security threat and nuisance, as does his landlord who will not renew his lease. He is counseled by an outplacement company by Frank, whom he once had tricked with, and then laid off. He visits Erich again working at a family restaurant, and sees his film presentation of teenage hackers. In the mean time, Tobey has gotten to know the Jzzet family, with its interest in religious experiences, or are they UFO contacts? Tobey has also decided to become a Mormon, because he feels the doctrine will give him a "real life" with Sheila as the final days of life-as-we-know-it approach.

Frank (and one of Tobey's friends Patrick) talk Clem into accepting an apprenticeship at the Academy, where Clem will "pay his dues" so that he can be an important person in the coming transition. They go on an initiation ritual in the woods.

Erich pays Clem a surprise visit in his apartment (while Clem still has the lease), and tracks down the hackers who got his domain shut down. Erich shows that his domain has been hijacked by extraterrestrials about "69 light minutes" away, which places them on Titan. Clem begins to sense that Erich is extraterrestrial himself, or could be some kind of superior human, like an angel, who doesn't have to breed to be a first class citizen.

Turning Point #4: "Major Setback." Erich disappears on the trail toward the ritual, as "he goes up."

Case 2:98-cv-05591-LR   Document 292-10   Filed 09/07/06   Page 30 of 50

(p. 93)  Clem and Patrick apparently enjoy being brought low by Frank.  When Clem gets home to his apartment for the weekend from the initiation at the Academy and then tries to fly back, he is arrested.(p. 96). The government claims his domain has been stealing classified information (based on what happened during Erich's visit) and Erich's father makes further charge. (DC)

Stage 5: "Final Push": The Judge agrees to drop the "espionage" charges if he will plead out as a with a sealed secret conviction to a vaguely worded offense. Clem does so and goes to prison.

Turning Point #6: "Climax"  - Clem is "redeemed" in prison by female therapist Tovina, particularly in group therapy encounters with a film personality Peter, who had struck Sheila with a car. At the same time, Erich, abducted an on Titan, learns what the responsibilities of an angel will be as he takes the torch from his predecessor, Roger.

Stage 6: "Aftermath" – Erich returns, and Clem gets out of jail after all, in time for Sheila to have her baby, and for Tobey and Sheila to wed, as they will stay on earth and ride out the storm. Clem may marry Tovina, and his is somewhat redeemed (even if he is, unlike Erich, decisively "slain in the spirit"), although his future is more limited that that of his two heroes Tobey and Erich.  It seems that he will become a teacher dedicated to the disabled.

## Marketing Statement

**Genre:  "dramatic" science fiction in near present day. Recommended rating: R   Length:  125 Minutes    Special effects and CGI: Some  Technical: May be flat or scope; if video should be high-definition; normal use of colors   Music: recommend mixture of current disco and some classical or orchestral Note: Character speech and appearance must be carefully directed**

I have been quite impressed by the variety of television series which present strong young male characters. Many of these are on TheWB.  I have wanted to explore the idea of presenting these sorts of characters in feature films, and combine the dramatic genre of family or even gay-related drama with science-fiction-like premises concerning how our society might change abruptly, partly because of political threats (like terrorism) but also because some grander quasi-religious reality (or perhaps some interpretation of who the extraterrestrials, or beings like angels) plays out through characters like these.

So I have the basic plot setup of an older gentlemen (Clem) who befriends two young men  (Erich and Tobey) and finds himself sinking, partly because of his own character, into legal troubles which, nevertheless, will lead him to the answers about "life" that he seeks. **(Director's Cut – more details)**

Some of the background material does come from my first "Do Ask, Do Tell" book. I have tried to minimize the use of flashbacks and produce a narrative that is relatively linear and with clear beat (or turning) points and situations, at least with respect to the driver character Clem. I have two other feature manuscripts which are much less linear and use flashbacks much more for expository and topical material. In screenwriting workshops I have found that less linear scripts are very difficult to follow (without the visual help of the actual pictures on the movie screen to watch) and very difficult to get into table readings or stage readings with actors. So partly this project was intended to develop a story line with interesting teen and young adult characters (interacting across generations with older characters), present provocative social messages and religious, theosophical or scientific speculations.

The "rooting interest" scheme appears to center around Clem at first in terms of turning points. But it is Erich whom one wants to be the "best person" at the end: he outgrows his childhood diabetes miraculously, develops telepathic-digital abilities to find the angels inhabiting Titan as a staging area to interact with earth, and graduates on his own terms to become one of "them." It seems that he may have been responsible for Clem's being accused of compute hacking (by being the hacker that made Clem a "nuisance") but one of Erich's qualifying tasks was to demonstrate his "special" abilities to another (Clem) who could benefit from looking up to him. Tobey, on the other hand, marries and has kids for one more generation, in order to enjoy family life. Yet the menacing end to life as we know it grows and sees unstoppable, and one can only depend on faith or personal graduation. Clem is left in his own ambiguity, finally coming to terms with connecting to other people on an aesthetically realistic basis, even if he may come to nought. "Billy Budd" becomes perfect, but those who are less so can be left behind.

