# EXHIBIT 14

# ORIGINAL

1

1

2    UNITED STATES DISTRICT COURT

3    EASTERN DISTRICT OF PENNSYLVANIA

4    ------------------------------------------X

5    AMERICAN CIVIL LIBERTIES UNION, et al.,

6                          Plaintiffs,
                                                    Case No.
7                -against-                           98-CV-5591

8    ALBERTO R. GONZALEZ, in his official
     capacity as Attorney General of the
9    United States,

10                        Defendant.

11   ------------------------------------------X
                    **-- DAILY COPY --**

12
                         February 21, 2006
13                       9:40 A.M.

14                       885 Third Avenue
                         New York, New York
15

16

17        DEPOSITION of NERVE MEDIA, one of the

18   Plaintiffs herein, by RUFUS GRISCOM, taken by

19   the Defendant, pursuant to Notice.

20

21

22

23             ARISTA COURT REPORTING CO.
                 192 Lexington Avenue
24                    Suite 802
               New York, New York 10016
25                 (212) 684-6100

```
 1                         RUFUS GRISCOM

 2           answer.

 3                A.    Yeah, that does it because there

 4      are more and more self-regulating pop-up

 5      blockers that people have on their own

 6      browsers.  Pop-ups are becoming less effective

 7      every time as an advertising vehicle.

 8                Q.    Do some of your advertisers pay for

 9      links on your web page?

10                A.    Yes, we have a text link section.

11                Q.    Do you have any policy regarding

12      what types of web sites you will allow to link

13      to Nerve.com?

14                A.    We do, yes.  We, you know, we have

15      guidelines about advertisers in general on the

16      site, and we for instance do not accept

17      advertising from marital aid companies that

18      sell, you know, you know, you know, vibrators

19      and dildos and that kind of thing.  So, we

20      don't accept that kind of advertising even

21      though I might point out a lot of relatively

22      conservative publications does have ads, ads

23      for marital aids.  We don't.  We also don't

24      accept, you know, what, you know, more explicit

25      adult advertising on the site.
```

```
1                    RUFUS GRISCOM
2          Q.    Do you not accept it in any form?
3          A.    That our policy is not to accept
4     it, yeah.
5          Q.    Do you have any links now to any
6     porn sites on Nerve.com?
7          A.    There may be some.  Well, first of
8     all, you know, I think that the definition of
9     what a porn site is, is rather hazy.  It's not
10    exactly clear to me what is and what isn't a
11    porn site, but we have a policy of not linking
12    to or accepting advertisements from sites that
13    we believe reflect badly on our brand because
14    we do have, you know, a number of very large
15    mainstream advertisers and we don't want to
16    scare them away, and also we don't want readers
17    to sort of have the wrong impression of what
18    our, of the context of our content.
19              But we certainly, you know, we
20    certainly have linked to explicit web sites
21    before particularly for covering something
22    editorially, and so the answer is that, you
23    know, it's not a totally clear black and white
24    distinction for us, but we are careful of what
25    we accept.
```

1                    RUFUS GRISCOM

2      of is, you know, it's somewhat different in the

3      sense that titillation tends not to be the

4      primary objective of any of our content whether

5      it's photography or writing.

6              That said a lot of it is very

7      explicit and may be titillating.  There's

8      little doubt in my mind that within, you know,

9      our readers definitely see our content as

10     being, you know, very smart, you know, serious,

11     award-winning content.  However, the average

12     American would probably see our content as

13     being very different.  So, we're tuned into the

14     interest of our readers and our advertisers are

15     in sort of somewhat the same community.

16         Q.    Is it fair to say, then, that

17     Nerve.com is not designed to appeal to the

18     prurient interest of the readers?

19             MR. WIZNER:  Objection.  Calls for

20             a legal conclusion.  Objection, vague.

