# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. ) 98-CV-5591 |
| ALBERTO R. GONZALES, in his official capacity as Attorney General of the United States, | ) ) ) ) ) |
| Defendant. | ) |

## HEATHER CORINNE REARICK'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Heather Corinna Rearick ("Plaintiff") responds and objects to Defendant Alberto R. Gonzales's First Set of Interrogatories ("Interrogatories") as follows:

## GENERAL OBJECTIONS

1. Plaintiff objects to the Interrogatories to the extent the instructions and demands therein purport to impose obligations in addition to, beyond, or different from those set forth in the Federal Rules of Civil Procedure and the Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania.

2. Plaintiff objects to the Interrogatories to the extent they call for the identification or disclosure of information that is neither relevant to the claims and defenses of any party in this action nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff submits these responses and objections without conceding the relevance or materiality of the subject matter of any interrogatory.

INTERROGATORY NO. 12

Identify the number or proportion of ACLU members who have provided a credit card number to a website in order to purchase membership, online content, and/or other items for sale, to make a donation, or to make a reservation (such as a rental car or hotel reservation).

RESPONSE TO INTERROGATORY NO. 12

Plaintiff objects to this Interrogatory because it calls for identification of information not within the possession, custody or control of the Plaintiff. Subject to the foregoing and to the General Objections, Plaintiff states that it has no information responsive to this request.

INTERROGATORY NO. 13

For each website plaintiff, identify a representative sample of webpages on your website which contains material about which you fear prosecution under COPA, as referenced in Paragraph 2 in the section titled "The Impact of COPA on Plaintiffs" on page 24 of the Amended Complaint that "[P]laintiffs fear prosecution under COPA for communicating, sending, displaying, or distributing material that might be deemed 'harmful to minors' by some community in the United States."

RESPONSE TO INTERROGATORY NO. 13

Plaintiff objects that this Interrogatory is premature, unreasonably cumulative and duplicative of Document Requests No. 1 and No. 13, and calls for identification of information that is in the public domain. Plaintiff also objects that the phrases used to define "representative sample," including "distribution of characteristics," "degree of explicitness of sexual content," and "population or universe" are vague and ambiguous. Subject to the foregoing and to the General Objections, Plaintiff refers to the web content identified in the Amended Complaint and responds as follows:

1) www.femmerotic.com contains numerous nude photographs of Plaintiff and others in the "Gallery" section of the website. www.femmerotic.com contains candid and explicit discussions of sexuality in the "Journal" section of the website. www.femmerotic.com contains frank discussions of sexuality in the "FAQ" section of the website;

2) www.scarleteen.com contains links to essays explicitly and candidly dealing with issues pertaining to, among other topics, sex, masturbation, pornography, homosexuality, and human sexual anatomy on the website's front page;

3) www.scarleteen.com contains essays explicitly and candidly covering issues pertaining to, among other topics, sex, masturbation, homosexuality, and human sexual anatomy, in the front pages, and "Articles" and "Advice" subsections of the following sections of the website:

    a) "Body" http://www.scarleteen.com/body/index.html (last viewed October 23, 2005);

    b) "SexYOUality" http://www.scarleteen.com/sexuality/index.html (last viewed October 23, 2005);

    c) "Reproduction" http://www.scarleteen.com/reproduction/index.html (last viewed October 23, 2005);

    d) "Infection Section" http://www.scarleteen.com/infection/index.html (last viewed October 23, 2005);

    e) "Pink Slip" http://www.scarleteen.com/pink/index.html (last viewed October 23, 2005);

    f) "Boyfriend" http://www.scarleteen.com/boyfriend/index.html (last viewed October 23, 2005);

      g) "Take Two" http://www.scarleteen.com/relationships/index.html (last viewed October 23, 2005);

      h) "Gaydar" http://www.scarleteen.com/gaydar/advice.html (last viewed October 23, 2005);

      i) "Sexual Politics" http://www.scarleteen.com/politics/index.html. (last viewed October 23, 2005);

