# EXHIBIT 7, CONT.



Case 2:98-cv-05591-LR Document 292-22 Filed 09/07/06 Page 2 of 19

sexually transmitted disease and infection and safer sex information
home
INFECTION SECTION
articles
advice
talk
search
resources

skin deep
sexYOUality
reproduction
infection section
pink slip
boyfriend!
take two
gaydar
sexual politics
crisis hotline
scarleteen shop
about us
donate
scarleteen.com

Condom Basics
a users manual

Using a condom is generally easier than it looks, but the first couple times, it can be tricky, especially if you're nervous about knowing how to use one. Do yourself a favor -- try it at home by yourself first (or have your boyfriend try it at home by himself first), without the pressure of being watched, or feeling like one is being graded on condom skills. You or he can actually practice on a banana with the same condom until you get it right. Either or both of you can put the condom on when the time is right, so it's good for both men and heterosexual or bisexual women to know how.

Learning how to do this just like you tie your shoes: tying them all the time may be a pain, but if you don't do it, you'll trip on them and fall on your face. The consequences here are far worse. Several STDs are incurable, and once you have them can plague you with health issues your whole life. Several of them will shorten that life, and all of this also goes for your partners (and their partners, and their partners...). Like most things fabulous and wonderful and fun, sex comes with some heavy-duty responsibilities. If you aren't ready for them... you aren't ready for sex. If you are ready, here's how to do it right.

**The basics:**

1) Use a good quality condom that is new, well before the expiry date, and that hasn't been kept anywhere where it can get too warm or cold (it isn't a good idea to keep them in your wallet or pocket for that reason).
2) Open the condom wrapper carefully, and roll it out a little so that the edge is rolled on the outside of the condom. Put a few drops of water-based lube (like Astroglide or Liquid Silk) inside the tip of the condom. Only put a condom on AFTER there is a partial or full erection (after the penis has "gotten hard").
3) Squeeze the tip of the condom with your fingertips to leave some extra space in the tip, and roll the rest down the length of the penis, still pinching the top.
4) Put some more water-based lube of the outside of the condom, and you're good to go. While you are using the condom, you or your partner do not need to hold its base: condoms are designed for hands-free use.
5) After ejaculation (or not, but you're finished having sex), hold the base of the condom (the rolled-up part) with your hand and hold it with your other hand by the tip. Pulling it off by the tip alone not only makes a big mess, you could drip all over yourself what you just worked so hard to keep out. Tie a knot near the base of the condom.
6) Throw the condom away in the rubbish bin - NEVER reuse condoms. And please don't just toss them outside a car or in a park: not only is that just plain gross, it's unhealthy for the rest of us. **Never use two at a time to try and be "extra safe." Both of them will most**

Case 2:98-cv-05591-LR Document 292-22 Filed 09/07/06 Page 3 of 19

**likely break, and it just doesn't work.** One condom, used properly, is as safe as it gets. If that isn't safe enough for you, don't have sex yet. Really.

**Some extra tips:**

- If you are uncircumcised, push your foreskin back while you're putting the condom on. When the condom is unrolled about 1/3 the way down the shaft, with one hand pull the foreskin with the unrolled part of the condom upward while with the other hand you unroll the condom to the base of the penis. It sounds a lot harder than it actually is -- just practice a few times first and you'll get the hang of it.
- Lubrication is really important. Condoms have a high rate of success, but that rate drops when they aren't used properly, and one of the easiest ways to break a condom is by letting it get dry. Buy some lubricant when you buy condoms. Not only will it help them work better, well-lubricated sex is more enjoyable sex for both you and your partner. **Do NOT use butter, oil, Vaseline or ANY lubricant other than lubricants intended for use with condoms.** If you could buy it in an aisle in the store where food also is, it probably isn't the right kind of lube.
- Condoms don't have to be a pain. Don't try and rationalize your way out of using one, or put up with a partner who does: you'll both need to get used to using them for a good part of your life, and even if one partner lets you get away with it, you can be sure another one won't. Condoms keep you both safe, and when you don't have to worry about getting diseases or getting pregnant, sex is a lot more fun. Once you get used to using condoms, it's a total no-brainer.
- You need to wear a condom during oral sex just as much as during vaginal or anal sex. Most STDs and transmitted through bodily fluids and mucus membranes... both of which exist in and on your genitals and your mouth.
- When it comes to condoms, don't scrimp. If you can't afford them, check out your local Planned Parenthood clinic. They often give them out for free. As far as comfort level and enjoyment, as well as durability, at Scarleteen we are partial to Durex brand condoms and Kimono brand condoms.
- Be SURE the lube you use is silicone or water-based. Other lubricants can destroy condoms.

