# EXHIBIT 15, CONT.





**featured personal**
2,779 online now



alexys
Celebrity I resemble most: "Leonardo DiCaprio after getting a bad cold."
**BROWSE ALL PERSONALS NOW!**

**search articles**

[　　　　　] [Search]
● Nerve  ○ Web
More search options

**promotion**

FICTION

This month: lawn care, tulip eaters and one hot tomato. Rate each entry below in three categories: literary merit, heat and originality. Each month's highest-ranked entry will proceed to the year-end competition.

promotion

**From *Thong Nation***
by Henry Sutton
(Serpent's Tail)



OVERALL RATING: 7.567
[VOTE NOW!]
[READ OR LEAVE FEEDBACK]



To buy *Thong Nation* click here

The end of the hose, the bright-yellow Hozelock bit which has to attach to the tap, Sally decides, has a surprisingly phallic shape.
　Before she stands, almost without thinking, she brushes the dusty thing between her legs. Now standing, she has a closer look at it, finding the end no longer dusty but glistening, as if some old water had become dislodged and dripped out. She feels between her legs, wondering whether the thing might have somehow leaked on to her there, upside down.
　Just for the hell of it she presses her index finger inside herself again. Though this time she is wet, at least moist, and she realizes she must have leaked onto the Hozelock and not the other way around.
　It's still not past nine in the morning, though the weather says it should be much nearer noon, and, hot and sweaty and oddly damp between her legs, Sally uncoils the hose, carrying the attachment over to the side return where the outside tap is, not being able to resist brushing it between her legs again before having to shove it on to the tap. Though this time she doesn't just brush it between her legs but pushes the tip into her vagina, not caring how dirty the end might be, not caring that the end might have spent the winter gathering dirt and dust in the shed all on its own. A sad, dried-up garden hose thingy.
　...read more

**From *The Scent of Your Breath***
by Melissa P.
(Black Cat)



OVERALL RATING: 3.167
[VOTE NOW!]
[READ OR LEAVE FEEDBACK]



To buy *The Scent of Your Breath*, click here

**partner links**



Honesty. Integrity. Ads.
The Onion

Photos, Videos, and More
CollegeHumor.com

Top 99 Women
AskMen.com

Funny, sexy videos
Heavy.com

Belgian Nun Reprimanded for Dirty Dancing
Fark.com

**sponsored links**

I'm naked at the computer; he's in the kitchen washing the dishes and whistling. I like noise when I'm writing — I like a racket. He puts on a CD and I, still writing, find myself moving my hips and making my revolving chair move back and forth. The curtains aren't closed yet and the windows are high, typical of a seventeenth-century palazzo. Everybody can see us, and we're happy for anyone to watch us making love. Perhaps that's typical of people in love: showing everyone you love each other. I wander along the corridor, brushing the walls with my finger. I enter the sitting room and stroke the bonsai tree, standing on tiptoes. He has his back to me, and I wrap my arms around his chest and start rubbing my pelvis against him. I turn him resolutely around, look at him coyly, aware that I've made a movement he likes. I turn around, rub my ass against him, and he delicately strokes my back; I sit down on the edge of the cold, wet sink, the contact makes my whole skin shiver, and my body swells upward. ...read more

**LAST MONTH'S RESULTS**

| | |
|---|---|
| *Try* by Lily Burana | 8.864 |
| *Cellophane* by Marie Arana | 7.233 |
| *One Mississippi* by Mark Childress | 6.278 |
| *Little Beauties* by Kim Addonizio | 6.208 |
| *Surfing Armageddon* by George Tabb | 6.111 |

View All Henry Miller Awards

**NERVE RECOMMENDS**

Bookslut
Guardian Books
Galley Cat
The Elegant Variation
New York Review of Books
The Paris Review
Moby Lives
Book Lust
Village Voice Books
BoldType
DazeReader
Publishers Marketplace
Erotica-Readers

**CUMULATIVE RESULTS**

**HEAT**

| | |
|---|---|
| | 9.41 |
| *Sex, Blood and Rock 'N' Roll* by Kimberly Warner-Cohen | 8.49 |
| *Fortunate Son* by Walter Mosley | 8.24 |
| *The Possibility of an Island* by Michel Houellebecq | 8.0 |
| *Cellophane* by Marie Arana | 7.41 |

**LITERARY MERIT**

| | |
|---|---|
| *Try* by Lily Burana | 8.68 |
| *Sex, Blood and Rock 'N' Roll* by Kimberly Warner-Cohen | 7.76 |
| *One Mississippi* by Mark Childress | 7.5 |
| *Cellophane* by Marie Arana | 7.43 |
| *Surfing Armageddon* by George Tabb | 7.33 |



VIEW ALL OF MY BLOG ENTRIES

top?



