# EXHIBIT 16

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMERICAN CIVIL LIBERTIES UNION, )
et al., )
                                )
             Plaintiffs, )
                                )
    v. )            Civil Action No.
                                )            98-CV-5591
ALBERTO R. GONZALES, in his official )
capacity as Attorney General of the United )
States, )
                                )
             Defendant. )

## AARON PECKHAM D/B/A URBAN DICTIONARY.COM'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Aaron Peckham d/b/a Urban Dictionary.com ("Plaintiff") responds and objects to Defendant Alberto R. Gonzales's First Set of Interrogatories ("Interrogatories") as follows:

### GENERAL OBJECTIONS

1. Plaintiff objects to the Interrogatories to the extent the instructions and demands therein purport to impose obligations in addition to, beyond, or different from those set forth in the Federal Rules of Civil Procedure and the Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania.

2. Plaintiff objects to the Interrogatories to the extent they call for the identification or disclosure of information that is neither relevant to the claims and defenses of any party in this action nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff submits these responses and objections without conceding the relevance or materiality of the subject matter of any interrogatory.

INTERROGATORY NO. 13

For each website plaintiff, identify a representative sample of webpages on your website which contains material about which you fear prosecution under COPA, as referenced in Paragraph 2 in the section titled "The Impact of COPA on Plaintiffs" on page 24 of the Amended Complaint that "[P]laintiffs fear prosecution under COPA for communicating, sending, displaying, or distributing material that might be deemed 'harmful to minors' by some community in the United States."

RESPONSE TO INTERROGATORY NO. 13

Plaintiff objects that this Interrogatory is premature, unreasonably cumulative and duplicative of Document Request No. 1, and calls for identification of information that is in the public domain. Plaintiff also objects that the phrases used to define "representative sample," including "distribution of characteristics," "degree of explicitness of sexual content," and "population or universe" are vague and ambiguous. Subject to the foregoing and to the General Objections, Plaintiff refers to the web content identified in the Amended Complaint and responds as follows: Plaintiff's website contains webpages that contain definitions of words and phrases that address sexual issues and/or contain candid and explicit discussions of sexual matters. Examples of such definitions include:

1) "Cornhole" http://www.urbandictionary.com/images.php?imageid=42222 (last viewed October 24, 2005);

2) "Smegma" http://www.urbandictionary.com/define.php?term=smegma&defid=1459104#1459104 (last viewed October 24, 2005);

10

3) "Blumpkin" http://www.urbandictionary.com/define.php?term=blumpkin (last viewed October 24, 2005);

4) "Dirty Sanchez" http://www.urbandictionary.com/define.php?term=dirty+sanchez (last viewed October 24, 2005);

5) "Santorum" http://www.urbandictionary.com/define.php?term=santorum (last viewed October 24, 2005);

6) "Frottage" http://www.urbandictionary.com/define.php?term=frottage (last viewed October 24, 2005);

7) "Cleveland Steamer" http://www.urbandictionary.com/define.php?term=Cleveland+Steamer (last viewed October 24, 2005);

8) "Donkey Punch" http://www.urbandictionary.com/define.php?term=donkey+punch (last viewed October 24, 2005);

9) "Chode" http://www.urbandictionary.com/define.php?term=Chode (last viewed October 24, 2005);

10) "Taint" http://www.urbandictionary.com/define.php?term=taint (last viewed October 24, 2005).

INTERROGATORY NO. 14

For each website plaintiff, identify a representative sample of webpages on your website which you believe contains material that has serious literary, artistic, political, scientific and/or social value for adults.

11

# urban DICTIONARY

bearded clam | search

Building a dictionary with your definitions. Define your world.

browse | add | edit | book | press | daily email | tools | newest

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z # random

**BD BE BF BG**

bearchaser
Bearclaw
Beard
beard maggot
Beard of Shame
beard of zeus
beard tweaker
beard your mum
beard-burn
beardage
Beardcore
bearded
Bearded Abe
bearded ax wound
bearded axe wound
bearded beaver
bearded betty
bearded bitches
bearded blood sausage
bearded canadian
**bearded clam**
Bearded Clam Chowder
bearded clamshell
bearded clegg
bearded dragon
bearded excellence
Bearded Frog
bearded hatchet wound
bearded kebab
bearded lady
bearded nail
bearded orifice
bearded oyster
bearded oysters
bearded prunes
Bearded Shrimp
bearded sloss
bearded taco
Bearded-oyster
beardedclam
beardfuck
Beardie
beardies
beardies bath
beardmuseum
Beardo
beardruff
beards
Beards and Hats
beardstache
beardstauch

**bearded clam** pussy vagina cunt beaver twat muff snatch gash cooter fish taco love box poontang slit coochie cum dumpster finger hut fuckhole poon snapper bearded taco box cockpit hole love canal meat wallet tampon socket fly catcher peach vertical smile cooch cum depository donut honey pot lower lips temple crack fillet-o-fish gates of heaven hot box loins lotus nookie tuna fish loose meat sandwich nooch nook pocket split tool shed



### 1. bearded clam            👍 194 up, 16 down 👎

Slang for hairy, and often fishy pussy.

