# EXHIBIT 16, CONT.





browse | add | edit | book | press | daily email | tools | newest

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  #  random

SZ  TA  TB  TC

tailhole
tailigation
tailin' it
Tailless Raccoon
taillights
Tailor
Tailor some1
tailor wilson
tailormade
tailpipe
tails
Tails Doll
tailwind
Taimatsu
taime downe
Taimoor
Tain
Tain't
Tainerpuppy
Taino
**taint**
taint block
taint brush
taint cheese
Taint District
taint eater
Taint Fucking
taint gruff
taint juice
Taint Lick
taint licker
Taint Logger
taint master
taint meat
taint paint
taint painting
Taint Pirate
Taint Poacher
taint punch
taint rake
taint roller
taint rub
taint saint
taint saw
Taint Scraper
taint slap
taint sweat
taint thinner
taint tickler
taint traveller
taint weasel

**taint** sound  gooch  grundle  choad  chode  anus  ass  balls  durf  vagina
pussy  asshole  grundel  perineum  scrotum  choda  dingleberry  tant  biffins
bridge  anal  cunt  derf  guch  nacho  penis  sack  shocker  taint rake
testicles  abc  ball sweat  banus  bonch  boning  butthole  cock  crap  crotch
dick  dirty sanchez  douchebag  duck butter  eating out  fromunda  greek
surprise  hairy  hole bridge  nasty  nifkin  no mans land  nutsack

## 1.  **taint**

 **644** up, **144** down

The area between the nutsack and asshole that prevent a man from
shitting on his nuts. See durf.

*If it wasn't for the taint, my nuts would reek of poo!*

by Jesus  Sep 16, 2003  email it

### **taint** images



  

hes confused me once
again

1 of 3

## 2.  **Taint**

 **354** up, **81** down

't aint quite your arse and 't aint quite your bollocks it that bit in between

*Pass me that cactus.... i have an itchy taint*

by Stuart_The_man_you_love_to_hate  Nov 14, 2003  email it

## 3.  **taint**

**241** up, **31** down

the perineum - the area betwwen the genitals and anus, male or female,
although the term is said to orginate from the saying "It ain't pussy and
t'aint ass..."

*A hairy taint is a blivet hazard*

by H R Boyle  Jan 20, 2005  email it

## 4.  **taint**

**180** up, **67** down

In french it is known as the Taint and the Souix Indian Tribe effectionately called it the fleshy fun bridge

*Gold bond feels good on a sweaty chode!!!*

by Sugar Jones  Mar 19, 2005  email it

---

### 6.  Chode

 **403** up, **274** down

The piece of skin between the balls and ass.

*He pissed me off so I kicked him in the chode.*

by slick willy  Mar 3, 2005  email it

---

### 7.  chode

 **313** up, **213** down 

(n.)1. Male body part located between the scrotum and the anus.

(n.)2. Extremely lame guy.

*1. Lick my chode.*

*2. That guy is such a chode.*

by Jasmine Mestisa  Los Angeles  Jul 21, 2005  email it

---

### 8.  Chode

 **54** up, **44** down

A Chode is deifnitely a penis wider than it is long. Seriously, "gooch" and "taint" already exist as totally legit words. Chode is a great word used to describe a certain type of penis.

*Look at that chode. Can that even fit in a vagina? And it's only an inch long.*

tags peg
by Zak S  New York  Oct 12, 2005  email it

---

### 9.  Chode

 **82** up, **74** down 

It is the area between your scrotum and your arsehole.

*"Ewww that burger tastes like MC Hammer's chode on a hot day!"*

tags  often mistaken  for the defintion  that a penis that is wider  than it
is long  aka taint
by retard89  Kent, UK  Mar 1, 2006  email it

---

### 10.  chode

 **8** up, **2** down 

The area between a man's sack and his asshole.

*My boyfriend is very ticklish on his chode.*

tags  scrotum
by Feathers  Roanoke, VA  Jun 28, 2006  email it

---

**366** definitions:  1 | 2 | 3 | 4 | 5 | 6  next ▶

# uRbaN DICTIONARY

| | | chode | search |

Make the dictionary with your definitions. **Define your world**

browse | add | edit | book | press | daily email | tools | newest

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z # random

CG  CH  CI  CJ

chodal
chodal warrior
Chodalatio
chodalicious
chodaltastic
chodamunk
chodan
chodarama
chodastic bitch
chodawater
Choday
chodbin
chodd
chodda
Choddalicious
chodder
choddie
Choddle
choddocks
choddy

**chode**

chode banger
chode biscuit
chode block
Chode Bomber
Chode Boobs
Chode Boson
Chode Bowler
chode bumper
chode bunny
chode burglar
Chode Burn
chode butter
chode cactus
chode cheese
Chode choker
chode chomper
chode comb
Chode Cone
chode eater
chode elf
chode face
Chode Faughn
chode fight
chode flap
chode gulpers
chode inn
chode legs
chode master
Chode Master General
Chode Mcmuffin

**chode** 13 sounds penis gooch dick choad taint grundle cock asshole balls ass schlong vagina perineum small wang bitch choda cunt dong durf grundel johnson mung nacho prick slut anal anus chod derf fag flode fly the space ship through the r gay guch jew moron muffin poop pussy sex short testicles bench bush chode boobs chode smuggler chode squad chode-aphrodite chodes

Ads by Google

**Activate your Brain & IQ**
Lab proven to amplify IQ, brain functions & intelligence. It's easy
www.iMusicSeries.com

**Only For Smart People**
A New Tip Every Day! Boost Your IQ and Brain Function
smart-kit.com

**Increase Iq**
Find great deals and save! Compare products, prices & stores.
www.Shopping.com

**Increase Surveys**
We'll pay you $75 right now to complete a simple survey! (aff)
PaidSurveysOnline.com

## 1. Chode

2469 up, 1394 down

I don't know where most of you got your fucking definitions for this word, but the Chode has nothing to do with a short or fat penis. It is a synonym of "taint" and "gooch". It is the area between your sac and your asshole. Why would you create a definition for something that doesn't exist, you morons?

