### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,  )<br>  )<br>    Plaintiffs,    )<br>  )<br>  v.    )<br>  )<br>ALBERTO R. GONZALES, in his official )<br> capacity as Attorney General of )<br> the United States,    )<br>  )<br>    Defendant.    ) | Civil Action No.<br>98-CV-5591 |

**ORDER**

Upon consideration of Defendant's Motion For Leave of Court to Designate Dr. David Finkelhor as an Expert for Defendant, and plaintiffs' opposition thereto, it is hereby ORDERED, this _____ day of September, 2006, that the Motion be and hereby is GRANTED;

and it is further ORDERED that plaintiffs shall have no later than September _____, 2006, to take Dr. Finkelhor's deposition, and that plaintiffs shall provide defendant with their rebuttal expert's report, supporting material, and/or data base, if any, no later than September _____, 2006.

It is further ORDERED that defendant may depose plaintiffs' rebuttal expert, no later than October ___, 2006.

_____
LOWELL A. REED, JR., S.J.