EXHIBIT 1



NATIONAL
CENTER FOR
**MISSING &**
**EXPLOITED**
C H I L D R E N



CRIMES
AGAINST
CHILDREN
RESEARCH
CENTER



Office of Juvenile Justice
and Delinquency Prevention
Office of Justice Programs ◆ U.S. Department of Justice

## Online Victimization of Youth:

### Five Years Later

# Online Victimization of Youth:
## Five Years Later

2006

Janis Wolak, Kimberly Mitchell, and David Finkelhor

of the Crimes against Children Research Center
University of New Hampshire

Funded by the U.S. Congress Through a Grant to the
National Center for Missing & Exploited Children

Copyright © 2006 National Center for Missing & Exploited Children.
All rights reserved.

This project was supported by Grant No. 2005-MC-CX-K024 awarded by the Office of Juvenile Justice
and Delinquency Prevention, Office of Justice Programs, U.S. Department of Justice, and Grant No.
HSCEOP-05-P-00346 awarded by the U.S. Secret Service, Department of Homeland Security.
Points of view or opinions in this document are those of the authors and do not necessarily represent
the official position or policies of the U.S. Department of Justice or Department of Homeland Security.
National Center for Missing & Exploited Children®, 1-800-THE-LOST®, CyberTipline®, NetSmartz®,
and NetSmartz® Workshop℠ are registered service marks of the
National Center for Missing & Exploited Children.

# Contents

Acknowledgments...v

Foreword...vii

Introduction...xi

*YISS-2* Report Statistical Highlights...1

Key *YISS-2* Findings...7
    A Smaller Proportion of Youth Received Unwanted Sexual Solicitations...7
    More Youth Were Exposed to Sexual Material They Did Not Want to See...8
    More Youth Were Harassed Online...10
    The Internet Remained a Fluid Environment for Youth...11

Sexual Solicitations and Approaches...15
    Findings About Solicitations...16
    Findings About Aggressive Solicitations...18
    Other Aspects of Solicitations...19
        Solicitations for Sexual Photographs...19
        Close Online Relationships With Adults...20
        Runaway Episodes...22
    Summary...23

Unwanted Exposure to Sexual Material...29
    Findings About Unwanted Exposure to Sexual Material...30
    Summary...34

Online Harassment...39
    Findings About Online Harassment...39
    Summary...41

Education, Prevention, and Risky Online Behavior...45
    Concerns of Parents and Guardians...45
    Risky Online Behavior...49
        Posting or Sending Personal Information or Pictures...50
        Sexual Behavior...51
        Rudeness and Harassment...51
    Summary...52

Major Findings and Conclusions...55

**Recommendations...59**

**Methodological Details...67**
    Sampling Method...67
    Data Collection Methods...68
    Sample...68
    Response Rates...68
    Statistical Significance...69
    Instrumentation...69

**How Many Youth Had Online Episodes?...71**
    Estimations of the Number of Youth Internet Users...71
    Estimations of Youth Internet Users With Unwanted
    Sexual Solicitations, Exposures to Unwanted Sexual
    Material, and Online Harassment...71
    Estimates of Unwanted Sexual Solicitations
    Between *YISS-1* and *YISS-2*...72

**References...75**

**Internet Safety Resources and Information...77**

## Acknowledgments

Thanks go to several National Center for Missing & Exploited Children (NCMEC) report reviewers including Ernest E. Allen, President and Chief Executive Officer; John B. Rabun, Jr., Executive Vice President and Chief Operating Officer; Susan Culler, Vice President of Development and Communications; Peter Banks, Director of Training and Outreach; Michelle Collins, Director of the Exploited Child Unit; Esther Cookson, Project Manager, NetSmartz®; Robert Hoever, Deputy Director of Special Operations; Geraldine Kochan, Research Analyst, Case Analysis Unit; Jennifer Lee, Child Victim Identification Program Manager; Nancy McBride, National Safety Director; Rick Minicucci, Chief Technology Officer and President of NetSmartz; Tina Schwartz, Director and Deputy to the Vice President for Communications; John Shehan, CyberTipline® Program Manager; Staca Urie, Manager, Outreach, NetSmartz; and the Publications Department.

Special thanks also go to Ronald C. Laney, Associate Administrator, Child Protection Division, Office of Juvenile Justice and Delinquency Prevention, U.S. Department of Justice; Lieutenant Robert Lozito, Operations Commander with the Sacramento Valley Hi-Tech Crimes Task Force and Chair of the Internet Crimes Against Children Research Committee; and Bradley Russ, former Police Chief of the Portsmouth (New Hampshire) Police Department and Director, Internet Crimes Against Children Training & Technical Assistance Program for their review of this report.

