IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------------x
| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et. al, | : | CIVIL ACTION |
| | : | |
| **Plaintiff** | : | |
| | : | No. 98-5591 |
| v. | : | |
| | : | |
| ALBERTO R. GOZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, | : : | |
| | : | |
| **Defendant** | : | |
| | : | |
------------------------------------------------------------------------x

## ENTRY OF APPEARANCE

Kindly enter appearance of Mary Catherine Roper as additional counsel for plaintiffs in this action:

Mary Catherine Roper<br>
American Civil Liberties Union of Pennsylvania<br>
P.O. Box 40008<br>
Philadelphia, PA 19106<br>
v: 215.592.1513 ext. 116<br>
f: 215.592.1343<br>
mroper@aclupa.org

Respectfully,

Dated:  September 15, 2006.          /s/ Mary Catherine Roper
                                     Mary Catherine Roper
                                     Attorney ID No. 71107
                                     American Civil Liberties Union of Pennsylvania
                                     P.O. Box 40008
                                     Philadelphia, PA 19106
                                     v: 215.592.1513 ext. 116
                                     f: 215.592.1343
                                     mroper@aclupa.org

CERTIFICATE OF SERVICE

I certify that on this date I filed the foregoing document using the Court's ECF system and that the following is a ECF user such that she will receive service automatically:

Raphael O. Gomez
U.S. Department Of Justice
Civil Division, Room 7200
20 Massachusetts Avenue NW
Washington, DC 20530

                                                /s/ Mary Catherine Roper
                                                Mary Catherine Roper

Dated: September 15, 2006.