UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------------x
: 
AMERICAN CIVIL LIBERTIES UNION, et al., :
:
Plaintiffs, :
:
v.   :   Civ. Act. No. 98-CV-5591
:
ALBERTO R. GONZALES, in his official capacity as :
ATTORNEY GENERAL OF THE UNITED STATES, :
:
Defendant. :
:
------------------------------------------------------------------------x

## PLAINTIFFS' UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Pursuant to Local Rule 5.1.5(a)(2), plaintiffs, through undersigned counsel, move to file documents under seal pursuant to paragraph 8 of the Agreed Protective Order (Doc. 202). Plaintiffs move to file Plaintiffs Opposition to Defendant's Motion *In Limine* To Exclude Certain Testimony of Michael A. Russo and Testimony of Henry Reichman under seal because both the memorandum in support of Plaintiffs' opposition to defendant's motion and the exhibits refer to and cite material that Plaintiffs and Defendant have designated subject to the Agreed Protective Order. Pursuant to the Protective Order, Plaintiffs will file a redacted version of this motion shortly. Additionally, Plaintiffs move to file Exhibit 6 to the Declaration of Christopher R. Harris to Plaintiffs' Memorandum in Opposition to Defendant's Motion To Dismiss And, In The Alternative, For Partial Judgment On The Pleadings under seal because it has been designated as Confidential and Subject to the Agreed Protective Order.

Pursuant to Local Rule 26.1(f), Plaintiffs hereby certify that the parties conferred about this motion and Defendant does not oppose.

## CONCLUSION

For the reasons set forth above, the Court should grant Plaintiffs unopposed motion to file documents under seal.

Dated: September 15, 2006

                              Respectfully submitted,

                              _____
                              Christopher R. Harris
                              Seth Friedman
                              Katharine Marshall
                              Jeroen van Kwawegen
                              Elan Dobbs
                              Latham & Watkins
                              885 Third Avenue, Suite 1000
                              New York, NY 10022
                              (212) 906-1200

                              Of Counsel to American Civil Liberties Union Foundation

                              Christopher A. Hansen
                              Aden Fine
                              Catherine Crump
                              Ben Wizner
                              American Civil Liberties Union Foundation
                              125 Broad Street, 18th Floor
                              New York, NY 10004
                              (212) 549-2500

                              ATTORNEYS FOR ALL PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------------------x
: 
AMERICAN CIVIL LIBERTIES UNION, et al., :
:
Plaintiffs, :
:
v. : Civ. Act. No. 98-CV-5591
:
ALBERTO R. GONZALES, in his official capacity as :
ATTORNEY GENERAL OF THE UNITED STATES, :
:
Defendant. :
:
-------------------------------------------------------------------------x

## [PROPOSED] ORDER

Before the Court is Plaintiffs' Unopposed Motion to Seal Document Plaintiffs' Opposition to Defendant's Motion *In Limine* To Exclude Certain Proposed Testimony of Michael A. Russo and Proposed Testimony of Henry Reichman, as well as Exhibit 6 to the Declaration of Christopher R. Harris to Plaintiffs' Memorandum in Opposition to Defendant's Motion To Dismiss And, In The Alternative, For Partial Summary Judgment, filed by Plaintiff American Civil Liberties Union. After consideration of all papers and pleadings submitted to the Court and for good cause shown, IT IS HEREBY ORDERED that:

1. The motion is GRANTED.
2. Plaintiffs' Opposition to Defendant's Motion *In Limine* To Exclude Certain Proposed Testimony of Michael A. Russo and Proposed Testimony of Henry Reichman shall be FILED UNDER SEAL.
3. Exhibit 6 to the Declaration of Christopher R. Harris to Plaintiffs' Memorandum in Opposition to Defendant's Motion To Dismiss And, In The Alternative, For Partial Summary Judgment shall be FILED UNDER SEAL.

IT IS SO ORDERED.

Dated: _____, 2006

_____
HON. LOWELL A. REED, JR.
UNITED STATES DISTRICT JUDGE