UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------x
: 
AMERICAN CIVIL LIBERTIES UNION, et al., :
:
Plaintiffs, :
:
v. : Civ. Act. No. 98-CV-5591
:
ALBERTO R. GONZALES, in his official capacity as :
ATTORNEY GENERAL OF THE UNITED STATES, :
:
Defendant. :
:
------------------------------------------------------------------x

## [PROPOSED] ORDER

Before the Court is Defendant's Motion for Leave of Court to Designate Dr. David Finkelhor as an Expert for Defendant. After consideration of all papers and pleadings submitted to the Court, the argument of counsel, and for good cause shown, IT IS HEREBY ORDERED that:

The motion is DENIED in its entirety.

Dated: _____, 2006

_____
HON. LOWELL A. REED, JR.
UNITED STATES DISTRICT JUDGE