IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity | : | |
| as Attorney General of the United States | : | |

**ORDER**

  **AND NOW,** this 19th day of September, 2006, upon consideration of plaintiffs' unopposed motion to seal: (1) plaintiffs' brief in opposition to defendant's motion *in limine* to exclude certain proposed testimony of Michael A. Russo and Henry Reichman, and (2) Exhibit 6 to the declaration of Christopher R. Harris to plaintiffs' memorandum in opposition to defendant's motion to dismiss and, in the alternative, for partial summary judgment (Doc. No. 297), and for *prima facie* good cause shown, it is hereby **ORDERED** that:

  1. The motion is **GRANTED**.

  2. Plaintiffs' opposition to defendant's motion *in limine* to exclude certain proposed testimony of Michael A. Russo and Henry Reichman (see Doc. No. 299) shall be **FILED UNDER SEAL**.

  3. Exhibit 6 to the declaration of Christopher R. Harris to plaintiffs' memorandum in opposition to defendant's motion to dismiss and, in the alternative, for partial summary judgment (see Doc. No. 298) shall be **FILED UNDER SEAL**.

  4 The forgoing order is entered without prejudice to the right of a party, third party, witness, or member of the public believed to be entitled to access the sealed materials to seek review of this order.

  5. The court inadvertently failed to include paragraph 4 in its September 14, 2006 order sealing defendant's motion in limine (Doc. No. 295). Therefore, it is hereby further **ORDERED** that paragraph 4 of this order is incorporated into this court's September 14, 2006 order as well.

                S/ Lowell A. Reed, Jr.
               LOWELL A. REED, JR., S.J.