# ORIGINAL DOCUMENT

# FILED

# UNDER SEAL

September 15, 2006