IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al, | : CIVIL ACTION |
| | : |
| v. | : NO. 98-5591 |
| | : |
| ALBERTO GONZALES in his official capacity | : |
| as Attorney General of the United States | : |

**PRETRIAL ORDER NO. 27**

AND NOW, this 26th day of September, 2006, IT IS ORDERED that the dates in Pretrial Order 24 (Doc. No. 258) and Pretrial Order 26 (Doc. No. 310) are amended as follows:

1. Paragraph 12 of Pretrial Order 24 shall now read:

"The parties shall file a proposed final pretrial order pursuant to Local Rule of Civil procedure 16.1(d)(2)(a) no later than **Tuesday, October 3, 2006.** See also cmt. 5 to Local Rule 16.1 in the *Eastern District of Pennsylvania Federal Practice Rules Annotated*, Peter Vaira (Gann Law Books 2004-2005 Ed.); and Sample Forms 9 (pp. 194-199) and 36 (pp. 307-311) in Judicial Conference of the United States, *Civil Litigation Management Manual* (available at http://www/fjc.gov)";

2. Paragraph 4 of Pretrial Order 26 shall now read:

"No later than **October 3, 2006,** each party intending to present witness(es) by deposition in its case in chief shall file a stipulation agreeing to such presentation or in lieu thereof a motion seeking court approval pursuant to Fed. R. C. P. 32";

3. The first phrase of Paragraph 5 of Pretrial Order 26 shall now read:
"On or before **October 3, 2006**, each party shall serve upon every other party";

4. The witness information requested in Paragraph 6(B) of Pretrial Order 26 shall now be due by **October 3, 2006** as part of the Local Rule 16.1 final pretrial order ("final pretrial order");

5. Pursuant to Paragraph 5(A) and (D) of Pretrial Order 26, trial exhibits and witness names shall be exchanged between the parties by October 3, 2006. However, the parties may state in the final pretrial order, also due on October 3, 2006, that a separate list of objections to trial exhibits and witnesses will be filed on **October 9, 2006.** This amends the deadlines in Paragraph 8 of Pretrial Order 26 which contemplated incorporating the objections to exhibits and witnesses into the final pretrial order. As a result, the parties shall file objections to trial exhibits and witnesses by **October 9, 2006**.

S/ Lowell A. Reed., Jr.
LOWELL A. REED, JR., S.J.