# EXHIBIT 23

If You're Over 18 years old

# CLICK HERE!!



WELCOME TO THE:

# HARDCORE STUDIO

**THE PLAYLAND FOR ADULTS ONLY**



## WARNING

```
The material on this server is adult oriented and/or
sexually explicit, and is related to material of an
adult nature. This site provides access to images of
nude adults possibly engaging in sexual acts. Access
```


## You must agree to the WARNING above to

# ENTER NOW

**If you don't AGREE, PLEASE LEAVE**

Parents: Concerned about your child's access to explicit material on the net? Try consulting these services.

[SURF-WATCH] [NETNANNY] [CYBER-SITTER]

Any questions or problems please e-mail:webmaster@hardcorestudio.com

_ _ _ _ _ _ _ _ _ _ _ _ _ _

I went to the porn lesbian sex shop and found a porn lesbian sex . The clerk said to go to the porn lesbian sex section of the store and meet our clients. I found a porn lesbian sex book and started to porn lesbian sex read it with our clients.

While going through the porn lesbian sex book I saw a hardcore lesbian sex story that looked very porn lesbian sex interesting. It was about a Fucking cock blowjobs girl who was having porn lesbian sex second thoughts. She said porn lesbian sex that the situation was getting upsetting. The girl went to hardcore sex the lake and cooled porn lesbian sex out with our clients. The lake was Gay and Lesbian porn very relaxing. It was very porn lesbian sex warm out. She took off her lFucking cock blowjobs clothes and went into the teenage naked nude woman water. It was a little cold and porn lesbian sex her nipples were teenage naked nude woman hard and the client seen them hard. She heard a porn lesbian sex noise and jumped out of the teenage naked nude woman water. The towel was porn lesbian sex on a tree branch and Gay and Lesbian porn she had to walk to get porn lesbian sex it. As the teenage naked nude woman was walking she Gay and Lesbian porn tripped over a hardcore lesbian sex rock. The pain was porn lesbian sex very bad and she fell to the Gay and Lesbian porn ground. As she got up porn lesbian sex she was bending over and she teenage naked nude woman fell again. That was the hardcore lesbian sex story of the porn lesbian sex girl. Out clients were all happy to Gay and Lesbian porn and porn lesbian sex again and again. I went to the porn lesbian sex shop and found a Gay and Lesbian porn . The clerk said to go to the hardcore lesbian sex section of the store and meet our clients. I found a Gay and Lesbian porn book and started to hardcore lesbian sex read it with our clients. While going through the Gay and Lesbian porn book I saw a porn lesbian sex story that looked very porn lesbian sex interesting. It was about a Gay and Lesbian porn girl who was having porn lesbian sex second thoughts. She said porn lesbian sex that the situation was getting upsetting. The girl went to hardcore lesbian sex the lake and cooled porn lesbian sex out with our clients. Out clients were all happy to porn lesbian sex and Fucking cock blowjobs again and again Gay and Lesbian porn . I porn lesbian sex the porn lesbian sex client and Fucking cock blowjobs them again. Great Gay and Lesbian porn from our clients who porn lesbian sex all our other porn lesbian sex clients.



THE HOME OF **EXTREME** HARDCORE

What do you want???



WILD GROUP SEX,
BIG FUCKING TITS,
BUTT NAKED BITCHES,
HOT EROTIC LIVE ROOMS,
BARELY LEGAL TEENS,
HOT LATIN AND BLACK PUSSY,
THE BEST LIVE SPY CAMS,
24 HOUR FREE LIVE VIDEO,
THE MOST EXTREME HARDCORE

WE GOT IT ALL

*CLICK BELOW FOR A GUEST PREVIEW &
CHECK OUT OUR 1 WEEK TRIAL MEMBERSHIP*

We have something for everyone. Watching woman playing with their wet hot pussies will make you want to get off.



Watching them suck cock can also make you hot and horny.
JOIN NOW

**We have over 11,000 HARDCORE VIDEO CHANNELS
and 90+ STEAMING HARDCORE Sections**
YOU JUST CAN'T FIND MORE ANYWHERE!!!

  

Any questions or problems please e-mail:*webmaster@hardcorestudio.com*

_ _ _ _ _ _ _ _ _ _ _

**CUM SEE WHAT WE GOT!**



**11,000+ -- STREAMING HARDCORE VIDEO FEEDS**
**20 -- STREAMING "LIVE" VIDEO FEEDS**
**GIRLSTREAM -- 500+ AMATEUR EROTIC VIDEO FEEDS**
**LATINA TV -- BARELY LEGAL AMATEUR LATIN VIDEO FEEDS**
**THE VIRTUAL STRIP CLUB -- RED HOT CIRCUIT DANCERS LIVE**
**FIRST TIME FANTASIES -- INNOCENT GIRLS SHOW YOU THEIR FANTASIES**

**AND YOU ASKED FOR IT!!**

OVER 1GB OF
VIVO HARDCORE FEEDS WITH AUDIO



ALL VIDEO FEEDS ARE CATEGORIZED
**NO SEARCHING THROUGH THOUSANDS OF FEEDS FOR THE ONE YOU WANT!!!!**



**AND INTRODUCING**
## SPY CAMS
10 OF THE NEWEST AND BEST LIVE HIDDEN CAMS



**+ 7 OTHER LIVE CAMS**



OUR LIVE FEEDS INCLUDE:



BONDAGE ROOM - **EVER BEEN HANDCUFFED BY 3 WOMAN?**
CUNT CAM - **"REAL" CLOSE UP SHOTS OF LIVE PUSSY**
LESBIANS LIVE - **WHEN 1 ISN'T ENOUGH**
HOLLYWOOD HARLOTS - **DIRECT FROM SUNSET STRIP**
COCK AND PUSSY - **THE COUPLES LIVE SEX FEED**
FAMOUS BABES - **OUR MOST FAMOUS BABES IN 1 ROOM "LIVE"**
HOT DUDES - **FOR THE CURIOUS**
REAL PORN STARS LIVE - **VCA PICTURES XXX SUPERSTARS**
TRANSSEXUAL REVIEW - **WORDS CAN'T EXPRESS THIS**

**PLUS!!**

SEE OUR **64** SECTION IMAGE GALLERY -- ALL FULLY THUMBNAILED
FOR EASY AND QUICK VIEWING

  

**Any questions please e-mail:** webmaster@hardcorestudio.com

This site is property of "Hardcore Studio"© ,all photos are used with permission. Models are above the age of 18 and releases are kept on file. These pages are protected by United States and international copyright laws. Copying or distribution by any means is strictly prohibited. Copyright ©1998 "hardcorestudio.com"