MATTHEW A. ZOOK

University of Kentucky                                       859.257.8334  (office)
Department of Geography                                      510.410.1410     (cell)
1457 Patterson Office Tower                                      zook@uky.edu
Lexington, KY 40506                                        http://www.zook.info/

## Education

Ph.D. **University of California, Berkeley**. (Berkeley, CA) 2001.
M.R.P. **Cornell University** (Ithaca, NY) 1995.
B.A. **Earlham College** (Richmond, IN) 1989.

## Academic Work Experience

**Assistant Professor**, Department of Geography, University of Kentucky (2002 to present)
**Visiting Research Fellow**, Public Policy Institute of California, (2001-2002)
**Graduate Student Instructor**, Department of City and Regional Planning, University of
California-Berkeley (1997-1998)

## Publications

### (a) Monographs

Zook, M.A. (2005). *The Geography of the Internet Industry: Venture Capital, Dot-coms and
Local Knowledge*. Blackwell Publishers.

### (b) Peer Reviewed Journal Articles

Grubesic, T. and M. Zook. (2006). A Ticket to Ride:  Evolving Landscapes of Air Travel
Accessibility in United States *Journal of Transportation Geography*. Forthcoming.

Zook, M and S. Brunn. (2006). From Podes to Antipodes: New Dimensions in Mapping Global
Airline Geographies. *Annals of the Association of America Geographers.* September. 471-490.

Zook, M and S. Brunn. (2005). Regions, Hierarchies and Legacies: European Cities and Global
Air Travel. *Journal of Contemporary European Studies*. August. Vol 13 (2). 203-220.

Zook, M.A.  (2004). The Knowledge Brokers: Venture Capitalists, Tacit Knowledge and
Regional Development. *International Journal of Urban and Regional Research*. (September):
621-41.

O' Riain, S., Parthasarathy, B. and M.A. Zook (2004). Symposium: Flows and Filters: The
Politics of ICT Regions in a Global Economy. *International Journal of Urban and Regional
Research*. (September): 617-20.

Zook, M.A. (2003). Underground globalization:  Mapping the space of flows of the internet
adult industry. *Environment and Planning A*. Vol 35(7). 1261-1286.

Zook, M.A. (2002). Hubs, nodes, and bypassed places: A typology of e-commerce regions in the
United States. *Tijdschrift voor economische en sociale geografie*. Vol 93. No.5. pp. 509-521.

Zook, M.A. (2002). Grounded capital: Venture financing and the geography of the internet
industry, 1994-2000. *Journal of Economic Geography*. Vol 2. No 2.  151-177.

*(b) Peer Reviewed Journal Articles (continued)*

Elmer, V, Landis, J. and M.A. Zook. (2002). New Economy Housing Markets: Fast and Furious, But How Different? *Housing Policy Debate*. Vol. 13. No. 2. 233-274.

Chapple, K. and M.A. Zook. (2002). Why Some IT jobs stay: The rise of job training in information technology. *Journal of Urban Technology*. Vol 9. No 1. 57-83.

*Zook, M.A. (2001). Old hierarchies or new networks of centrality? The global geography of the internet content market. *American Behavioral Scientist*. (June). Vol 44. No. 10. 1679-1696.

*Zook, M.A. (2000). The web of production: The economic geography of commercial internet content production in the United States. *Environment and Planning A*. Vol. 32. 411-426.

*Zook, M.A. (2000). Internet metrics: Using hosts and domain counts to map the internet globally. *Telecommunications Policy*. Vol. 24 (6/7).  613-620.

Zook, M.A. (1996). The unorganized militia network: Conspiracies, computers, and community. *Berkeley Planning Journal*. 11(1): 26-48.

*(c) Peer Reviewed Conference Proceeding*

Grubesic, T., Horner, M, Zook, M. and T. Leinbach. (2006). Global Distribution Systems and the U.S. Commercial Air Industry: Gathering Real-Time Airline Flight and Fare Information for Spatial and Economic Analysis. Forthcoming in the *Proceedings of the Transportation Research Board Annual Meeting*, Washington DC.

*(d) Book Chapters*

*Zook, M. and M. Graham. (2006). From Cyberspace to DigiPlace: Visibility in an Age of Information and Mobility. Chapter in *Societies and Cities in the Age of Instant Access* Eds. Harvey Miller and Howard Rheingold. Forthcoming.

Zook, M. (2006). The New Old Thing: E-Commerce Geographies after the Dot-Com Boom. In *Geographies of the New Economy* eds. Peter Daniels, John Beaverstock, Michael Bradshaw and Andrew Leyshon. Routledge. Forthcoming.

Zook, M. and M. Graham. (2006). Wal-Mart Nation: Mapping the Reach of a Retail Colossus. In *Wal-Mart Nation*. ed. S. Brunn. Routledge. 15-25.

*Zook, M. (2006). The Geographies of the Internet. In *Annual Review of Information Science and Technology (ARIST)* ed. B. Cronin. Volume 40. 53-78.

*Zook, M.A., Dodge, M., Aoyama, Y., and A. Townsend. (2004). New Digital Geographies: Information, Communication, and Place. In *Geography and Technology*. Brunn, Cutter and Harrington (eds.). Kluwer Academic Publishers. 155-176.

*Zook, M.A. (2004). Cyberspace and local places: Dot-com geography in the late 1990s. In *The Cybercities Reader*. Steve Graham (ed.). Routledge. 205-212.

### (e) Book Reviews

Zook, M.A. (2005). Review of <u>Cooperation, Networks and Institutions in Regional Innovation Systems</u>. *Economic Geography*. 81(1).

Zook, M.A. (2004). Review of <u>Internet, Economic Growth and Globalization</u>. *Growth and Change*. 35(4). 545-547.

Zook, M.A. (2004). Review of <u>The Internet on Earth: A Geography of Information</u>. *Regional Studies*. 38 (2): 227-228.

### (f) Other Publications

Zook, M.A. (2002). The geography of venture capital firms. *Journal of Biolaw and Business*. Vol 5. No 3.

Zook, M.A. (2001). Connected is a matter of geography. *netWorker*. Vol. 5 No. 3. 13-17.

Zook, M.A. (2000/2001/2002) Geography matters: Differences between venture capital firms in US cities in *Pratt's Guide to Venture Capital Sources*. Securities Data Pub. New York.

Zook, M.A., C. Benner and A. Kim (eds.). (1997-98). Vol. 12 of the *Berkeley Planning Journal*.

### (g) Under Review / In Progress

Zook, M. and M. Graham. (2006). Mapping DigiPlace: Geo-coded Internet Data and the Perception of Place. (Revised and resumitted to *Environment and Planning B*).

Zook, M. and M. Graham. (2006). The Creative Reconstruction of the Internet: Google and the Privatization of Cyberspace and DigiPlace. (Under review by *Economic* Geography).

Dodge, M. and M. Zook (2006). Mapping Cyberspace. Entry in <u>The International Encyclopedia of Human Geography</u> (Rob Kitchin and Nigel Thrift, Eds.). (Under review)

M. Zook and Dodge, M. (2006). Internet Measurement. Entry in <u>The International Encyclopedia of Human Geography</u> (Rob Kitchin and Nigel Thrift, Eds.). (Under review)

Zook, M. 2006. Your Urgent Assistance is Requested: The Intersection of 419 Spam and New Networks of Imagination. (To be submitted to *Ethics, Place and Environment*.

Zook, M. and T. Grubesic. (2006). "Place-full" Data in a "Place-less" Space: Ethical Screen-Scraping for Geo-Coded Data. (To be submitted to *Annals of the Association of America Geographers*)

## Research Funding

2005. Primary Investigator. *Connecting Cyberspace to Place: Understanding the Evolution of Transactions and Value Chains in Electronic Commerce*. National Science Foundation-Geography and Regional Science. Award Period 2005-2008. ($144,000)

2005. *Y0ur m0r[gage is appr0ved - unsolicited bulk mail as a "legitimate" marketing channel*. University of Kentucky. Research Challenge Trust Fund Summer Research Program. ($4,500)

2004. *Web Culture*. U.K. Research Challenge Trust Fund Summer Research Program. ($4,500)

2003. *eBay and the Geography of Electronic Commerce*. University of Kentucky. Summer Faculty Research Fellowship. ($6,000)

## Professional Service and Membership

Member of the Association of American Geographers, Association of Collegiate Schools of Planning and Southeastern Division of the Association of American Geographers.

Member of the AAG's Economic Geography Specialty Group's student paper competition review board (2004).

Organizer for one session AAG-2005 (Denver); three sessions-AAG-2003 (New Orleans); two sessions AAG-2002 (Los Angeles); one session ACSP-2000 (Atlanta).

Journal Article Reviews (indicates number of reviews completed for each journal)

**2006 (13 Reviews)** – (a) *Geoforum***\*; (b) *Economic Geography***\*; (c) *Journal of Planning Education and Research*\*; (d) *GeoJournal*\*; (e) *Annals of the Association of American Geographers*\*; (f) *Professional Geographer***\*; (h) *Environment and Planning A*\*\* (i) *Information Society*\*

**2005 (14 reviews)** – (a) *Southeastern Geographer*\*; (b) *Geoforum*\*; (c) *Journal of Geographical Systems*\*; (d) *Journal of Economic Geography*\*\*\*\*; (e) *Environment and Planning A*\*; (f) *Industrial and Corporate Change*\*; (g) *Journal of Planning Education and Research*\*; (h) *Environment and Planning B*\*;(i) *Geopolitics*\*; (j) *Information Society*\*

**2004 (11 reviews)** – (a) *Environment and Planning B*\*; (b) *Economic Geography*\*; (c) *Journal of Economic Geography*\*\*; (d) *Geoforum*\*; (e) *Urban Geography*\*; (f) *Knowledge, Technology & Policy*\*; (g) *International Journal of Technology Management*\*; (h) *Progress in Human Geography*\*; (i) *Environment and Planning A*\*; (j) *Political Geography*\*

**2003 (8 reviews)** - (a) *Environment and Planning A*\*\*; (b) *Geoforum*\*; (c) *The Industrial Geographer*\*; (d) *Growth and Change*\*\*; (e) *Telecommunications Policy*\*; (f) *Tijdschrift voor economische en sociale geografie*\*

**2002 (5 reviews)** - (a) *Environment and Planning A*\*; (b) *Annals of the Association of American Geographers*\*; (c) *Journal of Economic Geography*\*; (d) *Growth and Change*\*; (e) *Journal of Appalachian Studies*\*

**2001 (2 reviews)** - (a) *Environment and Planning A*\*; (b) *Environment and Planning B*\*

**2000 (1 review)** - (a) *Environment and Planning B*\*

Reviewer for Social Science and Humanities Research Council of Canada (2002).

Matthew A. Zook -     4

Reviewer for the National Science Foundation-Geography and Regional Science (2005, 2006).

## Academic Honors

Research Challenge Trust Fund Summer Research, University of Kentucky, 2004 & 2005
Participant in the Summer Institute in Economic Geography, 2003
ACSP-HUD Excellence in Urban Policy Scholarship Award, 2000
California Planning Roundtable Munsell Scholarship Award, 1998
Inside Field Exam, Honors (UC Berkeley), 1997
Planning Theory Field Exam, Honors (UC Berkeley), 1996
UC Berkeley Chancellor Fellowship – 3 yrs full funding, 1995
National Science Foundation Fellowship (Honorable Mention), 1994
Foreign Language Area Studies Scholarship - 1 yr full funding - Dept. of Education, 1994
Bartels Fellowship Travel Grant (Cornell University), 1994
Sage Graduate Fellowship - 1 yr full funding - Cornell University, 1993
Earlham College Honors, 1989

## Presentations

### (a) Keynotes

June 7-8, 2004. Keynote address at the meeting on *The geography of the Internet: Cities, places and fluxes of information.* Science, Technology and Society workshop at the Instituto Superior Tecnico. Lisbon, Portugal.

June 25, 2003. *Mapping Trends in .ca Domain Name Usage.* Keynote Address at Canadian Internet Registration Authority's Annual General Meeting. Montreal, Canada.

### (b) Invited Talks

April 16, 2004. Global Cities, Bypassed Places and Underground Nodes: Understanding the Global Geography of the Internet. Geography Department. University of Cincinnati.

July 3, 2003. The Knowledge Brokers: Venture Capitalists, Tacit Knowledge and Regional Development. Institut für Volkswirtschaftslehre. Goethe-Universität. Frankfurt, Germany

April 16, 2003. "The new old thing: E-commerce geographies after the dot-com boom." Presentation at the Reflections on the 'New Economy' seminar. University of Nottingham, UK.

March 13, 2003. E-commerce and Geography. University College London. (via web streaming).

June 17, 2002. Cyberspace and Cities: Global centers and peripheral places. University of California, Berkeley.

May 13, 2002. Where is the Internet? Global centers and peripheral places. Institute for the Future. Menlo Park, CA.

### (c) Conference Presentations

Zook, M. (2006). Your Urgent Assistance is Requested: The Intersection of Imagined Communities and 419 Spam. Paper presented at the AAG Conference. Chicago, IL.

Graham, M. and M. Zook. (2006). The Soft-Ware and Hard-Where of GoogleEarth: Privatizing DigiPlace?. Paper presented at the AAG Conference. Chicago, IL.

Zook, M.A. and T. Leinbach (2006). Connecting Cyberspace to Place: Understanding the Evolution of Transactions and Value Chains in Electronic Commerce. Paper presented at the AAG Conference. Chicago, IL.

*(c) Conference Presentations (continued)*

Grubesic, T., Horner, M, Zook, M. and T. Leinbach. (2006). Global Distribution Systems and the U.S. Commercial Air Industry: Gathering Real-Time Airline Flight and Fare Information for Spatial and Economic Analysis. Poster presented at the Transportation Research Board Conference. Washington D.C. January 22-26, 2006.

Zook, M. and M. Graham. (2005). The Making of DigiPlace: Merging Soft-Ware and Hard-Where via GoogleLocal. *Society and Cities in the Age of Instant Access Conference*. Salt Lake City, UT. Nov 10-12, 2005.

Zook, M.A. (2005). Spam, Spam, Spam, Glorious Spam: Uncovering the Geographic Contours of Bulk, Unsolicited Email. Paper presented at the AAG Conference. Denver, CO.

Zook, M.A. (2004). GoogleMaps: Charting the Geo-Cultural Cartographies of Cyberspace. Paper presented at Digital Cultural Institutions and the Future of Access: Social, Legal, and Technical Challenges (Social Science Research Council). Santa Clara University. October 21

Zook, M.A. (2004). Monster Mapping: Locating Demand for Workers Based on Internet Job Search Engines. Paper presented at the AAG Conference. Philadelphia, PA.

Zook, M.A. and S. Brunn. (2004). From Podes to Antipodes: New Dimensions in Mapping Global Time, Cost, and Distance. Specialist Meeting on Globalization in the World-System: Mapping Change over Time. University of California, Riverside. February 7-8.

Zook, M.A. (2003). The Knowledge Brokers: Venture Capitalists, Tacit Knowledge and Regional Development. Electronic paper presented at DRUID's 2003 Summer Conference. Copenhagen, Denmark. June 12-14.

Zook, M.A. (2003). E-tailers on the Cyber-frontier: The world diffusion of eBay Sellers. Paper presented at the AAG Conference. New Orleans, LA.

Zook, M.A. (2002). The Electronic Agora: eBay and the Shaping of E-Commerce Geography. Paper presented at the SEDAAG Conference. Richmond, VA.

Zook, M.A. (2002). Peripheral Nodes in the Space of Flows: The Geography of the Internet Adult Industry. Paper presented at the AAG Conference. Los Angeles, CA.

Zook, M.A. (2001). The Knowledge Brokers: Venture Capitalists, Tacit Knowledge and Regional Development. Paper presented at the Association of Collegiate Schools of Planning. Cleveland, OH. November 7-11.

Zook, M.A. (2001). Peripheral Nodes in the Space of Flows: The Geography of the Internet Adult Industry. Paper presented at the Digital Communities 2001 Conference. Chicago, IL. November 3-6.

Zook, M.A. (2001). Hubs, Nodes and Bypassed Places: A Typology of E-commerce Regions in the United States. Paper presented at the Association of American Geographers Meeting. New York. Feb 28-March 3.

Zook, M.A. (2000). Grounding Capital: The Geographic Nature of Venture Financing in the United States. Paper presented at the Global Conference on Economic Geography. Singapore. December 5-9.

*(c)Conference Presentations (continued)*

Chapple, K. and M.A. Zook. (2000). Promising Futures: Promising Practices in Information Technology Training for Disadvantaged Adults. Paper presented at the Association of Collegiate Schools of Planning.  Atlanta, GA. November 1-5.

Zook, M.A. (2000). Venture Capital's role in the clustering of Internet firms in the US. Paper presented at the Association of Collegiate Schools of Planning.  Atlanta, GA. November 1-5.

Zook, M.A. (1999). Internet Cities of the United States and the World: Understanding New Geographies.  Paper presented at the Cities in the Global Information Society Conference. Newcastle upon Tyne, UK. November 22-24.

Zook, M.A. (1999). Regional Systems of Financing.  Paper presented at the Global Networks, Innovation and Regional Development: The Informational Region as Development Strategy Conference.  Santa Cruz, CA. November 11-13.

Zook, M.A. (1999). Role of Venture Capital in Organizing the US Internet Industry.  Paper presented at the Association of Collegiate Schools of Planning.  Chicago, IL. Oct. 22-25.

Zook, M.A. (1998). The Web of Consumption: The Spatial Organization of the Internet Industry in the United States. Paper presented at the Association of Collegiate Schools of Planning Conference. Pasadena, CA. November 5-8.

## Teaching

GEO152: World Regional Geography, University of Kentucky. (undergraduate).

GEO310: Quantitative Techniques in Geography, University of Kentucky. (undergraduate).

GEO455: Introduction to Economic Geography, University of Kentucky. (undergraduate).

GEO565: Geographies of the Internet, University of Kentucky. (graduate).

GEO600: Analytical Methods in Geography, University of Kentucky. (graduate).

GEO655: Geographies of Cyberspace, University of Kentucky (graduate).

GEO713: Technology, Digital Economy and Regional Development/Globalization, University of Kentucky (graduate).

GEO713: Economic Geography and Globalization, University of Kentucky (graduate).

