Scott M. Smith, Ph.D.
James Passey Professor of Marketing
Brigham Young University

I specialize in three distinct areas of academic study:
(1) Internet research and methodology, (2) Advanced computer applications for Internet survey research and analysis, and (3) Cross cultural research.

## EDUCATION

| | |
|---|---|
| Ph.D. | Pennsylvania State University, 1979<br>Marketing, Quantitative Methods, Social Psychology |
| M.B.A. | Michigan State University, 1973 |
| B.S. | Brigham Young University, 1971<br>Marketing, Statistics, Computer Science, Economics |

## ACADEMIC EMPLOYMENT

| | | |
|---|---|---|
| Brigham Young University<br>Provo, Utah | Professor of Marketing<br>*June of 1981 to Present* | |
| University of Oregon<br>Eugene, Oregon | Assistant Professor<br>*January of 1978 to June of 1981* | |
| Pennsylvania State University<br>University Park, Pennsylvania | Graduate Research and Teaching Assistant<br>*June of 1973 to December of 1977* | |

## TEACHING EXPERIENCE BY COURSE LEVEL

| | |
|---|---|
| Ph.D. | Multivariate Statistics |
| MBA | Measurement and Analysis; Market Research; Database Marketing and Data Mining; Internet Marketing; High Technology Marketing and Brand Management; e-Commerce; Product Management; Strategic Market Planning; Marketing Models; Marketing Field Studies, Marketing Management; Consumer Behavior |
| Undergraduate | Marketing Research, Internet Marketing, High Technology Marketing,<br>e-Commerce, Strategic Planning, Retailing, Marketing Management,<br>Consumer Behavior, Sales Management, International Marketing |

## ANNOTATED  PUBLICATIONS

## BOOKS, BOOK CHAPTERS, PROCEEDINGS EDITORSHIPS AND MONOGRAPHS

Scott M. Smith and Lenard Huff (Eds.).  A Special Issue of the Journal of Business Research on the topic of "Cross-Cultural Business Research Issues".  Scheduled publication date is 2006.

Cross Cultural Research in Business Studies, 2006.  Scott M. Smith and Lenard Huff (Eds.), Cross Cultural Research Conference, Cancun, Mexico.  Sponsored by Assoc. for Consumer Research and American Psychological Association (Group 23),  300 pages (CD-Internet).

Chapter 7, Advanced Techniques and Technologies in Online Research, Scott M. Smith, in R.  Grover and M. Vriens (Eds.) The Handbook of Marketing Research, Sage Publications, 2006.  This chapter discusses the integration of the data warehouse into survey building efforts to produce more personalized and effective contact with the customer; and better answers to managerial questions.  An array of advanced online survey functionality and tools are introduced that allow the researcher to create more visually interesting, involving and realistic approaches to conducting research.  Online experiments are discussed as a means of properly controlling sources of experimental error through the use of randomization techniques and blocking of questions to present and test concepts, including new product development concepts, advertising concepts and customer choice models and conjoint analysis.  Finally advanced reporting structures were discussed as a means of reducing time in the preparation of dynamic real time reports.  http://www.terry.uga.edu/%7Ergrover/homr.html

Chapter 9, Basic Data Analysis, Scott M. Smith and G. S. Albaum, in R. Grover and M. Vriens (Eds.) The Handbook of Marketing Research, Sage Publications, 2006. Chapter 9, Basic Data Analysis, introduces a variety of topics to the researcher including the basic concepts of transforming raw data into data of quality; elementary descriptive analyses through tabulation and cross-tabulation; the analysis of differences between groups: *t*-test, and one-factor and two-factor analysis of variance; and bi-variate correlation analysis.  http://www.terry.uga.edu/%7Ergrover/homr.html

Fundamentals of Marketing Research, Scott M. Smith and G. A. Albaum, Sage Publications, Thousand Oaks, CA, 2005  900 pages.  http://www.sagepub.com/smith This text provides an encyclopedic view of marketing research processes, questionnaire building, data collection and univariate and multivariate data analysis.  Graduate and Senior Undergraduate level text.

"International Business and Economy: Emerging Issues in the Global Economy".  Scott M. Smith, (Ed.).  Sponsored by San Francisco State University, University of New Mexico, Iona College, Aarhus School of Business, Denmark, Seoul National University, Korea, 200 pages (CD-ROM).  San Francisco, January, 2004

Cross Cultural Research in Business Studies, 2003.  Scott M. Smith and Soren Askegaard (Ed.), Cross Cultural Research Conference,  Kingston, Jamaica.  Sponsored by Assoc.  for Consumer Research and American Psychological Association (Group 23), 300 pages (CD-Internet).

<u>Surveyz.com Tutorials</u> and graphics for Online survey building, data collection and analysis.  In Online Business Publications by Hal Lefkowitz, Thompson Education, 2003.

<u>Online Marketing Research</u>.  Online Survey Software and chapter contribution to Parsu, Grewal, Krishnan, Marketing Research,  Houghton Mifflin, 2003

<u>Developing Marketing Channels in the 21st Century</u> Scott M. Smith and Gerald Albaum (eds.) 2001 Shanghai International Academic Conference, Shanghai, China, December 2001, 200 pages CD.

<u>Cross Cultural Research in Business Studies</u>, 2001.  Scott M. Smith (Ed.), Cross Cultural Research Conference,  Turtle Bay Resort, HI.  Sponsored by Association for Consumer Research and American Psychological Association (Group 23),  65 papers, 300 pages (CD-ROM, Internet).

<u>On Global Marketing Issues at the Turn of the Millenium, 2001.</u>  H. E. Spotts, H. L. Meadow, and  Scott M.Smith (Eds.) Proceedings of the World Marketing Congress, Academy of Marketing Science, Cardiff Wales.  200 papers, 800 pages (CD-ROM, Internet).

<u>2000 Multicultural  in Research Conference</u>, 2000.  Scott M. Smith (Ed.), Academy of Marketing Sciences, Hong Kong Polytechnic University,  77 papers, 300 pages (CD-ROM, Internet).

<u>Cross Cultural Research in Business Studies</u>, 1999.  Scott M. Smith (Ed.), Association for Cross Cultural Business Studies, Cancun, Mexico.  Sponsored by Association for Consumer Research and American Psychological Association (Group 23),  67 papers, 300 pages (CD-ROM, Internet).

<u>Marketing Models and Applications</u> Scott M. Smith, 1999.  http://marketing.byu.edu  235 pp.
This text is a revision of the book published by Smith and Swinyard in 1988.  The current edition focuses on theory and building of advanced marketing models and their applications for marketing management.  The text makes extensive use of software programs to develop interactive models.  Internet Publication.

<u>Internet Marketing</u> Scott M. Smith, 1999. http://marketing.byu.edu  300 pp. Internet Publication.
This text focuses on trends and technology for conducting business on the Internet.  The text is directed at integrating market strategy, research, sales and advertising concepts into the development of an actual site for marketing products and services on the Internet.

<u>Sixth Symposium on Cross Cultural Consumer and Business Studies</u>,  Scott M. Smith (Ed.), Honolulu, HI., 1997,  Sponsored by Association for Consumer Research and American Psychological Association (Group 23).

Statistical Software for Marketing Research, in Michael J.  Houston (ed.) <u>Handbook of Marketing Research</u>,  McGraw Hill, 1995.  with David Whitlark.

Fifth Symposium on Cross Cultural Consumer and Business Studies,  Scott M. Smith (Ed.), Hong Kong, HK, 1995,  Sponsored by Association for Consumer Research and American Psychological Association (Group 23).

Fourth Symposium on Cross Cultural Consumer and Business Studies,  Scott M. Smith and G.  A. Albaum (eds.), Honolulu, HI., 1993,  Sponsored by Association for Consumer Research and American Psychological Association (Group 23).

Multidimensional Scaling, P. E.  Green, F. J. Carmone, Scott M. Smith, Allyn and Bacon, 1989.
Multidimensional Scaling is a revision of a book published in 1971.  The revision of this book includes (1) a full text dealing with multidimensional scaling, cluster analysis, and correspondence analysis,  (2) Current readings for the above listed methodologies, and (3) Programs for analysis with problem sets and discussions of applications.  A student version of the software package PC-MDS is included.  This book is targeted to the Ph.D., and Masters levels of instruction.  (Co-Authors:  P. E. Green, S.S.  Kresge Professor of Marketing, Wharton School.  F. J. Carmone Jr., Wayne State University)

Instructors Manual: Computer Assisted Decisions in Marketing: Applications Using Lotus 1-2-3, Scott M. Smith and W. R. Swinyard, Richard D.  Irwin, 1989.

Computer Assisted Decisions in Marketing: Applications Using Lotus 1-2-3,
Scott M. Smith and W. R. Swinyard, Richard D. Irwin, 1988.
This text focuses on advanced marketing models and their applications for marketing management.  The text makes extensive use of the macro programming language in the available in the Lotus spreadsheet to develop interactive models.

Advances in Health Care Research, Scott M. Smith and M. Venkatesan (eds.), Provo, Utah:  Brigham Young University Press, Vol.  4, 1985.

Advances in Health Care Research, Scott M. Smith and M. Venkatesan (eds.), Provo, Utah:  Brigham Young University Press, Vol.  3, 1984.

Advances in Health Care Research, Scott M. Smith and M. Venkatesan (eds.), Provo, Utah:  Brigham Young University Press, Vol.  2, 1983.

Advances in Health Care Research, Scott M. Smith and M. Venkatesan (eds.), Provo, Utah:  Brigham Young University Press, Vol.  1, 1982.

Attitudes of Financial Institutions in the State of Oregon Toward Financing of Solar Options:  A Literature Review and Focus Group Analysis, U.S.  Department of Energy: Western Solar Utilization Network, September 1979.

Contributor Segmentation:  Improved Fund Raising for the American Heart Association, Dallas, TX:  The American Heart Association, 1977.  (With Leland L. Beik)

The Fund Raising Potential of the Pennsylvania Affiliate of the American Heart Association:  Behavioral and Managerial Considerations in the Contributor Market, Dallas, TX:  The American Heart Association, 1977.  (With R. L. Cober)

<u>Improved Consumer Access to Human Services Through Decentralized Multi service Centers</u>, Scott M. Smith, The Center for Human Services Development, The Pennsylvania State University, CHSD Report No. 71, September 1975. (With Leland L. Beik)

<u>Consumer Views of the Kingston Multi service Center:  Comparing the 1973 and 1974 Surveys</u>, Scott M. Smith,  The Center for Human Services Development, The Pennsylvania State University, CHSD Report No. 70, June 1975. (With Leland L. Beik)


## ARTICLES/ABSTRACTS IN REFERRED JOURNALS

Chad R. Allred, Scott M. Smith, William R. Swinyard, "E-Shopping Lovers and Fearful Conservatives: A Market Segmentation Analysis," <u>International Journal of Retail & Distribution Management</u>,  Forthcoming, 2006

Malaika Brengman,  Maggie Geuens, Bert Weijters, Scott M. Smith and William R. Swinyard , Segmenting Internet shoppers based on their web-usage-related lifestyle: a cross-cultural validation, <u>Journal of Business </u>Research, Volume 58, Issue 1, Pages 79-88 (January 2005)

David B. Whitlark and Scott M. Smith,  "Pick and Choose (Lead Cover Article),"<u>Marketing Research</u> Volume 16, Issue 4, Pages 8-14, American Marketing Association, Chicago, December, 2004

Swinyard, William R. and Scott M. Smith, "Activities, Interests, And Opinions of Online Shoppers and Non-Shoppers," <u>International Business and Economics Research Journal</u> Volume 3, Issue 4, Pages 37-48, April, 2004

Swinyard, William R. and Scott M. Smith, "Shopping Online: Who's putting their money where their mouse is?," Marriott Alumni Magazine Pages 22-26, October, 2003

Swinyard, William R. and Scott M. Smith,  Why People (Don't) Shop Online:  A Lifestyle Study of the Internet Consumer, <u>Psychology & Marketing</u>, August,  2003

Smith, Scott M.  (2002)  "Cross-Culturalism in Consumer and Business Research, Special Issue on Cross-Cultural Consumer and Business Studies., <u>Journal of Business Research</u>, 55:11 pp 863-865.  (With Gerald Albaum)

D. B. Whitlark and Smith, Scott M., Analyzing brand image data: why go beyond the basics?<u> Marketing Research</u> (2002).

D. B. Whitlark and Smith, Scott M., "Using Correspondence Analysis to Map Relationships," <u>Marketing Research</u> (October, 2001).

Smith, Scott M.  and D. B. Whitlark, "Men and Women Online: What Makes Them Click? Get to know your audience before developing an e-commerce strategy," <u>Market Research</u> (August, 2001).

"Compressed Data; Painting Some Pictures Of the Online Shopper," New York Times,

July 9, 2001 (No, it's not refereed, but it also appeared in CNET, INFOWORLD, World Opinion, etc.)

J. Patrick Kelly, Scott M. Smith, H. Keith Hunt, "Fulfillment of Planned and Unplanned Purchases of Sale and Regular-price Items: A Benchmark Study,. International Journal of Retail, Distribution and Consumer Research, (July, 2000)

Frank J. Carmone, Jr., Catherine Schaffer , Scott M. Smith, " Special Issue on Cross-Cultural Consumer and Business Studies" , Journal of Business Research, 42, 2 (June, 1998)

Smith, Scott M. "Health Care Services for the Elderly: A Study of the Market and Their Needs," Journal of Ambulatory Care Marketing, (5) 2, Fall, 1994.

Smith, Scott M. "A Review of SPSS 6.0, SYSTAT, and WINSTAT Statistical Software Programs for Windows," Journal of Marketing Research, (29) November, 1993.  (With D. Whitlark).

Smith, Scott M. "The Appeal of Sales as a Career, A Decade Later," Journal of Personal Selling and Sales Management, Winter, 1993, (With M.  Swenson, W. Swinyard and F. Langrehr).

Smith, Scott M. "The Appeal of Retailing as a Career, A Decade Later," Journal of Retailing, 1991 (With W. Swinyard and F. Langrehr).
Smith, Scott M. "Cause Marketing: A New Direction in the Marketing of Corporate Responsibility," Journal of Services Marketing,(5) 4, Fall 1991.  pp. 21-37.

Smith, Scott M. "Cause Marketing: A New Direction in the Marketing of Corporate Responsibility," Journal of Consumer Marketing,(8) 3, Summer 1991.  pp. 19-35.

Smith, Scott M. "A Review of Computer Intensive Methods for Testing Hypotheses," Journal of Marketing Research, (26) Nov., 1990.

Smith, Scott M. "Hospital Image and the Positioning of Service Centers: An Application in Market Analysis and Strategy Development," Journal of Health Care Marketing, (Sept, 1990)

Smith, Scott M. "Effects of Truth-in-Taxation on Property Tax Revenue in 29 Utah Counties, 1971-1988," Public Budgeting and Financial Management, 2(2), 1990, pp 233-252.  (With G. C.  Cornia and G. E. Wheeler).

Smith, Scott M. "A Review of Spreadsheet Software Packages for the IBM-PC," Journal of Marketing Research, (26) May, 1990.

Smith, Scott M. "A Book Review of THREE-WAY SCALING AND CLUSTERING," Journal of Marketing Research, (24) August, 1988.

Smith, Scott M. "Improving Case Evaluations through Computer Based Grading: An Experiment Applying a Developmental Model to Case Evaluation," Journal of Marketing Education, (June, 1988) (With Howard Barnes)

Smith, Scott M.  "A Review of Graphics Software for Personal Computer Applications in Marketing," Journal of Marketing Research, (24) May, 1988.

Smith, Scott M.  "A Review of Linear Programming and Forecasting Software," Journal of Marketing Research, (24) November, 1987.  (With D. Adolphson)

Smith, Scott M.  "External Search Effort:  An Investigation Across Several Product Categories", Journal of Consumer Research, (14) June 1987, pp 83-95.  (With S. Beatty)

Smith, Scott M., "Review of Computer Based Data Collection Systems," Journal of Marketing Research, (23) February, 1986.

Smith, Scott M., "Review of Three Books on Using Spreadsheets for Marketing and Sales", Journal of Marketing Research, (22) February, 1985.

Smith, Scott M., "The Diffusion of Personal Computers Among Business School Faculty: A Longitudinal Study of Attitudes Expectations, and Uses", Journal of Marketing Education, 1985.  (With G. McKinnon and M. Smith).   Awarded Outstanding Article of the year.

Smith, Scott M., "CONJOINT:  Conjoint Statistical Analysis System for the IBM PC", in Computer Abstracts, Journal of Marketing Research, (22) May, 1985.

Smith, Scott M., "Family Selection of Long Term Care: Facilities Aren't The Only Thing That's Important", Health Marketing Quarterly, Summer, 1984.

Smith, Scott M., "Marketing Research and Corporate Litigation: Where is the Balance of Ethical Justice?",  Journal of Business Ethics, (3),1984.

Smith, Scott M.  "Market Diffusion or Market Gravitation Models? A Conceptualization of Complex Markets Based on In-Shopper/Out-Shopper Behavior", in F. Angelli (ed.), The Economics of Distribution, 1984.  (with J. P. Kelly).

Smith, Scott M., "INTEREG:  Interactive Regression with Followup Statistics," in Computer Abstracts, Journal of Marketing Research, 19 (November 1982).

Smith, Scott M., "Market Segmentation for Fund Raisers," Journal of the Academy of Marketing Science, 10 (Summer-Fall 1982).  (With L. Beik)

Smith, Scott M., "Market Segmentation:  A Trend for the 1980's," Journal of the Nevada Association of Health, Physical Education and Recreation, Summer 1982.  (With H. R. Gray)

**Software in Books**
SurveyZ.Com  Online Survey Software.  Software bundled with Fundamentals of Marketing Research, Scott M. Smith and G. A. Albaum, 900 pages, Sage Publications, 2005.  http://www.sagepub.com/smith

SurveyTime.Com  Online Survey Software.  Software bundled with Parsu, Grewal, Krishnan, Marketing Research,  Houghton Mifflin, 2003

MDPREF   Multidimensional Preference Analysis, PC-MDS Version.  Software and Documentation appears in J. Latin, J. D. Carroll and P. Green, Analyzing Multivariate Data, Thompson Learning / Duxbury, 2003.

## COMPUTER  PROGRAMS DEVELOPED

Qualtrics.com (2002)
Enterprise level platform survey tool capable of handling advanced survey designs. Branded corporate sites permit the development of on-line surveys.   This platform is used by companies like Intel, ABN-AMRO, Sabre Systems, Travelocity, The Conference Board.

