UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------x
                                                                 :
AMERICAN CIVIL LIBERTIES UNION, et al.,                          :
                                                                 :
                Plaintiffs,                                 :
                                                                 :
                v.                                          :  Civ. Act. No. 98-CV-5591
                                                                 :
ALBERTO R. GONZALES, in his official capacity as                 :
ATTORNEY GENERAL OF THE UNITED STATES,                           :
                                                                 :
                Defendant.                                  :
                                                                 :
-----------------------------------------------------------------x

## PLAINTIFFS' MOTION TO DESIGNATE DEPOSITION TESTIMONY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 32

PLEASE TAKE NOTICE THAT on October 9, 2006 at 9:30 am., or as soon thereafter as the counsel may be heard, in the courtroom of the Honorable Lowell A. Reed, Jr., 601 Market Street, Philadelphia, Pennsylvania, 19106, plaintiffs will move this Court (the "Motion"), pursuant to Federal Rule of Civil Procedure 32, to admit into evidence the deposition testimony of the eleven witnesses described herein.

PLEASE TAKE FURTHER NOTICE THAT in support of this Motion, plaintiffs rely upon the Memorandum of Law in Support of the Motion to Designate Deposition Testimony, the Declaration of Christopher Harris in Support of the Memorandum of Law, the papers, records, and pleadings on file with this Court and on such oral argument as the Court may hear.

Dated: October 3, 2006

                        Respectfully submitted,

                        _____
                        Christopher R. Harris
                        Seth Friedman
                        Katharine Marshall
                        Jeroen van Kwawegen
                        Elan Dobbs
                        Latham & Watkins
                        885 Third Avenue, Suite 1000
                        New York, NY 10022
                        (212) 906-1200

                        Of Counsel to American Civil Liberties Union Foundation

                        Christopher A. Hansen
                        Aden Fine
                        Catherine Crump
                        Ben Wizner
                        American Civil Liberties Union Foundation
                        125 Broad Street, 18th Floor
                        New York, NY 10004
                        (212) 549-2500

                        ATTORNEYS FOR ALL PLAINTIFFS