UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------------x
:
AMERICAN CIVIL LIBERTIES UNION, et al.,       :
:
Plaintiffs,       :
:
v.                                            :   Civ. Act. No. 98-CV-5591
:
ALBERTO R. GONZALES, in his official capacity as :
ATTORNEY GENERAL OF THE UNITED STATES,        :
:
Defendant.      :
:
------------------------------------------------------------------------x

## PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Pursuant to Local Rule 5.1.5(a)(2), plaintiffs, through undersigned counsel, move to file documents under seal pursuant to paragraph 8 of the Agreed Protective Order (Doc. 202). Plaintiffs move to file Plaintiffs' Motion To Designate Deposition Testimony Pursuant To Federal Rule Of Civil Procedure 32 under seal because both the memorandum in support of Plaintiffs' motion and the exhibits refer to and cite material that have been designated subject to the Agreed Protective Order. Pursuant to the Protective Order, Plaintiffs will file a redacted version of this motion shortly.

## CONCLUSION

For the reasons set forth above, the Court should grant Plaintiffs unopposed motion to file documents under seal.

Dated: October 3, 2006

        Respectfully submitted,

        _____
        Christopher R. Harris
        Seth Friedman
        Katharine Marshall
        Jeroen van Kwawegen
        Elan Dobbs
        Latham & Watkins
        885 Third Avenue, Suite 1000
        New York, NY 10022
        (212) 906-1200

        Of Counsel to American Civil Liberties Union Foundation

        Christopher A. Hansen
        Aden Fine
        Catherine Crump
        Ben Wizner
        American Civil Liberties Union Foundation
        125 Broad Street, 18th Floor
        New York, NY 10004
        (212) 549-2500

        ATTORNEYS FOR ALL PLAINTIFFS