IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALBERTO R. GONZALES, in his official capacity as Attorney General of the United States, <br><br> Defendant. | Civil Action No. 98-CV-5591 <br><br> **CERTIFICATE OF SERVICE** |

    I, Christopher Harris, hereby certify that on Tuesday, October 3, 2006, a true and correct copy of the attached Motion To Designate Deposition Testimony Pursuant To Federal Rule Of Civil Procedure 32, dated October 3, 2006, in the above captioned case, was caused to be served electronically upon:

> Raphael Gomez, Esq.
> U.S. Department of Justice
> 20 Massachusetts Avenue, N.W.
> Suite 6144
> Washington, D.C. 20530

Dated: October 3, 2006
      New York, New York

LATHAM & WATKINS LLP

By: _____
Christopher Harris
885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200
Of Counsel to American Civil Liberties Union Foundation