IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civil Action No. 98-CV-5591 |
| ALBERTO R. GONZALES, in his official capacity as Attorney General of the United States. | ) ) ) ) | |
| Defendant. | ) | |

**ORDER DENYING PLAINTIFFS'
MOTION TO TO DESIGNATE DEPOSITION TESTIMONY**

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiffs' Motion To Designate Deposition Testimony, and the reasons set forth therein, it is hereby ORDERED that:

Plaintiffs' Motion is DENIED.

_____
**LOWELL A. REED, JR., S.J.**