UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

AMERICAN CIVIL LIBERTIES UNION, et al.

      Plaintiffs,

    v.

ALBERTO R. GONZALES, in his official capacity as
ATTORNEY GENERAL OF THE UNITED STATES,

      Defendant.

Civil Action No.
98-CV-5591 (LAR)

## PLAINTIFFS' UNOPPOSED MOTION
## FOR LEAVE TO FILE REPLY

Pursuant to Local Rule 7.1 and to the Court's instructions, Plaintiffs hereby move the Court to permit them to submit a Reply Memorandum in response to Defendant's Opposition to Plaintiffs' Motion to Designate Deposition Testimony.

Pursuant to Local Rule 26.1(f), Plaintiffs hereby certify that the parties conferred about this motion and Defendant does not oppose.

For the reasons set forth above, the Court should grant Plaintiffs leave to file a Reply to Defendants' Opposition.

Dated: October 11, 2006

Respectfully submitted,

Christopher R. Harris
Seth L. Friedman
Katharine E. Marshall
Jeroen van Kwawegen
Elan R. Dobbs

Latham & Watkins
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

Counsel for Plaintiffs