IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity as Attorney General of the United States | : : | |

**ORDER**

AND NOW, this 12th day of October, 2006, upon consideration of plaintiffs' unopposed motion to file Document Numbers 323 and 324 under seal (Doc. No. 322), and for good cause shown at the October 12, 2006 final pretrial conference, it is hereby ORDERED that:

1. The motion is GRANTED and Document Numbers 323 and 324 (plaintiffs' motion to designate deposition testimony and Christopher Harris' declaration in support thereof) shall be filed under seal; and

2. The forgoing order is entered without prejudice to the right of a party, third party, witness, or member of the public believed to be entitled to access the sealed materials to seek review of this order.

   S/ Lowell A. Reed, Jr.
LOWELL A. REED, JR., S.J.