APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| v. | : | |
| ALBERTO R. GONZALES, in his official capacity as Attorney General of the U.S. | : | NO.  98-CV-5591 |

ORDER

AND NOW, this _____ Day of _____, 200_, it is hereby

ORDERED that the application of <u>ADDISON F. GOLLADAY</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# _98-CV-5591_

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, _ADDISON F. GOLLADAY_ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __127__, for the $40.00 admission fee.

A.    I state that I am currently admitted to practice in the following state jurisdictions:

_NEW YORK_     _2006_     _4426680_
(State where admitted)    (Admission date)    (Attorney Identification Number)

_____    _____    _____
(State where admitted)    (Admission date)    (Attorney Identification Number)

_____    _____    _____
(State where admitted)    (Admission date)    (Attorney Identification Number)

B.    I state that I am currently admitted to practice in the following federal jurisdictions:

_____    _____    _____
(Court where admitted)    (Admission date)    (Attorney Identification Number)

_____    _____    _____
(Court where admitted)    (Admission date)    (Attorney Identification Number)

_____    _____    _____
(Court where admitted)    (Admission date)    (Attorney Identification Number)

C.    I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    _PLAINTIFFS (OF COUNSEL TO THE ACLU)_

_Addison F. Holladay_
(Applicant's Signature)

_MARCH 10, 2006_
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

_LATHAM & WATKINS LLP_
_885 THIRD AVENUE, SUITE 1000_
_NEW YORK, NY 10022_

Sworn and subscribed before me this
_10th_ Day of _October_ 200_6_

_[signature]_
Notary Public

LOIS M. LAZZARINO
Notary Public, State of New York
No. 01LA4756058
Qualified in New York County
Commission Expires 01/31/20_07_

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ADDISON F. GOLLADAY to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| JONATHAN H. FEINBERG | [signature] | MARCH, 2002 | 88227 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

KAIRYS, RUDOVSKY, EPSTEIN & MESSING
924 CHERRY STREET, SUITE 500
PHILADELPHIA, PA 19107         (215) 925-4400

Sworn and subscribed before me this
17th Day of October, 2006

[signature]
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tanya L. Smith, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Oct. 16, 2008

Member, Pennsylvania Association Of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| v. | : | |
| ALBERTO R. GONZALES in his official capacity as U.S. Attorney General | : | NO. 98-CV-5591 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ADDISON F. GOLLADAY Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

R.O. Gomez, U.S. Department of Justice (service effected via ECF)

*[signature]*
Signature of Attorney

Benjamin Sahl
Name of Attorney

ACLU, et al.
Name of Moving Party

10/13/06
Date