APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION et al. | : | CIVIL ACTION |
| v. | : | |
| ALBERTO GONZALES, in his official capacity as Attorney General | : | NO. 98-5591 |

ORDER

AND NOW, this _____ Day of _____, 200__, it is hereby

ORDERED that the application of PAUL A. SERRITELLA_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                     J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 98-5591

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, PAUL A. SERRITELLA the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 622684, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| NEW YORK | 04/24/2006 | 4408613 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Plaintiffs (Of Counsel for the ACLU)

(Applicant's Signature)

10/4/06
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Latham & Watkins, LLP

885 Third Avenue, Suite 1000, New York, NY 10022

212-906-1200

Sworn and subscribed before me this

4th Day of October, 2006

Notary Public

ANNETTE LECOLANT
NOTARY PUBLIC, State of New York
No. 24-4918611
Qualified in Kings County
Commission Expires Feb. 8, 20__

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____PAUL A. SERRITELLA_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| JONATHAN FEINBERG | [signature] | March 2002 | 88227 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Kairys, Rudovsky, Epstein & Messing

924 Cherry Street, Suite 500

Philadelphia, PA 19107     (215) 925-4400

Sworn and subscribed before me this

10th Day of October, 2006

_Tanya L. Smith_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tanya L. Smith, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Oct. 16, 2008

Member, Pennsylvania Association Of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMERICAN CIVIL LIBERTIES UNION, : CIVIL ACTION
et al.                          :
              v.                :
ALBERTO R. GONZALES in his official :
capacity as U.S. Attorney General : NO. 98-CV-5591

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of PAUL A. SERRITELLA Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

R.O. Gomez, U.S. Department of Justice (service effected via ECF)

_____
Signature of Attorney

Benjamin Sahl
Name of Attorney

ACLU, et al.
Name of Moving Party

10/13/06
Date