APPENDIX  X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| v. | : | |
| ALBERTO R. GONZALES in his official capacity as U.S. Attorney General | : | NO.   98-CV-5591 |

## ORDER

AND NOW, this            Day of                        , 200   , it is hereby

ORDERED that the application of  Stefanie E. Laughlin                , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.

☐   DENIED.


_____
                                                        J.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 98-CV-5591 _____

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____ Stefanie E. Laughlin _____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __ 341 __, for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | 06/05/2006 | 4422135 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions:*

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*        Plaintiffs (of counsel to the ACLU)

(Applicant's Signature)

10/10/06

(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Latham & Watkins LLP

885 Third Avenue, Suite 1000 New York, NY 10022

(212) 906-1200

Sworn and subscribed before me this

10th Day of October, 2006

Notary Public

DAWN M. DELROSSI
Notary Public, State of New York
No. 01DE4884120
Qualified in Nassau County
Commission Expires January 26, 2007

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Stefanie E. Laughlin_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good.  I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Jonathan H Feinberg

| Sponsor's Name | Sponsor's Signature | March 2009 | 88227 |
|---|---|---|---|
| | | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

718 Arch Street, Suite 501 South

Philadelphia  PA  19106

Sworn and subscribed before me this

18th Day of October, 2006

Tanya L Smith

Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tanya L. Smith, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Oct. 16, 2008

Member, Pennsylvania Association Of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMERICAN CIVIL LIBERTIES UNION,       :     CIVIL ACTION
et al.                                :
                    v.                :
ALBERTO R. GONZALES in his official   :
capacity as U.S. Attorney General     :     NO.   98-CV-5591

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  *Stefanie E. Caughlin*

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

R.O. Gomez, U.S. Department of Justice (service effected via ECF)

_____

_____



_____
Signature of Attorney

Benjamin Sahl
Name of Attorney

ACLU, et al.
Name of Moving Party

10/13/06
Date