APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.<br>    v.<br>ALBERTO R. GONZALES in his official capacity as U.S. Attorney general | CIVIL ACTION<br><br>NO.  98-CV-5591 |

ORDER

AND NOW, this _____ Day of October _____, 2006, it is hereby

ORDERED that the application of __BENJAMIN SAHL_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                               J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 98-CV-5591

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __BENJAMIN SAHL__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __662681__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | 08/07/2006 | 4435848 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for* Plaintiffs (of counsel to the ACLU)

(Applicant's Signature)

10/4/06
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Latham & Watkins, LLP

885 Third Avenue, Ste. 1000, New York, NY 10022

(212) 906-1200

Sworn and subscribed before me this

4th Day of October, 2006

Notary Public

CLAIRE M.C. PENN
Notary Public, State of New York
No. 01CA5022259
Qualified in Queens County
Commission Expires January 3, 2010

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

  The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___BENJAMIN SAHL___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Jonathan H. Feinberg | *[signature]* | MARCH, 2002 | 66227 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Kairys, Rudovsky, Epstein & Messing

924 Cherry Street, Suite 500

Philadelphia, PA 19107 (215) 925-4400


Sworn and subscribed before me this

0th Day of October, 2006

*[signature]* Tanya L. Smith
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tanya L. Smith, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Oct. 16, 2008

Member, Pennsylvania Association Of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMERICAN CIVIL LIBERTIES UNION, : CIVIL ACTION
et al. :
       v. :
ALBERTO R. GONZALES in his official :
capacity as U.S. Attorney General : NO. 98-CV-5591

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _BENJAMIN SAHL_ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

R.O. Gomez, U.S. Department of Justice (service effected via ECF)

_____
Signature of Attorney

Benjamin Sahl
Name of Attorney

ACLU, et al.
Name of Moving Party

10/13/06
Date