IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>ALBERTO R. GONZALES, in his official capacity as Attorney General of the United States. )<br>)<br>Defendant. ) | Civil Action No.<br>98-CV-5591 |

## ORDER GRANTING DEFENDANT'S MOTION FOR PROTECTIVE ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of Defendant's Motion for Protective Order, and the reasons set forth therein, it is hereby ORDERED that:

Defendant's Motion is GRANTED; and it is hereby further ORDERED that:

Plaintiffs shall be prohibited from calling an official from the Department of Justice to testify at trial.

_____
**LOWELL A. REED, JR., S.J.**