*American Civil Liberties Union, et al.*,

v.

*Alberto R. Gonzales, In His Official Capacity As Attorney General Of The United States*
Case No.: 98-CV-5591

# EXHIBIT A

**Third Party Choicepoint Inc.'s Emergency Motion For A Protective Order And Memorandum Of Law In Support**

```
                                                               1
 1
 2           IN THE UNITED STATES DISTRICT COURT
 3         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 4                Civil Action No. 98-CV-5591
 5    ---------------------------------------------x
 6   AMERICAN CIVIL LIBERTIES UNION, et al.,
 7                     Plaintiffs,
 8         vs.
 9   ALBERTO R. GONZALES, in His official
10   capacity as Attorney General of the
11   United States,
12                     Defendant.
13   ---------------------------------------------x
14
15              DEPOSITION OF KEN MEISER
16              PORTIONS DEEMED CONFIDENTIAL
17                    Atlanta, Georgia
18                    March 29, 2006
19
20
21
22
23   Reported by:
24   JEAN MORALEE
25
```

64

1    A.   A good point here.  I think both our
2    XML services and batch services are listed on here
3    as services that we offer.  And in those cases,
4    you could argue that age verification services are
5    a subset of the authentication services as well as
6    available via batch and our XML services.
7    Q.   I would like to direct your attention
8    to Exhibit 1.
9         MR. GILFILLAN:  Since we're back to
10   this document, which is produced subject to the
11   protective order, to the extent you're asking
12   about this document, this part of the deposition
13   will be subject to the protective order that has
14   been entered in the case.
15   BY MR. FRIEDMAN:
16   Q.   I want to focus on the sources of data.
17   Do you see that there?  I'm sorry.  Page 17.  I
18   thought I already told you a page.
19   A.   Yes, I do.
20   Q.   I'll just read aloud the first couple
21   of sentences.