IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALBERTO R. GONZALES, in his official capacity as )<br>ATTORNEY GENERAL OF THE UNITED STATES, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.<br>98-CV-5591 |

## PROPOSED ORDER

Upon consideration of Third Party ChoicePoint Inc.'s Emergency Motion For A Protective Order And Memorandum Of Law In Support, and for good cause shown, it is hereby ORDERED that:

1. The Motion is GRANTED and the document numbered CPACLU-000013 - CPACLU-000020 and the testimony at [64:22] - [68:11], [71:23] - [72:11], and [126:25] - [128:2] of the deposition taken on March 29, 2006, of ChoicePoint Inc.'s designated representative shall be filed under seal in the event such document or testimony is offered and accepted into evidence or otherwise filed with the Court, and such document and testimony shall not be read or displayed in open court or otherwise publicly disclosed by the parties; and

2

2. The foregoing order is entered without prejudice to the right of a party, third party, witness, or member of the public believed to be entitled to access the sealed materials to seek review of this order.

_____
LOWELL A. REED, JR., S.J.