IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALBERTO R. GONZALES, in his official capacity as )<br>ATTORNEY GENERAL OF THE UNITED STATES, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.<br>98-CV-5591 |

## CERTIFICATE OF SERVICE

I, Thomas Finarelli, Esquire, hereby certify that a true and correct copy of Third Party ChoicePoint Inc.'s Emergency Motion for a Protective Order and Memorandum of Law in Support was forwarded to counsel identified below, via Federal Express, on October 20, 2006.

| | |
|---|---|
| Aden J. Fine<br>ACLU Foundation<br>125 Broad Street<br>18th Floor<br>New York, NY 10004 | Joel L. McElvain<br>Eric Beane<br>U.S. Department Of Justice<br>20 Massachusetts Ave., NW<br>Washington, DC 20530 |
| Seth L. Friedman<br>Latham & Watkins<br>885 3rd Ave.<br>Suite 1000<br>New York, NY 10022 | Counsel for Defendant |
| Counsel for Plaintiffs | |

_____
Thomas Finarelli, Esquire

8