UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------------x
: 
AMERICAN CIVIL LIBERTIES UNION, et al., :
:
            Plaintiffs, :
:
    v. : Civ. Act. No. 98-CV-5591
:
ALBERTO R. GONZALES, in his official capacity as :
ATTORNEY GENERAL OF THE UNITED STATES, :
:
           Defendant. :
:
-----------------------------------------------------------------------x

STIPULATION

The parties, through their undersigned counsel, hereby stipulate and agree as follows:

The copy of MasterCard Exhibit 2 that plaintiffs designated will be replaced by the attached version, which redacts certain information that MasterCard considers confidential. The parties agree not to object to the admissibility of the exhibit based on the redactions.

                                                                                     FOR PLAINTIFFS:

Dated: October 23, 2006                                           /s/

                                                                                    CATHERINE CRUMP
                                                                                    American Civil Liberties Union Foundation
                                                                                    125 Broad Street, 18th Floor
                                                                                    New York, NY 10004
                                                                                    (212) 549-2500

FOR DEFENDANT:

Dated:  October 23, 2006                                         /s/                          
                                                 JAMES TODD
United States Department of Justice
Civil Division, Federal Programs Branch
901 E Street NW, Room 820
Washington, DC 20530
(202) 514-2849

ORDER

The above stipulation of the parties is hereby approved by the Court this _____ day of_____, 2006.

_____
LOWELL A. REED, JR., J.