**MasterCard International**
MasterCard

# Brand Standards Control System
*Special Issuing Programs*

Notes Submission
Member Name .

Status of Program :          Approved

Control Number                05-1622 NYC

Check all that apply :

| | | |
|---|---|---|
| ☐ Affinity/Co-Brand | ☐ Multi-application | ☐ Private Label |
| ☐ Prepaid | ☐ Virtual MasterCard | |
| ☐ Chip | ☐ Pilot program | |

## Section I: Member Information

Get Contact Info

| | | |
|---|---|---|
| Member Name | Member BIN | |
| Member ICA/ID | Additional BIN | |
| | Member Region | United States |
| Member Contact Last Name | | |
| Contact Middle Initial | Member Contact First Name | |
| Contact Address | Contact Title | |
| Contact State /Prov. | Contact City /Town | |
| Contact Country        United States | Contact Zip | |
| Contact Fax | Contact Phone | |
| | Contact Email | |

## Section II: General  Program Information

| | |
|---|---|
| Program Category :        Prepaid - Teen Cards | By checking this box, please confirm that a program description has been submitted ☒ Yes |
| Residence of accountholder :        United States of America | Program Name : |
| Will Cards be mailed directly from the issuer or from the card manufacturer to the cardholder?      Yes | Will Cards be personalized with cardholder's name?   Yes |
| Will the program offer cash access at all the cash dispensing  locations? | Will the program entail ability to use card at all merchants that accept following brands? |

| | | | |
|---|---|---|---|
| MasterCard : | Yes | MasterCard : | Yes |
| Maestro : | No | MasterCard Electronic : | No |
| Cirrus : | Yes | Maestro : | No |
| | | Mondex : | No |

| | |
|---|---|
| Exclusive to MasterCard?          Yes | Program Launch Date  Apr 01,2005 |
| Products offered in the Program will be  : | Cirrus ATM, Debit MasterCard |
| If Other, please enter | |
| Transactions are funded with funds on deposit? | Yes |
| Others mark (s) appearing on the card : | Pulse and Cirrus |
| Program Benefits? | No |
| If 'Yes', provide benefits : | |
| AVS will be validated : | Yes |

| Card Account Projections | Accounts | Cards |
|---|---|---|
| Year 1 | 500 | 1500 |
| Year 2 | 1000 | 3000 |
| Year 3 | 1500 | 4500 |





PLAINTIFF'S
EXHIBIT
2
3/31/06

M.C. 00054

## Section III: Standard Affinity/Co-Branded (A/CB) Programs

Will this card program be marketed by a Co -Brander to other Co -Branders?

| | |
|---|---|
| Full Legal Name: | Trade Name or DBA : |
| Address : | City: |
| State/Province: | Zip: |
| Country: | |
| Affinity/Co-Branded | |
| Type of Business : | How long in existence? |

Partner locations acceptance
Information .

Does the Co -Brander accept?

If Yes, will the Co -Brander accept all cards branded with the following marks as a form of payment for all goods and services, in addition to the Co-Branded card itself?

MasterCard

MasterCard Electronic

Maestro

Mondex

MasterCard

MasterCard  Electronic

Maestro

Mondex

Is the Co -Brander a brokerage firm?

Does the Co -Brander intend to use the MasterCard, MasterCard Electronic, Maestro, Cirrus and /or Mondex brand marks as applicable to this program  ) to market the A /CB program?

Additional Partners on card :

Will the 4th line of embossing be used?

Proprietary Account Number on Card?
If yes, please complete section VIII

The card program will be offered to the Co -Brander's
If Other, please describe :

## Section IV: Primary Multi-tiered Affinity/Co-Branded (A/CB) Program

| | |
|---|---|
| Full Legal Name: | Trade Name or DBA : |
| Address : | City: |
| State/Province : | Zip: |
| Country: | How long has the organization been    yr. in existence? |
| Type of Business : | |

Proprietary Account Number on the card?
Does the Primary Co -Brander accept?

MasterCard

MasterCard Electronic

Maestro

Mondex

If Yes, will the Co -Brander accept all cards branded with the following marks as a form of payment for all goods and services, in addition to the co-branded card itself?

**CONFIDENTIAL**

M.C. 00055

MasterCard

MasterCard Electronic

Maestro

Mondex

The card program will be offered to the Primary Co -Brander's :

If Other, please describe :

## Section V: Secondary Multi-tiered Affinity/Co-Branded Program

| Full Legal Name : | | Trade Name or DBA : | |
| Address: | | City: | |
| State/Province: | | Zip: | |
| Country: | | | |

| Type of Business : | | How long in existence? | |

Primary application submitted?

| Name of Primary Partner : | | Name of Primary Partner's product: |

Does the Secondary Co -Branded partner understand the terms of this agreement?

Program Name (s):

| Card Account Projections | Accounts | | Cards |
|---|---|---|---|
| Year 1 | 0 | | 0 |
| Year 2 | 0 | | 0 |
| Year 3 | 0 | | 0 |

| Does the secondary Co -Brander accept as applicable? | If Yes, will the secondary Co -Brander accept all the cards branded with the following marks as a form of payment for all goods and services, in addition to the Co -Branded card itself? |
|---|---|
| MasterCard | MasterCard |
| MasterCard Electronic | MasterCard Electronic |
| Maestro | Maestro |
| Mondex | Mondex |

The card program will be offered to the Secondary Partner's  /Co-Brander's :

If Other, please describe :

## Section VI: Prepaid Program

| General Information | | | |
|---|---|---|---|
| The account is funded by : | Consumer | Type of Program : | Teen |
| If Other, please explain fund type: | (e.g. corporation, insurance company, non-profit organization, etc) | | |
| Program is operating under a BIN dedicated to prepaid programs? | Yes | Third Party has access to funds? | No |



CONFIDENTIAL

M.C. 00056

Funds Management

Type of Account :                    DDA                          Title on Account :

Card Information
Initial Load Values :
Minimum: $25
                        Maximum: $2500          What is the portfolio's total estimated funds balance by Year   2?
Will the card be re-loadable?        Yes       100,000

If 'Yes', reload values :
Minimum: $25            Maximum: $2500
What is the maximum number          1
of loads per day?
What is the maximum                                What is each account maximum
cumulative amount that can be        balance      balance at any given time?            2500
withdrawn from ATMs or Bank                        What is the maximum cumulative
Tellers per day?                                   amount  that can be spent at POI per   balance
How will the funds be loaded     The funds are loaded through the consumer    day?
onto the cards?                  site, or the financial institution
What payment methods are accepted to purchase, load, or reload the card
amount?

MasterCard               Yes

MasterCard Electronic    No                        MasterCard               Yes

Maestro                  No                        MasterCard Electronic    No

Mondex                   No                        Maestro                  No

                                                   Mondex                   No

Cards are valid :            2 year(s)
Cardholders have access to funds after card expiration date  :    month(s)
Estimate percentage of :                                          No

Domestic transaction :          95 %
* Cash withdrawals :            50 %              International transaction :       5 %
* Purchases                     50 %              * Cash withdrawals :             50 %
                                                  * Purchases                      50 %
Describe all parties and their roles in the authorization process  :
                                                 Elan-Gateway to MasterCard Pulse-Network switch.
Registration                                     Ecommlink-Authorization and verification
What is the process to register cardholder's information?
                                                 The cardholders information will be
                                                 registered & housed on the Pulse
What type of cardholder information is recorded by the issuer?     Access System
                                                 The required fields for information are
                                                 in compliance with AML guidelines.
                                                 name, address, phone #. SSN#.
How does issuer verify cardholder's information?  drivers license and DOB.
                                                 The branch will verify the information
                                                 with the physical verification as the
                                                 Pulse Access system will verify AVS
Program Disclosures :       ☑ Procedure for redemption of unused funds    and OFAC
                            ☑ Split tender disclosure

## Section VII: Chip Program
VII.a. General Information

CONFIDENTIAL

Number of Card Accepting locations

Is this is a
multi-application
card?

Merchants:
Terminals
ATMs

VII.b. Chip Information
Card Manufacturer

Card
Personalization
Center
Contact Name

Contact Name

E-mail Address

E-mail Address

Address

Address

City

City

State

State

Zip

Zip

Country

Country

If sourcing from
additional vendors,
list:

Application Provider

Operating System ☐ MULTOS
to be used
☐ Other

Contact Name

E-mail Address

Version Number

Issuer ensures
that operating
system is EMV
compatible?

Card Personalization Specification for
MasterCard's Type Approval Process
Card Vendor Name
Product Name
Chip Platform
Application
PAN

Indicate what Internet authentication
application will be used (if applicable)
VII.c. Application Type

| Application Type | On Card at Issuance | Application Technology | Application Developer | Application ID (AID*) for BVT applications | Product Nam |
|---|---|---|---|---|---|
| ☐ credit MasterCard | | | | | |
| ☐ debit MasterCard | | | | | |
| ☐ Maestro | | | | | |
| ☐ Cirrus | | | | | |
| ☐ Mondex Purse | | | | | |
| ☐ Proprietary Stored Value | | | | | |
| ☐ Affinity/Co-Branded Proprietary Account | | | | | |
| ☐ Proprietary Non-payment (e.g. loyalty) | | | | | |

ONFIDENTIAL

___ Other
specify if Other

VII.d  Self-Certification
Issuer certifies that it and its suppliers, as applicable, have complied with MasterCard Compliance Assessment and Security Testing  (CAST) in the development of the proprietary non -MasterCard chip application(s) described above

Issuer Senior Program Manager By :
Name
Date                                                                                                           Title

VII.e  Deferral Request
Issuer is familiar with the MasterCard and Maestro hybrid card rules, which are effective July    1, 1999.
Issuer intends to comply with these rules as soon as commercially possible   . However, Issuer is unable to comply at this time for the following reason  (s) (Please explain in the spaces provided below )
___ Technology availability and cost
(e.g. incremental chip space, bank systems and domestic network upgrades/conversions, Euro, etc.)
___ The relationship between smart card issuance and the pacing of terminal conversion to chip acceptance
___ Other
(e.g. marketing priorities economic issues)
Issuer Senior Program Manager By :
Authorized Signature
Name
Date                                                                                                           Title

## Section VII.f. MasterCard mc2 Program

Issuing Information
Do you plan to provide chip readers
for issuing activity?

Do you plan to use the services of a
Member Service Provider  (MSP) for
issuing activity?

By checking this box, please confirm that the MSP is registered with
MasterCard International .                                                        ☐ Yes

| Business Plan Card Issuing Programs | 1st Year | | 2nd Year | | 3rd Year | |
|---|---|---|---|---|---|---|
| | Number of Cards | Volume in U.S. Dollars | Number of Cards | Volume in U.S. Dollars | Number of Cards | Volume i |
| International | 0 | 0 | 0 | 0 | 0 | |
| Local | 0 | 0 | 0 | 0 | 0 | |
| Total | 0 | 0 | 0 | 0 | 0 | |

Need a new BIN?

Card Design family applying for :

Do you plan to use available colors
within the chosen family?                                    Which color will you use :

TERMS OF THE APPLICATION OF ISSUANCE AND
MEMORANDUM OF UNDERSTANDING OF THE MasterCard mc ¹ PROGRAM

Note : These terms form an integral part of the Application for Issuance and Memorandum of Understanding of the MasterCard mc 2 Program between Applicant and/or its assigns and MasterCard

## Section VIII: Multi-application Program

Section VIII .a. Proprietary Non -payment Information

Type of Non -payment service  (e.g.,
loyalty, medical information, building
access)
Who is providing the Non -payment                Describe how the cardholder uses /accesses

# ONFIDENTIAL

service described above?                                              Non-payment service

Section VIII .b. Proprietary Payment Information

Type of Payment Application
(check all that apply)

If "Other" please specify

Who is providing the Payment service
described above?
Is the Payment application general                    Will Stored Value program convert to          ◯ Yes ◯ No
(broad merchant base) or limited purpose              Mondex?
(e g . transit, campus merchants)?

If Stored Value application, define maximum and projected average
amounts that may be stored on cards :
Max                                                   Projected Avg .

Describe how the Payment application will be used by cardholder :

Section VIII .c. Proprietary Account Number
How the proprietary account number will be incorporated onto the card   ☐ embossed in the 4th line
                                                                         ☐ encoded on magnetic strip
                                                                         ☐ cross-referenced in co-brander's database
                                                                         ☐ Other
Please describe where and /or how the proprietary account will be utilized
Section VIII .d. Indemnification

Issuer Senior Program Manager By :
Name
Title
Date

## Section IX: Virtual MasterCard Solution

Section IX .a. General Information
Target Audience :

The Virtual MasterCard is available for              Is this program marketed on a website?
use in all remote environments :                                                                        www.
                                                     Program will operate under a dedicated
Will the same BIN be used for any physical MasterCard cards?   BIN:

A unique BIN has been requested?

The virtual MasterCard includes the      ☐ 16-digit account number      How will the account number, expiration date & CVC 2 be
following:                                ☐ Assigned CVC2 value          communicated?
                                          ☐ Expiration date

Section IX .b. Account Linkage

Account linkage will be managed the same way for all accountholders :

| • Please check this box if the Virtual MasterCard Solution will be offered in conjunction with member's existing or newly issued physical MasterCard cards.<br>☐ Yes<br>• Please check the box to verify that the Virtual MasterCard will be automatically cancelled when the physical MasterCard card is cancelled<br>☐ Yes | • Please check this box to verify that the Virtual MasterCard account holder will be offered the option to receive a physical MasterCard card in conjunction with the Virtual MasterCard<br>☐ Yes<br>• Is the physical MasterCard plastic option available at all times for cardholders in good standing?<br>◯ Yes ◯ No |



CONFIDENTIAL

M.C. 00060

The Virtual MasterCard account and physical MasterCard card is linked operationally   .
Section IX.c.
Optional Reference Device Issued

The reference device must meet the
following minimum requirements  (Check
box to verify that device meets each
requirement)

- [ ] No MasterCard hologram
- [ ] No magnetic stripe or chip
- [ ] No embossing
- [ ] No MasterCard signature panel

The following disclosures will be printed
on the reference device

- [ ] "This program is for use in all remote environments"
- [ ] "This is designed for reference only and is not valid when handed to the merchant"
- [ ] Other

Other

Section IX.d. Communication Materials

The issuer must disclose to account holders that the card   -optional account is MasterCard card in all respects except
that it cannot be used for any purchase where a physical card must be handed to a merchant for payment   .      | Yes

The issuer must prominently disclose to account holders that the card   -optional account cannot be used for any
transaction that requires in person presentment of a physical MasterCard card   .      | Yes

The issuer must prominently disclose to account holders that the card   -optional account cannot be used for  "Dual
Mode" transactions, e .g ., it may not be used to purchase an item over the internet that subsequently would require
presentment of a physical MasterCard card bearing the same account number as the card   -optional account in order to
obtain that item . Examples include certain theatre ticket purchases, hotel stays, car rentals, and online purchases
picked up in person .      | Yes

## Section X: Required Signature

Section X .a. Required Signature of Authorized Representative of Member

Member Signature on file?                              Yes

Section X .b. Required Signature of Authorized Representative of Partner

Partner Signature on file?

## Program Approval Status

### Preliminary Review

| Date Submitted | 03/15/2005 | Date Reviewed | Mar 15,2005 |
|---|---|---|---|
| Date Resubmitted : | | | |
| Date Additional Information Requested | | Comment Date : | |
| Program Compliant | ● Yes ○ No | Comments : | sent email approval |
| Business Days to Respond : | 1 | | |
| Program Reviewed by : | mark reviewed | Michelle Kennedy | |

Lock Review History

1.  Date Additional Information Requested:  Mar 16, 2005,  sent email approval:

### Final Program Status

| Date of Status : | | Status Set By : | |
|---|---|---|---|



CONFIDENTIAL

M.C. 00061

Status              Approved
Business Days to Approve : 1

Image File --->
Entered by Satya Singh Mar 11, 2005 at 12:47 PM
Modified By: Satya Singh/NYC/MASTERCARD on Mar 16, 2005 at 03:05:49 PM
Modified By: Michelle Kennedy/NYC/MASTERCARD on Mar 16, 2005 at 01:03:25 PM
Modified By: Satya Singh/NYC/MASTERCARD on Mar 11, 2005 at 01:11:48 PM

CONFIDENTIAL

M.C. 00062

## MasterCard International

### Brand Standards Control System
*Special Issuing Programs*

MOL Submission
Member Name :

| | |
|---|---|
| Status of Program : | Approved |
| Control Number | 05-1192 NYC |

**Check all that apply :**

☒ Affinity/Co-Brand
  ☐ Standard
  ☒ Primary
  ☐ Secondary
☒ Prepaid
☐ Chip

☐ Multi-application

☐ Virtual MasterCard
☐ Pilot program

☐ Private Label

### Section I: Member Information
Get Contact Info

| | |
|---|---|
| Member Name : | Member BIN |
| Member ICA/ID | Additional BIN |
| | Member Region    United States |
| Member Contact Last Name | |
| Contact Middle Initial | Member Contact First Name |
| Contact Address | Contact Title |
| Contact State /Prov. | Contact City /Town |
| Contact Country   United States | Contact Zip |
| Contact Fax | Contact Phone |
| | Contact Email |

### Section II: General Program Information

| | |
|---|---|
| Program Category :   Prepaid - Teen Cards | By checking this box, please confirm that a program description has been submitted ☒ Yes |
| Residence of accountholder :   United States (USA) | Program Name : |
| Will Cards be mailed directly from the Issuer or from the card manufacturer to the cardholder?   Yes | Will Cards be personalized with cardholder's name?  Yes |
| Will the program offer cash access at all cash dispensing  locations? | Will the program entail ability to use card at all merchants that accept following brands? |

| | | | |
|---|---|---|---|
| MasterCard : | No | MasterCard : | No |
| Maestro : | Yes | MasterCard Electronic : | No |
| Cirrus : | Yes | Maestro : | Yes |
| | | Mondex : | No |

| | | | |
|---|---|---|---|
| Exclusive to MasterCard?    Yes | | Program Launch Date  Feb 18,2005 | |
| Products offered in the Program will be  : | | | |
| If Other, please enter | | Maestro/Cirrus | |
| Transactions are funded with funds on deposit? | | Pulse | |
| Others mark (s) appearing on the card : | | Yes | |
| Program Benefits? | | | |
| If 'Yes', provide benefits : | | No | |
| AVS will be validated : | | | |
| Card Account Projections   Accounts | | Yes | |
| | | Cards | |
| Year 1        2,000 | | 2,000 | |



CONFIDENTIAL

M.C. 00063

| | | |
|---|---|---|
| Year 2 | 4,000 | 4,000 |
| Year 3 | 7,000 | 7,000 |

## Section III: Standard Affinity/Co-Branded (A/CB) Programs

Will this card program be marketed by a Co-Brander to other Co-Branders?

| | |
|---|---|
| Full Legal Name: | Trade Name or DBA : |
| Address: | City: |
| State/Province: | Zip: |
| Country: | |
| Affinity/Co-Branded | |
| Type of Business : | How long in existence? |

Partner locations acceptance information :

Does the Co-Brander accept?

