IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) |
| ALBERTO R. GONZALES, in his official capacity as Attorney General of the United States. | ) ) ) ) ) |
| Defendant. | ) |

Civil Action No.
98-CV-5591

**ORDER GRANTING DEFENDANT'S MOTION
FOR LEAVE TO FILE AMENDED PROTECTIVE ORDER**

AND NOW, this ____ day of _____, 2006, upon consideration of Defendant's Motion for Leave to File an Amended Motion for Protective Order, and the reasons set forth therein, it is hereby ORDERED that:

Defendant's Motion is GRANTED; and it is hereby further ORDERED that:

The Clerk of the Court shall FILE Defendant's Amended Motion for Protective Order, Supporting Memorandum and Certificate of Service, as well the Supporting Declaration and Proposed Order.

_____
**LOWELL A. REED, JR., S.J.**