**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

AMERICAN CIVIL LIBERTIES UNION, )
  *et al.*,                         )
                              )
         Plaintiffs         )
                              )
  v.                          )     Civil Action No.
                              )     98-CV-5591
ALBERTO R. GONZALES, in his official  )
  capacity as Attorney General of     )
  the United States.               )
                              )
         Defendant.      )

**ORDER GRANTING DEFENDANT'S
MOTION FOR PROTECTIVE ORDER**

       AND NOW, this \_\_\_\_ day of _____, 2006, upon consideration of Defendant's Motion for Protective Order, and the reasons set forth therein, it is hereby ORDERED that:

       Defendant's Motion is GRANTED; and it is hereby further ORDERED that:

       Plaintiffs shall be prohibited from calling an official from the Department of Justice to testify at trial.

_____
    **LOWELL A. REED, JR., S.J.**