IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity as Attorney General of the United States | : : | |

### ORDER

**AND NOW,** this 24th day of October, 2006, upon consideration of defendant's unopposed motion for leave to file an amended motion for protective order (Doc. No. 349), it is hereby **ORDERED** that:

(1) the motion is **GRANTED;**

(2) the original motion for protective order (Doc. No. 345) is **DENIED as moot**; and

(3) the Clerk of Court is directed to file defendant's amended motion for protective order, supporting memorandum and certificate of service, as well the supporting declaration and proposed order attached to Document Number 349.

    S/ Lowell A. Reed, Jr.
LOWELL A. REED, JR., S.J.