IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., Plaintiffs | : : : | CIVIL ACTION |
| v. | : : | NO. 98-CV-5591 |
| ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, Defendant. | : : : : : | |

**ORDER**

AND NOW, this           day of                     , 2006, it is hereby **ORDERED** that the application of Douglas W. Gilfillan, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐     GRANTED.

☐     DENIED.

BY THE COURT:

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No. __98-CV-5591__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I.   **APPLICANT'S STATEMENT**

I, Douglas W. Gilfillan, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 0250609, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| Fulton County, Georgia | August 16, 1996 | |
|---|---|---|
| (State where admitted) | (Admission date) | Attorney Identification Number |
| Supreme Court of the State of Georgia | November 4, 1996 | 294713 |
| (State where admitted) | (Admission date) | Attorney Identification Number |
| | | |
| (State where admitted) | (Admission date) | Attorney Identification Number |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| USDC Northern District of Georgia | November 4, 1996 | |
|---|---|---|
| (Court where admitted) | (Admission date) | Attorney Identification Number |
| Court of Appeals of Georgia | November 4, 1996 | |
| (Court where admitted) | (Admission date) | Attorney Identification Number |
| | | |
| (Court where admitted) | (Admission date) | Attorney Identification Number |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    ChoicePoint Inc.

_____
(Applicant's Signature)

October 25, 2006
Date

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER

King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia   30309

Phone:  (404) 572-4600   Fax:  (404) 572-5141

Sworn and subscribed before me this
25th day of _October_, 2006.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CLARA E. BROWN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 28, 2008

II.   SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>Douglas W. Gilfillan</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Thomas Finarelli | *[signature]* | March 12, 1973 | 17700 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Lavin, O'Neil, Ricci, Cedrone & DiSipio

190 North Independence Mall West, Suite 500, 6th & Race Streets, Philadelphia, PA   19106

Phone:  (215) 627-0303    Fax:  (215) 627-2551

Sworn and subscribed before me this

25th day of October, 2006.

*[signature]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CLARA E. BROWN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 28, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., : | CIVIL ACTION |
| Plaintiffs : | |
| : | |
| v. : | NO. 98-CV-5591 |
| : | |
| ALBERTO R. GONZALES, in his official : | |
| capacity as ATTORNEY GENERAL OF THE : | |
| UNITED STATES, : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Douglas W. Gilfillan, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was forwarded via ECF today to:

Aden J. Fine
ACLU Foundation
125 Broad Street
18th Floor
New York, NY 10004

Joel L. McElvain
Eric Beane
U.S. Department Of Justice
20 Massachusetts Ave., NW
Washington, DC 20530
Counsel for Defendant

Seth L. Friedman
Latham & Watkins
885 3rd Ave.
Suite 1000
New York, NY 10022
Counsel for Plaintiffs

_____
Signature of Attorney

Thomas Finarelli
Name of Attorney

ChoicePoint, Inc.
Name of Moving Party

October 25, 2006
Date