IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.<br><br>       Plaintiffs,<br><br>v.<br><br>ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>       Defendant. | CASE NO. 98 CV 5591<br><br>**NOTICE OF APPEARANCE**<br><br>Document Electronically Filed |

To the Clerk of this Court and all parties of record:

    Enter our appearance as counsel in this case for Flash Networks, Inc., a non-party served with two trial subpoenas.

    I certify that I am admitted to practice in this Court.

Dated: October 26, 2006

By: _/s/ Michael J. Caffrey_
Michael J. Caffrey (MJC3483)
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, NJ 07068-1791
973-597-2500 (Phone)
973-597-2400 (Fax)

Attorneys for Flash Networks, Inc.

19510/4
10/27/2006 2051434.01