IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>Defendant. | CASE NO. 98 CV 5591<br><br>**NOTICE OF MOTION TO QUASH SUBPOENAS SERVED ON FLASH NETWORKS, INC.** |

TO:

    Clerk of the Court
    United States District Court, Eastern District of Pennsylvania
    James A. Byrne Courthouse
    601 Market Street
    Philadelphia, PA 19106-1797

    Hon. Lowell A. Reed, Jr.
    United States District Court, Eastern District of Pennsylvania
    James A. Byrne Courthouse
    601 Market Street
    Philadelphia, PA 19106-1797

    Catherine Crump, Esq.
    Ann Beeson, Esq.
    American Civil Liberties Union Foundation
    125 Broad Street
    New York, New York 10004

    Karen Stewart, Esq.
    Raphael O. Gomez, Esq.
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., N.W.
    Washington, D.C. 20044

SIRS/MADAMS:

**PLEASE TAKE NOTICE** that on Friday, October 27, 2006 at 9:00 a.m. on the forenoon as soon thereafter as counsel may be heard, the undersigned attorneys for Flash Networks, Inc. shall apply to the United States District Court for the Eastern District of Pennsylvania, Philadelphia, Pennsylvania, for an Order quashing the subpoenas dated October 10, 2006 served by plaintiff American Civil Liberties Union pursuant to Federal Rule of Civil Procedure 45. We shall rely upon the annexed certifications, exhibits, and letter brief in support thereof.

The undersigned requests oral argument if the within motion is opposed.

A proposed form of Order is annexed.

Respectfully submitted,

By: _____
Michael J. Caffrey
Nicole Bearce Albano

**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
973.597.2400 (fax)
nalbano@lowenstein.com
mcaffrey@lowenstein.com
Attorney No. 59855
Attorneys for Flash Networks, Inc.

Dated: October 26, 2006