IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES,<br><br>Defendant. | CASE NO. 98 CV 5591<br><br>**ORDER QUASHING THE SUBPOENAS SERVED ON FLASH NETWORKS, INC.** |

THIS MATTER having come before the Court upon application of Lowenstein Sandler PC, counsel for Flash Networks, Inc. ("Flash Networks"), seeking an Order quashing the subpoenas dated October 10, 2006 served by plaintiff American Civil Liberties Union upon Flash Networks pursuant to Federal Rule of Civil Procedure 45; and the Court having reviewed the parties' written submissions; and the Court having considered this matter; and good cause having been shown;

IT IS ON THIS _____ day of October, 2006,

**ORDERED** that the subpoenas dated October 10, 2006 served by plaintiff American Civil Liberties Union upon Flash Networks are hereby quashed; and it is further

**ORDERED** that a copy of the within Order be served on all counsel of record _____ days from the date hereof.

_____
Hon. Lowell A. Reed, Jr.