IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 98-CV-5591

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Steven K. Blackhurst__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __13021__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Oregon State Bar | 09/20/1973 | 73032 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| District of Oregon | 09/20/1973 | 73032 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Ninth Circuit Court of Appeals | 09/20/1973 | 73032 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am entering my appearance for*   Third Party RULESPACE LLC

*(Applicant's Signature)*

10/24/2006
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Ater Wynne LLP, 222 SW Columbia, Suite 1800, Portland, OR 97201

Telephone: (503) 226-8439

E-mail: skb@aterwynne.com

Sworn and subscribed before me this

24th Day of October, 2006

*Deborah Le Doux*
Notary Public

OFFICIAL SEAL
DEBORAH LeDOUX
NOTARY PUBLIC-OREGON
COMMISSION NO. 370145
MY COMMISSION EXPIRES JUNE 30, 2007

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Steven K. Blackhurst___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Pamela S. Goodwin | *Pamela S. Goodwin* | 1980 | 33254 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Saul Ewing LLP, 750 College Road East, Suite 100, Princeton, NJ  08540

Telephone:  (609) 452-3100

E-mail:  pgoodwin@saul.com

Sworn and subscribed before me this

27th Day of October, 2006

*Karen L. Carsley*
Notary Public
KAREN L. CARSLEY
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 26, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., | : | CIVIL ACTION |
| v. | : | |
| ALBERTO R. GONZALES, in his official capacity as Attorney General of US, etc. | : | NO.   98-CV-5591 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Steven K. Blackhurst___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Seth Friedman, Esq., Latham & Watkins LLP, 53rd at Third, 885 Third Avenue, New York, NY 10022-4834

Joel McElvain, US Department of Justice, 20 Massachusetts Avenue, NW, Washington, DC 20001

*Pamela S. Goodwin* (signature)
Signature of Attorney

Pamela S. Goodwin
Name of Attorney

RuleSpace LLC
Name of Moving Party

Oct 27, 2006
Date

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., <br> v. <br> ALBERTO R. GONZALES, in his official capacity as Attorney General of US, etc. | : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br><br> NO.  98-CV-5591 |

## ORDER

AND NOW, this _____ Day of _____, 2006, it is hereby

ORDERED that the application of _Steven K. Blackhurst_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**OFFICE OF THE CLERK OF COURT**

**Rule 5.1.4 of the Local Rules of Civil Procedure**
**Governing the Format of Documents in Electronic Form**

**Validation of Signature Form**

Pursuant to Rule 5.1.4, *Format of Documents in Electronic Form*, all attorneys who are not Electronic Case Filing ("ECF") Users, as defined in the *Procedural Order on Electronic Case Filing* referenced in Rule 5.1.2 of the Local Rules of Civil Procedure, are required to complete this *Validation of Signature* form validating his or her signature for submission of all filings (subsequent to the complaint) on disk in portable document format (PDF), so that the filings may be entered into the District Court's ECF system. The document on disk must be accompanied by a courtesy copy of the document in paper format for use by the court. Attorneys who complete this form will receive a signature code which must be used by the attorney on the signature line of all courtesy copies submitted with a disk. The document as submitted on the disk will constitute the original document under Section (b) of Local Civil Rule 5.1.4.
**(Please Print or Type)**

First Name: __Steven__   Middle Initial/Name: __K.__

Last Name: __Blackhurst__   Generation (i.e., Sr., Jr.) _____

Firm: __Ater Wynne LLP__   Bar Id No. and State: __73032 Oregon__

Address: __222 SW Columbia, Suite 1800__

Address: _____

City: __Portland__   State: __OR__   Zip Code __97201__

Telephone No: __(503) 226-8439__   FAX No: __(503) 226-0079__

E-mail Address: __skb@aterwynne.com__

Are you admitted to practice in the Eastern District of Pennsylvania?
☐ Yes    ☐ No   pending
If yes, are you a member in good standing?
☐ Yes    ☐ No

Are you admitted to practice pro hac vice in the Eastern District of Pennsylvania?
☐ Yes    ☐ No   pending

Are you registered as an ECF Filing User in the Eastern District of Pennsylvania?

☐ Yes    ☒ No

If no, would you like to also register as an ECF Filing User in the Eastern District of Pennsylvania?
☒ Yes    ☐ No

***By submitting this registration form, the undersigned agrees/consents to the following:***

1. I have read and understood the provisions of Rule 5.1.4 of the Local Rules of Civil Procedure, *Format of Documents in Electronic Format*, and the court's *Procedural Order Governing the Format of Documents in Electronic Form*, and I agree to abide by all provisions set forth therein.

2. I agree that this form constitutes my signature for all filings (subsequent to the complaint) which must be submitted on disk in portable document format (PDF), as required by Section (b) of Rule 5.1.4, *Format of Documents in Electronic Form*. I understand that I will be provided with a signature code which I must use on the signature line of all courtesy copies submitted with a disk  I have read and understood the provisions of Rule 11 of the Federal Rules of Civil Procedure, and I agree that my signature code used on the signature line of all courtesy copies submitted with a disk will serve as my signature for purposes of Rule 11. I further understand that the document as submitted on the disk will constitute the original document under Section (b) of Local Civil Rule 5.1.4.

3. I understand and agree that service of process will be made in accordance with those provisions set forth in Rule 5 of the Federal Rules of Civil Procedure.

*I hereby certify that the above information is true and correct and I am a member in good standing of the United States District Court for the Eastern District of Pennsylvania.*

_____          October 24, 2006
Signature                                                              Date

Please return completed form by U.S. Mail to:   Michael E. Kunz
U.S. District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

ATER WYNNE LLP
ATTORNEY AT LAW
ATTORNEY DISBURSEMENT ACCOUNT
222 SW COLUMBIA, STE 1800
PORTLAND, OR 97201-6618

13021

24-6-1230

UNION BANK OF CALIFORNIA
PORTLAND #03
407 SOUTHWEST BROADWAY, PORTLAND, OR 97205
800 238 4486

DATE October 24, 2006

PAY Forty and no/100************************************** DOLLARS $40.00

TO THE ORDER OF
Clerk of the Court
USDC for the Eastern District
of Pennsylvania

THIS CHECK VOID AFTER 90 DAYS
DO NOT EXCEED $300.00

⑆0౹3021⑆ ⑆1230000068⑆ 003౹2063018⑆

ATER WYNNE LLP
ATTORNEY AT LAW
ATTORNEY DISBURSEMENT ACCOUNT

DELUXE - FORM WVCG-3 V-7

Pro Hac Vice application fee
for Steven K. Blackhurst

USDC Case No. 98-CV-05591

Client No. 103019-0001 (RuleSpace LLC)