IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity as Attorney General of the United States | : : | |

## ORDER

**AND NOW,** this 2nd day of November, 2006, upon consideration of the application to testify under a pseudonym by plaintiffs' witness, the declaration of facts in support thereof, the testimony of the witness and for good cause shown therein, it is hereby **ORDERED** that:

1. The declaration of plaintiffs' witness attached hereto shall be **FILED UNDER SEAL**; and

2. Plaintiffs' witness may testify under a pseudonym.

      S/ Lowell A. Reed, Jr.
      LOWELL A. REED, JR., S.J.