IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity as Attorney General of the United States | : : | |

## ORDER

**AND NOW,** this 6th day of November, 2006, upon consideration of the defendant's request to place pages 30 through 39 of plaintiffs' trial exhibit 166 under seal because the pages consist of evidence of criminal conduct, it is hereby **ORDERED** that, for good cause shown, pages 30 through 39 of plaintiffs' trial exhibit 166, attached hereto, shall be **FILED UNDER SEAL.**

        S/ Lowell A. Reed, Jr.
LOWELL A. REED, JR., S.J.