UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 98-5591 |
| : | |
| ALBERTO R. GONZALES, in his official : | |
| capacity as Attorney General of the United : | |
| States, : | |
| Defendants. : | |

---

**O R D E R**

**AND NOW**, this ____ day of November, 2006, upon consideration of non-party witness, Veratad Technologies LLC's (Veratad) Motion for Admission of Keith L. Hovey, Esquire *Pro Hac Vice* as counsel for Veratad, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

It is further **ORDERED** and **DECREED** that Keith L. Hovey is admitted *Pro Hac Vice* as counsel for Veratad, with the assistance of local counsel.

**BY THE COURT:**

_____
J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., : <br>         Plaintiffs,   : <br>            : <br>        v.          : <br>            : <br> ALBERTO R. GONZALES, in his official   : <br> capacity as Attorney General of the United   : <br> States,   : <br>         Defendants.   : | Civil Action No. 98-5591 |

---

**MOTION FOR ADMISSION OF KEITH L. HOVEY, ESQUIRE
TO THE BAR OF THIS COURT *PRO HAC VICE***

Daniel S. Bernheim, 3d, a member of the Bar of this Court, respectfully moves pursuant to Civil Rule 83.5 of the United States District Court for the Eastern District of Pennsylvania that Keith L. Hovey, Esquire ("Mr. Hovey") of the firm Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Woodbridge, New Jersey 07095, be admitted to appear and practice before this Court in the instant case as counsel *pro hac vice* for non-party witness Veratad Technologies LLC ("Veratad"), and in support of this Motion, states as follows:

1. Mr. Hovey has been admitted as a member of the Bar of the State of New Jersey since 2004, and the Bar of the State of New York since 2005.

2. Mr. Hovey is admitted to practice, *inter alia*, before the United States District Court for the District of New Jersey.

3. Mr. Hovey has been a member of the bar in good standing in every jurisdiction in which he has been admitted to practice.

4.      There are no disciplinary proceedings pending against Mr. Hovey as a member of the bar in any jurisdiction, nor has he ever been disbarred or censured by a court of record or by a state bar association.  (A true and correct copy of the Affidavit of Keith L. Hovey, Esquire in Support of the Motion for Admission is attached hereto as Exhibit "A").

5.      Veratad and I desire to have Mr. Hovey admitted *pro hac vice* in this matter because he has a comprehensive familiarity with the business operations and trade secrets of Veratad in connection with this litigation.

6.      Mr. Hovey is willing to submit to the jurisdiction of this Court and to comply fully with all of its rules and procedures.

7.      To ensure compliance and familiarity with the rules and procedures of this Court, Daniel S. Bernheim, 3d will serve as counsel of record.

**WHEREFORE**, Daniel S. Bernheim, 3d respectfully requests that this Honorable Court grant this Motion for Admission of Keith L. Hovey *pro hac vice* and enter the Order attached.

          **Respectfully submitted,**

          **SILVERMAN BERNHEIM & VOGEL**

          By:     **dsb6793**
                Daniel S. Bernheim, 3d, Esquire
                Attorney for Non-Party Witness,
                Veratad Technologies LLC

                PA I.D. No. 32736

                Two Penn Center Plaza, Suite 910
                Philadelphia, PA 19102
                (215) 569-0000

**CERTIFICATION OF SERVICE**

I, Daniel S. Bernheim, 3d, Esquire, hereby certify that a true and correct copy of the foregoing Motion for Admission of Keith L. Hovey, Esquire to the Bar of This Court *Pro Hac* was served upon all counsel of record pursuant to the Notice of Electronic Filing.

SILVERMAN BERNHEIM & VOGEL

By:_____dsb6793_____
　　　Daniel S. Bernheim, 3d, Esquire