# Exhibit A

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------

AMERICAN CIVIL LIBERTIES UNION,  :
et al.,  :
           Plaintiffs,  :
  :
          v.  :  **Civil Action No. 98-5591**
  :
ALBERTO R. GONZALES, in his official  :
capacity as Attorney General of the United  :
States,  :
          Defendants.  :

---------------------------------------------------------

## AFFIDAVIT OF KEITH L. HOVEY IN
## SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, being duly sworn according to law, does hereby depose and say as follows:

1.    I have been enrolled as a member of the Bar in the State of New Jersey since 2004, and the Bar of the State of New York since 2005

2.    I am admitted to practice, *inter alia*, before the United States District Court for the District of New Jersey.

3.    I have been a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction nor have I ever been disbarred or censured by a court of record or by a state bar association.

5.    I am familiar with the Pennsylvania Rules of Court.

IN WITNESS WHEREOF, the undersigned swears and affirms that the foregoing is true and correct to the best of his knowledge, information and belief.

_____
KEITH L. HOVEY, ESQ.

Date: November 10, 2006

Sworn to and subscribed:
Before me this _10th_ day:
Of November, 2006:
_____
Notary Public

My Commission Expires On: _____
PAULINE C. GIACCIO
A Notary Public of New Jersey
My Commission Expires Dec. 5, 2010