IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, *et al.*, | ) ) ) |
| **Plaintiffs**, | ) ) ) |
| v. | ) ) |
| **ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, | ) ) ) ) ) |
| **Defendant.** | ) |

Civil Action No. 98-CV-5591

**DEFENDANT'S MOTION FOR JUDGMENT ON PARTIAL FINDINGS**

Defendant respectfully submits this written motion to accompany his November 7, 2006 oral motion for Judgment on Partial Findings pursuant to Federal Rule of Civil Procedure 52(c). Defendant avers that Plaintiffs have not established their claims through the evidence proffered in their case in chief. In support of his motion Defendant states as follows:

1. Plaintiffs have not demonstrated that they maintain standing to challenge the Child Online Protection Act ("COPA"). Specifically, Plaintiffs have failed to show a reasonable fear of prosecution through objective evidence as opposed to their purely subjective beliefs. Plaintiffs have also failed to demonstrate that COPA will impair their business operations. Defendant incorporates by reference his Motion to Dismiss and memoranda in support thereof, and his Trial Memorandum.

2. Plaintiffs have not submitted evidence that there are lesser restrictive means to further the government's compelling interest in protecting children. For example, Plaintiffs' support regarding their filtering argument, as proffered by Dr. Cranor, was simply anecdotal.

3. Plaintiffs have not submitted evidence that COPA is overly broad.

4. Plaintiffs have failed to meet their burden on their claim regarding the rights of older minors.

5. Plaintiffs have failed to meet their burden on their claim regarding anonymity.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PATRICK L. MEEHAN
United States Attorney
RICHARD BERNSTEIN
Assistant U.S. Attorney

THEODORE C. HIRT
Assistant Branch Director
RAPHAEL O. GOMEZ
Senior Trial Counsel

 /s/ Tamara Ulrich
ERIC J. BEANE
ISAAC CAMPBELL
JOEL McELVAIN
KENNETH SEALLS
JAMES TODD
TAMARA ULRICH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
(202) 305-1432

CERTIFICATE OF SERVICE

  I hereby certify that on November 13, 2006, I caused the foregoing Defendant's Motion for Judgment on Partial Findings to be filed electronically and therefore to be available for viewing and downloading from the Electronic Case Filing system.  The electronic filing of this document constituted service of this document on the following liaison counsel:

    Aden Fine
    American Civil Liberties Union
    125 Broad Street, 18th Floor
    New York, NY 10004

           /s/ Tamara L. Ulrich
         TAMARA L. ULRICH