UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMERICAN CIVIL LIBERTIES UNION, et al.    :
                                          :
    v.                                    :    Case No. 98-5591
                                          :
ALBERTO R. GONZALES, in his official      :
capacity as Attorney General of the United States :
                                          :

### PRAECIPE TO WITHDRAW, WITHOUT PREJUDICE, THE MOTION FOR ADMISSION OF KEITH L. HOVEY, ESQUIRE TO THE BAR OF THIS COURT *PRO HAC VICE*

Kindly withdraw, without prejudice, the Motion for Admission of Keith L. Hovey, Esquire to the Bar of this Court *Pro Hac Vice* filed on November 13, 2006.

Respectfully submitted,

**SILVERMAN BERNHEIM & VOGEL**

BY:  dsb6793
    **Daniel S. Bernheim, 3d, Esquire**
    Attorney for Non-Party Witness,
    Veratad Technologies LLC

    Two Penn Center, Suite 910
    Philadelphia, PA 19143
    Phone: (215) 569-0000
    Fax: (215) 636-3999

Date:   November 14, 2006

Of Counsel:
Keith L. Hovey, Esquire
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Phone: (732) 855-6196
Fax: (732) 726-6576

## CERTIFICATION OF SERVICE

I, Daniel S. Bernheim, 3d, Esquire, counsel for Veratad Technologies LLC, hereby certifies that service of Praecipe to Withdraw, Without Prejudice, the Motion for Admission of Keith L. Hovey, Esquire to the Bar of this Court *Pro Hac Vice* filed on November 13, 2006 was served in accordance with the instructions as directed by the notice of electronic filing on November 14, 2006.

**SILVERMAN BERNHEIM & VOGEL**

BY:  dsb6793
      **Daniel S. Bernheim, 3d, Esquire**