IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et. al., <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO R. GONZALES, in his official capacity as Attorney General of the United States, <br><br> Defendant. | Civil Action No. 98-CV-5591 |

### NOTICE OF WITHDRAWAL OF
### MOVANT COMCAST CABLE COMMUNICATIONS, LLC'S
### <u>MOTION FOR PROTECTIVE ORDER</u>

Movant Comcast Cable Communications, LLC ("Comcast") hereby files this notice of withdrawal of its Motion for Protective Order and in support, states as follows:

1. On or about November 9, 2006, Comcast unsuccessfully attempted to electronically file its Motion for Protective Order seeking to protect certain references and quotations contained in the United States Department Of Justice's (the "DOJ's") expert report in this litigation from being publicly revealed.

2. Because the Court was closed for Veterans' Day on November 10, 2006, Comcast next intended to file a paper version of its motion with the Court on Monday, November 13, 2006.

3. In the days between November 9, 2006 and November 13, 2006, Comcast and the DOJ reached a settlement under which the DOJ would redact the subject references and quotes in its expert report and Comcast would withdraw its Motion for Protective Order.

**WHITE & CASE**LLP   Wachovia Financial Center, Miami, Florida 33131-2352   Tel+ 1 305 371 2700

4.      Accordingly, Comcast hereby notifies the Court that it withdraws its Motion for Protective Order.

Dated: November 14, 2006

*signature*

Jaime Bianchi (admitted in Florida)
David Konuch (admitted in Florida)
Elissa J. Taub
**WHITE & CASE**LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131-2352
Tel.: (305) 371-2700
Fax: (305) 358-5744
etaub@whitecase.com

*Counsel for Comcast Cable Communications, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 14th day of November, 2006, one true and correct copy of the Notice Of Withdrawal Of Movant Comcast Cable Communications, LLC's Motion For Protective Order was served via electronic mail and facsimile upon the following counsel:

Aden J. Fine
ACLU Foundation
125 Broad Street
18th Floor
New York, NY  10004

Seth L. Friedman
Latham & Watkins
885 3rd Avenue
Suite 1000
New York, NY  10022

Counsel for Plaintiffs

Joel L. McElvain
Eric Beane
U.S. Department of Justice
20 Massachusetts Avenue, NW
Washington, DC  20530

Counsel for Defendant

*Elissa J. Taub*
Elissa J. Taub