IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity as Attorney General of the United States | : : | |

**ORDER**

**AND NOW,** this 16th day of November, 2006, having heard further from the parties, it is hereby **ORDERED** that Paragraph 3 of this court's October 12, 2006 order (Doc. No. 335) is **VACATED** and shall be replaced with the following revised Paragraph 3:

    3.    Having reviewed the record, the pleadings and the positions of the parties regarding the legal issues (see Doc. No. 319, pp. 143-144), the court hereby concludes that the legal issues in this case are as follows:

    A.    Whether each plaintiff will be able to continue to prove it has standing;

    B.    Whether the standard of scrutiny to be applied to COPA is the strict scrutiny standard or the intermediate scrutiny standard;

    C.    How to interpret COPA's statutory language including, but not limited to, whether COPA has extraterritorial application;

    D.    Whether COPA is unconstitutional because it deprives adults of speech to which they are constitutionally entitled;

    E.    Whether COPA is unconstitutionally overbroad on its face and as applied;

    F.    Whether COPA is unconstitutionally vague;

    G.    Whether plaintiffs have a First and Fifth Amendment right to communicate and access information anonymously over the web; and

    H.    Whether COPA violates the First and Fifth Amendment rights of older minors.

    S/ Lowell A. Reed, Jr.
    LOWELL A. REED, JR., S.J.