IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, *et al.*, <br><br>　　　　　**Plaintiffs**, <br><br>　　　v. <br><br>**ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, <br><br>　　　　　**Defendant.** | Civil Action No. 98-CV-5591 |

**DEFENDANT'S MOTION TO EXCLUDE DEMONSTRATIVE EXHIBIT**

Defendant respectfully requests that the Court direct Plaintiffs not to use a demonstrative exhibit that they have prepared for use in their closing argument. In support of this motion, counsel for the Defendant states as follows:

1. On Friday, November 17, counsel for the Plaintiffs submitted a document to counsel for the Defendant captioned "Sexually Explicit Domestic Web Pages Not Blocked by AOL Filter." The document appears to attempt to calculate certain percentages from the database used by Paul Mewett and Philip Stark in the course of the study that they performed in this litigation.

2. The percentages listed in this document are not contained in the record.

3. When questioned at trial regarding this issue, Dr. Stark explained that, in order to derive the calculations that Plaintiff now attempt to perform, it would be necessary for him to generate a new query from the database. Testimony of Philip B. Stark, Nov. 8, 2006, p. 157, lines 8-13.

4. Dr. Stark also explained at trial that, in his judgment as a statistician, the type of calculation that Plaintiffs have now attempted to perform would not be a meaningful measure of

the likelihood that children are exposed to adult material on the World Wide Web.  Testimony of Philip B. Stark, Nov. 8, 2006, p. 177, line 13, through p. 178, line 17.

5.  As explained in more detail in the accompanying Declaration of Philip B. Stark, the calculations contained in Plaintiffs' demonstrative exhibit are not meaningful estimates, and further suffer from a variety of technical defects.

6.  Counsel for the Defendant has contacted counsel for Plaintiffs and has asked that they agree not to use the proffered demonstrative exhibit.  After an initial exchange of correspondence via e-mail, counsel for Defendant reiterated his request.  Counsel for Plaintiff has not responded to this request.

7.  Because the Plaintiffs' proffered demonstrative exhibit does not fairly reflect the trial record, Plaintiffs should be prohibited from its use in their closing argument.

For the foregoing reasons, Defendant respectfully requests that the Court direct the Plaintiffs not to use their demonstrative exhibit captioned "Sexually Explicit Domestic Web Pages Not Blocked by AOL Filter" in their closing argument.

                                                  Respectfully submitted,

                                                  PETER D. KEISLER
                                                  Assistant Attorney General

                                                  PATRICK L. MEEHAN
                                                  United States Attorney
                                                  RICHARD BERNSTEIN
                                                  Assistant U.S. Attorney

                                                     /s/ Joel McElvain
                                                  THEODORE C. HIRT
                                                  Assistant Branch Director
                                                  RAPHAEL O. GOMEZ
                                                  Senior Trial Counsel

                                        ERIC J. BEANE
                                        ISAAC CAMPBELL
                                        JOEL McELVAIN
                                        KENNETH SEALLS
                                        JAMES TODD
                                        TAMARA ULRICH
                                        Trial Attorneys
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Ave., N.W.
                                        Washington, D.C.  20530
                                        (202) 514-2988

Date: November 20, 2006

CERTIFICATE OF SERVICE

I hereby certify that I caused the attached document to be filed via this Court's electronic filing system on November 20, 2006.  The electronic filing of this document constituted service of this document on the following liaison counsel:

>Aden J. Fine, Esquire
>American Civil Liberties Union
>125 Broad Street
>New York, NY 10004

      /s/ Joel McElvain
      JOEL McELVAIN