IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity | : | |
| as Attorney General of the United States | : | |

## ORDER

**AND NOW,** this 20th day of November, 2006, having been reliably informed by counsel that all of the following third party motions have been resolved, it is hereby **ORDERED** that the following four motions are **DENIED** as moot:

1. Document Number 346: Motion for Protective Order filed by Choicepoint, Inc.;

2. Document Number 347: Motion for Protective Order filed by RuleSpace, LLC.;

3. Document Number 356: Motion for Protective Order filed by VISA USA, Inc.;

4. Document Number 362: Motion to Quash filed by Flash Networks, Inc.

    S/ Lowell A. Reed, Jr.
    LOWELL A. REED, JR., S.J.