IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity as Attorney General of the United States | : : | |

**ORDER**

**AND NOW,** this 20th day of November, 2006, upon the realization that this court, in its October 12, 2006 order granting plaintiffs' motion to designate deposition testimony pursuant to Rule 32 (Doc. No. 336), ruled only on plaintiffs' initial motion to designate deposition testimony which was filed under seal (Doc. No. 323) and inadvertently omitted ruling on plaintiffs' redacted motion to designate deposition testimony which was not filed under seal (Doc. No. 321), the two of which are identical save for the redactions in the latter, it is hereby **ORDERED** that plaintiffs' redacted motion (Doc. No. 321) is **GRANTED** for the reasons stated in this court's October 12, 2006 order (Doc. No. 336).

 S/ Lowell A. Reed, Jr.
LOWELL A. REED, JR., S.J.