UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------x
                  :

AMERICAN CIVIL LIBERTIES UNION,     :    CIVIL ACTION
                  :
          Plaintiffs,       :    NO. 98-5591
                  :
     v.                :
                  :
ALBERTO R. GONZALES, in his official capacity as   :
ATTORNEY GENERAL OF THE UNITED STATES,   :
                  :
          Defendant.       :
                  :
------------------------------------------------------------------x

NOTICE OF FILING

      The parties certify that each party has completed all the necessary work on the

trial exhibits and that the exhibits are ready for the Court's consideration as part of the

official evidentiary record of the trial concluded on November 20, 2006.

      A copy of the parties' master list of exhibits is attached.

DATE:  November 22, 2006        Respectfully submitted,


                        /s/
                        Catherine Crump
                        American Civil Liberties Union
                              Foundation
                        125 Broad Street, 18th Floor
                        New York, New York 10004
                        (212) 549-2500

                        Attorney for Plaintiffs


                        /s/
                        Raphael O. Gomez
                        Senior Trial Counsel

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. N.W. Rm. 6136
Washington, D.C. 20530
(202) 305-1953

Attorney for Defendant

ATTTACHMENT

PLAINTIFFS' EXHIBITS

| | TRIAL EX. # | TRIAL EX. BATES NO. | DESCRIPTION |
|---|---|---|---|
| Admitted 11-2-06 | | | Joint Exhibit 1 |
| Admitted 10-23-06 | P-1 | P-1 0001 – P-1 0015 | Resume of Lorrie Faith Cranor, May 8, 2006 |
| Admitted 11-6-06 | P-2 | P-2 0001 – P-2 0046; P-2 0047 – P-2 0053 | Expert Report of Lorrie Faith Cranor, May 7, 2006; Expert Rebuttal Report of Lorrie Faith Cranor, June 29, 2006 |
| Admitted 10-24-06 | P-3 | P-3 0001 – P-3 0039; P-3 0040 – P-3 0081 | U.S. Department of Justice: Web Content Filtering Software Program (e-Testing Labs study), October, 2001; Corporate Content Filtering Performance and Effectiveness Testing (e-Testing Labs study), March 2002 |
| Admission moved but denied 10-24-06 | P-4 | P-4 0001- P-4 0010; P-4 0011- P-4 0099 | Expert Report of Corey Finnell, October 15, 2001; Rebuttal Expert Report of Corey Finnell, November 30, 2001 |
| Admission moved but denied 10-24-06 | P-5 | P-5 0001- P-5 0090 | Effectiveness of Internet Filtering Software Products, Prepared for Net Alert and the Australian Broadcasting Authority, September 2001 |
| Admitted 10-24-06 | P-6 | P-6 0001- P-6 0095 | Commission on Child Online Protection (COPA) Report to Congress, October 20, 2000 |
| Admission moved but denied 10-24-06 | P-8 | P-8 0001- P-8 0023 | "Filtering Software: Better But still Fallible", Consumer Reports, June, 2005 |
| Admission moved but denied 10-24-06 | P-10 | P-10 0001- P-10 0027 | "Protecting Teens Online", by Amanda Lenhart, Pew Internet & American Life Project, March 17, 2005 |

| | TRIAL EX. # | TRIAL EX. BATES NO. | DESCRIPTION |
|---|---|---|---|
| Admitted 10-24-06 | P-11 | P-11 0001-P-11 0052 | Report to Congress, Children's Internet Protection Act, Pub. L. 106-554, Study of Technology Protection Measures in Section 1703, Department of Commerce, August 2003 |
| Admitted 10-24-06 | P-12 | P-12 0001-P-12 0010 | Resume of Edward W. Felten, May 8, 2006 |
| Admitted 11-6-06 | P-13 | P-13 0001-P-13 0040; P-13 0041-P-13 0052 | Expert Report of Edward W. Felten, May 8, 2006; Expert Rebuttal Report of Edward W. Felten, July 6, 2006 |
| Referred to in Testimony 10-24-06 | P-14 | P-14 0001-P-14 0005 | "Generations Online," Pew Internet & American Life Project, December 2005 |
| Admission moved but denied 10-25-06 | P-15 | P-15 0001-P-15 0009 | "Search Engine Use," Pew Internet & American Life Project, November 2005 |
| Admitted (Pages 1- 2, and 7) 11-6-06 | P-17 | P-17 0001-P-17 0057 | "Teens and Technology, Youth Are Leading the Transition to a Fully Wired and Mobile Nation," Pew Internet & American Life Project, July 27, 2005 |
| Admitted 10-25-06 | P-19 | P-19 0001-P-19 0006 | Illustration of conversion of Edward W. Felten's Web page to FTP, resulting in ftp://ftp.cs.princeton.edu/pub/people/felten/index.html |
| Admitted 10-30-06 | P-21 | P-21 0001-P-21 0004 | Resume of Henry Reichman, July 2005 |
| Admitted 10-30-06 | P-22 | P-22 0001-P-22 0034 | Expert Report of Henry Reichman, May 8, 2006 |

