IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, *et al.*, | ) ) ) |
| **Plaintiffs**, | ) ) ) Civil Action No. 98-CV-5591 |
| v. | ) ) |
| **ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, | ) ) ) ) |
| **Defendant.** | ) ) |

**(PROPOSED) ORDER**

Based upon the foregoing Findings of Fact and Conclusions of Law, it is hereby

ORDERED that Judgment shall be entered in favor of Defendant and against the Plaintiffs.

Date: _____, 2006

_____
LOWELL A. REED, JR., S.J.