UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------x
:
AMERICAN CIVIL LIBERTIES UNION, et al.,       :
:
Plaintiffs,       :
:
v.       :    Civ. Act. No. 98-CV-5591
:
ALBERTO R. GONZALES, in his official capacity as       :
ATTORNEY GENERAL OF THE UNITED STATES,       :
:
Defendant.       :
:
------------------------------------------------------------------x

## [PROPOSED] ORDER

After consideration of all evidence submitted to the Court, the papers and pleadings submitted to the Court, the argument of counsel, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Child Online Protection Act, 47 U.S.C. § 231, is hereby declared to be unconstitutional, in violation of the First Amendment and the Fifth Amendment of the United States Constitution.

2. Defendant Alberto R. Gonzales, in his official capacity as Attorney General of the United States, and Defendant's officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with Defendant who receive actual notice of this Order, are PERMANENTLY ENJOINED from enforcing or prosecuting matters premised upon 47 U.S.C. § 231 of the Child Online Protection Act at any time for any conduct.

IT IS SO ORDERED.

Dated: _____           _____
                                                                         HON. LOWELL A. REED, JR.
                                                                         UNITED STATES DISTRICT JUDGE