UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTO R. GONZALES, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES<br><br>Defendant. | Civil Action No.<br>98-CV-5591 |

## MOTION TO WITHDRAW AS COUNSEL

Ann Beeson, undersigned counsel, moves to withdraw as counsel in the above captioned matter. She does so with the consent of the plaintiffs. In support of this motion, she shows as follows:

1. She has been counsel to plaintiffs since October 22, 1998.

2. The Court has reached a final decision.

3. On May 4, 2007, she will stop working for and representing clients on behalf of the American Civil Liberties Union Foundation.

4. She has accepted a position with the Open Society Institute located in New York. She will begin employment on May 30, 2007.

5. Christopher Hansen, Aden Fine, Catherine Crump and Ben Wizner of the American Civil Liberties Union Foundation located in New York, New York will continue to represent the plaintiffs in this case.

6. The plaintiffs have consented to this motion.

This is the 3rd day of May, 2007.

                                        Respectfully submitted,

                                        ANN BEESON
                                        American Civil Liberties Union Foundation
                                        125 Broad Street, 18th Floor
                                        New York, NY 10004
                                        (212) 519-2601

                                        CHRISTOPHER HASEN
                                        ADEN FINE
                                        CATHERINE CRUMP
                                        BEN WIZNER
                                        American Civil Liberties Union Foundation
                                        125 Broad Street, 18th Floor
                                        New York, NY 10004
                                        (212) 549-2606

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2007, I electronically filed Ann Beeson's Motion to Withdraw as Counsel with the Clerk of the Court using the ECF system, which will send notification of such filing to Raphael O. Gomez, Department of Justice.

_____
Aden Fine
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004