# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| ALBERTO R. GONZALES in his official capacity | : | |
| as Attorney General of the United States | : | |

## ORDER

**AND NOW,** this 7th day of May, 2007, upon consideration of the motion to withdraw as counsel filed by Ann Beeson (Doc. No. 443), which has been consented to by plaintiffs, and for the reasons set forth in the motion, it is hereby **ORDERED** that the motion is **GRANTED**.

           Lowell A. Reed, Jr.
    LOWELL A. REED, JR., S.J.