IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, *et al.*, <br><br> **Plaintiffs**, <br><br> v. <br><br> **ALBERTO R. GONZALES**, in his official capacity as Attorney General of the United States, <br><br> **Defendant.** | ) ) ) ) ) ) Civil Action No. 98-CV-5591 ) ) ) ) ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Alberto R. Gonzales, in his official capacity as Attorney General of the United States, appeals to the United States Court of Appeals for the Third Circuit from the Final Adjudication in favor of the Plaintiffs entered on March 22, 2007.

Dated:  May 18, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PATRICK L. MEEHAN
United States Attorney
RICHARD BERNSTEIN
Assistant U.S. Attorney

THEODORE C. HIRT
Assistant Branch Director
RAPHAEL O. GOMEZ
Senior Trial Counsel

   /s/  Eric J. Beane
ERIC J. BEANE
ISAAC CAMPBELL
JOEL McELVAIN
KENNETH SEALLS
JAMES TODD
TAMARA ULRICH

Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, D.C.  20044
(202) 616-2035
Eric.Beane@usdoj.gov

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

  I hereby certify that on May 18, 2007, I caused the foregoing Notice of Appeal to be filed electronically and therefore to be available for viewing and downloading from the Electronic Case Filing system. The electronic filing of this document constituted service of this document on the following liaison counsel:

    Aden Fine
    American Civil Liberties Union
    125 Broad Street, 18th Floor
    New York, NY 10004


           /s/ Eric J. Beane
          ERIC J. BEANE