IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMERICAN CIVIL LIBERTIES UNION, et al

                                                  98-5591
                                                  District Court Docket Number

        vs.

ALBERTO R. GONZALES, et al

Notice of Appeal Filed <u>5/18/2007</u>
Court Reporter(s)/ESR Operator(s)        <u>S. White</u>

Filing Fee:
        Notice of Appeal __ Paid  _x_ Not Paid    __ Seaman
        Docket Fee          __ Paid  _x_ Not Paid    __ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending

                                                Defendant's Address (for criminal appeals)

                                          /s/ Leesa B. Erickson
                Prepared by:   _____
                                          Leesa B. Erickson     5/18/2007
                                            Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm