IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION**, *et al.*, <br><br> **Plaintiffs**, <br><br> v. <br><br> **MICHAEL B. MUKASEY**, in his official capacity as Attorney General of the United States, <br><br> **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 98-CV-5591 |

**(PROPOSED) ORDER**

Based upon the foregoing Unopposed Motion for Clarification, it is hereby

ORDERED that the injunction imposed by my March 22, 2007 Order in *ACLU v. Gonzales*, 478 F. Supp. 2d 775, 821 (E.D. Pa. 2007), shall be clarified as follows:

> This Order does not extend to or restrict any action by defendant in connection with any investigations or prosecutions concerning material that is obscene under 47 U.S.C. § 231 or any other provisions of the United States Code.

Date: _____, 2008

_____
LOWELL A. REED, JR., S.J.