IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 98-5591 |
| | : | |
| MICHAEL B. MUKASEY in his official capacity as Attorney General of the United States | : : | |

## ORDER

**AND NOW,** this 22nd day of May, 2008, upon consideration of the motion for clarification and attached certification of no contest from counsel (Doc. No. 438) (see Loc. R. Civ. P. 7.1(b)), it is hereby **ORDERED** that the motion is **GRANTED** and the injunction imposed by this court's March 22, 2007 Order in ACLU v. Gonzales, 478 F. Supp. 2d 775, 821 (E.D. Pa. 2007), is hereby clarified as follows:

> This order does not extend to or restrict any action by defendant in connection with any investigations or prosecutions concerning material that is obscene under 47 U.S.C. § 231 or any other provisions of the United States Code.

    S/ Lowell A. Reed, Jr.
    LOWELL A. REED, JR., S.J.