LP

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 07-2539

———————

AMERICAN CIVIL LIBERTIES UNION;
ANDROGYNY BOOKS, INC.,
d/b/a A DIFFERENT LIGHT BOOKSTORES;
AMERICAN BOOKSELLERS FOUNDATION
FOR FREE EXPRESSION;
ADDAZI, INC.,
d/b/a CONDOMANIA;
ELECTRONIC FRONTIER FOUNDATION;
ELECTRONIC PRIVACY INFORMATION CENTER;
FREE SPEECH MEDIA;
PHILADELPHIA GAY NEWS;
POWELL'S BOOKSTORES;
SALON MEDIA GROUP, INC.;
PLANETOUT, INC.;
HEATHER CORINNA REARICK;
NERVE.COM, INC.;
AARON PECKHAM, d/b/a URBAN DICTIONARY;
PUBLIC COMMUNICATORS, INC.;
DAN SAVAGE; SEXUAL HEALTH NETWORK

v.

*MICHAEL B. MUKASEY,
in his official capacity
as Attorney General of
the United States

Michael B. Mukasey,

Appellant

*(Substituted as per FRAP 43(b))

———————

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civ. No. 98-05591)



FILED

SEP 24 2008

MICHAEL E. KHIZ, Clerk

Honorable Lowell A. Reed, District Judge

_____

Argued June 10, 2008

BEFORE: AMBRO, CHAGARES, and GREENBERG, Circuit Judges

_____

JUDGMENT

_____

This cause came on to be considered on the record on appeal from the United

States District Court for the Eastern District of Pennsylvania and was argued on June 10,

2008. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order entered on March 22,

2007, is affirmed.

Costs taxed against appellant.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: 22 July 2008

Certified as a true copy and issued in lieu
of a formal mandate on 24 Sept 2008

Teste: Marcia M. Waldron
Clerk, U.S. Court of Appeals for the Third Circuit

2