UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------x

AMERICAN CIVIL LIBERTIES UNION, et al.,

          Plaintiffs,

v.                                         Civ. Act. No. 98-CV-5591

ERIC H. HOLDER, JR., in his official capacity as
ATTORNEY GENERAL OF THE UNITED STATES,

          Defendant.

------------------------------------------------------------------x

## PLAINTIFFS' MOTION FOR COSTS, FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412

PLEASE TAKE NOTICE THAT on August 14, 2009 at 9:30 am., or as soon thereafter as the counsel may be heard, in the courtroom of the Honorable Lowell A. Reed, Jr., 601 Market Street, Philadelphia, Pennsylvania, 19106, Plaintiffs will move this Court (the "Motion"), pursuant to 28 U.S.C. § 2412, to award payment of Plaintiffs' costs, fees and expenses as described herein.

PLEASE TAKE FURTHER NOTICE THAT in support of this Motion, Plaintiffs rely on a Declaration of Christopher A. Hansen in Support of the Motion and a Declaration of Christopher R. Harris in Support of the Motion, on such additional briefing as permitted by the schedule set out in the parties' Stipulation and Order for an Extension of Time as to, *Inter Alia*, Supplementation of Plaintiffs' Application for Fees, Costs and Expenses, on the papers, records, and pleadings on file with this Court and on such oral argument as the Court may hear.

1

Dated: February 19, 2009

Respectfully submitted,

*[signature]*

Christopher R. Harris
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
(212) 906-1200

Christopher A. Hansen
Aden Fine
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

ATTORNEYS FOR ALL PLAINTIFFS