IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------x
:
AMERICAN CIVIL LIBERTIES UNION, et al., :
:
        Plaintiffs, :
:
    v. :    Civil Action No.
:    98-CV-5591
ERIC H. HOLDER, JR., in his official capacity as :
ATTORNEY GENERAL OF THE UNITED STATES, :    **CERTIFICATE OF SERVICE**
:
        Defendant. :
: :
------------------------------------------------------------------x

I, Paul A. Serritella, hereby certify that on Thursday, February 19, 2009, a true and correct copy of the attached Motion For Costs, Fees and Expenses Pursuant To 28 U.S.C. § 2412, dated February 19, 2009, in the above captioned case, was caused to be served via Federal Express upon:

Raphael O. Gomez, Esq.
U.S. Department of Justice
901 E. Street, N.W.
P.O.Box 883
Washington, D.C. 20044

Dated: February 19, 2009
       New York, New York

By: _____
Paul A. Serritella
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200
Of Counsel to American Civil Liberties Union