IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ERIC H. HOLDER, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, <br><br> Defendant. | Civil Action No. 98-CV-5591 |

## CERTIFICATE

Pursuant to Local Rule of Civil Procedure 7.1(b), I hereby certify that the parties' Joint Motion to Extend Time filed on June 25, 2009 is uncontested.

Dated: June 25, 2009

Respectfully Submitted,

_____
Paul A. Serritella, Esq.
*pro hac vice*
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York 10022
212-906-1200

*Of Counsel to Plaintiff American Civil Liberties Union Foundation*