IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 98-CV-5591 |
| ERIC H. HOLDER, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, | ) ) ) ) ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER

Before the Court is the parties' Joint Motion To Extend Time. After consideration of the papers submitted to the Court and for good cause shown, IT IS HEREBY ORDERED that:

1. The motion is GRANTED; and

2. The following briefing schedule will be adhered to by the parties:

> (1) Pursuant to Loc. R. Civ. P. 7.1., plaintiffs shall file their motion, including necessary certifications, for costs, fees and expenses, along with their supporting brief by **September 1, 2009**;
>
> (2) Defendant's response and brief in opposition thereto shall be filed by **November 2, 2009**; and
>
> (3) Plaintiff's reply brief thereto (if any) shall be filed by **December 1, 2009.**

3. The parties shall meet and discuss a stipulation as to all or part of the facts or claims and shall submit such stipulation to the court in chambers by **December 21, 2009** along with the parties' proposal for a hearing date for submissions of evidence and oral argument.

IT IS SO ORDERED.

Dated: _____, 2009

                                                                                  _____

                                                                                  HON. LOWELL A. REED, JR.
                                                                                  UNITED STATES DISTRICT JUDGE