IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMERICAN CIVIL LIBERTIES UNION, :
et al.,
       v.                            :     CIVIL ACTION NO. 98-5591

ERIC H. HOLDER, in his official :
capacity as ATTORNEY GENERAL
OF THE UNITED STATES. :

FILED
JUN 3 0 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 29th day of June, 2009, upon consideration of the parties' Joint Motion to Extend Time (Doc. No. 443), having found that good cause has been shown, IT IS HEREBY ORDERED that:

1. The motion is GRANTED; and

2. The following briefing schedule will be adhered to by the parties:

    (1) Pursuant to Loc.R.Civ.P.7.1., plaintiffs shall file their motion, including necessary certifications, for costs, fees and expenses, along with their supporting brief and requests for findings of fact and conclusions of law by **September 1, 2009**.

    (2) Defendant's response, brief in opposition thereto and requests for findings of fact and conclusions of law shall be filed by **November 2, 2009**; and

    (3) Plaintiffs' reply brief thereto (if any) shall be filed by **December 1, 2009**.

3. The parties shall meet and discuss a stipulation as to all or part of the facts or claims and shall submit such stipulation to the court in chambers by **December 21, 2009** along with, if necessary, the parties' proposal for a hearing date for submissions of evidence and oral argument.

_/s/ Lowell A. Reed, Jr._
LOWELL A. REED, JR., S.J.