IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ERIC H. HOLDER, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, <br><br> Defendant. | Civil Action No. 98-CV-5591 |

## JOINT MOTION TO EXTEND TIME

Plaintiffs American Civil Liberties Union *et al.* and Defendant Eric H. Holder hereby jointly move this Court for additional time in which to file Plaintiffs' renewed motion for costs, fees, and expenses pursuant to 28 U.S.C. § 2412.

The instant motion arises out of the dispute between the parties regarding Plaintiffs' claims for costs, fees and expenses pursuant to 28 U.S.C. § 2412.

On June 30, 2009, this Court entered an Order providing, *inter alia*, that Plaintiffs submit their motion for fees, costs and expenses by September 1, 2009.

Since that time, the parties have continued to negotiate and are making significant progress in settlement talks. To allow time for the settlement process to continue, the parties jointly request that this Court extend the schedule set out in this Court's June 30, 2009 Order such that:

1) Plaintiffs' renewed motion for costs, fees and expenses shall be filed by October 1, 2009;

2) Defendant's response in opposition shall be filed by December 1, 2009; and

3) Plaintiffs' reply shall be filed by January 4, 2010.

Dated: August 31, 2009

AMERICAN CIVIL LIBERTIES UNION

*/s/ Christopher Hansen w/p/s*

Christopher Hansen, Esq.
125 Broad Street
18th Floor
New York, New York 10004
(212) 549-2606
Email: chansen@aclu.org

*Attorneys for Plaintiffs*

U.S. DEPARTMENT OF JUSTICE

*/s/ Raphael O. Gomez w/p/s*

Raphael O. Gomez, Esq.
Room 6144
20 Massachusetts Ave., NW
Washington, DC 20530
(202) 514-1318
Email: raphael.gomez@usdoj.gov

*Attorneys for Defendant*