IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMERICAN CIVIL LIBERTIES UNION, : 
et al.,
      v.                               :          CIVIL ACTION NO. 98-5591

ERIC H. HOLDER, in his official    :
capacity as ATTORNEY GENERAL
OF THE UNITED STATES.           :

## O R D E R

AND NOW, this 29th[t] day of September, 2009, upon consideration of the parties' Joint Motion to Extend Time (Doc. No. 447), having found that good cause has been shown, IT IS HEREBY ORDERED that:

1. The motion is GRANTED; and

2. The following briefing schedule will be adhered to by the parties:

    (1) Pursuant to Loc.R.Civ.P.7.1., plaintiffs shall file their motion, including necessary certifications, for costs, fees and expenses, along with their supporting brief and requests for findings of fact and conclusions of law by **November 16, 2009**.

    (2) Defendant's response, brief in opposition thereto and requests for findings of fact and conclusions of law shall be filed by **January 18, 2010**; and

    (3) Plaintiffs' reply brief thereto (if any) shall be filed by **February 18, 2010**.

3. The parties shall meet and discuss a stipulation as to all or part of the facts or claims and shall submit such stipulation to the court in chambers by **March 5, 2010** along with, if necessary, the parties' proposal for a hearing date for submissions of evidence and oral argument.

                                               /s/ Lowell A. Reed, Jr.
                                               LOWELL A. REED, JR., S.J.