IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ERIC H. HOLDER, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, <br><br> Defendant. | Civil Action No. 98-CV-5591 |

<u>JOINT STIPULATION AND PROPOSED ORDER</u>

The parties hereto, through their undersigned counsel, hereby stipulate and agree as follows:

1. The parties have resolved plaintiffs' request for costs, fees and expenses.

2. The parties stipulate that no issues remain and this action may now be closed.

AMERICAN CIVIL LIBERTIES UNION

*/s/ Christopher A. Hansen*

Christopher Hansen, Esq.
125 Broad Street
18th Floor
New York, New York 10004
(212) 549-2606
Email: chansen@aclu.org
Attorney for Plaintiffs

UNITED STATES DEPARTMENT OF JUSTICE

*/s/ Raphael O. Gomez*

Raphael O. Gomez
901 E. Street, N.W.
P.O. Box 883
Washington, DC 20044
(202) 514-3354
Email: raphael.gomez@usdoj.gov
Attorney for Defendant

IT IS on this _____ day of _____, 2009

ORDERED THAT this action be and hereby is closed.

_____
Lowell A. Reed., Jr.
United States District Judge

Joint Stipulation and Proposed Order 2