Except for one reference to Australia when Erich lands back on Earth at the end from his trip to Titan, the screenplay does not mention specific cities and states (which are, with this one exception, supposed to be in the United States). The film could be made around any major city, or a Canadian city with Canadian resources, although the scenery should be consistent in most cases with one region of the country.

**MPAA rating would be R.**

 "DIRECTOR'S DISCRETION" in script means to shoot within legal requirements and MPAA standards for a "soft" "R" rating. There is physical horseplay without sexual contact. I'm interested in a provocative story, not in "pornography." **(More details on director's cut, private)**


## Treatment Narrative

As the film opens in present day, CLEM LDZEK (60) is led, in orange prison jumpers, to a conference room where he talks to a previous friend TOBEY STRICKLAND (27), who has brought his pregnant fiancée SHEILA DANIELS (26). Tobey rebuffs Clem's friendliness, but seems more concerns when Clem mentions the Cassini probe in conjunction with their mutual friend Erich (below). Tobey then reviews their earlier friendship with a video of their earlier friendship, when Tobey, as a college senior, had invited Clem to speak about his book at his college. The film also reviews that Clem's Mother and others had been suspicious of his relationship with Tobey as "too young." (But now Tobey should have ripened a bit.) Apparently Clem can be released if Tobey will invite Clem to attend his wedding, though not as a best man.

Clem meets then (after a prison inspection) with a WARDEN BOGGS, with a "right wing conspirator" FRANK L'ISTESSO (40) in the room to approve of the release. Clem insists that he be allowed to write (presumably with computer Internet access) again. Finally, Clem has an encounter with ERICH JZZET (24) in the recreation room, and Erich shows a hint of his adult supernatural powers.

Clem hints at his understanding at what may happen when he reads Clarke's "Childhood's End" in his cell.  He would like to be able to sleep in the always lighted cell but can't.

The film now goes back six years  (p. 7). There is an extraterrestrial landscape, which is appearing on

Case 2:98-cv-05591-LR    Document 292-10    Filed 09/07/06    Page 32 of 50

Erich's screen (Erich is now just 14).  ROGER KIEHL (26), converses with Erich in a 3-D image on the monitor and even displays a vista of the living quarters ("barracks for programmers") for new residents on this planet.

At this time, Tobey (now 21) is student teaching world history, 9th Grade, and Erich is in his class. Erich has an apparent seizure, Tobey gives CPR, and Erich recovers quickly. In the hospital, there is evidence that his juvenile diabetes has miraculously disappeared. Very quickly, Erich grows and matures physically (entering puberty and adolescence) in the expected fashion seemingly in just weeks. Over family dinner, the Jzzets recount Erich's friend ROGER, whom we now learn had collapsed and supposedly died in an Assembly of God speaking-in-tongues exercise, but then disappeared with his body never accounted for.

Tobey meets Clem at a libertarian political reception in which Clem is signing his books.  Meanwhile, Tobey (also student teaching PE) is working with Tobey on the jogging track and baseball fields and notice that he is maturing physically very fast.

Erich dares his fate at an AOG revival, where a family friend PETER MOUCH (55), a TV news producer, had gone down.  Erich tastes the experience of speaking in tongues without quite giving in to it, and has another vision (sports-centered) of where the "best people" might live permanently. (But is this faith or works?) Now there is a real clue that this might be Titan.

Tobey is becoming serious about nerd girl friend Sheila, and we also learn that he is planning law school when he challenges her about her downloading. She teases the most recent changes in his body as he approaches his own biological early summer.  Tobey is going over to meet Clem (who by now has given his famous speech, depicted in the opening sequence, above) for Clem's own version of a graduation dinner.

At the café. (p 17) Clem recounts his college expulsion telling the Dean that he is gay, and the aftermath that led to his present day book and the chance to become a celebrity. Tobey tries to recruit him into more street activism, ballot access petitioning, in order to make Clem more "real" and Clem is tempted to go along to see Tobey again. There is a certain distance in Tobey's manner as they leave the restaurant, which soon closes permanently.

Tobey and Clem meet again at gay pride at a libertarian party tent, and then again when Clem takes up the ballot access petitioning. Here Clem meets Erich for the first time. Erich tells Clem that he is a student in Tobey's class and is a "teacher's pet." They go out tailgating the fairgoers and Erich is very effective as a salesperson collecting signatures. (The Donald would be proud.) Erich shows Clem a slight amount of physical affection as they work some math problems back in the tent.