21             You can answer.

22         A.    I think it does appeal to prurient

23     interests.  I think that, you know, perhaps a

24     better way of saying it is we're interested in

25     both titillating, which I sometimes refer to as

1                        RUFUS GRISCOM

2            Q.    Have you purchased ads anywhere?

3            A.    Not traditional advertising.

4    We've, you know, we've done a few very small

5    promotions on other web sites totalling less

6    than ten thousand dollars of expense.

7            Q.    What web sites?

8            A.    Fark is a sort of what's cool kind

9    of web site.  So, we've made some very small

10   participatory --

11           Q.    Any other web sites?

12           A.    Not to my knowledge, no.

13           Q.    Have you ever placed an ad with any

14   pornographic web sites?

15           A.    No, certainly not.

16           Q.    Have you ever placed a link to

17   Nerve.com on any pornographic web sites?

18                 MR. WIZNER:  I'm going to object as

19           vague, but you can answer.

20           A.    No.  I mean they -- when you say

21   place a link, there are many, many sites that

22   link to us, but we don't, you know.  I don't

23   know what you mean when you say place a link.

24           Q.    Have you taken any steps to

25   associate yourself with any pornographic web

```
1                    RUFUS GRISCOM
2    sites?
3              MR. WIZNER:   I'm going to have a
4              running objection as vague, but go ahead
5              and answer.
6         A.   No.
7         Q.   Does Nerve have any business
8    partnerships with other companies?
9         A.   Sure.  Yeah, we do.
10        Q.   Could you explain further?
11        A.   Well, I mean one example would be
12   that we have, you know, there's a mobile phone
13   content distribution company called Mobile
14   Play, so Nerve content is syndicated on Mobile
15   Play along with other content providers'
16   content.
17              We've syndicated some of our
18   columns, some of our content on our web site
19   including Lava Light and Chicago Sun Times.
20        Q.   What about your personal ad
21   section, do you partner with other companies
22   for that service?
23        A.   Yes.  We actually, we -- I
24   co-founded and was chairman of a little
25   technology company called Spring Street Network
```

```
1                    RUFUS GRISCOM
2          Q.    I'll move on.
3                Let's turn now to Page 108 in
4    Exhibit A where it lists awards that Nerve.com
5    has won.  Would you mind just reading this list
6    of awards here?
7          A.    You're going to make me blush.
8    2004 for Best of the Web Selection.  2004 for
9    American Photography I think it's 2.0 Award.
10   2001 Glad Outstanding Digital Journalism Award.
11   2001 Webbie Judges Award Print and Design.
12   2000 Marble Magazine Award Nominee Online
13   Design.  1999 Entertainment Weekly's 30 Most
14   Beautiful Sites Selections.
15         Q.    Have you ever received any other
16   awards?
17         A.    Yeah, actually the one that we're
18   most excited about is the last year 2005 we
19   were one of five finalists for the National
20   Magazine Award For General Excellence Online.
21         Q.    Who else was nominated?
22         A.    The other nominees were an Atlantic
23   Monthly, Consumer Reports, Business Week and
24   Style.com.
25         Q.    You must be pleased to be grouped
```

```
 1                    RUFUS GRISCOM
 2          A.    That's right.
 3          Q.    You've never been threatened with
 4    any investigation or prosecution for any
 5    reason?
 6          A.    That's correct.
 7          Q.    You've also said that you think the
 8    content on your web site has serious value for
 9    minors; is that correct?
10               MR. WIZNER:   Objection.
11               Mischaracterizes the testimony, but you
12               can answer.
13          A.    No, I don't think that's correct.
14    I think what I've said is I think it has the
15    value for some minors, which is to say older
16    minors who appreciate, you know, our content,
17    but I think that there are younger minors for
18    whom, you know, it does not have artistic value
19    and older minors that adults who, you know,
20    don't get it.
21          Q.    I'd like to look through some of
22    the pages that you cited in either the Amended
23    Complaint or in your Response to Interrogatory
24    13 pages for which you said you fear
25    prosecution under COPA.   The first one I'd like
```