4) www.scarleteen.com contains candid and explicit discussions of issues pertaining to, among other topics, sex, masturbation, pornography, homosexuality and human sexual anatomy in the "Talk" section of the website, http://www.scarleteen.com/cgi-bin/forum/Ultimate.cgi (last viewed October 23, 2005);

5) The front page of www.scarletletters.com contains previews of and links to content on other pages within the site that contain candid and explicit discussions, images, poetry and prose of a sexual nature. http://scarletletters.com/current/index.html (last viewed October 23, 2005);

6) The visual art and photography sections of www.scarletletters.com contain photos and links to photos depicting, among other things, nude men and women and various sexual acts http://scarletletters.com/current/art.html (last viewed October 23, 2005);

7) The prose and poetry section of the website, http://scarletletters.com/current/prose.html, (last viewed October 23, 2005), contains stories and links to stories that contain explicit and candid sexual content regarding, among other things, sex, masturbation, sexual identity, and various forms of sexual acts;

8) The nonfiction section of http://www.scarletletters.com, http://scarletletters.com/current/nonfiction.html (last viewed October 23, 2005) contains essays

and commentary and containing candid and explicit accounts of, among other things, sex, masturbation, sexual identity, sexual acts and human sexual anatomy;

      9) The discussion of www.scarletletters.com; http://scarletletters.com/current/forums.shtml (last viewed October 23, 2005) and the links accessible therein contain or may contain in the future message boards with candid and explicit discussions of, among other things, sex, masturbation, sexual identity, sexual acts and human sexual anatomy and other topics posted directly by internet web users.

INTERROGATORY NO. 14

      For each website plaintiff, identify a representative sample of webpages on your website which you believe contains material that has serious literary, artistic, political, scientific and/or social value for adults.

RESPONSE TO INTERROGATORY NO. 14

      Plaintiff objects to the extent this Interrogatory calls for the identification of information that is neither relevant to the claims and defenses of any party in this action nor reasonably calculated to lead to the discovery of admissible evidence. COPA does not take into account the subjective beliefs of speakers with regard to the content they provide on the Internet. Additionally, under COPA, it is irrelevant whether material has "social value for adults." Plaintiff further objects that the phrases used to define "representative sample," including "distribution of characteristics," "degree of explicitness of sexual content," and "population or universe" are vague and ambiguous. Plaintiff also objects that this Interrogatory is premature and calls for identification of information that is in the public domain. To the extent this Interrogatory purports to inquire whether Plaintiff believes that any of the webpages on its



*your anatomy, positive self-image, health and every body's business*

home  SkinDeep  articles  advice  talk  search  resources

skin deep
sexYOUality
reproduction
infection section
pink slip
boyfriend!
take two
Gaydar
sexual politics
crisis hotline
scarleteen shop

about us
donate

scarleteen.com



a guide to your vaginal secretions

### Sexual Health 101: His & Hers
Basic regimens for the care each of you need to keep yourself well. Self-exams, nutritional helpers, safer sex and more.

### More at Skin Deep
On the Rag
It doesn't have to be a drag: find out how your menstrual cycles works and how to work it.

Recent Advice
How can I be sure that when I have sexual intercourse, my boyfriend won't penetrate my urinary opening?

What do you love about your body? Our members sound off about their best-loved parts to chase the negative body image blues away.

**Want more articles, advice of links?**
Click on the indexes up top and find even more of what you're looking for.



**male sexual anatomy**



**female sexual anatomy**

### At Reproduction: Where DID I Come From?
Haven't found out anything new about how conception happens since grade school? Dig your way out of the cabbage patch for a refresher course.



*the information and education you need to help find the you in sexuality*

home · sexYOUality · articles · advice · talk · search · resources

skin deep · sexYOUality · reproduction · infection section · pink slip · boyfriend! · take two · gaydar · sexual politics · crisis hotline · scarleteen shop

about us · donate

scarleteen.com



how to bring safer sex into the bedroom without the buzzkill

### Safe, Sound...and Sexy
**A Safer Sex Primer That Gets Real**
Want to know what to use, when to use it, and how to get safer sex into your bedroom without getting surly? Founder Heather Corinna dishes it out and serves it up.



a memoir of first-time-sex 17 years in the making

### Is THAT All There Is?
Editor Heather Corinna recalls her experience with first-time intercourse without the melodrama and doles out a few pieces of practical advice.