Copyright © 1997, 2001, Scarleteen. All rights reserved. This article may not be reprinted in whole or in part without permission.





SexYOUality @ Scarleteen.com - Sexual Response and Orgasm: A http://www.scarleteen.com/sexuality/response.html
Case 2:98-cv-05591-LR Document 292-22 Filed 09/07/06 Page 4 of 19

the information and education you need to help find the you in sexuality
home
sexYOUality
articles
advice
talk
search
resources

skin deep
sexYOUality
reproduction
infection section
pink slip
boyfriend!
take two
gaydar
sexual politics
crisis hotline
scarleteen shop
about us
donate
scarleteen.com

Orgasm and Sexual Response
a users guide

by Heather Corinna

Many people think of sex as a step-by-step progression towards orgasm that can be accomplished by following a set of directions that work in the same way for every person: one set for men and one set for women. Many people feel there are particular things that everyone will automatically enjoy, things that will satisfy every person every time. Sorry Charlie, but while we're all human, or male and female, that doesn't mean we all function the same way sexually; not even close.

It's not too hard to understand why people ask things like, "What makes a girl orgasm?" or "What do guys like?". The "10 Things That Drive Guys Nuts" kinds of articles are the sort of things that let people make millions selling magazines and books with the titillating promise that they can make sex "easy" or have all the "secrets." However, those tips are often useless as a whole, and only serve to cause more frustration, dissatisfaction and confusion... they don't really solve your problems or answer your questions well, and you're also out the money you spent, ya big sucker.

The truth is that it's much more complicated than people want it to be, and we think that's really pretty wonderful.

Think about it this way: if eating were simply about getting the nutrients we needed into our bodies, we could all eat the exact same meal, three times a day every day. We wouldn't care that it all tasted the same, and we'd never crave any one particular food or another. We would all like to eat the exact same kinds of things, and we'd all be perfectly happy with that all the time. If our bodies all operated identically, we would all need exactly the same diet and nutrients, get hungry at the same times, and like and dislike the same foods.

Not the way it works, is it? In fact, if someone told you it was supposed to be that way, you'd think the idea was pretty ridiculous. Sex is pretty much the same way. We are all different.

There are certain physical, hormonal and psychological mechanics that come into play for the majority of people, and understanding those is what we all need to lay the foundation for understanding how sex works for ourselves and for our partners. Once we understand how our bodies work when it comes to sexual response, we've won half the battle of learning how to enjoy that and incorporate it as a healthy part of our lives, both alone and with others. No, none of us can "make" another person enjoy sexual activity or orgasm. We also can't insist that someone "give us an orgasm" or "give us good sex." Our sexual appetites, impulses, and responses aren't out of our

1 of 2 8/25/2006 9:07 AM

Case 2:98-cv-05591-LR Document 292-22 Filed 09/07/06 Page 5 of 19

understanding or control. Sex is something we have to learn on our own by understanding ourselves and our bodies. Only then can we communicate with a partner about what we like and what we need, and really get a grasp on the whole of our sexual life.

**Next Page:** The Science of Sexual Resonse

next page



Case 2:98-cv-05591-LR Document 292-22 Filed 09/07/06 Page 6 of 19

**The Science of Sexual Response**

Any sexual activity involves some or all of five different stages: *sexual desire, arousal, the plateau phase, orgasm and resolution*. None of these stages are superior to others, and all should be pleasurable. For each of them, the stage proceeding is vital to moving on to the next one. We can't skip around through them, they follow on a continuum, just like we have to learn to stand up before we can walk.

**Desire** is simply the wish or want to participate in any sexual activity. Desire for sexual activity is exactly like being hungry in order to eat: if you aren't hungry, eating doesn't feel as good. It's a matter of having an appetite. If you don't have a feeling of sexual desire, sex isn't going to feel good. We achieve desire any number of ways, but it is generally not physical, but instead verbal, visual or intellectual.

We must experience desire to feel sexually aroused. People sometimes describe sexual desire as being "hungry" or "horny." We may feel sexual desire towards a particular person, or we may feel it simply in and of itself, a kind of free-floating feeling of wanting to be sexual.