### girlgonemad

**AGE:** 28
**LOCATION:** Brooklyn, NY
**LOOKING FOR:** someone to get arrested with in atlantic city
**BLOG EXCERPT:** 8/23/2006 2:09:02 PM
Ewok's birthday was yesterday. And Saturday. And pretty much the last four days. I never thought I'd say it but I think I've had my fill of fatty steak and red wine. His birthday party was a huge success, if by...

VIEW ALL OF MY BLOG ENTRIES

top?



### marking_up

**AGE:** 32
**LOCATION:** Chelsea, New York
**LOOKING FOR:** a man
**BLOG EXCERPT:** 8/14/2006 10:00:43 PM
I'm a huge fan of men being naked. I love it when men take off their clothes in the locker room. I love when guys get into their birthday suit in my bedroom or in my kitchen. You name the...

VIEW ALL OF MY BLOG ENTRIES

top?

top?


Photos, Videos, and More
CollegeHumor.com


Top 99 Women
AskMen.com


Funny, sexy videos
Heavy.com

Belgian Nun Reprimanded for Dirty Dancing
Fark.com



### the_sentimental
- **AGE:** 30
- **LOCATION:** Washington DC
- **LOOKING FOR:** a woman
- **BLOG EXCERPT:** 8/16/2006 11:00:38 AM
  I'm still plugging away down here in the land of sunshine. ...Er. So, is it time for me to move back to D.C. yet? No? Not yet, you say? I've still got two and a half months to go down ...

 VIEW ALL OF MY BLOG ENTRIES

sponsored links
**Mary Gaitskill's Veronica**
The acclaimed novel, now in paperback
**Vintage Crime Black Lizard presents**
SUMMER OF SUSPENSE
**Book Price Comparison**
Compare books prices at CheapBooks.com
**Need Quick Cash?**
Get Up to $500 in Your Bank Account as Soon as Tomorrow
**Quinceanera**
A film by Richard Glatzer and Wash Westmoreland
**Shopping Online?**
Get Cool Back to School Supples with MyPoints
**Literotica.com**
Free adult fiction, contests, and discussion at Literotica.
**Meet Hotties Tonight**
Meet Hot Singles and Passionate People NOW!!
**DIESEL HEAVEN**
Fall/Winter Campaign 2006
**A Sexy Miami Get Away**
SPECIAL NERVE.COM RATES FROM DELANO I SHORE CLUB
**Svedka**
THE FUTURE OF ADULT ENTERTAINMENT

Advertisers, click here to get listed!

top?



### redhat_jane
- **AGE:** 21
- **LOCATION:** Saratoga Springs, New York
- **LOOKING FOR:** entertainment, intrigue, racy humor, wandering hands
- **BLOG EXCERPT:** 8/23/2006 1:02:12 AM
  It's been a long 24 hours. It all started when I woke up hung-over and still barfy-mouthed from last night. I may talk a big game in the blog about my partying tendencies, but to be totally honest, volume-wise I'm not...

VIEW ALL OF MY BLOG ENTRIES

top?



### Mr_Twain
- **AGE:** 37
- **LOCATION:** Leeds, UK
- **LOOKING FOR:** You know, that thing? With the stuff?
- **BLOG EXCERPT:** 8/23/2006 8:00:00 AM
  My dear blog readers, I have an announcement to make. Please extinguish all funny cigarettes and zip up your pants. No, that wasn't the announcement - this is: today is Parsley's birthday! She's *cough* years old! And she's roughly 400...





Home | Personals | Photography | Features | A&E Lounge | Blogs | Video | Interact | Shop | About Us

BLOG-A-LOG



**featured personal**

2,593 online now



alexys

Celebrity I resemble most: "Leonardo DiCaprio after getting a bad cold."

BROWSE ALL PERSONALS NOW!

The wait is over. Welcome That_Darn_Cat!