See: alcove, bat cave, bear trap, bearded taco, beaver, bermuda triangle, box, bucket seat, cake, chuff box, cockpit, cooch, coochie, coochie-pop, coose, cooter, cooze, crack, crawl space, cum depository, cum dumpster, cuntcake, cunt, cunny, donut, dripping delta, felted mound, fillet-o-fish, finger hut, fish, fish taco, front bum, fly catcher, fuckhole, garage, gash, gates of Heaven, golden doorway, Grand Canyon, growler, hatchet wound, heaven's door, hole, honey cave, honey pot, hot box, jaws of Hell, lobster pot, loins, loose meat sandwich, lotus, love box, love canal, lower lips, meat wallet, muff, nooch, nook, nookie, peach, pearly panty gates, pocket, poon, poontang, purse, pussy, quiff, quim, rat trap, scratch, sheath, slash, slit, snapper, snatch, space, split, stench trench, tampon socket, temple, thingy, tool shed, tuna, tunnel, twat, undercut, vagina, vertical smile, wishing well, whisker box, womb, x, yoni

*No, bearded clam is not on the menu.*

by T. J.  Oct 30, 2003  email it

### 2. bearded clam            👍 60 up, 10 down 👎

Slang term for the vagina.

*Andrew spent his summers in Maine in search of the elusive bearded clam.*

by Seymour Merkin  Aug 9, 2002  email it

### 3. bearded clam            👍 43 up, 6 down 👎

A very hairy vagina.

*I had to part the Bearded Clam forest just to get to the sweet tasting flesh-cave*

by uban pervert  Jun 28, 2003  email it

### 4. bearded clam            👍 40 up, 13 down 👎

unshaved vulva that hides the wonderous vaginal opening

*Her bearded clam was closed, but I pried it open with my fingers, transferred her love juices to the head of my dick, and gently began to slip it to her.*

by John R. Jan 2, 2004 email it

---

### 5. bearded clam  29 up, 11 down 

slang term for a vagina, in which the female does not shave. If you choose to go down on her, you'll probably get pubic hair in your teeth.

*Man, I hooked up with this hot chick the other day, but I didn't eat her out because she had a bearded clam.*

by me Mar 24, 2003 email it

---

### 6. Bearded Clam  17 up, 2 down 

Hairy snatch, vagina or pussy

*Dude, pass the floss. I had me some bearded clam last night.*

tags lips

by Cary the B Peoria May 8, 2006 email it

---

### 7. bearded clam  12 up, 13 down 

yeah it's a vag.

i distinctly remember hearing it called so on a Vh1 interview with Boy George... so that's prolly one of the main contributers to it's popularity.

*Um, I stuck her in the bearded clam. And it felt good.*

by sam Nov 3, 2004 email it

---

### 8. bearded clam  16 up, 20 down 

pussy

*Her camel toe looked like a bearded clam*

by Louis Jun 18, 2003 email it

---

### 9. bearded clam  12 up, 16 down 

womans genitalia

by nick Apr 11, 2003 email it

---

### 10. bearded clam  9 up, 15 down 

bushy vagina

*man shes got a fuckin' bearded clam*

by gaz Apr 4, 2003 email it

---

**13 definitions:** 1 2 next▶



| dripping delta | | search |

browse | add | edit | book | press | daily email | tools | newest

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  #  random

**DQ  DR  DS  DT**

Drino
drip
Drip Dry
DRIP OUT
drip-loop
dripe
dripey
dripfer
dripling
drippa
drippe
dripped
dripped out
dripped up
dripper
drippin paint
drippin stains
Drippin'
dripping
Dripping chocolate

**dripping delta**

dripping fossit
dripping stains
dripping tea bag
dripping wet condom
dripping yellow madness
dripple
Dripples
drippy
Drippy Ass
DRIPPY DICK
Drippy Spunjj
drippy tiddler
Drippy Tit
Drippy's 2fort
drips
dripsnatch
dripster
dripsy
dript
driptray
dripwad
Dripz
driretlan
driroming
driscoll surprise
Driskill
Drislane
drist
dristicaphanal
Drit