*"Last night, you mom tongued my chode."*

by Zaq  Nov 30, 2004  email it

## 2. Chode

1972 up, 1490 down

A penis wider than it is long

*My boyfriend wanted a hand-job but i couldn't get a good grip because he had a chode.*

by kooli  Dec 9, 2002  email it

## 3. Chode

1032 up, 690 down

a chode is a bunch of people that sit around and argue over the definition of the word chode

by doober  Jun 12, 2003  email it

## 4. chode

794 up, 477 down

1) the skin between your balls and your asshole
2) a stupid person who does stupid things

*1) "dude, my gf licked my chode last night"*
*2) "tara is such a chode sometimes"*

by Crissy  Apr 24, 2004  email it

## 5. chode

561 up, 334 down

The area between your srotum and rectum... from the mid 1800's when this was thought to be a muscle. In 1879, it first showed up in medical books as Chodimus Maximus, and was later shortened to Chode in 1903. In 1920 it was discovered to actually not be a muscle, but the name stuck!!!

Case 2:98-cv-05591-LR    Document 292-26    Filed 09/07/06    Page 5 of 21

senses that their partner (what ever their sex) is achieving a climax, the rear partner will strike, with less than lethal force, the back of the head of the partner in front, giving added intensity of the mind boggling climax, and usually ending an other wise dangerous relationship.

*I heard he caused his divorce by Donkey Punching his ol' lady.*

by jrh5356 Apr 15, 2005 email it

## 5. Donkey Punch

 188 up, 139 down 

Punching someone in the back of the head may lead to serious brain damage and even death.

Donkey punching involves the male punching the sexual partner in the back of the head during anal or vaginal sex prior to orgasm, to provoke a shock causing the vaginal or anal muscles to contract around the male's penis.

The move can be prosecuted as sexual assault and even rape in the case of surprise anal penetration.

*-"YES YES"*
*<Donkey Punch>*
*-"AAAAARGH!!!"*
*-&qu ot;Ooooh, that feels so good!!! Isn't it love? ...Love? hello? Are you okay? .... aaaaaargh!!!! Love?? Wake up!!!! Aaaaaargh!!!"*

by Harrythepotter homelandth Sep 1, 2005 email it

## 6. donkey punch

 5 up, 11 down 

an urban legend that holds that if you have vaginal or anal sex with a woman (or anal sex with a man) and punch him/her in the back of the head, it will somehow cause the vaginal/anal muscles to contract. this is medically impossible, but widely circulated among 12 year old boys and those that share their general level of maturity and/or a chauvanist animosity towards women. the only garanteed result of a donkey punch is an immediate end to your sex life and/or getting your ass kicked physically or in court.

*"when you break up with your girlfriend, you should give her a donkey punch!"*

tags sexism chauvanists feminism fucking urban legend
by hels bels chicago Jul 19, 2006 email it

## 7. donkey punch

 19 up, 31 down 

# uRBan DICTIONARY

| | donkey punch | search |

a slang dictionary with your definitions. Define your world.

browse | add | edit | book | press | daily email | tools | newest

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  #  random

DN  DO  DP  DQ

donkey laugh
donkey leg
donkey licker
donkey line
Donkey Lip
donkey lips
donkey love
Donkey Lover
donkey mobile
donkey nickels
Donkey nuts
donkey on a waffle
Donkey on the ledge
donkey p
donkey peanuts
donkey penis
donkey poop
donkey porker
donkey porn
donkey puch
**donkey punch**
donkey punch a nigga
donkey punch!
donkey punch, donkey
  punched
donkey punch-[donki
  punsh] v.
donkey punche
donkey punched
Donkey Puncher
donkey punching
donkey raper
donkey raping shit
  eater
donkey raping
  shit-eater
donkey raping
  shiteater
donkey rapist
donkey rapping shit
  eater
Donkey raving ass
  monger
donkey roll
Donkey Root
Donkey Sanchez
donkey sandwich
Donkey Shenanigans
donkey shit
donkey shlong
donkey show
donkey slam
donkey slap
donkey slayer
donkey slut
donkey smack
donkey sniffer
Donkey Stench

**donkey punch** 3 sounds  dirty sanchez  anal  cleveland steamer  sex  hot carl  doggy style  tony danza  angry dragon  pink sock  rusty trombone  abe lincoln  anal sex  hot lunch  cum  donkey kick  fisting  houdini  punch  skeet  strawberry shortcake  bitch slap  blumpkin  cock  dirty comanche  donkey  golden shower  tea bag  alligator fuckhouse  anus  arabian goggles  balls  banana split  bitch  blow job  camel kick  chewbacha  chili dog  cleavland  steamer  cock blizzard  danny glover  dick  donkey sanchez  drunk  fisheye  fuck  honky tonk  horny  hudini  jelly donut  jelly doughnut

## 1. Donkey Punch     1874 up, 198 down

The Donkey Punch is when your engaged in anal sex and when your about to ejaculate you punch the poor little lady in the back of the head so her anal cavity tightens making the orgasm all that more better (for you ofcourse).

*I donkey punched Meredith last night, and It was awesome*

by  Mh  Feb 17, 2005  email it

## 2. donkey punch     558 up, 180 down

A sleazy sex move in which while the guy is taking the girl anally he punches her in the back of the head, making her ass or vagina contract.

*Kevin donkey punched me. What a fucking sleazebag!*

by  Sheck  Feb 26, 2005  email it

## 3. Donkey Punch     455 up, 114 down

Verb. Noun.

Whilst participating in either vaginal or anal 'doggy style' intercourse, during the instant before the male ejaculates, the penis is inserted (or kept) in the female's anus, at which point he delivers a swift punch to the back of the female's cranium. This results in the simultaneous contraction of the anal sphincter and various other muscles in the female, thus producing a tremendous sensation for the male. However, for the technique to render successful, the receiving party must be knocked utterly unconscious.