# Foreword

The Internet holds tremendous potential for our nation's youth; however, the misuse of the Internet to prey on them is a serious problem requiring action by legislators, families, communities, and law enforcement. While we have made some strides in helping to prevent such victimization, the results of this survey, *Online Victimization of Youth: Five Years Later*, shows we have not done enough. Exposure to unwanted sexual material, sexual solicitations, and harassment were frequently reported by the youth interviewed for this study. While we are encouraged by the smaller proportion of youth who received unwanted sexual solicitations, we are disturbed by a new trend of solicitors asking youth to provide sexual pictures of themselves. These results call for a more aggressive prevention plan. While we strongly believe in the power of the Internet to provide valuable information for those of all ages, we also believe children need extra attention and guidance as they venture online, because they, more than any other group of the population, are most vulnerable to risks found on the Internet.

The U.S. Congress has already taken action through legislation such as the Child Online Privacy Protection Act (Public Law 105-277) to help safeguard youth from unsavory advertising practices and the registration of personal information without parental consent. The enactment of the Prosecutorial Remedies and Other Tools to end the Exploitation of Children Today (PROTECT) Act (Public Law 108-21) enhanced the ability of law enforcement to investigate and prosecute cases of child sexual exploitation on the Internet. Additionally, numerous private and public organizations have implemented Internet safety campaigns including pamphlets, web sites, and public-service announcements, to educate youth about safer Internet use. The growing evidence of the criminal misuse of cyberspace to target and physically victimize children, however, is alarming to us as grandparents and legislators. As detailed in this report, the risks to children, particularly teenagers, in cyberspace include exposure to

- Unwanted sexual solicitations (1 in 7 youth)
- Unwanted exposure to sexual material (1 in 3 youth)
- Harassment —threatening or other offensive behavior directed at them (1 in 11 youth)

As chairmen of our respective subcommittees, and with the support of our colleagues, we have been working with the National Center for Missing & Exploited Children to address these threats through a three-pronged strategy that helps to

- Prevent child victimization in cyberspace through aggressive education programs directed toward families. NCMEC has reached into millions of homes and classrooms with NetSmartz, its Internet safety education program. This program includes a message to parents and guardians focusing on strong involvement in their children's lives and increasing knowledge and awareness about computers and the Internet in this generation, which did not grow up with the Internet.

■ Advocate for assistance through the development of technology tools and access controls. Parents and guardians should make informed decisions about utilizing these blocking, monitoring, and filtering software tools in their homes.

■ Support aggressive law-enforcement efforts directed against those who use the Internet for criminal purposes. In addition to being reprehensible, child pornography and the enticing, luring, or seducing of children online is unlawful and strict enforcement of our laws is necessary to deter these crimes.

The U.S. Congress has implemented this strategy by enhancing federal law-enforcement resources such as the Federal Bureau of Investigation's (FBI) Innocent Images Task Force and the U.S. Immigration and Customs Enforcement's Cyber Crimes Center, both of which have successful records of investigating and arresting those who use the Internet to harm children. On the state and local level, law-enforcement officers are able to receive specialized training, in investigating online crimes committed against children, at NCMEC's Jimmy Ryce Law Enforcement Training Center. Additionally, through the U.S. Department of Justice's Office of Juvenile Justice and Delinquency Prevention, Congress has increased the funding for the Internet Crimes Against Children (ICAC) Task Force agencies. Spread throughout the country, there are now 46 of these agencies set up to focus on the prevention and investigation of child sexual exploitation online.

One of the most important tools for law-enforcement personnel and families is NCMEC's CyberTipline. Launched in March of 1998, it provides a simple way for individuals to report child sexual exploitation to the people who know what to do with the information. This online reporting resource bridges the gap between those who wish to report crimes online and the law-enforcement agencies needing this information. This year we have seen the number of reports made to the CyberTipline soar past 400,000, resulting in numerous investigations and arrests. In addition, the CyberTipline takes in the mandated reports from Internet service providers of suspected crimes committed against children when they encounter such activity in the course of providing their services.