GEO713: Information, Place and Economy, University of Kentucky (graduate).

CRP 275: The Internet and Regional Development, UC Berkeley. (TA/graduate).

CRP 220: The Urban and Regional Economy, UC Berkeley. (TA/graduate).

CRP 225: Methods of Regional Analysis, UC Berkeley. (TA/graduate).

## Languages

German - conversation and reading proficient

Spanish - conversation and reading proficient

Portuguese - limited conversation and reading

French - limited conversation and reading

Estonian - beginning level

## Work, Study and Research Abroad:

**West Germany, East Germany and Austria** (1988): Six month undergraduate study abroad program as part of German minor.

**Nicaragua** (1989-1990): Six month work project in Matiguas (a town of 8,000 in the central region) and observer of the 1990 presidential elections.

**Guatemala** (1993): Three months of language study and travel.

**Honduras** (1994): Two week trip (with Cornell University) to agricultural production facilities.

**Mozambique/South Africa** (1994): During my Masters program I spent the summer at Eduardo Mondlane University studying the implementation of an email system; Observed community development program in Capetown, South Africa.

**Estonia** (2000, 2003) – Extended stays (ten weeks in 2003) in Estonia; future research site on post-Soviet transition and the use of information technologies (particularly mobile).

In addition I have traveled extensively throughout Western and Eastern Europe; Central Asia (Kazakhstan, Kyrgyzstan, Uzbekistan); Southeast Asia (Thailand, Singapore and Malaysia) and New Zealand.

## Professional Reports

Los Angeles Regional Technology Alliance. 2001/2002/2003. The Sand Dollar Report: An analysis of venture investing on the digital coast.

Ford Foundation. 2000. Promising Futures: Promising Practices in IT Training for Disadvantaged Adults. Co-authored with Chapple, K., Zook. M., Kunamneni, R. *et al*.

ICF Consulting. 1999. Economic Development in the Global City: Shaping the City of Toronto's 21st Century Economy. Prepared for the City of Toronto.

The Sedway Group and Zook Consulting. 1999.  Redevelopment Project Area Employment Assessments. Prepared for the Redevelopment Agency of the City of San Jose, CA.

ICF Consulting. 1999. Roanoke, Virginia Regional Cluster Analysis. Prepared for the Fifth District Regional Alliance.

ICF Consulting. 1999. Encouraging the Internationalization Process: Policy Lessons from Two U.S. States. Prepared for Scottish Enterprise Operations.

ICF Consulting. 1998. The Regional Basis of Global Competitiveness: A Study of Global Companies in Four U.S. States. Prepared for Scottish Enterprise Operations.

Strategic Economics and Density Squared. 1998. Downtown Oakland Strategic Data Assessment. Prepared for the Community and Economic Development Agency of the City of Oakland, CA.

# Curriculum Vitae

## Andrew Gelman

### June, 2006

Department of Statistics
Columbia University
1255 Amsterdam Ave, 10th floor
New York, NY 10027
Telephone: 212-851-2142
Fax: 212-851-2164

39 Claremont Avenue #73
New York, NY 10027
Telephone: 212-665-7534

## Education

Harvard University, 1986–1990. M.A., statistics, 1987. Ph.D., statistics, 1990. Thesis: Topics in image reconstruction for emission tomography. National Science Foundation graduate fellowship.

Massachusetts Institute of Technology, 1982–1986. S.B., mathematics, 1985. S.B., physics, 1986. GPA: 4.9/5.0. Phi Beta Kappa.

## Positions

Professor, Department of Statistics, Columbia University, 2000–present.

Professor, Department of Political Science, Columbia University, 2002–present.

Faculty Fellow, Institute for Social and Economic Research and Policy, Columbia University, 1999–present.

Founding Director, Quantitative Methods in Social Sciences program, Columbia University, 1998–2002.

Associate Professor, Department of Statistics, Columbia University, 1996–2000.

Visiting Assistant Professor, Department of Statistics, University of Chicago, Spring, 1994.

Assistant Professor, Department of Statistics, University of California, Berkeley, 1990–1996.

Technical Associate, AT&T Bell Laboratories, summers, 1985–1986. Experimental solid state physics research. Supervisor: Dr. Loren Pfeiffer.

## Awards

2004 Miller Prize for the best work appearing in *Political Analysis*, for "Bayesian multilevel estimation with poststratification: state-level estimates from national polls." (David K. Park, Andrew Gelman, and Joseph Bafumi)

2003  Committee of Presidents of Statistical Societies (COPSS) Presidents' award for out-standing contributions to statistics by a person under the age of 40.

2000  Outstanding Statistical Application award from the American Statistical Association for "Not asked and not answered: multiple imputation for multiple surveys." (Andrew Gelman, Gary King, and Chuanhai Liu)

2000  Special Invited Paper for the Institute of Mathematical Statistics: "Analysis of vari-ance: why it is more important than ever."

1998  Elected Fellow, American Statistical Association.

1998  Outstanding Statistical Application award from the American Statistical Association for "Physiological pharmacokinetic analysis using population modeling and informa-tive prior distributions." (Andrew Gelman, Frederic Y. Bois, and Jiming Jiang)

1998  Article "Not asked and not answered: multiple imputation for multiple surveys" chosen as the annual *Journal of the American Statistical Association* special invited discussion paper. (Andrew Gelman, Gary King, and Chuanhai Liu)

1998  Article "General methods for monitoring convergence of iterative simulations" chosen for the "Best of *Journal of Computational and Graphical Statistics*" session of the annual Interface meeting. (Stephen Brooks and Andrew Gelman)

1997  Elected Fellow, Institute of Mathematical Statistics.

1994  National Science Foundation Young Investigator Award.

1995  Heinz Eulau Award from the American Political Science Association for the best ar-ticle published in the *American Political Science Review*, for "Enhancing Democracy Through Legislative Redistricting." (Andrew Gelman and Gary King)

1992  American Political Science Association research software award, for "JudgeIt: a pro-gram for evaluating electoral systems and redistricting plans." (Andrew Gelman and Gary King)

1992  Pi Sigma Alpha award for the best paper presented at the annual meeting of the Midwest Political Science Association, for "Why do Presidential election campaign polls vary so much when the vote is so predictable?" (Andrew Gelman and Gary King)

## Research grants

2006–2009  National Institutes of Health grant, "Bayesian analysis of serial dilution assays." (An-drew Gelman, Ginger Chew, and Matt Perzanowski)

2005–2008  National Science Foundation grant, "Design and Analysis of 'How many X's do you know' surveys for the study of polarization in social networks." (Andrew Gelman, Tian Zheng, Thomas DiPrete, and Julien Teitler)

2003–2006  National Science Foundation grant, "Multilevel modeling for the analysis of public opinion and voting." (Andrew Gelman)

2001–2002 National Science Foundation grant, "Biocomplexity IDEA: Portable devices to map the distribution of arsenic in Bangladesh groundwater and the relation to sediment structure." (A. van Geen, R. Versteeg, A. Gelman, Y. Zheng, M. Stute, M. Steckler, and K. M. Ahmed)

2000–2003 National Science Foundation grant, "Combining expert judgments for environmental risk analysis." (James Hammitt, Robert Clemen, Andrew Gelman, John Evans, and Roger Cooke)

2000–2003 National Science Foundation grant, "Bayesian analysis of sample surveys." (Andrew Gelman and John B. Carlin)

1997–2000 National Science Foundation grant, "Models and model checking for spatially-varying environmental hazards and decision problems." (Andrew Gelman and Phillip N. Price)

1994–1997 National Science Foundation grant, "Using inference from iterative simulation to improve efficiency of simulations." (Andrew Gelman and Donald B. Rubin)

1993–1995 National Science Foundation grant, "Generalizing multiple imputation for a time series of surveys, with application to Presidential election campaign polls and evaluating electoral systems and redistricting plans." (Gary King and Andrew Gelman)

1992–1993 University of California, Berkeley, Junior Faculty Research Grant.

1990–1993 National Science Foundation mathematical sciences postdoctoral fellowship.

## Books

2007 *Data Analysis Using Regression and Multilevel/Hierarchical Models.* Cambridge University Press, to appear. (Andrew Gelman and Jennifer Hill)

2003 *Bayesian Data Analysis,* second edition. London: CRC Press. (Andrew Gelman, John B. Carlin, Hal S. Stern, and Donald B. Rubin). Second printing, 2004.

2002 *Teaching Statistics: A Bag of Tricks.* Oxford University Press. (Andrew Gelman and Deborah Nolan). Second printing, 2003. Third printing, 2004. Fourth printing, 2006.

1995 *Bayesian Data Analysis.* London: Chapman and Hall. (Andrew Gelman, John B. Carlin, Hal S. Stern, and Donald B. Rubin). Second printing, 1996. Third printing, 1997. Fourth printing, 1998. Fifth printing, 1999. Sixth printing, 2000.

## Books edited

2007 *Quantitative Models and Methods: A Tour of the Social Sciences.* Cambridge University Press, to appear. (ed. Andrew Gelman)

2004 *Applied Bayesian Modeling and Causal Inference from Incomplete-Data Perspectives.* New York: Wiley. (ed. Andrew Gelman and Xiao-Li Meng)

2002 *Case Studies in Bayesian Statistics,* vol. 6. New York: Springer. (ed. Constantine Gatsonis, Robert E. Kass, Alicia Carriquiry, Andrew Gelman, David Higdon, Donna K. Pauler, and Isabella Verdinelli)

2002 *Case Studies in Bayesian Statistics*, vol. 5. New York: Springer. (ed. Constantine Gatsonis, Robert E. Kass, Bradley Carlin, Alicia Carriquiry, Andrew Gelman, Isabella Verdinelli, and Mike West)

1999 *Case Studies in Bayesian Statistics*, vol. 4. New York: Springer. (ed. Constantine Gatsonis, Robert E. Kass, Bradley Carlin, Alicia Carriquiry, Andrew Gelman, Isabella Verdinelli, and Mike West)

## Articles

2006 Weighted classical variogram estimation for data with clustering. *Technometrics*, to appear. (Cavan Reilly and Andrew Gelman)

2006 Average predictive comparisons for models with nonlinearity, interactions, and variance components. *Sociological Methodology*, to appear. (Andrew Gelman and Iain Pardoe)

2006 An analysis of the NYPD's stop-and-frisk policy in the context of claims of racial bias. *Journal of the American Statistical Association*, to appear. (Andrew Gelman, Jeffrey Fagan, and Alex Kiss)

2006 Analysis of variance. *New Palgrave Dictionary of Economics*, second edition. (Andrew Gelman)

2006 Targeting low-arsenic groundwater with mobile-phone technology in Araihazar, Bangladesh. *Journal of Health, Population and Nutrition*. (Alexander van Geen, Matilde Trevisani, John Immel, M. Jakariya, N. Osman, Z. Cheng, Alexander Pfaff, Andrew Gelman, and K. M. Ahmed)

2006 Validation of software for Bayesian models using posterior quantiles. *Journal of Computational and Graphical Statistics*, to appear. (Samantha Cook, Andrew Gelman, and Donald B. Rubin)

2006 Bayesian data analysis using R. *R News*. (Jouni Kerman and Andrew Gelman)

2006 Bayesian software validation. *R News*. (Samantha Cook and Andrew Gelman)

2006 Evaluation of multilevel decision trees. *Journal of Statistical Planning and Inference*, to appear. (Erwann Rogard, Andrew Gelman, and Hao Lu)

2006 Visualization in Bayesian data analysis. In *Handbook of Computational Statistics, vol. III: Data Visualization*, to appear. (Jouni Kerman, Andrew Gelman, Tian Zheng, and Yuejing Ding)

2006 Voting as a rational choice: why and how people vote to improve the well-being of others. *Rationality and Society*, to appear. (Aaron Edlin, Andrew Gelman, and Noah Kaplan)

2006 The boxer, the wrestler, and the coin flip: a paradox of robust Bayesian inference and belief functions. *The American Statistician*. (Andrew Gelman)

2006 Prior distributions for hierarchical variance parameters. *Bayesian Analysis*, to appear. (Andrew Gelman)

2006 Estimating incumbency advantage and its variation, as an example of a before/after study (with discussion). *Journal of the American Statistical Association*, to appear. (Andrew Gelman and Zaiying Huang)

2006 Fuzzy and Bayesian p-values and u-values. Discussion of "Fuzzy and randomized confidence intervals and p-values," by Charles Geyer and Glenn Meeden. *Statistical Science* 20. (Andrew Gelman)

2006 How many people do you know in prison?: using overdispersion in count data to estimate social structure in networks. *Journal of the American Statistical Association* 101, 409–423. (Tian Zheng, Matthew Salganik, and Andrew Gelman)

2006 Multilevel modeling: what it can and can't do. *Technometrics* 48, 241–251. (Andrew Gelman)

2005 State-level opinions from national surveys: poststratification using multilevel logistic regression. In *Public Opinion in State Politics*, ed. J. E. Cohen. Stanford University Press. (David K. Park, Andrew Gelman, and Joseph Bafumi)

2005 Two-stage regression and multilevel modeling: a commentary. *Political Analysis*. (Andrew Gelman)

2005 Anova as a tool for structuring and understanding hierarchical models. Discussion of an article by C. E. McCulloch. *Chance*. (Andrew Gelman)

2005 An experimental study of storable votes. *Games and Economic Behavior*. (Alessandra Casella, Andrew Gelman, and Thomas R. Palfrey)

2005 Bayesian measures of explained variance and pooling in multilevel (hierarchical) models. *Technometrics* 48, 241–251. (Andrew Gelman and Iain Pardoe)

2005 Output assessment for Monte Carlo simulations via the score statistic. *Journal of Computational and Graphical Statistics*, to appear. (Yanan Fan, Steve Brooks, and Andrew Gelman)

2005 R2WinBUGS: a package for running WinBUGS from R. *Journal of Statistical Software* 12 (3). (Sibylle Sturtz, Uwe Ligges, and Andrew Gelman)

2005 A course on the teaching of statistics at the university level. *American Statistician*. (Andrew Gelman)

2005 Probabilistic feature analysis of facial perception of emotions. *Applied Statistics*. (Michel Meulders, Paul De Boeck, Ivan Van Mechelen, and Andrew Gelman)

2005 Practical issues in implementing and understanding Bayesian ideal point estimation. *Political Analysis*. (Joseph Bafumi, Andrew Gelman, David K. Park, and Noah Kaplan)

2005 Analysis of variance: why it is more important than ever (with discussion). *Annals of Statistics*. (Andrew Gelman)

2005 Should you measure the radon concentration in your home? In *Statistics: A Guide to the Unknown*, fourth edition. (Phillip N. Price and Andrew Gelman)

2005 Multiple imputation for model checking: completed-data plots with missing and latent data. *Biometrics*. (Andrew Gelman, Iven Van Mechelen, Geert Verbecke, Daniel F. Heitjan, and Michel Meulders)

2004 Reliability of a commercial kit to test groundwater for arsenic in Bangladesh. *Environmental Science and Technology*. (A. van Geen, Z. Cheng, A. A. Seddique, M. A. Hoque, A. Gelman, J. H. Graziano, H. Ahsan, F. Parvez, and K. M. Ahmed)

2004 Direct data manipulation for local decision analysis, as applied to the problem of arsenic in drinking water from tube wells in Bangladesh. *Risk Analysis*. (Andrew Gelman, Matilde Trevisani, Hao Lu, and Alexander van Geen)

2004 Bayesian multilevel estimation with poststratification: state-level estimates from national polls. *Political Analysis* 12, 375–385. (David K. Park, Andrew Gelman, and Joseph Bafumi)

2004 Treatment effects in before-after data. In *Applied Bayesian Modeling and Causal Inference from Incomplete-data Perspectives*, ed. A. Gelman and X. L. Meng, chapter 18. New York: Wiley. (Andrew Gelman)

2004 A broken system: the persistent pattern of reversals of death sentences in the United States. *Journal of Empirical Legal Studies*. (Andrew Gelman, James Liebman, Valerie West, and Alexander Kiss)

2004 Using image and curve registration for measuring the goodness of fit of spatial and temporal predictions. *Biometrics*. (Cavan Reilly, Phillip Price, and Andrew Gelman)

2004 55,000 residents desperately need your help! *Chance* 17 (2), 28–31. (Andrew Gelman)

2004 Standard voting power indexes don't work: an empirical analysis. *British Journal of Political Science*. (Andrew Gelman, Jonathan N. Katz, and Joseph Bafumi)

2004 Extension of the isobolographic approach to interactions studies between more than two drugs: illustration with the convulsant interaction between pefloxacin, norfloxacin and theophylline in rats. *Journal of Pharmaceutical Sciences*. (Celine Brochot, William Conet, Andrew Gelman, and Frederic Y. Bois)

2004 Bayesian analysis of serial dilution data. *Biometrics*. (Andrew Gelman, Ginger Chew, and Michael Shnaidman)

2004 Exploratory data analysis for complex models (with discussion). *Journal of Computational and Graphical Statistics*. (Andrew Gelman)

2004 Parameterization and Bayesian modeling. *Journal of the American Statistical Association*. (Andrew Gelman)

2004 Empirically evaluating the electoral college. In *Rethinking the Vote: The Politics and Prospects of American Election Reform*, ed. A. N. Crigler, M. R. Just, and E. J. McCaffery, 75–88. Oxford University Press. (Andrew Gelman, Jonathan N. Katz, and Gary King)

2003 Forming voting blocs and coalitions as a prisoner's dilemma: a possible theoretical explanation for political instability. *Contributions to Economic Analysis and Policy* 2 (1), article 13. (Andrew Gelman)

2003 A Bayesian formulation of exploratory data analysis and goodness-of-fit testing. *International Statistical Review* 71, 369–382. (Andrew Gelman)

2003 A method for estimating design-based sampling variances for surveys with weighting, post-stratification, and raking. *Journal of Official Statistics* 19, 133–151. (Hao Lu and Andrew Gelman)

2003 Spatial variability of arsenic in 6000 tube wells in a 25 km$^2$ area of Bangladesh. *Water Resources Research* **39**, 1140. (Alexander van Geen, Yan Zheng, R. Versteeg, Martin Stute, A. Horneman, R. Dhar, M. Steckler, Andrew Gelman, C. Small, H. Ahsan, Joseph Graziano, I. Hussein, and K. M. Ahmed)