SURVEYZ.COM (2001)
JAVA based multi-platform survey tool capable of handling advanced survey designs in a totally self-service fashion.  This online application permits the development of on-line surveys that are automatically wired to their database.  Once data is collected, surveyz.com also tabulates and charts results at the click of the mouse.   Surveyz is currently used by faculty and students at more than 300 universities in the US and abroad, as well as by many Fortune 500 companies.

SURVEYPRO.COM (2000, 2001)
The first Internet based survey development tool capable of handling advanced survey designs in a totally self-service fashion.  Developed in C++, Java and HTML, this online application permits the development of on-line surveys that are automatically wired to their database.  Once data is collected, surveypro.com also tabulates and charts results at the click of the mouse.

AUTOQUEST  (1998)
Internet based intelligent modeling engine.  Autoquest is a java script based engine that uses totally self-contained intelligence for 'on-the-fly' data analysis as the data is being collected.  Responses are analyzed and used as the basis for developing further questions for the respondent.  Includes the ability to conduct interactive data collection for conjoint analysis that produces evaluation utilities for choice decision modeling and posts results to the Internet.

PC-MDS
Multidimensional Scaling for the Personal Computer.  A series of 22 programs, based on those originally written at Bell Laboratories, that includes Multidimensional preference analysis, Individual Differences Scaling, Multidimensional Unfolding Analysis, Property Fitting, Monotone Analysis of Variance, Cluster Analysis, Tradeoff Analysis, Nonmetric Regression analysis, AID Analysis, Correspondence Analysis, Thurstone Case 5 Scaling, and Factor Matching.  Used on six continents and in the graduate programs, including Berkeley, Carnegie Mellon, Colgate-Darden, Columbia, Cornell, Dartmouth, Duke, Northwestern, Pittsburgh, Pennsylvania State, Purdue, Wharton, Yale, and UCLA. PC-MDS is being used by major advertising and manufacturing firms, including AT&T, Burke Market Research, Ciba Geigy, Dow Chemical, Dupont, G.E., General Motors, IBM, Lockheed, Miles Labs, N.W.  Ayer Adv., Procter and Gamble, Raytheon, and Xerox.  The American Marketing Association, AT&T, Burke Institute and others use PC-MDS as part of their educational training programs.

VISA

VISA is a general purpose statistical package that emulates the mainframe SPSS computer package.  The package includes a broad range of analytical procedures including Frequency, Cross-tabulation, T-Test, One Way ANOVA, N-Way Anova with unequal n's, Regression, Discriminant, Factor, Cluster, MDS, Correspondence and Canonical Correlation Analyses.

CONJOINT
Conjoint is an extensive computer program which performs two varieties of conjoint analysis.  Conjoint analysis is a multivariate statistical technique which produces utility values for alternate brand attribute configurations associated with new product development decisions.

INTEREG
Interactive Regression Analysis with Follow-up Statistics: An interactive APL computer program.
INTEREG provides, in addition to means, standard deviations and correlation coefficients, simple and multiple regression analyses.  Statistics include the standard analysis of variance table, partial regression coefficients, multiple correlations, Darlington's usefulness statistic, and confidence intervals.  Phase two of the analysis provides for model construction using orthogonal regression analysis.  Phase three provides point estimates and confidence intervals for individual predicted values.

**CASES**
The Academy of Public Service Under the President of Russia, 1996

MICROSOFT - DIALOGUE Joint Venture  coauthored with Alexander Oleynik and Valery Sivashenkov, both of Moscow State University, 1994.


**PAPERS IN REFEREED PROCEEDINGS**

Allred,Chad R.,  Scott M. Smith and William R. Swinyard,  "Shopper Segmentation," 13th International Conference on Recent Advances in Retailing and Consumer Services Science, Budapest, Hungary, July, 2006

Allred,Chad R., Lenard Huff and Scott M. Smith, "Cross Cultural Religiosity, An Exporatory Investigation," Proceedings of the 11th Cross Cultural Research Conference, Volume 11, December, 2005

Smith, Scott M.  "Conducting Experiments Using Online Surveys", World Marketing Conference, Academy of Marketing Science, Manheim Germany (July 2005).

Smith, Scott M. and William R. Swinyard, "In the Know: A Contrast of Online Shoppers Classified by the Computer Literacy Index," Proceedings of the 2004 European Applied Business Conference, Edinburgh, Scotland (June 2004), paper 138.

Smith, Scott M. and Scott Durrant, "A National Survey of Perceptions About Russia and Russians," In: Professional Communities and Development of Integration Processes between Russia and the USA, April 2004

Scott M. Smith, "Tying Theory to Practice: An Analysis of Online Response Rates,"

Proceedings of the Winter American Marketing Association February, 2004

Swinyard, William R., and Scott M. Smith, "Activities, Interests, and Opinions of Online Shoppers and Non-Shoppers: A Market Segmentation Analysis," Proceedings of the 2003 European Applied Business Conference, Venice, Italy (June 2003), paper 118. Recipient of the Best Paper Award

Smith, Scott M. 2002, "Electronic-based Surveys: Fad, Folly, or Fantastic?" Proceedings, 2002 Annual Meeting of the Decision Sciences Institute, San Diego, CA.

Malaika Brengman, Maggie Geuens, Scott M. Smith, and William R. Swinyard, 2001 "Segmenting Internet Users Based on Their Web-Usage-Related Lifestyle: A Cross-cultural Validation", in Scott M. Smith, editor, Proceedings of the 2001 Cross Cultural Consumer and Business Research Conference, Honolulu, CD-ROM.

Smith, Scott M. and Stan Fawcett, 2001, "Customer Satisfaction: Assessing the Causes of Dissatisfaction Across Europe, South America, and the United States," in Scott M. Smith, editor, Proceedings of the 2001 Cross Cultural Consumer and Business Research Conference, Honolulu, CD-ROM.

Smith, Scott M. and William Swinyard, 2001, "Fear of Technology and Its Influence on the Diffusion of Online Shopping Behavior", In Harlan Spotts, H. Lee Meadow, Scott Smith (Eds.), Proceedings of the 2001 World Marketing Congress, Academy of Marketing Science, Cardiff, Wales, CD-ROM.

Smith, Scott M., "Real-Time Technologies For Research And Class Projects In Marketing", Proceedings of the 2001 Marketing Educator's Conference, Kailua, Hawaii, pp 130-133.

Swenson, Michael J., Michael D. Geurts, Scott M. Smith, 2001 "Integrating Marketing into the Entrepreneurship Course: The Entrepreneurship Marketing Tool kit", Proceedings of the 2001 Marketing Educator's Conference, Kailua, Hawaii, pp 82.

Smith, Scott M., "Real-Time Technologies for Cross Cultural Research", in Scott M. Smith, editor, Proceedings of the 2000 Academy of Marketing Sciences Multicultural Research Conference, Hong Kong, CD-ROM.

Smith, Scott M. and Stan Fawcett, 1999, "Cross-Cultural Satisfaction Evaluations" , in Scott M. Smith, editor, Proceedings of the 8th Cross Cultural Consumer and Business Research Conference, Cancun, Mexico, CD-ROM.

Smith, Scott M. and David Whitlark, 1999, " She Clicks, He Clicks: Gender Differences in Internet Communications and Usage" Yves Evard, Wayne D. Hoyer and Alain Strazzieri (eds.), Marketing Comms. and Consumer Behavior, Aix-en-Provence, France 1999. pp . 477-487.

Smith, Scott M. and David Whitlark, 1999, " She Clicks, He Clicks: Gender Differences in Internet Communications and Health Care Information Usage" , in J. Hair editor, Advances in Health Care Research, Madison, WI: Assoc. For Health Care Research, Omnipress, 1999. pp 38-51.

"Retail Browsing Behavior",  Proceedings of the 9th International Conference on Research in the Distributive Trades, Brussels:  1997.  pp a5.10-a5.13.  (With P. Kelly and H. K. Hunt)

"Directions in Health Care Research", in John, Joby and Ray Sylvester (1997) editors, Advances in Health Care Research, Madison, WI: Association For Health Care Research, Omnipress, 1997.  pp 1-3.  (With M. Venkatesan)

"A Cross-Cultural Perspective of the Evolution of Lifestyle, Values, and the Retail Shopping Environment in Russia", in Scott M. Smith (ed.) Fifth Symposium on Cross-Cultural Consumer and Business Studies, Hong Kong, 1995, pp 35-41.

"The Evolution of Retail Structures Within Russia: The Transition from a Planned to a Market Economy", Proceedings of the Eleventh Conference on the Economics of Distribution, Milan:  1995, pp.  B1.9-B1.13.

"Pain Management: A Study of Health Status and Drug Usage in Elderly Markets",  in H. E. Spotts and M. Ruwe (eds) Advances in Health Care Research.  Madison, WI:  American Association for Advances in Health Care Research, Omnipress.  1995, 18-25.

"Determinants of the Appeal of Retail Management Careers," Retailing: Theories and Practices for Today and Tomorrow, Volume III 1994, 103-105 (With Frederick W. Langrehr and William R. Swinyard)

"A Longitudinal and Cross Cultural Comparison of Personal Values, Life Style and Management Style within Russia: 1991 and 1993," in Scott M. Smith and G. A. Albaum Fourth Symposium on Cross-Cultural Consumer and Business Studies, Honolulu, 1993.

"Cross Cultural and Longitudinal Examination of Management Style and Values," International Association for Research in Economic Psychology,  Moscow, Russia July 4-7, 1993.

Smith, S.  "Health Care Services Management for the Elderly: A Study of Market Needs," in R. Hoverstadt and A. Balazs (eds.), Advances in Health Care Research, Vol. 11, 1992.
Smith, Scott M., "Hybrid Correspondence Analysis: An Approach for Estimating Attribute-to-Brand Associations," in K.  Frankenberger, H.  Hartvig Larsen, F.  Hansen, M.  Friestad and G.  Albaum (eds), World Marketing Conference International Conference Series, Volume V, Coral Gables, Florida: Academy of Marketing Science, August, 1991, pp.  257-262 (With D. Whitlark).

Smith, Scott M., "An Examination of the Relationship Between Financial Incentives and Support for Cause Related Marketing Appeals," American Marketing Winter Educator's Conference, February, 1991, pp.  143-149.

Smith, Scott M., "Keys to Marketing Within the Soviet Union," Third Symposium on Cross-Cultural Consumer and Business Studies.  (December, 1990), pp.  416-421.

Smith, Scott M., "Simulating Market Choice With Conjoint Analysis," American Marketing Association First Annual Advanced Research Techniques Forum, (June, 1990)

Smith, Scott M., "Shopper Emotion and Purchase Involvement as Predictors of Preference for Alternate forms of Retail Distribution: A Comparison of Full Service and Warehouse Food Store Shoppers," <u>Proceedings of the Fifth Conference on the Economics of Distribution</u>, Milan:  New York University, 1989.  (With F.  Langrehr and H.  Rinne).

Smith, Scott M., "Analysis of Truth-In-Taxation In Utah," <u>Revenue Administration, 1989</u>, Proceedings of the Federation of Tax Administrators Conference 1989.  (With G.  Cornia and G.  Wheeler)

Smith, Scott M., "Supporting the Independent Retail Store:  A New Role for Wholesalers - A Conceptual Framework and Case Analysis," <u>Proceedings of the Fifth Conference on the Economics of Distribution</u>, Milan:  New York University, 1989.  (With M.  Geurts and H.  Rinne).

Smith, Scott M., "Conjoint Analysis, A Conceptual Review," <u>Sawtooth Research Conference</u>, Sun Valley: April, 1988.

Smith, Scott M., "Truth-in-Property Taxation: An Assessment of the Effectiveness of Alternative Approaches," American Society of Public Administrators conference, 1988. (With G.  Cornia)

Smith, Scott M., "Drug Usage and Pain: An Examination of Consumption Behavior for the Elderly" in W.  Lancaster and M. Venkatesan (eds.), <u>Advances in Health Care Research</u>, Vol.  8, 1988.

Smith, Scott M., "Correspondence Analysis: A Cross Cultural Application in the analysis of Asian and American Tourism,"  <u>Second Symposium on Cross-Cultural Consumer and Business Studies</u>, in C.  Keown and A.  G.  Woodside (eds.), 1987.  (With M.  Geurts and N.  Smith)

Smith, Scott M., "Cross Cultural Comparison of Price Deal Effect: An Empirical Comparison,"  <u>Second Symposium on Cross-Cultural Consumer and Business Studies</u>, in C.  Keown and A.  G.  Woodside (eds.), 1987.  (With H.  Rinne and R.  Walters)

Smith, Scott M., "A Computer Based Model Grading Written Case Evaluations: A Developmental Learning Algorithm," <u>AMA.  Computer Conference</u>, N. Synodinos (ed.) 1987.  (With H.  Barnes)

Smith, Scott M., "An Examination of Hospital Service Center Positioning" in W. Lancaster and M. Venkatesan (eds.), <u>Advances in Health Care Research</u>, Vol.  7, 1987.

Smith, Scott M., "Micro-Computer Applications for Cross National Market Research" in L. Jacobs  (eds.) <u>Decision Sciences</u>, 1986.

Smith, Scott M., " An Examination of Gift Purchasing Behavior: Do Shoppers Differ in Task Involvement, Search Activity, or Perceptions of Product Selection Risk?" in R. usch et.  al., (eds.) <u>Educator's Conference Proceedings</u>,  American Marketing Association, 1985.

Smith, Scott M., "Advertising Simulations Using 1-2-3 Spreadsheets" in J. Hair Jr. (ed.), <u>National Meetings of the American Institute for Decision Sciences Proceedings</u>, 1985.

Smith, Scott M., "Advertising Simulations Using 1-2-3 Spreadsheets" in the <u>Proceedings of the 1985 International Business School Computer Users Group</u>, INSEAD, Fountainbleu, France, 1985.

Smith, Scott M., "The Diffusion of Personal Computers to Marketing Faculty, A Longitudinal Perspective" in B.  Steece (ed.) <u>Proceedings of Western American Institute of Decision Sciences</u>, 1984.  (With G. Mckinnon and M. Smith)

Smith, Scott M., "Development of a Generalized Involvement Scale" in P.  Anderson and M.  Ryan (eds.) <u>Scientific Method in Marketing:   Philosophy, Sociology and History of Science Perspectives</u>, Sarasota:  American Marketing Association, 1984.  (With S. Beatty)

Smith, Scott M., "Normative Segmentation:  A Product Aggregation Perspective," Proceedings of the XI[th] Conference of the European Marketing Academy, Grenoble: EMAC, 1983.

Smith, Scott M., "Market Diffusion or Market Gravitation Models?  A Conceptualization of Complex Markets Based on In-Shopper/Out-Shopper Behavior," <u>Proceedings of the Second Conference on the Economics of Distribution</u>, Venice:  New York University, 1983.  (With J. P. Kelly).

Smith, Scott M., "L'USO DEI MODELLI GRAVITAZIONALI NEL'ANALISI DEI MERCATI COMPLESSI" <u>Reprint of "Market Diffusion or Market Gravitation Models?  A Conceptualization of Complex Markets Based on In-Shopper/Out-Shopper Behavior,"</u> in COMMERCIO  Rivista Di Economa E Politica Commerciale: CESCOM 1983.  (With J. P. Kelly).

Smith, Scott M., "Consumer Selection of Health Care Facilities," <u>Proceedings and Abstracts of Decision Sciences</u>, Western Reg.  Conference, Reno: Am. Inst. of Decision Sciences, 1983.

Smith, Scott M., "Involvement, Search and Satisfaction:  A Path Analytic Model," in W. Darden (ed.) <u>Research Methods and Casual Modeling Conference</u>, Sarasota:  American Marketing Association, 1983.  (With S. Beatty).

Smith, Scott M., "Branch Store Selection: A Study of the Determinants of Retail Patronage," in S.  Beldt et.  al., (eds.), <u>Proceedings of the American Institute of Decision Sciences</u>, San Francisco:  American Institute of Decision Sciences, 1982.  (With J. P. Kelly)

Smith, Scott M., "The Adoption of Energy Conserving Behavior:  An Exploration of Consumer Involvement" in B. Hutton and D. McNiell (eds.), <u>Consumer Perspectives in Energy Conservation</u>, Department of Energy, Denver, 1982.

Smith, Scott M., "Determinants of Retail Patronage, An Examination of Alternative Models," in A. Tybout (ed.), <u>Advances in Consumer Research</u>, Vol. 10, San Francisco: Association for Consumer  Research, 1982.  (With J. P. Kelly)

Smith, Scott M., "Optimal Site Selection Within Complex Markets:  A Preliminary Solution," in J. Arnold et. al., (eds.), <u>Developments in Marketing Science</u>, Vol. 5, Las Vegas:  The Academy of Marketing Science, 1982.  (With J. P. Kelly)

Smith, Scott M., "Decision Satisfaction:  An Evaluation of Permanent Care Facility Selection," in S.  Smith and M. Venkatesan (eds.), <u>Advances in Health Care Research</u>, Vol. 1, Provo, Utah:  Brigham Young University Press, 1982.  (With H.  R.  Gray)

Smith, Scott M., "Market Segmentation Within the Courtroom:  An Extension of the Social Marketing Concept," in S.  Achtenhagen, (ed.), <u>Proceedings, Western Marketing Educators Conference</u>, Long Beach:  Western Marketing Educator's Association, 1982.

Smith, Scott M., "Providing Information for the Consumer Search Process," in A. Mitchell (ed.), <u>Advances in Consumer Research</u>, St.  Louis:  Association for Consumer Research, Vol.  9, 1982.

Smith, Scott M., "The Analysis of Credit Use Patterns of Retail Store Patrons," in R. Lusch, W.  Darden, (eds.), <u>Retail Patronage Theory</u>, Norman, Oklahoma:  American Marketing Association, 1981.

Smith, Scott M., "Consumer Financing as a Facilitating Variable in the Adoption of Solar Products," in Albaum et. al., (eds.), <u>Proceedings of the Western Marketing Educator's Association</u>, Oakland:  Western Marketing Educator's Association, 1981, pp.  63-64.

Smith, Scott M., "The Impact of Distribution Channels on the Solar Energy Adoption Process," in Monroe et. al., (eds.), <u>Advances In Consumer Research</u>, Vol.  8, 1980. (With Jerald W. Blakely)

Smith, Scott M., "A Note on the Interpretation and Analysis of the Linear Discrimination Model for Prediction and Classification," Working Paper No.  127, CBA, University of Oregon.

Smith, Scott M., "Discriminant Classification Analysis with Prior Probabilities of Group Membership and Costs of Misclassification:  Methodology and Results," Working Paper No.  126, College of  Business Administration, University of Oregon, Eugene, OR.