If Yes, will the Co-Brander accept all cards branded with the following marks as a form of payment for all goods and services, in addition to the Co-Branded card itself?

| | |
|---|---|
| MasterCard | MasterCard |
| MasterCard Electronic | MasterCard Electronic |
| Maestro | Maestro |
| Mondex | Mondex |

Is the Co-Brander a brokerage firm?

Does the Co-Brander intend to use the MasterCard, MasterCard Electronic, Maestro, Cirrus and /or Mondex brand marks as applicable to this program ) to market the A/CB program?

Additional Partners on card :

Will the 4th line of embossing be used?

Proprietary Account Number on Card?
If yes, please complete section VIII

The card program will be offered to the Co-Brander's

If Other, please describe :

## Section IV: Primary Multi-tiered Affinity/Co-Branded (A/CB) Program

| | | |
|---|---|---|
| Full Legal Name: | Trade Name or DBA : | |
| Address: | City: | |
| State/Province: | Zip: | |
| Country: | United States (USA) | How long has the organization been in existence?   1 yr. |
| Type of Business : | Financial Services | |

| | |
|---|---|
| Proprietary Account Number on the card? | No |

Does the Primary Co-Brander accept?

| | |
|---|---|
| MasterCard | No |
| MasterCard Electronic | No |
| Maestro | No |
| Mondex | No |



CONFIDENTIAL

M.C. 00064

If Yes, will the Co -Brander accept all cards branded with the following marks as a form of payment for all goods and services, in addition to the co-branded card itself?

| | |
|---|---|
| MasterCard | No |
| MasterCard Electronic | No |
| Maestro | No |
| Mondex | No |

The card program will be offered to the Primary Co -Brander's:      Other

If Other, please describe :      Card program will be offered to the Parents of teens via Secondary Co-brander that have a business relationship with ████████

## Section V: Secondary Multi-tiered Affinity/Co-Branded Program

Full Legal Name:
Address:
State/Province:
Country :

Trade Name or DBA :
City:
Zip:

Type of Business :

How long in existence?

Primary application submitted?

Name of Primary Partner :

Name of Primary Partner's product:

Does the Secondary Co -Branded partner understand the terms of this agreement?
Program Name (s):

| Card Account Projections | Accounts | | Cards |
|---|---|---|---|
| Year 1 | 0 | | 0 |
| Year 2 | 0 | | 0 |
| Year 3 | 0 | | 0 |

Does the secondary Co -Brander accept as applicable?

If Yes, will the secondary Co -Brander accept all the cards branded with the following marks as a form of payment for all goods and services, in addition to the Co -Branded card itself?

| | |
|---|---|
| MasterCard | MasterCard |
| MasterCard Electronic | MasterCard Electronic |
| Maestro | Maestro |
| Mondex | Mondex |

The card program will be offered to the Secondary Partner's  /Co-Brander's:

If Other, please describe :

## Section VI: Prepaid Program

General Information

| | | | |
|---|---|---|---|
| The account is funded by : | Consumer | Type of Program : | Teen |



M.C. 00065

If Other, please explain fund type:

Program is operating under a BIN dedicated to prepaid programs?  (e.g. corporation, insurance company, non-profit organization, etc)

Yes                                  Third Party has access to funds?        No

**Funds Management**

Type of Account:        Aggregated DDA                    Title on Account:        First Federal

**Card Information**

Initial Load Values:                                        What is the portfolio's total estimated funds balance by Year 2?

Minimum: $10.00        Maximum: $2,500.00          480,000

Will the card be re-loadable?        Yes

If 'Yes', reload values:

Minimum: $10.00        Maximum: $2,500.00

What is the maximum number of loads per day?        2

What is the maximum cumulative amount that can be withdrawn from ATMs or Bank Tellers per day?        Set by Parent

How will the funds be loaded onto the cards?        Parent applying for the card will designate funds to be loaded via ACH from their DDA account or Credit/Debit Card

What is each card account maximum balance at any given time?        2,500.00

What is the maximum cumulative amount that can be spent at POI per day?        Set by Parent

What payment methods are accepted to purchase, load, or reload the card amount?

| | | | |
|---|---|---|---|
| MasterCard | Yes | | |
| MasterCard Electronic | No | MasterCard | Yes |
| Maestro | Yes | MasterCard Electronic | No |
| Mondex | No | Maestro | Yes |
| | | Mondex | No |

Cards are valid:        3 year(s)                    36 month(s)

Cardholders have access to funds after card expiration date:        Yes

Estimate percentage of:

| | | | |
|---|---|---|---|
| Domestic transaction: | 95 % | International transaction: | 5 % |
| * Cash withdrawals: | 5 % | * Cash withdrawals: | 5 % |
| * Purchases | 95 % | * Purchases | 95 % |

Describe all parties and their roles in the authorization process:        All merchant authorization request will be routed to the processor eCommLink for authorization.

**Registration**

What is the process to register cardholder's information?        Parent will access the Internet web site and enter their personal information for themselves and for their teen.

What type of cardholder information is recorded by the issuer?        Name, Address, Phone, Date of Birth, SS#, Drivers License#

How does issuer verify cardholder's information?        Cardholder information is verified against USA PATRIOT Act and OFAC databases via eCommLink.

Program Disclosures:        ☒ Procedures for redemption of unused funds
                             ☒ Split tender disclosure

CONFIDENTIAL

M.C. 00066

## Section VII: Chip Program

### VII.a. General Information

Number of Card Accepting locations

Is this is a multi-application card?

Merchants:
Terminals
ATMs

### VII.b. Chip Information

Card Manufacturer

Card Personalization Center

Contact Name

Contact Name

E-mail Address

E-mail Address

Address

Address

City

City

State

State

Zip

Zip

Country                     United States (USA)

Country              United States (USA)

If sourcing from additional vendors, list:

Application Provider

Operating System to be used    ☐ MULTOS
                               ☐ Other

Contact Name

E-mail Address

Version Number

Issuer ensures that operating system is EMV compatible?

Card Personalization Specification for MasterCard's Type Approval Process

Card Vendor Name

Product Name

Chip Platform

Application

PAN

Indicate what Internet authentication application will be used  (if applicable)

### VII.c. Application Type

| Application Type | On Card at Issuance | Application Technology | Application Developer | Application ID (AID") for BVT applications | Product Nam |
|---|---|---|---|---|---|
| ☐ credit MasterCard | | | | | |
| ☐ debit MasterCard | | | | | |
| ☐ Maestro | | | | | |
| ☐ Cirrus | | | | | |
| ☐ Mondex Purse | | | | | |
| ☐ Proprietary Stored Value | | | | | |

ONFIDENTIAL

M.C. 00067

☐ Affinity/Co-Branded Proprietary Account

☐ Proprietary Non-payment (e.g. loyalty)

☐ Other
specify if Other

**VII.d. Self-Certification**
Issuer certifies that it and its suppliers, as applicable, have complied with MasterCard Compliance Assessment and Security Testing  (CAST) in the development of the proprietary non -MasterCard chip application(s) described above

Issuer Senior Program Manager By :
Name
                                                                                          Title
Date

**VII.e. Deferral Request**
Issuer is familiar with the MasterCard and Maestro hybrid card rules, which are effective July    1, 1999.
Issuer intends to comply with these rules as soon as commercially possible   . However, Issuer is unable to comply at this time for the following reason  (s) (Please explain in the spaces provided below )
☐ Technology availability and cost
(e.g. incremental chip space, bank systems and domestic network upgrades/conversions, Euro, etc.)
☐ The relationship between smart card issuance and the pacing of terminal conversion to chip acceptance
☐ Other
(e.g. marketing priorities economic issues)
Issuer Senior Program Manager By :
Authorized Signature
Name
                                                                                          Title
Date

## Section VII.f. MasterCard mc2 Program

Issuing Information
Do you plan to provide chip readers
for issuing activity?

Do you plan to use the services of a
Member Service Provider  (MSP) for
issuing activity?

By checking this box, please confirm that the MSP is registered with
MasterCard International .                                    ☐ Yes

| Business Plan Card Issuing Programs | 1st Year | | 2nd Year | | 3rd Year | |
|---|---|---|---|---|---|---|
| | Number of Cards | Volume in U.S. Dollars | Number of Cards | Volume in U.S. Dollars | Number of Cards | Volume i |
| International | 0 | 0 | 0 | 0 | 0 | |
| Local | 0 | 0 | 0 | 0 | 0 | |
| Total | 0 | 0 | 0 | 0 | 0 | |

Need a new BIN?

Card Design family applying for :

Do you plan to use available colors
within the chosen family?                          Which color will you use .

TERMS OF THE APPLICATION OF ISSUANCE AND
MEMORANDUM OF UNDERSTANDING OF THE MasterCard mc² PROGRAM

These terms form an integral part of the Application for Issuance and Memorandum of Understanding of the MasterCard mc2 Program between Applicant and/or its assigns and MasterCard

## Section VIII: Multi-application Program

Section VIII .a. Proprietary Non -payment Information


ONFIDENTIAL

M.C. 00068

Type of Non-payment service (e.g.,
loyalty, medical information, building
access)

Who is providing the Non-payment
service described above?

Describe how the cardholder uses /accesses
Non-payment service

Section VIII.b. Proprietary Payment Information

Type of Payment Application
(check all that apply)

If "Other" please specify

Who is providing the Payment service
described above?

Is the Payment application general
(broad merchant base) or limited purpose
(e.g., transit, campus merchants)?

Will Stored Value program convert to
Mondex?                                  ○ Yes ○ No

If Stored Value application, define maximum and projected average
amounts that may be stored on cards :
Max

Projected Avg.

Describe how the Payment application will be used by cardholder :

Section VIII.c. Proprietary Account Number
How the proprietary account number will be incorporated onto the card

☐ embossed in the 4th line
☐ encoded on magnetic strip
☐ cross-referenced in co-brander's database
☐ Other

Please describe where and /or how the proprietary account will be utilized

Section VIII.d. Indemnification

Issuer Senior Program Manager By :
Name
Title
Date

---

## Section IX: Virtual MasterCard Solution

Section IX.a. General Information
Target Audience :

Is this program marketed on a website?

The Virtual MasterCard is available for
use in all remote environments.

www.

Program will operate under a dedicated
BIN:

Will the same BIN be used for any physical MasterCard cards?

A unique BIN has been requested?

The virtual MasterCard includes the
following:

☐ 16-digit account number
☐ Assigned CVC2 value
☐ Expiration date

How will the account number, expiration date & CVC 2 be
communicated?

Section IX.b. Account Linkage

Account linkage will be managed the same way for all accountholders  :

- Please check this box if the Virtual MasterCard Solution will be offered in conjunction with member's existing or newly issued physical MasterCard cards:
☐ Yes
- Please check the box to verify that the Virtual MasterCard will be

- Please check this box to verify that the Virtual MasterCard account holder will be offered the option to receive a physical MasterCard card in conjunction with the Virtual MasterCard
☐ Yes
- Is the physical MasterCard plastic option available at all times

ONFIDENTIAL

M.C. 00069

automatically cancelled when the physical MasterCard card is cancelled:     for cardholders in good standing?

☐ Yes                                      ○ Yes ○ No

The Virtual MasterCard account and physical MasterCard card is linked operationally

Section IX.c.
Optional Reference Device Issued

The reference device must meet the following minimum requirements (Check box to verify that device meets each requirement)

☐ No MasterCard hologram
☐ No magnetic stripe or chip
☐ No embossing
☐ No MasterCard signature panel

The following disclosures will be printed on the reference device

☐ "This program is for use in all remote environments"
☐ "This is designed for reference only and is not valid when handed to the merchant"
☐ Other

Other

Section IX d. Communication Materials

The issuer must disclose to account holders that the card -optional account is MasterCard card in all respects except that it cannot be used for any purchase where a physical card must be handed to a merchant for payment       ☐ Yes

The issuer must prominently disclose to account holders that the card -optional account cannot be used for any transaction that requires in person presentment of a physical MasterCard card .       ☐ Yes

The issuer must prominently disclose to account holders that the card -optional account cannot be used for "Dual Mode" transactions, e.g., it may not be used to purchase an item over the Internet that subsequently would require presentment of a physical MasterCard card bearing the same account number as the card -optional account in order to obtain that item . Examples include certain theatre ticket purchases, hotel stays, car rentals, and online purchases picked up in person .       ☐ Yes

## Section X: Required Signature

Section X.a. Required Signature of Authorized Representative of Member

Member Signature on file?

Section X.b. Required Signature of Authorized Representative of Partner

Partner Signature on file?

## Program Approval Status

### Preliminary Review

| Date Submitted | 01/19/2005 | Date Reviewed | Jan 19,2005 |
|---|---|---|---|
| Date Resubmitted : | | | |
| Date Additional Information Requested | | Comment Date: | |
| Program Compliant | ○ Yes ● No | Comments: | ok to approve |
| Business Days to Respond : | 0 | | |
| Program Reviewed by : | mark reviewed: | Dawn Floor | |
| Lock Review History | | | |

ONFIDENTIAL

M.C. 00070

1. Date Additional Information Requested: Jan 19, 2005, sent dan an e-mail - why are limits so high?  once a reply is received
sent to member risk.:

### Final Program Status

| Date of Status : | Status Set By : |
| --- | --- |
| Status          Approved | |
| Business Days to Approve : 5 | |

Image File --->
Entered by x367757 Jan 18, 2005 at 05:04 PM
Modified By: Satya Singh/NYC/MASTERCARD on Jul 15, 2005 at 09:21:52 AM
Modified By: Dawn Floor/NYC/MASTERCARD on Feb 08, 2005 at 10:32:23 AM
Modified By: Satya Singh/NYC/MASTERCARD on Jan 28, 2005 at 01:16:39 PM
Modified By: Dawn Floor/NYC/MASTERCARD on Jan 28, 2005 at 11:46:34 AM
Modified By: Dawn Floor/NYC/MASTERCARD on Jan 21, 2005 at 12:09:57 PM
Modified By: Satya Singh/NYC/MASTERCARD on Jan 19, 2005 at 07:56:05 AM

CONFIDENTIAL

M.C. 00071

**MasterCard International**

# Brand Standards Control System
*Special Issuing Programs*

| | |
|---|---|
| MOL Submission | Status of Program : Approved |
| Member Name : | Control Number 04-3607 NYC |

## Check all that apply :

- [ ] Affinity/Co-Brand
- [ ] Multi-application
- [ ] Private Label
- [ ] Prepaid
- [ ] Virtual MasterCard
- [ ] Chip
- [ ] Pilot program

## Section I: Member Information
Get Contact Info

| | |
|---|---|
| Member Name : | Member BIN |
| Member ICA/ID | Additional BIN |
| | Member Region          United States |
| Member Contact Last Name | |
| Contact Middle Initial | Member Contact First Name |
| Contact Address | Contact Title |
| Contact State /Prov. | Contact City /Town |
| Contact Country          United States | Contact Zip |
| Contact Fax | Contact Phone |
| | Contact Email |

## Section II: General  Program Information

| | | |
|---|---|---|
| Program Category :          Prepaid - Teen Cards | By checking this box, please confirm that a program description has been submitted ☒ Yes | |
| Residence of accountholder :          United States (USA) | Program Name : ; | |
| Will Cards be mailed directly from the issuer or from the card manufacturer to the cardholder?          Yes | Will Cards be personalized with cardholder's name?   Yes | |
| Will the program offer cash access at all the cash dispensing  locations? | Will the program entail ability to use card at all merchants that accept following brands? | |
| MasterCard :          Yes | MasterCard :          Yes | |
| Maestro :          Yes | MasterCard Electronic          not applicable | |
| Cirrus :          Yes | Maestro :          not applicable | |
| | Mondex :          not applicable | |
| Exclusive to MasterCard?          Yes | Program Launch Date  Oct 15,2004 | |
| Products offered in the Program will be  : | Debit MasterCard | |
| If Other, please enter | PrePaid Debit Card | |
| Transactions are funded with funds on deposit? | Yes | |
| Others mark (s) appearing on the card : | Pulse | |
| Program Benefits? | No | |
| If 'Yes', provide benefits : | | |
| AVS will be validated : | No | |

| Card Account Projections | Accounts | Cards |
|---|---|---|
| Year 1 | 5,000 | 5,000 |
| Year 2 | 10,000 | 10,000 |
| Year 3 | 15,000 | 15,000 |

**CONFIDENTIAL**

M.C. 00072

## Section III: Standard Affinity/Co-Branded (A/CB) Programs

Will this card program be marketed by a Co-Brander to other Co-Branders?                                                          Yes

| | | | |
|---|---|---|---|
| Full Legal Name: | ███████████ | Trade Name or DBA : | |
| Address: | | City: | ███████ |
| State/Province: | ███████ | Zip: | ███ |
| Country: | United States (USA) | | |
| Affinity/Co-Branded Type of Business : | Marketer | How long in existence? | less than 1 year |
| Partner locations acceptance information : | | | |

Does the Co-Brander accept?

If Yes, will the Co-Brander accept all cards branded with the following marks as a form of payment for all goods and services, in addition to the Co-Branded card itself?

| | | |
|---|---|---|
| MasterCard | not applicable | MasterCard |
| MasterCard Electronic | not applicable | MasterCard Electronic |
| Maestro | not applicable | Maestro |
| Mondex | not applicable | Mondex |

| | |
|---|---|
| Is the Co-Brander a brokerage firm? | No |
| Does the Co-Brander intend to use the MasterCard, MasterCard Electronic, Maestro, Cirrus and /or Mondex brand marks as applicable to this program ) to market the A /CB program? | Yes |
| Additional Partners on card : | |
| Will the 4th line of embossing be used? | Yes |
| If yes, please describe for which purpose | Cardholder may select one of a template of "catch phrases". |
| Proprietary Account Number on Card? | No |
| If yes, please complete section VIII | |
| The card program will be offered to the Co-Brander's | Customers, Other |
| If Other, please describe : | Marketed to teens and their parents. |

## Section IV: Primary Multi-tiered Affinity/Co-Branded (A/CB) Program

| | | | |
|---|---|---|---|
| Full Legal Name : | | Trade Name or DBA : | |
| Address: | | City: | |
| State/Province: | | Zip: | |
| Country: | | How long has the organization been in existence? | yr. |
| Type of Business : | Marketer | | |

Proprietary Account Number on the card?

Does the Primary Co-Brander accept?

MasterCard

MasterCard Electronic

Maestro

Mondex

If Yes, will the Co-Brander accept all cards branded with the following marks as a form of payment for all goods and services, in addition to the co-branded card itself?