| | TRIAL EX. # | TRIAL EX. BATES NO. | DESCRIPTION |
|---|---|---|---|
| Admitted 10-30-06 | P-23 | P-23 0001-P-23 0707 | Newsletters on Intellectual Freedom, Office for Intellectual Freedom, American Library Association , January 2004 - March 2006 |
| Admitted 10-25-06 | P-24 | P-24 0001-P-24 0002 | Resume of Michael Russo |
| Admitted 10-25-06 | P-25 | P-25 0001-P-25 0045 | Expert Report of Michael Russo, May 8, 2006 |

|  | TRIAL EX. # | TRIAL EX. BATES NO. | DESCRIPTION |
|---|---|---|---|
| Admitted 11-2-06 | P-27 | P-27 0001-P-27 0074 | "File Sharing Programs, The Use of Peer-to-Peer Networks to Access Pornography," United States Government Accountability Office (GAO) Report to Congressional Requesters, May 2005 |
| Admitted 10-26-06 | P-28 | P-28 0001-P-28 0008 | Resume of Matthew Zook |
| Admitted 10-26-06 | P-29 | P-29 0001-P-29 0032 | Expert Report of Matthew Zook, May 8, 2006 |
| Referred to in Testimony 10-26-06 | P-30 | P-30 0001-P-30 0009 | Tables 1-9 from the Expert Report of Matthew Zook, May 8, 2006 |
| Referred to in Testimony 10-26-06 | P-31 | P-31 0001-P-31 0003 | Figures 1-3 from the Expert Report of Matthew Zook, May 8, 2006 |
| Admitted 10-26-06 | P-32 | P-32 0001-P-32 0026 | "Underground globalization: mapping the space of flows of the Internet adult industry", Environment and Planning, Vol. 35(7), 1261-1286, by Matthew Zook , December 19, 2002 |
| Admitted 11-6-06 | P-33 | P-33 0001-P-33 0004 | Resume of Ronald J. Mann, July 6, 2006 |
| Admitted 11-6-06 | P-34 | P-34 0001-P-34 0021 | Rebuttal Expert Report of Ronald J. Mann, July 6, 2006 |
| Referred to in Testimony 11-6-06 |  |  | Mann Demonstrative |
| Admitted (Pages 1-17, 73-74, 76-87, 89-99) 10-31-06 | P-37 | P-37 0001-P-37 0099 | Select pages from web site of Plaintiff Sexual Health Network |
| Admitted 10-23-06 | P-38 | P-38 0001-P-38 0025 | Select pages from web site of Plaintiff Nerve |
| Admitted 10-23-06 | P-39 | P-39 0001-P-39 0135 | Select pages from web site of Plaintiff Salon |

| | TRIAL EX. # | TRIAL EX. BATES NO. | DESCRIPTION |
|---|---|---|---|
| Admitted 10-30-06 | P-40 | P-40 0001- P-40 0025 | Select pages from web site of Plaintiff Condomania |
| Admitted 10-31-06 | P-41 | P-41 0001- P-41 0027 | Select pages from web site of Plaintiff Aaron Peckham (Urban Dictionary) |
| Admitted (Pages 3-28) 11-2-06 | P-42 | P-42 0001- P-42 0028 | Select pages from web site of Plaintiff Heather Corinna |
| Moved but not admitted 11-6-06 | P-43 | P-43 0001- P-43 0081 | Select pages from web site of Plaintiff ACLU members Ferlinghetti and Warren |
| Moved but not admitted 11-6-06 | P-44 | P-44 0001- P-44 0005 | Select pages from web site of Plaintiff Free Speech Media |
| Moved but not admitted 11-6-06 | P-45 | P-45 0001- P-45 0007 | Select pages from web site of Plaintiff Philadelphia Gay News |
| Moved but not admitted 11-6-06 | P-46 | P-46 0001- P 46 0018 | Select pages from web site of Plaintiff Powell's Bookstores |
| Admitted 11-2-06 | P-49 | P-49 0001- P-49 0015 | Select pages from web site of Leslie/Lohman Gallery |
| Admitted 10-26-06 | P-50 | P-50 0001- P-50 0004 | Lyrics of song "Lick It" by God-des |
| Admitted 10-26-06 | P-51 | P-51 0001- | CD of songs by God-des entitled "Reality" |
| Admitted 10-31-06 | P-52 | P-52 0001- P-52 0013 | Select pages from web sites of Erotic Authors Association |
| Admitted 11-1-06 | P-53 | P-53 0001- P-53 0002 | 2 DVDs of select works of Barbara DeGenevieve 001 Steven X and Barbara C 002 The Panhandler Project |
| Admitted 10-24-06 | P-54 | P-54 0001- P-54 0476 | "Youth, Pornography and the Internet," National Research Council Report, 2005 |

| | TRIAL EX. # | TRIAL EX. BATES NO. | DESCRIPTION |
|---|---|---|---|
| Admitted 11-6-06 | P-55 | P-55 0001- P-55 0005 | Letter to Representative Thomas Bliley from L. Anthony Sutin, (Dept. of Justice) re: COPA, dated October 5, 1998 |
| Admitted 10-31-06 | P-57 | P-57 0001- P-57 0002 | Urban Dictionary Editor Guidelines |
| Admitted 11-2-06 | P-70 | P-70 0001- P-70 0004 | ACE*COMM, "Illustrations of ParentPatrol User Interface" |
| Referred to in Testimony 10-25-06 | P-75 | P-75 0001- P-75 0008 | IDresponse Application for Services |
| Admitted 10-25-06 | P-76 | P-76 0001 | IDresponse, Rules of the Data |
| Admitted 11-9-06 | P-79 | P-79 0001- P-79 0005 | Web Portal End User Tips:  Age and Identity Verification |
| Referred to in Testimony 10-25-06 | P-80 | P-80 0001- P-80 0004 | Idology, "MSA Part 4; Schedule A" |
| Admitted 10-26-06 | P-83 | P-83 0001 | Second CD by God-Des entitled "The Awesome E.P." |
| Admitted 10-24-06 | P-85 | P-85 0001- P-85 0096 | AOL Parental Controls & KOL and Red Survey, October 2004 |
| Admitted 10-24-06 | P-86 | P-86 0001- P-86 0041 | Powerpoint Demonstration of AOL Parental Controls |