In the mean time, the status of Clem's life as an author, after the initial honeymoon/"blessed event" period is going downhill. His department head at work questions his technical skills. There are family responsibility issues, too, and a surgeon begs Clem to move back but believes Clem when he says he cannot afford to move back without losing his job.

Clem is also creating a bit of nuisance socially. At a gay disco that tends to attract straight couples he spots Tobey, Sheila, and a flashy roommate Patrick. Clem gawks at Patrick doing dirty dancing, and is rebuffed by Lorraine, one of Patrick's friends (p 27). The bar asks him to leave, as it doesn't want older men disturbing younger customers.  On the way home, Clem is accosted by a homeless man, so

he is having multiple bad vibes.

Tobey, besides his academic world stuff, is advancing his acting and modeling career, and meets with his agent (p 28), Sydney Gibbs, and, while submitting his head shot, learns that Syd knew Clem before and may well have been connected to Clem's prior college expulsion. Syd seems to understand better now the homosocial fascination with the idea that the male should be beautiful as well as the female.

Clem encounters Erich alone while ballot petitioning at a downtown block party—and Erich does most of the salesmanship. (**DC more details**)

Clem is somewhat challenged in keeping up on the job, still (page 39) when he shows up at work when "on call" in pajamas," and a funny co-worker DAN CZERNY teases him with the "IQ test."  On the way, he sees his stand-up comic friend at a coffee shop and is warned to stay out of jail.

Tobey has graduated, and become a teacher, putting law school on hold as he looks toward a media career. Tobey and Sheila visit the Jzzet's and enjoy a ritual in their swimming pool (with Erich), where the parents (BRIAN JZZET and ELLEN JZZET) get struck by heat lighting and are resuscitated.

There has been a background of crackdowns on civil liberties as domestic terrorist attacks increase, as reported in the media. Tobey is making his own spiritual changes and visits BISHOP MOORE with the idea of getting a "recommend" to join the Mormons. The Bishop confirms that modern western civilization will end in about a generation (the "childhood's end"). But Tobey wants a family for eternal "real life."  Moore reminds Tobey that he will have to supervise a mission, and hints that he must make a decision about how mature he looks. (p 47).

As a year or two passes, Clem's demise at work approaches. He is called in for a career audit by a third party company, and Frank, whom Clem remembers from a bar encounter 20 years before, gives him a hard time about his professionalism.

Clem attends an amateur film night in a café, and Erich presents a short film about teenage hackers. Peter is the host.

Clem finally gets laid off from his job, but with a friendly handshake. The scene is dramatic in that his computer access is cut off first while he is on the system.

Clem also loses his domain when his ISP considers him a security threat or a nuisance who might attract hackers.

Clem goes on some trips after his layoff and runs into Erich working in a county restaurant. Erich shares the idea that speaking in tongues is a way to hack into the extraterrestrial world without a computer.

Erich (now a valedictorian) keeps seeing Tobey socially, and Tobet explains why he has to marry and have children.  Tobey does some mission work, which Syd films for a local presentation at an art theater. Tobey and Sheila rehearse their wedding (p/ 60)

Clem gets a fake ID card for Erich, and a fake domain for himself.

Case 2:98-cv-05591-LR   Document 292-10   Filed 09/07/06   Page 34 of 50

Tobey, Sheila and Syd have a South beach lunch when Tobey talks about his functioning as an authority figure on his mission for a few more months before he marries, and the idea that their marriage will indirectly influence Erich's spiritual growth.

Frank visits Patrick working out and getting ready for the initiations at the Academy. (Frank has hired Patrick as the Academy's physical trainer.)

Erich, ... , visits the gay bar and sees Roger, and dirty dances with him. Clem watches, and gets bounced again.

Clem attends another amateur film showing, when Tobey proposes marriage formally on the stage (after showing Syd's films of Tobey proselytizing and marrying), with Peter MC-ling. Clem, Erich (still "illegal") and Tobey have a conversation at the bar where Clem reveals what makes him "tick" (loyalty to his upward affiliation). Afterwards, they are talking on the street about how they set up the marriage secretly when Sheila gets hit by a car driven by Peter. Sheila just had her first bout of morning sickness. Clem also starts doing exploratory interviews, like for teaching, and runs into walls because of his introverted nature. He does discover an opportunity to join a team of "asset persons" trained at an Academy run by Frank. He is interviewed for this by Roger (p 69). He also learns that his apartment lease will not be renewed because his notoriety creates a risk for other tenants (as with his website).