### Ready or Not?
Think you're ready for sexual intercourse? Do y

Case 2:98-cv-05591-LR   Document 292-21   Filed 09/07/06   Page 9 of 19

favor and look through our checklist and be sure -- it's more complicated and demanding than most people think.

Case 2:98-cv-05591-LR   Document 292-21   Filed 09/07/06   Page 10 of 19

*your reproductive choices, your sexual realities and how it all works*

**home  Reproduction  articles  advice  talk  search  resources**



skin deep
sexYOUality
reproduction
infection section
pink slip
boyfriend!
take two
gaydar
sexual politics
crisis hotline
scarleteen shop

about us
donate

scarleteen.com



Where DID I Come From?
*a refresher course in human reproduction*



What's The Risk?
*easy pregnancy risk assessment*

### Where DID I Come From?
*An advanced lesson in reproduction*
Beyond the cabbage patch, there's a place where human reproduction is actually explained...here! If you haven't ever read up on the real nitty-gritty (or it's been a while), now's your chance.

### What's The Risk?
*Five Easy Risk Assessment Flow Charts*
Use our handy flow charts to determine the pregnancy risk inherent in any number of different sexual activities, for when you're panicking, or better yet, for figuring out what you're really ready to handle.

### More Reproduction

**What's The Risk?**
Use our handy flow charts to determine the pregnancy risk inherent in any number of different sexual activities.

**Recent Advice**
My girlfriend's periods are irregular. What are her chances of pregnancy?

Are you a teen or young mother? Then check out our message board forum for young parents, where you can get some support and a place to chat it up.

**Want more articles, advice of links?**
Click on the indexes up top and find even more of what you're looking for.

### The Infection Section
Remember that being sexually active means being responsible for more than just pregnancy and birth control -- preventing the spread of disease and infection is part of your responsibility too: for yourself and the world you live in.

### sexually transmitted disease and infection and safer sex information

# INFECTION SECTION

home | articles | advice | talk | search | resources

skin deep
sexYOUality
reproduction
infection section
pink slip
boyfriend!
take two
gaydar
sexual politics
crisis hotline
scarleteen shop

about us
donate

scarleteen.com



common sexually transmitted diseases and infections

### The STI Files
Sexually transmitted diseases and infections
Our new series takes a close look at the most common sexually transmitted diseases and infections.
**Recently added:** Gonorrhea, Hepatitis B, Mononucleosis, Pubic Lice, Scabies, Syphilis and Trichomoniasis.

### More Infection Section
The quickie that could save your life.
Check out our simple quickie STD/STI risk assesment so that you know what you're really getting into.

Recent Advice
How do I know if I have a yeast infection or not?

I'm worried about my friend who just won't play it safe. One user wonders what she can do for her friend when all the information in the world doesn't help.

**Want more articles, advice of links?**
Click on the indexes up top and find even more of what you're looking for.



Why Safer Sex Just Isn't Always Enough

### HPV & Herpes
Safer sex always offers us far more protection than going without, but with some infections, it may only get us so far. Read up so your choices can be informed ones.

### At Sexuality: Safe, Sound...and Sexy
Want to know what to use, when to use it, and how to get safer sex into your bedroom without getting surly?

*the real deal on all your girly goods and your female sexual issues*

**Pink Slip**

home | articles | advice | talk | search | resources

skin deep
sexYOUality
reproduction
infection section
pink slip
boyfriend
take two
gaydar
sexual politics
crisis hotline
scarleteen shop

about us
donate

scarleteen.com



### Seven Ways to Love Your Body
Ophira Edut, of *Adios Barbie* and *HUES*, shares some smart, from-the-heart tips on learning to get over yourself and love your body for what it really is.

### On The Rag
Everything you need to know about your fertility cycles and menstruation...period. From why you have it to how it works, to what to catch your flow with, we've got it all.