**Arousal** is a state of sexual excitement that sends messages to your brain that create physical changes and sensations in your body, readying us for sex. When we're aroused, our blood pressure rises, our heartbeat and breathing quicken, and our body becomes more sensitive and receptive to touch. We can be aroused by physical stimulus as well as by intellectual, emotional or hormonal stimulus. We can be aroused by all of these things, or only some of them, or even just one of them at any given time, with or without physical stimulation.. For instance, we might become aroused by being kissed or touched, but we may also become aroused simply by our own thoughts and imagination.

It's important to note that we don't all experience the same things as seeming sexual. We're also not all aroused by the same things. What seems sexy or arousing to any one of us differs from person to person based on our individual personalities, our life experience, our particular body sensitivities, and what we were raised to interpret as sexually or sensually exciting.

But when we are aroused, we all have some fairly similar bodily responses. One of the primary physical responses to arousal is called vasocongestion, which means the increased flow of of blood to the genital tissues (and/or breasts and nipples), and the condition of those tissues becoming swollen with blood. This is how a man's penis becomes erect. In women the clitoris and inner labia become puffy, stiffer, and somewhat enlarged, and at the same time, the vagina produces a slippery lubrication. As arousal continues in women, the uppermost third of the vaginal canal also expands a bit, which can result in an "empty" feeling inside the vagina.

If we continue to be sexually excited, our arousal may

Case 2:98-cv-05591-LR Document 292-22 Filed 09/07/06 Page 7 of 19

then progress to a **plateau phase**, where sexual stimulation continues and we are kind of hanging out, being aroused and excited in our bodies and minds. Many people experience this phase as a feeling of being "on the edge." Our bodies may feel incredibly sensitive, we may get flushed, or feel our heartbeat more strongly.

**Orgasm** is a peak of sexual excitement which begins during and follows the plateau phase. Male orgasm involves involuntary contractions of the prostate gland, vas deferens and seminal vesicles which usually (but not always!) cause the ejaculation of semen. Women experience a series of involuntary muscle contractions around the vagina that may or may not produce an ejaculate or vaginal secretion. In both men and women, throughout the whole body there is an increase in muscle tension and relaxation, especially around the pelvis.

It's tough to describe what an orgasm feels like. Not only does it differ from person to person, one person can experience any number of different sorts of orgasms that vary with every sexual experience. Orgasm can feel like a tickle or a hiccup, but can also feel like a very heavy head rush or wave of dizziness through the whole body. Overall, having an orgasm is a bit like being a balloon: your body fills up with pressure, then releases that pressure when it gets to its fullest point, much like a balloon does when it pops.

The last stage, called the **resolution** stage, is a relaxation of the muscles as well as a psychological relaxation and sense of wellness which occurs following orgasm. All the blood that has been pooling in the genitals and other sensitive body parts will drain out slowly, causing men to lose their erections and women's genitals to return to their normal state. The resolution stage can also happen without orgasm: if we simply stop being sexually aroused, our bodies will gradually return themselves to their normal, everyday, non-aroused state. It is perfectly okay for this to happen, and it cannot hurt you in any way.

**Next Page:** The Miracle of Masturbation

next page



the information and education you need to help find the you in sexuality

home sexyouality articles advice talk search resources

**The Miracle of Masturbation**

Now that you understand those stages, try and apply them to yourself. Can you recognize feeling all of those things? Think about what sorts of things make you feel desire, and what sorts of things arouse you, strictly in your mind, from verbal, visual or psychological cues. What sorts of touching do you like? What parts of your body feel sexually good when you or someone else touch them? Knowing when you feel desire and arousal is really important when it comes to your sexuality. It can help you to be aware of when you are interested in sex, help to make clear when you should be having sex with a partner and when you should NOT be having sex with a partner. It can also help make you feel more in control of your own body and sexuality.

We do ourselves a disservice when we think our sexuality starts the first time we engage in sexual activity with a partner. Our sexuality really starts from the day we are born, in many different ways. Our first sexual experiences not only usually are, but really SHOULD be the ones we have all by ourselves. The best way -- as well as the safest both physically and emotionally -- to start exploring and understanding your sexuality is with your own two hands. No one else can do it for you. While most people say abstinence is the only safe sex, around here we say that masturbation is the only safe sex, since abstinence is NOT having sex. Masturbation is sex you have with yourself, and it is sex.