## How To Play

Ladies and Gentlemen, we at Nerve have selected six bloggers who are clever, fearless and foolish enough to spread out their Nerve Personals dating adventures before you like a brunch buffet. The catch is that you, the Nerve readers, will control their fates. We ask that you not only give the bloggers dating advice in the feedback section but also rate their blogs on an ongoing basis from 1-10. After six weeks, the blogger with the lowest overall rating will pack their blogs, so to speak, and a new blogger will enter the mix. Be fair and be cool because, remember, it ain't easy out there. Enjoy the ride ...

Click here to learn how you can become one of the next Nerve Personals bloggers!
Click here to access the Blog-A-Log Archives!

**search articles**

[          ] Search
⦿ Nerve  ○ Web
More search options

**promotion**

Codetv.com has some great tips on where you can spend your trust fund.

     

that_darn_cat    the_sentimental    redhat_jane    Mr_Twain    girlgonemad    marking_up



6.710

```
that_darn_cat
        AGE: 26
   LOCATION: Toronto, ON
LOOKING FOR: a man
BLOG EXCERPT: 8/25/2006 1:08:00 PM
              The tipping point came when he went away "on
              business", which, as I've mentioned, could probably be
              more accurately described as "trying to screw my
              ex-girlfriend while you take care of my cat." Fucker.
              During the weeks that he was ....
```

 VIEW ALL OF MY BLOG ENTRIES

**partner links**



Honesty. Integrity. Ads.
The Onion

**The Screengrab** by Bilge Ebiri
Today on Nerve's film blog: Jake Gyllenhaal is interested in playing Lance Armstrong.

**Horoscopes** by Neal Medlyn
Your week in sex. /regulars/

**Bad Sex With George Tabb** by George Tabb
A dark night in the Sunshine State. /regulars/

**Liquid Generation** by Liz Laser
Forest dwellers and bathing beauties. /photography/

**Peep Show** by Brandi Grooms
A couple in a shadow box. /photography/

**Film Reviews** by Mike D'Angelo, Bilge Ebiri and Logan Hill
*Lady in the Water*? More like Lady in the Sexist Superhero Comedy! Yeah, we said it. /film/

**Madame President and Her First Lady** by Walter Kirn
A White House with a different view of same-sex marriage. /fiction/ *future issue*


### NERVE @ SXSW 2006
Peter Smith heads to Austin for indie rock and Morissey.


### NERVE@SXSW
Jada Yuan wades through the Roman orgy of indie music.


### NERVE@SUNDANCE
Bilge Ebiri covers the best of this year's film festival.

### ILOVEYOURMOM  blog-a-log
A bundle of sass who's trying to stop making the same mistakes.


### NERVE@CANNES 2005
Mike D'Angelo blogs the French film festival and celeb circus.


### MISSMIMESIS  blog-a-log
Sex, drugs and self-analysis in NYC and abroad.


### TELEPATHY1  blog-a-log
A self-described man-whore bluntly prowls San Francisco.


### JOANJETT_OFARC  blog-a-log
A string of dates and diatribes from the heart of Texas.


### TORONTOTONTO68  blog-a-log
Into the wilderness of 30-something Canadian dating.


### BLACKOLIVE_666  blog-a-log
Verbose missives from a consummate Brooklyn hipster.


### CINESTHESIA  blog-a-log
A sharp-eyed femme dates and mates in the East Village.


### SNARKIEST  blog-a-log
Sarcastic tales of ex-girlfriends and whistling roommates.


**Using Protection?**
Get your Anonymous Phone Number. Limited time - 50% OFF!
**Meet Hotties Tonight**
Meet Hot Singles and Passionate People NOW!!
**Win $500 to AMC**
Bring all your Friends to Pirates of the Caribbean with this
**Literotica.com**
Free adult fiction, contests, and discussion at Literotica.

Advertisers, click here to get listed!

advertise on nerve | affiliate program | home | photography | personal essays | fiction | dispatches | video |
opinions | regulars | search | personals | horoscopes | retronerve | NerveShop | about us |

account status | login | join | TOS | help

©2006 Nerve.com, Inc.





featured personal
2,525 online now



nzane

Why you should get to know me: "I'm a really easy, wild guy who will show you different views on life."