**dripping delta**  alcove  bat cave  bear trap  bearded taco  beaver  bermuda triangle  box  bucket seat  cake  chuff box  cockpit  coochie  coochie-pop  coose  cooter  cooze  crack  crawl space  cum depository  cum dumpster  cunny  cunt  cuntcake  donut  felted mound  fillet-o-fish  finger hut  fish  fish taco  fly catcher  front bum  fuckhole  garage  gash  gates of heaven  golden doorway  grand canyon  growler  hatchet wound  heaven's door  hole  honey cave  honey pot  hot box  jaws of hell  lobster pot  loins  loose meat sandwich  lotus  love box

### 1. dripping delta  11 up, 7 down 

really wet female vagina; kinda like the slip-n-slide water slide. sloppy wet pussy;

"Dude, my buddy has a horse tattoo and when he showed it to kecia-leek, she had to change her panties because it opened the flood gates to her dripping delta"

by  SP  Feb 20, 2005  email it

# urban DICTIONARY

meat wallet | search

a slang dictionary with your definitions. Define your world

browse | add | edit | book | press | daily email | tools | newest

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z # random

**MD  ME  MF  MG**

meat tagged
meat tarts
meat tenderizer
Meat Tent
meat tetris
Meat Thermometer
meat thief
Meat Thunder
Meat Tooth
Meat Toucher
Meat Train
meat truck
meat tube
meat tunnel
meat twinkie
meat twinky
Meat Vindy
meat vision
meat waffle
meat wagon

**meat wallet**

meat wand
meat wash
meat watch
meat weasel
meat whistle
meat wings
meat world
meat worm
meat wrench
meat wrinkle
meat yeti
meat-bag
Meat-Brain
meat-gazer
Meat-Hammer
meat-harps
Meat-head
meat-in-a-roll-ogist
meat-lever
meat-market
Meat-Melons
meat-salad
Meat-Sock
meat-whistle
Meatage
meatahol
meataholic
Meatan
meatard
meatarian

meat wallet  cunt  pussy  muff  snatch  beaver  cum dumpster  fuckhole  tampon socket  vagina  bearded taco  cooter  gash  twat  bearded clam  coochie  finger hut  fish taco  love box  slit  snapper  cockpit  crack  donut hole  honey pot  peach  poon  poontang  box  cooch  cum depository  fish  fly catcher  love canal  nookie  pocket  split  tuna  fillet-o-fish  gates of heaven  hot box  loins  lotus  lower lips  nooch  nook  stench trench  temple  tool shed  vertical smile

### 1. Meat Wallet         207 up, 20 down

A fat stanking pair of pussy lips, often bigger than a kangaroos. The meat wallet is usually dark brown in color and smells like 3 month old roast beast.

*Trimble smacked his rocks off grandma's meat wallet feverishly before shooting his moon cheese up the great divide.*

by JC Pacifico  Apr 11, 2003  email it

### 2. meat wallet         38 up, 16 down

a meat wallet is a hot meatty vaj that swallows up your meat.

*I filled that chicks meat wallet last night.*

tags  wallet  meat  reseptical  dumpster  filled
by  herman11111111  traverse city,mi  Nov 22, 2005  email it

### 3. Meat Wallet         24 up, 34 down

a vagina, usually unclean

*She enjoys counting the money in her meat wallet.*

by Taco Bell  the bathroom  Sep 10, 2005  email it

### 4. meat wallet         7 up, 25 down

A woman's vagina;
the place where a man puts his cock when he fucks a lady

*I could come just thinking about how he inserted his penis into my meat wallet after he made me slippery wet.*

tags  furburger  hatchet wound
by  Lauryn K.  Charleston, SC  May 22, 2006  email it

### 5. meat wallet         10 up, 58 down

meaty pussy

*damn.....her meat wallet smelled like meat loaf*



by jack Jan 28, 2003 email it

home | add | edit | wall | book | press | daily email | ads | tools | newest

Urban Dictionary is not appropriate for all audiences. ©1999-2006. terms of service | feedback | tools | rss

# urban DICTIONARY

stench trench | search

the slang dictionary with your definitions. Define your world

browse | add | edit | book | press | daily email | tools | newest

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z # random

SS  ST  SU  SV

Stem the rose
stemhead
Steminist
stemler
stemme
Stemming
Stemming the rose
stemmy
stemo
stemp
stemp cell bandid
Stems
stems an seeds
Stemwacker
stemwich
stemwinder
sten
Stenbacka
stench
stench cocktail
**stench trench**
stench whore
stencha
stenchous
stenchrag
Stenchtrench
Stenchy Knoll
STENCIL
stenfag
Stenga
Stenger
stenis
stenkamp
Stennis Modom
stenshun cord
stenterophonic
Stention lead
stenzler
steo
step
Step and Fetch
step children
Step Cousin
step dad
step down
Step In
step in shit
step into my office
Step it up
step mom
Step mommed