*"I was banging this one night and I donkey punched the bitch so hard she passed out!"*
*"What happened after that?"*
*"I fell asleep. What else?"*
*"Hear hear! Bravo!"*

by  Shane and Ryan  Waterloo Sep 11, 2005  email it

## 4. donkey punch     168 up, 94 down

1) While engaged in the act of copulation in the canine position or doggy style, and the male (or female with a strap on dildo) in the rear position



Case 2:98-cv-05591-LR    Document 292-26    Filed 09/07/06    Page 7 of 21

A Cleveland Steamer is one of two acts that are similar for the scatalogically inclined. One is a crude sex act the other a crude break up technique. Both are the same thing.

1. You take a dump on a lovers chest while or before titty fucking (if that partner is a female.) Generally for the cacaphile only or as a domination and humiliation tool in BDSM games. See also Brown Showers. The steamer part is that it is very probably steaming from the freshness (Moisture rising from it) not to do with "steamrolling" it. Then it would have been called a "Cleveland Steamroller". It is probably named after Cleveland (Lucky us Clevelanders) because of the brown stripe left behind resembling the brown stripe on the orange Cleveland Browns Football Helmet. If you squish it down and then you spooge on it for syrup it becomes a "Boston Pancake". Don't know the origin of Boston in refernce to that act.

2. Often used as a breakup technique for angry lovers to wait till the other is asleep and dumping on their chest and leaving them to wake in it the morning after. Point made. Sexual intercourse isn't necessary beforehand technically. It is only for extra points with your pals since you obviously are only pretending to be making up and having sex to achieve this goal and are tricking the other person to get even. Usually done without knowledge of the victim if the "pooper" wants to escape alive.

*Tom wanted to break up with Sally after their last fight and he made his point to her by dropping her a Cleveland Steamer and leaving the bedroom.*

tags  cleveland steamer  scatology  break ups  bdsm  humiliation  human toilet
by  BFitz99  Cleveland  Mar 22, 2006  email it

## 5. cleveland steamer

 **26 up, 30 down**

the procedure of one sexual partner (man or woman) taking a shit on the chest area of the other partner (man or woman).

*That cleveland steamer you gave me last night was extra hot, i can still feel the steam from under the sheets last night.*

tags  wraparound charlie  pogo stick  sauerkraut  triple horn threat
by  Angela Lopez  Naples  Apr 18, 2006  email it

## 6. cleveland steamer

 **7 up, 16 down**

The act of making sweet love to a woman, waiting until she goes to sleep, defecating on her chest, taking a five dollar bill from her purse and then bolting from the area.

*She was complaining to her friends that she had gone to bed with a new man and awakened to a large fresh pile of feces on her chest and that five dollars missing from her purse. Her friends were barely able to contain their laughter as they informed her that he had been the recipient of the mythical cleveland steamer.*

# uRBaN DICTIONARY

| cleveland steamer | search |

Mashup dictionary with your definitions. Define your world

browse | add | edit | book | press | daily email | tools | newest

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  #  random

CK   CL   CM   CN

cleveland bow tie
cleveland broth
Cleveland Brown
cleveland browning
Cleveland Browns
Cleveland Bukkake
 Special
Cleveland Cavaliers
Cleveland Freezer
Cleveland Fudge Sicle
Cleveland Hurricane
Cleveland Indians
cleveland lapdance
Cleveland Punk
Cleveland Rewind
Cleveland Shower
Cleveland Snowplow
Cleveland Steam
 Engine Mini
Cleveland Steamball
Cleveland Steamboat
Cleveland Steamclean

**cleveland steamer**

cleveland steamer
 receiver
Cleveland Steamer
 with reverse teabag
cleveland steamers
Cleveland Steamroller
Cleveland steamroom
cleveland stever
cleveland tornado
cleveland's front line
Cleveland, OH
Cleveland, TN
clever
Clever Butcher
clever cloggs
clever dan
clever hover
clever pill
Clever Trousers
cleverage
cleverclogs
cleverhans
Clevery
clevland steamer
clevland steamroller
Clevy
clew
clewb
clewgarnet
clewis
clex
cleyrat

**cleveland steamer** sound  hot carl  dirty sanchez  shit  donkey punch  hot karl  poop  hot lunch  chili dog  sex  blumpkin  steamer  cincinnati bowtie  dump  fetish  rusty trombone  scat  tea bag  teabag  angry dragon  chili  cleaveland steamer  cleveland  feces  lennart  oral  pasadena mudslide  pink sock  poo  tony danza  abe lincoln  alabama hot pocket  anal  angry pirate  arabian goggles  boston pancake  boston steamer  chilli dog  cincinatti bowtie  cincinnati hotplate  cleavland steamer  crap  danny glover  dick  dirty  face  fecal  fecal matter  golden shower  hawaiian muscle fuck  hot plate



## 1. Cleveland Steamer

🖐 **1307** up, **134** down 🖐

The cleveland steamer is far more specific than the listings I have seen here. A sexual act by nature (fetish) the cleveland steamer is when one person craps on another person's chest and (very important) then sits down and rocks back and forth like a steam roller.

*Billy had just gotten out of the shower, so me and John gave min a cleveland steamer.*

by admin@jordantate.com  Oct 6, 2004  email it

## 2. Cleveland Steamer

🖐 **428** up, **224** down 🖐

(N)a.)The act of dropping stink nuggets on someones chest before during or after sex (can be used as a punishment, break up tactic or fetish act)
b.)a way of telling your kids that you hate them

*My girl friend calls me the cleveland steamroller*

by FIRSTCAVY  Jan 19, 2004  email it

## 3. cleveland steamer

🖐 **181** up, **109** down 🖐

the act of taking a doo-doo on your partners chest either during sex(usually titty fucking) or after he/she has fallen asleep. You then proceed to roll around and flatten the doo-doo pie out like a steamroller. Usually after this you want to run away.

*i was afraid of breaking up with Jen face to face, so i gave her a cleveland steamroller after she fell asleep and ditched.*

by Nick Nicholson  Apr 20, 2005  email it

## 4. Cleveland Steamer

🖐 **63** up, **26** down 🖐

by Jamesknapper MASS Sep 14, 2005 email it

## 5. frottage
  12 up, 5 down

The act of humping another person through both of your clothing. Often used by lesbian lovers as well as straight people at clubs.