Although the U.S. Congress has responded with a strong message of intolerance of online victimizers, we cannot be effective unless we have the most current information about the ways children are harmed on the Internet. As a follow-up to the previous *Online Victimization: A Report on the Nation's Youth (YISS-1)*, this study identifies today's threats, incidence rates, and victim responses to online exploiters and illegal content. This second survey takes another look at this problem and gauges whether the risks have changed for our youth, for the

better or worse. The choice of David Finkelhor, PhD; Kimberly J. Mitchell, PhD; and Janis Wolak, JD, at the Crimes against Children Research Center at the University of New Hampshire to conduct this second survey is vital to maintaining the consistency of research methods in order to get the most accurate interpretation of the results. Dr. Finkelhor has been a well-known national authority on child sexual abuse. The conclusions from *YISS-1* have formed the basis for many educational initiatives. The work of Dr. Finkelhor and his colleagues represents a valuable addition to our knowledge and awareness of this difficult and complex problem.

We thank staff members at NCMEC and the U.S. Department of Justice's Office of Juvenile Justice and Delinquency Prevention along with representatives of the Internet Crimes Against Children Task Forces for their work on this much-needed report and their leadership in helping to safeguard all youth. Our sincere appreciation is also extended to David Finkelhor, Kimberly Mitchell, and Janis Wolak. Their efforts will help legislators, families, and law-enforcement personnel better understand and address this threat to children in an effective, appropriate manner.

The best way to preserve the positive uses of the Internet is to help ensure it is not a sanctuary for pedophiles, child pornographers, and others who prey on children. We are committed to assisting law-enforcement personnel fight these crimes and inform families about available resources to help them better protect children. By helping to ensure law-enforcement personnel and families have the necessary tools and knowledge to counter misuse, the Internet will continue to be a powerful source of education, entertainment, and communication. Together we must aggressively enforce a "zero tolerance" policy regarding online victimization of children.

There is still much work to be done as we seek to learn more about what youth are encountering on the Internet today. This report provides a critical base of knowledge so we can act, doing far more to ensure we make the Internet the safest it can be for every child.

Richard C. Shelby
Chairman
U.S. Senate Appropriations
Subcommittee on Commerce,
Justice, Science, and
Related Agencies

Frank R. Wolf
Chairman
U.S. House Appropriations
Subcommittee on Science,
State, Justice and Commerce
and Related Agencies

# Introduction

In 1999 and 2000 we conducted the first *Youth Internet Safety Survey (YISS-1)* prompted by a number of factors including

- The enormous growth of youth Internet use in the 1990s
- Concern about adults using the Internet to sexually solicit youth
- Worry about the amount of sexual material online and youth exposure to such material
- Questions about **how** youth Internet users might be exposed to sexual material
- Reports of youth being threatened and harassed via the Internet

The findings from *YISS-1* confirmed what many suspected — large numbers of youth who used the Internet were encountering sexual solicitations they did not want, sexual material they did not seek, and people who threatened and harassed them in a variety of ways. Many of these incidents were relatively mild and not very disturbing to youth, but some were serious and distressing.

Information from the first *Youth Internet Safety Survey* has been widely used in education and prevention campaigns and discussions about how to make cyberspace a safer place for youth.[1] Several years have passed since the first survey results were published, making it time to ask whether and how the online environment has changed for youth. We conducted the second *Youth Internet Safety Survey (YISS-2)* to reassess the extent to which youth Internet users were encountering problems in 2005, gauge whether the incidence and characteristics of these episodes have changed, explore new areas of interest, review emerging technologies, ascertain the effect those technologies have on the issue, and assess threats to youth.

---

[1] Examples of education and prevention campaigns include the NetSmartz® Workshop℠ (www.NetSmartz.org), Web Wise Kids (www.webwisekids.com), SafeTeens.com (www.safekids.com), Ad Council (www.adcouncil.org/issues/online_sexual_exploitation), Florida Computer Crime Center Parent's Guide to Internet Safety (www.fdle.state.fl.us/Fc3/childsafety.html), and ProtectKids.com (www.protectkids.com).

# *YISS-2* Report Statistical Highlights

In most cases the *YISS-2* interviews took place somewhat more than 5 years after *YISS-1*. (*YISS-1* interviews were conducted from August 1999 to February 2000 and *YISS-2* interviews from March to June 2005). Both surveys asked youth about events occurring in the year before the interview.