2003 A Bayesian approach to the selection and testing of latent class models. *Statistica Sinica* **13**, 423–442. (Johannes Berkhof, Iven Van Mechelen, and Andrew Gelman)

2003 Regression modeling and meta-analysis for decision making: a cost-benefit analysis of a incentives in telephone surveys. *Journal of Business and Economic Statistics* **21**, 213–225. (Andrew Gelman, Matt Stevens, and Valerie Chan)

2002 The mathematics and statistics of voting power. *Statistical Science* **17**, 420–435. (Andrew Gelman, Jonathan Katz, and Francis Tuerlinckx)

2002 You can load a die but you can't bias a coin. *The American Statistician*. (Andrew Gelman and Deborah Nolan)

2002 Promotion of well-switching to mitigate the arsenic crisis in Bangladesh. *Bulletin of the World Health Organization*. (Alexander van Geen, H. Ahsan, A. Horneman, R. K. Dhar, Yan Zheng, A. Z. M. I. Hussain, K. M. Ahmed, Andrew Gelman, Martin Stute, H. J. Simpson, S. Wallace, C. Small, M. F. Parvez, V. Slavkovich, Nancy J. LoIacono, M. Becker, Z. Cheng, H. Momotaj, M. Shahnewaz, A. A. Seddique, and J. Graziano)

2002 Mechanistic understanding of models for educational assessments. Discussion of "On the structure of educational assessments," by Mislevy et al. *Measurement: Interdisciplinary Research and Perspective* **1**, 73–76. (Andrew Gelman)

2002 Let's practice what we preach: using graphs instead of tables. *The American Statistician* **56**, 121–130. (Andrew Gelman, Cristian Pasarica, and Rahul Dodhia)

2002 Some statistical sampling and data collection activities. *The Mathematics Teacher* **95**, 688–693. (Andrew Gelman and Deborah Nolan)

2002 A class project in survey sampling. *College Teaching* **50**, 151–153. (Andrew Gelman and Deborah Nolan)

2002 A probability model for golf putting. *Teaching Statistics*. (Andrew Gelman and Deborah Nolan)

2002 Voting, fairness, and political representation (with discussion). *Chance* **15** (3), 22–26. (Andrew Gelman)

2001 Using conditional distributions for missing-data imputation. Discussion of "Conditionally specified distributions" by Arnold et al. *Statistical Science* **16**, 268–269. (Andrew Gelman and T. E. Raghunathan)

2001 Bayesian inference with probability matrix decomposition models. *Journal of Educational and Behavioral Statistics* **26**, 153–179. (Michel Meulders, Paul De Boeck, Iven Van Mechelen, Andrew Gelman, and Eric Maris)

2001 A case study on the choice, interpretation and checking of multilevel models for longitudinal binary outcomes. *Biostatistics* **2**, 397–416. (John B. Carlin, C. Hendricks Brown, Andrew Gelman, and Rory Wolfe)

2001 Analysis of large-scale social surveys. In *International Encyclopedia of Social and Behavioral Sciences*, ed. N. J. Smelser and P. B. Baltes, 8386–8392. Oxford University Press. (Elaine Zanutto and Andrew Gelman)

2001 Post-stratification without population level information on the post-stratifying variable, with application to political polling. *Journal of the American Statistical Association* 96, 1–11. (Cavan Reilly, Andrew Gelman, and Jonathan Katz)

2001 Models, assumptions, and model checking in ecological regressions. *Journal of the Royal Statistical Society A* 164, 101–118. (Andrew Gelman, Stephen Ansolabehere, Phillip N. Price, David K. Park, and Lorraine C. Minnite)

2001 Poststratification and weighting adjustments. In *Survey Nonresponse*, ed. R. Groves, D. Dillman, J. Eltinge, and R. Little. New York: Wiley. (Andrew Gelman and John B. Carlin)

2001 Prior distribution. In *Encyclopedia of Environmetrics*, ed. A. H. El-Shaarawi and W. W. Piegorsch. (Andrew Gelman)

2001 Posterior distribution. In *Encyclopedia of Environmetrics*, ed. A. H. El-Shaarawi and W. W. Piegorsch. (Andrew Gelman)

2000 Simulation modeling for cost estimation. In *Current Directions in Postal Reform*, ed. M. A. Crew and P. R. Kleindorfer, 171–193. Boston: Kluwer. (Richard Waterman, Donald Rubin, Neal Thomas, and Andrew Gelman)

2000 Bayesiaanse variantieanalyse. *Kwantitatieve Methoden* 21, 5–12. (Andrew Gelman)

2000 Should we take measurements at an intermediate design point? *Biostatistics* 1, 27–34. (Andrew Gelman)

2000 A method for quantifying artifacts in mapping methods, illustrated by application to headbanging. *Statistics in Medicine* 19, 2309–2320. (Andrew Gelman, Phillip N. Price, and Chia-yu Lin)

2000 Type S error rates for classical and Bayesian single and multiple comparison procedures. *Computational Statistics* 15, 373–390. (Andrew Gelman and Francis Tuerlinckx)

2000 Bayesian probabilistic extensions of a deterministic classification model. *Computational Statistics* 15, 355–371. (Iwin Leenen, Iven Van Mechelen, and Andrew Gelman)

2000 Diagnostic checks for discrete-data regression models using posterior predictive simulations. *Applied Statistics* 49, 247–268. (Andrew Gelman, Yuri Goegebeur, Francis Tuerlinckx, and Iven Van Mechelen)

2000 Some class-participation demonstrations for introductory probability and statistics. *Journal of Educational and Behavioral Statistics.* 25, 84–100. (Andrew Gelman and Mark Glickman)

2000 Discussion of "Inference in molecular population genetics," by M. Stephens and P. Donnelly. *Journal of the Royal Statistical Society B.* (Stephen Brooks and Andrew Gelman)

2000 Optimization and simulation transfer algorithms. Discussion of "Optimization transfer using surrogate objective functions," by K. Lange, D. R. Hunter, and I. Yang. *Journal of Computational and Graphical Statistics.* (Andrew Gelman)

1999 Analysis of local decisions using hierarchical modeling, applied to home radon measurement and remediation (with disussion and rejoinder). *Statistical Science* 14, 305–337. (Chia-Yu Lin, Andrew Gelman, Phillip N. Price, and David H. Krantz).

1999 Optimal design for a study of butadiene toxicokinetics in humans. *Toxicological Sciences* 49, 213–224. (Frederic Y. Bois, Thomas J. Smith, Andrew Gelman, Ho-Yuan Chang, and Andrew E. Smith)

1999 Evaluating and using statistical methods in the social sciences. Discussion of "A critique of the Bayesian information criterion," by D. Weakliem. *Sociological Methods and Research* 27, 403–410. (Andrew Gelman and Donald B. Rubin)

1999 All maps of parameter estimates are misleading. *Statistics in Medicine* 18, 3221–3234. (Andrew Gelman and Phillip N. Price)

1998 Some issues in monitoring convergence of iterative simulations. *Computing Science and Statistics*. (Stephen Brooks and Andrew Gelman)

1998 Improving upon probability weighting for household size. *Public Opinion Quarterly* 62, 398–404. (Andrew Gelman and Thomas C. Little)

1998 Generalizing the probability matrix decomposition model: an example of Bayesian model checking and model expansion. In *Assumptions, Robustness, and Estimation Methods in Multivariate Modeling*, ed. J. Hox and E. D. de Leeuw, 1–19. (Michel Meulders, Andrew Gelman, Iven Van Mechelen, and Paul De Boeck)

1998 Simulating normalizing constants: from importance sampling to bridge sampling to path sampling. *Statistical Science* 13, 163–185. (Andrew Gelman and Xiao-Li Meng)

1998 General methods for monitoring convergence of iterative simulations. *Journal of Computational and Graphical Statistics* 7, 434–455. (Stephen Brooks and Andrew Gelman)

1998 Modeling differential nonresponse in sample surveys. *Sankhya B* 60, 101–126. (Thomas C. Little and Andrew Gelman)

1998 Not asked and not answered: multiple imputation for multiple surveys (with discussion and rejoinder). *Journal of the American Statistical Association* 93, 846–874. (Andrew Gelman, Gary King, and Chuanhai Liu)

1998 Estimating the probability of events that have never occurred: when is your vote decisive? *Journal of the American Statistical Association* 93, 1–9. (Andrew Gelman, Gary King, and W. John Boscardin)

1998 Some class-participation demonstrations for decision theory and Bayesian statistics. *The American Statistician* 52, 167–174. (Andrew Gelman)

1998 Student projects on statistical literacy and the media. *The American Statistician* 52, 160–166. (Andrew Gelman and Deborah Nolan, with Anna Men, Steve Warmerdam, and Michelle Bautista)

1998 Markov chain Monte Carlo in practice: a roundtable discussion. *The American Statistician* 52, 93–100. (Robert E. Kass, Bradley P. Carlin, Andrew Gelman, and Radford M. Neal)

1998 Discussion of "Quantifying surprise in the data and model verification," by M. J. Bayarri and J. O. Berger. *Bayesian Statistics 6*. (Xiao-Li Meng and Andrew Gelman)

1998 Discussion of "Bayesian projection of the acquired immune deficiency syndrome epidemic," by D. De Angelis, W. R. Gilks, and N. E. Day. *Journal of the Royal Statistical Society B*. (Andrew Gelman and John B. Carlin)

1998 Discussion of "Some algebra and geometry for hierarchical models, applied to diagnostics," by J. H. Hodges. *Journal of the Royal Statistical Society B*. (Andrew Gelman and Phillip N. Price)

1997 Poststratification into many categories using hierarchical logistic regression. *Survey Methodology* 23, 127–135. (Andrew Gelman and Thomas C. Little)

1997 How can statistical theory help with statistical practice? Example of a Bayesian analysis in toxicokinetics. In *Good Statistical Practice. Proceedings of the 12th International Workshop on Statistical Modelling*, ed. C. E. Minder and H. Friedl, 61–70. Wien: Austrian Statistical Society. (Andrew Gelman and Frederic Y. Bois)

1997 Using exams for teaching concepts in probability and statistics. *Journal of Educational and Behavioral Statistics* 22, 237–243. (Andrew Gelman)

1997 Weak convergence and optimal scaling of random walk Metropolis algorithms. *Annals of Applied Probability* 7, 110–120. (Gareth O. Roberts, Andrew Gelman, and Walter R. Gilks)

1997 Walking to school and traffic exposure in Australian children. *Australian and New Zealand Journal of Public Health* 21, 286–292. (John B. Carlin, Mark R. Stevenson, Ian Roberts, Catherine M. Bennett, Andrew Gelman, and Terry Nolan)

1997 Discussion of "Analysis of non-randomly censored ordered categorical longitudinal data from analgesic trials," by L. B. Sheiner, S. L. Beal, and A. Dunne. *Journal of the American Statistical Association*. (Andrew Gelman and Frederic Y. Bois)

1997 Discussion of "The EM algorithm—an old folk-song sung to a fast new tune," by X. L. Meng and D. Van Dyk. *Journal of the Royal Statistical Society B*. (Andrew Gelman)

1996 Bayesian analysis of election surveys and forecasts. Discussion of "Probing public opinion: the state of Valencia experience," by J. Bernardo. In *Case Studies in Bayesian Statistics 3*, ed. C. Gatsonis, J. S. Hodges, R. E. Kass, and N. D. Singpurwalla. (Andrew Gelman)

1996 Markov chain Monte Carlo methods in biostatistics. *Statistical Methods in Medical Research* 5, 339–355. (Andrew Gelman and Donald B. Rubin)

1996 Physiological pharmacokinetic analysis using population modeling and informative prior distributions. *Journal of the American Statistical Association* 91, 1400–1412. (Andrew Gelman, Frederic Y. Bois, and Jiming Jiang)

1996 Bayesian prediction of mean indoor radon concentrations for Minnesota counties. *Health Physics* 71, 922–936. (Phillip N. Price, Anthony V. Nero, and Andrew Gelman)

1996 Population toxicokinetics of tetrachloroethylene. *Archives of Toxicology* 70, 347–355. (Frederic Y. Bois, Andrew Gelman, Jiming Jiang, Don Maszle, and George Alexeef)

1996 Posterior predictive assessment of model fitness via realized discrepancies (with discussion and rejoinder). *Statistica Sinica* 6, 733–807. (Andrew Gelman, Xiao-Li Meng, and Hal S. Stern)

1996 Advantages of conflictual redistricting. In *Fixing the Boundaries: Defining and Redefining Single-Member Electoral Districts*, ed. I. McLean and D. Butler. Aldershot, England: Dartmouth Publishing Company, 207–217. (Andrew Gelman and Gary King)

1996 Bayesian model-building by pure thought: some principles and examples. *Statistica Sinica* 6, 215–232. (Andrew Gelman)

1996 Bayesian regression with parametric models for heteroscedasticity. *Advances in Econometrics* 11, A87–109. (W. John Boscardin and Andrew Gelman)

1996 Efficient Metropolis jumping rules. In *Bayesian Statistics 5*, ed. J. Bernardo et al., 599–607. Oxford University Press. (Andrew Gelman, Gareth O. Roberts, and Walter R. Gilks)

1996 Discussion of "Hierarchical generalized linear models," by Y. Lee and J. A. Nelder. *Journal of the Royal Statistical Society B.* (Andrew Gelman)

1995 Avoiding model selection in Bayesian social research. Discussion of "Bayesian model selection in social research," by A. Raftery. *Sociological Methodology 1995*, 165–173. (Andrew Gelman and Donald B. Rubin)

1995 Pre-election survey methodology: details from nine polling organizations, 1988 and 1992. *Public Opinion Quarterly* 59, 98–132. (D. Stephen Voss, Andrew Gelman, and Gary King)

1995 Method of moments using Monte Carlo simulation. *Journal of Computational and Graphical Statistics* 3, 36–54. (Andrew Gelman)

1995 Inference and monitoring convergence. In *Practical Markov Chain Monte Carlo*, ed. W. Gilks, S. Richardson, and D. Spiegelhalter, 131–143. London: Chapman and Hall. (Andrew Gelman)

1995 Model checking and model improvement. In *Practical Markov Chain Monte Carlo*, ed. W. Gilks, S. Richardson, and D. Spiegelhalter, 189–201. London: Chapman and Hall. (Andrew Gelman and Xiao-Li Meng)

1995 Racial fairness in legislative redistricting. In *Classifying by Race*, ed. P. E. Peterson, 85–110. Princeton University Press. (Gary King, John M. Bruce, and Andrew Gelman)

1995 Review of *Handbook of Statistical Modeling for the Social and Behavioral Sciences*, ed. G. Arminger, C. C. Clogg, and M. E. Sobel. *Contemporary Sociology* 24 712–714. (Andrew Gelman)

1995 Discussion of "Fractional Bayes factors for model comparison," by A. O'Hagan. *Journal of the Royal Statistical Society B* 57, 131. (Andrew Gelman and Xiao-Li Meng)

1995 Discussion of "Assessment and propagation of model uncertainty," by D. Draper. *Journal of the Royal Statistical Society B* 57, 83. (Andrew Gelman and Xiao-Li Meng)

1994 Enhancing democracy through legislative redistricting. *American Political Science Review* 88, 541–559. (Andrew Gelman and Gary King)

1994 Party competition and media messages in U.S. Presidential elections. In *The Parties Respond*, second edition, ed. L. S. Maisel, 255–195. Westview Press. (Andrew Gelman and Gary King)

1994 A unified model for evaluating electoral systems and redistricting plans. *American Journal of Political Science* **38**, 514–554. (Andrew Gelman and Gary King)

1994 Discussion of "A probabilistic model for the spatial distribution of party support in multiparty elections," by S. Merrill. *Journal of the American Statistical Association* **89**, 1198. (Andrew Gelman)

1994 Discussion of "Approximate Bayesian inference and the weighted likelihood bootstrap," by M. A. Newton and A. E. Raftery. *Journal of the Royal Statistical Society B* **56**, 37. (Andrew Gelman)

1993 Why are American Presidential election campaign polls so variable when votes are so predictable? *British Journal of Political Science* **23**, 409–451. (Andrew Gelman and Gary King)

1993 Characterizing a joint probability distribution by conditionals. *Journal of the Royal Statistical Society B* **55**, 185–188. (Andrew Gelman and T. P. Speed)

1993 Assessing uncertainty in backprojection. Discussion of "Backcalculation of HIV infection rates," by P. Bacchetti, M. R. Segal, and N. P. Jewell. *Statistical Science* **8**, 104–106. (with John B. Carlin) (John B. Carlin and Andrew Gelman)

1993 Review of *Forecasting Elections*, by M. S. Lewis-Beck and T. W. Rice. *Public Opinion Quarterly* **57**, 119–121. (Andrew Gelman)

1993 Discussion of "Bayesian computation via the Gibbs sampler and related Markov chain methods," by A. F. M. Smith and G. O. Roberts. *Journal of the Royal Statistical Society B* **55**, 73. (Andrew Gelman and Donald B. Rubin)

1992 Inference from iterative simulation using multiple sequences (with discussion and rejoinder). *Statistical Science* **7**, 457–511. (Andrew Gelman and Donald B. Rubin)

1992 Iterative and non-iterative simulation algorithms. *Computing Science and Statistics* **24**, 433–438. (Andrew Gelman)

1992 A single series from the Gibbs sampler provides a false sense of security. In *Bayesian Statistics 4*, ed. J. Bernardo et al., 625–631. Oxford University Press. (Andrew Gelman and Donald B. Rubin)

1992 Discussion of "Evaluating the accuracy of sampling-based approaches to the calculation of posterior moments," by J. Geweke. In *Bayesian Statistics 4*, ed. J. Bernardo et al., 190. Oxford University Press. (Andrew Gelman and Donald B. Rubin)

1992 Discussion of "Maximum entropy and the nearly black object," by D. L. Donoho et al. *Journal of the Royal Statistical Society B* **54**, 72–73. (Andrew Gelman)

1991 The precision of positron emission tomography: theory and measurement. *Journal of Cerebral Blood Flow and Metabolism* **11**, A26–30. (Nathaniel Alpert, W. C. Barker, A. Gelman, S. Weise, M. Senda, and J. A. Correia)

1991 A note on bivariate distributions that are conditionally normal. *The American Statistician* **45**, 125–126. (Andrew Gelman and Xiao-Li Meng)