Smith, Scott M., "Giving to Charitable Organizations:  A Review and Process Model for Commitment," in Olson et.  al., (eds.), <u>Advances in Consumer Research</u>, Vol. 7, 1979.

Smith, Scott M., "Geographic Segmentation:  A Fund Raising Example," Beckwith et. al., (eds.), <u>1979 Educator's Conference Proceedings</u>, Chicago:  AMA, 1979, 44 pp.  485-488.  (With Leland L. Beik)

Smith, Scott M., "Practical Segmentation:  A Fund Raising Example," Working Paper No. 73, Working Series in Marketing Research,  College of Business Administration, The Pennsylvania State University, January 1978.  (With Leland L. Beik)

**PROFESSIONAL PRESENTATIONS** (no published paper)
Scott M. Smith, "Going Online Internationally," Plenary Speaker, 2005 International Business and Economy Conference, Honolulu, Hawaii, January, 2005

"International Business and Economy: Emerging Issues in the Global Economy," Volume 3, San Francisco State University, San Francisco, Scott M. Smith, January, 2004

Smith, Scott M.  (2003) "SurveyPro.com," presented at the 2003 Consumer Satisfaction, Dissatisfaction and Complaining Behavior conference held in Provo, Utah June 19-21.

New Developments in Real Time Data Collection for Health Care Applications,.  18th Association for Health Care Research Conference, Taos, New Mexico, Colorado, March, 2001.

Conducting Online Research for Faculty and Business Research, Symposium for Business Faculty at University of New Mexico, February, 2001.

Real Time Data Collection for Health Care Applications,.  17th Association for Health Care Research Conference,  Breckenridge, Colorado, March, 1999.

Advances and Developments in Internet Commerce.,  David Rike Distinguished Lecture Series,  Wright State University, Dayton Ohio, April, 1998.

Real Time Feedback Systems for Health Care Applications,.  16th Association for Health Care Research Conference,  March, 1998

"Research Issues in Health Care," with Paul Green, Frank J. Carmone and William Cohen, at American Association for Advances in Health Care Research Conference, March, 1997

A Study of the Importance of Customer Purchase Intentions, with J. Patrick Kelly and H. Keith Hunt.  International Mass Retail Association 23rd Annual Conference, Orlando, Fl., March 1995

Logical Positivism vs Qualitative Research in a Health Care Research Setting: American Association for Advances in Health Care Research, Jackson Hole, WY, March 1994

Evolution in Russia a Cross Cultural Perspective: University of Utah-BYU CIBER Conference January, 1994.

Marketing and the Free Market Economy,  Parts 1,2,3  Moscow State University-Ulyanovsk, Russia, June 1993.

Marketing and the Free Market Economy,  Parts 1,2,3  Kiev School of Hotel Management, Kiev Ukraine, June 1993.

"Customer Satisfaction and Service Quality Measurement," with P. Green and F. Carmone, American Assoc.  for Advances in Health Care Research Conf.,  Jackson Hole, WY, March, 1992.

"Research Issues in Health Care," with Paul Green and Robert Zelnio, at American Association for Advances in Health Care Research Conference,  Jackson Hole, Wyoming, March, 1991.

"Improving the Retailing Image: Recruiting College Graduates,"  International Mass Retail Assoc., Tempe, Arizona, 1991.  Paper by Swinyard, William R., Frederick Langrehr and Scott M. Smith.

"Concepts in Conjoint Analysis I", American Marketing Association Market Research Conference, Chicago, September, 1990.

"Concepts in Conjoint Analysis II", American Marketing Association Market Research Conference, Chicago, September, 1990.

"Current Topics in Market Research", Health Care Researchers and Planners, Salt Lake City, August, 1990.

"Correspondence Analysis", Presentation to Ph.D.  seminar and Faculty, University of Oregon, February, 1990.

"Concepts in Conjoint Analysis I", American Marketing Association Market Research Conference, New York, N.Y.  December, 1989.

"Concepts in Conjoint Analysis II", American Marketing Association Market Research Conference, New York, N.Y.  December, 1989.

"Concepts in Multidimensional Scaling", Marketing Research Society, Sao Paulo, Brazil, November December, 1989.

"Multidimensional Scaling Analysis", Presentation to Ph.D.  seminar and Faculty, University of Oregon, February, 1989.

"Basic Statistics and Planning Market Research ", IBM Corporation Market Research Seminar, Raleigh Durham, N.C.  December, 1988.

"Marketing Instruction and Advanced Modeling Applications Using Spreadsheets," Marketing Faculty Seminar, AACSB, Provo, Utah,  June, 1988.

"Tutorial on Multivariate Statistics: Multidimensional Scaling, Conjoint and Correspondence Analysis," Marketing Faculty Seminar, AMA Computer Conf., Honolulu, Hawaii, December 1987.

"Basic Statistics, and Questionnaire Design", IBM Corporation Market Research Seminar, Atlanta, Georgia, November, 1987.

"Basic Statistics, and Questionnaire Design", IBM Corporation Market Research Seminar, Rochester, New York, October, 1987.

"Marketing Instruction and Applications Using Spreadsheets," Marketing Faculty Seminar, American Assembly of Collegiate Schools of Business, Provo, Utah,  June, 1987.

"Techniques for Determining Multiple Image Positioning", National Conference of the Academy of Marketing Science, Miami, Florida, May, 1987.

"Multidimensional Scaling, and Correspondence Analysis", Presentation to Ph.D. seminar and Faculty, University of Oregon, April, 1987.

"Multidimensional Scaling, Conjoint and Correspondence Analysis", Faculty seminar, San Diego State University, April, 1987.

"Current Topics in Market Research for Health Care" Special Session  Health Care Conference, with Paul Green, Frank Carmone, and William Cohen,  April, 1987.

"Microcomputers In Marketing Education", Conference Coordinator and Speaker, American Association of Collegiate Schools of Business, Provo, Utah, June, 1987.

"Basic Statistics, Regression and Correlation Analysis", IBM Corporation Market Research Seminar, White Plains, New York, November, 1986.

"Conjoint, Regression and Correlation Analysis", IBM Corporation Market Research Seminar, Boca Raton, Florida, May 1986.

"Market Research for Health Care", Special Session Health Care Conference, with Paul Green,  Frank Carmone, and William Cohen, April, 1986.

"Microcomputer Statistical Analysis", Two Special Sessions at the American Marketing Association Educator's Conference (Chairperson and Presenter), August 1985.

Panel Participant "Research on Vital Organ Procurement" Health Care Conference, April 1985.

"Market Research for Health Care", Health Care Conference,  with Paul Green, Frank Carmone, and William Cohen, April, 1985.

"Factor Analysis", IBM Corporation Market Research Seminar, April 1985.

"Developments in Personal Computing: Data Collection and Modeling" Special Sessions at the AMA Educator's Conference (Chairperson and Presenter), Chicago Ill., 1984.

"Market Research Techniques using Personal Computers", International Business Schools Computer Users Group, Iowa City, IA,  August, 1984.

"Market Research for Health Care", Association for Consumer Research Health Care Conference, April 1984  with Paul Green and Frank Carmone.

**JOURNAL EDITORIAL AND REVIEWER**
Editorial Board, Journal of Health Marketing Quarterly, 2005 to Present.
Guest Editor, Journal of Business Research, Special Issue: Cross Cultural Research 1998, 2000
Editorial Review Board, Journal of Health Care Marketing, 1983 to 1995.
Ad hoc review board,  Journal of Marketing Research  1985 to Present.

<u>Ad hoc</u> review board,  <u>Journal of Marketing</u> 1985 to Present.
<u>Ad hoc</u> review board,  <u>Psychology and Marketing</u>  1992.
Editorial Board, <u>Scientific Press</u>, Marketing Series, 1985-1988
<u>Ad hoc</u> review board, <u>Encyclia</u> 1986.
<u>Ad hoc</u> review board, <u>Journal of Academy of Marketing Science</u> 1985 to Present.
Reviewer, <u>Advances in Non-Profit Marketing</u>, Volume 2, Jai Press, 1985.

## CONFERENCE COORDINATOR
<u>Cross Cultural Research in Business Studies</u>, 2006.  Scott M. Smith and Lenard Huff (Eds.), Cross Cultural Research Conference,  San Juan, Puerto Rico.  Sponsored by Assoc.  for Consumer Research and American Psychological Association (Group 23), 150 pages (CD-Internet).

Cross Cultural Research in Business Studies Conference,  Scott M. Smith (Ed.), Conference Coordinator, Sponsored by Association for Consumer Research and American Psychological Association (Group 23), Kingston, Jamaica, December, 2003.

Cross Cultural Research in Business Studies Conference,  Scott M. Smith (Ed.), Conference Publication Editor, Sponsored by Association for Consumer Research and American Psychological Association (Group 23), Honolulu, HI, December, 2001.

Cross Cultural Research in Business Studies Conference,  Scott M. Smith (Ed.), Conference Publication Editor, Sponsored by Association for Consumer Research and American Psychological Association (Group 23), Cancun, Mexico, December, 1999.

Cross Cultural Research in Business Studies Conference,  Scott M. Smith (Ed.), Conference Co-Chairman, Sponsored by Association for Consumer Research and American Psychological Association (Group 23), Cancun, Mexico, December, 1999.

Sixth Symposium on Cross Cultural Research,  Scott M. Smith (Ed.), Conference Coordinator and Proceedings Editor, Sponsored by Association for Consumer Research and American Psychological Association (Group 23),  December, 1997.

"Fifth Symposium on Cross Cultural Research", Conference Coordinator and Proceedings Editor, Sponsored by Association for Consumer Research and American Psychological Association (Group 23), Hong Kong, December, 1995.

"Fourth Symposium on Cross Cultural Research", Conference Coordinator and Proceedings Editor, Sponsored by Association for Consumer Research and American Psychological Association (Group 23), December, 1993.

"Microcomputers In Marketing Education", Conference Coordinator and Speaker, American Association of Collegiate Schools of Business (AACSB), Provo, Utah, June, 1988
"Microcomputers In Marketing Education", Conference Coordinator and Speaker, American Association of Collegiate Schools of Business (AACSB), Provo, Utah, June, 1987

Conference Coordinator and Editor of the Conference for Consumer Research of Health Care and Health Care of the Elderly, sponsored by Association for Consumer Research. 1985

Conference Coordinator and Editor of the Conference for Consumer Research of Health Care and Health Care of the Elderly, sponsored by Association for Consumer Research. 1984

Conference Coordinator and Editor of the Conference for Consumer Research of Health Care and Health Care of the Elderly, sponsored by Association for Consumer Research. 1983

Conference Coordinator and Editor of the Conference for Consumer Research of Health Care and Health Care of the Elderly, sponsored by Association for Consumer Research. 1982

**PARTICIPATION AT CONFERENCES** (Reviewer, Chairperson):
International Business and Economics Conference, January 2004, January 2005
Decision Sciences, November 2002
Session Chairperson and Reviewer: American Marketing Association; Association for Health Care Research, AACSB Micro Computer Conference; American Marketing Association; Cross Cultural Research Conference, Western Decision Sciences; American Institute of Decision Sciences.


**INVITED INSTRUCTOR/LECTURER**
**Foreign Universities**
Beijing University, 2000
Far Eastern State University, Vladivostok Russia, 1996
Moscow State University, 1991, 1992, 1993, 1994
University of Sao Paulo, Brazil 1986

**U.S.  Universities**
University of New Mexico
Wright State University
San Diego State University

**OTHER RESEARCH /  CONSULTING**
BellSouth.Net, Caterpillar, Eli-Lilly Corp., Hospital Corporation of America, IOMEGA, IBM, Johnson and Johnson, Miles Laboratories, Nissan, Novell, Pioneer-Hi-bred, Quaker Oats, Sara Lee Products, Southland Corporation, Staples, Suzuki, USFG, VISA U.S.A.,

**Ph.D.  STUDENTS / COMMITTEE ACTIVITY**
Sean Otto, Department of Psychology, BYU  2005  Dissertation Committee
Colin Payne, Department of Psychology, BYU, 2005  Dissertation and Doctoral Committee
Brian Perry, Department of Psychology, BYU, 2005  Dissertation and Doctoral Committee

**ADMINISTRATIVE SERVICE and EXPERIENCE**

**Business**
1.       Founder Surveypro.com, Surveyz.com, SurveyTime.com, PerfectSurveys.com, Qualtrics.com: Integrated online survey research and analysis tools

2.      Founder, President and CEO, Direct1.Com (1998, 1999).  Direct1 was sold to
        Computer Sciences Corporation in 1999.
3.      Senior Vice President, Faneuil Research ($70m Market Research Company,
1998)

**Academic Organizations**
4.      President, American Association for Health Care Research, 1995-1997.
5.      Vice President, American Association for Health Care Research, 1992-1995.
6.      Board of Directors, American Association for Health Care Research, 1985-2003.
7.      Board of Directors, Western Marketing Educators, 1987.

**University**
8.      Director, Institute of Marketing, Marriott School of Management, 2006 -
9.      College Promotion and Review Committee, Marriott School of Management,
        Chairman 2003-2005, Member 2002-2003
10.     MBA Admissions Committee, Member, 2005
11.     BYU Institute of Marketing, Oversight Committee.  1997 to 2002
12.     Chairman, Department of Business Management, 1989 – 1994, Including
        Marketing, Finance, Operations/Production, Corporate Strategy and International
        Business.
13.     Executive Committee, Marriott School of Management, 1989 –1994
14.     MBA Program Committee.  1989 to 1998.
15.     Skaggs Institute of Retail Management Committee.  1982-86, 1989 to 1996
16.     School of Management Computer Committee.  1983-1990
17.     Institute of Business Management Strategy Committee.  1984-85, 88-89, 1994 to
        1997
18.     Marketing Group Coordinator.  1985-1986
19.     Member, First year faculty committee, MBA program.  1984-1985
20.     School of Management Graduation Arrangements Committee.  1983-1984
21.     Chairman MBA Program Committee, University of Oregon, 1980

**<u>AWARDS</u>**
Fulbright Scholar, 2006-2007, Moldova.  Awarded by the Fulbright Scholar Program and
the Council for International Exchange of Scholars
The James Passey Professorship of Marketing
Outstanding Paper, 2003 European Applied Business Conference (Best of 605 papers)
Outstanding Researcher, 2002 Department of Business Management, Brigham Young
University.
Outstanding Article of the Year 1985, Journal of Marketing Education

**Exhibit 2**



## Paul R. Mewett—Principal

Paul Mewett is a Principal in the London office of CRA International. Mr. Mewett is the Head of the Internet Intelligence Unit which is an integral part of the Forensic Investigations Practice. The Forensic Investigations Practice specializes in the prevention, detection and investigation of multi-jurisdictional white collar crime and corporate fraud. Investigations typically include intellectual property and brand protection, copyright theft and piracy, money laundering, business and competitive intelligence, fraud, corruption and business diversion.

Due to the increasing dependence on electronic communication and the Internet in particular, the Internet Intelligence Unit supports the Forensic Investigations Practice and Computer Forensics Practice in all cases. Mr. Mewett's skills and knowledge relating to mining the Internet and other electronic media compliment well the conventional investigative skills available within the Forensic Investigations Practice as well as the precise computer skills of the Computer Forensics Practice. All the above practices have world wide remits.

Mr. Mewett has worked in the new technologies and business information management fields for the past 25 years where his specialty has been in assisting organizations evaluate and implement new technologies. Over the last ten years all major projects have involved the Internet.

Over the last four years Mr. Mewett has worked with Law Enforcement in North America and the United Kingdom, as well as the Center for Missing and Exploited Children, where he has managed the technical challenges relating to tracking and identifying Child Pornography on the Internet. He also runs covert programs to track credit card fraud and identity theft which takes place in discreet areas of the Deep Web. A comprehensive knowledge of the Internet, its architecture, and the technological innovations that enable the Internet's rapid expansion are all essential in this pursuit. These areas in particular, have enabled critical information to be covertly extracted from groups trading information as well as specialist tools to be developed to help the identification and tracing process.

Mr. Mewett's extensive knowledge of the Internet has on a recent case, where he was only given an anonymous posting on an Internet forum, enabled him to conclusively identify an individual who was issuing death threats to a large corporation. The individual was arrested and charged.

Prior to joining CRA International, Mr. Mewett founded and took public a company that focused on the retrieval of information from the Internet for large companies. He was instrumental in the design and development of the spider technology as the well as business strategy that made the company a success. The spider technology was created specifically to be able to 'crawl' around the Surface Web identifying information specific to a company's name or brand. Amongst the clients that used

**Exhibit 2**



this solution in their brand management programs were a number of global banks, a major German automotive company, a pharmaceutical company and a major global healthcare company.
He has also held the post of CTO for another company in the field of Internet Intelligence solutions. The company used best of breed and in-house tools to identify and deliver business intelligence from the Surface Web and the Deep Web again for major branded clients. The Deep Web is a largely unexplored and unindexed area of the Web.