CONFIDENTIAL

M.C. 00073

MasterCard

MasterCard Electronic

Maestro

Mondex

The card program will be offered to the Primary Co -Brander's:

If Other, please describe :

---

## Section V: Secondary Multi-tiered Affinity/Co-Branded Program

| | |
|---|---|
| Full Legal Name : | Trade Name or DBA : |
| Address : | City: |
| State/Province : | Zip: |
| Country. | |
| Type of Business : | How long in existence? |
| Primary application submitted? | |
| Name of Primary Partner : | Name of Primary Partner's product: |
| Does the Secondary Co -Branded partner understand the terms of this agreement? | |
| Program Name (s): | |

| Card Account Projections | Accounts | Cards |
|---|---|---|
| Year 1 | 0 | 0 |
| Year 2 | 0 | 0 |
| Year 3 | 0 | 0 |

| | |
|---|---|
| Does the secondary Co -Brander accept as applicable? | If Yes, will the secondary Co -Brander accept all the cards branded with the following marks as a form of payment for all goods and services, in addition to the Co -Branded card itself? |
| MasterCard | MasterCard |
| MasterCard Electronic | MasterCard Electronic |
| Maestro | Maestro |
| Mondex | Mondex |

The card program will be offered to the Secondary Partner's /Co-Brander's:

If Other, please describe :

---

## Section VI: Prepaid Program

| General Information | | | |
|---|---|---|---|
| The account is funded by : | Consumer | Type of Program : | Teen |
| If Other, please explain fund type: | (e.g. corporation, insurance company, non-profit organization, etc) | | |
| Program is operating under a BIN dedicated to prepaid programs? | Yes | Third Party has access to funds? | No |


CONFIDENTIAL

M.C. 00074

**Funds Management**

Type of Account :                DDA                                              Title on Account :   ███████████████

**Card Information**

Initial Load Values :                                                            What is the portfolio's total estimated funds balance by Year   2?
Minimum: $10.00         Maximum: $1,500.00                                        400,000.00

Will the card be re-loadable?   Yes

If 'Yes', reload values :
Minimum: $10.00          Maximum: $1,500.00
What is the maximum number   1                                                   What is each card account maximum    1,500.00
of loads per day?                                                                balance at any given time?
What is the maximum            1,500.00                                          What is the maximum cumulative       1,500.00
cumulative amount that can be                                                    amount  that can be spent at POI per
withdrawn from ATMs or Bank                                                      day?
Tellers per day?
How will the funds be loaded    IVR and Website will accept either credit
onto the cards?                 cards or a DDA account to perform an ACH
                                transfer.  In time customer also hopes to
                                have selected merchants as load centers
                                that will accept these forms of payments as
                                well.
What payment methods are accepted to purchase, load, or reload the card
amount?

| | | | | |
|---|---|---|---|---|
| MasterCard | Yes | | MasterCard | Yes |
| MasterCard Electronic | not applicable | | MasterCard Electronic | not applicable |
| Maestro | not applicable | | Maestro | not applicable |
| Mondex | not applicable | | Mondex | not applicable |

Cards are valid :                2 year(s)                                       24 month(s)

Cardholders have access to funds after card expiration date  :                   No

Estimate percentage of :

Domestic transaction :           95 %                                            International transaction :     5 %
* Cash withdrawals :             20 %                                              * Cash withdrawals :          50 %
* Purchases                      80 %                                              * Purchases                   50 %

Describe all parties and their roles in the authorization process  :             eCommLink is a third party process that both First PREMIER Bank and
                                                                                 Plastic Cash International have contracted to perform the authorization
**Registration**                                                                 process for all types of transactions.
What is the process to register cardholder's information?
                                                                                 Customer can order a card either at a
What type of cardholder information is recorded by the Issuer?                   website or calling a toll-free number
                                                                                 Name, Address, DOB, SSN
How does issuer verify cardholder's information?                                 Through our process, eCommLink, we
                                                                                 verify cardholder information by
                                                                                 running a check through Experian as
                                                                                 well as OFAC.

Program Disclosures :            ☒ Procedure for redemption of unused funds
                                 ☒ Split tender disclosure

---

**Section VII: Chip Program**

CONFIDENTIAL

M.C. 00075

VII.a. General Information
Number of Card Accepting locations

        Merchants :
        Terminals
         ATMs

Is this is a
multi-application
card?

VII.b. Chip Information
Card Manufacturer

Card
Personalization
Center
Contact Name

Contact Name

Contact Name

E-mail Address

E-mail Address

Address

Address

City

City

State

State

Zip

Zip

Country        United States (USA)

Country        United States (USA)

If sourcing from
additional vendors,
list:

Application Provider

Operating System  ☐ MULTOS
to be used     ☐ Other

Contact Name

E-mail Address

Version Number

Issuer ensures
that operating
system is EMV
compatible?

Card Personalization Specification for
MasterCard's Type Approval Process
Card Vendor Name
Product Name
Chip Platform
Application
PAN
Indicate what Internet authentication
application will be used (if applicable)
VII.c. Application Type

| Application Type | On Card at Issuance | Application Technology | Application Developer | Application ID (AID*) for BVT applications | Product Nam |
|---|---|---|---|---|---|
| ☐ credit MasterCard | | | | | |
| ☐ debit MasterCard | | | | | |
| ☐ Maestro | | | | | |
| ☐ Cirrus | | | | | |
| ☐ Mondex Purse | | | | | |
| ☐ Proprietary Stored Value | | | | | |
| ☐ Affinity/Co-Branded Proprietary Account | | | | | |
| ☐ Proprietary Non-payment (e.g. loyalty) | | | | | |



CONFIDENTIAL

M.C. 00076

☐ Other
specify if Other

VII d. Self-Certification
Issuer certifies that it and its suppliers, as applicable, have complied with MasterCard Compliance Assessment and Security Testing  (CAST) in the development of the proprietary non -MasterCard chip application(s) described above

Issuer Senior Program Manager By :
Name                                                                                            Title
Date

VII.e. Deferral Request
Issuer is familiar with the MasterCard and Maestro hybrid card rules, which are effective July    1, 1999. Issuer intends to comply with these rules as soon as commercially possible  . However, Issuer is unable to comply at this time for the following reason  (s) (Please explain in the spaces provided below .)
☐ Technology availability and cost
(e.g. incremental chip space, bank systems and domestic network upgrades/conversions, Euro, etc.)
☐ The relationship between smart card issuance and the pacing of terminal conversion to chip acceptance
☐ Other
(e.g. marketing priorities economic issues)
Issuer Senior Program Manager By :
Authorized Signature
Name                                                                                            Title
Date

## Section VII.f. MasterCard mc2 Program

Issuing Information
Do you plan to provide chip readers
for issuing activity?

Do you plan to use the services of a
Member Service Provider  (MSP) for
issuing activity?

By checking this box, please confirm that the MSP is registered with
MasterCard International .                                                       ☐ Yes

| Business Plan Card Issuing Programs | 1st Year | | 2nd Year | | 3rd Year | |
|---|---|---|---|---|---|---|
| | Number of Cards | Volume in U.S. Dollars | Number of Cards | Volume in U.S. Dollars | Number of Cards | Volume I |
| International | 0 | 0 | 0 | 0 | 0 | |
| Local | 0 | 0 | 0 | 0 | 0 | |
| Total | 0 | 0 | 0 | 0 | 0 | |

Need a new BIN?

Card Design family applying for :

Do you plan to use available colors
within the chosen family?                                Which color will you use :

TERMS OF THE APPLICATION OF ISSUANCE AND
MEMORANDUM OF UNDERSTANDING OF THE MasterCard mc ² PROGRAM

Note: These terms form an integral part of this Application for Issuance and Memorandum of Understanding of the MasterCard mc2 Program between Applicant and/or its Assigns and MasterCard.

## Section VIII: Multi-application Program

Section VIII .a. Proprietary Non-payment Information

Type of Non-payment service  (e.g.,
loyalty, medical information, building
access)


CONFIDENTIAL

M.C. 00077

Who is providing the Non -payment
service described above?

Describe how the cardholder uses /accesses
Non-payment service

Section VIII .b. Proprietary Payment Information

Type of Payment Application
(check all that apply)

If "Other" please specify

Who is providing the Payment service
described above?

Is the Payment application general
(broad merchant base) or limited purpose
(e.g.. transit, campus merchants)?

Will Stored Value program convert to
Mondex?        ○ Yes ○ No

If Stored Value application, define maximum and projected average
amounts that may be stored on cards :
Max

Projected Avg .

Describe how the Payment application will be used by cardholder  :

Section VIII .c. Proprietary Account Number
How the proprietary account number will be incorporated onto the card

☐ embossed in the 4th line
☐ encoded on magnetic strip
☐ cross-referenced in co-brander's database
☐ Other

Please describe where and /or how the proprietary account will be utilized
Section VIII .d. Indemnification

Issuer Senior Program Manager By :
Name
Title
Date

## Section IX: Virtual MasterCard Solution

Section IX.a. General Information
Target Audience :

Is this program marketed on a website?

The Virtual MasterCard is available for
use in all remote environments :

www.

Program will operate under a dedicated
BIN: .

Will the same BIN be used for any physical MasterCard cards?

A unique BIN has been requested?

The virtual MasterCard includes the
following:

☐ 16-digit account number
☐ Assigned CVC2 value
☐ Expiration date

How will the account number, expiration date & CVC 2 be
communicated?

Section IX .b. Account Linkage

Account linkage will be managed the same way for all accountholders  :

| |
|---|
| • Please check this box if the Virtual MasterCard Solution will be offered in conjunction with member's existing or newly issued physical MasterCard cards:<br>☐ Yes<br>• Please check the box to verify that the Virtual MasterCard will be automatically cancelled when the physical MasterCard card is cancelled<br>☐ Yes | • Please check this box to verify that the Virtual MasterCard account holder will be offered the option to receive a physical MasterCard card in conjunction with the Virtual MasterCard<br>☐ Yes<br>• Is the physical MasterCard plastic option available at all times for cardholders in good standing?<br>○ Yes ○ No |



CONFIDENTIAL

M.C. 00078

The Virtual MasterCard account and physical MasterCard card is linked operationally .

Section IX.c.
Optional Reference Device Issued

| | |
|---|---|
| The reference device must meet the following minimum requirements (Check box to verify that device meets each requirement) | ☐ No MasterCard hologram |
| | ☐ No magnetic stripe or chip |
| | ☐ No embossing |
| | ☐ No MasterCard signature panel |
| The following disclosures will be printed on the reference device | ☐ "This program is for use in all remote environments" |
| | ☐ "This is designed for reference only and is not valid when handed to the merchant" |
| | ☐ Other |
| | Other |

Section IX.d. Communication Materials

| | |
|---|---|
| The issuer must disclose to account holders that the card -optional account is MasterCard card in all respects except that it cannot be used for any purchase where a physical card must be handed to a merchant for payment . | ☐ Yes |
| The issuer must prominently disclose to account holders that the card -optional account cannot be used for any transaction that requires in person presentment of a physical MasterCard card . | ☐ Yes |
| The issuer must prominently disclose to account holders that the card -optional account cannot be used for "Dual Mode" transactions, e .g., it may not be used to purchase an item over the internet that subsequently would require presentment of a physical MasterCard card bearing the same account number as the card -optional account in order to obtain that item . Examples include certain theatre ticket purchases, hotel stays, car rentals, and online purchases picked up in person . | ☐ Yes |

## Section X: Required Signature

Section X.a. Required Signature of Authorized Representative of Member

Member Signature on file?

Section X.b. Required Signature of Authorized Representative of Partner

Partner Signature on file?

## Program Approval Status

### Preliminary Review

| Date Submitted | 09/21/2004 | Date Reviewed | Sep 21,2004 |
|---|---|---|---|
| Date Resubmitted : | | | |
| Date Additional Information Requested | | Comment Date : | |
| Program Compliant | ○ Yes ● No | Comments : | ISO approved - gave verbal |
| Business Days to Respond : | 0 | | |
| Program Reviewed by : | mark reviewed | Dawn Floor | |
| Lock Review History | | | |

1. Date Additional Information Requested: Sep 21, 2004. The cards should be marketed to the parent for their child, not directly to the child.
Will there be restrictions on the usage of the cards? If so, what are the specific restrictions?
Since the partner will be marketing to other co-branders, they should be a Primary co-brand partner, not a standard partner.


CONFIDENTIAL

M.C. 00079

Additionally, they should register as an ISO.

5. Data Additional Information Requested: Sep 21, 2004. The cards should be marketed to the parent for their child, not directly to the child.
Will there be restrictions on the usage of the cards? If so, what are the specific restrictions?
Since the partner will be marketing to other co-branders, they should be a Primary co-brand partner, not a standard partner.
Additionally, they should register as an ISO.

### Final Program Status

| Date of Status : | Status Set By : |
| --- | --- |
| Status          Approved | |
| Business Days to Approve : 9 | |

Image File --->
Entered by r865400 Sep 20, 2004 at 11:05 AM
Modified By: Michelle Kennedy/NYC/MASTERCARD on Sep 07, 2005 at 02:57:01 PM
Modified By: Michelle Kennedy/NYC/MASTERCARD on Feb 18, 2005 at 10:09:56 AM
Modified By: Satya Singh/NYC/MASTERCARD on Oct 06, 2004 at 02:50:06 PM
Modified By: Dawn Floor/NYC/MASTERCARD on Oct 06, 2004 at 11:48:04 AM
Modified By: Dawn Floor/NYC/MASTERCARD on Sep 21, 2004 at 10:30.00 AM
Modified By: Satya Singh/NYC/MASTERCARD on Sep 21, 2004 at 08:47:36 AM
Modified By: r865400/MCARD on Sep 20, 2004 at 10:05:31 AM

ONFIDENTIAL

*MasterCard International*

# Brand Standards Control System
## *Special Issuing Programs*

Notes Submission
Member Name: ▮▮▮▮▮▮

Status of Program :   Approved
Control Number    95-3130 NYC

### Check all that apply :

- [x] Affinity/Co-Brand
  - [x] Standard
  - [ ] Primary
  - [ ] Secondary
- [x] Prepaid
- [ ] Chip

- [ ] Multi-application

- [ ] Virtual MasterCard
- [ ] Pilot program

- [ ] Private Label

## Section I: Member Information
Get Contact Info

| | |
|---|---|
| Member Name | Member BIN |
| Member ICA/ID ▮▮▮▮▮▮ | Additional BIN ▮▮▮▮▮▮ |
| | Member Region    United States |
| Member Contact Last ▮▮▮▮▮▮ | |
| Name | |
| Contact Middle Initial | |
| Contact Address ▮▮▮▮▮▮ | Member Contact First Name ▮▮▮▮ |
| Contact State /Prov. | Contact Title |
| Contact Country    United States | Contact City /Town |
| Contact Fax | Contact Zip |
| | Contact Phone |
| | Contact Email |

## Section II: General  Program Information

| | |
|---|---|
| Program Category: Prepaid - Teen Cards | By checking this box, please confirm that a program description has been submitted [x] Yes |
| Residence of accountholder : United States of America | Program Name : |
| Will Cards be mailed directly from the issuer or from the card manufacturer to the cardholder?    Yes | Will Cards be personalized with cardholder's name?   Yes |
| Will the program offer cash access at all the cash dispensing  locations? | Will the program entail ability to use card at all merchants that accept following brands? |

| | | | |
|---|---|---|---|
| MasterCard: | Yes | MasterCard: | Yes |
| Maestro: | Yes | MasterCard | Yes |
| Cirrus: | Yes | Electronic: | |
| | | Maestro: | Yes |
| | | Mondex: | Yes |

| | |
|---|---|
| Exclusive to MasterCard?    Yes | Program Launch Date  May 30,2005 |
| Products offered in the Program will be : | Debit MasterCard |
| If Other, please enter | |
| Transactions are funded with funds on deposit? | Yes |
| Others mark (s) appearing on the card : | ▮▮▮▮▮ |
| Program Benefits? | Yes |
| If 'Yes', provide benefits : | |
| AVS will be validated : | Yes |

| Card Account Projections | Accounts | Cards |
|---|---|---|
| Year 1 | 50,000 | 50,000 |



CONFIDENTIAL

M.C. 00081

| | | |
|---|---|---|
| Year 2 | 100,000 | 100,000 |
| Year 3 | 100,000 | 100,000 |

## Section III: Standard Affinity/Co-Branded (A/CB) Programs

Will this card program be marketed by a Co -Brander to other Co -Branders?   No

Full Legal Name :                                    Trade Name or DBA :
Address :                                            City:

State/Province:

Country:

Affinity/Co-Branded         Cobrand
Type of Business :          financial

Partner locations acceptance                        How long in existence?        30 yrs.
information :

Does the Co -Brander accept?                        If Yes, will the Co -Brander accept all cards branded with the following
                                                    marks as a form of payment for all goods and services, in addition to
                                                    the Co-Branded card itself?

MasterCard              Yes                         MasterCard              Yes
MasterCard Electronic   Yes                         MasterCard  Electronic  Yes

Maestro                 Yes                         Maestro                 Yes

Mondex                  Yes                         Mondex                  Yes

Is the Co -Brander a brokerage firm?                No
Does the Co -Brander intend to use the MasterCard, MasterCard Electronic,   No
Maestro, Cirrus and /or Mondex brand marks as applicable to this program )
to market the A /CB program?
Additional Partners on card :
Will the 4th line of embossing be used?             No

Proprietary Account Number on Card?                 No
If yes, please complete section VIII

The card program will be offered to the Co -Brander's   Customers
If Other, please describe :

## Section IV: Primary Multi-tiered Affinity/Co-Branded (A/CB) Program

Full Legal Name:                                    Trade Name or DBA :
Address:                                            City:
State/Province:                                     Zip:
Country:                                            How long has the organization been   yr.
                                                    in existence?
Type of Business :

Proprietary Account Number on the card?
Does the Primary Co -Brander accept?

MasterCard

MasterCard Electronic

Maestro

Mondex

ONFIDENTIAL

M.C. 00082

If Yes, will the Co -Brander accept all cards branded with the following marks as a form of payment for all goods and services, in addition to the co-branded card itself?

MasterCard

MasterCard Electronic

Maestro

Mondex

The card program will be offered to the Primary Co -Brander's :

If Other, please describe :

---

## Section V: Secondary Multi-tiered Affinity/Co-Branded Program

| | |
|---|---|
| Full Legal Name : | Trade Name or DBA : |
| Address: | City: |
| State/Province : | Zip: |
| Country: | |
| Type of Business : | How long in existence? |
| Primary application submitted? | |
| Name of Primary Partner : | Name of Primary Partner's product: |
| Does the Secondary Co -Branded partner understand the terms of this agreement? | |
| Program Name (s): | |

| Card Account Projections | Accounts | Cards |
|---|---|---|
| Year 1 | 0 | 0 |
| Year 2 | 0 | 0 |
| Year 3 | 0 | 0 |

Does the secondary Co -Brander accept as applicable?

If Yes, will the secondary Co -Brander accept all the cards branded with the following marks as a form of payment for all goods and services, in addition to the Co -Branded card itself?

MasterCard                              MasterCard

MasterCard Electronic                   MasterCard Electronic

Maestro                                 Maestro

Mondex                                  Mondex

The card program will be offered to the Secondary Partner's /Co-Brander's :

If Other, please describe :

---

## Section VI: Prepaid Program

| General Information | | | |
|---|---|---|---|
| The account is funded by : | Consumer | Type of Program : | Teen |
| If Other, please explain fund type: | student (e.g. corporation, insurance company, non-profit organization, etc) | | |
| Program is operating under a | Yes | Third Party has access to funds? | No |

CONFIDENTIAL

M.C. 00083

BIN dedicated to prepaid programs?