| | TRIAL EX. # | TRIAL EX. BATES NO. | DESCRIPTION |
|---|---|---|---|
| Admitted 10-24-06 | P-87 | P-87 0001 – P-87 0008 | Select pages from Getnetwise.org |
| Referred to in Testimony 11-13-06 | P-88 | P-88 0001 – P-88 0007 | Toptenreviews 2006 Internet Filter Report |
| Admitted (Page 0010) 11-6-06 | P-93 | P-93 0001 – P-93 0010 | Teenage Research Unlimited:  Response Data |
| Admission moved but denied 11-6-06 | P-97 | P-97 0001 | "A Majority of U.S. Online Teens Have Shopped on the Web, Forrester Says" Internet Retailer, May 12, 2006 |
| Admitted 11-1-06 | P-106 | P-106 0001 – P-106 0032 | Universal Services Agreement, Paycom.net |
| Admission moved but denied 11-6-06 | P-118 | P-118 0001 – P-118 0063 | Select pages from web site of Plaintiff EFF member Bill Boushka |
| Admitted 10-25-06 | P-119 | P-119 0001 – P-119 0017 | Samples of non-COPA means of communication |

|  | TRIAL EX. # | DESCRIPTION |
|---|---|---|
| Admission moved but denied 11-6-06 | P-123 | Rulespace Mobile Internet Content Categorization – Technical Overview dated April 2005 |
| Admission moved but denied 11-6-06 | P-124 | Rulespace Category Definitions and Category: Language Pairs dated November 2004 |
| Admission moved but denied 11-6-06 | P-126 | Rulespace White Paper – Contexion Services Technical Overview dated March 2001 |
| Admitted 11-1-06 | P-131 | Confidential document entitled SurfControl/CyberPatrol Internet Threat Database |
| Admitted 11-1-06 | P-133 | Filename: SurfControl NumberofAdultSitesPerTLDv2.xls |
| Admitted 11-1-06 | P-136 | Compilation of confidential documents entitled From Susan Larson VP, Global Threat Analysis and Research, SurfControl; Content Management Systems Survey and Proposal, Preliminary Draft; Methods Employed in the Search for Fresh Web Content; How to put Copernic searches on the janus server and spider using Gypsy; Methods Employed in the Search for Fresh Web Content; Submit-A-Site;  Surfing 101; Surfing 102; Filtering 101; How to Handle Child Pornography: NCMEC; URL Categorizing with the SiteBlocker Tool |
| Admitted 11-7-06 | P-139 | Testimony of Mark MacCarthy before the Commission on Online Protection, June 9, 2000 |
| Admitted 11-7-06 | P-141 | Visa Business Review article titled "Illegal Transactions May Not be Submitted into the Visa Payment System" dated September 2002 |
| Admitted 10-31-06 | P-148 | Document describing MasterCard Family Account Program |
| Admission moved but denied 10-31-06 | P-149 | Printouts from Brand Standards Control System Special Issuing Programs database |
| Admission moved but denied 10-31-06 | P-150 | Excerpts from MasterCard Family Implementation Guide |
| Admission moved but denied 10-31-06 | P-151 | E-mail from Art Clark to Heidi Davidson dated February 2, 2006 |

| | | |
|---|---|---|
| Admission moved but denied 11-1-06 | P-155 | Declaration of Jeffrey Thaler dated March 2, 2006. |
| Admission moved but denied 11-1-06 | P-156 | Visa Business Review article titled "New High-Risk Internet Payment Service Provider Program Introduced" dated July 2002 |
| Admitted 11-2-06 | P-161 | Defendant's Responses and Objections to Plaintiff American Civil Liberties Union's Requests to Admit, February 24, 2006, Responses 1-8, 14-21, 23-24 |
| Admitted 11-2-06 | P-162 | Defendants Objections and Responses to Plaintiffs' Initial Interrogatories dated October 28, 2005 |
| Admitted 11-2-06 | P-163 | Defendant's Supplemental Responses to Plaintiffs' Initial Interrogatories dated January 27, 2006 |
| Admitted 11-2-06 | P-164 | Defendant's Supplemental Response to Plaintiffs' Initial Interrogatories dated March 13, 2006 |
| Admitted 11-2-06 | P - 165 | Plaintiffs' Contention Interrogatories and attachments thereto. Attached with Exhibit A and B and CD-ROM. |
| Admitted 11-2-06 | P - 166 | Defendant's Supplemental Response to Plaintiffs' First Set of Contention Interrogatories dated August 14, 2006, including exhibits to Contention Interrogatories 4 and 5. |
| Admitted 11-2-06 | P - 167 | Defendant's Second Supplemental Response to Plaintiffs' First Set of Contention Interrogatories dated September 27, 2006 |
| Admitted 11-8-06 | P - 168 | Attachments A-E, Expert Report of Paul Mewett (CD) |
| Admitted 11-8-06 | P - 169 | Attachments A-D, Rebuttal Report of Paul Mewett (CD) |
| Admitted 11-8-06 | P - 170 | Attachment, Supplemental Report of Paul Mewett (CD) |
| Admitted 11-8-06 | P - 171 | First 23 lines of Google URL table in Master Revised Database, Rebuttal Report |
| Admitted 11-8-06 | P - 172 | First 23 lines of AOL Query table in Revised Database, Supplemental Repo |
| Admitted 11-8-06 | P - 173 | Sample Wordtracker Searches: porn |