Tobey learns of Sheila's pregnancy after the accident. Miraculously, the baby is all right.

Brian Jzzet's wife finds the copy of Clem's book. Tobey attends a "slaying: with Erich (maybe out of curiosity) and sees Titan while barely remaining conscious, but then gets a grip on himself. This time Erich is asleep during the "procedure." Tobey feels glad that he will go to the LDS heaven (by getting married) rather than to the Titan staging area for angels.

Peter is sentenced for running Sheila down (p 72).

Tobey is helping Sheila with her acute care rehab after "cutting it off" and reiterates to Erich his feelings about the importance of family so he can go on forever.

Clem has actually started working as a substitute teacher and has Erich in Tobey's civics class, late in Erich's senior year. Clem hand's back Erich's essay test, the best answer in the class. (No multiple choice?)

In a Mormon church lounge, Tobey converses with his prior roommate Patrick (good clothes) and reiterates the short time frame for life as we know it.

Erich pays a surprise visit to Clem's apartment (while Clem still has the lease) to help Clem unscramble the loss of his domain. He shows that Clem's computer had been hacked to transmit spam to another planet – 69 light minutes, about the distance to Titan. (Okay, astronomers, it might be a little more.) They go upstairs where Erich gives him a swimming lesson in the high rise spa and engages in some teasing reminiscent of the events almost 5 years ago. (pp 77-86). Yet, when Erich leaves Clem's computers break (again) although this may be due to Clem's own previous "lack of curiosity."

Brian finally confronts Erich about Erich's relationship with Clem, over the copy of the book, and that Clem shows up on old security tapes from his visit. Dad has always been watching him!

Erich, then, is glad to finish his "homework" as he fears his Dad could take away his computer setup. He chats with Roger online in Titan (delayed time feedback), and Erich finishes up his work and logs off properly before "dying."

Clem is getting set up in his dorm at the Academy, when Patrick and another senior student Amos discuss Clem's impending participation in the initiations or "tribunals." Amos admits he had committed a compulsive crime like Peter's but was sent here rather than to jail.

Clem goes on the night-hike and initiation. Erich joins him, and Clem finds it a "pleasant surprise." They talk about the morality of Clem's tastes. When they come to a forest clearing, Erich walks into it and seems to be struck by lightning and vanishes. Clem, following his instincts, goes back to the initiation in a pond. Patrick gets body-shaved, and Clem apparently does, although he is not sure as he throws up and passes out.   Next morning Clem, alone, retraces his steps back out, and find that the tracks of Erich's steps disappear.

In the meantime, Clem's apartment is raided by the FBI, and Erich is on a UFO, getting a stereotyped medical examination from the Grays, who respect his body enough.

Clem makes a return trip to his apartment and finds it ransacked, and the property manager admits it was the "government." Clem tries to fly back to the Academy and is arrested. The police postpone his Miranda (perhaps illegally) but seem concerned whether he has the savings to pay for a lengthy defense.. Clem's legal service plan (to protect his writing) provides a black female lawyer ORKNEY.

Sheila and Tobey make love, even as she is pregnant with one leg. She titillates him now by finally depilating his chest with a cream, so he can go back to looking like a college student for his mission. Orkney debriefs Tobey, at the natatorium, for Clem's behalf.

Clem and Orkney meet with the DA, and Clem maintains that all he engaged in was harmless touching or frottage, four years ago. But the DA talks him into plea bargaining so he can get out and get back to his computers. She does read his mind in asking if he thinks that the government really wants to take him out. He can get what he wants.  JUDGE HARTNET, a young judge, sentences him to a few months of jail, pending psychiatric rehabilitation (for sealed offenses). That seems to be the cover for his having let Erich steal government documents about UFO's and putting them on his server. Clem starts his reparative therapy for a sealed offense in prison by meeting Peter, who had given in to a similar compulsion when he hit Sheila. The therapist is TOVINA, 34.

Roger shows Erich some of the scenery of the small world of Titan, including the "gay bar," the false front main street, and the "water recreation." They then watch time-lapse movies about Peter and Tobey. Roger resists seeing one of himself (after seeing a discussion the Tribunals in Clem's book), but his pride will be his undoing as an angel. Roger then goes to the dreaded Tower of Ned (Ned was the first fallen angel) and receives his own degradation to the status of fallen angel and maybe a Gray.

(Note: Page 111- the story would have to show that lakes on Titan are often dry, but they may fill suddenly with ethane or methane downpours.)

Clem is given a pupilometric and penile test of his sexual fantasies, when he grabs Tovina. They think

he is "cured."

During his outprocessing, he is given a physical and told by SURGEON WHALE that he needs bypass surgery. Despite his epilation at the tribunals with Frank, he doesn't want to become a member of the zipper club. Nevertheless, he accepts the operation to get out; Whale also examines Sheila and promises her and Tobey a baby girl, who won't have to carry on the family name (if there were one).