### More Pink Slip

**Is Masturbation Okay?**
It sure is -- yes, even if you're a girl. Read up and find out why.

**Recent Advice**
What is douching, or douchebags, and should women douche?

**Want more articles, advice of links?**
Click on the indexes up top and find even more of what you're looking for.

### At Take Two: Sexual Negotiation for the Long Haul
Practical advice on how to keep your sex life fair as well as fantastic in a long-term relationbship.

**sex sense and information that's made just for you, boyfriend!**

home  BOYFRIEND!  articles  advice  talk  search  resources

skin deep  
sexYOUality  
reproduction  
infection section  
pink slip  
boyfriend!  
take two  
gaydar  
sexual politics  
crisis hotline  
scarleteen shop  

about us  
donate  

scarleteen.com



### Why You Don't Have to Get So Down About Not Getting It Up
If you think that even a little difficulty in this department means that you should start stocking up on Viagra, take a reality check and find out the real deal with erectile dysfunction.



### Do You Know Dick?
...well, do ya? Sexuality author Hanne Blank provides a short, handy quiz for you to find out what you really know -- and don't -- about your penis.

### More at Boyfriend

**FBI Files: Blue Balls**  
What is it really, and how serious can it really be? Is it true that women can get it, too?

**Recent Advice**  
What exactly is circumcision, and how is it done?

**The Mens Room**  
Have a look at our section of the boards that's just for you guys.

**Want more articles, advice of links?**  
Click on the indexes up top and find even more of what you're looking for.

---

### At Reproduction: Where DID I Come from?
Haven't found out anything new about how conception happens since grade school? Dig your way out of the cabbage patch for a refresher course.

Case 2:98-cv-05591-LR   Document 292-21   Filed 09/07/06   Page 14 of 19

### dating, relating and integrating with friends, family and partners

home **Take Two** articles advice talk search resources



skin deep
sexYOUality
reproduction
infection section
pink slip
boyfriend
take two
gaydar
sexual politics
crisis hotline
scarleteen shop

about us
donate

scarleteen.com



### Safer Sex...for your heart.
Protecting yourself above as well as below the waist

We hear a lot of talk about safer sex when it comes to protecting our bodies. But what about how to protect our emotions, too?

### Potholes & Dead Ends
When you're driving, you've got to keep your eyes on the road. Same goes for relationships: learn to be on the lookout for some common problems in early relationships and practice some interpersonal accident prevention.



POTHOLES & DEAD ENDS
relationship
ROAD BLOCKS
to look out for

### More Relationships

**Working The Kinks Out**
Check out our answer to one frazzled girlfriends query about her BDSM-curious boyfriend (at SexYOUality).

**Recent Advice**
I lied to my boyfriend about being a virgin -- so now what do I do?

**The Relationships Forum**
Need to dish, vent or wax poetic about boyfriends, girlfriends, friends or family?

**Want more articles, advice of links?**
Click on the indexes up top and find even more of what you're looking for.

### At Gaydar: Homosexuality and Bisexuality Basics
Staright people aren't the only ones in relationships, you know. Read up on the basics of homosexuality and bisexualty and watch as we magically dispel some very silly myths.



the scarleteen satellite for gay, lesbian, bisexual and transgendered issues

home  GAYDAR  articles  advice  talk  search  resources

**Don't Let The Door Hit You On The Way out**
Or, How to Come Out of the Closet Without Tripping on the laundry

**Don't Let the Door Hit You on the Way Out**
(Or, How to Come Out of the Closet Without Tripping Over the Laundry)
Need a few tips on how to come out with grace and a minimal number of whoopsies?

**More Gaydar**

Recent Advice
How do I approach my new female crush without scaring her to death?

Is 14 "too young" to understand your sexual orientation? Find out why age really has nothing to do with it.



THE MAKING OF A HOMO (by James Elliott)

**The Making of a Homo**
James Elliott shares some of his pivotal teenage experiences with homosexuality and living life out of the closet at 15.