Betty Dodson, Ph.D., the author of a best-selling book on masturbation called Sex for One, says that, *masturbation leads to sex, but now I know masturbation IS sex. The next time someone asks 'When was the first time you had sex?' the appropriate response would be your first memory of masturbation, not the first time you had [sex with a partner]."*

Not only is masturbation a safe and perfectly healthy thing to do, it is the very best way to figure out what you do and do not like when it comes to sex, and it's important if you want to work on enjoying sexual pleasure and on achieving orgasm. It also gives us a chance to figure out a lot of important things about how we feel about sex, sexual pleasure, and being sexual people.

Even people who already understand how the body works when it comes to sex can have problems with enjoying sex and achieving orgasm. More times than not, it isn't about what they're doing wrong physically, but about how they feel inside and how those feelings come into play during sex. If we feel that sex is dirty, wrong, sinful or unhealthy, it is going to be nearly impossible to enjoy ourselves and experience pleasure when we're wracked with guilt. Masturbating is a wonderful, no-risk way to figure out how you feel most comfortable and healthy being sexual and feeling sexual pleasure.

By virtue of the way our minds and bodies are, we are sexual beings. How we choose to BE sexual beings is completely up to us. Start by making yourself

Case 2:98-cv-05591-LR   Document 292-22   Filed 09/07/06   Page 9 of 19

comfortable. Find out what puts you in a space where you can relax both your mind and your body. It's important that you are in a physical place where you can BE comfortable. It's very difficult to feel relaxed and free to be sexual if we think someone may walk in on us. You need privacy. Seek it out. Allow yourself to have whatever sexual fantasies you like. Again, you don't have to worry about hurting anyone's feelings: it's all in your head, and no one is having sex right now but you. Sexual fantasy is a big part of arousal, and because it's just in our heads, and not in our actions, all sexual fantasy is okay, as long as you're okay with it. Observe what happens when you have feelings of sexual desire, and what happens as you get aroused.

Once you're there, in body and mind, as they say with the yellow pages, let your fingers do the walking. Because you're the only one involved, you can do whatever feels good and you feel comfortable with: don't pout any pressure on yourself where there need be none. People often ask what the "right" way is to masturbate, but the truth is that the only "right" things to do are the things that feel good to you. When it comes to genitals, most men enjoy stimulating their penis and testicles with their hands by rubbing or stroking them slowly and working up to a quicker pace. Most women enjoy rubbing or stroking the clitoris and other areas of the vulva with the hands and fingers, with running water from a water source like the shower or faucet, or with a vibrator. You can use saliva on your fingers as a lubricant when you masturbate, or you can use your own sexual fluids or a water-based personal lubricant (like KY Jelly, Astroglide, or similar products). Lubrication can help things feel better to you. Remember that not everyone wants genital stimulation every time or even at all. You can have plenty of sexual pleasure and even orgasm without necessarily stimulating the genitals. Again, do what feels good to you.

Masturbation may or may not bring us to orgasm, and we may not even want it to. It depends on what we want. Sometimes, it feels good just to get aroused and then stop, and there is nothing bad for you about any kind of sex without orgasm. If you want to experience sexual pleasure without orgasm, but feel an uncomfortable pressure in your body afterwards, that can be relieved by some simple exercise or rest, or even with a couple of aspirin or ibuprofen. That "pressure" feeling, which can sometimes feel achy or throbbing, is the same phenomenon that happens when you have a headache: there is lots of blood trying to get through tiny blood vessels, and it can be uncomfortable unless you can help dilate (open wider) those blood vessels so the blood can flow. Relaxation, physical exercise, or plain old over-the-counter headache remedies can help.

On the other hand, if you want to achieve orgasm, just keep doing what feels good. You'll find that certain ways of touching yourself will trigger more excitement than others. Follow those cues, and just keep doing what works for you. The more you masturbate, the more you'll get to understand what arouses you and what triggers orgasm for you.

Understand that we can't always orgasm when we want to. Our bodies are complex systems in which our genitals don't work independently. If we're sick or stressed out,

Case 2:98-cv-05591-LR   Document 292-22   Filed 09/07/06   Page 10 of 19

tired, preoccupied, or feel guilty shameful or upset, it's hard to feel sexual pleasure, let alone orgasm. Cut yourself a break when that happens. Go do something else you enjoy. Honor what your body is trying to tell you it needs. Just like it's not a good idea to eat when you aren't hungry, it's not a good idea to have any sort of sex when you're not interested or when your body isn't up to it. The beauty of sexuality is that it is with you your whole life: you can't miss out on anything. You have your whole life to enjoy it.