**BROWSE ALL PERSONALS NOW!**

search articles

Google
[Search]
● Nerve  ○ Web
More search options

nerve blogs


scanner


screengrab

nerve @ cannes


daily siege


kate & camilla


the prowl


blog-a-log

new this week

Scanner by Ada Calhoun
A Cat Power exclusive:
"I'm Chan," she said and kissed my hand. /regulars/

BLOGS

# Nerve Blogs


**THATDARNCAT**  blog-a-log
A sassy Canadian who will school you at Tetris.


**SCANNER**
Wry coverage of sex in media & culture, updated ten times a day.


**GIRLGONEM...**
Confident self-d...
the mind of a Ne...


**SCREENGRAB**
News, gossip and comment for indie-film addicts.


**MARKING_U...**
Gay man in the l...
apt metaphors a...


**THE DAILY SIEGE**  photoblog
An intimate and provocative look at Siege's life, work and loves.


**MR_TWAIN**
A comedic Brit w...
grasp on bachel...


**KATE & CAMILLA**  photoblog
Two best friends pursue business and pleasure in NYC.

**REDHAT_JANE**  blog-a-log
Testing the post-...
with no money a...


**THE PROWL**  photoblog
An ambitious art student pursues extra-curricular men.


**THE_SENTIME...**
A would-be lawy...
DC.




**NERVE@CANNES**
Blogging the first *Da Vinci Code* screening, and more.



**NAUGHTY JAME...**
The lustful, frantic di...
London photographer...

promotion

*[Stoli Blueberi Vodka advertisement]*

partner links


Honesty. Integrity. Wafers
The Onion


Cracked.com

Photos, Videos, and More
CollegeHumor.com


Top 99 Women
AskMen.com


Funny, sexy videos
Heavy.com

Belgian Nun Reprimanded for Dirty Dancing
Fark.com


Voted #1 Vodka of 2006
Svedka.com

sponsored links

**Find Hot Singles In Your Area!**
Meet People In Your Area to Hook Up With Tonight!
**Book Price Comparison**
Compare books prices at CheapBooks.com

Gender: Please select...

City: [_____]

State/Province: Please select...
(US and Canada only)

Country: Please select...

Zip/Postal Code: [_____]

Date of Birth:* [MM] [DD] [YYYY]

*You must be at least eighteen to join. Your entry will also determine your age in your personal ad and cannot be changed.

Would you like to receive NerveNews, a weekly email highlighting the best of Nerve.com?*

○ yes please!
○ no thanks.

*PLEASE NOTE: If you opt in to receive Nerve mailings — and we hope you do! — please make sure that your email program is set to accept mail from the domain "nervemessages.com."

Would you like to receive occasional email updates from Nerve partners and friends?

○ yes please!
○ no thanks.

By completing this registration process and clicking the "join" button below, you agree to abide by these Terms of Service.

Please Note: Nerve Premium and Nerve Personals are separate offerings. Nerve Premium subscriptions do not provide access to paid content on Nerve Personals.



[GO TO STEP 2]




## Join Now!

previous • next

Three magazine subscriptions.

Over 5,000 photos.

Over 2,000 articles.

Exclusive new Premium content every day.

Welcome to your new Internet Addiction.

**JOIN NOW!**

**END TOUR**

**If You Have a Nerve Login, Enter It Here:**
Member Name       Password

SUBMIT

If you do not, please fill out the form below:

Choose a membername*: [          ]

*PLEASE NOTE: This is your login ID, which is different from the nickname that you will choose later when creating a personal profile.

*Membernames may only contain lowercase letters, numbers and underscores (but must begin and end with a letter) and should be 20 characters or less. You can't change your membername once you sign up, so choose wisely!

Choose a password*: [          ]
Reenter password: [          ]

*Passwords must be a minimum of 6, and a maximum of 20 characters in length.

Name*: first [          ] last [          ]

*Your real name will never be revealed to other users. Click here to read our Privacy Vow

Email address: [          ]

Gender: Please select...

City: 
State/Province: Please select...
(US and Canada only)
Country: Please select...

Zip/Postal Code: 

Date of Birth:* [MM] [DD] [YYYY]

*You must be at least eighteen to join. Your entry will also determine your age in your personal ad and cannot be changed.

Would you like to receive NerveNews, a weekly email highlighting the best of Nerve.com?*
- yes please!
- no thanks.

*PLEASE NOTE: If you opt in to receive Nerve mailings — and we hope you do! — please make sure that your email program is set to accept mail from the domain "nervemessages.com."

Would you like to receive occasional email updates from Nerve partners and friends?
- yes please!
- no thanks.

By completing this registration process and clicking the "join" button below, you agree to abide by these Terms of Service.

Please Note: Nerve Premium and Nerve Personals are separate offerings. Nerve Premium subscriptions do not provide access to paid content on Nerve Personals.