**stench trench** cooter  cunt  fish taco  meat wallet  snatch  twat  bearded taco  fly catcher  fuckhole  gash  muff  pussy  tampon socket  vagina  bearded clam  beaver  cockpit  coochie  cum depository  cum dumpster  donut  fillet-o-fish  finger hut  honey pot  love box  peach  poon  poontang  slit  snapper  tunnel  vertical smile  wishing well  womb box  cake  cooch  coose  cooze  crack  cunny  fish  front bum  garage  gates of heaven  hole  hot box  lobster pot  loins  loose meat sandwich

### 1. stench trench  72 up, 12 down

a vagina in need of a wash

*i made the mistake of falling in her stench trench*

by  harry lingard  Mar 28, 2003  email it

### 2. Stench Trench  53 up, 6 down

Unwashed, smelly vagina

*I went down for a chew but her stench trench was a real minger*

by  RockMink  Nov 9, 2004  email it



### 3. Stench Trench  42 up, 8 down

A slightly wiffy 'Kipper Canyon' qv

*She'd just got back from Yoga and had a bit of a Stench Trench, it was like sucking on a lead acid battery*

by  Simon C  Jun 18, 2004  email it

### 4. Stench Trench  10 up, 32 down

The passage leading from the opening of the vulva to the cervix of the uterus in female mammals.

*"Hey dude watch yourself, keep away from her stench trench!"*

by  Sam the man  Nov 27, 2003  email it

Ads by Goooooogle

**Nok-Out removes bad odors**
pets, tobacco smoke, mold, mildew no odor too terrible for Nok-Out.
www.nokout.com

**Protecting your Family**
Free guide to selecting the right water treatment system for you.
www.tersano.com

**Remove Tough Pet Odors**
Eliminate pet odors safely and naturally with the power of citrus.
www.citrusmagic.com

**Expel Odor Neutralizer**
Destroys Odors On Contact Fast, Safe, Non-Toxic, Non-Masking
www.orisonmarketing.cor

home | add | edit | wall | book | press | daily email | ads | tools | newest

Urban Dictionary is not appropriate for all audiences. ©1999-2006. terms of service | feedback | tools | rss

| | fuck | search |
|---|---|---|

browse | add | edit | book | press | daily email | tools | newest

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z # random

FT FU FV FW

fuca
fucal
fucamonk
fucbar
fucc
fucca faka
Fucci
fuccup
fucdiot
fucetola
fucgly
fuch
fuchachi
fuched
fuches
fuchi
Fuchican
fuchow
fuchs
Fuchsia

**fuck**

fuck 'em
fuck 'em if they can't take a joke
fuck a 4
fuck a check
fuck a dog
Fuck a doodle doo
fuck a duck
Fuck a human duck
fuck a maid to tears
Fuck A Nut
Fuck a pig with a stick
fuck a toaster
fuck about
fuck ache
fuck all
Fuck all THAT noise
Fuck All U Bitches
Fuck America
fuck an a
fuck and chuck
fuck and go
fuck and sex
fuck and suck
fuck animal
fuck around
Fuck Arse
fuck arsing
Fuck Art
fuck ass
fuck ass bitch

**fuck** 66 sounds sex shit ass bitch screw fucking damn bang cunt pussy fucker crap dick slut intercourse cock penis whore shag anal asshole fucked vagina cum gay you the hump bone balls wtf what hell piss stupid make love nigger rape fuck you mother fag hot love poop idiot retard sexy tits milf nigga



### 1. fuck     4637 up, 826 down

1. The universally recognized "F word"
2. N. Implying complete and utter confusion
3. N. a really stupid person
4. V. To procreate
5. adj. Can be used to modify any word for more passion
6. Int. Expresses disgust
7. Int. Expresses complete suprise and joy
8. adv. Can be used to make a command more urgent

1. I do not accept the "F word" as your name
2. What in the fuck?
3. You stupid fuck!
4. I sugest we go fuck in your mothers bed while eating crackers and petting a cat name mittens!
5. This fucking guy was so fucking weird. He asked me if I was fucking insane.
6. Aw, FUCK!!
7. Holy fuck! You guys rock!
8. Just fucking jump before I fucking kick you in the balls!

by Cheese-man  Apr 5, 2003  email it

### fuck images



fuck

 1 of 10 

### 2. Fuck     3706 up, 358 down

From "Monty Python"

Perhaps one of the most interesting words in the english language today, is the word fuck. Out of all the english words that begin with the letter 'f' ...fuck is the only word refered to as 'the f word... It's the one magical word. Just by its sound can describe pain, pleasure, hate and love. Fuck, as most words in the english language is derived from german ...the word fuieken, which means to strike.
In english, fuck falls into many grammatical categories:

As a transitive verb for intance ...John fucked Shirley.
As an intransitive verb...Shirley fucks.