*"Hey Jim, did you go to the club last night?"*
*"Yeah, I was overwhelmed by frottage, everyone was so horny!"*

by --Meatwad-- Nov 22, 2004 email it

## 6. frottage
  8 up, 2 down

The sacred 'art' of Frot or Frotting.

*The practice of Frottage has become popular due to the increasing public awareness of STD's and increasing overcrowding of public transport.*

by GTOld KL Jun 1, 2005 email it

## 7. frottage
  9 up, 15 down

dry humping cock rubbing etc

*the woman did not enjoy the frottage on the tube.*

by Jeff Boon Feb 15, 2005 email it

## 8. frottage
  13 up, 28 down

Deriving sexual pleasure from rubbing your genitals against an unwilling person or an inanimate object

Source: DSM-II

*After frottaging her telephone for the 5th time that day, Debra decided it was time for professional intervention.*

by Meegan Apr 16, 2004 email it

home | add | edit | wall | book | press | daily email | ads | tools | newest

Urban Dictionary is not appropriate for all audiences. ©1999-2006. terms of service | feedback | tools | rss



**urban DICTIONARY**

frottage   | search

browse | add | edit | book | press | daily email | tools | newest

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z # random

FQ   FR   FS   FT

Frotch
frotch on wheels
froteurism
Froth
frothed
frothgar
frothing
frothing at the crotch
frothing at the gash
frothing walrus
Frothkin
frothulent
frothy
frothy bloat
frothy hooker
Frothy Walrus
Frothy Whale
frothylips
froto
FROTOLICIOUS
**frottage**
frottage cheese
frottege
Frotter
frotteur
frotteurist
frotting
Frotting Minkle
frotum
Frotzel
frou
frou frou
froud
froufrou
froulette
froum monkey
froust
frousty
frousy
Frove
frow
frowd
frowdeck
frowdy
Frowear
Frowie
frowl
frown syndrome
frownage
frowner
frownies

frottage   frot

### 1. frottage

66 up, 8 down

frot, tribadism, dry humping, or any other no-penetration body grinding done with or without clothes in public or in private

*Oh the delicious frottage! I'm still tender all over.*

by annonymous   Jul 10, 2004   email it

## frottage images



Becky and Sarah perform a little frottage while dancing.

### 2. frottage

37 up, 4 down

To induce a sexual pleasure by applying one's body to another's. The process may occur in an undulating motion or during general perambulation. The process is especially popular at music concerts and at night clubs see moshing.

Frottage is often referred to as Dry Humping.

by 609online   Sep 22, 2003   email it

### 3. frottage

26 up, 13 down

to rub your clothed body against another person for sexual pleasure, without their knowledge

*I was on the train and it was packed and I was able to frottage myself senseless from London to Sheffield*

by Alphakennywun   Feb 18, 2003   email it

### 4. Frottage

32 up, 25 down

Rubbing the cock with another cock to blow a wad. It usually ends up in a big ole mess of cum.

*Are you into Frottage?*



Case 2:98-cv-05591-LR   Document 292-26   Filed 09/07/06   Page 11 of 21

## 5. **santorum**   **188** up, **116** down

1. A closet case who will help keep theocracy in power in the USA and spread the crusade worldwide.

2. A mixture of feces, KY and pretty boy closet case huckster drool.

*There are two theocracies left in the world: Iran and the USA. Christofascists unite! Homo sex is abomination in bible -- immediately before the next "abomination," touching the skin of a dead pig. Down with fags and down with the Superbowl! Vote Santorum!*

by  Fascistophobe  Mar 19, 2005  email it

## 6. **santorum**   **94** up, **49** down

Term coined by San Francisco columnist Dan Savage for the "frothy mixture of lubricant and fecal matter resulting from anal intercourse."

*It's a wonder that Rick Santorum hasn't sued Dan Savage for making up the term "santorum" - but he probably doesn't want the kind of publicity that would result.*

tags  anal retentive  theocrat  repression  anti-sex league  conservative

by  Skip Mendler  Honesdale PA Jan 26, 2006  email it

## 7. **santorum**   **97** up, **134** down

see Zamboni's definition

*Did you see the santorum wet spot on Cheney's slacks at the inaguration ball?*

by  Jackie Treehorn  Apr 14, 2005  email it

## 8. **santorum**   **130** up, **178** down

1. the frothy mixture of lube and fecal matter that is often the result of anal sex.

*ew.. dude... i cant belive you and ur homo boyfriend just got santorum on my bed... sickk...*

by  Britt  Dec 23, 2004  email it

## 9. **santorum**   **65** up, **178** down

santorum
Goddammit, my bi boyfriend got santorum all over my sheets AGAIN!
That does it, no more strap-on for him!
Source: this is still Black Kat, us, May 7, 2005

*I just have to comment on one thing with this, since I just noticed it...I don't use God's name in vain. When impersonating me, at least make it believable. It makes it more interesting.*

by  this is still Black Kat  us May 9, 2005  email it

home | add | edit | wall | book | press | daily email | ads | tools | newest



# urban DICTIONARY

| santorum | search |

the slang dictionary with your definitions. **Define your world.**

browse | add | edit | book | press | daily email | tools | newest

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  #  random

RZ  SA  SB  SC

Santa_Owns
sante
santee
santeria
Santharia
santi
santiago
santiago middle school
Santigre
Santina
Santinian
santino
Santita
santje
santo
Santô-Ryu
Santoki
santonio
Santoor
santorium

**santorum**

Santorumize
santosdgm
santosed
Santosh
Santtu
Santtu Kohonen
santu
santucho
santulli
Santy
santy - anny's leg
sanubar
Sanuistatusmensanatior
sanvick
sanxy
Sanya Thomas
sanz
sanzo
sao
saoirse
Saosin
saot
Saotome
Saotome-Tendo Dojo
Saouce
sap
Sap and gloria
sap hard
Sap of Sappers
sapa

santorum  anal  napoli  ass  butt  cum  lube  rape  senator  shart  shit

## 1. santorum

 1920 up, 128 down

The sometimes frothy, usually slimy, amalgam of lubricant, stray fecal matter, and ejaculate that leaks out of the receiving partner's anus after a session of anal intercourse. Named, by popular demand and usage, after legislator Rick Santorum because of his homophobic political statements.