- In *YISS-2*, compared to *YISS-1*, increased proportions of youth Internet users were encountering unwanted exposures to sexual material and online harassment, but decreased proportions were receiving unwanted sexual solicitations.[2]
- In *YISS-2* more than one-third of youth Internet users (34%) saw sexual material online they did not want to see in the past year compared to one-quarter (25%) in *YISS-1*.
- The increase in exposure to unwanted sexual material occurred despite increased use of filtering, blocking, and monitoring software in households of youth Internet users. More than half of parents and guardians with home Internet access (55%) said there was such software on the computers their children used compared to one-third (33%) in *YISS-1*.
- Online harassment also increased to 9% of youth Internet users in *YISS-2* from 6% in *YISS-1*.
- A smaller proportion of youth Internet users received unwanted sexual solicitations in *YISS-2* than in *YISS-1*. Approximately 1 in 7 (13%) was solicited in *YISS-2*, compared to approximately 1 in 5 (19%) in *YISS-1*; however, **aggressive** solicitations, in which solicitors made or attempted to make offline contact with youth, did **not** decline. Four (4) percent of youth Internet users received aggressive solicitations — a proportion similar to the 3% who received aggressive solicitations in *YISS-1*.
- In *YISS-2* there were also declines in the proportions of youth Internet users who communicated online with people they did not know in person (34% down from 40% in *YISS-1*) or who formed close online relationships with people they met online (11% down from 16%).
- Four (4) percent of all youth Internet users in *YISS-2* said online solicitors asked them for nude or sexually explicit photographs of themselves.[3]
- As in *YISS-1* only a minority of youth who had unwanted sexual solicitations, unwanted exposures to sexual material, or harassment said they were distressed by the incidents. The number of youth with distressing exposures to unwanted sexual material increased to 9% of all youth in *YISS-2* from 6% in *YISS-1*.
- Acquaintances played a growing role in many of the unwanted solicitation incidents. In *YISS-2*, 14% of solicitations were from offline friends and acquaintances compared to only 3% in *YISS-1*. The same was true of harassers.

---

[2] Differences between the first and second *Youth Internet Safety Surveys* have been tested for statistical significance based on rates of occurrence within the full samples. The significance tests determine whether an apparent increase or decrease in the proportion of youth reporting a specific behavior is reliable or possibly attributable to chance. In the text of this report, when we refer to increases or decreases, we mean those that are statistically significant. When we state there is no change, we mean there is no statistically significant change.
[3] We did not ask about this in *YISS-1*.

Forty-four (44) percent were offline acquaintances, mostly peers, compared to 28% in *YISS-1*. In addition a portion of these unwanted incidents happened when youth were using the Internet in the company of peers — 41% of solicitations, 29% of exposures, and 31% of harassment.[4]

■ As in *YISS-1* few overall incidents of solicitation or unwanted exposure (5% and 2% respectively in *YISS-2* and 9% and 3% respectively in *YISS-1)* were reported to law enforcement, Internet service providers, or other authorities.

**Figure 1**



Youth Internet users surveyed in 2005 continued to encounter offensive episodes, some of which were distressing and many of which went undisclosed. Some *YISS-2* findings, however, are encouraging, such as the smaller proportion of youth receiving solicitations and the smaller proportion interacting online with people they did not know in person. And other *YISS-2* findings suggest new directions are needed for safety and prevention education. For instance the increase in unwanted sexual solicitations and harassment from people youth know offline suggests the focus should not be simply on the danger from people youth do not know in person. And the proportion of unwanted incidents happening when youth are with peers suggests families need to be sensitized to what may happen when youth use the Internet in groups with other youth.

The increase in unwanted exposure to sexual material is particularly disquieting. Currently families, schools, and libraries[5] are responsible for taking measures to screen out unwanted sexual material when youth go online. In 2005

---

[4] We did not ask about this in *YISS-1.*

[5] In 2000 the U.S. Congress passed the Children's Internet Protection Act (CIPA) 114 Stat 2763A-335. CIPA requires schools and libraries receiving federal assistance in the form of reduced rates for Internet access to certify they are taking steps to prevent access to sexual material on library computers including installing filtering software.

more parents and guardians were using filtering, blocking, and monitoring software on the home computers their children used most often, but even so youth exposure to unwanted sexual material increased substantially from what it was when *YISS-1* was conducted. It may be time to rethink the approach to the problem. Broader efforts to prevent unwanted exposures to sexual material among youth Internet users are needed. Technology industries are realizing this is an issue of concern, and many have begun to implement change in an effort to reduce the risks to youth. These changes include providing a reporting tool for users in the event of an incident, offering various settings to allow users increased privacy, and working cooperatively with law enforcement to follow legal procedures during investigations. Still all electronic service providers should do more to protect youth from unwanted exposure to sexual material.