1991 Systemic consequences of incumbency advantage in U.S. House elections. *American Journal of Political Science* **35**, 110–138. (Gary King and Andrew Gelman)

1990 Estimating incumbency advantage without bias. *American Journal of Political Science* **34**, 1142–1164. (Andrew Gelman and Gary King)

1990 Estimating the electoral consequences of legislative redistricting. *Journal of the American Statistical Association* **85**, 274–282. (Andrew Gelman and Gary King)

1990 Discussion of "A smoothed EM approach to indirect estimation problems, with particular reference to stereology and emission tomography," by B. W. Silverman et al. *Journal of the Royal Statistical Society B* **52**, 314–315. (Andrew Gelman)

1989 Electoral responsiveness in U.S. Congressional elections, 1946–1986 (abstract). *Proceedings of the Social Statistics Section, American Statistical Association*, 208. (Andrew Gelman and Gary King)

1989 Constrained maximum entropy methods in an image reconstruction problem. In *Maximum Entropy and Bayesian Methods*, ed. J. Skilling, 429–435. Kluwer Academic Publishers. (Andrew Gelman)

1987 Subboundary-free zone-melt recrystallization of thin-film silicon. *Applied Physics Letters* **51**, 1256–1258. (Loren Pfeiffer, Andrew Gelman, K. A. Jackson, K. W. West, and J. L. Batstone)

1987 Growth mechanisms during thin film crystallization from the melt. *Materials Research Society Symposium Proceedings* **74**, 543–553. (Loren Pfeiffer, Andrew Gelman, K. A. Jackson, and K. W. West)

1986 Undercooling of a thin silicon film crystallizing from the melt. Unpublished. (Andrew Gelman, Loren Pfeiffer, G. Gilmer, K. A. Jackson, and K. W. West)

1986 Reduced subboundary misalignment in SOI films scanned at low velocities. *Materials Research Society Symposium Proceedings* **53**, 29–37. (Loren Pfeiffer, K. W. West, D. C. Joy, J. M. Gibson, and A. Gelman)

1984 The effects of solar flares on single event upset rates. *IEEE Transactions on Nuclear Science and Radiation Effects* **NS-31**, 1212–1216. (James H. Adams, Jr., and Andrew Gelman)

## Public software

2002, 2003 bugsR: functions for running Bugs from R.
http://www.stat.columbia.edu/~gelman/bugsR/ (Andrew Gelman)

1992, 2001 Judgeit: a program for evaluating electoral systems and redistricting plans.
http://gking.harvard.edu/judgeit (Andrew Gelman and Gary King)

1991, 1995 itsim: functions for inference for iterative simulation.
http://lib.stat.cmu.edu/S/itsim/ (Andrew Gelman, Donald Rubin, and Stephen Brooks)

## Short courses and lecture series taught

Multilevel regression. New York City Department of Health, 2005.

Bayesian data analysis using Bugs and R. Joint Program in Survey Methodology, University of Maryland, 2003.

Bayesian statistics. Universidad Autonoma de Madrid, Spain, 2002.

Bayesian biostatistics. Mexican Workshop on Bayesian Statistics, Mexico City, 1999.

Bayesian data analysis. Educational Testing Service, Princeton, New Jersey, 1998–1999.

Bayesian statistics and Markov chain Monte Carlo. Summer School at Aalborg, Denmark, 1998.

Bayesian data analysis. American Statistical Association meeting, Anaheim, California, 1997.

Bayesian statistics and Markov chain Monte Carlo. Summer School at Padova, Italy, 1997.

Bayesian data analysis. American Statistical Association meeting, Chicago, Illinois, 1996.


## Invited conference presentations

Learning about social and political polarization using "How many X's do you know" surveys. American Political Science Association meeting, Washington, D.C., 2005.

Interactions in multilevel models. Joint Statistical Meetings, Minneapolis, Minnesota, 2005.

Teaching statistics: a bag of tricks. Workshop on teaching quantitative political science, Northampton, Massachusetts, 2005.

Toward an environment for Bayesian data analysis in R. Joint Statistical Meetings, Toronto, Canada, 2004.

Survey weighting and hierarchical regression. Joint Statistical Meetings, Toronto, Canada, 2004.

Computation for Bayesian data analysis. Joint Statistical Meetings, Toronto, Canada, 2004.

Struggles (and some solutions) in statistical computing. Joint Statistical Meetings, San Francisco, California, 2003.

Parameterization and modeling. First Cape Cod Workshop on Monte Carlo Methods, Hyannis, Massachusetts, 2002.

Bayesian exploratory data analysis. Seventh Valencia meeting on Bayesian Statistics, Spain, 2002.

Probability modeling and Markov chain Monte Carlo. Neural Information Processing Society meeting, Denver, Colorado, 2000.

Gibbs sampling as a way of life. American Statistical Association meeting, Indianapolis, Indiana, 2000.

Analysis of variance: why it is more important than ever. Institute of Mathematical Statistics meeting, Chicago, Illinois, 2000.

Models, assumptions, and model checking in ecological regressions. Royal Statistical Society workshop on disease clustering and epidemiology, London, England, 1999.

Weighting and poststratification. International Workshop on Survey Nonresponse, Portland, Oregon, 1999.

Interpreting statistical graphics as model checking. Joint Statistical Meetings, Baltimore, Maryland, 1999.

Using dynamic weighting to optimize proposal distributions for the Metropolis algorithm. Joint Statistical Meetings, Baltimore, Maryland, 1999.

OK, we've fit a pharmacokinetic model. Now how can we understand it? Biomedical Simulations Resource Center workshop on pharmacokinetics and pharmacodynamics, Marina del Rey, California, 1999.

Bayesian data analysis. Psychometric Society meeting, Lawrence, Kansas, 1999.

Not asked and not answered: multiple imputation for multiple surveys. American Statistical Association meeting, Dallas, Texas, 1998.

Exploratory data analysis for complex models. 50th anniversary meeting, Iowa State University Statistics Department, Ames, Iowa, 1997.

Roundtable discussion on Markov chain Monte Carlo methods. Joint Statistical Meetings, Anaheim, California, 1997.

How can statistical theory help with statistical practice? Example of a Bayesian analysis in toxicokinetics. International Workshop on Statistical Modelling, Biel/Bienne, Switzerland, 1997.

Constructing complex models for Bayesian inference. Dutch Society for Statistics and Operational Research meeting, Utrecht, Netherlands, 1997.

Bayesian data analysis with discrete data and discrete-parameter models. Dutch Classification Society meeting, Arnhem, Netherlands, 1997.

Complex scientific and statistical models. International Society for Bayesian Analysis meeting, Chicago, Illinois, 1996.

Path sampling for computing normalizing constants and marginal distributions. American Mathematical Society conference on stochastic inference, Monte Carlo and empirical methods, South Hadley, Massachusetts, 1996.

Discussion of "Probing Public Opinion: the State of Valencia Experience." Third Workshop on Case Studies in Bayesian Statistics in Science and Technology, Carnegie Mellon University, Pittsburgh, Pennsylvania, 1995.

Enhancing democracy through legislative redistricting. Conference on Boundary Determination in the UK Parliament, Nuffield College, Oxford, England, 1995.

Bayesian computation. National Science Foundation symposium on simulation and estimation, University of California, Berkeley, 1994.

Inference from iterative simulation. Australian Statistical Meeting, Melbourne, Australia, 1994.

Path sampling: a continuous version of bridge sampling. Institute of Mathematical Statistics meeting, Los Angeles, California, 1994.

Enhancing democracy through legislative redistricting. Hendricks Symposium on Legislative Redistricting, University of Nebraska, Lincoln, 1994.

Redistricting and responsiveness. Midwest Political Science Association meeting, Chicago, Illinois, 1993.

Recent work on using parallel series to draw inferences from iterative simulation. Purdue Symposium on Statistical Decision Theory and Related Topics, West Lafayette, Indiana, 1992.

Probability models and smoothing for images. Institute of Mathematical Statistics meeting, Cincinnati, Ohio, 1992.

Inference from iterative simulation. Statistics and Computer Science Interface Meeting, College Station, Texas, 1992.

Testing goodness-of-fit for tomography models. Mathematical Sciences Research Institute symposium, Berkeley, California, 1991.

Spatial structure and image reconstruction. The Institute of Management Sciences meeting on stochastic processes, Monterey, California, 1991.

Statistics and political science. American Political Science Association meeting, San Francisco, California, 1990.

Also presented invited talks at Academia Sinica, Bell Laboratories, Boston University, Brown University, California State University, Centers for Disease Control and Prevention, City University of New York, Columbia University, Duke University, Educational Testing Service, Genentech Corporation, George Mason University, Harvard University, Johns Hopkins University, Massachusetts Institute of Technology, National Chiao-Tung University, National Institute of Standards and Technology, Naval Postgraduate School, New York University, Northwestern University, Oxford University, Rand Corporation, Rutgers University, Smith College, Stanford University, Swarthmore College, Temple University, Tilburg University, Tufts University, University of Bath, University of California, University of Chicago, University of Leuven, University of Maryland, University of Michigan, University of Pennsylvania, University of Rochester, University of Toronto, University of Washington, U.S. Census Bureau, and Yale University.

## Courses taught

Introduction to Probability and Statistics

Sample Surveys

Decision Analysis

Statistical Consulting

Statistical Modeling and Data Analysis I, II

Bayesian Statistics

Quantitative Methods in Social Sciences

Multilevel Modeling

The Teaching of Statistics at the University Level

Applied Regression and Multilevel Modeling

Research in Quantitative Political Science

Research in Bayesian Statistics

## Editorial boards of journals

*Journal of the American Statistical Association*, 1997–2001

*Chance*, 1998–present

*Journal of Educational and Behavioral Statistics*, 1997–present

*Journal of Statistical Planning and Inference*, 2001–present

*Medical Decision Making*, 2002–present

*Statistica Sinica*, 2005–present

*Sociological Methodology*, 2006–present

*Biometrika*, 2006–present

*Annals of Applied Statistics*, 2006–present

## Other

Refereed articles in probability and statistics for the Annals of Applied Probability, Annals of the Institute of Statistical Mathematics, Annals of Statistics, Artificial Intelligence Journal, Australian Journal of Statistics, Automatica, Biometrical Journal, Biometrics, Biometrika,

Canadian Journal of Statistics, Journal of the American Statistical Association (Applications, Theory & Methods, and General sections), Communications in Statistics, Computational Statistics and Data Analysis, IEEE International Symposium on Information Theory, IEEE Transactions, IEEE Transactions on Pattern Analysis and Machine Intelligence, International Statistical Review, Journal of Business and Economic Statistics, Journal of Computational and Graphical Statistics, Journal of Educational and Behavioral Statistics, Journal of the Royal Statistical Society (Series A and B), Journal of Statistical Planning and Inference, Journal of Zhejiang University Science, Lifetime Data Analysis, Metron, Probability in the Engineering and Information Sciences, Psychometrika, Sankhya, Scandinavian Journal of Statistics, SIAM Journal on Applied Mathematics, Sociological Methodology, Sociological Methods and Research, Statistica Sinica, Statistical Modelling, Statistical Science, Statistics and Computing, Statistics and Probability Letters, Statistics in Medicine, Stochastics, Technometrics, and Test.

Refereed articles in applied fields for the American Journal of Political Science, American Journal of Public Health, American Political Science Review, Annals of Emergency Medicine, British Journal of Mathematical and Statistical Psychology, British Journal of Political Science, Chest, Clinical Infectious Diseases, Developmental Psychology, Ecology, Ecological Applications, Educational Evaluation and Policy Analysis, Electoral Studies, European Journal of Political Economy, Geographical Analysis, Geographical and Environmental Modelling, IEEE Transactions on Medical Imaging, International Journal of Psychiatry in Medicine, Journal of Clinical Epidemiology, Journal of Clinical Investigation, Journal of Pharmacokinetics and Pharmacodynamics, Journal of Political Economy, Journal of Politics, Journal of Stochastic Environmental Research and Risk Assessment, Journal of Theoretical Biology, Journal of Theoretical Politics, Legislative Studies Quarterly, Management Science, Mathematical Psychology, Organizational Research Methods, Political Analysis, Political Research Quarterly, Psychological Methods, Public Opinion Quarterly, Rationality and Society, Risk Analysis, Science, Social Problems, and World Politics.

Reviewed research proposals or served on review panels for the Australian Research Council, Hong Kong Research Council, Israel Science Foundation, Natural Sciences and Engineering Research Council of Canada, U.K. Economic and Social Research Council, U.S. Environmental Protection Agency, U.S. National Institutes of Health, U.S. National Research Council, U.S. National Security Agency, and the U.S. National Science Foundation.

Served on advisory panel for New York City Social Indicators Survey, School of Social Work, Columbia University.

Served on advisory panel for Columbia University Superfund Basic Research Program, Health Effects and Geochemistry of Arsenic and Lead.

Served on National Academy of Sciences Panel on Improving Data to Analyze Food and Nutrition Policies.

Senior Advisor for Columbia University Center on Integrative Developmental Science.

Consulted for various organizations including Alcoholics Anonymous, Associated Press, Council on Accreditation for Children and Family Services, Museum of Modern Art, New York City Department of Health, New York State Attorney General's Office, U.S. Postal Service, and Voter News Service.

# Michael Russo (a.k.a. Connor Young)

**Experience**

1997–2000              Reality by Design                    Monterey, CA
**Technical Writer**
- Wrote software technical manuals.
- Wrote company press releases.
- Wrote "progress reports" for work on government contracts.
- Wrote proposals for government contract work.
- Assisted software engineers in live demonstrations of company products.

1997–2002              Self Employed                       California & Texas
**Website Design & Construction**
- Designed and constructed small commercial Internet websites.
- Optimized websites for search engine placement.
- Promoted numerous small websites on the World Wide Web.

2001-2003              AION Idea Group                     Altamonte Springs, FL
**Editor-in-Chief**
- Wrote trade articles for company's "webmaster resource" website.
- Worked with other writers and assisted them in developing stories for the company's website.
- Edited articles from other writers.
- Assisted company in improving website's functionality.

2003–Present           YNOT Network                        Burbank, CA
**Editor-in-Chief**
- Wrote instructional trade articles for YNOT.com.
- Wrote op/ed articles for YNOT.com.
- Wrote news stories for YNOT.com website.
- Wrote company press releases.
- Hired other writers, worked with them on developing stories.
- Edited articles from other writers.
- Assisted company in improving website's functionality.
- Represented company at industry trade shows.

**President**
- Manage company's staff, including overseeing construction of any website projects, keeping projects on schedule, tasking staff with duties, and coordinating efforts between various members of the staff.
- Interview and hire new staff when needed.
- Represent the company at industry events.
- Negotiate potential business deals with other companies.

- Plan company's future direction, look for ways to expand and grow.

**Education**

1992–1997 | **California State University, Sacramento** | Sacramento, CA
- B.A., English Literature.

2004–Present | **University of Houston, Clear Lake** | Houston, TX
- Currently finishing an M.A. in English Literature.

# Lorrie Faith Cranor

lorrie @ acm . org
http://lorrie.cranor.org/
412-268-7534 (W)

## Education

Washington University, St. Louis, MO
Doctor of Science in Engineering and Policy, December 1996
Master of Science in Computer Science, December 1996
Master of Science in Technology and Human Affairs, May 1993
Bachelor of Science in Engineering and Public Policy, May 1992
Minors in Computer Science and Fine Arts

## Employment

**Associate Research Professor, 2003 - present**
Carnegie Mellon University School of Computer Science (appointments in Institute for Software Research International and Engineering and Public Policy Department; affiliated faculty member in the Human-Computer Interaction Institute), Pittsburgh, PA

**Adjunct Assistant Professor of Information Systems, 2003**
New York University Stern School of Business

**Principal Technical Staff Member, 2001 - 2003**
AT&T Labs-Research, Florham Park, NJ

**Senior Technical Staff Member, 1996 - 2001**
AT&T Labs-Research, Florham Park, NJ

**Lecturer and Manager of the Student Staff, 1993 - 96**
Washington University Computer Science Department, St. Louis, MO

**Research Assistant, 1992 - 93**
Washington University Medical Library, Advanced Technology Group, St. Louis, MO

**Freelance Writer, 1989 - 96**
*The St. Louis Post-Dispatch*, the Gazette Newspapers, and other publications

**Staff Member, *Student Life*, Washington University's semi-weekly student newspaper** - served as Managing Editor, Production Manager, News Editor, Page Designer and Senior Staff Writer, 1989 - 92

Institute of Electrical and Electronics Engineers Intern, Summer 1992
Washington Internships for Students of Engineering, Washington, DC

**Health and Environmental Sciences Intern, Summer 1991**
American Petroleum Institute, Washington, DC

## Teaching Experience

Usable Privacy and Security (5-899/17-500)
Spring 2006
Carnegie Mellon University

Computers and Society (15-290/19-211)
Spring 2005, Spring 2006
Carnegie Mellon University

Privacy Policy, Law, and Technology (15-508/17-801/19-608/95-818)
Spring 2004, Fall 2004, Fall 2005
Carnegie Mellon University

Online Privacy (B20.3156)
Spring 2003
New York University Stern School of Business

Computer and Network Security (B20.3157)
Spring 2003
New York University Stern School of Business

Faculty member in the continuing legal education program of the Association of the
Bar of the City of New York, 2002

Computers and Society (EP/CS 142)
Fall 1993, Spring 1996
Washington University

Introduction to Computing Tools (CS 100)
Fall 1994, Summer 1995
Washington University

Guest lecturer for courses at University of Pittsburgh, Johns Hopkins University,
Yale University, Rutgers University, Columbia University, Princeton University,
George Washington University, the University of Michigan School of Information, and
Fordham University School of Law