## Experience

2005 – present  Principal, CRA International, Inc.
2001–2005      CTO, ASP Solutions Ltd.
1999-2001      Business Development Director, IBNet plc
1989–1999      Independent Computer Consultant
1975-1989      Electronics Engineer, British Ministry of Defense

## Education

Electronics Qualifications equivalent to degree from The School of Royal Electrical and Mechanical Engineers, Ministry of Defense, 1984

## Curriculum Vitae

**Stephen Neale**                                    Tel (office):      (732) 932-9861 x 142
**Department of Philosophy**                  Tel (home):       (212) 645-0124
**Rutgers University**                              Fax (home):      (212) 645-0124
**New Brunswick, NJ 08901**                  E-mail:  neale@ruccs.rutgers.edu

**Current Position:**

Rutgers University, Professor II of Philosophy

**Academic Positions Held:**

| | |
|---|---|
| 1/99-pres: | Rutgers University (Full Professor I / Full Professor II) Department of Philosophy |
| 9/96-9/97 | Birkbeck College, University of London (Professor) School of Philosophy |
| 7/90–1/99 | University of California, Berkeley (Assistant / Associate / Full Professor) Department of Philosophy |
| 8/88–7/90: | Princeton University (Assistant Professor) Department of Philosophy and Program in Linguistics |

**Visiting Positions Held:**

| | |
|---|---|
| 6/02-6/03 | University of Iceland, Senior Research Fellow, |
| 1/02-6/02 | School of Advanced Studies, University of London, Fellow |
| 1/00-4/00 | University of London, University College, Visiting Professor |
| 4/95-7/95 | University of London, Kings College, Visiting Professor |
| 1/95-4/95: | University of London, Birkbeck College, Visiting Professor |
| 4/95-5/95: | University of Stockholm, Visiting Professor |
| 4/92-5/92 | University of Oslo, Visiting Professor |
| 4/92–7/92 | Oxford University, Corpus Christi College, Visiting Fellow |

**Awards:**

| | |
|---|---|
| 2002/03 | Guggenheim Fellow |
| 1997/98 | NEH Fellow |
| 1994/95 | President's Research Fellow, University of California |
| 1995 | Rockefeller Fellow, Villa Serbelloni, Bellagio, Italy |

**Education:**

| | |
|---|---|
| 1988 | Ph.D. Philosophy. Stanford University. |
| 1983/4 | In the Ph.D. Program in Linguistics, MIT. |
| 1983 | BA (First Class, Hons.) Linguistics. University College London. |
| 1970-1976 | King Edwards School, Birmingham. |

**Academic Service:**

**Rutgers University:**

| | |
|---|---|
| 2005-06 | Faculty Assessment Committee (Dept) |
| 2004-05 | Faculty Assessment Committee (Dept) |
| 2004-pres | Faculty Library Co-ordinator (Dept) |
| 2003-04 | Grievance Committee (Univ) |
| 2003-04 | Director of Placement (Dept) |
| 2000-02 | University Appointments and Promotions Committee (Univ) |
| 2000-01 | Colloquium Committee (Dept) |
| 2000-pres | Student Adviser and Mentor, University Honors Program (Univ) |
| 1999-2000 | Faculty Assessment Committee (Dept) |

**University of California, Berkeley:**

| | |
|---|---|
| 1997-98 | Committee on Research (Univ) |
| 1997-98 | Ad Hoc Committee on Distinguished Teaching Awards (Dept) |
| 1997-98 | Humanities and Social Sciences, Research Grant Committee, Chair (Univ) |
| 1996-97 | Humanities and Social Sciences, Research Grant Committee (Univ) |
| 1996-97 | Ad Hoc Classics-Philosophy Advisory Committee (Dept) |
| 1996-97 | Chair of Graduate Admissions and Fellowships Committee (Dept) |
| 1996-97 | Chair, Graduate Admissions and Fellowships Committee (Logic and Methodology of Science) |
| 1996-97 | Chair, Program in Logic and Methodology of Science |
| 1996-97 | Graduate Advising Committee (Dept) |
| 1996-97 | Graduate Advising Committee (Logic and Methodology of Science) |
| 1995-96 | Humanities and Social Sciences, Research Grant Committee (Univ) |
| 1995-96 | Residential Fellows Program (Univ) |
| 1995-96 | Chair, Placement Committee (Dept) |
| 1995-96 | Graduate Advising Committee (Dept) |
| 1993-97 | Education Abroad Program (Univ) |
| 1993-94 | Chair, University Committee on Conduct (Univ) |
| 1993-94 | Chair, Graduate Admissions and Fellowships Committee (Logic and Methodology of Science) |
| 1993-94 | Chair, PhD Program in Logic and Methodology of Science |
| 1993-94 | Chair, Placement Committee (Dept) |
| 1992-93 | Chair, Placement Committee (Dept) |
| 1991-92 | Graduate Admissions and Fellowships Committee (Dept) |
| 1991-92 | Placement Committee (Dept) |

3

**Professional Refereeing:**

Oxford University Press, Cambridge University Press, Blackwell, MIT Press, University of Toronto Press, Harper-Collins, Westview Press, etc.

*Analysis, Canadian Journal of Philosophy, Erkenntnis, Journal of Philosophical Logic, Language, Linguistic Inquiry, Linguistics and Philosophy, Mind, Mind and Language, Natural Language Semantics, Noûs, Philosophical Studies, Philosophy and Phenomenological Research, Synthese,* etc.

**Editorial Boards:**

Currently: *Noûs.*

Formerly: *Linguistics and Philosophy, Natural Language Semantics*

**Other:**

APA Program Committee for Philosophy of Language (various years)

Tenure and promotion evaluations for numerous institutions, including appointments to distinguished chairs

## Publications

**Books in Print:**

*Facing Facts.* Oxford: Oxford University Press, November 2001.

*Descriptions.* Cambridge, Mass.: MIT Press, September 1990.

**Edited Volumes in Print**

*Mind,* October 2005. special issue celebrating the centenary of Russell's Theory of Descriptions.

**Books to appear or in preparation:**

*Descriptions.* Expanded edition, Oxford: Oxford University Press, 2006
        (Includes new 'Introductory Essay' (25pp) and Postscript (100pp.))

*Facing Facts.* Expanded edition, Oxford University Press, 2007
        (Includes new Preface (5pp.) and Postscript (20pp.).)

*Semantic Structures: Essays on Logical Form.* Oxford: Oxford University Press, 2006
        (Introduction; 11 previously published articles + postscripts; 2 new articles)

4

*Linguistic Pragmatism.* Oxford: Oxford University Press, 2007

*Archilochos: Selected Poems.* (Translations and commentary). London: Greville Press (in preparation)

*Possibilities.* Oxford: Oxford University Press (in preparation)

*The Philosophy of Language.* Westview Press (textbook, in preparation)

*Grice.* London: Routledge (in preparation)

## Volumes in Preparation

*Anti-Representationalism, Facts and Slingshots: On Stephen Neale's Facing Facts.* G. Preyer and G. Peter (eds.) (15 papers with my replies).

## Articles in Preparation:

"Stephen Neale Replies." To appear in G. Preyer and G. Peter (eds.), *Anti-Representationalism, Facts and Slingshots: On Stephen Neale's Facing Facts.*

## Articles in Print or in Press

"A Century Later", *Mind*, 114 (456), October 2005, pp. 809–71. (62pp.)

"On Location". To appear in M. O'Rourke and C. Washington (eds.), *Situating Semantics: Essays in Honour of John Perry.* Cambridge: MIT Press, 2005. (125pp.)

"On Referring Directly". To appear in J. Almog and P. Leonardi (eds.), *Essays in Honour of David Kaplan.* Oxford: Oxford University Press, 2005 (45pp.)

"Pragmatism and Binding". In Z. Szabo (ed.), *The Semantics-Pragmatics Distinction.* Oxford: Oxford University Press, 2005, pp. 165-286. (122pp.)

"This, That, and the Other." In A. Bezuidenhout and M. Reimer, *Descriptions and Beyond.* Oxford: Oxford University Press, 2004, pp. 68-182. (115pp.)

"Abbreviation, Scope, and Ontology." In G. Preyer and G. Peter (eds.), *Logical Form and Language* Oxford University Press, 2002, pp. 16-73. (58pp.)

"Meaning, Truth, Ontology". In P. Kotatko, P. Pagin, and G. Segal (eds.), *Interpreting Davidson*, Stanford: CSLI Publications, 2001, pp. 155-97.

"Implicature and Colouring." In G. Cosenza (ed.), *Paul Grice's Heritage*, Rome: Brepols, 2001, pp. 135-80.

5

"No Plagiarism Here." *Times Literary Supplement*. February 9, 2001, pp. 12-13.

"Paul Grice". In A. P. Martinich and D. Sosa (eds.), *A Companion to Analytic Philosophy*, Oxford: Blackwell, 2001, pp. 254-73.

"On a Milestone of Empiricism." In P. Kotatko and A. Orenstein (eds.), *Knowledge, Language and Logic: Questions for Quine*. Dordrecht: Kluwer, 2000, pp. 237-346.

"On Being Explicit". *Mind and Language* 15 (2000), pp. 284-94.

"On Representing." In Lewis E. Hahn (ed.), *The Library of Living Philosophers*: *Donald Davidson*. Illinois: Open Court, 1999, pp. 656-69.

"Persistence, Polarity, and Plurality". In U. Egli and K. von Heusinger (eds.), *Reference and Anaphoric Relations*: Dordrecht: Kluwer, 1999, pp. 147-53.

"From Semantics to Ontology." In U. Zeglen (ed.), *Donald Davidson: Truth, Meaning and Knowledge*, London: Routledge, 1999, pp. 76-87.

"Colouring and Composition." In R. Stainton (ed.) *Philosophy and Linguistics*. Westview Press, 1999, pp. 35-82.

"Grain and Content." *Philosophical Topics* (1998) pp. 199-206

"Descriptions." In E. Craig (ed.), *The Routledge Encyclopaedia of Philosophy*, Vol. 3. London: Routledge, 1998, pp. 19-24.

"Syntax." In E. Craig (ed.), *The Routledge Encyclopaedia of Philosophy*, Vol. 9. London: Routledge, 1998, pp. 246-53.

"Speaker's Reference and Anaphora." In D. Jutronic (ed.), *Naturalized Semantics*. Maribor, 1997, pp. 202-14.

"Context and Communication." In P. Ludlow (ed.), *Readings in the Philosophy of Language*, Cambridge: Cambridge, Mass.: MIT Press, 1997, pp. 415-474. (Reprinted in G. Ostertag (ed.), *Definite Descriptions: A Reader*. Cambridge, Mass.: MIT Press, 1998, pp. 309-68.)

"Inspiratívnost' Russellovej Teórie Deskripcíf" ("The Inspiring Ideas of Russell's Theory of Descriptions"). (Stephen Neale, interviewed by J. Szomolányi) *Organon F* 4, 1, (1997), pp. 62-66.

"Slingshots and Boomerangs." (with J. Dever) *Mind* 106 (1997), pp. 143-68.

"Anaphora." In P. Edwards (ed.), *The Encyclopedia of Philosophy*, Supplement, D. M. Borchert (ed.), New York: Simon and Schuster Macmillan, 1996, pp. 23-27.

"The Philosophical Significance of Gödel's Slingshot." *Mind* 104 (1995), pp. 761-825.

"The Place of Language." *Proceedings of the Aristotelian Society* XCIV (1994), pp. 215-27.

"Logical Form and LF." In C. Otero (ed.), *Noam Chomsky: Critical Assessments*, London: Routledge and Kegan Paul (1994), pp. 788-838.

"What is *Logical Form*?" In D. Pravitz and D. Westerstahl (eds.) *Logic, Methodology, and Philosophy of Science*, Dordrecht: Kluwer, 1994, pp. 583-598.

"Term Limits." *Philosophical Perspectives* 7 (1993), pp. 89-124.

"Illuminating Sense and Illuminating Reference," abstract. *From the Logical Point of View* 1 (1993), pp. 55-56.

"Grammatical Form, Logical Form, and Incomplete Symbols." In A. D. Irvine and G. A. Wedeking (eds.), *Russell and Analytic Philosophy,* Toronto: University of Toronto Press (1993), pp. 97-139. (Reprinted in G. Ostertag (ed.), *Definite Descriptions: A Reader.* Cambridge, Mass.: MIT Press, 1998, pp. 79-121.)

"Paul Grice and the Philosophy of Language." *Linguistics and Philosophy* 15, 5 (1992), pp. 509-59.

"Obituary: H. Paul Grice." (with Barry Stroud, Bruce Vermazen, and Bernard Williams). *Proceedings of the Academic Senate.* Berkeley: University of California, 1992, pp. 58-60.

"Binary Quantifiers and Unary Quantifier-formers," abstract. *The Journal of Symbolic Logic* 57, 1 (1992), p. 318.

"Logic and Anaphora." In W. Bright (ed.), *The Oxford International Encyclopaedia of Linguistics*, Oxford: Oxford University Press, 1991, pp. 358-363. (Revised version to appear in *The Oxford International Encyclopaedia of Linguistics,* 2nd ed., 2002.)

"Reference." In H. Burkhardt and B. Smith (eds.), *Handbook of Metaphysics and Ontology*, Munich: Philosophia Verlag, 1991, pp. 765-69.

"Event Descriptions and Modality," abstract. *The Journal of Symbolic Logic* 56, 3 (1991), p. 1136.

"Indefinite Descriptions: In Defence of Russell." (with P. Ludlow) *Linguistics and Philosophy* 14, 2 (1991), pp. 171-202. (Reprinted in P. Ludlow (ed.), *Readings in the Philosophy of Language*, Cambridge: MIT Press, 1997, pp. 523-55.)

"Reference." In H. Burkhardt and B. Smith (eds.), *Handbook of Metaphysics and Ontology*, Munich: Philosophia Verlag, 1991, pp. 765-69.

"Descriptive Pronouns and Donkey Anaphora." *The Journal of Philosophy* 87, 3 (1990), pp. 113-50. (Reprinted in the *Philosophers' Annual*, Stony Brook: SUNY Press, 1990.)

"La Théorie des Descriptions: Passé et Présent." *Hermes,* 7 (1990), pp. 63-89.

7

"Russellian Indefinites, Russellian 'Anaphors'" abstract (with P. Ludlow). *The Journal of Symbolic Logic*, 54, (1989), pp. 666-67.

"On *One* as an Anaphor." *Behavioral and Brain Sciences* (1989), pp. 353-54.

"Events and 'Logical Form'." *Linguistics and Philosophy*, 11, 3 (1988), pp. 303-21.

"Description and Descriptive Thought" (abstract). *Dissertation Abstracts International, Humanities and Social Science* (1988) Vol. 50, 1, p. 165.

"A Russellian Solution to the Donkey Problem." *The Journal of Symbolic Logic*, 53, 4, (1988), p. 1295.

"Meaning, Grammar, and Indeterminacy." *Dialectica*, 41, 4 (1987), pp. 301-19. (Reprinted in D. Føllesdal (ed.), *The Philosophy of Quine*, Vol 4, New York: Garland Press, 2001, pp. 417-37.)

"Fodor on Innateness." In J. Aitchison (ed.) *Papers of the London Psycholinguistic Research Group*, 5 (1983), pp. 57-63.

### Invited Lectures, Conference Papers, Symposium Contributions, etc.:

171. 2/06  Graduate Center, CUNY Jerrold Katz Memorial Lecture: "Katz and Composition".

170. 12/05 APA, Eastern Division Meeting, New York. Special section celebrating the centenary of Russell's Theory of Descriptions: "On Denoting and Referring"

169. 10/05 Czech Institute of Philosophy, conference celebrating the centenary of Russell's Theory of Descriptions: "Description and Underarticulation"

168. 9/05  Stanford University: "A Matter of Intention in Interpretation: Jutice Scalia's Philosophy of Interpretation Scrutinized."

167. 8/05  European Society for Analytic Philosophy, University of Lisbon. Special section celebrating the centenary of Russell's Theory of Descriptions: "Description and Underarticulation"

166. 4/05  University of Rome: "A Linguistic Pragmatism"

165. 3/05  University of Bologna, "On Denoting and Referring"

164. 5/05  University of Vercelli, "On Denoting and Referring"

163. 3/05  University of Geneva (GLOW, linguistics conference): "Intuitions and the Data of Linguistics"

162. 2/05  University of Miami: "A Linguistic Pragmatism"

161. 11/04 University of Fribourg: "Intuitions and the Data of Linguistics"

160. 4/04  University of Geneva: "Facts, Events and Propositions"

159. 2/04  University of Connecticut: "Foundations of Linguistic Pragmatism"

158. 2/04  NYU (Linguistics): "Pragmatism and Binding"

157. 12/03 APA, Eastern Division Meeting, Washington, D.C.: "Propositions"

156. 11/03 European Society for Analytic Philosophy Lund University:
           "Radical Underdetermination Means Radical Indeterminacy?"

155. 11/03 University of Copenhagen: "Explanation and Interpretation"

154. 11/03 Georg Brandes School, Institute for Nordic Philology:
           "The Norms of Interpretation"

153. 3/03  University of Iceland (Public Lecture):
           "Why Do Philosophers Care About Language?"

152. 3/03  University of Iceland: "The Truth about Descriptions" (symposium with M. Devitt)

151. 3/03  University of Iceland (Linguistics): "Hidden Syntax"

151. 1/03  Cambridge University: "Empty Words, Empty Threats: The Hidden Syntax Dogma"

150. 12/02 Institut Jean Nicod, Paris: "Possibilities"

149. 11/02 University of Iceland: "Reflections on Gödel's Slingshot"

148. 11/02 University of Iceland: "What is Davidson's Program?"

147. 10/02 University of Genoa: "Radical Contextualism means Radical Indeterminacy"

146. 10/02 Birkbeck College: "Radical Contextualism means Radical Indeterminacy"

145. 6/02  Lund University: "Radical Contextualism means Radical Indeterminacy"

144. 4/02  University of Iceland: "Intention and Interpretation"

143. 12/01 Yale University: "Necessity and Structure"

142. 11/01 University of California, Berkeley (Logic Colloquium):
           "Necessity and Structure"

141. 11/01 University of Iceland: "Myths of Meaning" (Humanities Center)

140. 5/01  University of San Marino (Conference in Honor of David Kaplan):
           "That David Bl**dy Kaplan"

139. 4/01  Princeton University (Memorial for W. V. Quine): "Necessity"

138. 4/01  University of Delaware: "This, That, and the Other"

137. 4/01  University of Delaware: "The Myth of Composition"

136. 4/01  Tulane University (Fourth Weatherhead Lecture): "The Myth of Composition"

135. 3/01  UCLA: "The Myth of Sentence Meaning"

134. 3/01  UCLA (Language Workshop): "The Myth of Composition"

133. 2/01  CUNY, Graduate Center: " 'mean' and 'refer': A Plea for Ex-uses"

132. 1/01  University College London: " 'mean' and 'refer': A Plea for Ex-uses"

131. 12/00 University of Texas, Austin: "A Proper Conception of Necessity"

130. 10/00 University of Iceland (Humanities Centre): "Naming and Describing"

129. 9/00  University of Uppsala: "A Proper Conception of Necessity"

128. 9/00  University of Stockholm: "A Proper Conception of Necessity"

127. 9/00  University of Gothenburg: "A Proper Conception of Necessity"

126. 9/00  Rutgers University: "A Proper Conception of Necessity"

125. 8/00  Bulgarian Summer School in Linguistics, Blagoevgrad
            "Identity: Syntactic, Semantic, and Logical Problems"

124. 3/00  Columbia University: "The Quinean Road to Essentialism"

123. 3/00  New York University: "A Proper Conception of Necessity"

122. 3/00  University of London: "V: Revisionism about Necessity"

121. 3/00  University of London: "IV: Revisionism about Reference"

120. 2/00  University of London: "III: Essentialism"

119. 2/00  University of London: "II: Quantification and Necessity"

118. 2/00  University of London: "I: Reference and Necessity"

117. 2/00  CREA, Ecole Polytechnique, Paris: "Pulling Apart Reference and Necessity"

116. 10/99 CUNY, Graduate Center: "Logical Necessity Reconsidered"

115. 10/99 University College London: "Logical Necessity Reconsidered"

114. 9/99  Rutgers University, Conference on Semantics: "Necessity and Natural Language"

113. 6/99  University of Haifa: "Naming with Necessity"

112. 10/98 University of Barcelona: "Can Language Tell us about the World?"