**Funds Management**

Type of Account :          DDA - pooled funds account          Title on Account :

Card Information

Initial Load Values :                                              What is the portfolio's total estimated funds balance by Year   2?
Minimum: $25          Maximum: $1000                              4.7 MM

Will the card be re-loadable?     Yes

If 'Yes', reload values :
Minimum: $25          Maximum: $1000
What is the maximum number   2                                   What is each card account maximum   1000
of loads per day?                                                balance at any given time?
What is the maximum          500                                 What is the maximum cumulative
cumulative amount that can be                                    amount  that can be spent at POI per
withdrawn from ATMs or Bank                                      day?
Tellers per day?
How will the funds be loaded   Via CC, debit card, ACH from DDA over web
onto the cards?               or phone
What payment methods are accepted to purchase, load, or reload the card
amount?

MasterCard                  Yes

MasterCard Electronic       Yes                    MasterCard               Yes

Maestro                     Yes                    MasterCard Electronic    Yes

Mondex                      Yes                    Maestro                  Yes

                                                   Mondex                   Yes

Cards are valid :           2 year(s)              month(s)

Cardholders have access to funds after card expiration date  :
                                                   Yes

Estimate percentage of :

Domestic transaction :      98 %
* Cash withdrawals :        2 %                    International transaction :       2 %
* Purchases                 98 %                   * Cash withdrawals :              1 %
                                                   * Purchases                       1 %

Describe all parties and their roles in the authorization process  :

**Registration**
What is the process to register cardholder's information?
                                                   Parent will log online to apply or apply
                                                   via 800 number. After Patriot Act
                                                   assessment the card will be fulfilled via
What type of cardholder information is recorded by the issuer?    Oberthur I.A.
How does issuer verify cardholder's information?    Name, DOB, SSN#, address, etc.
Program Disclosures :          ☐ Procedure for redemption of unused funds
                               ☐ Split tender disclosure

**Section VII: Chip Program**

VII.a. General Information
Number of Card Accepting locations                                Is this is a
                                                                  multi-application
                                                                  card?



ONFIDENTIAL

M.C. 00084

Merchants:
Terminals
ATMs

VII.b. Chip Information
Card Manufacturer

Contact Name

E-mail Address

Address

City

State

Zip

Country

Card
Personalization
Center
Contact Name

E-mail Address

Address

City

State

Zip

Country

If sourcing from
additional vendors,
list:

Application Provider

Contact Name

E-mail Address

Version Number

Operating System
to be used

☐ MULTOS
☐ Other

Issuer ensures
that operating
system is EMV
compatible?

Card Personalization Specification for
MasterCard's Type Approval Process
Card Vendor Name
Product Name
Chip Platform
Application
PAN

Indicate what internet authentication
application will be used (if applicable)
VII.c. Application Type
Application Type

| | On Card at Issuance | Application Technology | Application Developer | Application ID (AID*) for BVT applications | Product Name |
|---|---|---|---|---|---|
| ☐ credit MasterCard | | | | | |
| ☐ debit MasterCard | | | | | |
| ☐ Maestro | | | | | |
| ☐ Cirrus | | | | | |
| ☐ Mondex Purse | | | | | |
| ☐ Proprietary Stored Value | | | | | |
| ☐ Affinity/Co-Branded Proprietary Account | | | | | |
| ☐ Proprietary Non-payment (e.g. loyalty) | | | | | |
| ☐ Other | | | | | |
| specify if Other | | | | | |



CONFIDENTIAL

M.C. 00085

VII.d. Self-Certification

Issuer certifies that it and its suppliers, as applicable, have complied with MasterCard Compliance Assessment and Security Testing  (CAST) in the development of the proprietary non -MasterCard chip application(s) described above

Issuer Senior Program Manager By :
Name

Date                                                                                                                    Title

VII.e. Deferral Request

Issuer is familiar with the MasterCard and Maestro hybrid card rules, which are effective July   1, 1999, Issuer intends to comply with these rules as soon as commercially possible  . However, Issuer is unable to comply at this time for the following reason  (s) (Please explain in the spaces provided below  )

☐ Technology availability and cost
(e.g. incremental chip space, bank systems and domestic network upgrades/conversions, Euro, etc.)
☐ The relationship between smart card issuance and the pacing of terminal conversion to chip acceptance
☐ Other
(e.g. marketing priorities economic issues)

Issuer Senior Program Manager By :
Authorized Signature
Name

Date                                                                                                                    Title

## Section VII.f. MasterCard mc2 Program

Issuing Information

Do you plan to provide chip readers
for issuing activity?

Do you plan to use the services of a
Member Service Provider (MSP) for
issuing activity?

By checking this box, please confirm that the MSP is registered with
MasterCard International .                                          ☐ Yes

| Business Plan Card Issuing Programs | 1st Year | | 2nd Year | | 3rd Year | |
|---|---|---|---|---|---|---|
| | Number of Cards | Volume in U.S. Dollars | Number of Cards | Volume in U.S. Dollars | Number of Cards | Volume i... ... |
| International | 0 | 0 | 0 | 0 | 0 | |
| Local | 0 | 0 | 0 | 0 | 0 | |
| Total | 0 | 0 | 0 | 0 | 0 | |

Need a new BIN?

Card Design family applying for :

Do you plan to use available colors
within the chosen family?                               Which color will you use :

TERMS OF THE APPLICATION OF ISSUANCE AND
MEMORANDUM OF UNDERSTANDING OF THE MasterCard mc ³ PROGRAM

Note: These terms form an integral part of the Application for Issuance and Memorandum of Understanding of the MasterCard mc 2 Program between Applicant and/or its assigns and MasterCard.

## Section VIII: Multi-application Program

Section VIII .a. Proprietary Non -payment Information

Type of Non-payment service  (e.g.,
loyalty, medical information, building
access)

Who is providing the Non -payment               Describe how the cardholder uses /accesses
service described above?                              Non-payment service

ONFIDENTIAL

M.C. 00086

Section VIII.b. Proprietary Payment Information

Type of Payment Application
(check all that apply)

If "Other" please specify

Who is providing the Payment service
described above?

Is the Payment application general
(broad merchant base) or limited purpose
(e.g., transit, campus merchants)?

Will Stored Value program convert to
Mondex?                              ⭘ Yes ⭘ No

If Stored Value application, define maximum and projected average
amounts that may be stored on cards :
Max

Projected Avg .

Describe how the Payment application will be used by cardholder :

Section VIII.c. Proprietary Account Number
How the proprietary account number will be incorporated onto the card
  ☐ embossed in the 4th line
  ☐ encoded on magnetic strip
  ☐ cross-referenced in co-brander's database
  ☐ Other

Please describe where and /or how the proprietary account will be utilized

Section VIII.d. Indemnification

Issuer Senior Program Manager By :
Name
Title
Date

## Section IX: Virtual MasterCard Solution

Section IX.a. General Information
Target Audience :

The Virtual MasterCard is available for
use in all remote environments :

Is this program marketed on a website?
                                         www.
Program will operate under a dedicated
BIN:

Will the same BIN be used for any physical MasterCard cards?

A unique BIN has been requested?

The virtual MasterCard includes the
following:
  ☐ 16-digit account number
  ☐ Assigned CVC2 value
  ☐ Expiration date

How will the account number, expiration date & CVC 2 be
communicated?

Section IX.b. Account Linkage

Account linkage will be managed the same way for all accountholders :

| | |
|---|---|
| • Please check this box if the Virtual MasterCard Solution will be offered in conjunction with member's existing or newly issued physical MasterCard cards:<br>☐ Yes<br>• Please check the box to verify that the Virtual MasterCard will be automatically cancelled when the physical MasterCard card is cancelled<br>☐ Yes | • Please check this box to verify that the Virtual MasterCard account holder will be offered the option to receive a physical MasterCard card in conjunction with the Virtual MasterCard<br>☐ Yes<br>• Is the physical MasterCard plastic option available at all times for cardholders in good standing?<br>⭘ Yes ⭘ No |

The Virtual MasterCard account and physical MasterCard card is linked operationally

Section IX.c.
Optional Reference Device Issued


ONFIDENTIAL

M.C. 00087

The reference device must meet the following minimum requirements (Check box to verify that device meets each requirement)

- ☐ No MasterCard hologram
- ☐ No magnetic stripe or chip
- ☐ No embossing
- ☐ No MasterCard signature panel

The following disclosures will be printed on the reference device

- ☐ "This program is for use in all remote environments"
- ☐ "This is designed for reference only and is not valid when handed to the merchant"
- ☐ Other

Other

### Section IX.d. Communication Materials

The issuer must disclose to account holders that the card -optional account is MasterCard card in all respects except that it cannot be used for any purchase where a physical card must be handed to a merchant for payment .    ☐ Yes

The issuer must prominently disclose to account holders that the card -optional account cannot be used for any transaction that requires in person presentment of a physical MasterCard card    ☐ Yes

The issuer must prominently disclose to account holders that the card -optional account cannot be used for "Dual Mode" transactions, e.g., it may not be used to purchase an item over the internet that subsequently would require presentment of a physical MasterCard card bearing the same account number as the card -optional account in order to obtain that item . Examples include certain theatre ticket purchases, hotel stays, car rentals, and online purchases picked up in person .    ☐ Yes

## Section X: Required Signature

Section X.a. Required Signature of Authorized Representative of Member

Member Signature on file?                          Yes

Section X.b. Required Signature of Authorized Representative of Partner

Partner Signature on file?

## Program Approval Status

### Preliminary Review

| | | | |
|---|---|---|---|
| Date Submitted | 03/29/2005 | Date Reviewed | Mar 29,2005 |
| Date Resubmitted : | | | |
| Date Additional Information Requested | | Comment Date : | |
| Program Compliant | ○ Yes ● No | Comments : | see file |
| Business Days to Respond : | 3 | | |
| Program Reviewed by : | mark reviewed | Douglas Bausch | |
| Lock Review History | | | |

### Final Program Status

| | | |
|---|---|---|
| Date of Status : | | Status Set By : |
| Status | Approved | |

ONFIDENTIAL

Business Days to Approve : 18

Image File ---->
Entered by Satya Singh Mar 29, 2005 at 02:03 PM
Modified By: Satya Singh/NYC/MASTERCARD on Mar 03, 2006 at 01:45:11 PM
Modified By: Dawn Floor/NYC/MASTERCARD on Sep 21, 2005 at 10:14:55 AM
Modified By: Satya Singh/NYC/MASTERCARD on Mar 29, 2005 at 02:14:07 PM

CONFIDENTIAL

M.C. 00089

**MasterCard International**

# Brand Standards Control System
## Special Issuing Programs

MOL Submission
Member Name :                                Status of Program :        Approved
                                             Control Number            05-2501 NYC

### Check all that apply :

- [x] Affinity/Co-Brand
  - [ ] Standard
  - [x] Primary
  - [ ] Secondary
- [x] Prepaid
- [ ] Chip

- [ ] Multi-application

- [ ] Virtual MasterCard
- [ ] Pilot program

- [ ] Private Label

## Section I: Member Information
Get Contact info

| | | |
|---|---|---|
| Member Name : | Member BIN | |
| Member ICA /ID | Additional BIN | |
| | Member Region | United States |
| Member Contact Last Name | | |
| Contact Middle Initial | Member Contact First Name | |
| Contact Address | Contact Title | |
| Contact State /Prov. | Contact City /Town | |
| Contact Country | United States | Contact Zip |
| Contact Fax | Contact Phone | |
| | Contact Email | |

## Section II: General  Program Information

| | |
|---|---|
| Program Category :       Prepaid - Teen Cards | By checking this box, please confirm that a program description has been submitted  [ ] Yes |
| Residence of accountholder :      United States (USA) | Program Name : |
| Will Cards be mailed directly from the issuer or from the card manufacturer to the cardholder?     Yes | Will Cards be personalized with cardholder's name?    Yes |
| Will the program offer cash access at all the cash dispensing  locations? | Will the program entail ability to use card at all merchants that accept following brands? |

| | | | | |
|---|---|---|---|---|
| MasterCard : | Yes | MasterCard : | Yes | |
| Maestro: | Yes | MasterCard Electronic : | No | |
| Cirrus: | Yes | Maestro: | No | |
| | | Mondex: | No | |

| | |
|---|---|
| Exclusive to MasterCard?          Yes | Program Launch Date  Aug 01,2005 |
| Products offered in the Program will be : | Debit MasterCard |
| If Other, please enter | |
| Transactions are funded with funds on deposit? | Yes |
| Others mark (s) appearing on the card : | |
| Program Benefits? | No |
| If 'Yes', provide benefits : | |
| AVS will be validated : | Yes |

| Card Account Projections | Accounts | Cards |
|---|---|---|
| Year 1 | 5,000 | 5,000 |
| Year 2 | 7,500 | 7,500 |



CONFIDENTIAL

M.C. 00090

| Year 3 | 10,000 | 10,000 |
|---|---|---|

## Section III: Standard Affinity/Co-Branded (A/CB) Programs

Will this card program be marketed by a Co -Brander to other Co -Branders?

| | |
|---|---|
| Full Legal Name: | Trade Name or DBA : |
| Address : | City: |
| State/Province: | Zip: |
| Country: | |
| Affinity/Co-Branded | |
| Type of Business : | How long in existence? |

Partner locations acceptance
information :

Does the Co-Brander accept?    If Yes, will the Co -Brander accept all cards branded with the following
marks as a form of payment for all goods and services, in addition to
the Co-Branded card itself?

| | |
|---|---|
| MasterCard | MasterCard |
| MasterCard Electronic | MasterCard  Electronic |
| Maestro | Maestro |
| Mondex | Mondex |

Is the Co -Brander a brokerage firm?
Does the Co-Brander intend to use the MasterCard, MasterCard Electronic,
Maestro, Cirrus and /or Mondex brand marks as applicable to this program  )
to market the A /CB program?
Additional Partners on card :
Will the 4th line of embossing be used?

Proprietary Account Number on Card?
If yes, please complete section VIII

The card program will be offered to the Co -Brander's
If Other, please describe :

## Section IV: Primary Multi-tiered Affinity/Co-Branded (A/CB) Program

| | |
|---|---|
| Full Legal Name: | Trade Name or DBA : |
| Address: | City: |
| State/Province: | Zip: |
| Country: United States (USA) | How long has the organization been in existence? 2 yr. |
| Type of Business : | |

Proprietary Account Number on the card?    No
Does the Primary Co -Brander accept?

| | |
|---|---|
| MasterCard | No |
| MasterCard Electronic | No |
| Maestro | No |
| Mondex | No |

CONFIDENTIAL

If Yes, will the Co -Brander accept all cards branded with the following marks as a form of payment for all goods and services, in addition to the co-branded card itself?

MasterCard           No

MasterCard Electronic   No

Maestro              No

Mondex               No

The card program will be offered to the Primary Co -Brander's:          Customers

If Other, please describe :

## Section V: Secondary Multi-tiered Affinity/Co-Branded Program

| Full Legal Name: | Trade Name or DBA : |
|---|---|
| Address: | City: |
| State/Province: | Zip: |
| Country: | |

Type of Business :

How long in existence?

Primary application submitted?

Name of Primary Partner :

Name of Primary Partner's product:

Does the Secondary Co -Branded partner understand the terms of this agreement?

Program Name (s):

| Card Account Projections | Accounts | Cards |
|---|---|---|
| Year 1 | 0 | 0 |
| Year 2 | 0 | 0 |
| Year 3 | 0 | 0 |

Does the secondary Co -Brander accept as applicable?

If Yes, will the secondary Co -Brander accept all the cards branded with the following marks as a form of payment for all goods and services, in addition to the Co -Branded card itself?

MasterCard                MasterCard

MasterCard Electronic     MasterCard Electronic

Maestro                   Maestro

Mondex                    Mondex

The card program will be offered to the Secondary Partner's  /Co-Brander's:

If Other, please describe :

## Section VI: Prepaid Program

| General Information | | |
|---|---|---|
| The account is funded by : | Consumer | Type of Program : |

Teen

If Other, please explain fund type:          (e.g. corporation, insurance company, non-profit organization, etc)

CONFIDENTIAL

M.C. 00092

| | | | |
|---|---|---|---|
| Program is operating under a BIN dedicated to prepaid programs? | Yes | Third Party has access to funds? | No |

**Funds Management**

| | | | |
|---|---|---|---|
| Type of Account : | DDA | Title on Account : | ███████ |

**Card Information**

Initial Load Values :

What is the portfolio's total estimated funds balance by Year 2? 243,000,000

| | | |
|---|---|---|
| Minimum: $10 | Maximum: $2500 | |

| | |
|---|---|
| Will the card be re-loadable? | Yes |

If 'Yes', reload values :

| | | | |
|---|---|---|---|
| Minimum: $10 | Maximum: $2500 | | |
| What is the maximum number of loads per day? | 1 | What is each card account maximum balance at any given time? | 2500 |
| What is the maximum cumulative amount that can be withdrawn from ATMs or Bank Tellers per day? | 500 | What is the maximum cumulative amount that can be spent at POI per day? | 2500 |
| How will the funds be loaded onto the cards? | The parent will use the control features to determine amounts which can be loaded to the card. | | |

What payment methods are accepted to purchase, load, or reload the card amount?

| | | | |
|---|---|---|---|
| MasterCard | Yes | | |
| MasterCard Electronic | No | MasterCard | Yes |
| Maestro | Yes | MasterCard Electronic | No |
| Mondex | No | Maestro | Yes |
| | | Mondex | No |

| | | | |
|---|---|---|---|
| Cards are valid : | 3 year(s) | 0 month(s) | |
| Cardholders have access to funds after card expiration date : | | Yes | |

Estimate percentage of :

| | | | |
|---|---|---|---|
| Domestic transaction : | 95 % | International transaction : | 5 % |
| * Cash withdrawals : | 5 % | * Cash withdrawals : | 5 % |
| * Purchases | 95 % | * Purchases | 95 % |

Describe all parties and their roles in the authorization process :

eCommLink will verify data and approve authorization

**Registration**

| | |
|---|---|
| What is the process to register cardholder's information? | Cards are sent to the parents address. The parent may contact IVR or the web site to register. |
| What type of cardholder information is recorded by the issuer? | Cardholder name, address and government ID is recorded. |
| How does issuer verify cardholder's information? | nCommLink will use OFAC and AVS check information. |

Program Disclosures :  ☒ Procedure for redemption of unused funds
                        ☒ Split tender disclosure

## Section VII: Chip Program

VII.a. General Information

ONFIDENTIAL

M.C. 00093

Number of Card Accepting locations

Merchants:
Terminals
ATMs

Is this is a
multi-application
card?

VII.b. Chip Information
Card Manufacturer

Card
Personalization
Center
Contact Name

Contact Name

E-mail Address

E-mail Address

Address

Address

City

City

State

State

Zip

Zip

Country                                United States (USA)

Country                United States (USA)

If sourcing from
additional vendors,
list:

Application Provider

Operating System
to be used

☐ MULTOS
☐ Other

Contact Name

E-mail Address

Version Number

Issuer ensures
that operating
system is EMV
compatible?