| Admitted 11-8-06 | P - 174 | Sample Wordtracker Searches: "oops" |
|---|---|---|
| Admitted 11-8-06 | P - 175 | Sample Wordtracker Searches: "online games" |
| Admitted 11-8-06 | P - 176 | Salon Web pages: Yahoo 2677 and Yahoo 3924 |
| Admitted 11-8-06 | P - 177 | Sample of Category 5G pages |
| Admitted 11-8-06 | P - 178 | Literotica Web pages |
| Admitted 11-8-06 | P - 179 | Extreme examples of Category 5F pages |
| Admitted 11-8-06 | P- 180 | Sample of Category 1B pages |
| Admitted 11-8-06 | P - 181 | Sample of Category 5F entry pages |
| Admitted 11-8-06 | P - 182 | Sample of Category 5F pages |
| Referred to in Testimony 11-9-06 | P- 183 | IDology Group LLC Consumer-Not-Present Age Restricted Commodities Best Practice: 360 degree Age and Identity Validation (2004) |
| Referred to in Testimony 11-9-06 | P- 185 | IDology Enterprise Application and Master Service Agreement (MSA) (2005) |
| Referred to in Testimony 11-13-06 | P-198 | http://www.pcmag.com/article2/0,1759, 1945841,00.asp |
| Referred to in Testimony 11-13-06 | P-205 | Symantec NIS/NIS FE/NPF V3 Post Launch Pulse Check Research & Future Feature Validation Executive Summary June 2001 |
| Referred to in Testimony 11-13-06 | P-238 | Select webpages from filter companies |
| Admitted 11-8-06 | P-260 | Supplemental Rebuttal Expert Report of Philip Stark, August 1, 2006 |
| Referred to in Testimony 11-9-06 | P-262 | IDology Solution Overview Electronic Age Verification |
| Referred to in Testimony 11-9-06 | P-264 | Zoey's Room  -  Join Zoey's Room for $20.00 a year |
| Referred to in Testimony 11-9-06 | P-265 | IDology News Room "Zoey's Room is First Educational Social Networking Site Opting to Use Identity & Age Verification Solution" |

| Referred to in Testimony 11-9-06 | P-278 | BitPass Privacy Policy |
|---|---|---|
| Referred to in Testimony 11-14-06 | P-361 | Deposition of Ira Ronald Cadwell, pgs. 75-76 |
| Referred to in Testimony 11-15-06 | P-402 | Leap of Faith: Using the Internet Despite the Dangers," Princton Survey Research Associates International, Oct 26, 2005 (deposition exhibit 3) |
| Referred to in Testimony 11-15-06 | P-403 | "Why People (Don't) Shop Online: A Lifestyle Study of the Internet Consumer," Swinyard and Smith (deposition exhibit 4) |
| Referred to in Testimony 11-15-06 | P-404 | "Shopping Online: Who's Putting Their Money Where Their Mouse Is?" Swinyard and Smith (Deposition exhibit 5) |
| Referred to in Testimony 11-15-06 | P-408 | "Activities, Interests, and Opinions of Online Shoppers and Non-Shoppers," Swinyard and Smith |
| Referred to in Testimony 11-15-06 | P-409 | "Segmenting Internet Shoppers based on their Web-usage-related Lifestyle: a cross cultural validation" Journal of Business Research, 2005 |
| Referred to in Testimony 11-15-06 | P-410 | "E-shopping lovers and fearful conservatives: a market segmentation analysis," International Journal of Retail and Distribution Management, 2006 |
| Referred to in Testimony 11-15-06 | P-411 | "Online Retailers Face a Tough Road Ahead: Waning Customer Satisfaction forces Retailers to Earn Loyalty and Trust" Forrester Research, April 10, 2006 |
| Referred to in Closing 11-20-06 | | Closing Demonstrative 1:  Filters vs COPA, Comparative Effectiveness |
| Referred to in Closing 11-20-06 | | Closing Demonstrative 2: Less Restrictive Alternatives |
| Referred to in Closing 11-20-06 | | Closing Demonstrative 3: Sexually Explicit Domestic Web pages Not Blocked by AOL Filter |
| Referred to in Closing 11-20-06 | | Closing Demonstrative 4: Percentage of Sexually Explicit Pages Successfully Blocked (Wordtracker) |