Erich falls back to earth (p 114) in Australia, and hikes to civilization, in pretty good shape. Clem sees Roger on the street as a gray, and then runs into Erich, has supper with him (Erich no longer needs health food) as a fully grown man. Erich still taunts Clem about his faith but proves he is a good man deserving to become an angel.

Tovina dresses Clem up for the wedding, which he attends to close out the film. Well, almost. Clem has his own speaking in tongues at the end, where he sees both worlds that Erich and Tobey will live in and see what happens to self-indulgents like Roger.

**Plot checkup "reading quiz" questions:**

Q. Does Tobey realize that Clem has been sexually attracted to him? What is Frank's attitude?

A. Yes. In the opening scenes, he refers to Clem's having scoped him and hit on him. Later in the prison exit interview, Frank compares himself to the portrait in Oscar Wilde's Dorian Gray – and Clem says that Peter, who actually committed a real physical crime (a hit and run felony that injured Sheila – Tobey's eventual fiancée-- causing her to lose a leg) is the really decrepit entity. Clem has gotten caught by the "no man's land" between desire and acting out. If he were heterosexual (and particularly if he were not known as gay publicly) he might not get into the same legal trouble for what he does; this is an important point. Sometimes desire is a gray area.

Q. Does Tobey reject Clem?

A. Not really. But he won't help Clem conduct forums any more. His Mormon stake has pulled strings at the end to let Clem pursue teaching, since Clem has apparently "changed" and still "lives." Surgeon Whale seems to believe that chemical castration for prostate problems is necessary anyway, and after that, Clem is safe around (disabled) kids (he was never even remotely interested in anyone less than the age of puberty anyway).

Q. Does Erich realize that he can be immortal?

A. After recovering from juvenile diabetes, it seems so (P 26). If you give in to a higher purpose, you might live forever as yourself. That is a bit of a paradox. You give up some choice for immortality. (There is some theology here—Jesus saves you from your "sins" but it is not so clear that eternal life has much to do with accepting a "purpose driven" life. Erich apparently now believes that it does.

Q. What is Erich's attitude toward pain?

A. Having mysteriously recovered from diabetes, he was used to it, as Tobey notes on the jogging track. He fights off passing out at the AOG revival, but only enough to have his vision. He notes that Bill finds pain demeaning to Tobey and then to police, when pressed.

Case 2:98-cv-05591-LR    Document 292-10    Filed 09/07/06    Page 37 of 50

Q. When Erich goes back to Bill's highrise apartment building and finds a medical emergency, does he save the patient?

A. No.  It seems as though he doesn't have the healing gift, at least not on demand.

Q. When does the corrupted file (that led to the ISP's "heckler's veto") get viewed?

A. Around p 84, Erich views it for Clem during Erich's visit to Clem's apartment. Earlier, on P 55, before his layoff, he has found the corrupted file but declines to call law enforcement (out of "fear")

Q.  When are the tribunals first mentioned?

A. Early, in a quick Montage about Clem's college expulsion. Erich mentions them again before he "goes up."

Q.  What effect does the martial law in other cities have on the characters?

A.  On p. 62, they first learn about the curfews in a few other cities (because of multiple sniper attacks and suicide bombers) in the media. Frankie talks about it for the "Academy" when Bill shows up at a job fair. The Erich shows Clem in Clem's apartment how to hack into the real FEMA secrets, and that is the real reason the government wants to go after Bill, and will let Bill teach after he is "cured" (but he won't write).

Q. What is the timeline of the screenplay?

A. It starts out in present day (with the prison visit). About page 9 it shifts back about 4 to 4-1/2 years, with Clem's publicizing his book. (DC – more)

Q.  What does it mean for Erich to "check out"?

A.  Erich finishes all of his "work" (on his computers) as if to turn it over, since he may not come back in the same form. In one sense, he is going to "die" when he is abducted, but he "checks out" in a "professional manner" especially for a high school kid. But actually he will come back as an Angel, to live forever if he keeps his promises.

Q.  What happens to Roger?

A.  Roger was an earlier Angel who gave in to self-indulgent thoughts (Angels can read minds and their minds can be read) so he must be dispatched—never to exist again once he is gone.

Q. Compare the outcome for Tobey and Erich.

A. Erich apparent becomes an angel and is "good" enough to live forever on his own and not age (like Dorian Gray—but we'll see, maybe in a sequel!!)  Tobey goes for eternal marriage (with Sheila, despite her disfiguring injury), and that starts on this earth.