**At the Boards:**
How to come out to your parents with minimal bloodshed.

**Want more articles, advice of links?**
Click on the indexes up top and find even more of what you're looking for.

**At Skin Deep: The Male and Female Sexual Anatomy**
If you're thinking about being sexually active with anyone, a good place to start is to get to know how both of your bodies work.

*because the bedroom isn't the only place you should be sexually active*

# home SEXUAL POLITICS articles advice talk search resources



skin deep
sexYOUality
reproduction
infection section
pink slip
boyfriend!
take two
gaydar
sexual politics
crisis hotline
scarleteen shop

about us
donate

scarleteen.com



## NO BIG DEAL (SEX & DISABILITY)

### Taking the "dis" out of disabled
There is really only one thing that you need to know about sex and disability: **Disabled people have sex, too.**

### To Jane and Sarah: for Their 30th Birthday
A reprinted letter from the editor commemorating the anniversary of Roe Vs. Wade, and addressing the right to choice from an intimate viewpoint.



*Magical Cups Bloody Brides*
virginity in context

### Magical Cups and Bloody Brides
Are you really a "virgin"? Are you sure you know what that means? Slide though history with us and find out what virginity means and what it might mean to you.

## More Sexual Politics

**Boys Will Be Boys... or Not?**
Do you think there are only two genders? Think again.

Recent Advice
**I'm 14, and I want to have a baby, no matter what anyone else says.**

**Get all riled up...**
...and sound off in the Sexual Ethics and politics forum at the Scarleteen message boards.

**Want more articles, advice of links?**
Click on the indexes up top and find even more of what you're looking for.

---

### Why Scarleteen?
In the wake of new studies stating the things we've been trying for years to get people to notice, we revisit why we do the things we do and restate our commitment to doing them.



**The Scarleteen Boards**
login | register | search | faq | forum home

» Today's Active Topics «

» You are not logged in. Login or register

Registered Members: 29895
Welcome to our newest member: sarahh47

| Forum | Topics | Posts | Last Post |
|---|---|---|---|
| **Expert Advice** | | | |
| **Ask Scarleteen** <br> Need expert advice or information? **STAFF AND VOLUNTEER REPLIES ONLY.** | 13501 | 30604 | another question (sarahh47) <br> **07-22-2006** 10:01 AM |
| **Emergencies and Crises** <br> Immediate emergencies and crises. **STAFF AND VOLUNTEER REPLIES ONLY.** | 2617 | 8887 | Re: i masturbate alot (wobblyheadedjane) <br> **07-22-2006** 07:52 AM |
| **Scarleteen Central** | | | |
| **Sex Basics and Sexual Health** <br> Sexuality and sexual health 101. | 7515 | 33755 | Re: Condom Brands (Mitsuki) <br> **07-22-2006** 08:31 AM |
| **Body and Soul** <br> Body and self issues, concerns, and questions. | 3014 | 18211 | Re: aching hands (smileyjoseph) <br> **07-22-2006** 07:50 AM |
| **General Health & Nutrition** <br> General body care and feeding. | 1126 | 6561 | Re: All vegan and vegetarian... (smileyjoseph) <br> **07-22-2006** 07:39 AM |
| **Relationships** <br> Friends, family, partners and crushes. | 5297 | 27440 | Re: Friends -> Love (smileyjoseph) <br> **07-22-2006** 07:47 AM |
| **Support Groups** <br> Need others who've been where you're at to help out? | 875 | 6528 | Re: my boyfriend has gay... (smileyjoseph) <br> **07-22-2006** 08:08 AM |
| **Sexual Ethics and Politics** <br> Politics and ethics in sexuality and your lives. | 710 | 9118 | Re: What's Your Pleasure...... (smileyjoseph) <br> **07-22-2006** 08:22 AM |

Case 2:98-cv-05591-LR   Document 292-21   Filed 09/07/06   Page 18 of 19

| | | | | |
|---|---|---|---|---|
| 💡 | **Gender Issues** Issues of gender identity, defintions and roles. | **177** | **2221** | Re: Chivalry: Opening doors... (smileyjoseph) **07-21-2006** 03:04 PM |
| 💡 | **Pregnancy and Parenting** Real support for pregnancies and young parents. | **1108** | **6137** | Re: Baby Names (daria319) **07-22-2006** 04:27 AM |
| 💡 | **Scarleteen Polls & Surveys** Represent yourself! | **13** | **68** | sexual honesty (Miz Scarlet) **05-22-2006** 07:57 AM |