On this note, we want to add that masturbation is an excellent tool when it comes to finding control and balance with our sexuality. Sometimes, when they're feeling sexual or sexually aroused, people will say that they just HAVE to go "get laid" or "get some." When we feel like that -- towards no one in particular, but simply feel a high level of desire within ourselves -- it's usually better to masturbate than to have sex with a partner. Masturbation can help us in that way to be in charge of our own sexuality, without pressuring others to get involved. No one else needs for us to feel sexually satisfied when we feel like we "need" to have sex, we're the ones who need something, not someone else. Also, no one is responsible for our sexual pleasure but ourselves.

Masturbation also is a good tool to have on hand if you are abstaining from sexual intercourse for any reason. It is a good way to give yourself an outlet that can't hurt anyone, a way to help keep your impulses in check so you don't find yourself doing something you don't really want to do or aren't ready for.

Over all, masturbation is an excellent way to realize that sex is not just penis-in-vagina intercourse, and sex is not just what you do with a partner. Knowing that you can control your sexual pleasure with masturbation is something that can transform anyone's experience of sex into something that is always positive, pleasurable and never limited. Ultimately, what sex is is loving and pleasuring ourselves, and when we engage a partner, sharing that pleasure and care with others.

**Next Page:** Taking it On the Road: Sex With a Partner


next page



Case 2:98-cv-05591-LR Document 292-22 Filed 09/07/06 Page 11 of 19

**Taking it On The Road: Sex With a Partner**

So, if you understand how sexual response works in general and for yourself, and have a good handle on what pleases you and makes you feel good, you've got a great start in bringing that to a partnership, if that is something you are interested in doing. It should go without saying that because sex is a multifaceted thing which is mainly based in ourselves, no one HAS to have a partner to be sexually satisfied, and some people don't want a partner, either for certain periods of time, or permanently. However, we may want one, or may have a partnership in which sex evolves as a natural part of expressing love and attraction for our partner.

Silly as it may sound, the best analogy I can make to having sex with a partner is that it is nearly identical to learning to dance with a partner. When we dance alone, we feel the rhythm on the music in our bodies, and move as feels natural. But if we add a partner, sometimes the way we move doesn't always mesh with how THEY move, and we can both end up with a lot of bruises and sore toes.

If we know how we "move" in our own sexuality, it's easier to work with someone else. The way that we can make our different styles, movements, desires and preferences work together is by communication and by simply paying attention and being respectful of one another. If we use masturbation when we feel nonspecific desire, and are with a partner because we want to be with that particular person and share our energy and care with them, we've got a great head start.

A good way to handle the start of any sexual relationship is to talk about it. Discuss your limits. Are there things you like and don't like? Are there things you are and are not comfortable doing? Get all of that stuff out in the open. It's hard to respect someone's boundaries if you don't know what they are. That doesn't mean you need to know them all walking in, however. Often, only once we are with someone do we get a sense of what is okay and what isn't, but if we've already developed a relationship where we can talk about sex freely, it's pretty easy to pull back the reins and say, "Whoa!" when we need to without anyone getting upset. Sometimes talking about sex with someone else can be a little awkward, but it's okay to be nervous or get the giggles.

Working out sex with a partner is surprisingly similar to working it out with yourself: the only real difference is that you need to talk out loud and you need to take someone else's feelings, desires and needs into consideration and make them work with your own. Just like with masturbation, you need to make sure you both feel -- and really ARE -- safe and secure. If you're avoiding pregnancy, you need to be using a reliable birth control method that works for you both. You also need to be practicing safer sex to keep you both safe and healthy, you need to be consistently taking care of your sexual health with regular clinic or OB/GYN visits.

Case 2:98-cv-05591-LR   Document 292-22   Filed 09/07/06   Page 12 of 19

Being physically safe has a lot to do with feeling emotionally safe. Just as important is that you both feel emotionally safe together on others levels. Can you trust each other to respect limits and boundaries? To think of the both of you, not just yourselves? To listen and ask questions to find out what feels good and what doesn't? All of those things are important, and you should establish them all long before you get sexually involved.