[GO TO STEP 2]

  

## Awards



Check out our **Trophy Rack!**

   

| | |
|---|---|
| National Magazine Award Finalist, General Excellence Online | National Magazine Award Finalist, Online Design |
| Webby Judge's Award | Webby People's Voice Award |
| GLAAD Award, Outstanding Digital Journalism | Entertainment Weekly's "30 Most Beautiful Sites" |
| American Photography Annual | Forbes "Best of the Web" |

Every one of these honors shows **Nerve's** commitment to bringing Nerve Premium members the best writing, photography, and cultural coverage on the internet. So, in conclusion ... next>>

  

Seeing Stars? Get Premium and Clear Your Vision

**If You Have a Nerve Login, Enter It Here:**
Member Name            Password
[            ]         [            ]            SUBMIT

**If you do not, please fill out the form below:**

Choose a membername*: [            ]

*PLEASE NOTE: This is your login ID, which is different from the nickname that you will choose later when creating a personal profile.

*Membernames may only contain lowercase letters, numbers and underscores (but must begin and end with a letter) and should be 20 characters or less. You can't change your membername once you sign up, so choose wisely!

Choose a password*: [            ]
Reenter password: [            ]

*Passwords must be a minimum of 6, and a maximum of 20 characters in length.

Name*: first [            ] last [            ]

*Your real name will never be revealed to other users. Click here to read our Privacy Vow

Email address: [            ]



Gender: Please select...

City: 
State/Province: Please select...
(US and Canada only)
Country: Please select...

Zip/Postal Code:

Date of Birth:* [  ] [  ] [  ]
           MM  DD  YYYY

*You must be at least eighteen to join. Your entry will also determine your age in your personal ad and cannot be changed.

Would you like to receive NerveNews, a weekly email highlighting the best of Nerve.com?*
    ◉ yes please!
    ◉ no thanks.

*PLEASE NOTE: If you opt in to receive Nerve mailings — and we hope you do! — please make sure that your email program is set to accept mail from the domain "nervemessages.com."

Would you like to receive occasional email updates from Nerve partners and friends?
    ◉ yes please!
    ◉ no thanks.

By completing this registration process and clicking the "join" button below, you agree to abide by these Terms of Service.

Please Note: Nerve Premium and Nerve Personals are separate offerings. Nerve Premium subscriptions do not provide access to paid content on Nerve Personals.

[GO TO STEP 2]



**Feel the Buzz**  



**If You Have a Nerve Login, Enter It Here:**
Member Name        Password

*If you do not, please fill out the form below:*

Choose a membername*:

*PLEASE NOTE: This is your login ID, which is different from the nickname that you will choose later when creating a personal profile.

*Membernames may only contain lowercase letters, numbers and underscores (but must begin and end with a letter) and should be 20 characters or less. You can't change your membername once you sign up, so choose wisely!

Choose a password*:
Reenter password:

*Passwords must be a minimum of 6, and a maximum of 20 characters in length.

Name*: first        last

*Your real name will never be revealed to other users. Click here to read our Privacy Vow

Email address:

**Gender:** Please select...

**City:** [ ]

**State/Province:** Please select...
(US and Canada only)

**Country:** Please select...

**Zip/Postal Code:** [ ]

**Date of Birth:*** [ ] [ ] [ ]
          MM   DD   YYYY

*You must be at least eighteen to join. Your entry will also determine your age in your personal ad and cannot be changed.

Would you like to receive NerveNews, a weekly email highlighting the best of Nerve.com?*

◉ yes please!
◉ no thanks.

*PLEASE NOTE: If you opt in to receive Nerve mailings -- and we hope you do! -- please make sure that your email program is set to accept mail from the domain "nervemessages.com."

Would you like to receive occasional email updates from Nerve partners and friends?

◉ yes please!
◉ no thanks.

By completing this registration process and clicking the "join" button below, you agree to abide by these Terms of Service.

Please Note: Nerve Premium and Nerve Personals are separate offerings. Nerve Premium subscriptions do not provide access to paid content on Nerve Personals.