Its meaning is not always sexual, it can be used as...

An adjective such as ...John's doing all the fucking work.
As part of an adverb ...Shirley talks too fucking much.
As an adverb enhancing an adjective ...Shirley is fucking beautiful.
As a noun ...I don't give a fuck.
As part of a word ...absofuckinglutely -or- infuckingcredible.
And as almost every word in a sentence ...Fuck the fucking fuckers.

As you must realize, there aren't too many words with the versatility of fuck...such as these examples describing situations such as:

Fraud ...I got fucked at the used car lot.
Dismay ...ahhh fuck it.
Trouble ...I guess I'm really fucked now.
Agression ...Don't fuck with me buddy.
Difficulty ...I don't understand this fucking question.
Inquiry ...Who the fuck was that?
Dissatisfaction ...I don't like what the fuck is going on here.
Incompetance ...He's a fuck-off.
Dismissal ...Why don't you go outside and play hide and go fuck yourself...

I'm sure you can think of many more examples.
With all these multi-purpose applications, how can anyone be offended when you use the word. We say use this unique, flexible word more often in your daily speech.
It will identify the quality of your character immediately.
Say it loudly and proudly...
...FUCK YOU!

*See examples above...*

by  Bombadil  Nov 5, 2004  email it

3. **fuck**                                        **2838** up, **450** down
An expression of contempt.

```
........................./´¯/)
......................,/¯../ /
...................../..../ /
.............../´¯/'...'/´¯¯`·¸
............/'/.../..../......./¨¯\
..........('(...´(..´......,~/'...')
...........\.................\/..../
```



| | booty | search |

browse | add | edit | book | press | daily email | tools | newest

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z # random

BN BO BP BQ

bootsie
bootsie spaz
Bootsite
bootsnaft
Bootsonite
bootstrap
Bootstrap Operation
bootsy
bootsy bass
bootsy box
bootsy bronc
Bootsy Collins
Boottee
bootus
bootussy
Bootussy Juice
bootwah
bootwanker
bootwork
BooTx

**booty**

booty bandit
Booty Bandito
booty bass
booty beats
booty bite
booty blast
booty blind
booty blinded
booty block
booty bomb
booty booty booty
  rockin everywhere
booty breath
booty brown
Booty bubble
booty buccaneer
Booty Buckets
booty buddies
booty bump
Booty Bumpa
booty bumpin
booty bumping
booty busted
booty buttcheeks
Booty Cake
Booty Cakes
booty call
booty call monitor
booty card
booty chatta
booty chatter

**booty**  3 sounds  ass  butt  sex  badonkadonk  bum  pussy  behind  rump  anal  arse  buttocks  anus  pirate  sexy  back  junk in the trunk  rear  badunkadunk  boobs  dick  fat ass  ghetto booty  hot  vagina  apple bottom  bitch  bottom  fuck  hiney  tits  bootay  budunkadunk  donkey  ghetto  tail  asshole  bubble butt  junk  rear end  rectum  shit  backside  big  big ass  bootie  bootylicious  caboose  crack  cum  fat

### 1. booty
 **757** up, **133** down 

1. pirate treasure, plunder or other ill-gotten gains

2. butt, ass, specifically female posterior

3. sex, screwing

4. crap

1. Capt. Yellowbeard: "Split the booty, mates!"

2. Ike Turner: "Shake dat booty, woman! I said shake it! <slap>"

3. Capt. Yellowbeard again: "Split the booty, mates."

4. Vanilla Ice: "What does it mean that my career was "booty". I've never heard that one."

by  MC Lucidious Mo\'nashiss  Apr 18, 2003  email it

### booty images



1/2 of a White Girl Booty

  1 of 23  

### 2. booty
**366** up, **90** down

Another word for ass

*good god she has a nice booty*

by anonymous Oct 19, 2001 email it

### 3. booty  159 up, 50 down

a girls ass, only if its phat.

*guy1: damn look at that niiice booty*
*guy2: ima tap that ass tonight*

by . . . . . . . . . . . . . . May 7, 2005 email it

### 4. booty  139 up, 62 down

A part of the body where the thighs meet. If's it's really big, it's often attractive.