*"That move was about as slick as santorum!"*

by  Bohica Zamboni  Nov 27, 2003  email it

## 2. santorum

 754 up, 64 down 

1. That frothy mixture of lube and fecal matter that is sometimes the by-product of anal sex.

2. Senator Rick Santorum (R-PA)

*As his happy cries subsided, the sweet sticky santorum began dribbling from his distended asshole like melted mocha frappuccino. He told me that he loved me. It was only then that I realized the man I'd sodomized in a Pittsburgh bathouse was noe other than Senator Rick Santorum (R-PA). I felt dirty.*

by  max  Dec 12, 2004  email it

## 3. santorum

 337 up, 57 down 

1) The frothy mixture of lube and fecal matter that is sometimes the byproduct of anal sex.

2) Anything resembling this.

*1) We like doing it in the bathtub so we can just wash away the santorum afterward.*

*2) A bartender came up with a drink called the Santorum shot, brown and frothy in appearance and deeeeelish.*

by  Hankley  Oct 20, 2004  email it

## 4. Santorum

 309 up, 43 down 

As defined by sex coulumnist Dan Savage, the mixture of lube and feces that is sometimes a side result of anal intercourse.

(From: Sen. Rick Sanctorum: R-Pensylvania)

*Baby, we got santorum all over the sheets again....*

by  Tommy Humphreys  Los Angeles, CA  May 27, 2005  email it

## 5.  **dirty sanchez**

 **4 up, 6 down**

A Dirty Sanchez is a Sexual act that is usually performed by White people typically Trailer trash. It is when a couple of the same or opposite sex engage in anal sex and the one who is giving it to the other in the ass will either take either his shit covered Dick or finger and make a shit mustache then calling it a dirty Sanchez because from a Caucasian point of view it might resemble a thin wispy Hispanic mustache.

*Chad and Lance were butt fucking each other all night long. Chad enjoys the smell of shit so he asked Lance if he can please give him a Dirty Sanchez.*

tags  sexual  names  fetish

by superbherb  Los Angeles  Jul 20, 2006   email it



## 6.  **dirty sanchez**

 **4 up, 7 down**

so your fucking a bitch in the ass. and sinse she did not show you the curtacy of whiping good enough, you give her back whats hers by whiping it on her uper lip, which gives her a dirty mexican mustache

*me and your mom..your mom comes out with a mustache..heehee, oh yea thats a dirty sanchez*

tags  butt sex  weiner  gay

by yeknod chazen  gangstaville  Jul 19, 2006   email it

## 7.  **dirty sanchez**

 **30 up, 70 down**

A sexual act that most commonly occurs when a couple is engaged in doggy style sex. The male (or participant that is "pitching") inserts a finger into the anus of the female (or "catcher") and then places the ass-scented finger under the nose of female, or catcher. It is not necessary to actually wipe fecal matter onto the upper lip, the aroma is sufficient.

*I asked Martha if she liked it like I do it, she said "not really" so I gave her a dirty sanchez.*

tags  anal play   dirty sex tricks   boredom in the bed   disgusting  poop delight

by Joshua K  Goshen, IN May 8, 2006  email it



## 8.  **Dirty Sanchez**

 **64 up, 110 down**

when a man is having anal sex with a girl when she has poop in her ass, he decides to take out is penis and rub the poop all over her upper lip. creating an authentic mexican stash

*Jear loves it up the ass, but when her boyfriend took it to the next level and gave her a dirty sanchez she asked him to marry her.*

tags  dirt

by  D Wint  portland maine Feb 7, 2006  email it

## 9.  **dirty sanchez**

 **7 up, 55 down**

Case 2:98-cv-05591-LR    Document 292-26    Filed 09/07/06    Page 14 of 21



# uRBan DICTIONARY

| | dirty sanchez | search |

browse | add | edit | book | press | daily email | tools | newest

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z # random

DH DI DJ DK

Dirty Rob Overman
dirty robert
dirty rodeo
Dirty Rodriguez
dirty rodruigez
Dirty Roman Ant-ony
dirty rosenstein
dirty Ross
dirty rosso
Dirty Rub
Dirty Rubs
Dirty Ruiz
Dirty Russian
Dirty Ruth
dirty ruthie
dirty ryan
dirty sacks of milk, fat
 and skin and some
 hair
Dirty Sailor
Dirty Samsel
dirty sanches
**dirty sanchez**
Dirty Sanchez (Der-ti
 San- chez)
dirty sanchez blocking
dirty sanchez with
 extra gravy
dirty sanchina
dirty sancho
dirty sanders
dirty sandwich
Dirty Sandy
Dirty Sandy Duncan
dirty sanjeev
dirty santa
dirty santana
Dirty Santos
Dirty Sascrouch
dirty schuler
Dirty Schultz
dirty scotsman
Dirty Seagull
dirty seats
Dirty Seth
Dirty Shahidi
dirty shanders
dirty shane
dirty sheep fucker
dirty shirt
dirty shit
Dirty Shlongy
dirty shower
dirty sick
dirty simon

**dirty sanchez** 7 sounds donkey punch cleveland steamer hot carl sex rusty trombone anal shit ass angry dragon hot lunch houdini pink sock dirty poop sanchez blumpkin shocker anal sex angry pirate chili dog golden shower hot karl cincinatti bowtie cincinnati bowtie doggy style moustache mustache pearl necklace pussy red dragon blow job cum fish hook mexican mushroom stamp scat abe lincoln bitch dirty cinnamon roll dirty ramirez dirty rodriguez dirty santos doggystyle fuck head hitler jizz mung penis period

## 1. Dirty Sanchez

 3909 up, 562 down

You guys are wrong, its when a man and a woman engage in anal sex, then the man takes his penis and rubs it on the girls upper lip leaving a moustache.

*After having anal sex, the man gave the woman a dirty sanchez.*

by H. Carl Aug 20, 2003 email it

## 2. Dirty Sanchez

 889 up, 216 down

after having anal sex, the man pulls out his penis and wipes it across his partners lip, forming an authentic looking mexican moustache.