The increase in online harassment is also unsettling. These episodes are particularly disturbing to youth. Families and schools that have begun to mobilize to reduce offline bullying and harassment in schools may need to extend their concerns to what happens online. The number of incidents involving peers and the descriptions youth gave of these incidents suggest an amount of online harassment stems from confrontations that began in school.

---

### What Is Online Victimization?

People may be victimized online in many ways. In both *Youth Internet Safety Surveys* we asked about three kinds of victimization prominent in discussions of youth and the Internet — sexual solicitation and approaches, unwanted exposure to sexual material, and harassment.

**Sexual solicitations and approaches:** Requests to engage in sexual activities or sexual talk or give personal sexual information that were **unwanted or,** whether wanted or not, **made by an adult.**

**Aggressive sexual solicitation:** Sexual solicitations involving **offline contact** with the perpetrator through regular mail, by telephone, or in person or attempts or requests for offline contact.

**Unwanted exposure to sexual material:** Without seeking or expecting sexual material, being exposed to pictures of naked people or people having sex when doing online searches, surfing the web, opening E-mail or instant messages, or opening links in E-mail or instant messages.

**Harassment:** Threats or other offensive behavior (not sexual solicitation), sent online to the youth or posted online about the youth for others to see.

Not all such incidents were distressing to the youth who experienced them. **Distressing incidents** were episodes where youth rated themselves as very or extremely upset or afraid as a result of the incident.

## How the *Youth Internet Safety Surveys (YISS-1* and *YISS-2)* Were Conducted

- Telephone surveys of representative national samples of 1,501 youth Internet users in *YISS-1* and 1,500 youth Internet users in *YISS-2*, ages 10 through 17
- Different groups of youth were interviewed in each survey (cross-sectional samples)
- "Internet use" was defined as using the Internet at least once a month for the past six months at home, school, a library, or some other place
- Parents or guardians were interviewed first for about 10 minutes
- With consent of parents or guardians, youth were interviewed for about 30 minutes
- Care was taken to preserve privacy and confidentiality during youth interviews
- Youth participants received $10 checks and information about Internet safety
- The *YISS-1* interviews took place from August 1999 to February 2000
- The *YISS-2* interviews took place from March to June 2005

Topics covered in the interviews included

- Experiences of sexual solicitation, unwanted exposure to sexual material, and harassment via the Internet **in the past year** and reactions to those experiences
- The nature of friendships formed over the Internet **in the past year**
- Knowledge of Internet safety practices among youth Internet users and their parents or guardians
- Assessment of factors that might make some youth more vulnerable than others to sexual solicitation, unwanted exposure to sexual material, and harassment via the Internet

*YISS-2* youth survey participants were

- 49% boys, 51% girls
- 76% White, 13% African-American, 3% American Indian or Alaskan Native, 3% Asian, 1% other, 3% did not know/answer
- 9% Hispanic or Latino[6]

Because we used the same methods and asked most of the same questions in *YISS-1* and *YISS-2*, we are able to compare many results to see what has changed since *YISS-1*.

---

[6] According to page 5-2 of *Design and Methodology* published by the U.S. Department of Labor's Bureau of Labor Statistics and U.S. Department of Commerce's Economics and Statistics Administration within the U.S. Census Bureau issued in March 2002, "[R]ace and ethnicity are distinct categories. Thus, individuals of Hispanic or Latino origin may be of any race."

**Table 1.** *YISS-2* Youth Internet User and
Household Characteristics* (N=1,500)

| Characteristics | All Youth |
|---|---|
| **Age** | |
| 10 | 5% |
| 11 | 8% |
| 12 | 10% |
| 13 | 13% |
| 14 | 14% |
| 15 | 17% |
| 16 | 17% |
| 17 | 17% |
| **Gender** | |
| Boy | 49% |
| Girl | 51% |
| **Race** | |
| White | 76% |
| African-American | 13% |
| American Indian or Alaskan Native | 3% |
| Asian | 3% |
| Other | 1% |
| Didn't Know/Did Not Answer | 3% |
| **Ethnicity** | |
| Hispanic or Latino (May Be of Any Race) | 9% |
| **Parent/Guardian Marital Status** | |
| Married | 76% |
| Divorced | 10% |
| Single/Never Married | 8% |
| Living With Partner | 3% |
| Separated | 1% |
| Widowed | 2% |
| **Youth Lives With Both Biological Parents** | 62% |
| **Highest Level of Completed Education in Household** | |
| Not a High-School Graduate | 2% |
| High-School Graduate | 20% |
| Some College Education | 23% |
| College Graduate | 32% |
| Post-College Degree | 22% |
| **Annual Household Income** | |
| Less than $20,000 | 8% |
| $20,000 to $50,000 | 27% |
| More than $50,000 to $75,000 | 24% |
| More than $75,000 | 33% |
| Don't Know/Refused to Answer | 8% |

* The data in this table are based on questions asked of parents or guardians with the exception of the information about race, which was asked of youth.
Note: Some categories do not add to 100% because of rounding and/or missing data.