## Professional Activities

## Conference Committees

- W3C Workshop on Transparency and Usability of Web Authentication - 2006, program committee member
- Semantic Web and Policy Workshop - 2005, program committee member
- Symposium On Usable Privacy and Security - 2005, general chair
- UM 2005 Workshop on Privacy-Enhanced Personalization - 2005, co-chair
- Third Annual Conference on Privacy, Security and Trust - 2005, program committee member
- DIMACS Workshop on Usable Privacy and Security Software - 2004, chair
- The Fifth International Conference on Electronic Commerce - 2003 eCommerce Law & Policy Co-Chair
- Workshop on the Future of P3P - 2003 program committee co-chair and workshop co-chair
- CHI Conference on Human Factors in Computing Systems - 2003, 2004 paper reviewer
- Workshop on Privacy Enhancing Technologies - 2003, 2004, 2005 program committee member
- ACM Workshop on Digital Rights Management - 2004, program committee member
- ACM Workshop on Privacy in the Electronic Society - 2002, 2004 program committee member
- Financial Cryptography - 2003 program committee member
- Telecommunications Policy Research Conference - 2001 program committee chair; 1999, 2000 program committee member
- Computers, Freedom and Privacy Conference - 1999, 2004 program committee member; 2000 conference chair; 2001 advisory board member; 2000-2002 treasurer; 2002-2006 steering committee chair
- ACM Conference on Electronic Commerce - 2001 program committee member
- International World Wide Web Conference - 2001 E-commerce and security vice chair; 2000, 2002, 2004 program committee member
- National Workshop on Internet Voting - Executive committee member, 2000-2001
- AT&T Student Research Day - 1998, 1999 committee chair

## Editorial Boards

- Editorial Board Member, Foundations and Trends in Web Science, 2005 to present
- Editorial Board Member, Journal of Privacy Technology, 2004 to present
- Editorial Board Member, I/S: A Journal of Law and Policy for the Information Society, 2004 to present
- Associate Editor, The Information Society, 2000 to present
- Associate Editor, ACM Transactions on Internet Technology, 2000 to present
- Associate Editor, SIGecom Exchanges, 2000 - 2002

- Editor-in-Chief, *Crossroads: The ACM Student Magazine*, 1994 - 96

## Advisory Committees and Boards

- Member, Microsoft Trusted Computing Academic Advisory Board, 2004 to present
- Member, IBM Privacy Institute External Advisory Board, 2001 to present
- Member, Federal Trade Commission Advisory Committee on Online Access and Security, 2000
- Member, The Democracy Online Project National Task Force, 1999 - 2001
- Member, Voting Integrity Project National Advisory Board, 1998 - 2001
- Graduate Student Representative, Washington University Board of Trustees, 1995 - 96

## Standards Activities

- Chair, W3C Platform for Privacy Preferences Project Specification Working Group, 1999 to present
- Advisory Committee Representative, World Wide Web Consortium, 1997 - 2002
- Chair, W3C Platform for Privacy Preferences Project Vocabulary Working Group, 1997

## Professional Societies

- Senior Member, IEEE
- Member, USACM (ACM US Public Policy Committee), 1997 to present
- Member, ACM Publications Board, 1997 - 2000; Vice chair, 2000 to 2003
- Member and chair of student activities, ACM Membership Activities Board, 1997 - 99
- Member, ACM Membership and Promotions Board, 1995 - 96
- Member, ACM, CPSR, Tau Beta Pi
- New Information Technologies Chair, St. Louis Professional Chapter, Society of Professional Journalists, 1995 - 96
- Coordinator, Washington University Society of Women Engineers Mentoring Program, 1993 - 95

## University Service

- Member, Carnegie Mellon Faculty Senate, 2004 - 05
- Organizer, ISRI Seminar Series, 2004 – 06

## Other Professional Activities and Affiliations

- Director, CMU Usable Privacy and Security Laboratory (CUPS), 2004 - present

- Member, Carnegie Mellon CyLab, 2004 - present
- Member, Carnegie Mellon Privacy Technology Center, 2004 - present
- Panelist, Abusable Technologies Awareness Center (ATAC), 2003 - present
- Dissertation Committee: Patrick Feng, Rensselaer Polytechnic Institute, 2002
- Expert witness in challenges to Internet "harmful to minors" laws: *Cyberspace v. Engler* (Michigan), 1999; *PSINet v. Chapman* (Virginia), 2000; *American Booksellers Fdn. v. Dean* (Vermont), 2002; *Bookfriends, Inc. v. Taft* (Ohio), 2002; *Southeast Booksellers Assoc. v. McMaster* (South Carolina), 2004
- Guest editor, *Communications of the ACM* special section on Internet privacy, February 1999
- Special section editor, *The Information Society* special section on CFP2000, May-June 2002
- Special section editor, *IEEE Security & Privacy* special section on usability & security, September/October 2004

## Honors

- 2004 IBM Best Academic Privacy Faculty Award
- 2004 IBM Faculty Award
- *Technology Review* Top 100 Innovator 35 or Younger (2003)
- Best Paper Award, The Fifth International Conference on Electronic Commerce (ICEC 2003)
- 2002 AT&T Standards Recognition Award
- Index on Censorship Freedom of Expression Award for Best Circumvention of Censorship (for Publius project), 2001
- Best Paper Award, 9th USENIX Security Symposium, 2000
- ACM Computer Science Conference Student Poster Forum Award, 1996
- Washington University Association of Graduate Engineering Students Research Fair First Place Award, 1996
- Washington University Omicron Delta Kappa Campus Government Honors Medal, 1995
- Washington University Engineering & Policy Departmental Fellowship, 1992 - 96
- Senior Award for Service to the Engineering and Policy Department and Professional Excellence, 1992
- Missouri College Newspaper Association Award for Second Place in Features Writing, 1992
- Washington University Woodward Engineering Fellowship, 1989 - 92
- National Merit Scholarship Finalist, 1989
- Columbia University's national Gold Circle Award for Features Profiles Writing, second place, 1988

# Publications

### Refereed Journal Publications

User Interfaces for Privacy Agents. To appear in *ACM Transactions on Computer-Human Interaction*, 2006 (with P. Guduru and M. Arjula).

The Real ID Act: Fixing Identity Documents with Duct Tape. To appear in *I/S: A Journal of Law and Policy for the Information Society*, Fall/Winter 2005 (with S. Egelman).

An analysis of security vulnerabilities in the movie production and distribution process. (August-September 2004). *Telecommunications Policy* 28(7-8):619-644. (with S. Byers, E. Cronin, D. Korman, and P. McDaniel)

P3P: Making Privacy Policies More Useful. *IEEE Security and Privacy*. November/December 2003. p.50-55.

The Architecture of Robust Publishing Systems. (November 2001). *ACM Transactions on Internet Technology* 1(2):199-230. (with M. Waldman and A. Rubin).

Protocols for Automated Negotiations with Buyer Anonymity and Seller Reputations. (2000). *Netnomics* 2(1):1-23. (with P. Resnick).

The Platform for Privacy Preferences. *Communications of the ACM*. Vol. 42, No. 2 (Feb. 1999), p. 48-55. (with J. Reagle)

Spam! *Communications of the ACM*. Vol. 41, No. 8 (Aug. 1998), Pages 74- 83. (with B. LaMacchia)

### Books

*Security and Usability: Designing Secure Systems That People Can Use* (2005). Lorrie Faith Cranor and Simson Garfinkle, eds. (2005) Sebastopol, CA: O'Reilly & Associates, Inc.

*Rethinking Rights and Regulations: Institutional Responses to New Communications Technologies* (2003). Lorrie Faith Cranor and Steven S. Wildman, eds. MIT Press.

*Web Privacy with P3P* (2002). Lorrie Faith Cranor. Sebastopol, CA: O'Reilly & Associates, Inc.

*Communications Policy and Information Technology: Promises, Problems, Prospects*. (2002). Lorrie Faith Cranor and Shane Mitchell Greenstein, eds. MIT Press.

## Book Chapters

Platform for Privacy Preferences Project (P3P). In Hossein Bidgoli, ed. Handbook of Information Security. John Wiley & Sons, 2005.

'I Didn't Buy it for Myself': Privacy and Ecommerce Personalization. In Clare-Marie Karat, Jan O. Blom, and John, Karat, eds. Designing Personalized User Experiences in eCommerce. Kluwer Academic Publishers, 2004. [Extended version of WPES '03 paper.]

In search of the perfect voting technology: no easy answers. (2002). In Dimitris Gritzalis, ed. Secure Electronic Voting. Boston: Kluwer Academic Publishers, 2002.

P3P: The Platform for Privacy Preferences Project. (2001). In Simson Garfinkel with Gene Spafford. Web Security, Privacy & Commerce, 2nd Edition. Sebastopol, CA: O'Reilly & Associates, Inc., p. 699-707.

Publius. (2001). In Andy Oram, ed. Peer-to-Peer: Harnessing the Power of Disruptive Technologies. Sebastopol, CA: O'Reilly & Associates, Inc., p.145-158 (with M. Waldman and A. Rubin).

Trust. (2001). In Andy Oram, ed. Peer-to-Peer: Harnessing the Power of Disruptive Technologies. Sebastopol, CA: O'Reilly & Associates, Inc., p.242-270 (with M. Waldman and A. Rubin).

Beyond Concern: Understanding Net Users' Attitudes About Online Privacy. (2000). In Ingo Vogelsang and Benjamin M. Compaine, eds. The Internet Upheaval: Raising Questions, Seeking Answers in Communications Policy. Cambridge, Massachusetts: The MIT Press, p. 47-70 (with M. Ackerman and J. Reagle). [First published as AT&T Labs-Research Technical Report TR 99.4.3, 14 April 1999. Presented at the Telecommunications Policy Research Conference. Alexandria, VA, September 25-27, 1999.]

Privacy Tools. (August 2000). In Helmut Baumler, Ed., E-Privacy: Datenschutz im Internet. Braunschweig/Wiesbaden: Vieweg & Sohn Verlagsgesellschaft, p.107-119.

Designing a Social Protocol: Lessons Learned from the Platform for Privacy Preferences. In Jeffrey K. MacKie-Mason and David Waterman, eds., Telephony, the Internet, and the Media. Mahwah: Lawrence Erlbaum Associates, 1998. [Paper presented at the Telecommunications Policy Research Conference, Alexandria, VA, September 27-29 1997. (with J. Reagle)]

## Conference and Workshop Papers

Peripheral Privacy Notifications for Wireless Networks. In Proceedings of the 2005 Workshop on Privacy in the Electronic Society, 7 November 2005, Alexandria, VA, p.90-96. (with B. Kowitz).

Privacy in India: Attitudes and Awareness. In *Proceedings of the 2005 Workshop on Privacy Enhancing Technologies (PET2005)*, 30 May - 1 June 2005, Dubrovnik, Croatia (with P. Kumaraguru).

Searching for Privacy: Design and Implementation of a P3P-Enabled Search Engine. In *Proceedings of the 2004 Workshop on Privacy Enhancing Technologies (PET2004)*, 26-28 May, 2004, Toronto, Canada (with S. Byers, D. Kormann, and P. McDaniel).

'I Didn't Buy it for Myself': Privacy and Ecommerce Personalization. *Proceedings of the 2nd ACM Workshop on Privacy in the Electronic Society*, October 30, 2003, Washington, DC.

Analysis of Security Vulnerabilities in the Movie Production and Distribution Process. *Proceedings of the 2003 ACM Workshop on Digital Rights Management*, October 27, 2003, Washington, DC. (with S. Byers, E. Cronin, D. Kormann, and P. McDaniel)

Automated Analysis of P3P-Enabled Web Sites. In Proceedings of the Fifth International Conference on Electronic Commerce (ICEC2003). Pittsburgh, PA, October 1-3, 2003, p. 326-338. (with S. Byers and D. Kormann)

Designing a Privacy Preference Specification Interface: A Case Study. CHI 2003 Workshop on Human-Computer Interaction and Security Systems, Ft. Lauderdale, Florida, April 6, 2003.

Use of a P3P User Agent by Early Adopters. *Proceedings of the ACM Workshop on Privacy in the Electronic Society*, November 21, 2002, Washington, DC (with M. Arjula and P. Guduru).

Can user agents accurately represent privacy notices?. *The 30th Research Conference on Communication, Information and Internet Policy (TPRC2002)* 28-30 September, 2002 Alexandria, Virginia (with Joel Reidenberg).

The role of privacy advocates and data protection authorities in the design and deployment of the platform for privacy preferences. *Proceedings of the 12th Conference on Computers, Freedom and Privacy*, April 16-19, 2002, San Francisco, CA.

Publius. A robust, tamper-evident and censorship-resistant web publishing system. *Proceedings of the 9th USENIX Security Symposium*, August, 2000 (with M. Waldman and A. Rubin).

Ten years of computers, freedom, and privacy: a personal retrospective. *Proceedings of the Tenth Conference on Computers, Freedom and Privacy: Challenging the Assumptions*, April 4 - 7, 2000, Toronto, ON Canada, p. 11-15.

Privacy in E-Commerce: Examining User Scenarios and Privacy Preferences. *Proceedings of the ACM Conference on Electronic Commerce (EC'99)*, 3-5 November

1999, Denver, Colorado, p. 1-8 (with M. Ackerman and J. Reagle).

Agents of Choice: Tools that Facilitate Notice and Choice about Web Site Data Practices. *Proceedings of the 21st International Conference on Privacy and Personal Data Protection*, 13-15 September 1999, Hong Kong SAR, China, p. 19-25.

Privacy Critics: UI Components to Safeguard Users' Privacy. *Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI'99), short papers (v.2.),* p. 258-259. (with M. Ackerman)

Influencing Software Usage. *Proceedings of the Telecommunications Policy Research Conference.* Alexandria, VA, October 3-5, 1998. (with R. Wright)

Sensus: A Security-Conscious Electronic Polling System for the Internet. *Proceedings of the Hawai`i International Conference on System Sciences*, January 7-10, 1997, Wailea, Hawai`i, USA (with R. Cytron).

Towards an Information-Neutral Voting Scheme That Does Not Leave Too Much to Chance. Paper presented at the Midwest Political Science Association Annual Meeting, April 18-20, 1996 (with R. Cytron).

## Magazine and Newsletter Articles

Giving Notice: Why Privacy Policies and Security Breach Notifications Aren't Enough. *IEEE Communications Magazine.* August 2005. p. 18-19.

Guest Editors' Introduction: Secure or Usable? *IEEE Security and Privacy.* September/October 2004. p. 16-18 (with S. Garfinkel).

A Webmaster's Guide to Troubleshooting P3P. O'Reilly Network. *November 2002.*

Help! IE6 is blocking my cookies! O'Reilly Network. October 2002.

Why P3P is a Good Privacy Tool for Consumers and Companies. *GigaLaw.com.* (April 2002) (with Rigo Wenning). [Reprinted in *Electronic Banking Law and Commerce Report* Vol. 7, No. 2 (June 2002), p. 13-15.]

The P3P Protocol Standardizes Online Privacy Statements. *e-commerce Law & Strategy.* January 2002, p.1, 8-9.

Voting After Florida: No Easy Answers. *Ubiquity: An ACM IT Magazine and Forum.* Issue 47 (February 13-19, 2001).

Internet voting for public officials: introduction. *Communications of the ACM.* Vol. 44, No. 1 (Jan. 2001), p. 69-71 (with L. Hoffman).

Privacy Critics: Safeguarding Users' Personal Data. *WebTechniques* (September 1999) p. 67-70. (with M. Ackerman)

Introduction to CACM special section: Internet Privacy. *Communications of the ACM.* Vol. 42, No. 2 (Feb. 1999), p. 28-31.

Bias and Responsibility in 'Neutral' Social Protocols, *Computers & Society*, September 1998, p. 17-19. Originally presented at the DIMACS workshop on Design for Values: Ethical, Social and Political Dimensions of Information Technology, Princeton, NJ, 28 February 1998.

Internet Privacy: A Public Concern. *netWorker: The Craft of Network Computing* Vol. 2, No. 3 (June/July 1998) p. 13-18.

After Accolade: time for new laws? *IEEE Software.* November 1992. p100-101.

## Technical Specifications

*The Platform for Privacy Preferences 1.0 (P3P1.0) Specification.* W3C Recommendation 16 April 2002 (with M. Langheinrich, M. Marchiori, M. Presler-Marshall, and J. Reagle).

*A P3P Preference Exchange Language 1.0 (APPEL1.0).* W3C Working Draft 15 April 2002 (with M. Langheinrich and M. Marchiori).

P3P Guiding Principles. W3C Note, 21 July 1998 (editor)

P3P Vocabulary Working Group Grammatical Model and Data Design Model. W3C Working Draft, October 14, 1997. (editor)

## Other Publications

The Role of Privacy Enhancing Technologies. In *Considering Consumer Privacy: A Resource for Policymakers and Practitioners*. Center for Democracy and Technology, edited by Paula J. Bruening, March 2003.

Election Automation. In *The Administration and Cost of Elections (ACE) Electronic Publication*. A joint endeavor of the International Institute for Democracy and Electoral Assistance, the United Nations Department of Economic and Social Affairs, and the International Foundation for Election Systems. Version 0, October 1998.

Technology Inventory: A Catalog of Tools that Support Parents' Ability to Choose Online Content Appropriate for their Children. Prepared for the Internet Online Summit: Focus on Children, December 1997. Revised for America Links Up, September 1998. (with P. Resnick and D. Gallo)

The Role of Technology in Self-Regulatory Privacy Regimes. In *Privacy and Self Regulation in the Information Age*. U.S. Department of Commerce, National Telecommunications and Infrastructure Administration. June 1997. p. 185-191.

*Declared-Strategy Voting: An Instrument for Group Decision-Making*. Washington University Dissertation. December 1996.

Design and Implementation of a Security-Conscious Electronic Polling System. Washington University Computer Science Technical Report WUCS-96-02. January 23, 1996 (with R. Cytron).

Can Declared Strategy Voting be an Effective Instrument for Group Decision-Making? Washington University Computer Science Technical Report WUCS-95-04. February 8, 1995.

*Is ENOF Enough? Design and Evaluation of an Electronic Newspaper of the Future*. Washington University Masters Thesis. May 1993.

## Selected Presentations

Invited Talk: *Hey, That's Personal!*, 10th International Conference on User Modeling (UM'05), Edinburgh, Scotland, UK, 24-29 July 2005.

Invited Talk: *Scrubbing Stubborn Data*, 2nd SNIA Security Summit, Pittsburgh, PA, 1-2 June 2005.

Keynote: *Towards Usable Web Privacy and Security*, The 14th International World Wide Web Conference (WWW2005), Chiba, Japan, 10-14 May 2005.

Invited Talk: *Technical Trends in Privacy*, MITRE Privacy Technical Exchange Meeting, McLean, VA, 19 April 2005.