111. 10/98 University of Barcelona: "Facing Facts I"

110. 10/98 University of Barcelona: "Facing Facts II"

109. 10/98 University of Barcelona: "Facing Facts III"

108. 9/98  Kings College, London: "Incomplete Symbols"

107. 5/98  Conference on Paul Grice's Heritage, San Marino:
            "Conventional Implicature from the Ground Floor Up"

106. 11/97 Ohio State University (Linguistics): "Coloring and Composition"

105. 10/97 MIT: "Coloring and Composition"

104. 10/97 Bard College (Humanities): "Authors and Texts; Meanings and Intentions"

103. 6/97  10th SOFIA Conference, University of Barcelona: "Grain and Content"

102. 5/97  Cumberland Lodge, London: "Abandoning a Common Assumption"

101. 4/97  Cambridge University, Moral Sciences Club: "Events"

100. 2/97  Oxford University, Philosophical Society: "Events"

99. 1/97  Universidade Federal de Pernambuco (UFPE), Recife, Brazil: "Philosophical Grammar"

98. 1/97  Universidade Federal de Pernambuco (UFPE), Recife, Brazil: "Non-extensionality in Natural Language"

97. 1/97  Universidade Federal de Pernambuco (UFPE), Recife, Brazil: "Logical Form, Binding, and Minimalism"

96. 11/96 Reed College, Portland: "Layered Meaning"

95. 9/96  Institute of Philosophy Colloquium, Karlovy Vary, Czech Republic: "Ontology and Truth Theory"

94. 6/96  University of Maribor, Slovenia: "Layered Meaning"

93. 6/96  University of Konstanz, Germany: "Prolegomenon to a Variable-driven Syntax: Logical Form, Binding, and Minimalism"

92. 6/96  Lund University, Sweden, "Layered Meaning"

91. 6/96  University of Tromsø, Norway: "Layered Meaning"

90. 6/96  University of Tromsø, Norway: "Heart of Reference"

89. 6/96  University of Stockholm, "Prolegomenon to a Variable-driven Syntax: Logical Form, Binding, and Minimalism"

88. 5/96  Odense University, Denmark: "Context and Interpretation"

87. 5/96  University of Oslo, Norway: "Context and Interpretation"

86. 5/96  University of Oslo, Norway: "The Semantics-Pragmatics Distinction"

85. 5/96  University of Oslo, Norway: "Meaning and Intention"

84  5/96  University of Oslo, Norway: "Metaphor and Irony"

83. 5/96  University of Oslo, Norway: "Textual Meaning"

82. 5/96  Simon Fraser University, Vancouver: "Heart of Reference"

81. 4/96  McGill University. Montreal: "Heart of Reference"

80. 4/96  McGill University Montreal (Linguistics): "Prolegomenon to a Variable-driven Syntax: Logical Form, Binding, and Minimalism"

79. 4/96  University of Washington: "Heart of Reference"

78. 4/96  University of Puget Sound: "How Interesting Ideas Emerge: A Case Study: Smullyan Marcus, Kripke, Kaplan. and Modality"

77. 3/96  Stanford University (Linguistics): "Prolegomenon to a Variable-driven Syntax: Logical Form, Binding, and Minimalism"

76. 2/95  School of Advanced Study, University of London: "Knowing How to Refer"

75. 11/95 City University of New York, Graduate Center:

"What Have We Learned from Quine's Assaults on Modal Logic?"

74. 11/95 Rutgers University: "Heart of Reference"

73. 11/95 University of Maryland, College Park: "Heart of Reference"

72  11/95 University of Maryland, College Park: "This, That, and the Other"

71. 9/95 University of California, Berkeley (Logic Colloquium): "Gödel's Slingshot"

70. 9/95 Institute of Philosophy Colloquium, Karlovy Vary, Czech Republic:
   "The Elimination of Singular Terms"

69. 6/95 University College, University of London (Linguistics): "What is LF?"

68. 5/95 Rockefeller Center, Bellagio, Italy: "Does Language Matter to Philosophy?"

67. 5/95 University of Stuttgart (Linguistics):
   "Gödel and the Best of all Possible Slingshots"

66. 5/95 King's College, University of London: "Multiple Proposition Semantics"

65. 5/95 King's College, University of London:
   "Truth Definitions, Truth Theories, and Ontologies"

64. 5/95 University of Stockholm, Sweden: "Representationalism"

63. 5/95 University of Stockholm, Sweden: "Truth and Meaning"

62. 5/95 University of Stockholm, Sweden: "Truth and Ontology"

61. 5/95 University of Stockholm, Sweden: "Scheme and Content"

60. 5/95 University of Stockholm, Sweden: "Gödel and the Best of all Possible Slingshots"

59. 4/95 University of Oslo, Norway: "Gödel and the Best of all Possible Slingshots"

58. 4/95 Logic and Language Conference, University of London:
   "Gödel and the Best of all Possible Slingshots"

57. 3/95 Birkbeck College, University of London (Centre for Speech and Language):
   "Persistence and Polarity"

56. 3/95 Birkbeck College, University of London: "Representation and Fact"

55. 6/94 American School for Classical Studies at Athens, Summer Program:
   "The Cult of Artemis at Brauron"

54. 6/94 American School for Classical Studies at Athens, Summer Program:
   "The Palaces of Phaestos"

53. 3/94 American Philosophical Association, Los Angeles: "Reply to Salmon."

52. 3/94 University of Arizona, Tucson: "*that*-clauses as Descriptions"

51. 2/94 University of Iowa: "Illuminating Sense and Illuminating Reference"

50. 2/94 Iowa State University: "Illuminating Sense and Illuminating Reference"

49. 2/94 Grinell University, Iowa: "Linguistics, Logic, and Philosophy"

48. 12/93 University of California, San Diego: "Are There Facts Worth Representing?"

47. 10/93 Ecole Polytechnique, Paris: "Illuminating Sense and Illuminating Reference"

46. 9/93 Institute of Philosophy Colloquium, Czech Republic:
    "Colouring Sense, Illuminating Reference"

45. 7/93 Aristotelian Society/*Mind* Joint Session, University of Birmingham:
    "The Place of Language"

44. 3/93 American Philosophical Association, San Francisco:
    "Indexicals and Descriptions"

43. 11/92 University of California, Davis: "Events and Logical Form"

42. 6/92 Ecole Polytechnique, Paris: "Term Limits"

41. 6/92 Oxford University: "Remarks on Modal and Causal Statements"

40. 6/92 King's College, University of London: "Term Limits"

39. 5/92 Cambridge University, Moral Sciences Club: "Term Limits"

38. 5/92 Oxford University, Ockham Society: "Scope and Rigidity"

37. 5/92 University of Stockholm: "On the Nature of Logical Form"

36. 5/92 University of Oslo: "On the Nature of Logical Form"

35. 4/92 University of California, Berkeley (*Conference on Interpretation*, sponsored by the
    Department of Philosophy and the Townsend Center for the Humanities): "Reply to
    Récanati"

34. 3/92 University of California, Berkeley (Stanford-Berkeley Conference, Keynote
    Address): "Twentieth-Century Linguistic Philosophy"

33. 10/91 University of California, Berkeley (Logic Colloquium):
    "On the Nature of Logical Form"

32. 10/91 University of Southern California (Linguistics): "On the Nature of Logical Form"

31. 10/91 University of California, Irvine: "On the Nature of Logical Form"

30. 9/91 University of Michigan: "On the Nature of Logical Form"

29. 8/91 University of Oslo, Norway: "Logical Form and LF"

28. 8/91 University of Oslo, Norway (Colloquium on Iranian Philosophy): "Descartes,
    Chomsky, and Iranian Philosophy of Language: Reply to Eternad Shapour"

27. 8/91 International Congress of Logic, Methodology, and Philosophy of Science, Uppsala,
    Sweden (with R. Larson): "What is Logical Form?"

26. 6/91 University of British Columbia, Vancouver:
    "Grammatical Form, Logical Form, and Incomplete Symbols"

25. 3/91 American Philosophical Association, Pacific Division, San Francisco:
    "Events Descriptions and Logical Form"

24. 12/90 University of Chicago (Linguistics): "Pragmatics and Pronouns"

23.  11/90 Stanford University: "Pragmatics and Pronouns"

22.  11/90 University of California, Berkeley (Cognitive Science):
         "Anaphoric Intent/Anaphoric Content"

21.  10/90 Princeton University: "Anaphoric Intent/Anaphoric Content"

20.  7/90  Association for Symbolic Logic, Helsinki: "Event Descriptions and Modality"

19.  2/90  S.U.N.Y. Stony Brook: "Plato and Individual Immortality"

18.  2/90  University of California, Berkeley:
         "Semantic Structure, Quantification, and Logical Form"

17.  11/89 University of California, Berkeley:
         "Logical Form, Necessity, and the Identity of Events"

16.  10/89 Stanford University: "Logical Form, Necessity, and the Identity of Events"

15.  9/89  M.I.T.: "Logical Form and the Identity of Events"

14.  7/89  Association for Symbolic Logic, Berlin:
         "Binary Quantifiers and Unary Quantifier-formers"

13.  4/89  Temple University: "Descriptions and Descriptive Anaphora"

12.  4/88  Oxford University: "Descriptive Pronouns and Donkey Anaphora"

11.  3/88  University of Pittsburgh: "Descriptive Pronouns and Donkey Anaphora"

10.  3/88  American Philosophical Association, Pacific Division, Portland:
          "Descriptive Pronouns and Donkey Anaphora"

9.   12/87 Association for Symbolic Logic, New York:
         "Geach's Donkeys: A Russellian Solution"

8.   6/87  Association for Symbolic Logic, Granada, Spain (with P. Ludlow):
         "Russellian Indefinites, Russellian 'Anaphors'"

7.   1/87  Stanford University: "On Denoting and Referring"

6.   12/86 C.N.R.S., Paris: "On Denoting and Referring"

5.   12/86 University College, University of London (Linguistics):
         "On Denoting and Referring"

4.   5/86  Stanford University (Berkeley-Stanford Philosophy Conference):
         "The word *the*"

3.   3/86  Stanford University: "The Individual Soul in the *Phaedo*"

2.   9/85  Linguistics Association of Great Britain, University of Liverpool:
         "Events and 'Logical Form'"

1.   5/85  University of California, Berkeley: "Plato and Individual Immortality"

APPENDIX IV

# Curriculum Vitae

## Philip Bradford Stark

### Biographical Information

- **Born:** 7 October 1960, Houston, Texas.
- **Citizenship:** U.S.A.

### Interests

- **Theory**: Inverse problems, multiplicity, nonparametrics, optimization, restricted parameters
- **Applications**: Astrophysics, cosmology, geophysics, legislation and litigation, hearing, educational technology, web computing, information retrieval, marketing

### Education

- B.A. 1980, Princeton University, Princeton, New Jersey
- Ph.D. 1986, University of California, San Diego, La Jolla, California

### Awards and Fellowships

- Mellon Library/Faculty Fellow for Undergraduate Research (2006–2007)
- Presidential Chair Fellow, University of California, Berkeley (2003–2004)
- Fellow, Institute of Physics (elected 1999)
- Miller Research Professor, Miller Institute for Basic Research in Science (1999)
- Dobson Fellow, University of California, Berkeley (1998, 1999)
- Presidential Young Investigator (1989–1995)
- National Science Foundation Postdoctoral Fellowship in Mathematical Sciences (1987–1989)
- University Fellowship, University of Texas at Austin (1982–1983)

### Societies and Affiliations

- American Geophysical Union
- Bernoulli Society for Mathematical Statistics and Probability
- Center for Astrostatistics (Penn State)
- Center for Data Analysis Technology and Applications (DATA)
- Global Oscillation Network Group (GONG)
- Fellow and Chartered Physicist, Institute of Physics

23

- Institute of Mathematical Statistics
- National Partnership for Advanced Computational Infrastructure (NPACI)
- Royal Astronomical Society
- Solar and Heliospheric Observatory Solar Oscillations Investigation (SOHO-SOI)
- Space Sciences Laboratory, University of California, Berkeley
- Theoretical Astrophysics Center, University of California, Berkeley

## Employment

| | |
|---|---|
| 7/98–present | Professor, Department of Statistics, University of California, Berkeley |
| 7/01–6/03 | Faculty Assistant in Educational Technology (to Vice Provost for Undergraduate Education), University of California, Berkeley |
| 7/94–6/98 | Associate Professor, Department of Statistics, University of California, Berkeley |
| 7/88–6/94 | Assistant Professor, Department of Statistics, University of California, Berkeley |
| 7/87–6/90 | National Science Foundation Postdoctoral Fellow in Mathematical Sciences |
| 1/87–6/87 | Postgraduate Research, Department of Statistics, University of California, Berkeley |
| 8/86–12/86 | Postgraduate Research, Institute for Geophysics and Planetary Physics, University of California, San Diego |

## Visiting Positions

| | |
|---|---|
| 6/96 | Visiting Associate Professor, School of Mathematical Sciences, Tel Aviv University, Tel Aviv, Israel |

## Former Students and Postdocs

- Imola K. Fodor, Lawrence Livermore National Laboratory
- Christopher R. Genovese, Carnegie Mellon University
- Niklaus W. Hengartner, Los Alamos National Laboratory

24

- R. Jay Pulliam, University of Texas
- Chad M. Schafer, Carnegie Mellon University

**Mentors**

- Robert L. Parker, Institute for Geophysics and Planetary Physics, Scripps Institution of Oceanography, University of California, San Diego (PhD dissertation advisor)
- George E. Backus, Institute for Geophysics and Planetary Physics, Scripps Institution of Oceanography, University of California, San Diego (postdoctoral advisor)
- David L. Donoho, Department of Statistics, Stanford University (postdoctoral advisor)

# Publications

## Refereed Publications

1. Stark, P.B. and C. Frohlich, 1985. The depths of the deepest deep Earthquakes, *J. Geophys. Res.*, *90*, 1859–1869.

2. Stark, P.B., R.L. Parker, G. Masters and J.A. Orcutt, 1986. Strict bounds on seismic velocity in the spherical Earth, *J. Geophys. Res.*, *91*, 13,892–13,902.

3. Stark, P.B. 1986. *Travel–Time Inversion: Regularization and Inference*, Ph.D. Thesis, Scripps Instution of Oceanography, University of California, San Diego, 106pp.

4. Stark, P.B. and R.L. Parker, 1987. Smooth profiles from tau (p) and X(p) data, *Geophys. J. R. astr. Soc.*, *89*, 2713–2719.

5. Stark, P.B. and R.L. Parker, 1987. Velocity bounds from statistical estimates of tau(p) and X(p), J. *Geophys. Res.*, *92*, 2713–2719.

6. Stark, P.B., 1987. Rigorous velocity bounds from soft tau (p) and X(p) data, *Geophys. J. R. astr. Soc.*, *89*, 987–996.

7. Orcutt, J.A., R.L. Parker, P.B. Stark and J.D. Garmany, 1988. Comment concerning "A method of obtaining a velocity-depth envelope from wide-angle seismic data" by R. Mithal and J.B. Diebold. *Geophys. J.*, *95*, 209–212.

8. Stark, P.B. and R.L. Parker, 1988. Correction to "Velocity bounds from statistical estimates of tau(p) and X(p)." J. *Geophys. Res.*, *93*, 13,821–13,822.

9. Donoho, D.L. and P.B. Stark, 1989. Uncertainty principles and signal recovery. *SIAM J. Appl. Math.*, *49*, 906–931.

10. Stark, P.B., 1992. Affine minimax confidence intervals for a bounded Normal mean, *Statistics and Probability Letters*, *13*, 39–44.

11. Stark, P.B., 1992. Minimax confidence intervals in geomagnetism, *Geophys. J.*

*Intl.*, *108*, 329–338.

12. Stark, P.B., 1992. Inference in infinite-dimensional inverse problems: Discretization and duality, *J. Geophys. Res.*, *97*, 14,055–14,082.

13. Donoho, D.L. and P.B. Stark, 1993. A note on rearrangements, spectral concentration, and the zero-order prolate spheroidal wavefunction. *IEEE-IT*, *39*, 257–260.

14. Pulliam, R.J. and P.B. Stark, 1993. Bumps on the core-mantle boundary: Are they facts or artifacts?, *J. Geophys. Res.*, *98*, 1943–1956.

15. Stark, P.B. and N.W. Hengartner, 1993. Reproducing Earth's kernel: Uncertainty of the shape of the core-mantle boundary from PKP and PcP travel–times, *J. Geophys. Res.*, *98*, 1957–1972.

16. Stark, P.B., 1993. Uncertainty of the COBE quadrupole detection, *Ap. J. Lett.*, *408*, L73–L76.

17. Stark, P.B. and D.I. Nikolayev, 1993. Toward tubular tomography, *J. Geophys. Res., 98*, 8095–8106.

18. Constable, C.G., R.L. Parker and P.B. Stark, 1993. Geomagnetic field models incorporating frozen-flux constraints, *Geophys. J. Intl.*, *113*, 419–433.

19. Gough, D.O. and P.B. Stark, 1993. Are the 1986–1988 changes in solar free-oscillation frequency splitting significant?, *Ap. J.*, *415*, 376–382.

20. Stark, P.B., M.M. Herron and A. Matteson, 1993. Empirically minimax affine mineralogy estimates from Fourier-transform infrared spectroscopy data using a decimated wavelet basis, *Applied Spectroscopy*, *47*, 1820–1829.

21. Pulliam, R.J. and P.B. Stark, 1994. Confidence regions for mantle heterogeneity, *J. Geophys. Res.*, *99*, 6931–6943.

22. Genovese, C.R., P.B. Stark and M.J. Thompson, 1995. Uncertainties for Two-Dimensional Models of Solar Rotation from Helioseismic Eigenfrequency Splitting, *Ap. J.*, *443*, 843–854.

23. Stark, P.B. and R.L. Parker, 1995. Bounded-variable least-squares: an algorithm and applications, *Comput. Stat.*, *10*, 129–141.

24. Hengartner, N.W. and P.B. Stark, 1995. Finite-sample confidence envelopes for shape-restricted densities, *Ann. Stat.*, *23*, 525–550.

25. Stark, P.B., 1995. Reply to Comment by Morelli and Dziewonski, *J. Geophys. Res.*, *100*, 15,399–15,402.

26. Gough, D.O., T. Sekii, and P.B. Stark, 1996. Inferring spatial variation of solar properties from helioseismic data, *Ap. J.*, *459*, 779–791.

27. Benjamini, Y. and Stark, P.B., 1996. Non-equivariant simultaneous confidence intervals less likely to contain zero, *J. Am. Stat. Assoc.*, *91*, 329–337.