Card Personalization Specification for
MasterCard's Type Approval Process
Card Vendor Name
Product Name
Chip Platform
Application
PAN
Indicate what intranet authentication
application will be used (if applicable)
VII.c. Application Type

| Application Type | On Card at Issuance | Application Technology | Application Developer | Application ID (AID") for BVT applications | Product Nam |
|---|---|---|---|---|---|
| ☐ credit MasterCard | | | | | |
| ☐ debit MasterCard | | | | | |
| ☐ Maestro | | | | | |
| ☐ Cirrus | | | | | |
| ☐ Mondex Purse | | | | | |
| ☐ Proprietary Stored Value | | | | | |
| ☐ Affinity/Co-Branded Proprietary Account | | | | | |
| ☐ Proprietary Non-payment (e.g. loyalty) | | | | | |

ONFIDENTIAL

M.C. 00094

☐ Other
specify if Other

**VII.d. Self-Certification**
Issuer certifies that it and its suppliers, as applicable, have complied with MasterCard Compliance Assesment and Security Testing   (CAST) in the development of the proprietary non -MasterCard chip application(s) described above

Issuer Senior Program Manager By :
Name                                                                                                                    Title
Date

**VII.e. Deferral Request**
Issuer is familiar with the MasterCard and Maestro hybrid card rules, which are effective July   1, 1999. Issuer intends to comply with these rules as soon as commercially possible   . However, Issuer is unable to comply at this time for the following reason  (s) (Please explain in the spaces provided below  )
☐ Technology availability and cost
(e.g. incremental chip space, bank systems and domestic network upgrades/conversions, Euro, etc.)
☐ The relationship between smart card issuance and the pacing of terminal conversion to chip acceptance
☐ Other
(e.g. marketing priorities economic issues)
Issuer Senior Program Manager By :
Authorized Signature
Name                                                                                                                    Title
Date

## Section VII.f. MasterCard mc2 Program

Issuing Information
Do you plan to provide chip readers
for issuing activity?

Do you plan to use the services of a
Member Service Provider  (MSP) for
issuing activity?

By checking this box, please confirm that the MSP is registered with        ☐ Yes
MasterCard International .

| Business Plan | 1st Year | | 2nd Year | | 3rd Year | |
|---|---|---|---|---|---|---|
| Card Issuing Programs | Number of Cards | Volume in U.S. Dollars | Number of Cards | Volume in U.S. Dollars | Number of Cards | Volume i |
| International | 0 | 0 | 0 | 0 | 0 | |
| Local | 0 | 0 | 0 | 0 | 0 | |
| Total | 0 | 0 | 0 | 0 | 0 | |

Need a new BIN?

Card Design family applying for .

Do you plan to use available colors
within the chosen family?                                               Which color will you use :

TERMS OF THE APPLICATION OF ISSUANCE AND
MEMORANDUM OF UNDERSTANDING OF THE MasterCard mc $^2$ PROGRAM

Note: These terms form an integral part of the Application for Issuance and Memorandum of Understanding of the MasterCard mc2 Program between Applicant and/or its assigns and MasterCard.

## Section VIII: Multi-application Program

Section VIII .a. Proprietary Non -payment Information

Type of Non -payment service  (e.g.,
loyalty, medical information, building
access)
Who is providing the Non -payment                                Describe how the cardholder uses /accesses


ONFIDENTIAL

M.C. 00095

service described above?

Section VIII.b. Proprietary Payment Information

Type of Payment Application
(check all that apply)

If "Other" please specify

Who is providing the Payment service
described above?
Is the Payment application general
(broad merchant base) or limited purpose
(e.g., transit, campus merchants)?

If Stored Value application, define maximum and projected average
amounts that may be stored on cards :
Max

Describe how the Payment application will be used by cardholder  :

Section VIII.c. Proprietary Account Number
How the proprietary account number will be incorporated onto the card

Please describe where and /or how the proprietary account will be utilized
Section VIII.d. Indemnification

Issuer Senior Program Manager By :
Name
Title
Date

Non-payment service

Will Stored Value program convert to      ◯ Yes ◯ No
Mondex?

Projected Avg .

☐ embossed in the 4th line
☐ encoded on magnetic strip
☐ cross-referenced in co-brander's database
☐ Other

## Section IX: Virtual MasterCard Solution

Section IX.a. General Information
Target Audience :

The Virtual MasterCard is available for
use in all remote environments :

Will the same BIN be used for any physical MasterCard cards?

A unique BIN has been requested?

The Virtual MasterCard includes the
following:

☐ 16-digit account number
☐ Assigned CVC2 value
☐ Expiration date

Is this program marketed on a website?
                                    www.
Program will operate under a dedicated
BIN:

How will the account number, expiration date & CVC 2 be
communicated?

Section IX.b. Account Linkage

Account linkage will be managed the same way for all accountholders  :

| • Please check this box if the Virtual MasterCard Solution will be offered in conjunction with member's existing or newly issued physical MasterCard cards: ☐ Yes • Please check the box to verify that the Virtual MasterCard will be automatically cancelled when the physical MasterCard card is cancelled ☐ Yes | • Please check this box to verify that the Virtual MasterCard account holder will be offered the option to receive a physical MasterCard card in conjunction with the Virtual MasterCard ☐ Yes • Is the physical MasterCard plastic option available at all times for cardholders in good standing? ◯ Yes ◯ No |
| --- | --- |

CONFIDENTIAL

M.C. 00096

The Virtual MasterCard account and physical MasterCard card is linked operationally  .

Section IX.c.
Optional Reference Device Issued

The reference device must meet the
following minimum requirements  (Check
box to verify that device meets each
requirement)

☐ No MasterCard hologram
☐ No magnetic stripe or chip
☐ No embossing
☐ No MasterCard signature panel

The following disclosures will be printed
on the reference device

☐ "This program is for use in all remote environments"
☐ "This is designed for reference only and is not valid when handed to the merchant"
☐ Other
Other

Section IX.d. Communication Materials

| | |
|---|---|
| The issuer must disclose to account holders that the card  -optional account is MasterCard card in all respects except that it cannot be used for any purchase where a physical card must be handed to a merchant for payment | ☐ Yes |
| The issuer must prominently disclose to account holders that the card  -optional account cannot be used for any transaction that requires in person presentment of a physical MasterCard card | ☐ Yes |
| The issuer must prominently disclose to account holders that the card  -optional account cannot be used for "Dual Mode" transactions, e.g., it may not be used to purchase an item over the internet that subsequently would require presentment of a physical MasterCard card bearing the same account number as the card  -optional account in order to obtain that item . Examples include certain theatre ticket purchases, hotel stays, car rentals, and online purchases picked up in person . | ☐ Yes |

## Section X: Required Signature

Section X.a. Required Signature of Authorized Representative of Member

Member Signature on file?                                        Yes

Section X.b. Required Signature of Authorized Representative of Partner

Partner Signature on file?

## Program Approval Status

### Preliminary Review

| Date Submitted | 07/11/2005 | Date Reviewed | Jul 11,2005 |
|---|---|---|---|
| Date Resubmitted : | | | |
| Date Additional Information Requested | | Comment Date : | |
| Program Compliant | ● Yes ○ No | Comments : | sent email approval |
| Business Days to Respond : | 2 | | |
| Program Reviewed by : | mark reviewed | | |

Lock Review History

1.  Date Additional Information Requested:  Jul 13, 2005, sent email approval;

### Final Program Status

| Date of Status : | | Status Set By : | |
|---|---|---|---|

CONFIDENTIAL

M.C. 00097

Status            Approved
Business Days to Approve : 2

Image File ·--->
Entered by x367757 Jun 08, 2005 at 05:32 PM
Modified By: Satya Singh/NYC/MASTERCARD on Jul 19, 2005 at 11:51:37 AM
Modified By: Michelle Kennedy/NYC/MASTERCARD on Jul 13, 2005 at 03:25:44 PM
Modified By: Michelle Kennedy/NYC/MASTERCARD on Jul 13, 2005 at 09:37:55 AM
Modified By: Satya Singh/NYC/MASTERCARD on Jul 11, 2005 at 04:08:07 PM
Modified By: x367757/MCARD on Jul 11, 2005 at 02:08:29 PM
Modified By: x367757/MCARD on Jun 08, 2005 at 04:34:25 PM

CONFIDENTIAL

M.C. 00098

**MasterCard International**

# Brand Standards Control System
## Special Issuing Programs

Notes Submission
Member Name:                                    Status of Program :    Approved
                                                Control Number

Check all that apply :

- [ ] Affinity/Co-Brand    [ ] Multi-application    [ ] Private Label
- [X] Prepaid    [ ] Virtual MasterCard
- [ ] Chip    [ ] Pilot program

## Section I: Member Information
Get Contact Info

| | |
|---|---|
| Member Name | Member BIN |
| Member ICA /ID | Additional BIN |
| Member Contact Last Name | Member Region   United States |
| Contact Middle Initial | |
| Contact Address | Member Contact First Name |
| Contact State /Prov. | Contact Title |
| Contact Country   United States | Contact City /Town |
| Contact Fax | Contact Zip |
| | Contact Phone |
| | Contact Email |

## Section II: General  Program Information

| | |
|---|---|
| Program Category :   Prepaid - Teen Cards | By checking this box, please confirm that a program description has been submitted [X] Yes |
| Residence of accountholder   United States of America | Program Name : |
| Will Cards be mailed directly from the issuer or from the card manufacturer to the cardholder?   Yes | Will Cards be personalized with cardholder's name?  Yes |
| Will the program offer cash access at all the cash dispensing  locations? | Will the program entail ability to use card at all merchants that accept following brands? |

| MasterCard : | Yes | MasterCard : | Yes |
|---|---|---|---|
| Maestro: | No | MasterCard Electronic: | No |
| Cirrus: | No | Maestro: | No |
| | | Mondex: | No |

| | |
|---|---|
| Exclusive to MasterCard?   Yes | Program Launch Date  Jun 28,2004 |
| Products offered in the Program will be  : | Debit MasterCard |
| If Other, please enter | |
| Transactions are funded with funds on deposit? | Yes |
| Others mark (s) appearing on the card : | Pulse, Plus |
| Program Benefits? | No |
| If 'Yes', provide benefits : | |
| AVS will be validated : | Yes |

| Card Account Projections | Accounts | Cards |
|---|---|---|
| Year 1 | 1600 | 5000 |
| Year 2 | 2000 | 6000 |
| Year 3 | 2800 | 9000 |

**CONFIDENTIAL**

M.C. 00099

## Section III: Standard Affinity/Co-Branded (A/CB) Programs

Will this card program be marketed by a Co -Brander to other Co -Branders?

Full Legal Name:

Address :                                                    Trade Name or DBA :

                                                             City:

State/Province:

                                                             Zip:

Country:

Affinity/Co-Branded

Type of Business :

                                                             How long in existence?

Partner locations acceptance
information :

Does the Co -Brander accept?                                 If Yes, will the Co -Brander accept all cards branded with the following
                                                             marks as a form of payment for all goods and services, in addition to
                                                             the Co-Branded card itself?

MasterCard                                                   MasterCard

MasterCard Electronic                                        MasterCard  Electronic

Maestro                                                      Maestro

Mondex                                                       Mondex

Is the Co -Brander a brokerage firm?

Does the Co -Brander intend to use the MasterCard, MasterCard Electronic,
Maestro, Cirrus and /or Mondex brand marks as applicable to this program  )
to market the A /CB program?

Additional Partners on card :

Will the 4th line of embossing be used?

Proprietary Account Number on Card?

If yes, please complete section VIII

The card program will be offered to the Co -Brander's

If Other, please describe :

## Section IV: Primary Multi-tiered Affinity/Co-Branded (A/CB) Program

Full Legal Name:                                             Trade Name or DBA :

Address:                                                     City:

State/Province:                                              Zip:

Country:

                                                             How long has the organization been      yr.
                                                             in existence?

Type of Business :

Proprietary Account Number on the card?

Does the Primary Co -Brander accept?

MasterCard

MasterCard Electronic

Maestro

Mondex

If Yes, will the Co -Brander accept all cards branded with the following marks as a form of payment for all goods and services, in addition to the
co-branded card itself?

CONFIDENTIAL

M.C. 00100

MasterCard

MasterCard Electronic

Maestro

Mondex

The card program will be offered to the Primary Co-Brander's:

If Other, please describe :

## Section V: Secondary Multi-tiered Affinity/Co-Branded Program

| | |
|---|---|
| Full Legal Name: | Trade Name or DBA : |
| Address: | City: |
| State/Province: | Zip: |
| Country: | |
| Type of Business : | How long in existance? |
| Primary application submitted? | |
| Name of Primary Partner : | Name of Primary Partner's product: |
| Does the Secondary Co-Branded partner understand the terms of this agreement? | |

Program Name (s):

| Card Account Projections | Accounts | Cards |
|---|---|---|
| Year 1 | 0 | 0 |
| Year 2 | 0 | 0 |
| Year 3 | 0 | 0 |
| Does the secondary Co-Brander accept as applicable? | | If Yes, will the secondary Co-Brander accept all the cards branded with the following marks as a form of payment for all goods and services, in addition to the Co-Branded card itself? |

| | |
|---|---|
| MasterCard | MasterCard |
| MasterCard Electronic | MasterCard Electronic |
| Maestro | Maestro |
| Mondex | Mondex |

The card program will be offered to the Secondary Partner's /Co-Brander's:

If Other, please describe :

## Section VI: Prepaid Program

| General Information | | | |
|---|---|---|---|
| The account is funded by : | Consumer | Type of Program : | Teen |
| If Other, please explain fund type: | (e.g. corporation, insurance company, non-profit organization, etc) | | |
| Program is operating under a BIN dedicated to prepaid programs? | Yes | Third Party has access to funds? | No |



CONFIDENTIAL

M.C. 00101

Funds Management

| | | | |
|---|---|---|---|
| Type of Account: | DDA Consolidation account | Title on Account: | Stored Value Consolidation |

Card Information
Initial Load Values :
Minimum: $20          Maximum: $2500

What is the portfolio's total estimated funds balance by Year   2?
150000

Will the card be re-loadable?   Yes

If 'Yes', reload values :
Minimum: $20          Maximum: $2500

What is the maximum number   1
of loads per day?

What is the maximum
cumulative amount that can be
withdrawn from ATMs or Bank
Tellers per day?

What is each card account maximum   2500
balance at any given time?
What is the maximum cumulative
amount that can be spent at POI per
day?

How will the funds be loaded      The cards will be purchased via the internet
onto the cards?                   and in the branch of the bank

What payment methods are accepted to purchase, load, or reload the card
amount?

| | | | |
|---|---|---|---|
| MasterCard | Yes | MasterCard | |
| MasterCard Electronic | No | MasterCard Electronic | |
| Maestro | No | Maestro | |
| Mondex | No | Mondex | |

Cards are valid:          2 year(s)          1 month(s)

Cardholders have access to funds after card expiration date  :

Yes

Estimate percentage of :

| | | | |
|---|---|---|---|
| Domestic transaction : | 99 % | International transaction : | 1 % |
| * Cash withdrawals | 99 % | * Cash withdrawals : | 1 % |
| * Purchases | 99 % | * Purchases | 1 % |

Describe all parties and their roles in the authorization process  :

Elan will have gateway to MasterCard, PULSE the Network Switch and
PULSE Access as the Authorization

Registration
What is the process to register cardholder's information?

Gathered at the time of purchase,
Northwest Georgia Bank will comply
requirements which includes the
name, address, phone, dob, SSN,
drivers license this will be captured in
the branch as well as for internet
orders, and housed on the PULSE
access system

What type of cardholder information is recorded by the issuer?

The required information is stated in
the MasterCard International
guidelines to be compliant with AML,
name, address, mailing if different
phone, dob, SSN/TIN and DL

How does issuer verify cardholder's information?

All information will be verified by the
PULSE Access System and checked
for OFAC and AVS.  NWGB will
photocopy the ID's for the Branch

CONFIDENTIAL

M.C. 00102

| Program Disclosures : | ☒ Procedure for redemption of unused funds<br>☒ Split tender disclosure | purchases. |
|---|---|---|

## Section VII: Chip Program

VII.a. General Information

Number of Card Accepting locations

Merchants :
Terminals
ATMs

Is this is a multi-application card?

VII.b. Chip Information

Card Manufacturer

Card Personalization Center

Contact Name                                 Contact Name

E-mail Address                               E-mail Address

Address                                      Address

City                                         City

State                                        State

Zip                                          Zip

Country                                      Country

If sourcing from additional vendors, list:

Application Provider                         Operating System to be used    ☐ MULTOS
                                                                            ☐ Other

Contact Name

E-mail Address

Version Number                               Issuer ensures that operating system is EMV compatible?

Card Personalization Specification for
MasterCard's Type Approval Process
Card Vendor Name
Product Name
Chip Platform
Application
PAN
Indicate what Internet authentication
application will be used (if applicable)
VII.c. Application Type

| Application Type | On Card at issuance | Application Technology | Application Developer | Application ID (AID") for BVT applications | Product Nam |
|---|---|---|---|---|---|
| ☐ credit MasterCard | | | | | |
| ☐ debit MasterCard | | | | | |
| ☐ Maestro | | | | | |
| ☐ Cirrus | | | | | |

CONFIDENTIAL

M.C. 00103

☐ Mondex Purse

☐ Proprietary Stored Value

☐ Affinity/Co-Branded Proprietary Account

☐ Proprietary Non-payment (e.g. loyalty)

☐ Other
specify if Other

**VII.d. Self-Certification**
Issuer certifies that it and its suppliers, as applicable, have complied with MasterCard Compliance Assessment and Security Testing  (CAST) in the development of the proprietary non -MasterCard chip application(s) described above

Issuer Senior Program Manager By :
Name                                                                                                                    Title
Date

**VII.e. Deferral Request**
Issuer is familiar with the MasterCard and Maestro hybrid card rules, which are effective July   1, 1999. Issuer intends to comply with these rules as soon as commercially possible   . However, Issuer is unable to comply at this time for the following reason  (s) (Please explain in the spaces provided below  )

☐ Technology availability and cost
(e.g. incremental chip space, bank systems and domestic network upgrades/conversions, Euro, etc.)
☐ The relationship between smart card issuance and the pricing of terminal conversion to chip acceptance
☐ Other
(e.g. marketing priorities economic issues)
Issuer Senior Program Manager By :
Authorized Signature
Name                                                                                                                    Title
Date

## Section VII.f. MasterCard mc2 Program

Issuing Information
Do you plan to provide chip readers
for issuing activity?

Do you plan to use the services of a
Member Service Provider  (MSP) for
issuing activity?

By checking this box, please confirm that the MSP is registered with                    ☐ Yes
MasterCard International .

| Business Plan Card Issuing Programs | 1st Year | | 2nd Year | | 3rd Year | |
|---|---|---|---|---|---|---|
| | Number of Cards | Volume in U.S. Dollars | Number of Cards | Volume in U.S. Dollars | Number of Cards | Volume i t |
| International | 0 | 0 | 0 | 0 | 0 | |
| Local | 0 | 0 | 0 | 0 | 0 | |
| Total | 0 | 0 | 0 | 0 | 0 | |

Need a new BIN?

Card Design family applying for :

Do you plan to use available colors
within the chosen family?                                     Which color will you use :

TERMS OF THE APPLICATION OF ISSUANCE AND
MEMORANDUM OF UNDERSTANDING OF THE MasterCard mc ' PROGRAM

Note:  These terms form an integral part of the Application for Issuance and Memorandum of Understanding of the MasterCard mc2 Program between Applicant and/or its assigns and MasterCard.