**AMERICAN CIVIL LIBERTIES UNION, et al.**

**v.**

**ALBERTO R. GONZALES**
**Civil No. 98-CV-5591 (E.D. PA)**

<u>**DEFENDANT'S EXHIBIT LIST**</u>

| DATE 2006 | EXH. NO. | DESCRIPTION | ADMITTED | |
|---|---|---|---|---|
| | | | YES | NO |
| 11/13 | D 4 | Expert Report of Jeffrey A. Eisenach, Ph.D. dated May 8, 2006 (redacted version) | √ | |
| 11/13 | D 5 | Rebuttal Report of Jeffrey A. Eisenach, Ph.D. dated July 6, 2006 | √ | |
| 11/13 | D 6 | Curriculum Vitae of Jeffrey A. Eisenach, Ph.D. | √ | |
| 11/14 | D 13 | High-Speed Services for Internet Access: Status as of June 30, 2005, Industry Analysis and Technology Division, Wireline Competition Bureau dated April 2006 | | |
| 11/13 | D 15 | McAfee Parental Controls Reviewer's Comments | | |
| 11/13 | D 29 | The Market for "Lemons": Quality Uncertainty and the Market Mechanism by George A. Akerlof dated August 1970 | | |
| 11/13 | D 42 | IDC Analyze the Future, Broadband Services Evolution - Moving Beyond the Pipe | | |
| 11/09 | D 45 | Third Annual Open Prepaid Markey Survey: Spend, Growth, and Opportunity dated August 2006 | | |
| 11/13 | D 49 | MSN - Key Findings Overall | | |
| 11/9 | D 59 | Expert Report of Stephen Neale corrected July 3, 2006 | √ | |
| 11/8 11/9* | D 60 | Curriculum Vitae Stephen Neale | √* | |
| 11/8 | D 62 | Expert Report of Philip B. Stark, Ph.D. dated May 8, 2006 | √ | |

**AMERICAN CIVIL LIBERTIES UNION, et al.**

v.

**ALBERTO R. GONZALES**
**Civil No. 98-CV-5591 (E.D. PA)**

## DEFENDANT'S EXHIBIT LIST

| DATE 2006 | EXH. NO. | DESCRIPTION | ADMITTED | |
|---|---|---|---|---|
| | | | YES | NO |
| 11/13 | D 4 | Expert Report of Jeffrey A. Eisenach, Ph.D. dated May 8, 2006 (redacted version) | √ | |
| 11/13 | D 5 | Rebuttal Report of Jeffrey A. Eisenach, Ph.D. dated July 6, 2006 | √ | |
| 11/13 | D 6 | Curriculum Vitae of Jeffrey A. Eisenach, Ph.D. | √ | |
| 11/14 | D 13 | High-Speed Services for Internet Access: Status as of June 30, 2005, Industry Analysis and Technology Division, Wireline Competition Bureau dated April 2006 | | |
| 11/13 | D 15 | McAfee Parental Controls Reviewer's Comments | | |
| 11/13 | D 29 | The Market for "Lemons": Quality Uncertainty and the Market Mechanism by George A. Akerlof dated August 1970 | | |
| 11/13 | D 42 | IDC Analyze the Future, Broadband Services Evolution - Moving Beyond the Pipe | | |
| 11/09 | D 45 | Third Annual Open Prepaid Markey Survey: Spend, Growth, and Opportunity dated August 2006 | | |
| 11/13 | D 49 | MSN - Key Findings Overall | | |
| 11/9 | D 59 | Expert Report of Stephen Neale corrected July 3, 2006 | √ | |
| 11/8 11/9* | D 60 | Curriculum Vitae Stephen Neale | √* | |
| 11/8 | D 62 | Expert Report of Philip B. Stark, Ph.D. dated May 8, 2006 | √ | |

| DATE 2006 | EXH. NO. | DESCRIPTION | ADMITTED | |
|---|---|---|---|---|
| | | | YES | NO |
| 11/8 | D 63 | Rebuttal Expert Report of Philip B. Stark, Ph.D. dated July 6, 2006 | √ | |
| 11/8 | D 64 | Curriculum Vitae of Philip B. Stark | √ | |
| 11/8 | D 65 | Table - Prevalence of Sexually Explicit Webpages | √ | |
| 11/8 | D 66 | Table - Confidence Limits for the Prevalence of Sexually Explicit Webpages | √ | |
| 11/8 | D 68 | Table - Underblocking and Overblocking of Webpages in Search Indexes | √ | |
| 11/8 | D 70 | Table - Confidence Limits for Underblocking and Overblocking of Webpages in Search Indexes | √ | |
| 11/8 | D 72 | Table - Percentage of Domestic Webpages Among Underblocked Webpages in Search Indexes | √ | |
| 11/8 | D 74 | Table - Underblocking and Overblocking for AOL, MSN and Yahoo! Queries | √ | |
| 11/8 | D 76 | Table - Confidence Limits for Underblocking of AOL, MSN and Yahoo! Queries | √ | |
| 11/8 | D 78 | Table - Underblocking and Overblocking for Wordtracker Queries | √ | |
| 11/8 | D 79 | Table - Foreign "Free" Webpages with Commercial Ties to the U.S. | √ | |
| 11/15 | D 80 | BetonSports Indictment | | √ |
| 11/15 | D 81 | Institute of Education Sciences, National Center for Education Statistics, Computer and Internet Use by Students in 2003, Statistical Analysis Report dated September 2006 | √ | |
| 11/7 | D 82 | Expert Report of Paul Mewett dated May 8, 2006 | √ | |
| 11/7 | D 83 | Rebuttal Expert Report of Paul Mewett dated July 6, 2006 | √ | |
| 11/7 | D 84 | Curriculum Vitae Paul Mewett | √ | |