**There are more QA's and details on a private copy.**

©Copyright 2004 by Bill Boushka (including the script itself).  All rights reserved. Please see contact

Case 2:98-cv-05591-LR    Document 292-10    Filed 09/07/06    Page 38 of 50

information on this website. Registration number 1021987 with the WritersGuild WGA Intellectual Property Registry, Sept. 28, 2004.  **(The WGA Registration does not have "to Titan" added to the title to avoid duplication**, but remember titles are not copyrightable. I can't change that right now!)

This is a work of fiction.

Return to home page
Return to experimental scripts directory

(69 Minutes to Titan)

by
(Bill Boushka)

(fiction)

Revisions by
(Names of Subsequent Writers,
in Order of Work Performed)

Current Revisions by
(Current Writer, date)

High Productivity Publishing
4201 Wilson Blvd #110-688 Arlington VA 22203-1859
571-334-6107

                    CLEM(cont'd)
          It's hard to pick it up in the
          trenches when you didn't code
          anything in the newfangled stuff.

                    FRANK
          Clem, Sandy mentioned her concern
          about your learning curve. She said
          you took a couple training courses
          down on the 494 strip. But I know
          the problem.

Frank is leaning forward, now seeking eye contact.

                         CLEM
               You mean boot camps and
               certifications.

Frank forces the eye contact.

                         FRANK
               Clem, you read my hiney well.

                         CLEM
               Sandy says you know me.

                         FRANK
               You're the master of fantasy, your
               own mind. Look, Clem, have you ever
               assembled a computer on your own?
               Or changed your own oil?

                         CLEM
               I don't think you did that in your
               own teen years.

                         FRANK
               You remember.


INT. BOOTS AND SADDLE BAR, NYC (1980) - NIGHT - FLASHBACK

YOUNG ADULT Clem (somewhat bald) stands next to YOUNG FRANK
(20), who kisses him on the lips. Clem prolongs the event,
unbuttoning two closely-spaced buttons on Frank's knit shirt
and fingering his smooth chest.

                    YOUNG FRANK
          If you didn't move away now, we'd
          been something. I'd finish this.

EXT. PLANETARY SURFACE FROM ABOUT 50000 FEET UP - EVENING -
FANTASY

Tobey looks down on a desert-like surface in deep haze. He
sees jagged outcroppings that look like broken icebergs, and
a few isolated lakes and rivulets that go nowhere. The
surface is rather beige. He looks up at the sky and sees
Saturn, with some of the rings discernible.

He turns around looking for Erich, and sees Sheila instead.
They are seated in a boudoir that seems like a flying
condominium, as they look out together and see Titan.

Roger comes from behind and embraces them both.


INT. ASSEMBLY OF GOD REVIVAL HALL - LATER

Tobey shakes his head, trying to stop the vision. Tobey leans
over Erich, and notices that two hours have elapsed. He leans
over and still hears Erich breathing. Suddenly Erich rises,
colliding.

                         ERICH
               Sorry. Well, it looks like you
               wanted to kiss me.

                         TOBEY
                You're not going to my kingdom. It
               looks like Purgatory. Honestly.
               Maybe just 150 minutes.


INT. GAY VIDEO BAR - EVENING

Clem notices Roger seated on a high stool at the bar. Roger
beckons Clem and lifts Clem onto his lap. Clem kisses Roger
about the neck.

Roger puts Clem down. The music hesitates between songs, and
there is a swishing sound. Clem turns around and Roger is
gone.


INT. COURTROOM - DAY

Peter stands before JUDGE HARTNETT, 34, tall, sandy haired
and very youthful looking.

                         JUDGE HARTNETT
               So, Mr. Mouch, you have plead
               guilty.
                         (MORE)

INT. CLEM'S APARTMENT - NIGHT

Two FBI agents, with the typical blue sweatjackets reading "FBI", pick up all five computers in Clem's apartment (including two laptops and one iMac). Outside, the streets around his building are still closed for police investigation.

                    FBI AGENT
          Should we wait for him?

                    FBI AGENT 2
          We need a secondary charge to make
          this work. They don't want to talk
          about this.

The fist FBI Agent picks up an unopened, shrinkwrapped, gay porn video, showing shaving.

                    FBI AGENT
          It's called "Smooth."

                    FBI AGENT 2
          That must mean it's not about kids.

                    FBI AGENT
          Still prurient, though. This is how
          things work for him. I'll call
          Brian now.


INT. FOREST TRAIL - LATER

Clem, with Amos tailgating him, approaches a second clearing, a slight dip, filled with water. Beyond the dip there is a big red wood chair. Frank moves and sits in it. Clem gets closer and sees a pudgy, middle aged man who would have looked "young" eight years ago but not now.