### Gaydar

| | | | | |
|---|---|---|---|---|
| 💡 | **Orientation and Identity** Step in and sort out your feelings about sexual identity. | **683** | **4135** | Re: Am I bisexual? (ookuotoe) **07-21-2006** 09:40 PM |
| 💡 | **GLBT Relationships** Queer partners, friends, community or family. | **529** | **2904** | Re: member of the club (catalinacisne) **07-18-2006** 11:51 PM |

### Shop Talk

| | | | | |
|---|---|---|---|---|
| 💡 | **Sexual Literacy: Books and Magazines** Books, magazines and other media. | **112** | **627** | Re: desperately needing help (LilBlueSmurf) **05-17-2006** 07:11 AM |
| 💡 | **Safer Sex & Birth Control** Condoms, lubes and safer sex tools. | **1006** | **4021** | Re: Birth Control in Texas. (dailicious) **07-22-2006** 12:56 AM |
| 💡 | **Sexual Health and Medicine** Sexual health products and comments. | **115** | **820** | Re: hickies (dolphins18) **06-29-2006** 06:21 PM |

### Town Hall

| | | | | |
|---|---|---|---|---|
| 💡 | **Article Questions & Chat** Ask questions or discuss Scarleteen articles here. | **78** | **942** | Re: Pink Slip: Is Masturbation... (smileyjoseph) **07-08-2006** 02:08 PM |
| 💡 | **It's All About You!** ...and the world that revolves around you. | **928** | **12320** | Weak nerves? No to look. (olegww) **07-22-2006** 05:20 AM |
| 💡 | **Village People** Personal threads for our gregarious netizens. | **288** | **4218** | Re: ThisGuy (Beppie) **07-22-2006** 03:58 AM |
| 💡 | **Parents, Adults and Teens** Issues and concerns which affect all of us. | **181** | **1540** | Re: Trying to make a life... (Miz Scarlet) **07-21-2006** 12:42 PM |

| | | | | |
|---|---|---|---|---|
| **Site Help and Service** Need a hand finding what you need? | 172 | 663 | | Re: moderator notice (DarkChild717) 07-11-2006 10:26 AM |
| **Staff Stuff** The place to leave notes, comments or questions for Heather Corinna or other Scarleteen staff. | 167 | 660 | | Questions for Miz Scarlet (Monotonous) 07-21-2006 07:24 PM |
| **Advocate Area** Staff discussion and management. Password restricted. | 880 | 9099 | | 07-22-2006 09:31 AM |

### Read-Only Archive

| | | | | |
|---|---|---|---|---|
| **Ask a Sexpert** The read-only archive of Ask a Sexpert. | 3222 | 6436 | | Re: infection (bettie) 08-28-2002 11:51 AM |

### Our Archives

| | | | | |
|---|---|---|---|---|
| **Ask a Sexpert Archive** Sexpert advice of yesteryear. | 400 | 1206 | | Archive: Read-Only Forum |
| **Frequently Asked Questions** Links to our most frequently asked questions in each forum. | 73 | 447 | | Archive: Read-Only Forum |

**The Scarleteen Boards Recent Visitors: 170**

Faith54, smileyjoseph, harvestgirl, Whiskeyginger, scaredsilly10, ScarcelyHeard, sarahh47, Mitsuki, Mr. Matthew, Rob91, cheer, faifai, karybu, wobblyheadedjane, summergoddess, JamsessionVT, Miz Scarlet, elektrikluv, WolfTiger, Francine, and 150 guest(s)

### Icon Legend

| | |
|---|---|
| New Posts Since Your Last Visit | No New Posts Since Your Last Visit |

Contact Us | Scarleteen: Sex Ed for the Real World

Copyright 1997, 2006 Heather Corinna/Scarleteen.com

Powered by UBB.classic™ 6.7.3