Again, think of it just like learning to dance. Do what feels good to you both, where you can both enjoy yourselves. Talk about the steps that you like. If your partner doesn't know one of them, teach him or her how! You may find you learn things with a partner you didn't on your own, or that some things feel different than they do when you do them by yourself, and that's the beauty of sex with a partner. There's no shame in having something be new or unknown. We all have to learn, and learning can be enjoyable. In fact, if you've got it all going, every single time you have sex -- no matter what you do or do not do -- with yourself, or with someone else, should be a new and wonderful experience.

**Next Page: Questions and Answers**


next page



**Sexual Response Questions and Answers**

**What is multiple orgasm, and can only women experience it?**

Multiple orgasm is when someone has more than one orgasm, and it isn't unique to women, though it is more common for women to have secondary orgasms closer to their first one. So, if you have an orgasm, and you then either take a little break and stimulate yourself again, or keep going with your stimulation and have another, you have experienced multiple orgasm.

**How come I can't orgasm when my boyfriend and I are having intercourse? What is wrong with me?**

Nothing is wrong with you at all. At least half of ALL women (and that is a very conservative estimate) do not usually (or sometimes ever) experience a sexual climax from penis-in-vagina intercourse alone. As was said before, intercourse is not sex, but can be part of sex. In order to enjoy sex and experience full arousal, plateau and climax, you need to stimulate more than just your vaginal canal. Perhaps you and your boyfriend aren't giving you enough other stimulation before or during intercourse. Perhaps you just aren't in the mood. Take stock of what you are and are not doing when you don't climax or enjoy intercourse, and compare it to the things that DO please you, then incorporate them into your sexual intercourse.

**Why didn't my boyfriend orgasm from oral sex?**

No single sexual act can guarantee intercourse for everyone, nor can something which brings us to orgasm on one day necessarily bring us to orgasm the next. Talk to your boyfriend: ask him how he's feeling, what he enjoys, and what feels good to him, and think beyond orgasm. Again, sex isn't about orgasm. Sometimes, when we try and practice sex with orgasm as a goal -- rather than pleasure -- we make orgasm harder to achieve rather than easier.

**How can I make my partner orgasm?**

You can't. But your partner can help you to do the things that bring him or her to orgasm by showing you or talking about what things they enjoy, how they like to be touched, and so forth. The best thing to do if you want to please your partner is to focus on their pleasure, not an impending orgasm. If everyone is feeling good, it's much less of a big deal whether they orgasm or not.

**Do women ejaculate?**

Yes and no. During arousal and orgasm, the vagina produces more vaginal fluid and lubrication. This is the most common kind of sexual fluid that women's vaginas produce. This is not considered an actual ejaculation.

However, some women enjoy stimulation to the g-spot (a spongy spot inside the vagina a couple inches, towards the belly, not the back), and some women find that this can sometimes result in an orgasm which expels a thin, watery, whitish fluid from the urethra, the same place from which males ejaculate. That IS considered to be an ejaculation. Not all women have ejaculatory orgasms,

even with g-spot stimulation. Not all women who are capable of having this kind of orgasm have it all the time. The amount of fluid that is ejaculated can vary greatly from person to person, as well, when these kinds of orgasms happen in women.

**Is it bad for you to get sexually aroused and not orgasm? Is it bad for people to abstain form sex or be celibate their whole lives, or even for a little while?**
No and no. Sometimes getting highly sexually aroused, especially if you have been stimulating your genitals can be uncomfortable, a little or a lot. This is because the blood that rushes to the genitals when you are aroused and sexually stimulated gets trapped as your blood vessels constrict (get smaller), and then it is difficult and time-consuming for the blood to drain back out, a process which orgasm accelerates. It's extremely similar to the process that causes tension headaches. If this happens and you find it uncomfortable, you can either try and masturbate and have an orgasm, or, as we mentioned before, take a walk, a nap, or a few ibuprofen or aspirin tablets. In men, sometimes people call this sexual congestion "blue balls," but it isn't harmful. For some men who find it highly uncomfortable, using an ice pack in addition can be a great relief. But it isn't bad for you, and can't do any permanent damage.

The same goes for sex of any sort. Even if we don't masturbate (and most people do), we won't get sick or unhealthy, and our bodies don't store up sperm or sexual fluids. Our bodies constantly replace dead cells of all types, including blood, sperm, vaginal fluids, and most other kinds of cells we have to keep the level of functional cells constant. You don't need to masturbate in order to get rid of "excess" semen or sperm any more than you need to bleed out "excess" blood, because there is no such thing.