**GO TO STEP 2**



## Interactive Features

 



 

Nerve Premium has all the **interactive features** you love, including several that regular Nerve members can't access. All Nerve members can vote for the hottest literary sex scenes in the monthly **Henry Miller Awards**, follow the real-life adventures of Nerve Personals daters in the **Blog-a-log**, and speak their minds in our **Feedback forums**. But Premium members have even more to play with, including:

- Original **behind-the-scenes videos** like "I Did it For Science: Cross-Dressing"
- Challenging **quizzes**, like our movie sex-scene quiz, "The Freeze Frame Hall of Fame"
- The notorious **Amateur Video Contest**, with topics like "Rant in your Undies"
- The onscreen **Nerve Crossword**, our personal guilty pleasure. **Keep going. We've got more to show you... next>>**

**If You Have a Nerve Login, Enter It Here:**
Member Name         Password

[SUBMIT]

**If you do not, please fill out the form below:**

Choose a membername*: [____]

*PLEASE NOTE: This is your login ID, which is different from the nickname that you will choose later when creating a personal profile.

*Membernames may only contain lowercase letters, numbers and underscores (but must begin and end with a letter) and should be 20 characters or less. You can't change your membername once you sign up, so choose wisely!

Choose a password*: [____]
Reenter password: [____]

*Passwords must be a minimum of 6, and a maximum of 20 characters in length.

Name*: first [____] last [____]

*Your real name will never be revealed to other users. Click here to read our Privacy Vow

Email address: [____]



Gender: Please select...

City: [_____]
State/Province: Please select...
(US and Canada only)
Country: Please select...

Zip/Postal Code: [_____]

Date of Birth:* [__] [__] [____]
                MM   DD   YYYY

*You must be at least eighteen to join. Your entry will also determine your age in your personal ad and cannot be changed.

Would you like to receive NerveNews, a weekly email highlighting the best of Nerve.com?*
- ⦿ yes please!
- ⦾ no thanks.

*PLEASE NOTE: If you opt in to receive Nerve mailings — and we hope you do! — please make sure that your email program is set to accept mail from the domain "nervemessages.com."

Would you like to receive occasional email updates from Nerve partners and friends?
- ⦿ yes please!
- ⦾ no thanks.

By completing this registration process and clicking the "join" button below, you agree to abide by these Terms of Service.

Please Note: Nerve Premium and Nerve Personals are separate offerings. Nerve Premium subscriptions do not provide access to paid content on Nerve Personals.

[GO TO STEP 2]

## Amateur Photo Contest



Seeing Stars? Get Premium and Clear Your Vision




**See all the Amateur photos! Enter and Win $500!**

Or would you rather **just watch**?

Either way, you can enjoy our **Amateur Photo Contest**, with a new theme every month and **new submissions every day!**
Do you want a little more action?... next>>

JOIN NOW!    END TOUR

**If You Have a Nerve Login, Enter It Here:**
Member Name    Password



If you do not, please fill out the form below:

Choose a membername*:

*PLEASE NOTE: This is your login ID, which is different from the nickname that you will choose later when creating a personal profile.

*Membernames may only contain lowercase letters, numbers and underscores (but must begin and end with a letter) and should be 20 characters or less. You can't change your membername once you sign up, so choose wisely!

Choose a password*:
Reenter password:

*Passwords must be a minimum of 6, and a maximum of 20 characters in length.

Name*: first [____] last [____]

*Your real name will never be revealed to other users. Click here to read our Privacy Vow

Email address:



 
**Book Price Comparison**
Compare books prices at CheapBooks.com
**Quinceanera**
A film by Richard Glatzer and Wash Westmoreland
**Need Quick Cash?**
Get Up to $500 in Your Bank Account as Soon as Tomorrow
**Shopping Online?**
Get Cool Back to School Supplies with MyPoints
**A Sexy Miami Get Away**
SPECIAL NERVE.COM RATES FROM DELANO I SHORE CLUB
**Literotica.com**
Free adult fiction, contests, and discussion at Literotica.
**Mary Gaitskill's Veronica**
The acclaimed novel, now in paperback
**DIESEL HEAVEN**
Fall/Winter Campaign 2006
**Vintage Crime Black Lizard presents**
SUMMER OF SUSPENSE
**Svedka**
THE FUTURE OF ADULT ENTERTAINMENT
**Meet Hotties Tonight**
Meet Hot Singles and Passionate People NOW!!

Advertisers, click here to get listed!