*I like really big booties.*

by Eddy Dec 23, 2003 email it

### 5. booty  137 up, 68 down

Pirates used this word to describe treasure.

*Arr, mateys, claim the booty!*

by Will Jan 25, 2004 email it

### 6. booty  101 up, 37 down

Approximetely 1/3 of what rappers see in chicks. The other 2/3:
Breasts
Body

*Shes got one fine booty! And a great body! And huge racks! She's the whole package, yo!*

by Zach G. Nov 12, 2003 email it

### 7. booty  139 up, 87 down

Nice,soft back of a girl or boy.
Often gets touched by people who are obviously addicted to it.
A perfect booty is also perfect for shaking.

However, a FAT behind doesn't count as booty.

*Guy A:"Wow Elena has such a great booty"*
*Guy B:"Yeah, I would like to ass rape her"*

by Bari & Cartgass Mar 31, 2005 email it

### 8. Booty  83 up, 39 down

Another name for an ass.

*Shake your booty tonight on the dance floor.*

by PJesus Sep 15, 2004 email it

### 9. booty  82 up, 65 down

# urban DICTIONARY

cock [search]

*a slang dictionary with your definitions. Define your world.*

browse | add | edit | book | press | daily email | tools | newest

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z # random

CN  CO  CP  CQ

coche
cochechuanalana
cochese
Cochese Jackson
cochin
cochina
cochinalatina
coching
cochini
cochino
cochis
cochise
cochita
cochlin
Cocho
cochofle
cochon
Cochran Tree
Cochrane, Ontario
COCINA

**cock**

cock & hen
Cock 'n Ballz
cock 'n' balls
cock 'n' rocks
Cock a ass
cock a doodle poo
Cock A Doodle Snooze
cock a lock
Cock Accusor
cock anchor
Cock and Ass
cock and balls
cock and bull
cock and bum fun
cock and load
cock angler
cock appeal
cock arm
cock ass
cock ass bum dick shit fuck
cock assist
cock astronaut
cock awesome
Cock Bag
cock bagel
cock bagger
cock bait
cock bake
cock balls
cock baloon

**cock** 7 sounds  penis  dick  wang  schlong  sex  balls  pussy  ass  dong  willy  johnson  prick  vagina  cunt  fuck  gay  boner  weiner  cum  pecker  rod  shit  bitch  knob  shlong  slut  blowjob  asshole  fag  wanker  shaft  twat  suck  whore  blow job  erection  head  homo  anal  member  wiener  chode  meat  phallus  anus  cocksucker  sausage  faggot  fart  queef

1. **cock**   1340 up, 208 down 

The male reproductive organ. Used as a secondairy brain at times.

*Before I stuck my rough, bent-up COCK into her vagina, I was certain that I would hit her G-spot on every thrust.*

by  MrRoughBentUp  Jul 25, 2003  email it



**cock** images



Year O Cock 2005

◀ 1 of 4 ▶

2. **Cock**   580 up, 108 down 

1. A rooster living on a farm, or anywhere.
2. another word for penis

*1. Sam, look at that red cock!*
*1. Sam, look at that enormous cock!*

by  Ness  Sep 12, 2004  email it

3. **cock**   530 up, 182 down 

(1) the best goddamn thing in the word. If I could, I'd ride one all day long.

*Cocks feel so great in my pussy*

by  glamour gurl  Apr 15, 2005  email it

4. **cock**   482 up, 166 down

a large animal which inhabits mens pants sometimes hairy with one eye.

*cricky... look at that cock*

by T-shizzle Dec 20, 2003 email it

---

5. **cock**  526 up, 251 down

George W. Bush, also see bush, village idiot, and alcoholic

*That cock just declared war on canada.*

by CaptainAnarchy Dec 14, 2003 email it

---

6. **cock**  289 up, 111 down

An extremely over-confident male who acts like he knows everthing just because he THINKS he has a lot in the pants... the type of guy who never gets any.

*a cock would say thinks like, "what would you guys do without me?" and "i'm so big i have to tape it to my leg"*

by tanya Apr 12, 2004 email it

---

7. **Cock** 253 up, 129 down

Noun:
1.
A rooster.

*My rooster is 7 inches long.*

by Jeydehn Nov 27, 2004 email it

---

8. **cock**  200 up, 103 down

male genitalia, penis, one eyed snake, thing that shoots sperm, between a man's leg's, used to pregnate a woman, some people put condoms on them, fells good when sucked on, could be used to define a male chicken.

*What flavor was it?*
*Big Juicy COCK!!!!*
*Thank you Big Johnson.*
*MOTHERS ASS!!!!*

by J and S Nov 29, 2003 email it

---

9. **Cock**  256 up, 160 down

What I love to suck.