*he gave her a dirty sanchez and she never had anal sex again.*

by frappe ny Aug 4, 2005 email it

## 3. Dirty Sanchez

 207 up, 75 down

It does not matter how you do it. It's a Fecal Mustache.

*Jane likes to give head, but Dick likes to give a Dirty Sanchez.*

tags adolf hitler brown frown get out don't come back your dirty ha

by S.D.S Ohio Mar 20, 2006 email it

## 4. Dirty Sanchez

303 up, 176 down

NO, a Dirty Sanchez is performed when a male fingers a female's ass and wipes the reminants on the female's upper lip. What you referred to below, when a male inserts his penis in a female's ass then transfers the fecal matter from his penis to the female's upper lip is the Dirty Rodruiguez, the first cousin of the Dirty Sanchez. Don't feel bad though, they are commonly confused.

*The man's index finger was smelly after administering a dirty sanchez.*

tags dirty rodrulgez dirty rodrigez dirty sanches dirty sanchex your mom's fetish

by UnclePete123 El Paso, Texas Feb 27, 2006 email it

### 4. **Blumpkin**                           143 up, 36 down

The art of receiving a blowjob while dropping a load

*Tony K love to give mad blumpkins.*

by BigJoe14  Dec 7, 2004  email it

---

### 5. **blumpkin**                           72 up, 23 down

When a man receives <u>fellatio</u> while at the same time taking a massive dump. Known to increase pleasure of each seperate activity exponentially.

*Our boss was late to our weekly meeting because he was getting a blumpkin.*

by  Hairy Harry  Jan 19, 2005  email it

---

### 6. **blumpkin**                           61 up, 19 down

The delicately balanced art of getting your cock sucked while taking a dump.

*Morty made frequent trips to the office restroom, but never when the janitor who calls Costa Rica is there, because that janitor like to give Blumpkins.*

by  Von Hayes  Mar 9, 2005  email it

---

### 7. **blumpkin**                           39 up, 13 down

to recive a blowjob with defecating (taking a dump) The best of two worlds. This is universal, I can't believe it wasn't in here before!

*That New Jersey hooker gave me a blumpkin and a scorching case of genital warts for $3.62*

tags  to  recive  a  with
by  bread infection  home Oct 21, 2005  email it

---

### 8. **Blumpkin**                           48 up, 31 down

Head while taking a shit

*What Birdshit gave to Romeos In Lamphier's bathroom*

by anonymous  Jun 12, 2003  email it

---

### 9. **blumpkin**                           29 up, 20 down

The act of receiving a blow job and taking a dump on the toilet at the same time.

*Lenny Farinola propositioned every girl in the room for a blumpkin, the one sex act he has yet to master.*

by  Zac!  Secaucus May 2, 2005  email it

---

### 10. **blumpkin**                           32 up, 25 down

Ads by Goooooogle

**Slang Ringtones**
Available Now And
For Free. Send It
To Your Cell Phone
Now!
www.free-ringtones-now.

**Slang Ringtones**
14 Slang Ringtones
available. 100%
Free!
www.free-ringtones-4u.ne

**PirateMod's New
Classics**
Surrender the
Booty, Got Rum?
Pirate King, and
many more tees
www.piratemod.com

**Free Ringtones**
Get All Your
Favorite Songs For
your Cell Phone
Today
www.blinko.com

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  #  random

BK   BL   BM   BN

blume
blumenstetter
BLUMF
blumfkin
blumken
blumkin
blumonday
blump
Blump Crain
Blumpabration
Blumpcano
Blumpelstiltskins
Blumper
blumpest
blumpey
Blumpie
blumpkee
blumpken
blumpkeroni
Blumpkie

**blumpkin**

Blumpkin Backfire
Blumpkin Catcher
blumpkin chain
Blumpkin Decker
Blumpkin Double Duo
Blumpkin El Nino
Blumpkin extrodinaire
Blumpkin Flynt
Blumpkin Huricanrana
Blumpkin King
blumpkin lite
Blumpkin Man
Blumpkin Party
Blumpkin Pary
blumpkin pie
Blumpkin Progressive
blumpkin slave
blumpkin vagina
 platypus
blumpkin'
Blumpkin, The
Blumpkinbating
blumpkinesiology
blumpking
blumpkins
blumpky
blumpnasty
blumpo
Blumpsmash
blumpster
blumptastic

**blumpkin** sound shit reverse blumpkin blowjob fellatio brother blumpkin dirty sanchez poop cleveland steamer cunnilumpkin hot carl sex hot lunch toilet abe lincoln blump blumpkin pie blumpy country blumpkin kin trumpkin bloody blumpkin chain blumpkins dome donkey punch dump head oral poo reverse brother blumpkin rusty trombone atomic blumpkin atomic bomb bj blow job blumpkie blumpking blumpster crap cunnilingus defecation double dumpkin dumpkin fag fart female blumpkin gay golden shower herbie houdini

## 1. **blumpkin**                        738 up, 116 down

To receive fellatio whilst depositing faeces on the lavatory

*ooh that was a great bit of blumpkin i' wouldn't go in there for a while, nice bit of head on the shitter*

by Andy Rush Jan 20, 2003  email it

## 2. **Blumpkin**                        372 up, 38 down

To receive fellatio whist defecating. Highly acclaimed for involving two of the most peasurable bodily release events simultaneously, but very difficult to accomplish. Also called a blumpy.

Also see reverse blumpkin, brother blumpkin, reverse brother blumpkin, and the most dangerous variation of all, the cunnilumpkin.

*Success: Everytime they get home after a long road trip, Paul escorts Kim the the bathroom and sits down for a good wholesome blumpkin.*

*Failure: Maria agreed to give me a blumpkin, but she gave me such a great blowjob that I couldn't squeeze out a single turd.*

by Crispy Cortex Oct 30, 2004  email it

## 3. **blumpkin**                        172 up, 37 down

The process by which a man evacuates his excrement dropping a deuce while simultaneously receiving oral stimulation from another person. This manuver can be performed by a woman or man, but in the case of the latter, it is known as the brother blumpkin.