# Key *YISS-2* Findings

The second *Youth Internet Safety Survey* shows life online has changed for youth in a variety of ways, both positively and negatively, since *YISS-1* survey results were released in 2000. There have been changes in the proportion of youth Internet users reporting unwanted incidents and changes in the characteristics of incidents, as well as indications of some new problems emerging. Some of the news is reassuring because a smaller proportion of youth received unwanted sexual solicitations. At the same time these findings reveal some growing problems where we need to strengthen efforts to help make the Internet a safer place for youth.

## A Smaller Proportion of Youth Received Unwanted Sexual Solicitations

According to *YISS-2*, there was good and bad news about sexual solicitations to youth in 2005. The good news is a smaller proportion of youth Internet users received unwanted sexual solicitations or approaches.[7] Approximately 1 in 7 youth (13%) were solicited, compared to approximately 1 in 5 (19%) in *YISS-1*. There are reasons to believe at least some of this reduction is due to youth being more cautious about interacting with people they do not know offline. A smaller proportion of youth overall were communicating online with people they did not know in person. In *YISS-1*, 40% of youth used the Internet to chat, E-mail, or exchange instant messages with people they did not know in person, but in *YISS-2* only 34% of youth used the Internet this way. Further there was a dramatic decline in the proportion of chatroom visitors in *YISS-2*, from more than half (56%) of youth Internet users in *YISS-1* to less than one-third (30%) in 2005. These changes were consistent with what we observed in focus groups with youth Internet users conducted before *YISS-2*. Many youth described chatrooms as unpleasant places attracting unsavory people. Many were aware of individuals frequenting chatrooms hoping to meet youth for sexual reasons.

---

[7] See "How Many Youth Had Online Episodes?" beginning on page 71 for a discussion of how this smaller percentage of youth receiving online solicitations relates to the overall number of youth Internet users who may have received such solicitations.

Figure 2



**Change in Sexual Solicitation**

The bad news is while a smaller proportion of youth overall received unwanted sexual solicitations, the proportion who received **aggressive sexual solicitations**, the ones most likely to evolve into crimes, did not decline. Aggressive solicitations were those threatening to spill over into "real life" because the solicitor asked to meet the youth in person; called the youth on the telephone; or sent the youth offline mail, money, or gifts. Four (4) percent of youth received aggressive solicitations in *YISS-2*, similar to the 3% who had aggressive solicitations in *YISS-1*. The proportion of aggressive solicitations actually increased among girls, from 4% in *YISS-1* to 7% in *YISS-2* (Mitchell, Wolak, & Finkelhor, in press).

Further two-thirds or more of the solicitations youth told us about in both *Youth Internet Safety Surveys* were not particularly distressing to recipients, specifically 75% in *YISS-1* and 66% in *YISS-2*. We did not find, however, more youth were brushing off these incidents. Even with a smaller proportion of incidents, there was no statistically significant decline in the proportion of youth who received **distressing sexual solicitations** that left them feeling very or extremely upset or afraid. In *YISS-2*, 4% of youth had distressing solicitations. In *YISS-1*, 5% did.

## More Youth Were Exposed to Sexual Material They Did Not Want to See

There was a large increase in the number of youth Internet users who had unwanted exposures to sexual material. In *YISS-2* about one-third of youth (34%) said they had an **unwanted exposure to sexual material** in the past year, compared to the 25% in *YISS-1*.[8] Increases were seen across every age group, including preteens (10 to 12) from 9% to 19%; early teens (13 to 15) from 28% to

---

[8] This increase in exposure occurred after the adoption of 18 U.S.C. § 2252B on April 30, 2003, which made it a criminal offense to use a misleading domain name on the Internet with the intent of deceiving a minor into viewing harmful sexual material.

35%; and late teens (16 to 17) from 33% to 44%, and among both girls (from 23% to 31%) and boys (from 27% to 37%) (Mitchell, et al., in press). We also looked at whether youth came across unwanted sexual material by using the world wide web or E-mail. In *YISS-2* a larger proportion of exposure incidents happened when youth were surfing the web, 83% compared to 71% in *YISS-1*. Exposures related to E-mail use did not change significantly.