Panelist: *Strategies for Infusing Code with Values* , The 15th Annual Conference on Computers, Freedom and Privacy, 14 April 2005, Seattle, WA.

Invited Talk: *Making Privacy Visible: The Privacy Bird P3P User Agent and Beyond*, Intel Research Seattle, 13 April 2005.

Invited Talk: *User Interfaces for Privacy: Design and Evaluation of the AT&T Privacy Bird P3P User Agent*, University of Michigan Socio-Technical Infrastructure for Electronic Transactions (STIET) Research Seminar, 10 March 2005.

Commentator: *Cyberspace Law and E-Commerce Law*, Where IP Meets IT: Technology and the Law Symposium, University of Pittsburgh School of Law, 18 March 2005.

Keynote: *Usable Privacy and Security*, Intel Corporation Forum: Usable Privacy When Privacy is Ubiquitous, Hillsboro, OR, 2 March 2005.

Invited Talk: *Usable Privacy and Security Research at CMU*. IBM Watson Research, Hawthorne, New York, February 9, 2005.

Panelist: *Electronic Voting*. NSF/Harvard Symposium on Voting and Vote Counting. Boston, April 13, 2004.

Tutorial: *Machine Readable Privacy Policies and P3P*. International Association of Privacy Professionals Fourth Annual Privacy and Data Security Summit, Washington, DC, February 18, 2004.

Invited Talk: *User Interfaces for Privacy: Design and Evaluation of the AT&T Privacy Bird P3P User Agent*. IBM Watson Research, Hawthorne, New York, March 28, 2003.

Tutorial: *P3P Introduction and Practical Solutions*. International Association of Privacy Professionals Third Annual Privacy and Data Security Summit, Washington, DC, February 26-28, 2003.

Keynote: *How Your Dog Can Publish Your Secrets Anonymously and Why There's Probably Nothing You Can Do About It*. Fifth International Workshop on the Web and Databases (WebDB 2002), Madison, Wisconsin, June 6, 2002.

Invited Talk: *P3P and Privacy Bird*. Workshop on the Relationship between Privacy and Security, Pittsburgh, PA, May 29-30, 2002.

Panelist: *Privacy at Your Desktop*. Privacy in Cyberspace: New Challenges for Higher Education, Rutgers University, New Brunswick, NJ, March 18, 2002.

Invited Talk: *Developing Online Privacy Standards: A View From the Trenches*. New York University Stern School of Business Information Systems Research Seminar, New York, October 11, 2001.

Panelist: *Privacy and Security Standards*. Privacy 2001 Conference, Cleveland, Ohio, October 3, 2001.

Invited Talk: *Online Privacy: Promise or Peril?* 2001 USENIX Annual Technical Conference, Boston, MA, 25-30 June 2001.

Panelist: *Online Voting: Systems and Issues*. Conference on Democracy and the Internet in an Enlarging Europe, New York, NY, March 30, 2001.

Invited Talk: *Online Privacy: What are People So Concerned About and What is Being done About It?*. University of Virginia Department of Computer Science "Top Gun" Distinguished Lecture Series, Charlottesville, Virginia, January 24, 2001.

Keynote: *Online Data Privacy Trends.* Association of Corporate Travel Executives (ACTE) Executive Forum, New York, NY, January 16, 2001.

Invited Talk: *Online Privacy: What are People So Concerned About and What is Being Done About It?.* Princeton ACM/IEEE Computer Society meeting, Princeton, NJ, December 14, 2000.

Panelist: *Introduction to Privacy & Security Issues. The Mobile Wireless Web, Data Services and Beyond: Emerging Technologies and Consumer Issues*, Washington, DC, December 12, 2000.

Invited Talk: *Overview of Online Privacy-Enhancing Technologies*; panel moderator: *Implications for Fair Information Practice Principles. NTIA Online Technologies Workshop and Technology Fair*, Washington, DC, September 19, 2000.

Panel moderator: *Getting Involved in Technical Standards Organizations*; Technology innovation forum leader: *Online Privacy*; panelist: *The Becoming Wired of Grace Hopper 2000. Grace Hopper Celebration of Women in Computing*, Cape Cod, Massachusetts, September 14, 2000.

Panelist: *Building Trust: Opt in or Opt out? The Global Privacy Summit*, Washington, DC, September 13, 2000.

Panel moderator: *Online Voting: Will the Laptop Replace the Voting Booth?* Congressional Internet Caucus Panel Discussion, Washington, DC, September 13, 2000.

Testimony before the Commission on Online Child Protection (COPA), Richmond, VA, June 20, 2000

Tutorial: *Internet Privacy and P3P, Ninth International World Wide Web Conference (WWW9)*, Amsterdam, May 15, 2000.

Panel moderator: *Are We Ready for Internet Voting? Voting Integrity 2000*, Washington, DC, April 1, 2000.

Invited Talk: *Online Privacy: What are People So Concerned About and What is Being Done About it?*, North Carolina State University, March 24, 2000.

Invited Talk: *Privacy Implications of Online Data Collection*, DIMACS Workshop: Data Processing on the Web: A Look into the Future, Piscataway, NJ, 6-7 March 2000.

Invited Talk: *Many Lessons Later: The Platform for Privacy Preferences and What We've Learned About Designing Social Protocols*, Rensselaer Polytechnic Institute, Troy, NY, 11 November 1999.

*Minding your own business: The Platform for Privacy Preferences Project and*

*Privacy Minder*, 1999 USENIX Annual Technical Conference, FREENIX Track, Monterey, CA, 10 June 1999.

Invited Talk: *Tracks on the web and a grammar for personal privacy*, Individual Privacy and Information Policy: A Policy and Research Issues Conference, Rutgers University, New Brunswick, NJ, 14 April 1999.

Panel moderator: *Anonymity and Identity in Cyberspace*, Computers, Freedom and Privacy 1999, Washington, DC, 7 April 1999.

Panelist: *ACM Computer and IT Policy Briefing for the 106th Congress*, Washington, DC, 5 March 1999.

Invited Talk: *Privacy and Commerce*, Raymond Walters College Community Conversations series on Privacy in America, Cincinnati, OH, 9 February 1999.

Invited Talk: *The Platform for Privacy Preferences Project*, Internet Developer/Technology Group, San Jose, CA, 15 October 1998.

Panel moderator: *Privacy and Data Mining*, The Fourth International Conference on Knowledge Discovery and Data Mining, New York City, 29 August 1998.

Panelist: *Technologies* panel, Public Meeting on Internet Privacy, U.S. Department of Commerce, Washington, DC, 24 June 1998.

Invited Talk: *Electronic voting: theory and practice*, Royal Melbourne Institute of Technology, Melbourne, Australia, 20 April 1998.

Panel Moderator: *Laws, self-regulation, and P3P: Will W3C's privacy platform help make the Web safe for privacy?*; Panelist: *The relationship between policy and technology in electronic commerce*; W3C track presentation on the Platform for Privacy Preferences Project. Seventh International World Wide Web Conference, Brisbane, Queensland, Australia, 14-18 April 1998.

Invited Talk: *The Platform for Privacy Preferences Project: Facilitating Individual Control Over Personal Information Flow Online*, Human Computer Interaction Consortium Workshop, Winter Park, Colorado, 6 March 1998.

Invited Talks: *The Platform for Privacy Preferences Project* and *Unsolicited Commercial Email*, IBM Watson Research, Hawthorne, New York, 16 December 1997.

Invited Talk: *The Technology Tool Kit*, Internet Online Summit: Focus on Children, Washington, DC, 2 December 1997.

Invited Talk: *Making the Internet Safe, Fun, and Profitable*, International Symposium of Computing Technology (EI@TEC97), Torreon, Coahuil, Mexico, 17

October 1997.

Invited Talk: *User Empowerment Techniques to Address Online Privacy Concerns*, DIMACS Workshop on Massive Data Sets in Telecommunications, Piscataway, NJ, 14 October 1997.

Invited Talk: *The Future of Privacy*, DIMACS Research and Education Institute '97, Piscataway, NJ, 3 August 1997.

Panelist: Internet Privacy, A Briefing by the Advisory Committee of the Congressional Internet Caucus, Washington, DC, 18 April 1997.

Invited Talk: *Making it Safe, Fun, and Profitable to do Business on the Internet*, Sonya Kovalevsky Day 97, Montgomery College Mathematics Department, Rockville, MD, 18 April 1997.

Panelist: Computer Ethics Institute 5th National Computer Ethics Conference -- *Cybercivics 101: the Relevance of Representative Democracy in the Information Age*, Brookings Institution, Washington, DC, 10 October 1996.

Invited Talk: *Electronic Voting: Representative Democracy in the Information Age*, Webster University Department of Philosophy, St. Louis, MO, 17 September 1996.

Panelist: *Policy Implications of Privacy Technology*, Sixth Conference on Computers, Freedom and Privacy, Cambridge, Massachusetts, 27-30 March 1996.

## Hobbies and Community Activities

Allegheny County, PA elections poll worker, 2004-2005

Tenor saxophone player, Chatham Community Band, 1996-2003

Member, Garden State Quilters Guild 1997-2003; board member 1999-2001

My quilts have won awards in local and national contests; one of my quilts appears in the book *Tumbling Blocks: New Quilts from an Old Favorite*, edited by Barbara Smith (American Quilter's Society 2002) and was part of a traveling museum exhibition.

*CURRICULUM VITAE* (July 2005)

## HENRY F. REICHMAN
Professor of History
California State University, East Bay

**EDUCATION:**

| | |
|---|---|
| A.B. | Columbia College of Columbia University |
| | New York, N.Y., 1969 |
| | *cum laude*, Phi Beta Kappa |
| Ph.D. | University of California, Berkeley, 1977 |
| | Fields: Europe Since 1789;  History of Revolutionary, Socialist and Labor Movements: |
| | France, Russia, China;  Political Science: Political Theory |
| | Dissertation: "Russian Railwaymen and the Revolution of 1905" |
| | Passed Ph.D. oral exams with distinction, 1972 |
| | Special Career Fellowship, 1969-1974 |

**TEACHING EXPERIENCE:**

California State University, Hayward/East Bay -- Assistant Professor, 1989-91; Associate Professor, 1991-96; Professor, 1996-
*Courses:* HIST 1000: The Nature and Study of History/ HIST 1012: History of the Western World Since 1400/ HIST 1016 World Civilizations III/ HIST 3010: Historical Writing/ HIST 3017: The Twentieth Century/ HIST 3160: Europe, 1789-1914/ HIST 3221: Russia to 1801/ HIST 3222: Russia, 1801-1917/ HIST 3223: History of the Soviet Union/ HIST 3224: The Cold War/ HIST 3947: The Rise and Decline of Communism in Eastern Europe/ HIST 3955 (3575): Baseball in America/ HIST 4030: Historiography/ HIST 4892: Fin-de-Siecle Europe/ HIST 4893: Karl Marx/ HIST 4898 (3200): Nationalism/ HIST 6030: Graduate Historiography / HIST 6200: Society, Culture and the State in Europe, 1789-1914/ HIST 6200: Nations and Nationalism in Modern Europe/ HIST 6200: The Social Transformation of Europe, 1750-1914/ HIST 6200: Power, Class and Culture in Soviet History/ HIST 6200: European Revolutions: 1789-1848-1917-1989/HIST 6200: Revolutionary Lives

University of California, Davis -- Visiting Assistant Professor, 1989
*Courses:* History of the Soviet Union; Gorbachev and Perestroika: The Historical Background (seminar); The Russian Revolution; Europe Since 1789

Memphis State University -- Assistant Professor, 1983-89
*Courses:* Graduate Readings in Russian History; Russia to 1917; History of the Soviet Union; History of Marxism and Socialism; World War II (team taught); U.S. Since 1877; The U.S. and the U.S.S.R. (honors seminar)

Mills College –– Part-time instructor, 1988-89
*Courses:* History of the Soviet Union

College of Alameda -- Part-time Instructor, Fall 1988
*Courses:* History of European Civilization: Ancient and Medieval

Northwestern University -- Assistant Professor, 1979-80 (temp. appt.)
*Courses:* Russia and Eastern Europe; The Russian Revolutionary Movement (seminar); Russian History Through Novels (seminar)

University of California, San Diego -- Lecturer, 1978 (temp. appt.)
*Courses:* Russia, 1855 to Present; Colloquium on World War II

University of California, Berkeley -- Acting Instructor, 1975-76;
Teaching Assistant, 1974-75, 1971-72
*Courses:* The Russian Peasant from Serfdom to Kolkhoz (seminar); World War II (seminar); Topics in the History of Communism (research seminar); Europe, 1400-present; Europe: 1600-1870; Europe: Renaissance and Reformation

**PUBLICATIONS:**
*Books*:
*Railwaymen and Revolution: Russia, 1905.*  University of California Press, 1987.  xvi, 336 pp.
*Censorship and Selection: Issues and Answers for Schools.*  American Association of School Administrators/American Library Association, 1988. ix, 141 pp. Japanese edition: 1993. xii, 241 pp.  Second revised edition: 1993.  ix, 172 pp.  Third revised edition: 2001.  ix, 222 pp.
*Articles:*

"On Kanatchikov's Bolshevism: Workers and *Intelligenty* in Lenin's *What Is to Be Done?*" *Russian History*, special issue on "Labor, Thought and Society in Russia and the Soviet Union," Vol. 23, Nos. 1-4, 1996.

"Reconsidering `Stalinism'," *Theory and Society*, vol. 17, no. 1, January 1988, pp. 57-90. Reprinted in Alexander Dallin and Bertrand M. Patenaude eds., *Articles on Russian and Soviet History, 1500-1990; Volume 7: Stalin and Stalinism*. Garland Publishing, 1991.

"The 1905 Revolution on the Siberian Railroad," *Russian Review*, vol. 47, no. 1, January 1988, pp. 25-48.

"Tsarist Labor Policy and the Railroads, 1885-1914," *Russian Review*, vol. 42, no. 1, January 1983, pp. 51-72.

"The Rostov General Strike of 1902," *Russian History*, vol. 9, pt. 1, 1982, pp. 67-85.

### Review Articles:

"The Nazi-Soviet Pact After Fifty Years," *Radical History Review*, No. 50, Spring 1991, pp. 233-42.

"Beyond the Good War: The Left, the Soviet Union and the Nature of WWII," *Radical History Review*, no. 40, Winter 1988, pp. 115-29.

"Current Soviet Historiography of the Russian Revolution of 1905 and the Working Class," *International Labor and Working Class History*, no. 24, Fall 1983, pp. 39-48.

### Book Reviews:

Numerous reviews in: *American Historical Review, Slavic Review, Russian Review, Russian History, Canadian-American Slavic Studies, Journal of Social History, Labor History, Nationalities Papers, Theory and Society, American Communist History, History: Reviews of New Books,* and other journals.

## ACADEMIC PRESENTATIONS:

"The Diminishing Scope of Academic Freedom under the USA Patriot Act," Association of College and Research Libraries, Minneapolis, MN, April 2005.

"On the Centenary of Lenin's *What is to Be Done?*," (Panelist), American Association for the Advancement of Slavic Studies, Washington, D.C., November 2001.

"History Departments in a New Century," (Panelist), American Historical Association, Chicago, January 2000

"New Civic Cultures in Late Imperial and Early Soviet Russia," (Commentator), American Asociation for the Advancement of Slavic Studies, St. Louis, November 1999

"The Russian 'Bunt', Mindless and Pitiless?: Popular Violence in Early Twentieth-Century Russia" (Commentator), American Association for the Advancement of Slavic Studies, Seattle, November 1997

"Youth and Politics in The Soviet Union: The Komsomol in the 1920s and 1930s" (Commentator), American Historical Association, Chicago, December 1991

"Defining the Self: Popular Political Culture in late Imperial and Early Soviet Society" (Chair), American Association for the Advancement of Slavic Studies, Miami, November 1991

"Roundtable Discussion: 1905 in Provincial Russia's Cities," American Assn. for the Advancement of Slavic Studies, Chicago, November 1989

"Center and Periphery in Russia's Revolutions," Center for Slavic and East European Studies, U. of California, Berkeley, April 1988.

"From Stalin to Stalinism . . . and Back," Roundtable Program: "Stalin: Marxist, Monster or Misunderstood?" Center for Soviet and East European Studies, Stanford U., May 1987.

"Workers and Working in 1905: Railroad Workers," American Assn. for the Advancement of Slavic Studies, New York, November 1984.

"The All-Russian Railroad Union and Liberal Unionism in 1905," Midwest Slavic Conference, Chicago, May 1983.

"Blue-Collar and White-Collar in the 1905 Revolution: The Railwaymen," Western Slavic Association, February 1978.

**POPULAR PRESENTATION:**

"Teaching American History Through Baseball."  Numerous presentations at CSUH events, and civic organizations including Oakland, Hayward and South Hayward Rotary Clubs, Hayward SIRS, etc.