28. Hill, F., P.B. Stark, R.T. Stebbins, E.R. Anderson, H.M. Antia, T.M. Brown, T.L. Duvall, Jr., D.A. Haber, J.W. Harvey, D.H. Hathaway, R. Howe, R. Hubbard, H.P.

Jones, J.R. Kennedy, S.G. Korzennik, A.G. Kosovichev, J.W. Leibacher, K.G. Libbrecht, J.A. Pintar, E.J. Rhodes, Jr., J. Schou, M.J. Thompson, S. Tomczyk, C.G. Toner, R. Toussaint, and W.E. Williams, 1996. The solar acoustic spectrum and eigenmode parameters, *Science*, *272*, 1292–1295.

29. Thompson, M.J., J. Toomre, E.R. Anderson, H.M. Antia, G. Berthomieu, D. Burtonclay, S.M. Chitre, J. Christensen-Dalsgaard, T. Corbard, M. DeRosa, C.R. Genovese, D.O. Gough, D.A. Haber, J.W. Harvey, F. Hill, R. Howe, S.G. Korzennik, A.G. Kosovichev, J.W. Leibacher, F.P. Pijpers, J. Provost, E.J. Rhodes, Jr., J. Schou, T. Sekii, P.B. Stark, and P.R. Wilson, 1996. Differential rotation and dynamics of the solar interior, *Science*, *272*, 1300–1305.

30. Stark, P.B., 1996. A few considerations for ascribing statistical significance to earthquake predictions, *Geophys. Res. Lett.*, *23*, 1399–1402.

31. Evans, S.N., and P.B. Stark, 1996. Shrinkage estimators, Skorokhod's problem, and stochastic integration by parts, *Ann. Stat.*, *24*, 809–815.

32. Genovese, C.R. and P.B. Stark, 1996. Data Reduction and Statistical Consistency in Linear Inverse Problems, *Phys. Earth Planet. Inter.*, *98*, 143–162.

33. Stark, P.B., 1997. Earthquake prediction: the null hypothesis, *Geophys. J. Intl.*, *131*, 495–499.

34. Benjamini, Y., Y. Hochberg, and P.B. Stark, 1998. Confidence Intervals with more Power to determine the Sign: Two Ends constrain the Means, *J. Amer. Stat. Assoc.*, *93*, 309–317.

35. Tenorio, L., P.B. Stark, and C.H. Lineweaver, 1999. Bigger uncertainties and the Big Bang, *Inverse Problems*, *15*, 329–341.

36. Stark, P.B., 1999. Geophysics, Statistics in, in *Encyclopedia of Statistical Sciences, Update Volume 3*, S. Kotz, C.B. Read, and D.L. Banks, eds., John Wiley and Sons, NY. Invited.

37. Komm, R., Y. Gu, P.B. Stark, and I. Fodor, 1999. Multitaper Spectral Analysis and Wavelet Denoising Applied to Helioseismic Data, *Astrophysical J.*, *519*, 407–421.

38. Freedman, D.A., and P.B. Stark, 1999. The swine flu vaccine and Guillain-Barré syndrome: a case study in relative risk and specific causation, *Evaluation Review*, *23*, 619–647.

39. Fodor, I. and P.B. Stark, 2000. Multitaper Spectrum Estimation for Time Series with Gaps, *IEEE Trans. Signal Processing*, *48*, 3472–3483.

40. Freedman, D.A., P.B. Stark, and K.W. Wachter, 2001. A probability model for census adjustment, *Mathematical Population Studies*, *9*, 165–180.

41. Freedman, D.A. and P.B. Stark, 2001. The swine flu vaccine and Guillain-Barré syndrome, *Law and Contemporary Problems*, *64*, 49–62.

42. Evans, S.N. and P.B. Stark, 2002. Inverse Problems as Statistics, *Inverse Problems*, *18*, R1–R43. Invited.

27

43. Schafer, C.M. and P.B. Stark, 2004. Using what we know: inference with physical constraints, *Proceedings of the Conference on Statistical Problems in Particle Physics, Astrophysics and Cosmology PHYSTAT2003*, L. Lyons, R. Mount and R. Reitmeyer, eds., Stanford Linear Accelerator Center, Menlo Park, CA, 25–34.

44. Evans, S.N., B. Hansen, and P.B. Stark, 2005. Minimax Expected Measure Confidence Sets for Restricted Location Parameters. *Bernoulli. 11,* 571–590.

45. Divenyi, P., P.B. Stark, and K. Haupt, 2005. Decline of Speech Understanding and Auditory Thresholds in the Elderly, *J. Acoustical Soc. Am.*, *118*, 1089–1100.

## Technical Reports and Unrefereed Publications

46. Stark, P.B., 1988. Strict bounds and applications. in *Some Topics on Inverse Problems*, P.C. Sabatier, ed., World Scientific, Singapore.

47. Donoho, D.L. and Stark, P.B., 1988. Rearrangements and Smoothing, Tech. Rept. 148, Dept. Stat., Univ. Calif. Berkeley.

48. Donoho, D.L. and P.B. Stark, 1989. Recovery of a Sparse Signal When the Low Frequency Information is Missing, Tech. Rept. 179, Dept. Statistics, Univ. Calif. Berkeley.

49. Stark, P.B., 1990. Rigorous computer solutions to infinite-dimensional inverse problems. in *Inverse Methods in Action*, P.C. Sabatier, ed., Springer-Verlag. 462–467.

50. Hengartner, N.W. and P.B. Stark, 1992. Conservative finite-sample confidence envelopes for monotone and unimodal densities, Tech. Rept. 341, Dept. Statistics, Univ. Calif. Berkeley.

51. Hengartner, N.W. and P.B. Stark, 1992. Confidence bounds on the probability density of aftershocks, Tech. Rept. 352, Dept. Statistics, Univ. Calif. Berkeley.

52. Stark, P.B., 1992. The Cosmic Microwave Background and Earth's Core-Mantle Boundary: A Tale of Two CMB's, Tech. Rept. 371, Dept. Statistics, Univ. Calif. Berkeley.

53. Genovese, C. and P.B. Stark, 1993. $l_1$ spectral estimation: Algorithms and tests of super-resolution, in *GONG 1992: Seismic Investigations of the Sun and Stars, Proc. Astr. Soc. Pac. Conf. Ser.*, *42*, T. Brown, ed., 453–456.

54. Gough, D.O. and P.B. Stark, 1993. The significance of changes in solar free-oscillation splitting from 1986–1990, in *GONG 1992: Seismic Investigations of the Sun and Stars, Proc. Astr. Soc. Pac. Conf. Ser.*, *42*, T. Brown, ed., 221–224.

55. Stark, P.B., 1994. Simultaneous Confidence Intervals for Linear Estimates of Linear Functionals, Tech. Rept. 417, Dept. Statistics, Univ. Calif. Berkeley.

56. Sekii, T., C.R. Genovese, D.O. Gough, and P.B. Stark, 1995. Observational constraints on the internal solar angular velocity, in *Fourth SOHO Workshop: Helioseismology*, J.T. Hoeksema, V. Domingo, B. Fleck and B. Battrick, eds., ESA Publications Division SP-376, Noordwijk, **2**, 279–283.

57. Stark, P.B., 1997. Data Sampling Rate Reduction for the OERSTED Geomagnetic

Satellite.

58. Fodor, I.K., J. G. Berryman, and P. B. Stark, 1997. Comparison of Autoregressive and Multitaper Spectral Analysis for Long Time Series, *Stanford Exploration Project*, **95**, 331–355.

59. Komm, R.W., Y. Gu, F. Hill, P.B. Stark, and I.K. Fodor, 1998. Multitaper Spectral Analysis and Wavelet Denoising Applied to Helioseismic Data, *Proc. Tenth Cambridge Workshop on Cool Stars, Stellar Systems and the Sun*, ASP Conference Series, **154**, CDR 783–790.

60. Komm, R.W., E. Anderson, F. Hill, R. Howe, A.G. Kosovichev, P.H. Scherrer, J. Schou, I. Fodor, and P. Stark, 1998. Comparison of SOHO-SOI/MDI and GONG Spectra, *Proceedings of the SOHO 6/GONG 98 Workshop*, 'Structure and Dynamics of the Interior of the Sun and Sun-like Stars,' Boston, USA, 1–4 June 1998, ESA SP-418, pp. 253–256.

61. Komm, R.W., E. Anderson, F. Hill, R. Howe, I. Fodor, and P. Stark, 1998. Multaper analysis applied to a 3-month time series, *Proceedings of the SOHO 6/GONG 98 Workshop*, 'Structure and Dynamics of the Interior of the Sun and Sun-like Stars,' Boston, USA, 1–4 June 1998, ESA SP-418, pp. 257–260.

62. Stark, P.B., 1999. Letter to the Editor of USA Today regarding Sampling to Adjust the 2000 Census, 19 January.

63. Stark, P.B., 1999. The 1990 and 2000 Census Adjustment Plans, Tech. Rept. 550, Dept. Statistics, Univ. Calif. Berkeley (revised May 2000)

64. Fodor, I.K. and P.B. Stark, 1999. Multitaper Spectrum Estimates for Time Series with Missing Values, *Computing Science and Statistics, 31: Models, Predictions, and Computing*. K. Berk and M. Pourahmadi, eds., pp. 383–387.

65. Stark, P.B., 2000. Inverse Problems as Statistics, in *Surveys on Solution Methods for Inverse Problems*, Colton, D., H.W. Engl, A.K. Louis, J.R. Mclaughlin and W. Rundell, eds., Springer-Verlag, New York, pp. 253–275. Invited.

66. Stark, P.B., 2001. Review of *Who Counts?* by Margo J. Anderson and Stephen E. Fienberg, *Journal of Economic Literature*, **XXXIX**, pp. 593–595. Invited.

67. Stark, P.B., 2002. Capture-recapture. *Encyclopedia of Social Science Research Methods*, Sage Publications, Thousand Oaks, CA. Invited.

68. Stark, P.B., 2002. Census Adjustment. *Encyclopedia of Social Science Research Methods*, Sage Publications, Thousand Oaks, CA. Invited.

69. Freedman, D.A. and P.B. Stark, 2003. What is the Chance of an Earthquake? in *Earthquake Science and Seismic Risk Reduction*, F. Mulargia and R.J. Geller, eds., NATO Science Series IV: Earth and Environmental Sciences, v. 32, Kluwer, Dordrecht, The Netherlands, pp. 201–213. Invited.

70. Stark, P.B., 2004. Estimating power spectra of galactic structure: can Statistics help?, in *Penetrating Bars Through Masks of Cosmic Dust: The Hubble Tuning Fork Strikes a New Note*, D.L. Block, I. Puerari, K.C. Freeman, R. Groess and

29

E.K. Block, eds., Springer, The Netherlands, pp. 613–617. Invited.

71. Freedman, D.A. and P.B. Stark, 2005. Ecological correlation and the ecological fallacy, *Encyclopedia of Law and Society*, to appear. Invited.

72. Luen, B. and P.B. Stark, 2006. Testing earthquake predictions. Festschrift for David A. Freedman, Institute for Mathematical Statistics, to appear. Invited.

## Online Documents (see `www.stat.berkeley.edu/~stark`)

1. **SticiGui**®: Statistics Tools for Internet and Classroom Instruction with a Graphical User Interface. `www.stat.berkeley.edu/~stark/SticiGui`

2. Testimony before U.S. House of Representatives Subcommittee on the Census, 5 May 1998.

3. Response to 25 Questions from Representative C. Maloney, Ranking Minority Member, U.S. House of Representatives Subcommittee on the Census, 13 May 1998.

## Software

- Stark, P.B., and R.L. Parker, 1994. BVLS (Bounded-Variable Least Squares), STATLIB (Carnegie-Mellon University ftp server)

- unofficially published software: see www.stat.berkeley.edu/~stark

# Invited Presentations

(The text of some recent seminars is available online; see www.stat.berkeley.edu/~stark)

2006

- **Measuring Resolution in Nonlinear and Constrained Inverse Problems,** *Workshop on Statistical Inverse Problems*, Institute for Mathematical Stochastics, Göttingen, Germany, 23–25 March.

2005

- **Resolution in Nonlinear and Constrained Inverse Problems,** *Workshop on Computational and Mathematical Geoscience,* Colorado School of Mines, Golden CO, 15–17 June**.**

2004

- **Quantifying uncertainty in inverse problems,** *Summer school: Mathematical Geophysics and Uncertainty in Earth Models,* Colorado School of Mines, Golden CO, 14–25 June.

- **Estimating power spectra of galaxy structure: can Statistics help?,** *Penetrating bars through masks of cosmic dust: the Hubble tuning fork strikes a new note*, Pilanesberg National Park, South Africa, 7-12 June.

2003

- **Quantifying uncertainty in inverse problems,** *Institute for Pure and Applied Mathematics (IPAM) Conference on Statistical Methods for Inverse Problems,* 5–6 November, IPAM, Los Angeles, CA
- **Guest,** *The Fred Ebert Show* program on probability and statistics, 27 October, KIRO 710, Seattle, WA
- **Using what we know: inference with physical constraints,** *PhyStat 2003: Statistical Problems in Particle Physics, Astrophysics and Cosmology,* 8-10 September, Stanford Linear Accelerator Center, Stanford, CA

2002

- **Strategic Planning and Implementation I: The Challenge of Adapting Organizations and Creating Partnerships to Target New Markets,** *University Teaching as E-business?,* Center for Studies in Higher Education, 26-27 October, Berkeley, CA.
- **Inverse Problems and Data Errors,** *New Developments in Astrophysical Fluid Dynamics,* Chateau de Mons, 25–29 June, Caussens, France.
- **Data Reduction and Inverse Problems in Helioseismology,** *Workshop Statistics of inverse problems,* Institut Henri Poincaré, 28–29 May, Paris, France.
- **Why Statistics is worth the Stigma,** *Letters and Sciences Faculty Forum,* 23 April, University of California, Berkeley
- **Inverse Problems in Helioseismology,** Second MaPhySto Workshop on Inverse Problems: Inverse problems from a Statistical Perspective, 28–31 March, Aalborg, Denmark

2000

- **What are the Chances?** *NATO Advanced Research Workshop: State of scientific knowledge regarding earthquake occurrence and implications for public policy,* Le Dune, Piscinas - Arbus, Sardinia, Italy, 15–19 October.
- **Why Unadjusted Census Results should be Used for Reapportionment and Funding within the State of California.** *13th Annual Demographic Workshop,* U.S. Bureau of the Census, California State Census Data Center, and the Population Research Laboratory of the University of Southern California, Los Angeles, CA, 15 May.
- Invited Discussant, *Workshop of the National Academy of Sciences Panel to Review the 2000 Census,* Washington, D.C., 2–3 February.

1999

- Invited Discussant, *Panel Discussion on the role of sampling in the US Census,* San Francisco Bay Area Chapter of the American Statistical Association, 20 December.

31

- Lecturer, *Mathematical Geophysics Summer School*, Stanford University, Stanford, CA, 2–20 August.
- **Less Asymptotic Tomography**. *9th SOHO Workshop: Helioseismic Diagnostics of Solar Convection and Activity*, Stanford University, Stanford, CA, 12–15 July.
- Panelist, *Reinventing Undergraduate Education: Technology Enhanced Learning in the Sciences, Math, and Engineering*, University of California, Berkeley, CA, 23 April.
- **Error in Numerical Models Fitted to Data**. *DSRC/DARPA Study on Numerical Simulation of Physical Systems: The State of the Art, and Opportunities for Further Advances, Kick-Off Meeting*, Arlington, VA, 19–20 January.
- **Sampling to Adjust the U.S. Census.** *Miller Institute for Basic Research in Science*, University of California, Berkeley, CA, 12 January.

1998
- **A Statistician's Perspective on Census Adjustment,** *Berkeley Breakfast Club*, Berkeley, CA, 5 December.
- **SticiGui©: Melts in your Browser, not in your Brain**, *Joint Berkeley-Stanford Statistics Colloquium*, Department of Statistics, Stanford University, Stanford, CA, 27 October.
- **SticiGui: Statistics Tools for Internet and Classroom Instruction with a Graphical User Interface**, *1998 Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics*, Orlando, FL, 12 August.
- **Presidential Panel on Statistics in Public Policy**, *1998 Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics*, Orlando, FL, 10 August.
- Guest, *KQED-FM Forum program on the 2000 Census*, San Francisco, CA, 17 July.
- **Misfit Measures and Statistical Inconsistency in Linear Inverse Problems**. *AMS/IMS/SIAM Joint Summer Research Conferences in the Mathematical Sciences, Mathematical Methods in Inverse Problems for Partial Differential Equations*, Mt. Holyoke, MA, 4–9 July.
- **Uncertainties for functions from incomplete, erroneous data**. *NSF/DOE Workshop on Uncertainty in Modeling*, National Science Foundation, Arlington, VA, 11–12 June.
- **Sampling to adjust the 1990 Census for Undercount**. U.S. House of Representatives Subcommittee on the Census, May.
- **Sounding the Sun: Helioseismology**. *1998 American Association for the Advancement of Science (AAAS) Annual Meeting and Science Innovation Exposition*, Philadelphia, PA., February.

1997

- **Does God play dice with the Earth, and if so, are they loaded?** *Fourth SIAM Conference on Mathematical and Computational Methods in the Geosciences*, Albuquerque, NM.
- **Solving Problems for a Large Statistics Lecture Course using a Website** *UC Berkeley Academic Senate Workshop on Classroom Technology*, Berkeley, CA.
- **Deficiencies of the simple theories**, *Local Helioseismology Workshop*, University of Cambridge, Cambridge, England.

1996

- **CMB's**, *Royal Astronomical Society Ordinary Meeting*, London, England.
- **The Null Hypothesis**, *Royal Astronomical Society and Joint Associations for Geophysics discussion meeting on Assessment of Schemes for Earthquake Prediction*, London, England.
- **On the consistency of multiple inference in inverse problems using $l_p$ confidence sets**, *International Conference on Multiple Comparisons*, Tel Aviv, Israel.