CONFIDENTIAL

M.C. 00104

## Section VIII: Multi-application Program

**Section VIII .a. Proprietary Non -payment Information**

Type of Non -payment service (e.g.,
loyalty, medical information, building
access)

Who is providing the Non -payment
service described above?

Describe how the cardholder uses /accesses
Non-payment service

**Section VIII .b. Proprietary Payment Information**

Type of Payment Application
(check all that apply)

If "Other" please specify

Who is providing the Payment service
described above?

Is the Payment application general
(broad merchant base) or limited purpose
(e.g. transit, campus merchants)?

Will Stored Value program convert to
Mondex?                              ◯ Yes ◯ No

If Stored Value application, define maximum and projected average
amounts that may be stored on cards :
Max                                   Projected Avg .

Describe how the Payment application will be used by cardholder :

**Section VIII .c. Proprietary Account Number**

How the proprietary account number will be incorporated onto the card

☐ embossed in the 4th line
☐ encoded on magnetic strip
☐ cross-referenced in co-brander's database
☐ Other

Please describe where and /or how the proprietary account will be utilized

**Section VIII .d. Indemnification**

Issuer Senior Program Manager By :
Name
Title
Date

## Section IX: Virtual MasterCard Solution

**Section IX .a. General Information**

Target Audience :

Is this program marketed on a website?

The Virtual MasterCard is available for
use in all remote environments :

Program will operate under a dedicated
BIN:                                  www.

Will the same BIN be used for any physical MasterCard cards?

A unique BIN has been requested?

The virtual MasterCard includes the
following:

☐ 16-digit account number
☐ Assigned CVC2 value
☐ Expiration date

How will the account number, expiration date & CVC 2 be
communicated?

**Section IX .b. Account Linkage**

Account linkage will be managed the same way for all accountholders :

• Please check this box if the Virtual MasterCard Solution will be offered in   |   • Please check this box to verify that the Virtual MasterCard


CONFIDENTIAL

M.C. 00105

conjunction with member's existing or newly issued physical MasterCard cards:

☐ Yes
* Please check the box to verify that the Virtual MasterCard will be automatically cancelled when the physical MasterCard card is cancelled
☐ Yes:

account holder will be offered the option to receive a physical MasterCard card in conjunction with the Virtual MasterCard

☐ Yes
* Is the physical MasterCard plastic option available at all times for cardholders in good standing?
○ Yes ○ No

The Virtual MasterCard account and physical MasterCard card is linked operationally .

**Section IX .c.**
Optional Reference Device Issued

The reference device must meet the following minimum requirements. (Check box to verify that device meets each requirement)

☐ No MasterCard hologram
☐ No magnetic stripe or chip
☐ No embossing
☐ No MasterCard signature panel

The following disclosures will be printed on the reference device

☐ "This program is for use in all remote environments"
☐ "This is designed for reference only and is not valid when handed to the merchant"
☐ Other
Other

**Section IX .d. Communication Materials**

The issuer must disclose to account holders that the card  -optional account is MasterCard card in all respects except that it cannot be used for any purchase where a physical card must be handed to a merchant for payment
☐ Yes

The issuer must prominently disclose to account holders that the card  -optional account cannot be used for any transaction that requires in person presentment of a physical MasterCard card
☐ Yes

The issuer must prominently disclose to account holders that the card  -optional account cannot be used for "Dual Mode" transactions, e. g., it may not be used to purchase an item over the Internet that subsequently would require presentment of a physical MasterCard card bearing the same account number as the card  -optional account in order to obtain that item . Examples include certain theatre ticket purchases, hotel stays, car rentals, and online purchases picked up in person .
☐ Yes

## Section X: Required Signature

Section X .a. Required Signature of Authorized Representative of Member

Member Signature on file?                              Yes

Section X .b. Required Signature of Authorized Representative of Partner

Partner Signature on file?

## Program Approval Status

#### Preliminary Review

| | | | |
|---|---|---|---|
| Date Submitted | 07/06/2004 | Date Reviewed | Jul 08, 2004 |
| Date Resubmitted : | | | |
| Date Additional Information Requested | | Comment Date: | |
| Program Compliant | ○ Yes ● No | Comments: | |
| Business Days to Respond : | 8 | | (CK) Spoke to Sherry- she will send revised descriptio program. |

CONFIDENTIAL

M.C. 00106

Program Reviewed by :          mark reviewed          Michelle Kennedy

Lock Review History

1. Date Additional Information Requested: Aug 18, 2004.  Spoke to Sherri, still need program description, merchant of record is Vesta. Changing application to reflect ATM withdrawal amt from balance to $200.  Making changes to T&C's.;
2. Date Additional Information Requested: Sep 01, 2004.  (CK) Spoke to Sherry- she will send revised description for program  ;

### Final Program Status

| Date of Status : | | Status Set By : | |
|---|---|---|---|
| Status | Approved | | |
| Business Days to Approve : 52 | | | |

Image File ——>
Entered by Christine Knowles Jul 06, 2004 at 02:19 PM
Modified By: Satya Singh/NYC/MASTERCARD on Sep 16, 2004 at 05:16:54 PM
Modified By: Christine Knowles/NYC/MASTERCARD on Sep 01, 2004 at 03:26:07 PM
Modified By: Michelle Kennedy/NYC/MASTERCARD on Aug 19, 2004 at 11:57:40 AM
Modified By: Michelle Kennedy/NYC/MASTERCARD on Jul 14, 2004 at 01:58:00 PM
Modified By: Christine Knowles/NYC/MASTERCARD on Jul 06, 2004 at 02:22:58 PM
Modified By: Christine Knowles/NYC/MASTERCARD on Jul 06, 2004 at 02:19:20 PM

CONFIDENTIAL

**MasterCard International**

# Brand Standards Control System
## Special Issuing Programs

| MOL Submission | | | | |
|---|---|---|---|---|
| Member Name : | ▨▨▨▨ | Status of Program : | | Approved |
| | | Control Number | | 05-3533 NYC |

**Check all that apply :**

- ☒ Affinity/Co-Brand
  - ☐ Standard
  - ☒ Primary
  - ☐ Secondary
- ☒ Prepaid
- ☒ Chip

- ☒ Multi-application
  - ☒ Non-Payment
  - ☐ Payment - Stored Value
  - ☐ Payment - ACB Proprietary
- ☐ Virtual MasterCard
- ☐ Pilot program

- ☐ Private Label

## Section I: Member Information
Get Contact Info

| | | | |
|---|---|---|---|
| Member Name | ▨▨▨▨ | | |
| Member ICA/ID | | Member BIN | ▨▨▨▨ |
| | | Additional BIN | |
| Member Contact Last Name | ▨▨▨▨ | Member Region | United States |
| Contact Middle Initial | ▨▨▨▨ | | |
| Contact Address | ▨▨▨▨ | Member Contact First Name | ▨▨▨▨ |
| Contact State /Prov. | ▨▨▨▨ | Contact Title | |
| Contact Country | United States | Contact City /Town | ▨▨▨▨ |
| Contact Fax | | Contact Zip | ▨▨▨▨ |
| | | Contact Phone | ▨▨▨▨ |
| | | Contact Email | ▨▨▨▨ |

## Section II: General  Program Information

| | | | |
|---|---|---|---|
| Program Category : | Prepaid - Teen Cards | By checking this box, please confirm that a program description has been submitted ☒ Yes | |
| Residence of accountholder : | United States (USA) | Program Name : | ▨▨▨▨ |
| | | PhotoID Card | |
| Will Cards be mailed directly from the Issuer or from the card manufacturer to the cardholder?      Yes | | Will Cards be personalized with cardholder's name?   Yes | |
| Will the program offer cash access at all cash dispensing  locations? | | Will the program entail ability to use card at all merchants that accept following brands? | |
| MasterCard: | Yes | MasterCard : | Yes |
| Maestro: | Yes | MasterCard Electronic: | No |
| Cirrus : | Yes | Maestro: | Yes |
| | | Mondex: | not applicable |
| Exclusive to MasterCard?       Yes | | Program Launch Date  Dec 15,2005 | |
| Products offered in the Program will be : | | Debit MasterCard, Maestro/Cirrus | |
| If Other, please enter | | PayPass | |
| Transactions are funded with funds on deposit? | | Yes | |
| Others mark (s) appearing on the card : | | MasterCard - Black Screen, Pulse | |
| Program Benefits? | | Yes | |
| If 'Yes', provide benefits : | | | |
| AVS will be validated : | | Yes | |

| Card Account Projections | Accounts | Cards | |
|---|---|---|---|
| Year 1 | 50000 | 50000 | |

CONFIDENTIAL

M.C. 00108

| Year 2 | 100000 | 100000 |
|--------|--------|--------|
| Year 3 | 150000 | 150000 |

## Section III: Standard Affinity/Co-Branded (A/CB) Programs

Will this card program be marketed by a Co-Brander to other Co-Branders?

Full Legal Name :

Address :                                                    Trade Name or DBA :
                                                             City:

State/Province :                                             Zip:

Country :

Affinity/Co-Branded

Type of Business :                                           How long in existence?

Partner locations acceptance
information:

Does the Co-Brander accept?                                  If Yes, will the Co-Brander accept all cards branded with the following
                                                             marks as a form of payment for all goods and services, in addition to
                                                             the Co-Branded card itself?

MasterCard                                                   MasterCard

MasterCard Electronic                                        MasterCard  Electronic

Maestro                                                      Maestro

Mondex                                                       Mondex

Is the Co-Brander a brokerage firm?

Does the Co-Brander intend to use the MasterCard, MasterCard Electronic,
Maestro, Cirrus and /or Mondex brand marks as applicable to this program  )
to market the A /CB program?

Additional Partners on card :

Will the 4th line of embossing be used?

Proprietary Account Number on Card?
If yes, please complete section VIII

The card program will be offered to the Co -Branders
If Other, please describe :

## Section IV: Primary Multi-tiered Affinity/Co-Branded (A/CB) Program

| Full Legal Name : | | Trade Name or DBA : | |
|---|---|---|---|
| Address: | ▮▮▮▮▮▮ | City: | ▮▮▮▮▮▮ |
| State/Province: | | Zip: | |
| Country: | United States (USA) | How long has the organization been in existence? | ▮▮▮▮▮▮ |
| Type of Business : | ▮▮▮▮▮▮ | | |

Proprietary Account Number on the card?                      No
Does the Primary Co -Brander accept?

MasterCard                       Yes

MasterCard Electronic            not applicable

Maestro                          Yes



| Mondex | not applicable |
|--------|----------------|

If Yes, will the Co -Brander accept all cards branded with the following marks as a form of payment for all goods and services, in addition to the co-branded card itself?

| MasterCard | Yes |
|------------|-----|
| MasterCard Electronic | not applicable |
| Maestro | Yes |
| Mondex | not applicable |

The card program will be offered to the Primary Co -Brander's:     Customers, Other

If Other, please describe :     Co-branding Schools

## Section V: Secondary Multi-tiered Affinity/Co-Branded Program

| Full Legal Name: | Trade Name or DBA : |
|------------------|---------------------|
| Address: | City: |
| State/Province: | Zip: |
| Country: | |

Type of Business :     How long in existence?

Primary application submitted?

Name of Primary Partner :     Name of Primary Partner's product:

Does the Secondary Co -Branded partner understand the terms of this agreement?

Program Name(s):

| Card Account Projections | Accounts | | Cards |
|--------------------------|----------|--|-------|
| Year 1 | 0 | | 0 |
| Year 2 | 0 | | 0 |
| Year 3 | 0 | | 0 |

Does the secondary Co -Brander accept as applicable?     If Yes, will the secondary Co -Brander accept all the cards branded with the following marks as a form of payment for all goods and services, in addition to the Co -Branded card itself?

| MasterCard | MasterCard |
|------------|------------|
| MasterCard Electronic | MasterCard Electronic |
| Maestro | Maestro |
| Mondex | Mondex |

The card program will be offered to the Secondary Partner's   /Co-Brander's:

If Other, please describe :

## Section VI: Prepaid Program

General Information


ONFIDENTIAL

M.C. 00110

| | | | |
|---|---|---|---|
| The account is funded by : | Consumer | Type of Program : | Teen |
| If Other, please explain fund type: | (e.g. corporation, insurance company, non-profit organization, etc) | | |
| Program is operating under a BIN dedicated to prepaid programs? | Yes | Third Party has access to funds? | Yes |
| Funds Management | | If "Yes", explain: | Outsourced Chargebacks/Adj |
| Type of Account : | DDA | Title on Account : | PB - Consolidation Blsko |

**Card Information**

Initial Load Values :

Minimum: $10        Maximum: $2500        What is the portfolio's total estimated funds balance by Year   2?   12 million

Will the card be re-loadable?   Yes

If 'Yes', reload values :

Minimum: $10        Maximum: $2500

What is the maximum number of loads per day?   2        What is each card account maximum balance at any given time?   2500

What is the maximum cumulative amount that can be withdrawn from ATMs or Bank Tellers per day?   500        What is the maximum cumulative amount that can be spent at POI per day?   1000

How will the funds be loaded onto the cards?   retail outlets, BofA branches, IVRU, Web

What payment methods are accepted to purchase, load, or reload the card amount?

| | | | |
|---|---|---|---|
| MasterCard | Yes | | |
| MasterCard Electronic | Yes | MasterCard | Yes |
| Maestro | Yes | MasterCard Electronic | Yes |
| Mondex | not applicable | Maestro | Yes |
| | | Mondex | not applicable |

Cards are valid :        1 year(s)        0 month(s)

Cardholders have access to funds after card expiration date :        Yes

Estimate percentage of :

| | | | |
|---|---|---|---|
| Domestic transaction : | 90 % | International transaction : | 10 % |
| * Cash withdrawals : | 20 % | * Cash withdrawals : | 30 % |
| * Purchases | 80 % | * Purchases | 70 % |

Describe all parties and their roles in the authorization process  :        eCommlink, Pulso will authorize and settle

**Registration**

What is the process to register cardholder's information?        IVRU or web

What type of cardholder information is recorded by the issuer?        name, address, dob, ssn, phone number, email

How does issuer verify cardholder's information?        Experian

Program Disclosures :        ☒ Procedure for redemption of unused funds        ☒ Split tender disclosure

---

**Section VII: Chip Program**

VII.a. General Information

ONFIDENTIAL

M.C. 00111



Number of Card Accepting locations

Merchants: Thousands
Terminals Thousands
ATMs not applicable

Is this is a multi-application card?    Yes

VII.b. Chip Information
Card Manufacturer

Contact Name
E-mail Address
Address
City
State
Zip
Country                    United States (USA)

Card Personalization Center
Contact Name
E-mail Address
Address
City
State
Zip
Country                    United States (USA)
If sourcing from additional vendors, list:

Application Provider

Contact Name
E-mail Address
Version Number

Operating System to be used    ☐ MULTOS    ☒ Other

If "Other" please specify    PayPass
Issuer ensures that operating system is EMV compatible?

Card Personalization Specification for MasterCard's Type Approval Process
Card Vendor Name
Product Name        Oberthur Card Systems
Chip Platform
Application
PAN
Indicate what Internet authentication application will be used (if applicable)
VII.c. Application Type
Application Type

| | On Card at Issuance | Application Technology | Application Developer | Application ID (AID*) for BVT applications | Product Name |
|---|---|---|---|---|---|
| ☐ credit MasterCard | | | | | |
| ☒ debit MasterCard | ● Yes ○ No | Contactless Chip (CL), Magnetic Stripe (M) | | A000000041010 | |
| ☒ Maestro | ● Yes ○ No | Contactless Chip (CL), Magnetic Stripe (M) | | A000000043060 | PayPass |
| ☒ Cirrus | ● Yes ○ No | Contactless Chip (CL), Magnetic Stripe (M) | | A000000046000 | PayPass |
| ☐ Mondex Purse | | | | | |
| ☐ Proprietary Stored Value | | | | | |
| ☐ Affinity/Co-Branded Proprietary Account | | | | | |
| ☐ Proprietary Non-payment (e.g. loyalty) | | | | | |


CONFIDENTIAL

M.C. 00112

☐ Other
specify if Other

**VII.d. Self-Certification**
Issuer certifies that it and its suppliers, as applicable, have complied with MasterCard Compliance
Assessment and Security Testing (CAST) in the development of the proprietary non -MasterCard chip
application(s) described above

Issuer Senior Program Manager By :
Name

Date                                                                                     Title

**VII.e. Deferral Request**
Issuer is familiar with the MasterCard and Maestro hybrid card rules, which are effective July    1, 1999.
Issuer intends to comply with these rules as soon as commercially possible   . However, Issuer is unable to
comply at this time for the following reason  (s) (Please explain in the spaces provided below )
☐ Technology availability and cost
(e.g. incremental chip space, bank systems and domestic network upgrades/conversions, Euro, etc.)
☐ The relationship between smart card issuance and the pacing of terminal conversion to chip acceptance
☐ Other
(e.g. marketing priorities economic issues)
Issuer Senior Program Manager By :
Authorized Signature
Name

Date                                                                                     Title

## Section VII.f. MasterCard mc2 Program

Issuing Information
Do you plan to provide chip readers
for issuing activity?

Do you plan to use the services of a
Member Service Provider (MSP) for
issuing activity?

By checking this box, please confirm that the MSP is registered with
MasterCard International .

| Business Plan Card Issuing Programs | 1st Year | | 2nd Year | | 3rd Year | |
|---|---|---|---|---|---|---|
| | Number of Cards | Volume in U.S. Dollars | Number of Cards | Volume in U.S. Dollars | Number of Cards | Volume i |
| International | 0 | 0 | 0 | 0 | 0 | |
| Local | 0 | 0 | 0 | 0 | 0 | |
| Total | 0 | 0 | 0 | 0 | 0 | |

Need a new BIN?

Card Design family applying for .

Do you plan to use available colors
within the chosen family?                                      Which color will you use :

TERMS OF THE APPLICATION OF ISSUANCE AND
MEMORANDUM OF UNDERSTANDING OF THE MasterCard mc ² PROGRAM

Note: These terms form an integral part of the Application for Issuance and Memorandum of Understanding of the MasterCard mc 2 Program between Applicant and/or its assigns and MasterCard.

## Section VIII: Multi-application Program

Section VIII .a. Proprietary Non -payment Information

Type of Non-payment service (e.g.,          Personal Information
loyalty, medical information, building


CONFIDENTIAL

M.C. 00113

access)

Who is providing the Non -payment
service described above?     School - student id number     Describe how the cardholder uses /accesses bar code on front of card
Non-payment service

### Section VIII .b. Proprietary Payment Information

Type of Payment Application     Other
(check all that apply)

If "Other" please specify     non-payment

Who is providing the Payment service
described above?     ▓▓▓▓▓▓▓▓▓

Is the Payment application general     non-payment; Student ID only     Will Stored Value program convert to     ○ Yes ○ No
(broad merchant base) or limited purpose     Mondex?
(e.g., transit, campus merchants)?