| DATE 2006 | EXH. NO. | DESCRIPTION | ADMITTED | |
|---|---|---|---|---|
| | | | YES | NO |
| 11/7 | D 85 | Chart of Plaintiffs' Websites That Were Blocked by Filters | √ | |
| 11/7 | D 86 | Set of Web Pages Depicting  Use of Google Cache | √ | |
| 11/7 | D 87 | Set of Web Pages Depicting  Use of Google Translation | √ | |
| 11/7 | D 88 | Sexually Explicit Web Pages from Mewett Study | √ | |
| 11/7 | D 89 | Print-out from Webpage www.cexx.org | √ | |
| 11/7 | D 90 | Print-out from Webpage www.zensur.freerk.com | √ | |
| 11/15 | D 91 | Expert Report of Scott M. Smith, Ph.D. dated May 8, 2006 | √ | |
| 11/14 | D 93 | Expert Report Arthur E. Clark dated May 8, 2006 (redacted version) | √ | |
| 11/14 | D 94 | Curriculum Vitae Arthur E. Clark | √ | |
| 11/14 | D 95 | Figure 1.2.1 from Expert Report of Clark | | |
| 11/14 | D 96 | Figure 2.3.1 from Expert Report of Clark | | |
| 11/14 | D 97 | Figure 2.3.3 from Expert Report of Clark | | |
| 11/14 | D 99 | Figure 3.3.1 from Expert Report of Clark | | |
| 11/14 | D 100 | Figure 3.5.1 from Expert Report of Clark | | |
| 11/9 | D 107A | DOJ Overview - Introduction to Bitpass dated August 29, 2006 | pgs. 1,2,3,5,6 | |
| 11/9 | D 109 | IDology - Overview of Age Verification Product | √ | |
| 10/31 | D 111 | Sexual Health - About Us: Our Mission | √ | |
| 10/31 | D 112 | Experts - Sexual Health Editorial Team | √ | |
| 10/23 | D 126 | Nerve - Main Page | √ | |
| 10/23 | D 127 | Nerve - About Us | √ | |
| 10/23 | D 130 | Nerve Partners | √ | |

| DATE 2006 | EXH. NO. | DESCRIPTION | ADMITTED | |
|---|---|---|---|---|
| | | | YES | NO |
| 10/23 | D 132 | Nerve Premium Subscription Page | √ | |
| 10/23 | D 133 | Nerve Premium Package Page - Credit Card Information | √ | |
| 10/23 | D 139 | Nerve - Red Light Specters by Sylvia Plachy (Photo 1) | √ | |
| 10/23 | D 160 | Salon Article - Go Out and Get a Piece, Son! by Lara Riscol dated May 21, 2002 | √ | |
| 10/23 | D 161 | Salon Article - Mike Bloomberg's Coming-Out Story by Lynn Harris dated January 12, 2005 | √ | |
| 10/23 | D 163 | Salon Article  - Rome's Latest Witch Hunt Won't Stop With Gays by Sara Miles dated October 3, 2005 | √ | |
| 10/23 | D 164 | Salon Article  - South Korean Women Can't Get no Satisfaction by Page Rockwell dated February 10, 2006 | √ | |
| 10/23 | D 165 | Salon Article - The Virginity Hoax by Jennifer Foote Sweeney | √ | |
| 10/30 | D 168 | Condomania's Main Page | √ | |
| 10/30 | D 169 | About Us - Welcome to the Land of Latex, Condomania | √ | |
| 10/30 | D 170 | Here's All The Details About Ordering at Condomania | √ | |
| 10/30 | D 171 | Condomania - Order - Credit Card Page - Payment Options | √ | |
| 10/30 | D 174 | Safer Sex Manual - Getting Educated at Condomania | √ | |
| 10/30 | D 177 | Condomania's Road Test - Reviews From All Over | √ | |
| 11/2 | D 179 | Heather Corinna - Main Page | √ | |
| 11/2 | D 187 | Scarlet Letters Teaser Opening Page | √ | |
| 11/2 | D 188 | Scarlet Letters - Main Page - TOC | √ | |
| 11/2 | D 190 | Scarlet Letters - Membership Subscription Page | √ | |
| 11/2 | D 195 | Scarlet Letters - Visual Art Section | √ | |