Clem puts his hand over his mouth and calms himself. Patrick steps forward, and Clem maneuvers among the crowd.

                    FRANK
          Clem. Come on. Capitulate.

Clem hesitates.

                    FRANK
          Come on. I'll give you what you
          want. Tobey? Roger?

Roger steps from the other clearing, moving in lightning time.

>                         FRANK
>           Patrick.

Roger sprays the pond.

>                         FRANK
>           Time for a baptism.

Tobey, shirtless, stands in front of Patrick. He reaches and touches Patrick's neck, as if his hand were a wand. Then he shakes his head.

>                         TOBEY
>           I can't any more.

Roger reaches for Patrick from behind and embraces him, pulling apart his shirt, massaging his chest. Foam falls from the sky around Frank, and toward the initiation subjects.

>                         ROGER
>           Kneel.

Roger forces Patrick to slide into the water until only his head is above. Lightning hits the pond, even between the trees.

Frank yanks Clem from behind, into his lap. Clem vomits and passes out, falling into the pond. Lightning hits it again. Frank picks him up and holds him in his lap and starts to rub.


EXT. SMALL SPACE SHIP - NIGHT

The space ship approaches the system of Saturn and the orange moon of Titan.


INT. SMALL SPACE SHIP - NIGHT

Erich lies on a gurney, as two Grays begin to remove the thirty electrodes covering his chest. They gently massage his legs as he sits up.


FOREST TRAIL - MORNING

Clem walks back, alone. He checks his shirt, then his chest. and rebuttons the shirt.

113.

EXT. TITAN LAKE - EVENING

Erich and Roger are rowing in a canoe in an oily lake. They
are playing some piano music on an MP3 with them, some Chopin
piano music in 5/4 time.

>                    ROGER
>           I got to show you what can happen
>           when we go back. It's in the Tower
>           where they make the judgments. You
>           know, they burn us with tasers to
>           see if we can survive the scars.

>                    ERICH
>           I don't want to have to go through
>           that.

>                    ROGER
>           Be good, and you won't.

>                    ERICH
>           Yes, Santa Claus!

EXT. STREET ON TITAN CITY - LATER

Now it is "night" and they go through the false fronts into a
small hotel that could have come from High Noon. The sky is
partially clear through the brownish haze, and part of Saturn
with the rings shows.

The boudoir is furnished like a late 19th century hotel, with
several mirrors. There is a chess set, rimmed, with the
pieces lined up along the edges rather than placed in the
conventional position.

>                    ROGER
>           You know, we're gonna make up new
>           rules for chess. Now, Strip.

>                    ERICH
>           What?

>                    ROGER
>           I want you to watch yourself. The
>           mirror gives a time lapse.

Erich quickly strips and looks at himself in the mirror. He
sees Tobey, not himself, as a twenty-four-year-old, but
gradually morphing into a thirty-five-year-old.

                    ERICH
          This is what it would be like to be
          my teacher. There's no special
          powers. Stop.

                    ROGER
          You want to be perfect. Now watch
          me.

Roger strips, and watches himself in the other mirror. He
sees Peter as a young adult, much less appealing, turning
bald and starting to look like Clem, even as the legs, as
well as the pate, go bald. His paunch grows steadily.

Roger reappears, and is OK.

                    ROGER
          If you stay with your Sun, you will
          be fine. If you go to other worlds,
          you'd be like me.

                    ERICH
          Otherwise I'd have to date and get
          married some day.

                    ROGER
          When you finish growing up, sure.
          You get to be a teenager forever.
          You'll be perfect, and beautiful,
          forever. But don't make any
          mistakes.

                    ERICH
          What was yours.

                    ROGER
          You're close the edge, young man. I
          just enjoyed myself too much. You
          did a good job with Clem, too. You
          made him tick, for once.

                    ERICH
          He really came alive through the
          Lord.

                    ROGER
          He just doesn't know it yet.

                    ERICH
          Neither do you.

(Baptism)

by
(Bill Boushka)


(Based on, If Any)



Revisions by
(Names of Subsequent Writers,
in Order of Work Performed)


Current Revisions by
(Current Writer, date)




4201 Wilson Blvd #110-688
Arlington VA 22203-1859
571-334-6107

                         TOBY STRICKLAND
          I'm yours.

                         SHEILA DANIELS
          You didn't read the label for the
          cream.

                         TOBY STRICKLAND
          I didn't analyze it. You would.

She picks up a bottle of beige colored cream, and reads it.

She then lies next to him. He takes her into his arms. They
kiss, somewhat in PG-13 fashion again, and giggle. She
tickles him. She reaches down and tugs at his trousers.

                         SHEILA DANIELS
          I leave that alone.