What's bad for you is to have sex when you don't want to, or to try and force your body to orgasm when it just isn't in the right state. Needless to say, it is also exceptionally unhealthy to try and force or pressure a partner into sexual activities by saying we'll get sick or feel bad if they don't participate in them with us. Our bodies don't really know the difference between a hand and a vagina, a finger or two and a penis -- only our minds do. If we're feeling sexually pent up, we can and should relieve that on our own through masturbation when our partners don't want to participate.

**Is sex better when both partners orgasm at the same time?**
Not necessarily, and in fact, most sex therapists advise couples against aiming for simultaneous orgasm. Trying to have sex like synchronized swimming isn't such a great idea because it makes it harder for both people to focus on simply enjoying themselves, therefore making any orgasm at all more difficult, let alone doing it at the same time. When it happens on it's own, it's pretty neat, and is a very nice moment, but it's more likely to happen naturally than to be forced. More times than not, when people try and force it, one or both partners ends up faking an orgasm, which sets a bad sexual pattern, and isn't any fun for anyone.

Case 2:98-cv-05591-LR Document 292-22 Filed 09/07/06 Page 15 of 19

**What if I just CAN'T orgasm?**
Then you just can't right now, and that's no big deal. Again, sex isn't about orgasm, it's about pleasure, and it's hard to experience pleasure when you're trying to get past the finish line with little care for running the race. You know how people say "It isn't if you win or lose, it's how you play the game?" Same holds true for sex: it's a process, not a product.

First, make sure that you're getting involved in sexual activities when your mind and body really want to. You can't skip all of the stages of sexual response to get to the end. If you aren't desiring sex, or aren't getting aroused -- for whatever reason -- you cannot orgasm. Maybe you aren't in the mood. Maybe you're tired, or maybe you've overstimulated your body. If you're having trouble with a partner, maybe you're not communicating what you need, or maybe there is some stress in the relationship that has you preoccupied.

Remember that sex isn't about getting points or prestige, or about being "mature" or impressing anyone. You can't do it "wrong" if you're respecting yourself and others, practicing it safely and sanely, and you and your partner (if you have one) are enjoying one another. No one is a "sex master," and thank goodness, or else sex wouldn't be very exciting or enriching. Sex is a normal and natural part of life, and like the rest of our lives, is something that is always growing and changing alongside us as we grow and change. We get to know our sexual selves the same way we get to know all of the other aspects of ourselves, and that isn't something we can or should rush -- it's what we've got our whole life to do.

Comment on this article!

Copyright © 1997, 2003 Scarleteen. All rights reserved. No part or portion of this site or article may be reprinted, reused or republished without permission from the publisher.




Case 2:98-cv-05591-LR Document 292-22 Filed 09/07/06 Page 16 of 19

Saying no to sex when you want to is a given. But what if you CAN'T say no? What if, the next day, you don't even remember being asked, or how you got to where you are, or who you were with? Worse still, what if you DON'T wake up at all?

Recently, a number of drugs which have been used for the purpose of committing rape have come to the attention of sex educators and health workers, and SIECUS, the Sexuality Information and Education Council of the United States, has issued a report today outlining some of those drugs, and a few helpful tips on what you can do to protect yourself. Read up on what they have to say, and think about what measures you can take to take care of yourself and keep from becoming a victim.

**FACT SHEET - DRUG FACILITATED SEXUAL ASSAULT**

In recent years, drug-facilitated sexual assault has become a growing concern among health and community educators. A number of drugs have become known as "date rape drugs" or "predatory drugs" because they are used to incapacitate individuals for the purposes of committing a crime, often sexual assault.

Alcohol is the drug most commonly associated with sexual assault, but incidents involving other drugs are on the rise. These drugs, also called "club drugs" because of their popularity in dance clubs and bars, can be unknowingly given to a victim, incapacitate the victim, and prevent him/her from resisting during a sexual assault or other crime. They can also produce amnesia causing a victim to be unclear of what, if any, crime was committed. These drugs are particularly dangerous when combined with alcohol.

As with any coerced sexual activity, victims of drug-facilitated sexual assault cannot protect themselves from HIV, other sexually transmitted diseases, or unintended pregnancy.

SIECUS has prepared this fact sheet to provide information on two of the most common predatory drugs, as well as suggestions for preventing drug-facilitated crimes.