From *Small Acts of Sex and Electricity*
by Lise Haines
(Unbridled)

LITERARY MERIT: 4.5
HEAT: 3.0
ORIGINALITY: 4.5

OVERALL RATING: 3.917
VOTE NOW
READ OR LEAVE FEEDBACK

**ORIGINALITY**

| | |
|---|---|
| *Try* by Lily Burana | 8.50 |
| *Now is the Hour* by Tom Spanbauer | 8.08 |
| *Sex, Blood and Rock 'N' Roll* by Kimberly Warner-Cohen | 7.63 |
| *Fortunate Son* by Walter Mosley | 7.32 |
| *It's Kind of a Funny Story* by Ned Vizzini | 6.91 |



To buy *Small Acts of Sex and Electricity*, click here

— I should go downstairs, I said.
— I know, he said, but he put a hand on my leg.
— There are people who eat tulips to calm down, I said.
— Tulip eaters, he said, and slid his hand between my thighs.
I thought about bringing up the friend who slept with her second husband the night of her first husband's funeral, but I guessed that was a random thing, and let it go.
— We're both a little bereft right now, I said.
— This isn't about that.
— No?
— No.
Mike slowly pulled my nightgown up.
— I know how to draw kitchen triangles, I offered.
— That's why I've always loved you, Mattie.
...read more

**BEST OVERALL**

| | |
|---|---|
| *Try* by Lily Burana | 8.86 |
| *Sex, Blood and Rock 'N' Roll* by Kimberly Warner-Cohen | 7.96 |
| *Fortunate Son* by Walter Mosley | 7.55 |
| *Cellophane* by Marie Arana | 7.23 |
| *Now is the Hour* by Tom Spanbauer | 7.17 |

From *The Summer of My Amazing Luck*
by Miriam Toews
(Counterpoint)

LITERARY MERIT: 3.0
HEAT: 5.0
ORIGINALITY: 5.0

OVERALL RATING: 4.250
VOTE NOW
READ OR LEAVE FEEDBACK



To buy *The Summer of My Amazing Luck*, click here

Hart rubbed his black sock against my bare foot and then ran his big toe up my shin to about my knee. Unfortunately he spoke. "You hot little tomato you." I smiled sweetly again. I closed my eyes and thought about my non-existent nineteen-year-old boyfriend with the muscular arms and the jeans and the picture in his wallet poking out of a hole in the back pocket of his jeans. Hart started rubbing my belly like I was a kid with a stomachache (which come to think of it I was, getting there, anyway), and then moved his hand down to my pubic hair, hesitated for one brief dramatic moment and plunged one of his skinny white fingers into my vagina. Sigh. That area taken care of for the time being, he proceeded to move up to my breasts. Like switching on a car. Ignition, wipers, radio, okay we're ready to go!
I could see him with a long pointer pointing to a pie on the blackboard. Attend to bottom half of woman, then, moving the marker, from there proceed to top half, maintaining pressure on bottom, until all lights on dash are on. Contact! Proceed to drive. He started to kiss his way up from my bellybutton to my right breast, stopping briefly to lick the hard flat area in between my breasts. ...read more

From *The Most Beautiful Girl in the World*
by Judy Doenges
(Univ. of Michigan)

LITERARY MERIT: 6.5
HEAT: 6.0
ORIGINALITY: 7.5

OVERALL RATING: 6.200
VOTE NOW
READ OR LEAVE FEEDBACK



To buy *The Most Beautiful Girl in the World*, click here

"Okay," Marqueese whispered. He grabbed his penis and aimed it at Robin's crotch. Hendrix stopped singing, the arm of the player lifted, and the record started again. Robin put her hands on top of Marqueese's head, over his thin, dark hair, and he slid his dick inside her. There was a slight hesitation, some pressure, and then he seemed to be working around in the middle of her stomach, like a finger in a baseball glove. Once, smiling, her grandmother had whispered to her: all the boys want just one thing.
Marqueese picked up speed. Wopp, wopp, went Hendrix's guitar. One afternoon, years ago, Robin and Kitty had hidden in the sumac that ringed the edge of the Simonsens' property and touched each other. Now, Robin couldn't remember Kitty's fingers on her, or her voice. What she did recollect was that it had been fall and the sumac had turned red, and she and Kitty had been together under a line of flames. "Uh," Marqueese said. Then: "Uh. Uh. Uh." On the eastern edge of the Simonsen property, behind the bus, ran a trickle of water that sometimes became a creek of melted snow or storm water. When the creek was high, Robin and Kitty would wade side by side looking for leeches and for the sick goldfish dumped upstream, which sailed down the current on beds of leaves and twigs and candy wrappers. ...read more

Previous Henry Miller Award