*MMmm cock is good in my throat.*

by Ben Gardner Jun 29, 2003 email it

---

10. **Cock**  220 up, 141 down

The male reproductive organs used in fucking.

*Can I suck your cock?*

**urban DICTIONARY** — teabagging [search]

Bored of a dictionary with your definitions. Define your world.

browse | add | edit | book | press | daily email | tools | newest

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z # random

TD TE TF TG

- tea-bagging
- Tea-drinkin Mothafucka
- Tea-ferret
- Tea-Girl
- tea-leaf
- tea-sip
- tea-towel holder
- tea4l
- Teabag
- teabag and crumpets
- teabag and sandwich
- teabag dunk
- Teabag Rape
- teabag'd!
- teabag/covert teabag
- teabagees
- teabagg
- teabagged
- teabagger
- Teabaggin
- **teabagging**
- teabags
- Teabegger
- teabos
- Teaboy
- teac
- Teacake
- teach
- Teach For America
- teach you how to stunt
- teacha
- Teacher
- teacher arms
- teacher ass
- Teacher's "We"
- Teacher's pet
- teachers
- teachers pet
- Teachers' Arm
- teaching
- teaching grandma to suck eggs
- Teaching his goldfish how to whistle
- teaching sweater
- teaching the one eyed chinaman how to dance
- teacosy
- Teacup
- teacupping
- Teacups In Flowerland
- Teafee
- teafragging
- teag

teabagging  sound  teabag  balls  tea bag  scrotum  tea  head  oral sex  sex  frag  teabagged  testicles

### 1. teabagging
 668 up, 71 down

To have a man insert his scrotum into another person's mouth in the fashion of a teabag into a mug with an up/down (in/out) motion.

*Man: Let's teabag!*
*Your Daughter: Okay!*

by anonymous Nov 6, 2002  email it

### 2. teabagging
205 up, 54 down

v. To lower one's scrotum into another's mouth.

*Person 1: I want to try teabagging.*
*Person 2: You mean, you want ME to try teabagging...*

by The Grammar Nazi  Dec 19, 2001  email it

### 3. teabagging
98 up, 30 down

the insertion of one man's sack into another person's mouth. Used a practical joke or prank, when performed on someone who is asleep, or as a sexual act.

*At the frat house last night, when Tim was wasted an down on the floor, he got teabagged by, like, ten guys!*

*Me and Jen were teabagging last night when her mom walked in. Awkward.*

tags  sackbagging  dipping

by Bondi dc Jan 29, 2006  email it

### 4. teabagging
95 up, 63 down

A term heavily used in the first-person shooter multiplayer online game "Battlefield 2." Teabagging is referred as, upon a successful kill of another player, crouching over the head of the victim's dead body as they lay on their back (dead); and doing so repeatedly in a "teabagging" motion. This act is to shame and humiliate the victim player, and usually incites anger and violence. This act is not unlike dances performed by football players after a touchdown.

*"John began teabagging Jane after his hand grenade blew up next to her head; this angered Jane greatly."*

tags  related words:  shaming  humiliation  screwed  exploited  victorious

by Joenathan USA Dec 19, 2005  email it





### 5. teabagging
9 up, 7 down

Gyrating your nude scrotum against someone's face <u>preferably when they're asleep</u> so that the testes slap the face.

*He woke up fast after his teabagging by Joe!*

tags  old faceful   ballbo baggins   weeny whacked

by  artfully dodging  michigan Jul 22, 2006   email it

### 6. teabagging
 1 up, 3 down

to insert the ballsack into a fine ass girls mouth

*Johnny was teabagging sally when she was asleep. She woke up and literally bite them off.*

tags  mouth   fine   girl   yes

by  i fuck girls  up a fine girls ass  Aug 19, 2006   email it

### 7. teabagging
 355 up, 420 down 

Putting a bag of tea into hot water.

by  AC  Oct 15, 2002   email it

home | add | edit | wall | book | press | daily email | ads | tools | newest

Urban Dictionary is not appropriate for all audiences. ©1999-2006. terms of service | feedback | tools | rss

**urban DICTIONARY**

pearl necklace | search

add to the dictionary with your definitions. Define your world.