*That girl Jessica is one crazy bitch. When I was taking a shit the other day, girl just comes in and gives me a blumpkin.*

*I wasn't sure if I was gay, but when my Dad of all people showed me how to give a proper brother blumpkin.. Well it was then that I knew that I was a flamer.*

by D. Rothberg Jul 22, 2004  email it

### 5. **smegma**   **156** up, **126** down

the best reason yet to get a circumcision

*Susan said, "Do I have smegma on my teeth?"*

by Jake E. Pants  May 15, 2002  email it

### 6. **smegma**   **82** up, **57** down

a delicious butter substitute

*"Would you care for a slice of bread and smegma?"*

tags  used  done  over  so five minutes ago  maddox
by Captn Ben  The mighty ocean  Nov 1, 2005  email it

### 7. **smegma**   **32** up, **13** down 

A formidable cheese-like residue that builds up between the foreskin and
the penis resulting from lack of personal hygiene around the groinal
crotchable area.

Side note: While smegma may be reminiscent of a domestic cheese, ball
sweat smells like mayonnaise!

*Smegma may taste like pumpkin pie, but I'd never know 'cuz I'd never eat
the mutha' fucka'.*

tags  personal hygiene  venereal disease  crotch  groin
by  agonzi666  SF, CA  Sep 27, 2005  email it

### 8. **smegma**   **32** up, **19** down 

A foul-smelling, cheese-like, sabacious secretion that collects under the
foreskin or around the clitoris.

In other words, twat rot.

*I would've banged out Kelly - bitch had bad smegma.*

tags  smegma  rot  nasty  stank
by csdd3rd  Austin, TX  Sep 26, 2005  email it

### 9. **smegma**   **2** up, **2** down 

The name of Dr. Colon's dwarf assistant in Charles Rodrigues' classic "Dr.
Colon's Monster" serialized in the National Lampoon in the '70s. Smegma
mistakenly stole the brain of a homosexual cadaver which was
subsequently installed in the Frankenstein-like monster.

*"Smegma, you've stolen the brain of a bloody queer!"*

tags  rodrigues  rodriguez  dr. colon  frankenstein  monster
by Dr Dave  Brooklyn  Jul 10, 2006  email it

### 10. **smegma**   **2** up, **3** down 



# uRBaN DICTIONARY

search box: smegma   [search]

*a slang dictionary with your definitions. Define your world*

browse | add | edit | book | press | daily email | tools | newest

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z # random

## SL SM SN SO

Smeg-meg
smega
smegal Jackhammer
smegaleg
smegan
smegar
smegatron
Smegedinashed
smegepump
smegface
Smegg head
smegged
smegger
smeggle
smeggums
smeggy
smeghead
Smegheads
Smeglin
smegload
**smegma**
smegma breath
smegma omelette
Smegma rifle
smegma stache
smegmass
smegmata
smegmatic
smegmatite
smegmectomy
smegmite
smegmoid
Smegmor
Smegmuffin
Smegmy
smegster
smegtastic
smegwaukee
smegza
smeh
Smeirdon
Smeits
smek
Smekky
smelba
smelch
smelching
Smelcom
smelcro
smeleanor
smelf

**smegma** 3 sounds   cheese   penis   cum   dick cheese   foreskin   smeg   circumcision   duck butter   smegmy   cheesy   dick   fluid   glans   goo   jism   jizz   nobcheese   shmegma   sperm   spooge

### 1. smegma
 214 up, 43 down

Buildup of skin and other crud found between the foreskin and penis

*yuck...check out all the Smegma underneath my foreskin...DUUUUUUUUUDE!*

by Zojane  Oct 20, 2001  email it

### 2. Smegma
 127 up, 27 down

Foul cheese like buildup that comes from not washing or properly maintaining equipment. It comes from NOT WASHING YOUR DISGUSTING TWAT/COCK! See egg salad.

*You have smegma leaking from your pants you dirty fuckwad!*

by Not so super DJ Gennady  Mar 6, 2003  email it

### 3. smegma
 58 up, 7 down

Pronunciation: 'smeg-m&
Function: noun
Etymology: New Latin, from Latin, detergent, soap, from Greek smEgma, from smEchein to wash off, clean

: the secretion of a sebaceous gland; specifically: the foul-smelling pasty, cheesy sebaceous accumulation of desquamated epidermal cells and sebum that collects in moist areas like between the glans penis and the foreskin or around the clitoris and labia minora.

*"And they say, 'Well, you'll have cheese if you're not circumcised.' I like it! It's my cheese! Give it to me!"*
*Howard Stern, talking about smegma, on his radio show, 4/11/00*

tags smegmalith  unguent  desquamated
by Jendo  SLC Oct 27, 2005  email it

### 4. Smegma
61 up, 31 down

A term which can be referred to as the cheesy substance caused from sweating of the gland. More common with people who have a foreskin or skanky dirty bastards that don't wash.

*"I went to take a piss the other day and because I hadn't washed in a while my dick smelt cheesy."*

by Doc  Dec 12, 2002  email it

### 4. **cornhole**

 **51** up, **21** down 

1)A term used by young males to refer to a peers rectum. 2)Ones own rectum.

*I went to a party, had a few beers and before I knew it I woke up in a closet; my face stunk and my cornhole hurt.*

by dezertdog Jan 29, 2003  email it

### 5. **cornhole**

 **29** up, **12** down 

1. (noun) bunghole, anus, <u>poopchute</u> where shit comes out of when u sit on the porcelain throne

2. (verb) To fuck anally with either a large dildo, or a very well-endowed male. Usually results in extreme pain after penetration has ended.

*Yo, i heard dat charley's cornhole was shittin sideways after dat guy Willy in the next cell cornholed him in his sleep for 8 hours. Boy, i hope I ONLY end up in a women's jail, so i can cornhole cornholes.*

by jason ganz Aug 7, 2004  email it

### 6. **Cornhole**

 **13** up, **5** down 

An activity popularized by the University of Kentucky "greek" community. This game, which requires little control over one's physical faculties yet apparently takes years of intense dedication to perfect, consists of attempting to throw a small bean bag into a hole sawed into the center of a wooden plank, elevated at a slight angle above the ground. The uniform for play consists of overpriced khaki shorts and pastel-colored shirt. Cornhole only occurs at temperatures above 62.7 degrees Farenheit.