**Figure 3**



Exposure incidents that were very or extremely upsetting to youth — **distressing exposures** — also increased. In *YISS-2*, 9% of youth Internet users told interviewers about distressing exposures to sexual material, compared to 6% in *YISS-1*. This may not seem like a big number, but it constitutes a 50% increase.

We identified three key reasons for the increase in unwanted exposure to sexual material. First, levels of youth Internet use, in terms of number of days online per week and number of hours online per day, increased considerably between *YISS-1* and *YISS-2*. The number of youth who had used the Internet in the past week rose from 76% in *YISS-1* to 86% in *YISS-2*. The number who used the Internet more than 2 hours at a time when they went online rose from 13% in *YISS-1* to almost one-quarter (23%) of youth in *YISS-2*. Further in *YISS-2*, almost half of youth (49%) used the Internet 5 to 7 days a week — or almost everyday — compared to less than one-third (31%) in *YISS-1*.

Youth also had more access to the Internet. Ninety-one (91) percent of the youth we interviewed in *YISS-2* had home Internet access, compared to 74% in *YISS-1*. There was a similar increase in the number who had access at school, from 73% in *YISS-1* to 90% in *YISS-2*.[9] In addition there was a 45% increase in

_____
[9] These figures do not mean 90% of youth overall had home or school Internet access. We only interviewed youth who had used the Internet at least once a month in the past six months. Youth with lower levels of Internet use or those who do not use the Internet probably had lower levels of home and school access.

youth who had Internet access in three or more places, from 51% in *YISS-1* to 74% in *YISS-2*.

The increases in time spent online and places of Internet access, however, do not fully account for the increase in unwanted exposure to sexual material. For instance the proportion of sexual solicitations **declined** during this same period despite these increases in time online and Internet access.

A second factor that may have contributed to the increase is technological change. For the most part, in 1999 and 2000 computers used by youth did not have enough speed and capacity to download and show graphic files efficiently. These limitations may have provided some safeguards against exposure to sexually explicit images that have been wiped out by new technology, which has made ready access to graphic images standard features on home computers. Since the *YISS-1* interviews there have been large increases in the capacity of computers to receive and transmit images; increases in speeds of Internet access; increases in the availability of inexpensive, sophisticated digital cameras, web cameras, camera cell phones, and media players; and the development of new technologies such as peer-to-peer file sharing, all of which may have contributed in different ways to unwanted exposures among youth.

The third factor that may have contributed to the increase in unwanted exposure to sexual material is the aggressive marketing of sexual material via the Internet. There are seemingly large profits to be made from online sexual material, and web sites featuring sexual material appear to have proliferated. Pornography marketers use methods such as pop-up ads, adware, and various other sorts of hidden and malicious software, which do things such as hijacking browsers and directing computers to pornography web sites. Unethical marketers install these programs on computers without the permission or knowledge of Internet users by, for example, bundling them with game demos and music youth may download or disguising download links as patches or upgrades. These types of aggressive marketing techniques were not as prevalent in 1999 and 2000.

## More Youth Were Harassed Online

Awareness of **online harassment** has increased since the first *Youth Internet Safety Survey* was published. Stories about people using the Internet to threaten, embarrass, harass, and humiliate youth have been widely reported in the media. *YISS-2* saw a 50% increase in online harassment. One in 11, or 9% of youth said they were harassed online, compared to approximately 1 in 17, or 6% in *YISS-1*.



**Figure 4**



Increased time spent online among the youth population could account for at least part of this increase; however, we suspect a considerable portion of the increase reflects a real rise in online incivility among youth. In addition to the youth who said they were harassed, we found a marked increase in the number of youth who admitted to being rude to and harassing others online. The number of youth who said they had "made rude or nasty comments to someone on the Internet" increased from 14% in *YISS-1* to 28% in *YISS-2*. The number who said they had "used the Internet to harass or embarrass someone they were mad at" increased from 1% to 9%. These behaviors are highly related to being harassed online (Ybarra & Mitchell, 2004a). The Internet is apparently being used more and more for the bullying and harassment widespread among many youth peer groups.

## The Internet Remained a Fluid Environment for Youth

One of the conclusions to be drawn from *YISS-2* is the Internet is still a fluid environment for youth Internet users as technology continues to change rapidly. Thus while the increases in exposure to sexual material and harassment and the stability in rates for aggressive solicitations are a cause for concern, this fluid environment offers opportunities to create awareness of safe Internet practices and change risky online behaviors not yet entrenched in youth online culture.