**POST-DOCTORAL FELLOWSHIPS AND GRANTS:**

California State University Research, Scholarship and Creative Activity (RSCA) Grant of term leave with pay, Spring 1992

National Endowment for the Humanities Summer Seminar for College Teachers: "Major Controversies in Soviet History" led by Prof. Alexander Dallin, Stanford University, 1985

IREX Graduate Student/Faculty Exchange with USSR, Leningrad State Univ., Leningrad, USSR, 1981-82

Memphis State University Faculty Research Grant, 1984-85

**ACADEMIC SERVICE/RECOGNITION:**

George and Miriam Phillips Outstanding Professor Award, CSU, Hayward, 1998

Sue Schaefer Faculty Service Award, CSU, East Bay, 2005

Honorary Member, Golden Key Honor Society, 1998

***California State University system***

ASCSU Senator, 2002-

Member-at-Large, Executive Committee, 2005-

Chair, Fiscal and Government Affairs, ASCSU, 2004-05

ASCSU Liaison to CSU Council of Library Directors, 2003-05

Member, CFA Collective Bargaining Team, 2003-

Chair, CSU Council of History Department Chairs, 1997-98

***California State University, Hayward/East Bay***

Chair, Academic Senate, 1998-99

Chair, Department of History, 1994-2003

Academic Senator, 1995-97 (ALSS), 1997-99 (At-Large)

Executive Committee, Academic Senate, 1995-

Vice President, California Faculty Association, Hayward chapter, 2000-

Review Committee, Provost and VP, Academic Affairs, 2003

Review Committee, University Librarian, 2004

University Promotion, Tenure, and Retention Committee, 2003-04

Committee on Academic Planning and Resources, 1991-93 (Secretary 1992-93), 1995-98

CIC Writing Skills Subcommittee, 1995-97

Single Subject Waiver Adviser for Social Science, 1992-94

Council on Teacher Education, 1992-94

ALSS Curriculum Committee, 1997-98

ALSS Strategic Planning Committee, 1996-97

ALSS Multicultural Council, 1990-91

Chair, President's Working Group on the Campus Mission Statement, 1991-92

Chair, Ad Hoc Committee on University Goals, 1996-97

Chair, "Committee A," 1999-2000

Task Force on Tenure Track Criteria and Procedures, 2002

University Search Committee: Director of Student Center for Academic Achievement, 2000-2002

University Search Committee: Director of Research and Sponsored Programs, 1994

International Studies Committee, 1994-97

Committee to Write Manual for Department Chairs, 1994-95

Ad Hoc Academic Senate Committee on Academic Freedom, 1993

**EXTERNAL SERVICE/RECOGNITION:**

Listed in *Who's Who in the West*, 1996; *Who's Who in Education*, 2002; *Who's Who Among America's Teachers, 2002-05*

California Historical Society — advisory board, California Baseball History Project

American Historical Association -- nominated for Professional Division, 1999

American Historical Association, Convention Local Arrangements Committee, 1994

"Keynote Address," American Association of School Librarians, Atlanta, Georgia, June 2002

Featured Speaker, Leadership Development Institute, "Collaboration for Change: A Team Approach to Intellectual Freedom," American Association of School Librarians, Portland, Oregon, April 1997

Television news commentator on Soviet affairs, NBC-TV affiliate, Memphis, Tennessee, 1985-87

Panelist on cable television show "Polemics," September 1995, February 1996

Guest on "One on One with Mike Orkin" on CNTV (several times)

## EDITORIAL EXPERIENCE:

Certificate in Manuscript Editing, Book Clinic, University of Chicago, 1980

Associate Editor, *American Library Association Newsletter on Intellectual Freedom*, September 1982-present.  Preparation and writing; copyediting; mark-up; dummying; proofreading.  Avg. bimonthly issue: 34 pp.  Circulation: 3,500 approx.

Editor, American Library Association, Office for Intellectual Freedom, *Intellectual Freedom Manual*, 2d. ed., 1983.

Prepublication referee: *Russian Review*, 1991, 1988; Ohio State University Press, 1988; Harlan Davidson, Inc., 1987; *Carl Beck Papers on Soviet and E. European Studies*, 1987.

## OTHER RELEVANT EXPERIENCE:

Assistant Director, Office for Intellectual Freedom, American Library Association, Chicago, Illinois, Sept. 1980-Aug. 1981.  Duties included: writing and editing publications, assisting and advising assn. members, public speaking, media relations, conference and meeting organizing, budget and grant preparation.

Institute for Research in Social Behavior, Researcher, Oakland, 1978-79

Bay Area China Education Project, Consultant, 1974

## LANGUAGES:

Russian (read, write, speak); French (read); German (read some)

## RELEVANT TRAVEL:

Union of Soviet Socialist Republics, Sept. 1981-June 1982

People's Republic of China, August-Sept. 1973

Great Britain and Western Europe, 1968, 1969, 1982, 1984

# Edward W. Felten

Professor of Computer Science and Public Affairs
Princeton University
35 Olden Street
Princeton NJ 08540
(609) 258-5906
(609) 258-1771 fax
felten@cs.princeton.edu

## Education

Ph.D. in Computer Science and Engineering, University of Washington, 1993.
   Dissertation title: "Protocol Compilation: High-Performance Communication for
   Parallel Programs." Advisors: Edward D. Lazowska and John Zahorjan.
M.S. in Computer Science and Engineering, University of Washington, 1991.
B.S. in Physics, with Honors, California Institute of Technology, 1985.

## Employment

Professor of Computer Science and Public Affairs, Princeton University, 2005-present.
Professor of Computer Science, Princeton University, 2003-2005.
Associate Professor of Computer Science, Princeton University, 1999-2003.
Assistant Professor of Computer Science, Princeton University, 1993-99.
Senior Computing Analyst, Caltech Concurrent Computing Project, California Institute
   of Technology, 1986-1989.

Director, Secure Internet Programming Laboratory, Dept. of Computer Science,
   Princeton University, 1996-present.

U.S. Federal Trade Commission: consulting regarding spam policy, 2004.
U.S. Dept. of Justice, Antitrust Division: consulting and testimony in Microsoft antitrust
   case, 1998-2002.
Robins Kaplan, Miller & Ciresi: Consulting and testimony in patent law suit, 1998-
   present.
Keker & Van Nest: Consulting in intellectual property / free speech law-suit, 2002.
Electronic Frontier Foundation: Consulting in intellectual property / free speech law-suits,
   2001-present.
Certus Ltd: consultant in product design and analysis, 2000-2002.
Cigital Inc.: Technical Advisory Board member, 2000-present.
Cloakware Ltd: Technical Advisory Board member, 2000-present.
Propel.com: Technical Advisory Board member, 2000-2002.
NetCertainty.com: Technical Advisory Board member, 1999-2002.

FullComm LLC: Scientific Advisory Board member, 1999-2001.
Sun Microsystems: Java Security Advisory Board member, 1997-present.
Finjan Software: Technical Advisory Board member, 1997-2002.
International Creative Technologies, consultant in product design and analysis, 1997-98.
Bell Communications Research: consultant in computer security research, 1996-97.

## Honors and Awards

EFF Pioneer Award, 2005
Scientific American Fifty Award, 2004
Alfred P. Sloan Fellowship, 1997.
Emerson Electric, E. Lawrence Keyes Faculty Advancement Award, Princeton
    University School of Engineering, 1996
NSF National Young Investigator award, 1994
Outstanding Paper award, 1993 Symposium on Operating Systems Principles
Best Paper award, 1995 ACM SIGMETRICS Conference.
AT&T Ph.D. Fellowship, 1991-93
Mercury Seven Foundation Fellowship, 1991-93

## Research Interests

Computer security, especially relating to consumer products. Technology law and policy.
Internet software. Operating systems. Interaction of security with programming
languages and operating systems. Distributed computing. Parallel computing architecture
and software.

## Professional Service

### Professional Societies and Advisory Groups

Transportation Security Administration, Secure Flight Privacy Working Group, 2005.
National Academies study committee on Air Force Information Science and Technology
Research, 2004-present
Electronic Frontier Foundation, Advisory Board, 2004-present
ACM U.S. Public Policy Committee, 2004-present (Executive Committee, 2005-present)
ACM Advisory Committee on Security and Privacy, 2002-2003.
DARPA Information Science and Technology (ISAT) advisory committee, 2002-2004.
Co-chair, ISAT study committee on "Reconciling Security with Privacy," 2001-2002.
National Academy study committee on Foundations of Computer Science, 2001-2004.

### Program Committees
World Wide Web Conference, 2006
USENIX General Conference, 2004

Workshop on Foundations of Computer Security, 2003.
ACM Workshop on Digital Rights Management, 2001.
ACM Conference on Computer and Communications Security, 2001.
ACM Conference on Electronic Commerce, 2001.
Workshop on Security and Privacy in Digital Rights Management, 2001.
Internet Society Symposium on Network and Distributed System Security, 2001.
IEEE Symposium on Security and Privacy, 2000.
USENIX Technical Conference, 2000.
USENIX Windows Systems Conference, 2000.
Internet Society Symposium on Network and Distributed System Security, 2000.
IEEE Symposium on Security and Privacy, 1998.
ACM Conference on Computer and Communications Security, 1998.
USENIX Security Symposium, 1998.
USENIX Technical Conference, 1998.
Symposium on Operating Systems Design and Implementation, 1996.

### Corporate Advisory Boards

Cigital Inc.: Technical Advisory Board
Sun Microsystems, Java Security Advisory Council.
Cloakware Ltd.: Technical Advisory Board
Propel.com: Technical Advisory Board
Finjan Software: Technical Advisory Board
Netcertainty: Technical Advisory Board.
FullComm LLC: Scientific Advisory Board

## University and Departmental Service

SEAS Strategic Planning, 2004.
 Member, Executive Committee
 Co-Chair, Interactions with Industry area.
 Co-Chair, Engineering, Policy, and Society area
Faculty Advisory Committee on Policy, 2002-present.
Council of the Princeton University Community, 2002-present (Executive Committee)
Faculty Advisory Committee on Athletics, 1998-2000
Computer Science Academic Advisor, B.S.E. program, class of 1998 (approx. 25 students).
Faculty-Student Committee on Discipline, 1996-98
Faculty-Student Committee on Discipline, Subcommittee on Sexual Assault and Harrassment, 1996-98

## Students Advised

### Ph.D. Advisees:

Brent Waters (Ph.D. 2004). Dissertation: Security in a World of Ubiquitous Recording Devices. Postdoctoral researcher, Dept. of Computer Science, Stanford University.

Robert A. Shillingsburg (Ph.D. 2004). Dissertation: Improving Distributed File Systems using a Shared Logical Disk. Technical staff member, Google.

Michael Schneider (Ph.D. 2004). Dissertation: Network Defenses against Denial of Service Attacks. Researcher, Supercomputing Research Center, Institute for Defense Analyses

Minwen Ji (Ph.D. 2001). Dissertation: Data Distribution for Dynamic Web Content. Researcher at Compaq Systems Research Center.

Dirk Balfanz (Ph.D. 2000). Dissertation: Access Control for Ad Hoc Collaboration. Researcher at Xerox Palo Alto Research Center

Dan S. Wallach (Ph.D. 1998). Dissertation: A New Approach to Mobile Code Security. Assistant Professor of Computer Science, Rice University.

### Significant Advisory Role:

Drew Dean (Ph.D. 1998). Advisor: Andrew Appel. Researcher, SRI International.

Stefanos Damianakis (Ph.D. 1998). Advisor: Kai Li. President, Netrics, Inc

Pei Cao (Ph.D. 1996). Advisor: Kai Li. Researcher, Google

Lujo Bauer (Ph.D. 2003). Advisor: Andrew Appel. Postdoctoral researcher, School of Computer Science, Carnegie Mellon University

## Publications

### Books and Book Chapters

[1] Freedom to Tinker. Edward W. Felten. Publication expected, 2005.

[2] Securing Java: Getting Down to Business with Mobile Code. Gary McGraw and Edward W. Felten. John Wiley and Sons, New York 1999.

[3] Java Security: Web Browsers and Beyond. Drew Dean, Edward W. Felten, Dan S. Wallach, and Dirk Balfanz. In "Internet Besieged: Countering Cyberspace Scofflaws," Dorothy E. Denning and Peter J. Denning, eds. ACM Press, New York, 1997.

[4] Java Security: Hostile Applets, Holes and Antidotes. Gary McGraw and Edward Felten. John Wiley and Sons, New York, 1996.

[5] Dynamic Tree Searching. Steve W. Otto and Edward W. Felten. In "High Performance Computing", Gary W. Sabot, ed., Addison Wesley, 1995.

### Journal Articles

[6] Mechanisms for Secure Modular Programming in Java. Lujo Bauer, Andrew W. Appel, and Edward W. Felten. Software—Practice and Experience, 35:461-480, 2003.

[7] The Digital Millennium Copyright Act and its Legacy: A View from the Trenches. Illinois Journal of Law, Technology and Policy, Fall 2002.

[8] The Security Architecture Formerly Known as Stack Inspection: A Security Mechanism for Language-based Systems. Dan S. Wallach, Edward W. Felten, and Andrew W. Appel. ACM Transactions on Software Engineering and Methodology, 9,4, October 2000.

[9] Statically Scanning Java Code: Finding Security Vulnerabilities. John Viega, Tom Mutdosch, Gary McGraw, and Edward W. Felten. IEEE Software, 17(5), Sept./Oct 2000.

[10] Client-Server Computing on the SHRIMP Multicomputer. Stefanos N. Damianakis, Angelos Bilas, Cezary Dubnicki, and Edward W. Felten. IEEE Micro 17(1),8-18, February 1997.

[11] Fast RPC on the SHRIMP Virtual Memory Mapped Network Interface. Angelos Bilas and Edward W. Felten. IEEE Transactions on Parallel and Distributed Computing, February 1997.

[12] Implementation and Performance of Integrated Application-Controlled File Caching, Prefetching and Disk Scheduling. Pei Cao, Edward W. Felten, Anna R. Karlin, and Kai Li. ACM Transactions on Computer Systems, Nov 1996.

[13] Virtual Memory Mapped Network Interface Designs. Matthias A. Blumrich, Cezary Dubnicki, Edward W. Felten, Kai Li, and Mahna Mesarina. IEEE Micro, 15(1) 21-28, February 1995.

## Symposium Articles

[14] A Convenient Method for Securely Managing Passwords. Proc. 14th World Wide Web Conference. 2005

[15] New Client Puzzle Outsourcing Techniques for DoS Resistance. Brent R. Waters, Ari Juels, J. Alex Halderman, and Edward W. Felten. ACM Conference on Computer and Communications Security. November 2004.

[16] Privacy Management for Portable Recording Devices. J. Alex Halderman, Brent R. Waters, and Edward W. Felten. 3rd Workshop on Privacy in Electronic Society. November 2004.

[17] Receiver Anonymity via Incomparable Public Keys. Brent R. Waters, Edward W. Felten, and Amit Sahai. ACM Conference on Computer and Communications Security. November 2003.

[18] Attacking an Obfuscated Cipher by Injecting Faults. Matthias Jacob, Dan Boneh, and Edward W. Felten. ACM Workshop on Digital Rights Management, November 2002.

[19] A General and Flexible Access Control System for the Web. Lujo Bauer, Michael A. Schneider, and Edward W. Felten. 11th USENIX Security Symposium, August 2002.

[20] Informed Consent in the Mozilla Browser: Implementing Value-Sensitive Design. Batya Friedman, Daniel C. Howe, and Edward W. Felten. Hawaii International Conference on System Sciences, January 2002. (Best Paper award, organizational systems track.)

[21] Reading Between the Lines: Lessons from the SDMI Challenge. Scott A. Craver, John P. McGregor, Min Wu, Bede Liu, Adam Stubblefield, Ben Swartzlander, Dan S. Wallach, Drew Dean, and Edward W. Felten. USENIX Security Symposium, August 2001.

[22] Cookies and Web Browser Design: Toward Realizing Informed Consent Online. Lynette I. Millett, Batya Friedman, and Edward W. Felten. Proc. of CHI 2001 Conference on Human Factors in Computing systems, April 2001.

[23] Timing Attacks on Web Privacy. Edward W. Felten and Michael A. Schneider. Proc. of 7th ACM Conference on Computer and Communications Security, Nov. 2000.

[24] Archipelago: An Island Based File System for Highly Available and Scalable Internet Services. USENIX Windows Systems Symposium, August 2000.

[25] Proof Carrying Authentication. Andrew W. Appel and Edward W. Felten. Proc. of 6th ACM Conference on Computer and Communications Security, Nov. 1999.

[26] An Empirical Study of the SHRIMP System. Matthias A. Blumrich, Richard D. Alpert, Yuqun Chen, Douglas W. Clark, Stefanos N. Damianakis, Cezary Dubnicki, Edward W. Felten, Liviu Iftode, Margaret Martonosi, Robert A. Shillner, and Kai Li. Proc. of 25th International Symposium on Computer Architecture, June 1998.

[27] Performance Measurements for Multithreaded Programs. Minwen Ji, Edward W. Felten, and Kai Li. Proc. of 1998 SIGMETRICS Conference. June 1998.

[28] Understanding Java Stack Inspection. Dan S. Wallach and Edward W. Felten. Proc. of 1998 IEEE Symposium on Security and Privacy, May 1998.

[29] Extensible Security Architectures for Java. Dan S. Wallach, Dirk Balfanz, Drew Dean, and Edward W. Felten. Proc. of 16th ACM Symposium on Operating Systems Principles. Oct. 1997. Outstanding Paper Award.

[30] Web Spoofing: An Internet Con Game. Edward W. Felten, Dirk Balfanz, Drew Dean, and Dan S. Wallach. Proc. of 20th National Information Systems Security Conference. Oct. 1997.

[31] Reducing Waiting Costs in User-Level Communication. Stefanos N. Damianakis, Yuqun Chen, and Edward W. Felten. Proc. of 11th Intl. Parallel Processing Symposium, April 1997.

[32] Stream Sockets on SHRIMP. Stefanos N. Damianakis, Cezary Dubnicki, and Edward W. Felten. Proc. of 1st Intl. Workshop on Communication and Architectural Support for Network-Based Parallel Computing, February 1997. (Proceedings available as Lecture Notes in Computer Science #1199.)

[33] Early Experience with Message-Passing on the SHRIMP Multicomputer. Richard D. Alpert, Angelos Bilas, Matthias A. Blumrich, Douglas W. Clark, Stefanos Damianakis, Cezary Dubnicki, Edward W. Felten, Liviu Iftode, and Kai Li. Proc. of 23rd Intl. Symposium on Computer Architecture, 1996.

[34] A Trace-Driven Comparison of Algorithms for Parallel Prefetching and Caching. Tracy Kimbrel, Andrew Tomkins, R. Hugo Patterson, Brian N. Bershad, Pei Cao, Edward W. Felten, Garth A. Gibson, Anna R. Karlin, and Kai Li. Proc. of 1996 Symposium on Operating Systems Design and Implementation.

[35] Java Security: From HotJava to Netscape and Beyond. Drew Dean, Edward W. Felten, and Dan S. Wallach. Proc. of 1996 IEEE Symposium on Security and Privacy.

[36] Integrated Parallel Prefetching and Caching. Tracy Kimbrel, Pei Cao, Edward W. Felten, Anna R. Karlin, and Kai Li. Proc. of 1996 SIGMETRICS Conference.

[37] Software Support for Virtual Memory-Mapped Communication. Cezary Dubnicki, Liviu Iftode, Edward W. Felten, and Kai Li. Proc. of Intl. Parallel Processing Symposium, April 1996.

[38] Protected, User-Level DMA for the SHRIMP Network Interface. Matthias A. Blumrich, Cezary Dubnicki, Edward W. Felten, and Kai Li. Proc. of 2nd Intl. Symposium on High-Performance Computer Architecture, Feb. 1996.