1995

- **Confidence Intervals in Inverse Problems**, *Conference in Honor of George Backus*, Institute for Geophysics and Planetary Physics, La Jolla, CA
- **The Need for Wave-Equation Travel-Time Tomography**, *Institute for Mathematics and Its Applications, Conference on Tomography*, Minneapolis, MN
- **Inference, Prior Information, and Misfit Measures**, *Interdisciplinary Inversion Conference on Methodology, Computation and Integrated Applications*, University of Aarhus, Aarhus, Denmark
- **Optimization and Inference in Travel-Time Seismology**, *National Research Council Board on Mathematical Sciences Symposium on Mathematical Sciences in Seismology*, Washington, DC
- **Prior Information and Confidence Intervals in Inverse Problems**, *International Union of Geodesy and Geophysics Meeting*, Boulder, CO
- **Something AGAINST Nothing: A Confidence Game**, *Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics*, Orlando, FL
- **Uncertainties in Travel-Time Seismology**, *SIAM/GAMM Symposium on Inverse Problems: Geophysical Applications*, Fish Camp, CA

1994

- **Toward Tubular Tomography**, *27th General Assembly of the Int. Assoc. of Seismology and Phys. of the Earth's Inter. (IASPEI)*, Wellington, New Zealand
- **Alternative Data Analysis Techniques**, *Global Oscillation Network Group annual meeting*, Los Angeles, CA (presented by C. Genovese due to illness).

33

- **Mathematical Aspects of Integral Equation Inversion**, *Global Oscillation Network Group workshop*, Sydney, Australia.

1993

- **Conservative Finite-Sample Confidence Envelopes for Monotone and Unimodal Densities**, *Mathematisches Forschungsinstitut Oberwolfach meeting on Curves, Images and Massive Computation*, Oberwolfach, Germany
- Invited Discussant, *Joint IMS/ASA/ENAR Meeting*, Philadelphia, PA
- **Uncertainty of the Quadrupole Component of the Cosmic Microwave Background**, *Israel Statistical Association Annual Meeting*, Tel Aviv
- **Brute-Force Minimax Estimation in Geochemistry**, *Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics*, San Francisco, CA

1992

- **Conservative Numerical Uncertainty Estimates in Inverse Problems**, *SIAM 40th Anniversary Meeting*, Los Angeles, CA

1991

- **Minimax Estimation in Geomagnetism**, *European Geophysical Society Annual Meeting*, Wiesbaden, Germany
- **Minimax Estimation in Geophysical Inverse Problems: Applications to Seismic Tomography and Geomagnetism**, Schmitt Institute for Physics of the Earth, Academy of Sciences of the USSR, Moscow
- **Imagining Earth's Interior: Controversies in Seismology and Geomagnetism**, *Mathematical Sciences Research Institute Workshop on Statistical Methods in Imaging*, Berkeley, CA

1990

- **Discretization and its Discontents: New Methods in Inverse Theory**, *Institute for Theoretical Physics program "Helioseismology–Probing the Interior of a Star,"* National Science Foundation Institute for Theoretical Physics, University of California, Santa Barbara
- **Inference in Infinite-Dimensional Inverse Problems**, Schmitt Institute for Physics of the Earth, Academy of Sciences of the USSR, Moscow
- **Inference in Infinite-Dimensions: Discretization and Duality**, *Israel Statistical Association Annual Meeting*, Jerusalem
- **Superresolution: What, When and How?**, *Institute for Theoretical Physics program "Helioseismology–Probing the Interior of a Star,"* National Science Foundation Institute for Theoretical Physics, University of California, Santa Barbara

34

1989

- **Sparsity-Constrained Deconvolution**, *International Union of Radio Science Meeting*, Boulder, CO
- Invited Discussant. *Statistics, Earth and Space Sciences Meeting of the Bernoulli Society*, Leuven, Belgium
- **Rigorous Computer Solutions to Infinite-Dimensional Inverse Problems**, *rcp 264 problemes inverses*, Montpellier, France

1988

- **Duality and Discretization Error**, *Conference on Mathematical Geophysics*, Blanes, Spain

1987

- **Spectral extrapolation with positivity**, *International Union of Radio Science Meeting*, Boulder, CO

1986

- **Travel-Time Constraints on Core Structure**, *Special Session on Geophysics of the Core and Core-Mantle Boundary*, American Geophysical Union Spring Meeting, Baltimore, MD
- **Smooth Models from tau(p) and X(p) Data**, *Scripps Industrial Associates Short Course on Inverse Theory*, Scripps Institution of Oceanography, La Jolla, CA

## Other invited seminars

- California State University, Chico (Mathematics 1993)
- Colorado School of Mines (Dept. of Mathematical and Computer Sciences, 1997)
- Copenhagen University (Niels Bohr Institute for Astronomy, Physics, and Geophysics 1996)
- Hebrew University of Jerusalem (Statistics 1993)
- National Solar Observatory (1997)
- Naval Postgraduate School (Operations Research, 2001)
- Schlumberger-Doll Research (1988, 1990, 1991, 1992)
- Southern Methodist University (Statistical Sciences, 1998)
- Stanford University (Center for Space Physics and Astrophysics 1992; Mathematics, 1997; Geology and Geophysics, 1993, 1997; Statistics 1988, 1993, 1995)
- The Technion (Statistics 1987)
- Tel-Aviv University (Geology and Geophysics 1988, 1991; Statistics 1991)
- University of British Columbia (Geophysics and Astronomy 1996)
- University of California, Berkeley (Astronomy 1996; Center for Pure and Applied Mathematics 1988; Geology and Geophysics 1988; Materials Science and Mineral

35

Engineering 1988; Physics, 2001; Seismographic Stations, 1991, 1992, 1996; Statistics 1987, 1988(2),1989(2), 1990, 1991, 1992, 1994, 1996(2), 1997)
- University of California, Davis (Statistics 1995; Mathematics 2000)
- University of California, Los Angeles (Mathematics 1992; Statistics 2000)
- University of California, Riverside (Earth Sciences 1996; Statistics 1996)
- University of California, San Diego (Institute for Geophysics and Planetary Physics 1985, 1986, 1987, 1988(2), 1990, 1998, 2005; Mathematics 1994)
- University of Cambridge (Institute for Astronomy 1992, 1997)
- University of Chicago (Statistics 1990)
- University of Edinburgh (Earth Sciences, 1998)
- University of Texas at Austin (Geological Sciences 1988; Mathematics 1990, 1991; Institute for Geophysics 1990)
- Yale University (Geology and Geophysics 1988; Statistics 1988)

# Service

## Professional Societies and Government Agencies

2006

    Consultant, U.S. Department of Justice, Civil Division

2005

    Consultant, U.S. Department of Justice, Civil Division
    Consultant, Department of Veterans Affairs Medical Center
    Consultant, Habeas Corpus Resource Center

2004

    Reviewer, National Science Foundation
    Consultant, U.S. Department of Justice, Civil Division
    Consultant, U.S. Attorney's Office
    Consultant, Department of Veterans Affairs Medical Center

2003

    Reviewer, National Science Foundation
    Referee, National Sciences and Engineering Research Council of Canada
    Consultant, Department of Veterans Affairs Medical Center

2002

    Consultant, U.S. Department of Agriculture
    Consultant, U.S. Department of Justice, Civil Division

2001

    Consultant, U.S. Department of Justice, Civil Division

36

Co-organizer, Institute for Mathematics and Its Applications 2001–2002 Program *Mathematics in the Geosciences* and workshop on Inverse Problems and the Quantification of Uncertainty

2000

Discussant, National Academy of Science Committee on National Statistics workshop on dual-system estimation for the 2000 Census
Consultant, U.S. Department of Justice, Civil Division

1998

Witness, U.S. House of Representatives Subcommittee on the Census.
Panelist, National Science Foundation

1997

Session organizer, International Statistical Institute and Bernoulli Society Meeting, Istanbul, Turkey

1996–

Global Oscillation Network Group (GONG) Data Users Committee (Chair, 1996–1998)
Reviewer for United States Geological Survey

1996–1999

Consultant, National Security Agency

1995

Institute of Mathematical Statistics Program Chair, Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, Orlando, FL

1994–1996

Consultant to Federal Trade Commission

1993

Session organizer and chair, IMS/ASA/ENAR meeting, Philadelphia, PA
Session organizer and chair, Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, San Francisco, CA

1992

Faculty sponsor, Department of Energy TRAC program

1990–1994

Bernoulli Society Committee on Statistics in the Physical Sciences

1991–present

Reviewer for National Aeronautics and Space Administration (Space Physics Division)

1991

> Local organizer and session chair, Mathematical Sciences Research Institute Workshop on Statistical Methods in Imaging, Berkeley, CA

1989

> Session organizer and chair, Bernoulli Society Satellite Meeting, Leuven, Belgium

1989–present

> Reviewer for National Science Foundation (Atmospheric Sciences, Infrastructure, International Programs, Mathematical Sciences, Solar-Terrestrial Program, Statistics and Probability)

## Private Industry

2000–2001

> Technical Advisory Board, Cogit.com
> National Advisory Board, eTextbooksOnline.com

2000–2002

> Technical Advisory Board, Atomic Dog Publishing

## Editorial Service

1998–1999

> Editor, Statistical Science

1997–2000

> Editorial Board, Inverse Problems

1994–1998

> Associate Editor, Journal of Geophysical Research

## Referee Service

- American Association for the Advancement of Science
- Annales Geophysicae
- Annals of the Institute of Statistical Mathematics
- Annals of Statistics
- Arabian Journal for Science and Engineering
- Bulletin of the Seismological Society of America
- Cambridge University Press
- Geophysical Journal International
- Geophysical Research Letters
- Geophysics
- Geophysical & Astrophysical Fluid Dynamics
- IEEE Journal on Acoustics, Speech and Signal Processing
- IEEE Journal on Information Theory
- Inverse Problems

38

- Journal of the American Statistical Association
- Journal of Computational Physics
- Journal of Economic Literature
- Journal of Geophysical Research
- Jurimetrics
- Physics of the Earth and Planetary Interiors
- Science
- SIAM Review
- Tectonophysics
- Chapman-Hall
- HarperCollins
- Simon and Schuster
- Springer-Verlag

## University Service

2004-2005

> Chair, Educational Technology Committee
> e-Berkeley Steering Committee
> e-Berkeley Committee of Chairs
> e-Berkeley Implementation Task Force
> CourseWeb Steering Committee
> Faculty Athletic Fellow

2003–2004

> Chair, Educational Technology Committee
> e-Berkeley Steering Committee
> e-Berkeley Implementation Task Force
> Student Systems Policy Committee
> CourseWeb Steering Committee

2002–2003

> Faculty Assistant in Educational Technology (to Vice Provost for Undergraduate Education)
> Chair, Educational Technology Committee
> Provost's Academic Council
> e-Berkeley Steering Committee
>
> e-Berkeley Implementation Task Force
> Campus Committee on Classroom Policy and Management (CCCPM)
> Student Systems Policy Committee
> e-Berkeley Symposium Program Committee
> Faculty Search Committee, Graduate School of Education
> CourseWeb Steering Committee

2001–2002

Faculty Assistant in Educational Technology (to Vice Provost for Undergraduate Education)
Chair, Educational Technology Committee
Provost's Academic Council
e-Berkeley Steering Committee
e-Berkeley Implementation Task Force
Campus Committee on Classroom Policy and Management (CCCPM)
Academic Senate Committee on Academic Planning and Resource Allocation (CAPRA)
CITRIS II Program Committee
TeleBEARS and Bear Facts Committees (Student Systems Policy Committee as of 3/2002)
e-Berkeley Portal Working Group

2000–2001

Academic Senate Committee on Academic Planning and Resource Allocation (CAPRA)
Space Allocation and Capital Improvements Committee (SACI)
CAPRA Subcommittee on Expanded Enrollment
CAPRA Subcommittee on changes to Academic Coordinator title
*Ad hoc* hiring/tenure committee

1999–2000

Academic Senate Library Committee (LIBR)
Academic Senate Committee on Academic Planning and Resource Allocation (CAPRA), Physical Planning Subcommittee, *ex officio* representative from Library Committee
Space Allocation and Capital Improvements Committee (SACI)
Academic Effects Study Committee, Molecular Engineering Building
*Ad hoc* tenure/promotion committee
SACI subcommittee to audit space in Barrows Hall

1998–1999

Space Allocation and Capital Improvements Committee (SACI)
Electronic Dissertations Project
Planning Space for the Physical Sciences Libraries

1997–1998

*Ad hoc* tenure/promotion committee

1996

Review of College of Science, King Fahd University of Petroleum and Minerals, Dhahran, Saudi Arabia

1994–1999

> University review committee for Department of Agricultural and Resource Economics, University of California, Berkeley

1993–1995

> Physical Sciences Division committee for Graduate Affirmative Action and Retention
> Physical Sciences Division committee for Science and Mathematics Academic Re-Training (SMART)

# Grants

1. PI, NASA Grant NAG 5-883, "Constructing Core Fields Consistent with Geomagnetic Data and Geophysical Constraints," 1987–1990.

2. Project Director and PI, NSF Grant DMS-8810192, "Inference in Curved-Ray Tomography: Solid Earth Structure," 1989–1992.

3. PI, NSF Grant INT-9205103, "Long and Medium-Term Research: Inference in Seismological Investigations of Subducting Lithosphere," 1992–1994.

4. PI, NSF Grant DMS-930006P, "Estimating the Sun's Internal Angular Velocity from Free-Oscillation Frequency Splittings," 1993–1994.

5. PI, NSF Presidential Young Investigator Award DMS-8957573, 1989–1995.

6. Co-I, NASA Grant NAG5-2438, "The Analysis of Cobe DMR Sky Maps," 1993–1994. PI: J. Silk

7. PI, NASA Grant NAGW-2515, "New Methods for Inversion and Analysis of Solar Free-Oscillation Data," 1991–1995.

8. PI, NSF Grant DMS-9404276, "New Methods for Inference From COBE Data," 1994–1997.

9. PI, NSF Grant AST-9504410, "Function Estimation and Inference in Helioseismology," 1995–1998.

10. PI, LLNL/IGPP Grant 97-AP028, "Helioseismology with Solar Luminosity Constraints," 1996–1997.

11. Co-I, NASA Grant NAG5-3941, "Development of data analysis, compression and visualization tools for large data sets in astrophysics and cosmology," 1997–1998. PI: J. Silk

12. PI, NASA Grant NRA-96-09-OSS-034SOHO, "Modern Statistical Methods for Helioseismic Spectrum Estimation," 1997–1998.

13. PI, NASA Grant NAG 5-3919, "Data Sampling Rate Reduction for the Oersted Satellite," 1997–1998.

14. PI, UC Berkeley Classroom Technologies Grant, "Statistics *Statim*," 1997–1998.

15. Co-I, NSF Grant DMS-9872979, "KDI: Computational Challenges in Cosmology," 1998–2000. PI: A. Jaffe.

41

16. Co-I, NSF Grant IIS-98-17353, "Re-Inventing Scholarly Information Dissemination and Use," 4/1/1999 – 3/31/2004. PI: R. Wilensky and D. Forsythe.

17. PI, Hewlett Packard Company Grant 89293, "Applied Mobile Technology Solutions in Learning Environments," 3/19/2003–8/31/2004.

18. PI, Hewlett Packard Company Grant 14928, "Applied Mobile Technology Solutions in Learning Environments—2004 Extension," 4/1/2004–6/30/2005.

# Consulting

- Bramson, Plutzik, Mahler & Birkhaeuser LLP, Walnut Creek, CA: consumer class action litigation
- Brinks, Hofer, Gilson & Lione, Chicago, IL: intellectual property litigation (client: R.J. Reynolds Tobacco Co.)
- Cisco Systems: predicting email spool fill
- City of Santa Rosa, CA: water treatment monitoring
- Cogit.com, San Francisco, CA: technical advisory board; targeted web advertising
- Contra Costa County Public Defender, Richmond, CA: equal protection
- Crosby, Heafey, Roach, & May, Oakland, CA: insurance litigation (client: Farmers Insurance)
- Dept. of Veterans Affairs Medical Center, Martinez, CA: speech and non-speech hearing segregation in aging
- East Bay Municipal Utilities District: water treatment monitoring
- EEG Systems Laboratory, San Francisco, CA: inverse problems for electrical activity of the brain
- eTextbooksOnline.com, New York, NY: National Advisory board
- Federal Trade Commission, San Francisco, CA: sampling in litigation
- Fuller-Austin Joint Defense Group: Modeling in litigation
- Habeas Corpus Resource Center, San Francisco, CA: bias in jury selection
- Howard, Rice, Nemerovski, Canady, Falk, & Rabkin, San Francisco, CA: sampling in litigation; inference from retail sales data (clients K-Mart Corp., R.J. Reynolds Tobacco Co.)
- Kaiser Permanente Northern California, Redwood City, CA: clinical trials in oncology
- KLA Instruments Corporation, San Jose, CA: calibration of algorithms to detect IC mask flaws
- Kramer, Levin, Naftalis, & Frankel, New York, NY: sampling in litigation
- Law Offices of Gorman & Miller, San Jose, CA: trade secret litigation
- Law Offices of Ilson W. New, San Francisco, CA: natural resource legislation

- Law Offices of Ramirez, Tollner, Stebbins, Bahrick, & Sasseen, San Jose, CA: trade secret litigation
- Law Offices of Welebir & McCune, Woodside, CA: product liability litigation
- Law offices of Wells, Pinckney & McHugh, Austin, TX: employment discrimination arbitration
- Law Offices of Wolkin & Timpane, San Francisco, CA: insurance litigation
- Law Offices of Scott K. Zimmerman, Brentwood, CA: product liability litigation
- Life Chiropractic College West, Hayward, CA: experimental design
- Los Angeles Superior Court, Central District: sampling in employment litigation
- Mayer, Brown, Rowe & Maw, LLP, Chicago, IL: intellectual property litigation
- Morrison & Foerster, San Francisco, CA: product liability class action litigation
- National Security Agency: adaptive filtering, combining expert opinions, digital communications, information retrieval, estimation
- National Solar Observatory, Tucson, AZ: spectrum estimation
- Pacific Gas & Electric Co., San Francisco, CA: statistics and causal inference in litigation
- Paul Hastings, Washington, DC: intellectual property litigation
- Schlumberger-Doll Research, Ridgefield, CT: inverse problems, signal processing
- Shearman & Sterling, Washington, DC: survival analysis
- Skadden, Arps, Slate, Meagher & Flom, LLP, San Francisco, CA: case-control studies in litigation
- Spriggs & Hollingsworth, Washington, DC: environmental litigation
- St. Paul Fire and Marine Insurance Company, Baltimore, MD: projecting tort liability
- U.S. Attorney's Office, Northern District of California: ethnic bias in grand jury selection
- U.S. Department of Agriculture, Washington, D.C.: fairness in lending
- U.S. Department of Justice, Civil Division, Federal Programs Branch, Washington, D.C.: sampling the internet and web-browsing behavior; USDA import restrictions on cattle and beef
- U.S. House of Representatives, Washington, D.C.: sampling to adjust the U.S. Census
- Willoughby, Stuart & Bening, San Jose, CA: insurance litigation.
- Zimmerman Reed, Scottsdale, AZ: consumer class action litigation.