If Stored Value application, define maximum and projected average
amounts that may be stored on cards :
Max        0     Projected Avg.        0

Describe how the Payment application will be used by cardholder :

    non-payment application

### Section VIII .c. Proprietary Account Number
How the proprietary account number will be incorporated onto the card

    ☐ embossed in the 4th line
    ☐ encoded on magnetic strip
    ☐ cross-referenced in co-brander's database
    ☐ Other

Please describe where and /or how the proprietary account will be utilized

### Section VIII .d. Indemnification

Issuer Senior Program Manager By :
Name
Title ▓▓▓▓▓▓▓▓▓
Date     Oct 12, 2005

---

## Section IX: Virtual MasterCard Solution

### Section IX .a. General Information
Target Audience :     Is this program marketed on a website?

The Virtual MasterCard is available for
use in all remote environments :     Program will operate under a dedicated     www.
    BIN:

Will the same BIN be used for any physical MasterCard cards?

A unique BIN has been requested?

The virtual MasterCard includes the
following:     ☐ 16-digit account number     How will the account number, expiration date & CVC 2 be
    ☐ Assigned CVC2 value     communicated?
    ☐ Expiration date

### Section IX .b. Account Linkage

Account linkage will be managed the same way for all accountholders :

• Please check this box if the Virtual MasterCard Solution will be offered in     • Please check this box to verify that the Virtual MasterCard
    conjunction with member's existing or newly issued physical MasterCard       account holder will be offered the option to receive a physical
    cards:       MasterCard card in conjunction with the Virtual MasterCard
☐ Yes     ☐ Yes
• Please check the box to verify that the Virtual MasterCard will be     • Is the physical MasterCard plastic option available at all times
    automatically cancelled when the physical MasterCard card is cancelled       for cardholders in good standing?
☐ Yes     ○ Yes ○ No

# CONFIDENTIAL

M.C. 00114

The Virtual MasterCard account and physical MasterCard card is linked operationally .

**Section IX.c.**
Optional Reference Device Issued

| | |
|---|---|
| The reference device must meet the following minimum requirements (Check box to verify that device meets each requirement) | ☐ No MasterCard hologram |
| | ☐ No magnetic stripe or chip |
| | ☐ No embossing |
| | ☐ No MasterCard signature panel |
| The following disclosures will be printed on the reference device | ☐ "This program is for use in all remote environments" |
| | ☐ "This is designed for reference only and is not valid when handed to the merchant" |
| | ☐ Other |
| | Other |

**Section IX .d. Communication Materials**

| | |
|---|---|
| The issuer must disclose to account holders that the card  -optional account is MasterCard card in all respects except that it cannot be used for any purchase where a physical card must be handed to a merchant for payment  . | ☐ Yes |
| The issuer must prominently disclose to account holders that the card  -optional account cannot be used for any transaction that requires in person presentment of a physical MasterCard card | ☐ Yes |
| The issuer must prominently disclose to account holders that the card  -optional account cannot be used for "Dual Mode" transactions, e.g., it may not be used to purchase an item over the internet that subsequently would require presentment of a physical MasterCard card bearing the same account number as the card  -optional account in order to obtain that item . Examples include certain theatre ticket purchases, hotel stays, car rentals, and online purchases picked up in person . | ☐ Yes |

## Section X: Required Signature

**Section X.a. Required Signature of Authorized Representative of Member**

Member Signature on file?                          Yes

**Section X.b. Required Signature of Authorized Representative of Partner**

Partner Signature on file?                          Yes

## Program Approval Status

### Preliminary Review

| | | | |
|---|---|---|---|
| Date Submitted | 10/12/2005 | Date Reviewed | Oct 12,2005 |
| Date Resubmitted : | | | |
| Date Additional Information Requested | | Comment Date : | |
| Program Compliant | ● Yes ○ No | Comments : | sent email approval |
| Business Days to Respond : | | | |
| Program Reviewed by : | mark reviewed | ▬▬▬▬ | |

Lock Review History

1. Date Additional Information Requested  Oct 17, 2005, sent email approval;

CONFIDENTIAL

M.C. 00115

Final Program Status

| | |
|---|---|
| Date of Status : | Status Set By : |
| Status          Approved | |
| Business Days to Approve : 3 | |

Image File ---->
Entered by r880501 Oct 12, 2005 at 04.05 PM
Modified By: Satya Singh/NYC/MASTERCARD on Mar 08, 2006 at 11:02:45 AM
Modified By: Michelle Kennedy/NYC/MASTERCARD on Oct 17, 2005 at 10:53:00 AM
Modified By: Ayde Ayala/NYC/MASTERCARD on Oct 13, 2005 at 10:53:58 AM
Modified By: Ayde Ayala/NYC/MASTERCARD on Oct 13, 2005 at 10:49:10 AM
Modified By: Ayde Ayala/NYC/MASTERCARD on Oct 13, 2005 at 10:45:56 AM
Modified By: r880501/MCARD on Oct 12, 2005 at 03:15:24 PM



CONFIDENTIAL

M.C. 00116

MasterCard
International

**Brand Standards Control System**
*Special Issuing Programs*

Notes Submission
Member Name :

Status of Program :    Approved
Control Number

Check all that apply :

| | | |
|---|---|---|
| ☐ Affinity/Co-Brand | ☐ Multi-application | ☐ Private Label |
| ☒ Prepaid | ☐ Virtual MasterCard | |
| ☐ Chip | ☐ Pilot program | |

## Section I: Member Information
Get Contact Info

| | | | |
|---|---|---|---|
| Member Name : | | | |
| Member ICA/ID | | Member BIN | |
| | | Additional BIN | |
| Member Contact Last Name | | Member Region | United States |
| Contact Middle Initial | | Member Contact First Name | |
| Contact Address | | Contact Title | |
| Contact State /Prov. | | Contact City /Town | |
| Contact Country | United States | Contact Zip | |
| Contact Fax | | Contact Phone | |
| | | Contact Email | |

## Section II: General Program Information

| | |
|---|---|
| Program Category : Prepaid - Teen Cards | By checking this box, please confirm that a program description has been submitted ☒ Yes |
| Residence of accountholder : United States of America | Program Name : |
| Will Cards be mailed directly from the issuer or from the card manufacturer to the cardholder?    Yes | Will Cards be personalized with cardholder's name? |
| Will the program offer cash access at all the cash dispensing locations? | Will the program entail ability to use card at all merchants that accept following brands? |

| MasterCard : | Yes | MasterCard : | Yes |
|---|---|---|---|
| Maestro: | No | MasterCard Electronic: | No |
| Cirrus: | Yes | Maestro: | No |
| | | Mondex: | No |

| | |
|---|---|
| Exclusive to MasterCard?    Yes | Program Launch Date  Oct.01,2003 |
| Products offered in the Program will be : | Debit MasterCard |
| If Other, please enter | Family/Teen?Transfer |
| Transactions are funded with funds on deposit? | Yes |
| Others mark (s) appearing on the card : | Pulse. Plus, Cirrus |
| Program Benefits? | No |
| If 'Yes', provide benefits : | |
| AVS will be validated : | Yes |

| Card Account Projections | Accounts | Cards |
|---|---|---|
| Year 1 | 1 | 1,000 |
| Year 2 | 1 | 2,500 |
| Year 3 | 1 | 5,000 |

**CONFIDENTIAL**

M.C. 00117

## Section III: Standard Affinity/Co-Branded (A/CB) Programs

Will this card program be marketed by a Co -Brander to other Co -Branders?

Full Legal Name:

Address:

Trade Name or DBA :

City:

State/Province :

Zip:

Country:

Affinity/Co-Branded

Type of Business :

How long in existence?

Partner locations acceptance
information :

Does the Co -Brander accept?

If Yes, will the Co -Brander accept all cards branded with the following
marks as a form of payment for all goods and services, in addition to
the Co-Branded card itself?

MasterCard

MasterCard

MasterCard Electronic

MasterCard  Electronic

Maestro

Maestro

Mondex

Mondex

Is the Co -Brander a brokerage firm?

Does the Co -Brander intend to use the MasterCard, MasterCard Electronic,
Maestro, Cirrus and /or Mondex brand marks as applicable to this program  )
to market the A /CB program?

Additional Partners on card :

Will the 4th line of embossing be used?

Proprietary Account Number on Card?

If yes, please complete section VIII

The card program will be offered to the Co -Brander's

If Other, please describe :

## Section IV: Primary Multi-tiered Affinity/Co-Branded (A/CB) Program

Full Legal Name:

Address:

Trade Name or DBA :

City:

State/Province:

Zip:

Country:

How long has the organization been     yr.
In existence?

Type of Business :

Proprietary Account Number on the card?

Does the Primary Co -Brander accept?

MasterCard

MasterCard Electronic

Maestro

Mondex

If Yes, will the Co -Brander accept all cards branded with the following marks as a form of payment for all goods and services, in addition to the
co-branded card itself?

CONFIDENTIAL

M.C. 00118

MasterCard

MasterCard Electronic

Maestro

Mondex

The card program will be offered to the Primary Co -Brander's :

If Other, please describe :

## Section V: Secondary Multi-tiered Affinity/Co-Branded Program

| | | |
|---|---|---|
| Full Legal Name : | | Trade Name or DBA : |
| Address: | | City: |
| State/Province: | | Zip: |
| Country: | | |
| Type of Business : | | How long in existence? |
| Primary application submitted? | | |
| Name of Primary Partner : | | Name of Primary Partner's product: |
| Does the Secondary Co -Branded partner understand the terms of this agreement? | | |
| Program Name (s): | | |

| Card Account Projections | Accounts | Cards |
|---|---|---|
| Year 1 | 0 | 0 |
| Year 2 | 0 | 0 |
| Year 3 | 0 | 0 |

| | |
|---|---|
| Does the secondary Co -Brander accept as applicable? | If Yes, will the secondary Co -Brander accept all the cards branded with the following marks as a form of payment for all goods and services, in addition to the Co -Branded card itself? |
| MasterCard | MasterCard |
| MasterCard Electronic | MasterCard Electronic |
| Maestro | Maestro |
| Mondex | Mondex |

The card program will be offered to the Secondary Partner's  /Co-Brander's :

If Other, please describe :

## Section VI: Prepaid Program

| General Information | | | |
|---|---|---|---|
| The account is funded by : | Consumer | Type of Program : | Teen |
| If Other, please explain fund type: | (e.g. corporation, insurance company, non-profit organization, etc) | | |
| Program is operating under a BIN dedicated to prepaid programs? | Yes | Third Party has access to funds? | No |

CONFIDENTIAL

M.C. 00119

Funds Management

Type of Account :            DDA                                    Title on Account :              Family/Transfer Card

Card Information
Initial Load Values :                                               What is the portfolio's total estimated funds balance by Year   2?
Minimum: $10                 Maximum: $2500                         100000

Will the card be re-loadable?   Yes

If 'Yes', reload values :
Minimum: $10                 Maximum: $2500
What is the maximum number   5                                      What is each card account maximum   2500
of loads per day?                                                   balance at any given time?
What is the maximum          300                                    What is the maximum cumulative
cumulative amount that can be                                       amount  that can be spent at POI per
withdrawn from ATMs or Bank                                         day?
Tellers per day?
How will the funds be loaded   Card Values stored on Pulse Access
onto the cards?                System and loaded at time of purchase
What payment methods are accepted to purchase, load, or reload the card
amount?

MasterCard              Yes

MasterCard Electronic   No                    MasterCard              Yes

Maestro                 No                    MasterCard Electronic   No

Mondex                  No                    Maestro                 No

                                              Mondex                  No


Cards are valid :        3 year(s)            month(s)

Cardholders have access to funds after card expiration date  :      Yes

Estimate percentage of :

Domestic transaction :      80 %              International transaction :       20 %
* Cash withdrawals :        20 %              * Cash withdrawals :              10 %
* Purchases                 60 %              * Purchases                       10 %

Describe all parties and their roles in the authorization process  :      Elan gateway to MasterCard and transaction authorized on ECommLink
                                                                          System
Registration
What is the process to register cardholder's information?                 gathered at time of purchase at
                                                                          branch or via website
What type of cardholder information is recorded by the issuer?            name, address, dob, tax id#
How does issuer verify cardholder's information?                          OFAC check & verification of physical
                                                                          ID at time of purchase
Program Disclosures :        ☒ Procedure for redemption of unused funds
                             ☒ Split tender disclosure

## Section VII: Chip Program

VII.a, General Information
Number of Card Accepting locations                                        Is this is a
                                                                          multi-application
                                                                          card?
                    Merchants :
                      Terminals
                        ATMs



ONFIDENTIAL

M.C. 00120

VII.b. Chip Information

Card Manufacturer

Contact Name

E-mail Address

Address

City

State

Zip

Country

Application Provider

Contact Name

E-mail Address

Version Number

Card Personalization Specification for
MasterCard's Type Approval Process
Card Vendor Name

Product Name

Chip Platform

Application

PAN

Indicate what internal authentication
application will be used (if applicable)
VII.c. Application Type

Card
Personalization
Center
Contact Name

E-mail Address

Address

City

State

Zip

Country

If sourcing from
additional vendors,
list:

Operating System    ☐ MULTOS
to be used          ☐ Other

Issuer ensures
that operating
system is EMV
compatible?

| Application Type | On Card at Issuance | Application Technology | Application Developer | Application ID (AID*) for BVT applications | Product Nam |
|---|---|---|---|---|---|
| ☐ credit MasterCard | | | | | |
| ☐ debit MasterCard | | | | | |
| ☐ Maestro | | | | | |
| ☐ Cirrus | | | | | |
| ☐ Mondex Purse | | | | | |
| ☐ Proprietary Stored Value | | | | | |
| ☐ Affinity/Co-Branded Proprietary Account | | | | | |
| ☐ Proprietary Non-payment (e.g. loyalty) | | | | | |
| ☐ Other | | | | | |

specify if Other

VII.d. Self-Certification
Issuer certifies that it and its suppliers, as applicable, have complied with MasterCard Compliance

CONFIDENTIAL

M.C. 00121

Assessment and Security Testing  (CAST) in the development of the proprietary non -MasterCard chip application (s) described above

Issuer Senior Program Manager By :

Name                                                                                                                                Title

Date

VII.e. Deferral Request

Issuer is familiar with the MasterCard and Maestro hybrid card rules, which are effective July    1, 1999. Issuer intends to comply with these rules as soon as commercially possible    . However, Issuer is unable to comply at this time for the following reason  (s) (Please explain in the spaces provided below  )

☐ Technology availability and cost

(e.g. incremental chip space, bank systems and domestic network upgrades/conversions, Euro, etc.)

☐ The relationship between smart card issuance and the pacing of terminal conversion to chip acceptance

☐ Other

(e.g. marketing priorities economic issues)

Issuer Senior Program Manager By :

Authorized Signature

Name                                                                                                                                Title

Date

## Section VII.f. MasterCard mc2 Program

Issuing Information

Do you plan to provide chip readers for issuing activity?

Do you plan to use the services of a Member Service Provider  (MSP) for issuing activity?

By checking this box, please confirm that the MSP is registered with MasterCard International .                                   ☐ Yes

| Business Plan Card Issuing Programs | 1st Year | | 2nd Year | | 3rd Year | |
|---|---|---|---|---|---|---|
| | Number of Cards | Volume in U.S. Dollars | Number of Cards | Volume in U.S. Dollars | Number of Cards | Volume i |
| International | 0 | 0 | 0 | 0 | 0 | |
| Local | 0 | 0 | 0 | 0 | 0 | |
| Total | 00 | 00 | 00 | 00 | 00 | |

Need a new BIN?

Card Design family applying for :

Do you plan to use available colors within the chosen family?                                   Which color will you use :

TERMS OF THE APPLICATION OF ISSUANCE AND MEMORANDUM OF UNDERSTANDING OF THE MasterCard mc $^2$ PROGRAM

Note:  These terms form an integral part of the Application for Issuance and Memorandum of Understanding of the MasterCard mc2 Program between Applicant and/or its assigns and MasterCard.

## Section VIII: Multi-application Program

Section VIII .a. Proprietary Non -payment Information

Type of Non -payment service  (e.g., loyalty, medical information, building access)

Who is providing the Non -payment service described above?                                   Describe how the cardholder uses /accesses Non-payment service

Section VIII .b. Proprietary Payment Information

Type of Payment Application

CONFIDENTIAL

M.C. 00122

(check all that apply)

If "Other" please specify

Who is providing the Payment service
described above?
Is the Payment application general
(broad merchant base) or limited purpose
(e.g., transit, campus merchants)?

Will Stored Value program convert to
Mondex?                                        ○ Yes ○ No

If Stored Value application, define maximum and projected average
amounts that may be stored on cards :
Max

Projected Avg .

Describe how the Payment application will be used by cardholder ;

Section VIII.c. Proprietary Account Number
How the proprietary account number will be incorporated onto the card

☐ embossed in the 4th line
☐ encoded on magnetic strip
☐ cross-referenced in co-brander's database
☐ Other

Please describe where and /or how the proprietary account will be utilized

Section VIII.d. Indemnification

Issuer Senior Program Manager By :
Name
Title
Date

## Section IX: Virtual MasterCard Solution

Section IX.a. General Information
Target Audience :

Is this program marketed on a website?

The Virtual MasterCard is available for
use in all remote environments :

www.
Program will operate under a dedicated
BIN:

Will the same BIN be used for any physical MasterCard cards?

A unique BIN has been requested?

The virtual MasterCard includes the
following:
☐ 16-digit account number
☐ Assigned CVC2 value
☐ Expiration date

How will the account number, expiration date & CVC 2 be
communicated?

Section IX.b. Account Linkage

Account linkage will be managed the same way for all accountholders :

| | |
|---|---|
| • Please check this box if the Virtual MasterCard Solution will be offered in conjunction with member's existing or newly issued physical MasterCard cards:<br>☐ Yes<br>• Please check the box to verify that the Virtual MasterCard will be automatically cancelled when the physical MasterCard card is cancelled<br>☐ Yes | • Please check this box to verify that the Virtual MasterCard account holder will be offered the option to receive a physical MasterCard card in conjunction with the Virtual MasterCard<br>☐ Yes<br>• Is the physical MasterCard plastic option available at all times for cardholders in good standing?<br>○ Yes ○ No |

The Virtual MasterCard account and physical MasterCard card is linked operationally   .