| DATE 2006 | EXH. NO. | DESCRIPTION | ADMITTED | |
|---|---|---|---|---|
| | | | YES | NO |
| 11/2 | D 200 | Scarleteen - How to Shop Here | √ | |
| 11/2 | D 205 | Scarleteen Sound Off - Message Board Guidelines | √ | |
| 11/2 | D 206 | Scarleteen Sound Off - Message Board Guidelines (Questions & Answers) | √ | |
| 10/31 | D 234 | Urban Dictionary - Main Page | √ | |
| 10/24 | D 256 | Report eTesting Labs | | |
| 11/15 | D 275 | Exhibit A to Contention Interrogatories | √ | |
| 11/15 | D 276 | Exhibit B to Contention Interrogatories | √ | |
| 11/15 | D 277 | Exhibit to Contention Interrogatory 4 | √ | |
| 11/15 | D 278 | Exhibit to Contention Interrogatory 5 | | √ |
| 11/15 | D 279 | Defendant's Supplemental Response to Plaintiffs' Initial Interrogatories dated January 27, 2006 | √ | |
| 11/15 | D 280 | Defendant's Supplemental Response to Plaintiffs' Initial Interrogatories dated March 13, 2006 | √ | |
| 11/15 | D 281 | Defendant's Supplemental Response to Plaintiff's Initial Interrogatories dated March 16, 2006 | √ | |
| 11/15 | D 282 | Defendant's Supplemental Response to Plaintiffs' First Set of Contention Interrogatories dated August 14, 2006 | √ | |
| 11/15 | D 283 | Defendant's Second Supplemental Response to Plaintiffs' First Set of Contention Interrogatories dated September 27, 2006 | √ | |
| 11/15 | D 284 | Letter from Eric Beane, Department of Justice to Honorable Lowell A. Reed, Jr. dated September 5, 2006 | √ | |
| 10/30 | D 286 | Condomania's Responses and Objections to Defendant's First Set of Interrogatories | Interrogatories 7 and 8 and responses thereto | |

| DATE 2006 | EXH. NO. | DESCRIPTION | ADMITTED | |
|---|---|---|---|---|
| | | | YES | NO |
| 10/31 | D 290 | Aaron Peckham d/b/a Urban Dictionary.com's Responses and Objections to Defendant's First Set of Interrogatories | √ | |
| 10/23 | D 294 | Salon Media Group Inc. Responses and Objections to Defendant's First Set of Interrogatories | √ | |
| 10/30 | D 298 | Condomania's Responses and Objections to Defendant's Second Set of Interrogatories. | Interrogatories 22 and 23 and responses thereto | |
| 11/2 | D 351 | Femmerotic - You Can Take it With You: Subscription Page (Rearick Depo Exh. 11) | √ | |
| 10/24 | D 353 | Excerpt from eTesting Labs, Corporate Content Filtering Performance and Effectiveness Testing dated March 2002 (Cranor Depo Exh. 4) | | |
| 10/30 | D 360 | Banned and Challenged Books in Texas Schools (March 2005)(Reichman Depo Exh. 4) | | |
| 10/30 | D 361 | "Dirty" Words (Reichman Depo Exh. 5) | | |
| 10/30 | D 362 | Red Carpet Ratings Services (January 2004) (Reichman Depo Exh. 6) | | |
| 10/30 | D 365 | Article from Newsletter on Intellectual Freedom, p. 9 (January 2004) (Reichman Depo Exh. 9) | | |
| 10/30 | D 367 | Article from Newsletter on Intellectual Freedom, p. 50 (Reichman Depo Exh. 11) | | |
| 10/30 | D 368 | Article from Newsletter on Intellectual Freedom, p. 13 (January 2002) (Reichman Depo Exh. 12) | | |
| 10/30 | D 372 | Article from Newsletter on Intellectual Freedom, p. 197 (September 2002) (Reichman Depo Exh. 16) | | |
| 10/30 | D 373 | Article from Newsletter on Intellectual Freedom, pp. 50-51 (March 2004) (Reichman Depo Exh. 17) | | |
| 10/25 10/26 | D 383 | Visa Buxx, Frequently Asked Questions (Russo Depo Exh. 4) | | |

| DATE 2006 | EXH. NO. | DESCRIPTION | ADMITTED | |
|---|---|---|---|---|
| | | | YES | NO |
| 10/26 | D389 | Environmental and Planning A 2003, Vol. 35, Pages 1261-1286, Underground Globalization: Mapping the Space of Flows of the Internet Adult Industry (Zook Depo Exh. 2) | | |
| 10/26 | D392 | Environmental and Planning A 2003, Vol. 35, Pages 1261-1286, Underground Globalization: Mapping the Space of Flows of the Internet Adult Industry (Zook Depo Exh. 2) | | |
| 10/26 | D 394 | Domains With Whois Location Data (Zook Depo Exh. 7) | | |
| 11/6 | D 402 | Report - Personal Finance 2006, Executive Summary by JA Worldwide dated April 18, 2006 (Mann Depo Exh. 6) | | |
| 11/14 | D 404 | Article, Internet Retailer, News Story from Friday, May 12, 2006 (Mann Depo Exh. 7A) | | |
| 11/14 11/15* | D 405 | Questionnaire Form (Mann Depo Exh. 9) | √* | |
| 11/14 | D 406 | The TRU Study, Online Purchases (Mann Depo Exh. 10) | | |
| 11/14 | D 407 | All Access, Visa Debit Card (Mann Depo Exh. 10A) | | |
| 11/6 | D 408 | Excerpt from Website, All Access, Frequently Asked Questions (Mann Depo Exh. 11) | | |
| 11/6 | D 409 | Excerpt from Book, Credit Cards on Campus, The Social Consequences of Student Credit Dependency (Mann Depo Exh. 12) | | |
| 11/6 | D 410 | Excerpt from Website, All Access, Terms and Conditions, Cardholder Agreement (Mann Depo Exh. 13) | | |
| 11/6 | D 411 | Report - Over the Brink: Credit Card Debt and Bankruptcy dated June 28, 2006 (Mann Depo Exh. 14) | | |