                         TOBY STRICKLAND
          You'd better. This is the summer of
          life.

She mounts him again, and unbuttons his white shirt-top to
about the nipple level. She reaches for the cream and starts
to apply it, rubbing it in. Tobey giggles. She then unbuttons
more.


EXT. BAPTISTRY -  EVENING

Toby stands above the baptistry, which is the segmented
swimming pool. He is still in white garments, the chemise
draped over him but not buttoned. Matt stands next to him,
then climbs in, and gradually disappears to neck deep.

                         MATT SKIIS
          Your section is shallower. But I
          want you to just ease in and float
          on your back at first. I'll drag
          you by the hands.

Toby lies perpendicular to the pool, and Matt gently pulls
him in. Tobey floats on his back.

                         MATT SKIIS
          Just hold your breath, please.
          Forty five seconds.

Matt pushes Toby down, head first, as the water "rises"
against his chest, separating the leaves of his tunic. Matt
releases him. He bobs up as his tunic flies off. Matt carries
him out of the water to "shore."

**The Sub   (aka alternate title: "Creative Destruction")**

**April 28, 2006**
This script, treatment and notes were displayed on this site from March 2005 until the date above. The script was a short of about forty pages. I have expanded it to feature length and removed it from public display.  I have added a courtroom trial sequence, which I think imparts a lot more ideas; work goes on to make the dialogue and characters as realistic and natural as possible. I save other scripts that are not available for viewing.

The script does deal with a troubling subject: a substitute teacher gets accused of improper involvement with a minor, gets sent to prison and dies there. It is ambiguous as to whether the teacher really is "guilty" or should be convicted in a legal sense, so there is some injustice and tragedy. But the minor does play his musical work in public, as a kind of eternal or vicarious vindication. Beyond that, I'm not continuing to give out more details of the story.

During the past six or so months, there have been many sensational media reports about this problem, and there seems to be an increase in reported incidents and prosecutions of many teachers and other adults.  This subject matter has been used in some commercial films, such as Student Seduction on Lifetime in 2004. Nevertheless, the display of my material in such a public matter was particularly upsetting to some people. The script did **not** contain any explicit depictions of sexual acts and was not objectionable in an objective sense in the way some Internet content is objectionable (such as pornographic) or even illegal. The circumstances however made it provocative. Do I have as much right to delve into material like this as NBC/Universal or Lions Gate/Lifetime? Maybe not always, without "paying my dues."  They are bigger than I am, and that is not a very satisfying answer. There is a subtle legal issue involving "self-libel" and fiction, which by definition is more subject to evaluation by the reader's emotions and prejudices as well as objective intellect; that's a major part of the issue. The political climate regarding Internet speech and behavior is becoming more unstable, because of a flow of media reports about misuse of the Internet by minors (on social networking sites) and of sexual predators visiting chatrooms (the NBC Dateline "To Catch a Predator" series).

I will list a number of important ideas covered by the script:
(1) the complications for gay special ed teachers caused by the military "don't ask don't tell"
(2) the enormous maturity range among students
(2.5) body image problems of an older teacher in front of students; the fact that some subs have not raise kids and that administrators might expect them to have done so
(3) the controversy over whether writers are "real people" (based on a real assignment at Hayfield)
(4)  the possibility that even a "good kid" might play games with a sub

(5) a lot of information about the psychological importance of classical music
(6) the contingent nature of substitute teaching from an administrator's point of view
(7) the relationship between teaching and pseudo-parenting
(8) defibrillators in school
(9) the attitudes of parents towards gay teachers
(10) the carelessness of business establishments in admitting underage customers
(11) the legal definition of sexual battery; the issue of intent; the issue of arousal; passive solicitation
(12) zoning laws, apartments, and writers
(13) the sexual offender registry, how it works
(14) reparative therapy
(15) does an artist's work redeem him after his passing?

## http://www.csba.org/csmag/Fall04/csMagStoryTemplate.cfm?id=48

A significant event in the story is the saving of the protagonist's life by the student with a defibrillator. Apparently very school public schools actually have these yet (airports have them) but they will probably arrive in the schools over time. Here is a story from the *DC Examiner* 12/26/2005. http://www.dcexaminer.com/articles/2005/12/25/news/maryland_news/03newsmd26defibs.txt

There are up to five commercial films called "The Substitute," some of them with Treat Williams playing an undercover substitute teacher investigating problems in schools. There are details on imdb.com.  Some of them come from Artisan Entertainment.  I review the last of these films (and the TV film).

There is more information on my links on blogging and intellectual property.

©Copyright 2004/2006 by Bill Boushka (including the script itself).  All rights reserved. Please see contact information on this website. This is a work of fiction.

Return to home page
Return to experimental scripts directory