Case 2:98-cv-05591-LR Document 292-22 Filed 09/07/06 Page 17 of 19

Next Page: What Are These Drugs?

Date
Rape
Drugs
a special report

next page




Case 2:98-cv-05591-LR Document 292-22 Filed 09/07/06 Page 18 of 19

**GHB**
GHB stands for gamma hydroxybutyrate, a central nervous system sedative often referred to by other names such as "Grievous Bodily Harm" and "Liquid Ecstasy." GHB was once sold in health food stores as a performance enhancer for body builders because it was believed to stimulate the production of human growth hormone. In 1990, the FDA banned the use of GHB because of reports of severe, uncontrollable side effects. GHB can produce drowsiness, dizziness, nausea, unconsciousness, seizures, severe respiratory depression, and coma. Overdose of GHB can occur quickly and can be fatal. Since 1990, there have been 5,700 documented cases of GHB abuse and more than 30 reported sexual assaults and 65 deaths attributed to this drug. Most of the GHB used today is a "homemade" mix of various chemical ingredients, including solvents. Homemade GHB is dangerous in part because there are significant differences in potency, purity, and concentration. The same amount taken from two separate batches can have very different effects. GHB is available both in liquid and powder forms. It is usually odorless and tasteless and therefore can be easily slipped unnoticed into a drink.

**ROHYPNOL**
Rohypnol is a brand name for Flunitrazepam, a powerful sedative that is often referred to by other names such as "roofies" and "roach." Rohypnol is not legally available for prescription in the United States but is legal in 60 countries for the treatment of insomnia. Rohypnol may cause users to feel intoxicated; they may have slurred speech, impaired judgment, and difficulty walking. The effects are often felt within 10 minutes and can last up to eight hours. Rohypnol can cause deep sedation, respiratory distress, and blackouts that can last up to 24 hours. There is a potential for overdose or death to occur, especially when mixed with alcohol or other drugs. Rohypnol is available in small white tablets that can be taken orally, ground up in a drink, or snorted. In 1997, the manufacturer of Rohypnol changed the formula so that it turns blue/green and can be more easily detected when added to liquids.

**PROTECTIVE MEASURES FOR TEENS**

- Drink from tamper-proof bottles and cans and insist on opening them.
- Insist on pouring or watching while any drink is mixed or prepared. Do not drink from group drinks such as punch bowls.
- Keep an eye on your drink or open soda can, do not trust someone to watch it for you.
- If you think you've been drugged, do not be afraid to seek medical attention.
- If someone passes out and you suspect predatory drugs, call for medical attention immediately and explain your concerns.

(Reprinted with permission from SHOP Talk, published by the Sexuality Informaiton and Education Council of the United States, 130 West 42nd Street, Suite 350, New

York, NY 10036-7802.)

Don't forget basic safety standards when you're out in general. If you're going out to a club or party, always bring a friend that you know you can trust, and keep your eyes on one another. Don't ever go off alone or become sexually engaged (and yes, I'm even talking about kissing) with someone you have just met, and, no matter what age you are, it is never wise to get incapacitated at places like parties and clubs with people you do not know, and cannot trust. As much as it stinks, we cannot trust everyone we meet, and the safest thing to do is to insist anyone you meet earn your trust, over a long period of time, and in a non-sexual sphere.

---

**WEB RESOURCES FROM SIECUS**

---

**www.clubdrugs.org** - This Web site is a service of the National Institute on Drug Abuse (NIDA). The term "club drugs" refers to those drugs commonly used by young adults at all night dance parties, "raves," and bars. They include MDMA (Ecstasy), GHB, Rohypnol, Ketamine (Special K), Methamphetamine, and LSD. NIDA-supported research has shown that use of club drugs can cause serious health problems and, in some cases, even death. This Web site provides information on each of these drugs, as well as links to NIDA newsletters, publications, and other related information on the Web.

**www.nsawi.health.org/compass** -The National Substance Abuse Web Index (NSAWI) has been developed by the National Clearinghouse for Alcohol and Drug Information (NCADI) to assist the substance abuse prevention and treatment communities in obtaining relevant, authoritative information available on the World Wide Web. This index of Web sites includes only those sites that are considered by NCADI to be the most useful for prevention and treatment.

Copyright © 1997, 2001 Scarleteen. All rights reserved. No part or portion of this site or article may be reprinted, reused or republished without permission from the publisher.