browse | add | edit | book | press | daily email | tools | newest

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z # random

PD PE PF PG

Pearl
pearl diver
pearl diving
Pearl Drops
Pearl Drums
pearl earring
pearl earrings
pearl fabric
pearl fisher
Pearl Girl
Pearl Harbor
Pearl Harbor Sneak Attack
Pearl Harbored
pearl harbour
Pearl Islands
Pearl Jam
Pearl Jam 97
pearl jobs
Pearl Monacle
pearl moustache
**pearl necklace**
pearl neckless
Pearl nosering
pearl panther
Pearl Quartz
Pearl Railroad
Pearl River
pearl sak
Pearl SPAM
pearl squirter
pearl suit
pearl tear
Pearl Tongue
Pearl Vision
pearl'd
pearland
pearled
pearler
Pearlie Necklace
pearling
pearljoy
pearlman
pearlnecklace
Pearls
pearly
pearly gates
pearlygirl
pearlyzed
Pearmanchi
pearnism
Pearoast

**pearl necklace** sound cum facial jizz sex titty fuck cumshot dirty sanchez semen cum shot ejaculate money shot blowjob bust a nut penis tits whore anal baby batter bukkake catholic cleveland steamer dick cheney ejaculation fellatio glazing hot karl load masturbation nut oral sex pearl pearl girl pearl jam pearl'd reverse rosary skeet sperm titfuck titty fucking tittyfuck zz top



1. **pearl necklace**      928 up, 160 down

the glorious culmination of tit-fucking, in which you blow your nuts out all over a girl's tits, shoulders, neck, and, with any luck, chin. one of the highest expressions of love and affection bestowable upon a woman by a man.

*Dashing Gent: Hey, I bet you'd look good in a "pearl necklace."*

*Big-Titted Dreamboat: Why, yes, I supposed you're right. Why don't you come on over to my place and baste my torpedo tits and elegant neck with your steaming hot man goo?*

by tit obsessed wankophile  Feb 28, 2003  email it

2. **pearl necklace**      461 up, 64 down

when a man shoots his load around a womans neck area (thus resembling a necklace) after wanking off over her, between her tits or getting sucked off. then she pretends to enjoy it but only cos it's better than getting the load in the mouth.

*he gave me a pearl necklace, it was a narrow escape!*

by purl neck-lace  Oct 7, 2003  email it



3. **pearl necklace**      189 up, 51 down

The passionate result of a man wanking onto his lover's upper chest, neck and shoulders. Also the most wonderfully affectionate (and affordable) gift for a husband to bestow upon his wife on their wedding night.

*Benny and Betty weren't rich by any means, but Benny loved to spoil his wife by giving her a pearl necklace whenever he could. Betty was generally appreciative, although not when Benny unexpectedly misfires and shoots her in the eye instead.*

by Reginald Barrington  Jul 28, 2004  email it

4. **Pearl Necklace**      116 up, 49 down

the act of blowing your load directly at a woman's neck, aiming it perfectly center so the white juice flows down both sides of her neck, creating what looks like a 'pearl necklace'

*Yo, I gave my girl a pearl necklace for Valentine's Day.*

by Jake Smith  Feb 16, 2003  email it

5. **pearl necklace**  61 up, 41 down 

When a guy cums all over a girls tits, the glistening droplets simulate the appearance of a pearl necklace around her neck. i.e. "I pulled out at the last minute and gave her a pearl necklace."

*i.e. "I pulled out at the last minute and gave her a pearl necklace."*

by Withnail  Feb 5, 2004  email it

6. **pearl necklace**  54 up, 38 down 

when you are titty fucking or getting a blow job and you cum, obviously not in the chicks mouth but on her chest and neck. it drips down the side and creates something looking like a pearl necklace made of cum.

*"i hope he enjoyed it...i had to clean up that damn pearl necklace"*

by mandy  Mar 31, 2005  email it

7. **pearl necklace**  54 up, 44 down 

the act of ejaculating semen onto your partner's neck, they then appear to be wearing something that resembles a pearl necklace.

*"dude, i was like totally screwing this chick and she asked me to give her a pearl necklace"*

by jiggamon  Jan 15, 2003  email it

8. **pearl necklace**  13 up, 8 down 

when a guy cums on the girls neck making it look like a pearl necklace

*last night i gave my girlfriend a pearl necklace*

tags  jizz tags   necklaces   custom jizz   jizz circle   chain jizz

by big-nick ND  Jun 13, 2006  email it

9. **pearl necklace**  7 up, 6 down 

the ring of cum around a girl's neck after a good titty fucking

*after i 89d that slut she had a huge pearl necklace*

tags  89

by liquidsparanoia sopo  Jul 27, 2006  email it

10. **pearl necklace**  47 up, 47 down

Descriptive of the glistening deposit on a female's upper chest immediately following the climax of a successful titwank.

*See that slapper over there? I gave her a pearl necklace last night.*

by titwanker  Apr 10, 2003  email it