*Frat Guy 1: Damn it's nice outside*

*Frat Guy 2: Let's play cornhole*

tags  cornhole  games  university  kentucky  tailgating
by Nickeljizz500 Lexington, KY Apr 14, 2006  email it

### 7. **cornhole**

 **22** up, **17** down 

(O) <--- That right there.

*I ate a can of corn, waited a day and put my cornhole over the toilet and corn and cornlogs came out.*

by gammarock Jan 31, 2004  email it

### 8. **cornhole**

 **20** up, **16** down 

To fuck someone up the ass.

*Jimmy watched the porn film as the guy cornholed his boyfriend.*

tags  ass-fuck  butt-fuck  plug  pound
by  Robert E. Porter  Pasadena, Texas Jan 10, 2006  email it

### 9. **cornhole**

 **10** up, **8** down 

## URBAN DICTIONARY

slang dictionary with your definitions. Define your world

cornhole    [ search ]

browse | add | edit | book | press | daily email | tools | newest

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z # random

CN  CO  CP  CQ

Ads by Goooooogle

cornersack
cornersandwich
cornerstone
Cornet
cornetto
corney
cornfed
cornfield
cornflake
cornflake blast
cornflake conservative
cornflaked
CornFlakes
Cornflour Moment
cornfucker
cornfused
cornfuzzled
CORNHEAD
cornhog
Cornholder

**cornhole**

cornhole buccaneer
cornhole carwash
cornhole commando
cornhole corsair
cornhole cowboy
cornhole on the cob
cornhole tremor
cornholed
cornholeio
cornholer
cornholing
cornholio
cornhook
cornhusk
cornhusker
cornhuskers
cornhustlaz
cornicle
cornily
Corning
Cornish
Cornish Game Hen
cornish hen
cornish pasty
Cornish Rex
cornish sausage
Cornish, New
  Hampshire
Cornishman
cornistry
cornlog

**cornhole**  sound  asshole  anus  ass  butthole  butt  corn  anal  sodomize  brown eye  dolfag  hole  homo  miami dolphins  poop shute  poopshoot  shitter

## 1. Cornhole

269 up, 58 down

The act of gently inserting your well lubed erect cock into your womans well rimmed and squeeky clean anus. Making sure plenty of lube has also been applied to her sphincter as well. With a gentle push, once the crown of your cock has stretched her sphincter, you allow her bung muscle to relax and then start a gradual entering of her turdcutter. Once fully in her turdcutter, you begin a slow, short pumping motion until you build up to a full length cock stabbing penetration of her dumphole. Stroking as fast as possible, while holding on to her hips until you reach the point of no return. You finish off, balls deep in her rectum. Pumping your gooey man juice deep in her crapper, coating the walls of her colon.

*After I cornhole you, you won't shit right for a week.*

by The Cornhole King  Jan 7, 2005  email it

## Cornhole images



dog mounting chicken

## 2. cornhole

117 up, 34 down  

noun - the hole which corn comes out after one ingests it.
verb - to have rough anal sex with an individual.

*"yo...I cornholed that bitch, then I put it in her mouth...she a sluttttt"*

by bx187  Apr 11, 2003  email it

## 3. cornhole

83 up, 42 down  

A backyard game played in the Cincinnati area. A cross between beanbags, horseshoes, and Jarts. Highly entertaining, low impact!

*We drank a ton of beer and played cornhole.*

by backyardbrothers.com  Aug 10, 2003  email it

**Slang Ringtones**
Available Now And
For Free. Send It
To Your Cell Phone
Now!
www.free-ringtones-now.c

**Slang Ringtones**
14 Slang Ringtones
available. 100%
Free!
www.free-ringtones-4u.ne

**Extreme Pimp Videos**
Pimp My Ride has
motorcycle and
Pimped ride
Videos, Need for
speed
www.PimpMyRide.com/N

**Chinese-slang**
Translate any
Phrase! Free
Quote English /
Mandarin /
Cantonese
www.MyChineseTranslat

the space between the vagina and the rectal opening

*Aint the pussy or the asshole - it's the taint*

by Joe  Dec 11, 2002  email it

## 5.  taint                                     **248** up, **139** down

The part of a woman that allows her to be picked up like a six pack

*Caveman: ugh, ugh, me no liek picking her up this way, UG pick her up by taint.*

by EatChoBeans  Feb 15, 2005  email it

## 6.  taint                                     **131** up, **37** down

1. In Pro Figure Skating, it's the preffered area for placement of the male skating partner's hand when lifting his female partner above his head.

2. The jagged or wavy line between your <u>marble bag</u> and <u>balloon knot</u>.

*Have you ever had your taint stimulated by a woman? It comes highly recommended!*

by  Samhain_Knight  Feb 24, 2005  email it

## 7.  taint                                     **54** up, **9** down 

1. On a man, the area between the sack and the crack
2. On a woman, the area between the giney and the heinie

*Damn, my taint is sweaty.*

by  Mighty John John  New Jersey Aug 11, 2005  email it

## 8.  taint                                     **68** up, **27** down 

the region of skin between the anus and the male or female genetalia. also known as the <u>chin rest</u>.

*it taint pussy and it taint ass. or it taint balls and it taint ass.*

by  coFFeestaiNcards.com  Nov 8, 2004  email it

## 9.  taint                                     **70** up, **31** down 

An American slang term for the human perineum.

*"I decided that Yahoo could munch on my taint."*
*(www.maddox.xmission.com)*

by  neptina  Mar 24, 2005  email it

## 10. taint                                     **78** up, **44** down

The not so fuzzy region between the browneye and the pink abyss.
Also know as the vaganus.

*Riding the unicycle gave my taint a bloody rash.*

by  TheTaintBandit  Jan 5, 2005  email it