**Table 2. Youth Internet Use Patterns (N=3,001)**

| Description | YISS-1 All Youth (N=1,501) | YISS-2 All Youth (N=1,500) |
|---|---|---|
| **Location(s) Youth Spent Time on Internet in Past Year*** | | |
| Home | 74% | 91% |
| School | 73% | 90% |
| Friend's Home+ | 68% | 69% |
| Cellular Telephone | – | 17% |
| Other Place (Includes Library) | 37% | 43% |
| **Last Time Youth Used Internet** | | |
| Past Week | 76% | 86% |
| Past 2 Weeks | 10% | 6% |
| Past Month or Longer | 14% | 8% |
| **Number of Hours Youth Spent on Internet on a Typical Day When Online** | | |
| 1 Hour or Less | 61% | 45% |
| More Than 1 Hour to 2 Hours | 26% | 31% |
| More Than 2 Hours | 13% | 23% |
| **Number of Days Youth Went on Internet in a Typical Week~** | | |
| 1 Day or Less | 29% | 8% |
| 2 to 4 Days | 40% | 42% |
| 5 to 7 Days | 31% | 49% |
| **How Youth Used Internet*** | | |
| Went to Web Sites | 94% | 99% |
| Used E-Mail | 76% | 79% |
| Used Instant Messaging | 55% | 68% |
| Went to Chatrooms | 56% | 30% |
| Played Games | 67% | 83% |
| Did School Assignments | 85% | 92% |
| Downloaded Music | – | 38% |
| Kept Online Journal or Blog | – | 16% |
| Used Online Dating or Romance Sites | – | 1% |
| **Who Youth Talked to Online^** | | |
| People Youth Knew In Person Offline | 73% | 79% |
| People Youth Knew Only Online | 40% | 34% |

\* Multiple responses possible.
+ In YISS-1 we asked if youth used the Internet in "other households," which included friends' homes.
In YISS-2 we specifically asked all youth if they used the Internet at friends' homes.
~ Based on youth who used the Internet in the past week or past 2 weeks.
^ Answers not mutually exclusive.
Note: Some categories do not add to 100% because of rounding and/or missing data.

Table 3. Trends in Online Victimization by Age and Gender

| Youth Internet User Gender/Age | YISS-1 Rate per 100 | YISS-2 Rate per 100 | Change in Rate %~ |
|---|---|---|---|
| **Sexual Solicitations** | | | |
| All Youth*** | 19 | 13 | -6% |
| Boys Ages 10 to 13 | 8 | 5 | ~ |
| Boys Ages 14 to 17* | 15 | 10 | -5% |
| Girls Ages 10 to 13* | 15 | 9 | -6% |
| Girls Ages 14 to 17*** | 34 | 23 | -11% |
| **Unwanted Exposure to Sexual Material** | | | |
| All Youth*** | 25 | 34 | +9% |
| Boys Ages 10 to 13* | 16 | 24 | +8% |
| Boys Ages 14 to 17*** | 33 | 45 | +12% |
| Girls Ages 10 to 13** | 12 | 21 | +9% |
| Girls Ages 14 to 17* | 29 | 36 | +7% |
| **Harassment** | | | |
| All Youth** | 6 | 9 | +3% |
| Boys Ages 10 to 13 | 6 | 7 | ~ |
| Boys Ages 14 to 17 | 6 | 8 | ~ |
| Girls Ages 10 to 13 | 4 | 7 | ~ |
| Girls Ages 14 to 17 | 9 | 11 | ~ |

* p<.05, ** p<.01; *** p<.001
~ Only statistically significant changes are included.
Note: Rates represent % of youth Internet users in each gender/age category who had sexual solicitation, unwanted exposure, or harassment incidents. See each n noted below.
All Youth N = 3,001 (YISS-1 n = 1,501 and YISS-2 n = 1,500).
Boys Ages 10 to 13 n = 544 (YISS-1 n = 276 and YISS-2 n = 268).
Boys Ages 14 to 17 n = 984 (YISS-1 n = 514 and YISS-2 n = 470).
Girls Ages 10 to 13 n = 546 (YISS-1 n = 280 and YISS-2 n = 266).
Girls Ages 14 to 17 n = 922 (YISS-1 n = 428 and YISS-2 n = 494).
Gender is missing for 3 cases in YISS-1 and 2 cases in YISS-2.