[53] Consumer Privacy and Government Technology Mandates in the Digital Media Marketplace. Testimony before U.S. Senate Commerce Committee, September 2003.

[54] Secure, Private Proofs of Location. Brent R. Waters and Edward W. Felten. Submitted for publication, 2003.

[55] An Efficient Heuristic for Defense Against Distributed Denial of Service Attacks using Route-Based Distributed Packet Filtering. Michael A. Schneider and Edward W. Felten. Submitted for publication, 2003.

[56] Written testimony to House Commerce Committee, Subcommittee on Courts, the Internet, and Intellectual Property, oversight hearing on "Piracy of Intellectual Property on Peer to Peer Networks." September 2002.

[57] Written testimony to Senate Judiciary Committee hearings on "Competition, Innovation, and Public Policy in the Digital Age: Is the Marketplace Working to Protect Digital Creativity?" March 2001.

[58] Informed Consent Online: A Conceptual Model and Design Principles. Batya Friedman, Edward W. Felten, and Lynette I. Millett. Technical Report 2000-12-2, Dept. of Computer Science and Engineering, University of Washington, Dec. 2000.

[59] Mechanisms for Secure Modular Programming in Java. Lujo Bauer, Andrew W. Appel, and Edward W. Felten. Technical Report CS TR-603-99, Department of Computer Science, Princeton University, July 1999.

[60] A Java Filter. Dirk Balfanz and Edward W. Felten. Technical Report 567-97, Dept. of Computer Science, Princeton University, October 1997.

[61] Inside RISKS: Webware Security. Edward W. Felten. Communications of the ACM, 40(4):130, 1997.

[62] Simplifying Distributed File Systems Using a Shared Logical Disk. Robert A. Shillner and Edward W. Felten. Princeton University technical report TR-524-96.

[63] Contention and Queueing in an Experimental Multicomputer: Analytical and Simulation-based Results. Wenjia Fang, Edward W. Felten, and Margaret Martonosi. Princeton University technical report TR-508-96.

[64] Design and Implementation of NX Message Passing Using SHRIMP Virtual Memory Mapped Communication. Richard D. Alpert, Cezary Dubnicki, Edward W. Felten, and Kai Li. Princeton University technical report TR-507-96.

[65] Protocol Compilation: High-Performance Communication for Parallel Programs. Edward W. Felten. Ph.D. dissertation, Dept. of Computer Science and Engineering, University of Washington, August 1993.

[66] Building Counting Networks from Larger Balancers. Edward W. Felten, Anthony LaMarca, and Richard Ladner. Univ. of Washington technical report UW CSE 93-04-09.

[67] The Case for Application-Specific Communication Protocols. Edward W. Felten. Univ. of Washington technical report TR-92-03-11.

[68] A Centralized Token-Based Algorithm for Distributed Mutual Exclusion. Edward W.
Felten and Michael Rabinovich. Univ. of Washington technical report TR 92-02-02.

[69] Issues in the Implementation of a Remote Memory Paging System. Edward W.
Felten and John Zahorjan. Univ. of Washington technical report TR 91-03-09.

# RONALD J. MANN

**Ben H. & Kitty King Powell Chair in Business and Commercial Law**
**Co-Director, Center for Law, Business & Economics**
**The University of Texas School of Law**
**727 E. Dean Keeton Street; Austin, TX 78705**
**512.232.1357, 512.475.7400 (fax)**
**rmann@law.utexas.edu**

## EDUCATION:

J.D. 1985, University of Texas at Austin
    Magna Cum Laude (First in class)
    Managing Editor, Texas Law Review

B.A. 1982, History, Rice University, Houston, Texas
    Magna Cum Laude, Phi Beta Kappa

## SCHOLARLY WORKS:

*Books:*

CHARGING AHEAD: THE GROWTH AND REGULATION OF PAYMENT CARD MARKETS AROUND THE WORLD (Cambridge U. Press 2006)

COMMERCIAL TRANSACTIONS: A SYSTEMS APPROACH (3d ed. Aspen  2006) (2d ed. Aspen 2003; 1st ed. Aspen 1998) (with Lynn LoPucki, Elizabeth Warren & Dan Keating)

PAYMENT SYSTEMS AND OTHER FINANCIAL TRANSACTIONS (3d ed. Aspen 2006) (2d ed. Aspen 2003; 1st ed. 1999)

ELECTRONIC COMMERCE (2d ed. Aspen 2005) (1st ed. Aspen 2002) (with Jane K. Winn)

COMPREHENSIVE COMMERCIAL LAW: STATUTORY SUPPLEMENT (Aspen 2003-2006) (with Elizabeth Warren & Jay Westbrook)

ELECTRONIC COMMERCE STATUTORY AND REGULATORY SUPPLEMENT (Aspen 2002)

*Articles:*

*The Supreme Court, the Solicitor General, and Bankruptcy:* BFP v. Resolution Trust Corporation, in BANKRUPTCY STORIES (Foundation Press forthcoming 2007)

*Just Until Payday*, 54 UCLA L. REV. (forthcoming 2007) (with Jim Hawkins)

*Bankruptcy Reform and the "Sweat Box" of Credit Card Debt*, 2007 ILL. L. REV. (forthcoming)

2

*The Commercialization of Open-Source Software: Do Property Rights Still Matter?*, 20 HARV. J.L. & TECH. (forthcoming 2006)

*Optimizing Consumer Credit Markets and Bankruptcy Policy*, 7 J. THEORETICAL INQUIRIES IN LAW 353 (2006)

*"Contracting" for Credit*, 104 MICH. L. REV. 899 (2006)

*The Promise of Internet Intermediary Liability*, 47 WILLIAM & MARY L. REV. 239 (2005) (with Seth Belzley)

*Making Sense of Payments Policy in the Information Age*, 93 GEO. L.J. 633 (2005)

*Do Patents Facilitate Financing in the Software Industry?*, 83 TEXAS L. REV. 961 (2005)

*An Empirical Investigation of Liquidation Choices of Failed High-Tech Firms*, 82 WASH U. L.Q. 1375 (2004)

*Contracts – Only* with *Consent*, 152 U. PA. L. REV. 1829 (2004)

*The Rise of State Bankruptcy-Directed Legislation*, 25 CARDOZO L. REV. 1805 (2004)

*Regulating Internet Payment Intermediaries*, 82 TEXAS L. REV. 681 (2004)

*Credit Cards and Debit Cards in the United States and Japan*, 55 VAND. L. REV. 1055 (2002) – shorter version published at 20 MONETARY & ECON. STUDIES 123 (2002); excerpted as *Credit Cards in the United States and Japan*, LAW QUADRANGLE NOTES, April 2001, at 81

*Information Technology and Non-Legal Sanctions in Financing Transactions*, 54 VAND. L. REV. 1627 (2001) – excerpted in Japanese as *IT to Yuushi Torihiki ni okeru Ho ni yoranai Sankushon* (*Non-Legal Sanctions in IT Finance Transactions*), 1193 JURISUTO 72 (2001).

*The Role of Letters of Credit in Payment Transactions*, 99 MICH. L. REV. 2494 (2000) – reprinted at 2001 ANNUAL SURVEY OF LETTER OF CREDIT LAW & PRACTICE 117; excerpted versions appear as *Discrepancies in Presentations Against Commercial Letters of Credit*, DOCUMENTARY CREDIT WORLD, Nov./Dec. 2000, at 21; and *Point of View: Ronald J. Mann Wonders Why, in View of High Discrepancy Rates, Business Continues to Use Letters of Credit*, DOCUMENTARY CREDITS INSIGHT, Winter 2001, at 3-4; and *Just Can't Break the Habit*, TRADE & FORFAITING REV., Apr. 2001, at 20-21.

*Secured Credit and Software Financing*, 85 CORNELL L. REV. 134 (1999)

3

*Verification Institutions in Financing Transactions*, 87 GEO. L.J. 2225 (1999)

*Strategy and Force in the Liquidation of Secured Debt*, 96 MICH. L. REV. 159 (1997)

*The Role of Secured Credit in Small-Business Lending*, 86 GEO. L.J. 1 (1997) – reprinted at 40
    CORP. PRACTICE COMMENTATOR 81 (1998); excerpted in LOPUCKI & WARREN, SECURED
    CREDIT (2d ed. 1998); included in 10 Best Corporate and Securities Articles (selected by
    *Corporate Practice Commentator* for 1998)

*Searching for Negotiability in Payment and Credit Systems*, 44 UCLA L. REV. 951 (1997)

*Explaining the Pattern of Secured Credit*, 110 HARV. L. REV. 625 (1997) – awarded the 1997-98
    Grant Gilmore Award by the American College of Commercial Finance Lawyers

*The First Shall Be Last: A Contextual Argument for Abandoning Temporal Rules of Lien
    Priority*, 75 TEXAS L. REV. 11 (1996)

*Bankruptcy and the Entitlements of the Government:  Whose Money Is It Anyway?*, 70 N.Y.U. L.
    REV. 993 (1995)

WORK IN PROGRESS:

Patents, Venture Capital, and Software Startups (with Thomas W. Sager)
Patents and Business Models for Software Firms (with John Allison & Abe Dunn)

**RECENT INVITED PRESENTATIONS:**

**Credit Card Topics**

*Comparative  Policy:* International Academy of Consumer and Commercial Law
Biennial Meeting (August 2006); Law and Society Annual Meeting (July 2006); 2006 Annual
Meeting of the American Law and Economics Association; Payment Cards Center, Federal
Reserve Bank of Philadelphia (January 2006); Bank of England and Office of Fair Trading (July
2003); Institute for Monetary and Economic Studies, Bank of Japan (November 2000)

*Domestic Policy:* Payment Cards Center, Federal Reserve Bank of Philadelphia (July
2006); Illinois Conference on Bankruptcy Reform (April 2006); Risk Managers Roundtable
(April 2006); University of Michigan (June 2005); CEGLA Institute for Interdisciplinary
Studies, Tel Aviv University (June 2005); Federal Reserve Bank of Chicago (March 2005)

*Credit Card Contracts:* Boalt Hall Law and Economics Workshop (December 2005);
University of Michigan (September 2005)

4

**Wal-Mart and Industrial Loan Companies** (University of Michigan September 2006)

**Internet Retail Contracts:** Law and Society Annual Meeting (July 2006)

**Payday Lending:** Payment Cards Center, Federal Reserve Bank of Philadelphia (July 2006)

**Internet Intermediary Liability:** Berkman Center Internet Law Colloquium (March 2005)

**Patents in the Software Industry:** 2006 Annual Meeting of the American Law and Economics Association; Boalt Hall IP Workshop (Fall 2005); 2004 Annual Meeting of the American Law and Economics Association; Berkeley Conference on Entrepreneurial Innovation; workshops at the Harvard Law School (March 2005), the law and business schools at the University of Michigan (September 2004), and the University of Texas School of Law (May 2006 and March 2004); 2004 Annual Meeting of the American Intellectual Property Lawyers Association; in-house presentations at IBM (December 2004) & Microsoft (January 2005)

**Payments Policy:** University of Michigan (March 2006); Federal Reserve Bank of New York (May 2004)

**Liquidating Failed High-Tech Firms:** Wash. U. School of Law (February 2004)

**Uniform Commercial Code Reform:** annual presentations from 2000-2004 at the ALI-ABA Conference on the New and Emerging Uniform Commercial Code; 2005 UCC Institute

**PROFESSIONAL AFFILIATIONS:**

> Member, American Law Institute
> Visiting Scholar, Payment Cards Center, Federal Reserve Bank of Philadelphia
> International Academy of Consumer and Commercial Law
> Member, National Bankruptcy Conference Capital Markets Committee (2003-04)
> Reporter, Amendments to UCC Articles 3, 4, and 4A (2000-2003)
> Visiting Scholar, Institute for Monetary and Economic Studies, Bank of Japan (2000)

**LANGUAGES:**  Greek, Latin, Biblical Hebrew, Old English



# Curriculum Vitae
# J. Christopher Racich

| | |
|---|---|
| Name: | J. Christopher Racich |
| Address: | First Advantage Litigation Consulting |
| | 14030 Thunderbolt Place, Suite 700 |
| | Chantilly, Virginia 20151 |
| Telephone: | 703.375.4340 |
| E-mail: | cracich@fadv.com |

## Professional Experience

**2006 – Present First Advantage Litigation Consulting Senior VP and Counsel**
**2004 – 2006 First Advantage CoreFacts Managing Director and Counsel**
**2001 – 2004 CoreFacts Managing Director and Counsel**

First Advantage is a sophisticated multi-disciplinary investigative firm, conducting business investigations, computer forensics, and data recovery services.

Mr. Racich heads First Advantage's Computer Forensic practice and is a leader in its Electronic Discovery practice. Mr. Racich has led numerous large scale Electronic Discovery consulting projects and has been the lead consulting expert for these matters. Mr. Racich's case experience includes assisting with the gathering and investigation of data for a variety of civil and criminal matters for corporations, the Federal Bureau of Investigation, and state and local authorities. These have included matters involving fraud, embezzlement, sexual harassment, intellectual property theft, violation of non-compete clauses, computer and network hacking, child pornography, and PBX/Voice mail hacking.

**1997 – 2001, Kroll Associates, Director, High Tech Investigation, Mid-Atlantic Region**
Kroll is an international professional service firm providing computer forensic practices, fraud investigation, business valuation, commercial litigation and due diligence services.

Mr. Racich developed and led the firm's Mid-Atlantic high tech investigation practice from Kroll's Washington, DC office. He managed numerous high tech investigations and computer forensic engagements for the firm, as well as testified as a computer forensic expert.

## Expert Witness Testimony

**United States v. Daniel Bayly, et al.**
**Case# 4:04CR00363-1**
Testimony given in Federal District Court, SDTX
Retained by US Government
Counsel: John Hammon, Houston TX

**Hach Company v. Michelle Haubrich**
**Case# 04CV1639**
Testimony given in Larimer County District Court, CO
Retained by Shawe & Rosenthal
Counsel: Pat Pilachowski, Shaw & Rosenthal, Baltimore, MD

**Matson Insurance v. Marsh Insurance**
**Case#GD02-010113**
Evidence given and stipulated to by Expert Report, Court of Common Pleas, Allegheny County,
PA
Retained by: Matson Insurance
Counsel: Ray Middleman/ Malone, Larchuk & Middleman, Pittsburgh, PA

**Scott & Stringfellow v. Jefferies Group, Inc.**
Testimony and Evidence given at NASD-DR Arbitration
Retained by: Scott & Stringfellow
Counsel: John Barr/ McGuire Woods, Richmond, VA

**Scott & Stringfellow v. Jefferies Group, Inc.**
Testimony and Evidence given in Henrico, VA, Circuit Court
Retained by: Scott & Stringfellow
Counsel: John Barr/McGuire Woods, Richmond, VA

**William Mills and Associates v. Gelignite Communications, Inc.**
**Case#2001CV38085**
Evidence given by affidavit in Fulton County, GA, Superior Court
Retained by: William Mills and Associates
Counsel: Mark Keenan, McGuire Woods, Atlanta, GA

**Ethyl Corporation v. Mark Reese Case#**
Evidence given by Expert Report in Henrico, VA, Circuit Court
Retained by: McGuire Woods
Counsel: John Barr/McGuire Woods, Richmond, VA

**Walton Street v. Ocwen Asset Investment Corp.**
**Case# 1999L006116**
Evidence given by Deposition in Cook, IL, Circuit Court
Retained by: Miller & Wrubel, P.C
Counsel: Joel Miller, Miller & Wrubel, New York, NY

**Henry N. Camferdam, Jr. et al., v. Ernst & Young International, Inc. et al.**
**Case#1:02CV10100**
Testimony given in Federal District Court, SDNY
Retained by: Williams & Connolly
Counsel: Emmet Flood, Williams & Connolly, Washington, DC


**DMG Securities v. Bashion, Cruz**
**Case#03-06845**
Testimony given at NASD-DR Arbitration
Retained by: DMG Securities
Counsel: John Barr/ McGuire Woods, Richmond, VA

## Publications

- *Tracking Down Cyber-Libelers*- - 2000, Washington Legal Time
- *How to Handle Electronic Evidence* - 1999, Washington Legal Times

## Speaking Engagements

- American Bar Association – 2005, Washington, DC, Topic: E-Discovery: The Benefits and Burdens, How to Advise Clients
- InfoSecurity – 2004, New York, NY, Topics: Legal Tracks - Investigating Breaches of IT and Network Security, Legal Tracks - Digital Forensics
- Georgetown Law – 2004, Washington, DC, Topics: New Realities in E-Discovery
- American Bar Association – 2004, Atlanta, GA, Topic: Theft of trade Secret and Non-Compete Issues
- American Bar Association – 2002, Washington, DC, Atlanta, GA, Topic: Theft of trade Secret and Non-Compete Issues Information Technology Research Associates – 2002, Washington, DC, Topic: Best Practices in Computer Forensics
- American Bar Association - 2000, Cleveland, OH, Topic: Handling of Electronic Evidence
- Certified Fraud Examiners - 2000, Atlanta, GA, Topic: Electronic Evidence and Internet Investigations
- Local Government Attorneys of Virginia – 2000, Alexandria, VA, Topic: Handling of Electronic Evidence
- Egg & Poultry Association Annual Conference - 2000, Topic: Internet Investigations and Corporate Fraud
- Connecticut Bar Association - 1999, Hartford, CT, Topic: Handling of Electronic Evidence
- Pennsylvania Bar Association - 1998, Pittsburgh, PA, Topic: Electronic Privacy and Electronic Eavesdropping

## Certifications

- Member New York Bar Association – 1998-present
- Member Washington, DC Bar – 1999-present
- Member Virginia Bar Association – 2004-present
- HTCIA Computer Forensic Certification

- HTCIA Instructor
- Encase Intermediate Certification
- National Consortium for Justice Information and Statistics (SEARCH) Computer Forensic Certification
- HTCIA/RCFG GMU Computer Forensic Certification
- Kroll Computer Forensics Certification
- Co-Chair, ABA Sub-committee on Electronic Evidence 1999-2004
- Private Investigator, Virginia
- Private Detective, Washington, DC 1997-2001

## Education

- Cornell University, BS, Biology – 1993
- Washington College of Law, JD – 1997