Last modified 7 May 2006. A current version of this document in Adobe Acrobat (.pdf) format is available

at www.stat.berkeley.edu/~stark/bio.pdf; for an html version, see www.stat.berkeley.edu/~stark/bio.htm

## ATTACHMENT C

Curriculum Vitae

### JEFFREY AUGUST EISENACH

### Education

Ph.D. in Economics, University of Virginia, 1985
B.A. in Economics, Claremont McKenna College, 1979

### Professional Experience

Chairman, The CapAnalysis Group, LLC, July 2005 - Present
Executive Vice Chairman, The CapAnalysis Group, LLC, February 2003-July 2005
President, The Progress & Freedom Foundation, June 1993-January 2003
Executive Director, GOPAC, July 1991-May 1993
President, Washington Policy Group, Inc., March 1988-June 1991
Director of Research, Pete du Pont for President, Inc., September 1986-February 1988
Executive Assistant to the Director, Office of Management and Budget, 1985-1986
Special Advisor for Economic Policy and Operations, Office of the Chairman, Federal Trade
Commission, 1984-1985
Economist, Federal Trade Commission, 1983-1984
Special Assistant to James C. Miller III, Office of Management and Budget/Presidential Task
Force on Regulatory Relief, 1981
Research Associate, American Enterprise Institute, 1979-1981
Consultant, Economic Impact Analysts, Inc., 1980
Research Assistant, Potomac International Corporation, 1978

### Academic Experience

Adjunct Professor, George Mason University School of Law, 2000-present (Courses
Taught: The Law and Economics of the Digital Revolution; Seminar in Government
Regulation
Adjunct Lecturer, Harvard University, John F. Kennedy School of Government, 1995 -    1999
(Course Taught: The Role of Government in the 21st Century)
Adjunct Professor, George Mason University, 1989 (Course Taught: Principles of
Economics)
Adjunct Professor, Virginia Polytechnic Institute and State University, 1985, 1988.
(Courses Taught: Graduate Industrial Organization, Principles of Economics)
Instructor, University of Virginia, 1983-1984 (Courses Taught: Value Theory, Antitrust  Policy)
Teaching Assistant, University of Virginia, 1982-1983 (Courses Taught: Graduate
Microeconomics, Undergraduate Macroeconomics)

## Awards, Activities and Concurrent Positions

Member, Executive Board of Advisors, George Mason University Tech Center, 2001- present
Member, Board of Advisors, Pew Project on the Internet and American Life, 2002-present
Member, Attorney General's Identity Theft Task Force, Virginia, 2002
Member of the Board of Directors, Privacilla.com, 2002-2003
Contributing Editor, *American Spectator*, 2001-2002
Member, Bush-Cheney Transition Advisory Committee on the FCC, 2001
Member, Governor's Task Force on E-Communities, State of Virginia, 2000-2001
Member, 2000-2001 Networked Economy Summit  Advisory Committee, 1999-2001
Member of the Board of Directors, Internet Education Foundation, 1998-2003
Member, Internet Caucus Advisory Committee, 1998-2003
Member, American Assembly Leadership Advisory Committee, 1996 -2002
Member, Commission on America's National Interests, 1995-2000
Adjunct Scholar, Hudson Institute, 1988-1991
Visiting Fellow, Heritage Foundation, 1988-1991
President's Fellowship, University of Virginia, 1981-1984
Earhart Foundation Fellowship, University of Virginia, 1981-1983
Member, Reagan-Bush Transition Team on the Federal Trade Commission, 1981
Henry Salvatori Award, Claremont Men's College, 1979
Frank W. Taussig Award, American Economic Association, 1978

## Publications (1996-Present)

"The FCC's Further Report on A La Carte Pricing of Cable Television," (with R. Ludwick) The
CapAnalysis Group, LLC, Washington, DC, March 6, 2006.

"The EX-IM Bank's Proposal to Subsidize the Sale of Semiconductor Manufacturing Equipment
to China: Updated Economic Impact Analysis Based on YTD 2005 Information," (with J.C.
Miller III, R. Ludwick) The CapAnalysis Group, LLC, Washington, DC, November 2005.

"Retransmission Consent and Cable Television Prices," (with D. Trueheart) The CapAnalysis
Group, LLC, Washington, DC, March 2005.

"The EX-IM Bank's Proposal to Subsidize the Sale of Semiconductor Manufacturing Equipment
to China: An Economic Impact Analysis," (with J.C. Miller III, R. Ludwick, O. Grawe) The
CapAnalysis Group, LLC, Washington, DC, January 2005.

"Reagan's Economic Policy Legacy," (with J.C. Miller III), *The Washington Times*, August 8,
2004.

"Peer-to-Peer Software Providers' Liability Under Section 5 of the FTC Act," (with J.C. Miller III, L. Fales, C. Webb) The CapAnalysis Group, LLC and Howrey LLP, Washington, DC, April 2004.

"Mandatory Unbundling: Bad Policy for Prison Payphones," (with D. Trueheart, J. Mrozek) The CapAnalysis Group, LLC, Washington, DC, March 2004.

"Do UNE Rates Reflect Underlying Costs?" (with J. Mrozek) The CapAnalysis Group, LLC, Washington, DC, December 2003.

"Rising Cable TV Rates: Are Programming Costs the Villain?" (with D. Trueheart)  The CapAnalysis Group, LLC, Washington, DC, October 2003.

"Do Right by Minority Farmers," *The Washington Times*, July 17, 2003.

"Economic Implications of the FCC's UNE Decision: An Event Analysis Study," (with J.C. Miller III, P. Lowengrub) The CapAnalysis Group, LLC, Washington, DC, April 2003.

"Telecom Deregulation and the Economy: The Impact of 'UNE-P' on Jobs, Investment and Growth" (with T. Lenard) *Progress on Point 10.3,* The Progress & Freedom Foundation, January 2003.

"Pruning the Telecom Deadwood," *Washington Times,* November 1, 2002.

"The Real Telecom Scandal," *Wall Street Journal,* September 30, 2002.

"Ensuring Privacy's Post-Attack Survival," *CNET News.com*, September 11, 2002.

"The CLEC Experiment: Anatomy of a Meltdown," (with L. Darby and J. Kraemer) *Progress on Point 9.23,* The Progress & Freedom Foundation, September 2002.

"One Step Closer to 3G Nirvana," *CNET News.com*, August 6, 2002.

"Victory for Wireless," The Progress & Freedom Foundation, August 1, 2002.

*The Digital Economy Fact Book 2002,* (with W. Adkinson Jr. and T. Lenard) The Progress & Freedom Foundation, August 2002.

"Reviving the Tech Sector," *The Washington Times*, July 10, 2002.

"The Debate Over Digital Online Content: Understanding the Issues," (with W. Adkinson, Jr.) *Progress on Point 9.14,* The Progress & Freedom Foundation, April 2002.

"Electricity Deregulation After Enron," *Progress on Point 9.11,* The Progress & Freedom Foundation, April 2002.

*Privacy Online: A Report on the Information Practices and Policies of Commercial Web Sites,* (with W. Adkinson, Jr., T. Lenard) The Progress & Freedom Foundation, March 2002.

"Profiting From a Meltdown," The Progress & Freedom Foundation, March 11, 2002.

"Watching the Detectives," *The American Spectator,* January/February 2002.

"Political Privacy: Is Less Information Really Better?" *Progress on Point 9.2 ,* The Progress & Freedom Foundation, January 2002.

"Broadband Chickens in Age of the Internet," *The Washington Times*, March 11, 2002.

"Can Civil Liberties Survive in a Society Under Surveillance?" *Norfolk Virginian-Pilot,* November 18, 2001.

"Restoring IT Sector Growth-Why Broadband, Intellectual Property and Other E-Commerce Issues Are Key to a Robust Economy," Remarks, August 2001.

*The Digital Economy Fact Book 2001,* (with T. Lenard, S. McGonegal) The Progress & Freedom Foundation, August 2001.

"Communications Deregulation and FCC Reform: Finishing the Job," *(*with R. May), in *Communications Deregulation and FCC Reform: What Comes Next?* (ed., with R. May) Kluwer Academic Publishers and The Progress & Freedom Foundation, 2001.

"Microsoft Case: There Are Still Antitrust Laws," *Newport News Daily Press,* July 6, 2001.

"Dear Diary: There's Still an Antitrust Law," *Los Angeles Times*, June 29, 2001.

"Lost in Cyberspace? Does the Bush Administration Get the New Economy?" *The American Spectator,* June 2001.

"Local Loop: NASDAQ Noose, Al Gore's Internet Socialism is Choking the Technology Sector," *The American Spectator*, April 2001.

"Local Loop, High-Tech Noose," *The American Spectator,* March 2001.

"Rescue Opportunity at the FCC," *The Washington Times,* February 4, 2001.

"Does Government Belong in the Telecom Business?" *Progress on Point 8.1 ,* The Progress & Freedom Foundation, January 2001.

"Economic Anxieties in High-Tech Sector," *The Washington Times*, December 12, 2000.

*The Digital State 2000,* (with T. Lenard) The Progress & Freedom Foundation, September 2000.

*The Digital Economy Fact Book 2000*, (with T. Lenard, S. McGonegal) The Progress & Freedom Foundation, August 2000.

"Critics Fear Surveillance of Web Surfers Compromising Personal Privacy," *Progress on Point 7.11,* The Progress & Freedom Foundation, July 2000.

"Access Charges and The Internet: A Primer," *Progress on Point 7.9*, The Progress & Freedom Foundation, June 2000.

"The Need for a Practical Theory of Modern Governance," *Progress on Point 7.7*, The Progress & Freedom Foundation, May 2000.

"The Microsoft Monopoly: The Facts, the Law and the Remedy," (with T. Lenard) *Progress on Point 7.4.* The Progress & Freedom Foundation, April 2000.

"Remarks at the 2000 Global Internet Summit," March 14, 2000.

"Nation's Conservatives Should Support a Breakup of Microsoft," *The Union Leader & New Hampshire Sunday News*, February 22, 2000.

"Regulatory Overkill: Pennsylvania's Proposal to Breakup Bell Atlantic," (with C. Eldering, R. May) *Progress on Point 6.13,* The Progress & Freedom Foundation, December 1999.

*Digital New Hampshire: An Economic Factbook,* (with R. Frommer, T. Lenard) The Progress & Freedom Foundation, December 1999.

"Benefits Riding on a Breakup," *The Washington Times*, November 14, 1999.

"Is There a Moore's Law for Bandwidth*?"* (with C. Eldering, M. Sylla), *IEEE Communications Magazine,* October 1999.

"The High Cost of Taxing Telecom" *Progress on Point 6.6,* The Progress & Freedom Foundation, September 1999.

*The Digital Economy Fact Book*, (with A. Carmel and T. Lenard), The Progress & Freedom Foundation, August 1999.

"Creating the Digital State: A Four Point Program," *Progress on Point 6.4,* The Progress & Freedom Foundation, August 1999.

5

"How to Recognize a Regulatory Wolf in Free Market Clothing:  An Electricity Deregulation Scorecard," (with T. Lenard) *Progress on Point 6.3,* The Progress & Freedom Foundation, July 1999.

*Competition, Innovation and the Microsoft Monopoly: Antitrust in the Digital Marketplace,* (ed., with T. Lenard), Kluwer Academic Publishers, 1999.

"Still Wondering What Cyberspace is All About?" *Insight on the News*, Vol. 15, No. 11, March 22, 1999.

"The Digital State: Remarks on Telecommunications Taxes," Address before the Winter Meeting of the National Governors Association, February 21, 1999.

"Computer Industry Flexes Its Muscle," *Intellectual Capital.com*, January 28, 1999.

"Into the Fray:  The Computer Industry Flexes Its Muscle on Bandwidth," *Progress on Point 5.9,* The Progress & Freedom Foundation, December 1998.

"Surprise: Even in Electricity, the Market Works," The Progress & Freedom Foundation, November 1998.

"The Digital Economy," Address at the George Mason University Conference on The Old Dominion and the New Economy, November 1998.

"Finally! An 'Electricity Deregulation' Bill That Deregulates," *Progress on Point 5.7,* The Progress & Freedom Foundation, October 1998.

"A Convergence Strategy for Telecommunications Deregulation," Address at the United States Telephone Association's Large Company Meeting, September 1998.

"Time to Junk the Telecom Act," *Investor's Business Daily,* July 23, 1998.

"Consumers Win in Mergers," *Denver Post,* July 5, 1998.

"Microsoft's Morality Play," *News.com,* March 11, 1998.

"California Will Soon Be Eating Dust," *Forbes Magazine* (Supplement on the Information Age), August 1997.

"Watch Out for Internet Regulation," *The Washington Times*, July 9, 1997.

"Time to Walk the Walk on Telecom Policy,*" Progress on Point 4.3,* The Progress & Freedom Foundation, July 1997.

6

"Ira Magaziner Targets the Internet," *The Washington Times,* March 26, 1997.
"Revolution -- or Kakumei" *Forbes ASAP,* December 1996.

"Digital Charity," *Intellectual Capital.com,* November 28, 1996.

"The FCC and the Telecommunications Act of 1996: Putting Competition on Hold?" (with G. Keyworth), *Progress on Point 2.1,* The Progress & Freedom Foundation, October 1996.

"Forebearance, Self-Certification and Privatization," (with J. Gattuso, et al) *Future Insight No. 3.2,* The Progress & Freedom Foundation, May 1996.

"Privatizing the Electromagnetic Spectrum," (with R. Crandall, et al) *Future Insight No. 3.1,* The Progress & Freedom Foundation, April 1996.

"Broadcast Spectrum: Putting Principles First," (with R. Crandall et al) *Progress on Point 1.9,* The Progress & Freedom Foundation, January 1996.

## Testimony and Regulatory Filings (1996-Present)

*In the Matter of Disposition of Down Payments and Pending Applications Won During Auction No. 35 for Spectrum Formerly Licensed to NextWave Personal Communications, Inc., NextWave Power Partners, Inc. and Urban Comm – North Carolina, Inc.,* Federal Communications Commission, (October 11, 2002)

*In the Matter of Echostar Communications Corporation, General Motors Corporation, and Hughes Electronics Corporation,* Federal Communications Commission (February 4, 2002)

*In the Matter of United States v. Microsoft Corp. and New York State v. Microsoft Corp., Proposed Final Judgment and Competitive Impact Statement* (with T. Lenard), U.S. Department of Justice, Civil Action No. 98-1232 and 98-1233 (January 28, 2002)

*In the Matter of Implementation of Section 11 of the Cable Television Consumer Protection and Competition Act of 1992* (with R. May), Federal Communications Commission (January 4, 2002)

*In the Matter of Request for Comments on Deployment of Broadband Networks and Advanced Telecommunications* (with R. May), National Telecommunications and Information Administration (December 19, 2001)

*In the Matter of Implementation of the Telecommunications Act of 1996, Telecommunications Carriers' Use of Customer Proprietary Network Information and Other Consumer Information; Implementation of the Non-Accounting Safeguards of Sections 271 and 272 of the Communications Act of 1934, As Amended* (with T. Lenard and J. Harper), Federal Communications Commission (November 16, 2001)

7

*In the Matter of Flexibility for Delivery of Communications by Mobile Satellite Service Providers* (with W. Adkinson), Federal Communications Commission (October 22, 2001)

*In the Matter of Deployment of Advanced Telecommunications Capability* (with R. May), Federal Communications Commission (October 5, 2001)
*In the Matter of Deployment of Advanced Telecommunications Capability* (with R. May), Federal Communications Commission (September 24, 2001)

*In the Matter of Nondiscrimination in Distribution of Interactive Television Services Over Cable* (with R. May), Federal Communications Commission (March 19, 2001)

*In the Matter of High-Speed Access to the Internet Over Cable and Other Facilities* (with R. May), Federal Communications Commission (December 1, 2000)

*Testimony on Federal Communications Commission Reform Before the Committee on Government Reform, Subcommittee on Government Management, Information and Technology,* United States House of Representatives (October 6, 2000)

*In the Matter of Public Interest Obligations of TV Broadcast Licensees* (with R. May), Federal Communications Commission (March 27, 2000)

*Testimony on Truth in Billing Legislation Before the Subcommittee on Telecommunications, Trade and Consumer Protection, Committee on Commerce,* United States House of Representatives (March 9, 2000)

*In the Matter of GTE Corporation, Transferor and Bell Atlantic, Transferee for Consent to Transfer of Contro,* (with R. May), Federal Communications Commission (February 15, 2000)

*Testimony on Reforming Telecommunications Taxes in Virginia Before the Governor's Commission on Information Technology,* October 26, 1999.

*In the Matter of GTE Corporation, Transferor and Bell Atlantic, Transferee for Consent to Transfer of Control,* Federal Communications Commission (December 23, 1998)

*In the Matter of Inquiry Concerning the Deployment of Advanced Telecommunications Capability to All Americans in a Reasonable and Timely Fashion, and Possible Steps to Accelerate Such Deployment Pursuant to Section 706 of the Telecommunications Act of 1996* (with C. Eldering), Federal Communications Commission (September 14, 1998)

*Testimony on Section 706 of the Telecommunications Act of 1996 and Related Bandwidth Issues Before the Subcommittee on Communications Committee on Commerce, Science, and Transportation,* United States Senate  (April 22, 1998)

8

*Testimony on the Impact of the Information Revolution on the Legislative Process and the Structure of Congress Before the Subcommittee on Rules and Organization of the House of the Committee on Rules,* United States House of Representatives (May 24, 1996)

9

**Arthur E. Clark, Jr.**

Mr. Clark's thirty-five years of professional experience includes management consulting and senior management positions with industry leaders in the payment industry.

Specific experience includes:

• Management Consulting: Twenty-one years of consulting engagements with many of North America's preeminent financial institutions, EFT (Electronic Funds Transfer) networks and financial services industry vendors/suppliers.

• Vice President - Marketing, Citicorp: Responsible for the development of the Strategic Marketing Plan and New York Introductory Plan for Direct Access, Citibank's home banking, bill payment and information services.

• Vice President - Marketing, Dow Jones & Co., Inc.: Responsible for the development of the Strategic Marketing Plan and National Introductory Plan for DowPhone, a new information/communications service for executives.

• Vice President - Cardmember Marketing, American Express Company: Responsible for strategic planning on all card products. Additionally, responsible for the development and sale of financial and travel services to cardmembers, which generated a multi-million dollar bottom line.

• Business Analyst – Ford Motor Company: Entry level position with rotational assignments in financial analysis, distribution and dealer relations.

Mr. Clark earned his Bachelor of Arts degree, with a major in Economics, from Colgate University and his Master of Business Administration, with a concentration in Marketing, from New York University Graduate School of Business Administration.