Section IX.c.
Optional Reference Device Issued

The reference device must meet the           ☐ No MasterCard hologram

CONFIDENTIAL

M.C. 00123

following minimum requirements  (Check box to verify that device meets each requirement)

☐ No magnetic stripe or chip
☐ No embossing
☐ No MasterCard signature panel

The following disclosures will be printed on the reference device

☐ "This program is for use in all remote environments"
☐ "This is designed for reference only and is not valid when handed to the merchant"
☐ Other
Other

## Section IX.d. Communication Materials

The issuer must disclose to account holders that the card -optional account is MasterCard card in all respects except that it cannot be used for any purchase where a physical card must be handed to a merchant for payment    .    ☐ Yes

The issuer must prominently disclose to account holders that the card  -optional account cannot be used for any transaction that requires in person presentment of a physical MasterCard card    .    ☐ Yes

The issuer must prominently disclose to account holders that the card -optional account cannot be used for "Dual Mode" transactions, e.g., it may not be used to purchase an item over the internet that subsequently would require presentment of a physical MasterCard card bearing the same account number as the card -optional account in order to obtain that item . Examples include certain theatre ticket purchases, hotel stays, car rentals, and online purchases picked up in person .    ☐ Yes

## Section X: Required Signature

Section X.a. Required Signature of Authorized Representative of Member

| | |
|---|---|
| Member Signature on file? | Yes |

Section X.b. Required Signature of Authorized Representative of Partner

| | |
|---|---|
| Partner Signature on file? | Yes |

## Program Approval Status

### Preliminary Review

| | | | |
|---|---|---|---|
| Date Submitted | 11/04/2003 | Date Reviewed | Nov 04,2003 |
| Date Resubmitted : | | | |
| Date Additional Information Requested | | Comment Date : | |
| Program Compliant | ○ Yes ● No | Comments: | see file |
| Business Days to Respond : | 3 | | |
| Program Reviewed by : | mark reviewed | Michelin Mitchell | |
| Lock Review History | | | |

### Final Program Status

| | | |
|---|---|---|
| Date of Status : | | Status Set By : |
| Status | Approved | |
| Business Days to Approve : 24 | | |



M.C. 00124

Image File —>
Entered by Christine Knowles: Apr 14, 2004 at 04:23 PM
Modified By: Tammy Thomas/STL/MASTERCARD on Apr 19, 2004 at 04:07:12 PM
Modified By: Tammy Thomas/STL/MASTERCARD on Apr 15, 2004 at 02:09:12 PM
Modified By: Christine Knowles/NYC/MASTERCARD on Dec 11, 2003 at 04:00:42 PM
Modified By: Christine Knowles/NYC/MASTERCARD on Nov 04, 2003 at 03:12:37 PM
Modified By: Christine Knowles/NYC/MASTERCARD on Nov 04, 2003 at 02:56:23 PM

CONFIDENTIAL

M.C. 00125

**MasterCard International**

# Brand Standards Control System
*Special Issuing Programs*

Notes Submission
Member Name: ▒▒▒▒▒

Status of Program : Approved
Control Number ▒▒▒▒

**Check all that apply :**

- [X] Prepaid
- [ ] Chip
- [ ] Affinity/Co-Brand
- [ ] Multi-application
- [ ] Virtual MasterCard
- [ ] Pilot program
- [ ] Private Label

## Section I: Member Information
Get Contact Info

| | | |
|---|---|---|
| Member Name : | ▒▒▒▒ | |
| Member ICA/ID | | Member BIN ▒▒▒▒ |
| | | Additional BIN |
| Member Contact Last Name | ▒▒▒▒ | Member Region   United States |
| Contact Middle Initial | | |
| Contact Address | ▒▒▒▒ | Member Contact First Name ▒▒▒▒ |
| Contact State /Prov. | ▒▒▒ | Contact Title ▒▒▒ |
| Contact Country | United States | Contact City /Town ▒▒▒ |
| Contact Fax | | Contact Zip ▒▒▒ |
| | | Contact Phone ▒▒▒ |
| | | Contact Email ▒▒▒ |

## Section II: General  Program Information

| | |
|---|---|
| Program Category:     Prepaid - Teen Cards | By checking this box, please confirm that a program description has been submitted [X] Yes |
| Residence of accountholder :     United States of America | Program Name : ▒▒▒▒ Card |
| Will Cards be mailed directly from the issuer or from the card manufacturer to the cardholder? Yes | Will Cards be personalized with cardholder's name?   Yes |
| Will the program offer cash access at all the cash dispensing  locations? | Will the program entail ability to use card at all merchants that accept following brands? |

| | |
|---|---|
| MasterCard:     Yes | MasterCard: |
| Maestro:     Yes | MasterCard |
| Cirrus:     Yes | Electronic: |
| | Maestro: |
| | Mondex: |

| | |
|---|---|
| Exclusive to MasterCard?     No | Program Launch Date  Dec 06, 2002 |
| Products offered in the Program will be : | Debit MasterCard |
| If Other, please enter | |
| Transactions are funded with funds on deposit? | Yes . |
| Others mark (s) appearing on the card : | AFFN, Pulse |
| Program Benefits? | No |
| If 'Yes', provide benefits : | |
| AVS will be validated : | Yes |

| Card Account Projections | Accounts | Cards |
|---|---|---|
| Year 1 | 40 | 40 |
| Year 2 | 9,388 | 9,388 |
| Year 3 | 20,000 | 20,000 |

**CONFIDENTIAL**

M.C. 00126

## Section III: Standard Affinity/Co-Branded (A/CB) Programs

Will this card program be marketed by a Co -Brander to other Co -Branders?

| | |
|---|---|
| Full Legal Name: | Trade Name or DBA : |
| Address: | City: |
| State/Province: | Zip: |
| Country: | |
| Affinity/Co-Branded | |
| Type of Business : | How long in existence? |
| Partner locations acceptance information: | |
| Does the Co -Brander accept? | If Yes, will the Co -Brander accept all cards branded with the following marks as a form of payment for all goods and services, in addition to the Co-Branded card itself? |
| MasterCard | MasterCard |
| MasterCard Electronic | MasterCard Electronic |
| Maestro | Maestro |
| Mondex | Mondex |

Is the Co -Brander a brokerage firm?
Does the Co -Brander intend to use the MasterCard, MasterCard Electronic, Maestro, Cirrus and /or Mondex brand marks as applicable to this program )
to market the A /CB program?
Additional Partners on card :
Will the 4th line of embossing be used?

Proprietary Account Number on Card?
If yes, please complete section VIII

The card program will be offered to the Co -Brander's
If Other, please describe :

## Section IV: Primary Multi-tiered Affinity/Co-Branded (A/CB) Program

| | |
|---|---|
| Full Legal Name: | Trade Name or DBA : |
| Address : | City: |
| State/Province: | Zip: |
| Country: | How long has the organization been      yr. In existence? |
| Type of Business : | |

Proprietary Account Number on the card?
Does the Primary Co -Brander accept?

MasterCard

MasterCard Electronic

Maestro

Mondex

If Yes, will the Co -Brander accept all cards branded with the following marks as a form of payment for all goods and services, in addition to the co-branded card itself?

CONFIDENTIAL

M.C. 00127

MasterCard

MasterCard Electronic

Maestro

Mondex

The card program will be offered to the Primary Co -Brander's :

If Other, please describe :

## Section V: Secondary Multi-tiered Affinity/Co-Branded Program

| | | |
|---|---|---|
| Full Legal Name : | | Trade Name or DBA : |
| Address: | | City: |
| State/Province: | | Zip: |
| Country: | | |

Type of Business :                                    How long in existence?

Primary application
submitted?

Name of Primary Partner :                              Name of Primary Partner's
                                                       product:

Does the Secondary Co -Branded partner understand the terms of this
agreement?
Program Name (s):

| Card Account Projections | Accounts | | Cards |
|---|---|---|---|
| Year 1 | 0 | | 0 |
| Year 2 | 0 | | 0 |
| Year 3 | 0 | | 0 |

Does the secondary Co -Brander accept as applicable?       If Yes, will the secondary Co -Brander accept all the cards branded
                                                           with the following marks as a form of payment for all goods and
                                                           services, in addition to the Co -Branded card itself?

MasterCard                                                 MasterCard

MasterCard Electronic                                      MasterCard Electronic

Maestro                                                    Maestro

Mondex                                                     Mondex

The card program will be offered to the Secondary Partner's /Co-Brander's :

If Other, please describe :

## Section VI: Prepaid Program

| General Information | | | |
|---|---|---|---|
| The account is funded by : | Consumer | Type of Program : | Term |
| If Other, please explain fund type: | (e.g. corporation, insurance company, non-profit organization, etc) | | |
| Program is operating under a BIN dedicated to prepaid programs? | | Third Party has access to funds? | No |

# CONFIDENTIAL

M.C. 00128

Funds Management

| Type of Account : | DOA General Ledger | Title on Account : | Prepaid Spending Card Activity Account |

Card Information

Initial Load Values :

Minimum: $10        Maximum: $1000

What is the portfolio's total estimated funds balance by Year 2? 545228.72

Will the card be re-loadable?   Yes

If 'Yes', reload values :

Minimum: $10        Maximum: $1000

| What is the maximum number of loads per day? | 20 | What is each card account maximum balance at any given time? | 2000 |
| What is the maximum cumulative amount that can be withdrawn from ATMs or Bank Tellers per day? | 104 | What is the maximum cumulative amount that can be spent at POI per day? | 2000 |

How will the funds be loaded onto the cards?   Funded by ACH or affiliated USAA FSB ATM Debit Card

What payment methods are accepted to purchase, load, or reload the card amount?

| MasterCard | Yes | MasterCard | Yes |
| MasterCard Electronic | | MasterCard Electronic | |
| Maestro | Yes | Maestro | Yes |
| Mondex | | Mondex | |

Cards are valid :   2 year(s)          month(s)

Cardholders have access to funds after card expiration date :   No

Estimate percentage of :

| Domestic transaction : | 99 % | International transaction : | 1 % |
| * Cash withdrawals : | 12 % | * Cash withdrawals : | 1 % |
| * Purchases | 88 % | * Purchases | 99 % |

Describe all parties and their roles in the authorization process :   Metavante manages authorizations via Tandem and Cardbase Management Systems

Registration

What is the process to register cardholder's information?   Customer established membership via usaa.com and obtains member for self and teen. Information transmitted upon enrollment completion real time to Metavante.

What type of cardholder information is recorded by the issuer?   parent name, address, ss#. Teens name and ss#.

How does issuer verify cardholder's information?   OFAG, USAA Member validation, ICS file

Program Disclosures :   ☒ Procedure for redemption of unused funds
☒ Split tender disclosure

## Section VII: Chip Program

VII.a. General Information

Number of Card Accepting locations          Is this is a



ONFIDENTIAL

M.C. 00129

Merchants :
Terminals
ATMs

multi-application
card?

VII.b. Chip Information
Card Manufacturer

Card
Personalization
Center

Contact Name

Contact Name

E-mail Address

E-mail Address

Address

Address

City

City

State

State

Zip

Zip

Country

Country

If sourcing from
additional vendors,
list:

Application Provider

Operating System
to be used

☐ MULTOS
☐ Other

Contact Name

E-mail Address

Version Number

Issuer ensures
that operating
system is EMV
compatible?

Card Personalization Specification for
MasterCard's Type Approval Process
Card Vendor Name
Product Name
Chip Platform
Application
PAN
Indicate what internet authentication
application will be used (if applicable)
VII.c. Application Type
Application Type

| | On Card at Issuance | Application Technology | Application Developer | Application ID (AID*) for BVT applications | Product Nam |
|---|---|---|---|---|---|
| ☐ credit MasterCard | | | | | |
| ☐ debit MasterCard | | | | | |
| ☐ Maestro | | | | | |
| ☐ Cirrus | | | | | |
| ☐ Mondex Purse | | | | | |
| ☐ Proprietary Stored Value | | | | | |
| ☐ Affinity/Co-Branded Proprietary Account | | | | | |
| ☐ Proprietary Non-payment (e.g. loyalty) | | | | | |

CONFIDENTIAL

M.C. 00130

☐ Other
specify if Other

**VII.d. Self-Certification**
Issuer certifies that it and its suppliers, as applicable, have complied with MasterCard Compliance Assessment and Security Testing  (CAST) in the development of the proprietary non -MasterCard chip application(s) described above

Issuer Senior Program Manager By :
Name                                                                                          Title
Date

**VII .e. Deferral Request**
Issuer is familiar with the MasterCard and Maestro hybrid card rules, which are effective July    1, 1999. Issuer intends to comply with these rules as soon as commercially possible   . However, Issuer is unable to comply at this time for the following reason  (s) (Please explain in the spaces provided below  )
☐ Technology availability and cost
☐ e.g  incremental chip space, bank systems and domestic network upgrades/conversions, Euro, etc.)
☐ The relationship between smart card issuance and the pricing of terminal conversion to chip acceptance
☐ Other
(e .g. marketing priorities economic issues)
Issuer Senior Program Manager By :
Authorized Signature
Name                                                                                          Title
Date

## Section VII.f. MasterCard mc2 Program

Issuing Information

Do you plan to provide chip readers
for issuing activity?

Do you plan to use the services of a
Member Service Provider (MSP) for
issuing activity?

By checking this box, please confirm that the MSP is registered with          ☐ Yes
MasterCard International .

| Business Plan | 1st Year | | 2nd Year | | 3rd Year | |
|---|---|---|---|---|---|---|
| Card Issuing Programs | Number of Cards | Volume in U.S. Dollars | Number of Cards | Volume in U.S. Dollars | Number of Cards | Volume I |
| International | 0 | 0 | 0 | 0 | 0 | |
| Local | 0 | 0 | 0 | 0 | 0 | |
| Total | 0 | 0 | 0 | 0 | 0 | |

Need a new BIN?

Card Design family applying for .

Do you plan to use available colors
within the chosen family?                                      Which color will you use :

TERMS OF THE APPLICATION OF ISSUANCE AND
MEMORANDUM OF UNDERSTANDING OF THE MasterCard mc ² PROGRAM

Note: These terms form an integral part of the Application for Issuance and Memorandum of Understanding of the MasterCard mc2 Program between Applicant and/or its assigns and MasterCard.

## Section VIII: Multi-application Program

Section VIII .a. Proprietary Non -payment Information

Type of Non -payment service (e.g.,
loyalty, medical information, building
access)
Who is providing the Non -payment                        Describe how the cardholder uses /accesses

**CONFIDENTIAL**

M.C. 00131

service described above?                                          Non-payment service

Section VIII.b. Proprietary Payment Information

Type of Payment Application
(check all that apply)

If "Other" please specify

Who is providing the Payment service
described above?

Is the Payment application general                    Will Stored Value program convert to        ○ Yes ○ No
(broad merchant base) or limited purpose        Mondex?
(e.g., transit, campus merchants)?

If Stored Value application, define maximum and projected average
amounts that may be stored on cards :
Max                                                                  Projected Avg.

Describe how the Payment application will be used by cardholder :

Section VIII.c. Proprietary Account Number
How the proprietary account number will be incorporated onto the card          ☐ embossed in the 4th line
                                                                                ☐ encoded on magnetic strip
                                                                                ☐ cross-referenced in co-brander's database
                                                                                ☐ Other

Please describe where and /or how the proprietary account will be utilized
Section VIII.d. Indemnification

Issuer Senior Program Manager By :
Name
Title
Date

---

## Section IX: Virtual MasterCard Solution

Section IX.a. General Information
Target Audience :                                                      Is this program marketed on a website?

The Virtual MasterCard is available for                        www.
use in all remote environments :                                Program will operate under a dedicated
                                                                        BIN:
Will the same BIN be used for any physical MasterCard cards?

A unique BIN has been requested?

The virtual MasterCard includes the       ☐ 16-digit account number       How will the account number, expiration date & CVC 2 be
following:                                          ☐ Assigned CVC2 value            communicated?
                                                            ☐ Expiration date

Section IX.b. Account Linkage

Account linkage will be managed the same way for all accountholders :

| |
|---|---|
| • Please check this box if the Virtual MasterCard Solution will be offered in conjunction with member's existing or newly issued physical MasterCard cards:<br>☐ Yes<br>• Please check the box to verify that the Virtual MasterCard will be automatically cancelled when the physical MasterCard card is cancelled<br>☐ Yes | • Please check this box to verify that the Virtual MasterCard account holder will be offered the option to receive a physical MasterCard card in conjunction with the Virtual MasterCard<br>☐ Yes<br>• Is the physical MasterCard plastic option available at all times for cardholders in good standing?<br>○ Yes ○ No |

CONFIDENTIAL

M.C. 00132

The Virtual MasterCard account and physical MasterCard card is linked operationally .

Section IX.c.

Optional Reference Device Issued

| The reference device must meet the following minimum requirements  {Check box to verify that device meets each requirement} | |
|---|---|
| | ☐ No MasterCard hologram |
| | ☐ No magnetic stripe or chip |
| | ☐ No embossing |
| | ☐ No MasterCard signature panel |

| The following disclosures will be printed on the reference device | |
|---|---|
| | ☐ "This program is for use in all remote environments" |
| | ☐ "This is designed for reference only and is not valid when handed to the merchant" |
| | ☐ Other |
| | Other |

Section IX.d. Communication Materials

| | |
|---|---|
| The issuer must disclose to account holders that the card  -optional account is MasterCard card in all respects except that it cannot be used for any purchase where a physical card must be handed to a merchant for payment | ☐ Yes |
| The issuer must prominently disclose to account holders that the card  -optional account cannot be used for any transaction that requires in person presentment of a physical MasterCard card . | ☐ Yes |
| The issuer must prominently disclose to account holders that the card  -optional account cannot be used for "Dual Mode" transactions, e.g., it may not be used to purchase an item over the Internet that subsequently would require presentment of a physical MasterCard card bearing the same account number as the card   -optional account in order to obtain that item . Examples include certain theatre ticket purchases, hotel stays, car rentals, and online purchases picked up in person . | ☐ Yes |

## Section X: Required Signature

Section X.a. Required Signature of Authorized Representative of Member

Member Signature on file?                    Yes

Section X.b. Required Signature of Authorized Representative of Partner

Partner Signature on file?                    Yes

## Program Approval Status

### Preliminary Review

| | | | |
|---|---|---|---|
| Date Submitted | 02/03/2004 | Date Reviewed  . | Feb 03,2004 |
| Date Resubmitted : | | | |
| Date Additional Information Requested | | Comment Date : | |
| Program Compliant | ○ Yes ● No | Comments : | |
| Business Days to Respond : | 0 | | |
| Program Reviewed by : | mark reviewed | ██████████ | |

Lock Review History

1. Date Additional Information Requested: Feb 03, 2004,  any restrictions?:
2. Date Additional Information Requested: May 19, 2005, ██████████

Please accept this e-mail as the understanding of MasterCard - Franchsie Management,  that the ██████████ program is

# CONFIDENTIAL

funded and purchased only with Cash, ACH transfer and only any ▓▓▓▓▓▓▓▓ program. We reached this understanding as:

- ▓▓▓ is acting as a financial institution not a merchant
- ▓▓▓ is a closed loop organization (similar to a private club)
- ▓▓▓ is not selling the program or making the loading functionality of the program available to the general public

If our understanding is not correct please notify us immediately.

Thank you, and continued success with the program.

▓▓▓▓▓▓▓▓
Vice President
Franchise Management - Brand Standards
MasterCard International
2000 Purchase Street
Purchase, NY 10577
914-249-6222
Fax: 914-249-4356
**********

**Final Program Status**

| Date of Status : | | Status Set By : |
|---|---|---|
| Status | Approved | |
| Business Days to Approve : 8 | | |

Image File --->
Entered by ▓▓▓▓▓▓ Apr 14, 2004 at 04:48 PM
Modified By: Douglas Bausch/NYC/MASTERCARD on May 19, 2005 at 02:30:59 PM
Modified By: Sara Schneider/STL/MASTERCARD on Apr 19, 2004 at 02:02:01 PM
Modified By: Christine Knowles/NYC/MASTERCARD on Feb 13, 2004 at 01:38:55 PM
Modified By: Christine Knowles/NYC/MASTERCARD on Feb 13, 2004 at 01:37:28 PM

CONFIDENTIAL

M.C. 00134