| DATE 2006 | EXH. NO. | DESCRIPTION | ADMITTED | |
|---|---|---|---|---|
| | | | YES | NO |
| 11/6 | D 412 | Report - Regulating Information dated June 13, 2006 (Mann Depo Exh. 15) | | |
| 11/6 | D 413 | Story - Look Who's Whipping Out The Card: High Schoolers Full Story by Joylayne Houtz (Mann Depo Exh. 16) | | |
| 11/6 | D 414 | News Article - FIRM Card Puts Emphasis on Teenage Money Management Skills by Cards International dated August 9, 2005 (Mann Depo Exh. 17) | | |
| 11/6 | D 415 | Article - Debit Card Report, A New Life for Teen Cards by David Gosnell dated August 2005 (Mann Depo Exh. 18) | | |
| 11/6 | D 416 | Story - NetSpending, Prepaid Card Combines Online Services, Ease of Debit for Bank-wary Consumers by Lori Hawkins dated June 19, 2006 (Mann Depo Exh. 19) | | |
| 11/14 | D 419 | COPA, Report to Congress dated October 20, 2000 (Mann Depo Exh. 22) | | |
| 11/13 | D 427 | Excerpt from Security/Parental Controls Omnibus - July 2003 (Eisenach Depo Exh. 4) | | |
| 11/13 | D 428 | Excerpt from AOL Parental Control by Benenson Strategy Group dated August 21, 2002 (Eisenach Depo Exh. 5) | | |
| 11/14 | D 438 | Figures from The TRU Study, Wave 47, Spring 2006 (Clark Depo Exh. 9) | | |
| 11/14 | D 440 | Conference - Underbanked Financial Services Forum dated June 7-9, 2006 (Clark Depo Exh. 12) | | |
| 10/26 | D 443 | God-des and She (home) | √ | |
| 10/26 | D 444 | God-des and She (music) | √ | |
| 10/31 | D 447 | Complaint - The King's English, et al. v. Mark Shurtleff, et al. dated 6/9/05 | √ | |

Page 8

| DATE 2006 | EXH. NO. | DESCRIPTION | ADMITTED | |
|---|---|---|---|---|
| | | | YES | NO |
| 10/31 | D 448 | Hearing - Confetti Records v. Warner Music UK dated 6/5/03 | √ | |
| 10/31 | D 449 | Greisman v. Greisman dated 10/25/06 | √ | |
| 10/31 | D 450 | Dorn v. State of Indiana dated 12/21/04 | √ | |
| 10/31 | D 451 | Boone v. Jackson dated 7/1/05 | √ | |
| 10/31 | D 452 | Urban Dictionary - 2006 Press Mentions | √ | |
| 10/31 | D 453 | Urban Dictionary - The Book | √ | |
| 11/2 | D 461 | Leslie-Lohman Gay Art Foundation - FAQ | √ | |
| 11/2 | D 462 | About Scarleteen and Our Staff | √ | |
| 11/2 | D 463 | Velvet Caverns - Statement | √ | |
| 11/9 | D 464 | Idology - What We Do | √ | |
| 11/8 | D 465 | Mewett Summary Charts | √ | |
| 11/14 | D 466 | US Youth Shopping Data Overview | | |
| 11/2 | J 001 | Joint Exhibit One (Stipulations) | √ | |
| 11/7 | Demon. 1 | Mewett Methodology Steps 1 - 5 | √ | |
| 11/7 | Demon. 3 | How to Bypass Internet Content Filters Using a Proxy | | |
| 11/9 | Demon. 4 | Ambiguity | | |
| 11/9 | Demon. 5 | Anaphora | | |
| 11/9 | Demon. 6 | Ellipsis | | |
| 11/9 | Demon. 7 | Example D059, pgs 81-83 - Type 1 Cases | | |

| DATE 2006 | EXH. NO. | DESCRIPTION | ADMITTED | |
|---|---|---|---|---|
| | | | YES | NO |
| 11/8 | Demon. 9 | AOL - Effectiveness of Internet Filtering Software Products | √ | |
| 11/9 | Demon. 10 | Chart - Digital Wallet Technology - PIP | | |
| 11/9 | Demon. 11 | Chart - Digital Wallet Technology - MNS CardSpace | | |
| 11/14 | Demon. 13 | Statistics - U.S. Children | | |
| 11/14 | Demon. 14 | Statistics - COPA | | |
| 10/23 | Demon. 15 | Online Victimization of Youth - Five Years Later, Filter Use and Exposure Graph (Opening Statements) | | |
| 10/23 | Demon. 16 | Filtering Tests on Sexually Explicit Websites - Underblocking Results for Least Effective Filter (Opening Statements) | | |
| 10/23 | Demon. 17 | Filtering Tests on Sexually Explicit Websites - Underblocking Results for Most Effective Filter (Opening Statements) | | |
| 10/23 | Demon. 18 | Filtering Tests on Sexually Explicit Websites - Results for "Most Effective" Filter (Opening Statements) | | |
| 10/23 | Demon. 19 | Online Victimization of Youth - Five Years Later, Children Quotes (Opening Statements) | | |
| 10/23 | Demon. 20 | Cartoon (Opening Statements) | | |

CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2006, I caused the foregoing Notice of Motion to
be filed electronically and therefore to be available for viewing and downloading from
the Electronic Case Filing system.  The electronic filing of this document constituted
service of this document on counsel for defendant.

                                                  /s/

                                                Catherine Crump